# Texas Windstorm Insurance Association

Dwelling Windstorm and Hail Policy

## Extension of Coverage - Increased Cost of Construction

Attached to and forming part of Policy No. TWIA-000619955-03 of the Texas Windstorm Insurance Association issued at its Austin, Texas agency.

Dated: June 26, 2018 John Polak, Agent

When this endorsement is attached to the policy, this endorsement determines coverage to the extent that it is in conflict with the policy and/or General Exclusion 8.

In consideration of an additional premium shown on the declarations page, this policy is modified to provide the following coverage:

1. Subject to the maximum limit of liability established by law as described below, if a covered building or other covered structure is damaged by windstorm or hail, we will pay for the increased costs that you incur due to the enforcement of any ordinance or law, which requires or regulates:

   a. the construction, demolition or repair of that part of a covered building or other covered structure damaged by windstorm or hail;

   b. the demolition and reconstruction of the undamaged part of a covered building or other covered structure, when that building or other structure must be totally demolished because of damage by windstorm or hail to another part of that covered building or other covered structure; or

   c. the removal or replacement of the portion of the undamaged part of a covered building or other covered structure necessary to complete the repair or replacement of that part of the covered building or other covered structure damaged by windstorm or hail.

You may use all or part of this coverage to pay for the increased costs you incur to remove debris resulting from the construction, repair or replacement of property as stated in 1 above.

2. When a covered structure is damaged by windstorm or hail, we will also pay the increased cost of construction you incur due to the requirement to rebuild or repair the structure in accordance with the windstorm code applicable to the specific area in which the structure is located in order to maintain insurance through the Texas Windstorm Insurance Association.

This is additional insurance and does not reduce the limit of liability applicable to Coverage A (Building), but the total limit of liability for the coverage A (Building) limit and the limit for Increased Cost of Construction cannot exceed the maximum limit of liability permitted by law.

3. Building Ordinance or Law Coverage Limitations.

   We will not pay for the increased cost of construction:

   a. if the building or structure is not rebuilt or repaired;

   b. if the rebuilt or repaired building or structure is not intended for similar occupancy as the current building or structure;

   c. to relocate the insured building or structure(s), either on the same premises or to another location, or to demolish and reconstruct a building or structure that requires relocation;

   d. until the building or structure is actually repaired or rebuilt at the same premises; or

   e. unless the rebuilding or repairs are made as soon as reasonably possible after the loss or damage, not to exceed two years after the loss.

4. We do not cover:

   a. the loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

   b. fees charged by a qualified inspector for windstorm and hail insurance inspections pursuant to Chapter 2210, Subchapter F, of the Texas Insurance Code; or

   c. the costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, assess the effects of, pollutants on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, asbestos and asbestos-containing materials. Waste includes material to be recycled, reconditioned or reclaimed.

The total limit of liability under this extension for each building item designated is shown by the following percentage as indicated:

| ICC Limit: | Building Item Number(s): |
|---|---|
| 25% of the Coverage A (Building) limit of liability | 1 |

This coverage is additional insurance, however in no event will payment of a covered loss under this policy including this endorsement exceed the total maximum limit of liability established by law that can be insured by the Texas Windstorm Insurance Association.

All other Terms of the policy apply.

**Texas Windstorm Insurance Association**
Windstorm and Hail

# Automatic Adjusted Building Cost Endorsement

It is agreed that the limit of liability on the attached policy for **Coverage A, Dwelling** shall be revised annually by a percentage established by a building cost index, applied to your policy at renewal. The revised limit of liability will be rounded up to the next $1000, subject to the maximum limit of liability permitted by law. You have the right to request modification of this change in the limit of liability.

If your limit of liability change at renewal differs from the revised limit resulting from application of this endorsement, your request will take effect at the inception of the renewal, provided that it is received prior to the beginning of the policy renewal date. Requests for a limit of liability change received after inception of the policy will be processed as an endorsement to the policy, and will not become effective prior to the date received by TWIA.

The limits of liability for Additional Living Expense and other, optional extensions of coverage that are based on the limit of liability for the Dwelling, if applicable, will also be adjusted subject to the maximum limit of liability permitted by law.

It is your responsibility to review your coverage regularly and make sure your dwelling limit of liability is adequate to repair or replace your insured property. This endorsement and any changes that result from it do not guarantee that you will have adequate coverage. Only you can determine the appropriate amount of coverage.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Important Notice Regarding the Automatic Adjusted Building Cost Endorsement and your Dwelling Limit of Liability

This notice provides you with an explanation of endorsement, TWIA-220 Automatic Adjusted Building Cost Endorsement that is attached to your policy. The endorsement **automatically adjusts your dwelling limit of liability if your policy is renewed**. This notice **is not** part of your policy. To understand your rights and duties under the policy, please refer to and read the actual language in your policy, including all endorsements forming a part of your policy.

**What changed:** Upon renewal, the coverage amount (limit of liability) for your dwelling will be increased by a percentage that is established by a building cost index for your area. The adjusted limit of liability will be rounded up to the next $1000. The dwelling limit is subject to the maximum limit of liability permitted by law.

The percentage increase in the dwelling limit of liability is established annually. It will be applied to the limit of liability for your dwelling at each renewal. The percentage increase is only an adjustment for inflation to the dwelling limit of liability on your expiring policy and does not ensure that your dwelling is adequately insured for the dwelling's full replacement cost. You should consult with your agent to determine the appropriate amount of coverage for your dwelling.

The automatically adjusted dwelling limit of liability is shown on the renewal application that is sent to your agent approximately 60 days before expiration of your policy.

**Your right/duty:** You have the right to request modification of the automatically adjusted dwelling limit of liability.

If you request modification of the adjusted dwelling limit of liability, your request will take effect on the date a renewal policy becomes effective if it is received by TWIA prior to the effective date of a renewal policy. Your agent must include a valid Marshall & Swift/Boeckh replacement cost calculation with your request to modify the adjusted dwelling limit of liability. Requests for a modification of the adjusted dwelling limit of liability that are received by TWIA on or after the effective date of a renewal policy will become effective the date the request is received by TWIA.

**Other changes:** The limits of liability for Additional Living Expense and other, optional extensions of coverage that are based on the limit of liability for the dwelling, if applicable, will also be adjusted, subject to the maximum limit of liability permitted by law.

**Review your coverage:** It is your responsibility to review your coverage regularly and make sure your dwelling limit of liability is adequate to repair or replace your insured property. This endorsement and any changes that result from it do not guarantee that you will have adequate coverage. Only you can determine the appropriate amount of coverage. Endorsement TWIA-220 does not automatically renew your policy.

You should contact your agent for assistance with renewal of the policy and determining the appropriate amount of coverage.

# Texas Windstorm Insurance Association

Windstorm and Hail

## Amendatory Endorsement

COVERAGES, PROPERTY NOT COVERED is amended to add storm doors as follows:
We do not cover:
Unless specifically described in the Declarations:
a. Cloth awnings.
b. Greenhouses and their contents.
c. Metal screen enclosures and their contents.
d. Building or structures located wholly or partially over water and their contents.
e. Radio and television towers.
f. Outside satellite dishes, masts and antennas, including lead-in wiring.
g. Windmills and wind chargers.
h. Storm doors.

**Prescribed by the Texas Department of Insurance**
**Form No. TWIA - 800 - Amendatory Endorsement**
**Effective: April 1, 2016**

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Payment Coupon

Please print and detach the payment coupon below and mail to TWIA with a check for the full amount due. Once payment and payment coupon are received, your application will be processed according to TWIA underwriting guidelines.

678000551_18.0.0_PRODUCTION_10_24303748: Agency

-----------------------------------------------------------------------------------------------------------------------------------

**Please detach and return this portion with your payment.**

| | |
|---|---|
| Insured: | Ernestine Bell |
| Reference Number: | 000619955-03 |
| Amount Due: | $1,772.00 |
| **Total Due** | **$1,772.00** |

Please indicate the reference number on your check.

**Make checks payable, and remit payment, to:** **Texas Windstorm Insurance Association**
**P.O. Box 99090**
**Austin, Texas 78709-9090**

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary

## - Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: June 22, 2018
Reference Number: 000619955-03
Expiring Policy Number: TWIA-000619955-02

Transaction Number: T001332429
Transaction Type: Renewal
Proposed Policy Period: Jun 28, 2018 to Jun 28, 2019
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

**Name & Mailing Address of Insured's Agent:**
Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

**Name & Mailing Address of Premium Finance Company:**

IPFS
PO Box 412086
Kansas City, MO 64141-2086

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Secondary***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 858; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $97,794.00; Replacement Cost: $130,392.00<br>*Adjustment amounts included in the premium for each item:* | 80% | 1% | $1,170 | | $117,000.00 | $1,524.00 |
| | | Increased Cost of Construction (25%) $207.00 | | | | 431 | | |
| | | Personal Property Replacement Cost $63.00 | | | | 365 | | |
| | | Indirect Loss $40.00 | | | | 320 | | |
| | | *Item #1-A forms:* ITV 320 431 220 800 | | | | | | |
| | | *Companion Policy Information:* | | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$179,000.00** | **$1,772.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$1,772.00** |

Applicant's Signature ____________________ Date ____________

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| | | No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Other<br>Amount of Insurance: $141,437.00<br>Prior TWIA Policy #: TWIA-000619955-02 | | | | | |
| 1 | B | ***Description: Personal Property located at:***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 858; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $0.00; Replacement Cost: $0.00<br>*Adjustment amounts included in the premium for each item:* | Nil | 1% $620 | | $62,000.00 | $248.00 |
| | | Personal Property Replacement Cost $12.00 | | | 365 | | |
| | | Indirect Loss $8.00 | | | 320 | | |
| | | *Item #1-B forms:* 320 365<br>*Companion Policy Information:*<br>No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Other<br>Amount of Insurance: $141,437.00<br>Prior TWIA Policy #: TWIA-000619955-02 | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary Preview

## - Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: May 24, 2018
Reference Number: 000619955-03
Expiring Policy Number: TWIA-000619955-02

Transaction Number: T001332429
Transaction Type: Renewal
Proposed Policy Period: Jun 28, 2018 to Jun 28, 2019
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

**Name & Mailing Address of Insured's Agent:**
Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Secondary***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 858; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $97,794.00; Replacement Cost: $130,392.00<br>*Adjustment amounts included in the premium for each item:* | 80% | 1% \| $1,170 | | $117,000.00 | $1,524.00 |
| | | Increased Cost of Construction (25%) $207.00 | | | 431 | | |
| | | Personal Property Replacement Cost $63.00 | | | 365 | | |
| | | Indirect Loss $40.00 | | | 320 | | |
| | | *Item #1-A forms:* 320 431 220 800<br>*Companion Policy Information:*<br>No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Other<br>Amount of Insurance: $141,437.00<br>Prior TWIA Policy #: TWIA-000619955-02 | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$179,000.00** | **$1,772.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$1,772.00** |

Applicant's Signature ______________________ Date ____________

Case 3:26-cv-00271 Document 1-6 Filed 08/13/26 in TXSD Page 10 of 200
TWIA 001010

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % \| Amt | | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | B | ***Description: Personal Property located at:***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 858; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $0.00; Replacement Cost: $0.00<br>*Adjustment amounts included in the premium for each item:* | | Nil | 1% | $620 | | $62,000.00 | $248.00 |
| | | Personal Property Replacement Cost | $12.00 | | | | 365 | | |
| | | Indirect Loss | $8.00 | | | | 320 | | |
| | | *Item #1-B forms:* 320 365<br>*Companion Policy Information:*<br>No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Other<br>Amount of Insurance: $141,437.00<br>Prior TWIA Policy #: TWIA-000619955-02 | | | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.


TWIA_BELL_UW_000294

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary Preview

## - Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: May 24, 2018
Reference Number: 000619955-03
Expiring Policy Number: TWIA-000619955-02

Transaction Number: T001332429
Transaction Type: Renewal
Proposed Policy Period: Jun 28, 2018 to Jun 28, 2019
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

**Name & Mailing Address of Insured's Agent:**
Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % | Per Item / Per Occurrence Deductible Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Secondary***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 858; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $97,794.00; Replacement Cost: $130,392.00<br>*Adjustment amounts included in the premium for each item:* | 80% | 1% | $1,414 | | $141,437.00 | $1,842.00 |
| | | Increased Cost of Construction (25%) $250.00 | | | | 431 | | |
| | | Personal Property Replacement Cost $76.00 | | | | 365 | | |
| | | Indirect Loss $49.00 | | | | 320 | | |
| | | *Item #1-A forms:* 320 431 220 800<br>*Companion Policy Information:*<br>No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Other<br>Amount of Insurance: $141,437.00<br>Prior TWIA Policy #: TWIA-000619955-02 | | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$226,299.00** | **$2,183.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$2,183.00** |

Applicant's Signature ______________________ Date ____________

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|
| 1 | B | ***Description: Personal Property located at:***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6 | Nil | 1% | $849 | | $84,862.00 | $341.00 |

Risk Item Type: Single Family Dwelling
Rate Table: 1 Frame (F)

*Underwriting Details:*

Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 858; Structure Condition: Excellent

Construction - Date: 01/01/1983
Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes
ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes

MSB#: 17930211; Actual Cash Value: $0.00; Replacement Cost: $0.00

*Adjustment amounts included in the premium for each item:*

| | | Form Number |
|---|---|---|
| Personal Property Replacement Cost | $16.00 | 365 |
| Indirect Loss | $10.00 | 320 |

*Item #1-B forms:* 320 365

*Companion Policy Information:*

No Flood Policy

Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3
Company: Other
Amount of Insurance: $141,437.00
Prior TWIA Policy #: TWIA-000619955-02

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

# Policy Expiration Notice

| | |
|---|---|
| Date: | May 15, 2018 |
| Policy Number: | TWIA-000619955-02 |
| Named Insured: | Ernestine Bell |
| Expiration Date: | June 28, 2018 (12:01 AM Central Time at the property location) |
| Agent's Name: | Galveston Insurance Associates |
| Agent's Address: | P.O. Box 16767, Galveston TX 77552-6767 |
| Agent's Phone: | 409-740-1251 |

Dear Ernestine Bell,

**Your policy will expire on June 28, 2018 at 12:01 AM Central Time; it does not automatically renew.**

In order to renew your policy coverage, your agent must submit the payment and renewal application to TWIA before June 28, 2018. We encourage you to contact your agent to avoid a lapse in coverage.

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property Description |
|---|---|---|
| 1 | A | *Property Description: Secondary*<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6 |
| 1 | B | *Description: Personal Property located at:*<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6 |
| | | - -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- - |

For assistance, please call Galveston Insurance Associates at 409-740-1251 or TWIA at 1-800-788-8247.

We value your feedback! Tell us about your experience with TWIA by completing our policyholder survey located at https://www.surveymonkey.com/s/TWIAPolicy.

Sincerely,

Texas Windstorm Insurance Association

Copy: Galveston Insurance Associates

**Texas Windstorm Insurance Association**
5700 South MoPac Expressway, Building A, Austin, Texas 78749
P.O. Box 99090, Austin, Texas 78709-9090
800-788-8247 / Fax 512-899-4950

# Residential Renewal Application Notice

**Texas Windstorm Insurance Association**

## - Log in to Policy Center to submit application -

Reference Number: 000619955-03

Requested Renewal Period: Jun 28, 2018, to Jun 28, 2019
12:01 A.M. Standard Time at the property location

**Name and Mailing Address of Insured:**

Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

**Name and Mailing Address of Agent:**

Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

**Insured :** Ernestine Bell

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling*** | | 80% | 1% | $1,170 | | $117,000.00 | $1,524.00 |
| | | 16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br>Actual Cash Value: $94,214.00, Replacement Cost: $126,702.00, Square Footage: 858, Year Built: 1983 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 1; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Increased Cost of Construction (25%) | $207.00 | | | | 431 | | |
| | | Personal Property Replacement Cost | $63.00 | | | | 365 | | |
| | | Indirect Loss | $40.00 | | | | 320 | | |
| | | *Item #1-A forms:* 320 431 220 800 | | | | | | | |
| 1 | B | ***Description: Single Family Dwelling located at:*** | | Nil | 1% | $620 | | $62,000.00 | $248.00 |
| | | 16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br>Replacement Cost: $0.00, Square Footage: 858, Year Built: 1983 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 1; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $12.00 | | | | 365 | | |
| | | Indirect Loss | $8.00 | | | | 320 | | |
| | | *Item #1-B forms:* 320 365 | | | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$179,000.00** | **$1,772.00** |
| **Total ICC Premium:** | **$207.00** | |
| **Total Surcharges:** | | $0.00 |
| **Total Premium + Total Surcharges:** | | **$1,772.00** |

## RENEWAL INFORMATION

Renewal Applications are not binding or guaranteed by TWIA. Premium or policy conditions are subject to change and may affect final policy issuance. The renewal application is meant to be a preliminary indication of forms and rates. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect uninterrupted coverage. Continuous coverage will not be bound unless the Renewal Application is submitted to TWIA via the policy administration system with payment prior to June 28, 2018.

IMPORTANT LEGAL NOTICES:

### Evidence of Declination:

An agent submitting a Renewal Application as an offer for insurance with TWIA is responsible for obtaining evidence of a current declination for wind and hail property coverage from a standard market insurer, excluding surplus lines carriers, every three calendar years. With the act of submitting the online Renewal Application for property coverage with TWIA, I, the insured's agent, acting on behalf of the insured, acknowledge I am in possession of the required proof of prior declination for wind and hail property coverage, and it is my intent to keep record of that document. This evidence of a prior declination must be made available to TWIA, if specifically requested.

NOTE: The declination may either be:
- a refusal to offer new or renewal wind and hail coverage on the property, or
- a refusal to offer basic insurance sought by the applicant that is substantially equivalent to that offered by TWIA.

For example, the lowest deductible offered by a standard market company is greater than that which can be obtained from TWIA. (See TWIA Declination Worksheet posted under Documents & Downloads on the TWIA website.)

### Flood Insurance Requirement:

An agent submitting a Renewal Application as an offer for insurance with TWIA is responsible for verifying that a current, in-force flood policy is in effect for the term of the TWIA policy, when required. With the act of submitting a Renewal for property coverage with TWIA, I, the insured's agent, acting on behalf of the insured, acknowledge I am in possession of the required evidence of a companion flood insurance policy that provides coverage during the term of the TWIA policy, and it is my intent to keep record of that documentation. This evidence of an in-force flood policy must be made available to TWIA, if specifically requested. Flood coverage is required for structures constructed, altered, remodeled, or enlarged on or after September 1, 2009, that are located in flood zones V, VE, and V1-V30. The flood insurance requirement does not extend to structures being repaired. (See TWIA Flood Worksheet posted under Documents & Downloads on the TWIA website.)

### 90 Day Minimum Retained Premium:

Please note that cancellation of the policy will result in a pro-rata refund, subject to a policy minimum retained premium in an amount equal to 90 days or $100, whichever is greater. The minimum retained premium is fully earned on the effective date of the policy.

Surcharges are not subject to commission and are non-refundable.

Date Generated: April 29, 2018

TEXAS WINDSTORM INSURANCE ASSOCIATION

Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

# Billing Statement

Date: June 23, 2017
Policy Number: 000619955-02
Insured: Ernestine Bell
Property Location: 16704 Ponce De Leon
Jamaica Beach, TX 77554

There is no balance due on this policy at this time.

| Date Processed | Transaction Type | Reference # | Description | Due Date | Amount |
|---|---|---|---|---|---|
| 06/20/2017 | Payment | 05130265 | Check | -- | -$1,506.60 |
| 06/20/2017 | Payment | 106558 | Check | -- | -$167.40 |
| 06/23/2017 | Premium | 1002062398 | Policy Issuance | 07/28/2017 | $1,674.00 |
| | | | | **Total Due** | **$0.00** |

Payments received will be applied to the oldest balance first. If you have questions regarding this statement, please call 1-800-788-8247.

Total due does not include pending transactions.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Payment Coupon

678000551_18.0.0_PRODUCTION_15_12672347: Agency

---

| | |
|---|---|
| Insured: | Ernestine Bell |
| Reference Number: | 000619955-02 |
| Amount Due: | $0.00 |
| **Total Due** | **$0.00** |

TEXAS WINDSTORM INSURANCE ASSOCIATION

Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

# Billing Statement

Date: June 23, 2017
Policy Number: 000619955-02
Insured: Ernestine Bell
Property Location: 16704 Ponce De Leon
Jamaica Beach, TX 77554

There is no balance due on this policy at this time.

| Date Processed | Transaction Type | Reference # | Description | Due Date | Amount |
|---|---|---|---|---|---|
| 06/20/2017 | Payment | 05130265 | Check | -- | -$1,506.60 |
| 06/20/2017 | Payment | 106558 | Check | -- | -$167.40 |
| 06/23/2017 | Premium | 1002062398 | Policy Issuance | 07/28/2017 | $1,674.00 |
| | | | | **Total Due** | **$0.00** |

Payments received will be applied to the oldest balance first. If you have questions regarding this statement, please call 1-800-788-8247.

Total due does not include pending transactions.

TEXAS WINDSTORM INSURANCE ASSOCIATION

## Payment Coupon

678000551_18.0.0_PRODUCTION_15_12671953: Agency

-----------------------------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| Insured: | Ernestine Bell |
| Reference Number: | 000619955-02 |
| Amount Due: | $0.00 |
| **Total Due** | **$0.00** |

TEXAS WINDSTORM INSURANCE ASSOCIATION

Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

# Billing Statement

Date: June 23, 2017
Policy Number: 000619955-02
Insured: Ernestine Bell
Property Location: 16704 Ponce De Leon
Jamaica Beach, TX 77554

There is no balance due on this policy at this time.

| Date Processed | Transaction Type | Reference # | Description | Due Date | Amount |
|---|---|---|---|---|---|
| 06/20/2017 | Payment | 05130265 | Check | -- | -$1,506.60 |
| 06/20/2017 | Payment | 106558 | Check | -- | -$167.40 |
| 06/23/2017 | Premium | 1002062398 | Policy Issuance | 07/28/2017 | $1,674.00 |
| | | | | **Total Due** | **$0.00** |

Payments received will be applied to the oldest balance first. If you have questions regarding this statement, please call 1-800-788-8247.

Total due does not include pending transactions.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Payment Coupon

678000551_18.0.0_PRODUCTION_15_12671790: Agency

----------------------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| Insured: | Ernestine Bell |
| Reference Number: | 000619955-02 |
| Amount Due: | $0.00 |
| **Total Due** | **$0.00** |

# Residential Declarations Page

**Texas Windstorm Insurance Association**

**P.O. Box 99090 Austin, Texas 78709-9090**

Policy Number: TWIA-000619955-02

Policy Period: Jun 28, 2017, to Jun 28, 2018
12:01 A.M. Standard Time at the property location

**Name and Mailing Address of Agent:**

Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

**Name and Mailing Address of Insured:**

Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

**Early cancellation may result in approximately 25% of your premium being retained by Texas Windstorm Insurance Association.**

**This policy will be subject to an immediate surcharge if determined necessary by the Texas Insurance Commissioner. Failure to pay the surcharge will result in cancellation of the policy.**

**Insured :** Ernestine Bell

## COVERAGES - Windstorm and Hail Only

In consideration of the stipulations and conditions herein or added hereto which are made a part of this policy, and of the premiums provided, TWIA does insure the insured named above and legal representatives FROM the inception date shown above TO the expiration date shown above at 12:01 A.M. Standard Time at the location of property against direct loss resulting from the perils of Windstorm and Hail only which have a premium inserted opposite thereto and only on the property described and located as provided hereon.

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling*** | | 80% | 1% | $1,160 | | $116,000.00 | $1,439.00 |
| | | 16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 1; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Increased Cost of Construction (25%) | $195.00 | | | | 431 | | |
| | | Personal Property Replacement Cost | $59.00 | | | | 365 | | |
| | | Indirect Loss | $38.00 | | | | 320 | | |
| | | *Item #1-A forms:* 320 431 220 800 | | | | | | | |
| 1 | B | ***Description: Single Family Dwelling located at:*** | | Nil | 1% | $620 | | $62,000.00 | $235.00 |
| | | 16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 1; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$178,000.00** | **$1,674.00** |
| **Total ICC Premium:** | **$195.00** | |
| **Total Surcharges:** | | $0.00 |
| **Total Premium + Total Surcharges:** | | **$1,674.00** |

**Original**

**Part 1, Page 1 of 2**

(This policy contains two parts. To be valid, both parts must be combined and the policy countersigned by the Texas Windstorm Insurance Association.)



678000447_87.0.0_PRODUCTION_1_12671714: Insured

**COVERAGES - Windstorm and Hail Only** **Attached to and forming part of Policy Number: TWIA-000619955-02**

In consideration of the stipulations and conditions herein or added hereto which are made a part of this policy, and of the premiums provided, TWIA does insure the insured named above and legal representatives FROM the inception date shown above TO the expiration date shown above at 12:01 A.M. Standard Time at the location of property against direct loss resulting from the perils of Windstorm and Hail only which have a premium inserted opposite thereto and only on the property described and located as provided hereon.

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|
| | | *Adjustment amounts included in the premium for each item:* | | | | | | |
| | | Personal Property Replacement Cost | $11.00 | | | 365 | | |
| | | Indirect Loss | $7.00 | | | 320 | | |
| | | *Item #1-B forms:* 320 365 | | | | | | |
| | | - -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- - | | | | | | |

**Original**
**Part 1, Page 2 of 2**

(This policy contains two parts. To be valid, both parts must be combined and the policy countersigned by the Texas Windstorm Insurance Association.)

TEXAS WINDSTORM INSURANCE ASSOCIATION

# TWIA Privacy Policy

Protecting your privacy is important to us. We want you to understand what information we collect and how we use it. This notice sets forth our policy for the collection, use, and security of your nonpublic personal financial information.

**Information Collected**
As a part of our business, we may collect "nonpublic personal financial information" about you in order to provide a financial product or service to you. This includes information we receive from you on applications or other forms, information about your transactions with us or others, and information we receive from a consumer reporting agency.

**Information Disclosure**
We may disclose the following kinds of nonpublic personal financial information about you:

- Information we receive from you on application or other forms such as your name, address or other information; and
- Information about your transactions with us such as your policy coverage, limits of liability and premiums.

**Disclosure to Third Parties**
We may disclose nonpublic personal information about you to the following types of third parties:

- Insurers that are eligible under TWIA's clearinghouse process and procedures and have agreed to abide by TWIA's policies regarding use of the disclosed information and researchers.

We may also disclose nonpublic personal financial information about you to nonaffiliated third parties as permitted by law.

**Option to Limit Disclosure**
If you prefer that we not disclose nonpublic personal financial information about you to nonaffiliated third parties, you may direct us not to make those disclosures (other than disclosures permitted by law). Your option to request we not disclose nonpublic personal financial information about you will apply to the windstorm insurance coverage you have obtained from us.

If you wish to limit disclosure, you must complete the enclosed form and return it to TWIA within 30 days of the date this notice was mailed. If you direct us not to disclose nonpublic personal financial information about you (other than as permitted by law), your election will apply to all named insureds on the policy.

If you do not wish to limit disclosure, no action on your part is required.

**Our Security Procedures**
We restrict access to nonpublic personal financial information about you to those persons who need to know that information, to provide products or services to you and disclose such information only for legitimate business or legal reasons. We maintain physical, electronic, and procedural safeguards that comply with federal regulations and applicable state law to protect your nonpublic personal financial information.

This notice has been provided to you pursuant to the Gramm-Leach-Bliley Act and the rules of the Texas Department of Insurance, which require a financial institution, such as an insurer, to notify customers of its privacy practices and procedures on an annual basis.

**Texas Windstorm Insurance Association**
5700 South MoPac Expressway, Building A, Austin, Texas 78749
P.O. Box 99090, Austin, Texas 78709-9090
800-788-8247 / Fax 512-899-4950

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Texas Windstorm Insurance Association
# Disclosure Limitation Reply Form

If you do not want your nonpublic personal financial information disclosed by the Texas Windstorm Insurance Association, please complete the information below and mail the completed form to:

Texas Windstorm Insurance Association
Disclosure Opt Out
P O Box 99090
Austin TX 78709-9090

____ I want to limit the nonpublic personal financial information the Texas Windstorm Insurance Association discloses about me to third parties.

Insured's name: Ernestine Bell

Policy number: TWIA-000619955-02

Insured's signature: ______________________________

Date: ______________________________

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Clarifying Language Regarding Mold, Fungi, and Other Microorganisms

Please read the following:
All Texas Windstorm Insurance Association (TWIA) policies issued after March 1, 2003 have a clarification added to the exclusion section of the policy. Please read the exclusion below, titled Mold Fungi, or Other Microorganisms. If you have questions relating to this clarification, please call your agent or TWIA at 1-800-788-8247.

This endorsement modifies insurance provided under each policy form listed below:

TWIA Dwelling Policy
TWIA Commercial Policy
TWIA Texas Special Mobile Home Windstorm and Hail Insurance Policy

The following exclusion is added to each policy form as follows:

Exclusion 9. to the TWIA Dwelling Policy,
Exclusion 10. to the TWIA Commercial Policy,
After the second paragraph of SECTION III - SPECIFIC COVERAGE CONDITIONS to the TWIA Texas Special Mobile Home Windstorm and Hail Insurance Policy.

## Mold, Fungi, or Other Microorganisms:

a. Fungi or mold and other microorganisms when used in the policy or in this exclusion means the presence, growth, proliferation, spread or any activity of fungi or mold and other microorganisms.

This exclusion also applies to the cost:

(1) To remove fungi or mold and other microorganisms from covered property covered under this Texas Windstorm Insurance Association policy.
(2) To tear out and replace any part of the building or other covered property as needed to gain access to the fungi or mold and other microorganisms; and
(3) Of testing of air or property to confirm the absense, presence or level of fungi or mold and other microorganisms;

b. This exclusion applies unless the fungi or mold and other microorganisms are located upon the portion of covered property which must be repaired or replaced because of direct physical damage resulting from sudden and accidental wind or hail which would otherwise be covered under this policy. For purposes of this exclusion, sudden and accidental shall include a loss event that is hidden or concealed for a period of time until it is detectable. A hidden loss must be reported to us no later than 30 days after the date it was detected or should have been detected.

c. However, the exception to the exclusion described in b. above does not include:

(1) the cost to treat, contain, remove or dispose of the fungi or mold and other microorganisms beyond that which is required to repair or replace the covered property physically damaged by water;
(2) the cost of any testing of air or property to confirm the absence, presence or level of fungi, mold and other microorganisms whether performed prior to, during or after the removal, repair, restoration or replacement;
(3) the cost of any decontamination of the covered property covered under this Texas Windstorm Insurance Association policy;
(4) any increase in loss under this Texas Windstorm Insurance Association policy related to loss of use, debris removal, additional living expense, or diminution in value resulting from c. (1), (2), and (3).

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Important Notice for Insureds

**Your Texas Windstorm Insurance Association (TWIA) policy covers direct physical loss to the covered property caused by windstorm or hail unless the loss is excluded in the Exclusions. In case of a loss, note the following:**

If a windstorm or hail loss occurs immediately notify your agent:

- **TWIA does not have insurance agents.** Your insurance agent acts only on your behalf and has no right to act or speak on behalf of TWIA.
- Once your agent has filed your claim with TWIA, we will assign your claim to an independent claim adjusting firm in your area.
- TWIA will send you a letter acknowledging your claim and give you the name of the adjusting firm.
- The adjuster will call you for an appointment to inspect the damaged property.
- If you have any questions before an adjuster has contacted you, contact the assigned adjusting firm.

**Temporary Repairs**

Please make temporary repairs and dry-out/protect your property as quickly as possible after a loss to prevent further damage. Do not make permanent repairs, such as a roof replacement or asphalt patches until the adjuster has made an inspection. **The adjuster needs to be able to see the damage** and determine if it is from windstorm or hail.

Before tearing out, removing or covering over damaged property or debris, take pictures or videotapes if possible. Keep any damaged property until the adjuster sees it and approves of disposal.

Cover openings with a tarp or plastic to prevent additional water damage, and dry out water damaged/wet areas immediately.

If your loss is covered by the policy, reasonable costs for temporary repairs are covered, so be sure to keep invoices and receipts.

**You must provide the adjuster with the following information and documentation:**

- **Proof of Loss:** Within 91 days after the date of TWIA's claim acknowledgment, unless we extend the time in writing, you must submit a signed, sworn Proof of Loss form. The TWIA adjuster will provide you with this form.
- **Inventory:** If coverage is provided on your personal property (Dwelling policy) or Business Personal Property (Commercial policy), you must provide a detailed inventory of all damaged or destroyed personal property. Include a description and age of each item, their cost at the time of purchase and their estimated replacement cost today. Again, document with photos if necessary.
- **Documentation:** Provide information and documentation relating to the damage you claim or any other insurance claims you have made relating to the damage. This includes reports, estimates, invoices, receipts, photos, and videos.
- **Other Claims:** Provide information and documentation concerning any other water damage, structural damage and repairs you have had, whether due to plumbing leaks, flood, air-conditioning system leaks, foundation settlement, or other sources.

The adjuster will report their findings to TWIA with their recommendations.

- **The final decision on your claim will be made by TWIA.**
- If you are due a payment for your loss, a check will be issued and sent to you.

**Texas Windstorm Insurance Association**
5700 South MoPac Expressway, Building A, Austin, Texas 78749
P.O. Box 99090, Austin, Texas 78709-9090
800-788-8247 / Fax 512-899-4950

To qualify for insurance through TWIA, most permanent repairs must be inspected by a Texas Department of Insurance (TDI) inspector or by a Texas licensed professional engineer. The TDI inspection must verify compliance with the building codes. The TDI inspector (or engineer) must inspect during the repair/replacement process and will issue a **WPI-8 certificate** when repairs are completed and meet the windstorm code. Please call your county's local Windstorm Inspection Office to make an appointment prior to beginning the repairs, but after materials are delivered to the worksite and the work has been scheduled. You can call 1-800-248-6032 or 512-322-2203 for more details and information about the inspection process or you can go to the TDI website at www.tdi.state.tx.us/. Additional information regarding the Windstorm Inspection Program can be found there.

If you disagree with a decision on your loss, please advise and discuss with the adjuster and submit any additional information and documents you have that support your claim. You may appeal any act, ruling or decision made by TWIA by filing a complaint with the commissioner of insurance not later than the 30th day after the date of that act, ruling, or decision. A hearing, if requested, will be held in the county in which the insured property is located or in Travis County, whichever you choose. In addition, you may bring an action against the association in the county where your covered property is located or in a district court in Travis County. A person may not proceed under both remedies for the same act, ruling, or decision. (Refer to the Dispute Resolution section of your policy for more details.)

**Note:** This page is not a part of your policy and is not intended to be a complete description of all your rights and responsibilities under your policy. Refer to the provision "Duties After Loss" under the CONDITIONS section in your policy for specific policy requirements. This page is not intended to address every provision in your policy.

# Texas Windstorm Insurance Association

Windstorm and Hail

## Extensions of Coverage

In consideration of an included additional premium, this policy is extended to provide the following coverages.

**A.** **Consequential Loss.** Applicable to Primary or Secondary Residences - Dwellings

We cover:

1. property contained in the dwelling or other structure on the described location against loss due to change in temperature as a direct result of physical damage to the dwelling, or any equipment contained in the dwelling, caused by windstorm or hail. The deductible does not apply to this coverage.

2. property contained in the dwelling or other structure on the described location against loss due to change in temperature as a direct result of physical damage to any power, heating or cooling equipment (including connections and supply pipes) not contained in or on the dwelling, caused by windstorm or hail.

   The total limit of liability for the coverage described in A. 2. above is $500.

This is not additional insurance and does not increase the limit of liability for Coverage B (Personal Property).

**B.** **Additional Living Expense.** Applicable only to Primary Residences - Dwellings

If a covered loss to your Primary Residence caused by windstorm or hail makes your Primary Residence wholly or partially untenantable, we cover additional living expense, meaning any necessary and reasonable increase in living expense you incur so that your household in your Primary Residence can maintain its normal standard of living.

We do not cover expenses that you incur as a result of evacuation or displacement from your Primary Residence due to voluntary or mandatory evacuation, order of civil authority restricting ingress, egress or access, loss or disconnection of utilities, damage or closure of roads, ferries, bridges or infrastructure, or loss that is excluded in the Exclusions of this policy, except to the extent such expenses were incurred because covered damage to your Primary Residence caused by windstorm or hail made your Primary Residence wholly or partially untenantable.

The total limit of liability for all additional living expense is 20% of the limit of liability applicable to Coverage A (Dwelling). This is additional insurance and does not reduce the limit of liability applicable to Coverage A (Dwelling), but the total limit of liability for the Coverage A (Dwelling) limit and the additional living expense limit cannot exceed the maximum limit of liability permitted by law. The deductible does not apply to additional living expense coverage.

Payment will be for the reasonable time required to repair or replace the damage caused by windstorm or hail to your Primary Residence. If you permanently relocate, payment will be for the reasonable time required for your household to become settled. The periods of time for additional living expense are not limited by expiration of this policy.

**C.** **Wind-Driven Rain Coverage.** Applicable to Primary or Secondary Residences

We cover loss to the dwelling and personal property caused by wind-driven rain whether or not an opening is made in the dwelling by the direct force of wind or hail.

**Primary Residence** means a dwelling where you normally live as your principal residence as of the date of loss and during the majority of the policy period, and that is stipulated as your “Primary Dwelling” on the Residential Declarations Page of this policy.

The coverage provided by these Extensions of Coverage is subject to all other terms, conditions, exclusions, and definitions of the policy to which this endorsement is attached.

# Texas Windstorm Insurance Association

Windstorm and Hail

## Replacement Cost Coverage Endorsement
## Personal Property

In consideration of an included additional premium, policy is amended as follows:

I. This endorsement does not apply to:

A. property which by its inherent nature cannot be replaced;

B. property not maintained in good or workable condition;

C. property, which at the time of loss, is either obsolete or useless to you.

II. Loss Settlement:

A. For covered losses to personal property, we will pay you:

1. The replacement cost of your damaged personal property up to $1,500; and

2. The actual cash value of your remaining damaged personal property not later than the 10th day after we notify you that we will pay the claim.

B. If you repair or replace the damaged personal property within 545 days of the date we notify you of the amount we will pay under Condition 4.b.(2) of the policy, you may make claim for reimbursement on a replacement cost basis for the replacement cost of your personal property exceeding $1,500. Upon completion and documentation of repairs or replacement, we will pay the additional amount claimed under replacement cost coverage, but our liability and payment will not exceed the smallest of the following:

(1) The limit of liability under this policy applicable to the damaged personal property;

(2) The cost to repair or replace the damaged personal property with material of like kind and quality within a reasonable time after the loss; or

(3) The amount actually and necessarily spent to repair or replace the damaged personal property as documented by records, including invoices, bills, statements, and receipts, submitted to us under this endorsement.

C. We will make any payment required by part II.B. not later than the 10th day after your completion and documentation of repairs or replacement.

D. If you dispute the additional amount we pay for the repair or replacement of the damaged personal property under part II.C. of this endorsement, you may request that this amount be determined by appraisal under Condition 11 of the policy. You must demand an appraisal no later than the 60th day after the date we make payment under part II.C..

This Replacement Cost Coverage will not apply unless you have, at the inception date of this policy or at the time of loss, replacement cost coverage in effect on the same property and in the same amount or more, under a companion dwelling, homeowners, farm and ranch owners, or tenant policy to which a windstorm and hail exclusion agreement endorsement is also attached.

All other provisions of the policy, including any applicable deductible, not in conflict with this endorsement remain unchanged. However, if this policy provides replacement cost for the building in which your personal property is located, the exclusion of Replacement Cost Coverage of carpeting and cloth awnings is deleted.

**Prescribed by the Texas Department of Insurance**
**Form No. TWIA - 365 - Replacement Cost Personal Property**
**Effective: November 27, 2011**

**Texas Windstorm Insurance Association**

Dwelling Windstorm and Hail Policy

# Extension of Coverage - Increased Cost of Construction

Attached to and forming part of Policy No. TWIA-000619955-02 of the Texas Windstorm Insurance Association issued at its Austin, Texas agency.

Dated: June 23, 2017 John Polak, Agent

When this endorsement is attached to the policy, this endorsement determines coverage to the extent that it is in conflict with the policy and/or General Exclusion 8.

In consideration of an additional premium shown on the declarations page, this policy is modified to provide the following coverage:

1. Subject to the maximum limit of liability established by law as described below, if a covered building or other covered structure is damaged by windstorm or hail, we will pay for the increased costs that you incur due to the enforcement of any ordinance or law, which requires or regulates:

    a. the construction, demolition or repair of that part of a covered building or other covered structure damaged by windstorm or hail;

    b. the demolition and reconstruction of the undamaged part of a covered building or other covered structure, when that building or other structure must be totally demolished because of damage by windstorm or hail to another part of that covered building or other covered structure; or

    c. the removal or replacement of the portion of the undamaged part of a covered building or other covered structure necessary to complete the repair or replacement of that part of the covered building or other covered structure damaged by windstorm or hail.

You may use all or part of this coverage to pay for the increased costs you incur to remove debris resulting from the construction, repair or replacement of property as stated in 1 above.

2. When a covered structure is damaged by windstorm or hail, we will also pay the increased cost of construction you incur due to the requirement to rebuild or repair the structure in accordance with the windstorm code applicable to the specific area in which the structure is located in order to maintain insurance through the Texas Windstorm Insurance Association.

This is additional insurance and does not reduce the limit of liability applicable to Coverage A (Building), but the total limit of liability for the coverage A (Building) limit and the limit for Increased Cost of Construction cannot exceed the maximum limit of liability permitted by law.

3. Building Ordinance or Law Coverage Limitations.

    We will not pay for the increased cost of construction:

    a. if the building or structure is not rebuilt or repaired;

    b. if the rebuilt or repaired building or structure is not intended for similar occupancy as the current building or structure;

    c. to relocate the insured building or structure(s), either on the same premises or to another location, or to demolish and reconstruct a building or structure that requires relocation;

    d. until the building or structure is actually repaired or rebuilt at the same premises; or

    e. unless the rebuilding or repairs are made as soon as reasonably possible after the loss or damage, not to exceed two years after the loss.

4. We do not cover:

    a. the loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

    b. fees charged by a qualified inspector for windstorm and hail insurance inspections pursuant to Chapter 2210, Subchapter F, of the Texas Insurance Code; or

    c. the costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, assess the effects of, pollutants on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, asbestos and asbestos-containing materials. Waste includes material to be recycled, reconditioned or reclaimed.

**Prescribed by the Texas Department of Insurance**
**Form No. TWIA - 431 - Extension of Coverage - Increased Cost of Construction**
**Effective: May 5, 2015**

The total limit of liability under this extension for each building item designated is shown by the following percentage as indicated:

| **ICC Limit:** | **Building Item Number(s):** |
| --- | --- |
| 25% of the Coverage A (Building) limit of liability | 1 |

This coverage is additional insurance, however in no event will payment of a covered loss under this policy including this endorsement exceed the total maximum limit of liability established by law that can be insured by the Texas Windstorm Insurance Association.

All other Terms of the policy apply.

**Texas Windstorm Insurance Association**

Windstorm and Hail

# Automatic Adjusted Building Cost Endorsement

It is agreed that the limit of liability on the attached policy for **Coverage A, Dwelling** shall be revised annually by a percentage established by a building cost index, applied to your policy at renewal. The revised limit of liability will be rounded up to the next $1000, subject to the maximum limit of liability permitted by law. You have the right to request modification of this change in the limit of liability.

If your limit of liability change at renewal differs from the revised limit resulting from application of this endorsement, your request will take effect at the inception of the renewal, provided that it is received prior to the beginning of the policy renewal date. Requests for a limit of liability change received after inception of the policy will be processed as an endorsement to the policy, and will not become effective prior to the date received by TWIA.

The limits of liability for Additional Living Expense and other, optional extensions of coverage that are based on the limit of liability for the Dwelling, if applicable, will also be adjusted subject to the maximum limit of liability permitted by law.

It is your responsibility to review your coverage regularly and make sure your dwelling limit of liability is adequate to repair or replace your insured property. This endorsement and any changes that result from it do not guarantee that you will have adequate coverage. Only you can determine the appropriate amount of coverage.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Important Notice Regarding the Automatic Adjusted Building Cost Endorsement and your Dwelling Limit of Liability

This notice provides you with an explanation of endorsement, TWIA-220 Automatic Adjusted Building Cost Endorsement that is attached to your policy. The endorsement **automatically adjusts your dwelling limit of liability if your policy is renewed**. This notice **is not** part of your policy. To understand your rights and duties under the policy, please refer to and read the actual language in your policy, including all endorsements forming a part of your policy.

**What changed:** Upon renewal, the coverage amount (limit of liability) for your dwelling will be increased by a percentage that is established by a building cost index for your area. The adjusted limit of liability will be rounded up to the next $1000. The dwelling limit is subject to the maximum limit of liability permitted by law.

The percentage increase in the dwelling limit of liability is established annually. It will be applied to the limit of liability for your dwelling at each renewal. The percentage increase is only an adjustment for inflation to the dwelling limit of liability on your expiring policy and does not ensure that your dwelling is adequately insured for the dwelling's full replacement cost. You should consult with your agent to determine the appropriate amount of coverage for your dwelling.

The automatically adjusted dwelling limit of liability is shown on the renewal application that is sent to your agent approximately 60 days before expiration of your policy.

**Your right/duty:** You have the right to request modification of the automatically adjusted dwelling limit of liability.

If you request modification of the adjusted dwelling limit of liability, your request will take effect on the date a renewal policy becomes effective if it is received by TWIA prior to the effective date of a renewal policy. Your agent must include a valid Marshall & Swift/Boeckh replacement cost calculation with your request to modify the adjusted dwelling limit of liability. Requests for a modification of the adjusted dwelling limit of liability that are received by TWIA on or after the effective date of a renewal policy will become effective the date the request is received by TWIA.

**Other changes:** The limits of liability for Additional Living Expense and other, optional extensions of coverage that are based on the limit of liability for the dwelling, if applicable, will also be adjusted, subject to the maximum limit of liability permitted by law.

**Review your coverage:** It is your responsibility to review your coverage regularly and make sure your dwelling limit of liability is adequate to repair or replace your insured property. This endorsement and any changes that result from it do not guarantee that you will have adequate coverage. Only you can determine the appropriate amount of coverage. Endorsement TWIA-220 does not automatically renew your policy.

You should contact your agent for assistance with renewal of the policy and determining the appropriate amount of coverage.

# Texas Windstorm Insurance Association

Windstorm and Hail

## Amendatory Endorsement

COVERAGES, PROPERTY NOT COVERED is amended to add storm doors as follows:
We do not cover:
Unless specifically described in the Declarations:
a. Cloth awnings.
b. Greenhouses and their contents.
c. Metal screen enclosures and their contents.
d. Building or structures located wholly or partially over water and their contents.
e. Radio and television towers.
f. Outside satellite dishes, masts and antennas, including lead-in wiring.
g. Windmills and wind chargers.
h. Storm doors.

**Prescribed by the Texas Department of Insurance**
**Form No. TWIA - 800 - Amendatory Endorsement**
**Effective: April 1, 2016**

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Payment Coupon

Please print and detach the payment coupon below and mail to TWIA with a check for the full amount due. Once payment and payment coupon are received, your application will be processed according to TWIA underwriting guidelines.

678000551_18.0.0_PRODUCTION_10_12479019: Agency

------------------------------------------------------------------------------------------------------------------------------------------------

**Please detach and return this portion with your payment.**

| | |
|---|---|
| Insured: | Ernestine Bell |
| Reference Number: | 000619955-02 |
| Amount Due: | $1,674.00 |
| **Total Due** | **$1,674.00** |

Please indicate the reference number on your check.

**Make checks payable, and remit payment, to:** **Texas Windstorm Insurance Association**
**P.O. Box 99090**
**Austin, Texas 78709-9090**

1000100619955020000000167400

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary

## - Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: June 15, 2017
Reference Number: 000619955-02
Expiring Policy Number: TWIA-000619955-01

Transaction Number: T000894240
Transaction Type: Renewal
Proposed Policy Period: Jun 28, 2017 to Jun 28, 2018
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

**Name & Mailing Address of Insured's Agent:**
Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

**Name & Mailing Address of Premium Finance Company:**

IPFS
PO Box 412086
Kansas City, MO 64141-2086

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Secondary***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 858; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $94,214.00; Replacement Cost: $125,619.00<br>*Adjustment amounts included in the premium for each item:* | 80% | 1% \| $1,160 | | $116,000.00 | $1,439.00 |
| | | Increased Cost of Construction (25%) $195.00 | | | 431 | | |
| | | Personal Property Replacement Cost $59.00 | | | 365 | | |
| | | Indirect Loss $38.00 | | | 320 | | |
| | | *Item #1-A forms:* 320 431 220 800 | | | | | |
| | | *Companion Policy Information:* | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$178,000.00** | **$1,674.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$1,674.00** |

Applicant's Signature ______________________ Date ____________

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| | | No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Other<br>Amount of Insurance: $137,317.00<br>Prior TWIA Policy #: TWIA-000619955-01 | | | | | |
| 1 | B | ***Description: Personal Property located at:***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 858; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $0.00; Replacement Cost: $0.00<br>*Adjustment amounts included in the premium for each item:* | Nil | 1% \| $620 | | $62,000.00 | $235.00 |
| | | Personal Property Replacement Cost $11.00 | | | 365 | | |
| | | Indirect Loss $7.00 | | | 320 | | |
| | | *Item #1-B forms:* 320 365<br>*Companion Policy Information:*<br>No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Other<br>Amount of Insurance: $137,317.00<br>Prior TWIA Policy #: TWIA-000619955-01 | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary Preview

## - Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: May 19, 2017
Reference Number: 000619955-02
Expiring Policy Number: TWIA-000619955-01

Transaction Number: T000894240
Transaction Type: Renewal
Proposed Policy Period: Jun 28, 2017 to Jun 28, 2018
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

**Name & Mailing Address of Insured's Agent:**
Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Secondary***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 858; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $94,214.00; Replacement Cost: $125,619.00 | 80% | 1% \| $1,160 | | $116,000.00 | $1,439.00 |
| | | *Adjustment amounts included in the premium for each item:* | | | | | |
| | | Increased Cost of Construction (25%) $195.00 | | | 431 | | |
| | | Personal Property Replacement Cost $59.00 | | | 365 | | |
| | | Indirect Loss $38.00 | | | 320 | | |
| | | *Item #1-A forms:* 320 431 220 800<br>*Companion Policy Information:*<br>No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Other<br>Amount of Insurance: $137,317.00<br>Prior TWIA Policy #: TWIA-000619955-01 | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$178,000.00** | **$1,674.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$1,674.00** |

Applicant's Signature ____________________ Date __________

TWIA 001040

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| 1 | B | ***Description: Personal Property located at:***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 858; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $0.00; Replacement Cost: $0.00<br>*Adjustment amounts included in the premium for each item:* | Nil | 1% $620 | | $62,000.00 | $235.00 |
| | | Personal Property Replacement Cost $11.00 | | | 365 | | |
| | | Indirect Loss $7.00 | | | 320 | | |
| | | *Item #1-B forms:* 320 365<br>*Companion Policy Information:*<br>No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Other<br>Amount of Insurance: $137,317.00<br>Prior TWIA Policy #: TWIA-000619955-01 | | | | | |
| | | - -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- - | | | | | |

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary Preview

- Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: May 19, 2017
Reference Number: 000619955-02
Expiring Policy Number: TWIA-000619955-01

Transaction Number: T000894240
Transaction Type: Renewal
Proposed Policy Period: Jun 28, 2017 to Jun 28, 2018
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

**Name & Mailing Address of Insured's Agent:**
Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Secondary***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 858; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $94,214.00; Replacement Cost: $125,619.00 | 80% | 1% \| $1,373 | | $137,317.00 | $1,703.00 |
| | | *Adjustment amounts included in the premium for each item:* | | | | | |
| | | Increased Cost of Construction (25%) $231.00 | | | 431 | | |
| | | Personal Property Replacement Cost $70.00 | | | 365 | | |
| | | Indirect Loss $45.00 | | | 320 | | |
| | | *Item #1-A forms:* 320 431 220 800<br>*Companion Policy Information:*<br>No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Other<br>Amount of Insurance: $137,317.00<br>Prior TWIA Policy #: TWIA-000619955-01 | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$219,707.00** | **$2,018.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$2,018.00** |

Applicant's Signature ____________________ Date __________

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| 1 | B | ***Description: Personal Property located at:***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 858; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $0.00; Replacement Cost: $0.00 | Nil | 1% \| $824 | | $82,390.00 | $315.00 |
| | | *Adjustment amounts included in the premium for each item:* | | | | | |
| | | Personal Property Replacement Cost $15.00 | | | 365 | | |
| | | Indirect Loss $10.00 | | | 320 | | |
| | | *Item #1-B forms:* 320 365<br>*Companion Policy Information:*<br>No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Other<br>Amount of Insurance: $137,317.00<br>Prior TWIA Policy #: TWIA-000619955-01 | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.

TEXAS WINDSTORM INSURANCE ASSOCIATION

Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

# Policy Expiration Notice

| | |
|---|---|
| Date: | May 15, 2017 |
| Policy Number: | TWIA-000619955-01 |
| Named Insured: | Ernestine Bell |
| Expiration Date: | June 28, 2017 (12:01 AM Central Time at the property location) |
| Agent's Name: | Galveston Insurance Associates |
| Agent's Address: | P.O. Box 16767, Galveston TX 77552-6767 |
| Agent's Phone: | 409-740-1251 |

Dear Ernestine Bell,

**Your policy will expire on June 28, 2017 at 12:01 AM Central Time; it does not automatically renew.**

In order to renew your policy coverage, your agent must submit the payment and renewal application to TWIA before June 28, 2017. We encourage you to contact your agent to avoid a lapse in coverage.

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property Description |
|---|---|---|
| 1 | A | *Property Description: Secondary*<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6 |
| 1 | B | *Description: Personal Property located at:*<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6 |
| | | - -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- - |

For assistance, please call Galveston Insurance Associates at 409-740-1251 or TWIA at 1-800-788-8247.

We value your feedback! Tell us about your experience with TWIA by completing our policyholder survey located at https://www.surveymonkey.com/s/TWIAPolicy.

Sincerely,

Texas Windstorm Insurance Association

Copy: Galveston Insurance Associates

# Residential Renewal Application Notice

**Texas Windstorm Insurance Association**

## - Log in to Policy Center to submit application -

Reference Number: 000619955-02

Requested Renewal Period: Jun 28, 2017, to Jun 28, 2018
12:01 A.M. Standard Time at the property location

**Name and Mailing Address of Insured:**

Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

**Name and Mailing Address of Agent:**

Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

**Insured :** Ernestine Bell

### COVERAGES - Windstorm and Hail Only

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling*** | | 80% | 1% | $1,160 | | $116,000.00 | $1,439.00 |
| | | 16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br>Actual Cash Value: $101,569.00, Replacement Cost: $136,603.00, Square Footage: 925, Year Built: 1983 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 1; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Increased Cost of Construction (25%) | $195.00 | | | | 431 | | |
| | | Personal Property Replacement Cost | $59.00 | | | | 365 | | |
| | | Indirect Loss | $38.00 | | | | 320 | | |
| | | *Item #1-A forms:* 320 431 220 800 | | | | | | | |
| 1 | B | ***Description: Single Family Dwelling located at:*** | | Nil | 1% | $620 | | $62,000.00 | $235.00 |
| | | 16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br>Replacement Cost: $0.00, Square Footage: 925, Year Built: 1983 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 1; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $11.00 | | | | 365 | | |
| | | Indirect Loss | $7.00 | | | | 320 | | |
| | | *Item #1-B forms:* 320 365 | | | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$178,000.00** | **$1,674.00** |
| **Total ICC Premium:** | **$195.00** | |
| **Total Surcharges:** | | $0.00 |
| **Total Premium + Total Surcharges:** | | **$1,674.00** |

**Renewal Application Notice - Not a binder or a Policy**

## RENEWAL INFORMATION

Renewal Applications are not binding or guaranteed by TWIA. Premium or policy conditions are subject to change and may affect final policy issuance. The renewal application is meant to be a preliminary indication of forms and rates. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect uninterrupted coverage. Continuous coverage will not be bound unless the Renewal Application is submitted to TWIA via the policy administration system with payment prior to June 28, 2017.

IMPORTANT LEGAL NOTICES:

### Evidence of Declination:

An agent submitting a Renewal Application as an offer for insurance with TWIA is responsible for obtaining evidence of a current declination for wind and hail property coverage from a standard market insurer, excluding surplus lines carriers, every three calendar years. With the act of submitting the online Renewal Application for property coverage with TWIA, I, the insured's agent, acting on behalf of the insured, acknowledge I am in possession of the required proof of prior declination for wind and hail property coverage, and it is my intent to keep record of that document. This evidence of a prior declination must be made available to TWIA, if specifically requested.

NOTE: The declination may either be:
- a refusal to offer new or renewal wind and hail coverage on the property, or
- a refusal to offer basic insurance sought by the applicant that is substantially equivalent to that offered by TWIA.

For example, the lowest deductible offered by a standard market company is greater than that which can be obtained from TWIA. (See TWIA Declination Worksheet posted under Documents & Downloads on the TWIA website.)

### Flood Insurance Requirement:

An agent submitting a Renewal Application as an offer for insurance with TWIA is responsible for verifying that a current, in-force flood policy is in effect for the term of the TWIA policy, when required. With the act of submitting a Renewal for property coverage with TWIA, I, the insured's agent, acting on behalf of the insured, acknowledge I am in possession of the required evidence of a companion flood insurance policy that provides coverage during the term of the TWIA policy, and it is my intent to keep record of that documentation. This evidence of an in-force flood policy must be made available to TWIA, if specifically requested. Flood coverage is required for structures constructed, altered, remodeled, or enlarged on or after September 1, 2009, that are located in flood zones V, VE, and V1-V30. The flood insurance requirement does not extend to structures being repaired. (See TWIA Flood Worksheet posted under Documents & Downloads on the TWIA website.)

### 90 Day Minimum Retained Premium:

Please note that cancellation of the policy will result in a pro-rata refund, subject to a policy minimum retained premium in an amount equal to 90 days or $100, whichever is greater. The minimum retained premium is fully earned on the effective date of the policy.

Surcharges are not subject to commission and are non-refundable.

Date Generated: April 29, 2017

TEXAS WINDSTORM INSURANCE ASSOCIATION

Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

# Billing Statement

Date: June 28, 2016
Policy Number: 000619955-01
Insured: Ernestine Bell
Property Location: 16704 Ponce De Leon
Jamaica Beach, TX 77554

There is no balance due on this policy at this time.

| Date Processed | Transaction Type | Reference # | Description | Due Date | Amount |
|---|---|---|---|---|---|
| 06/21/2016 | Payment | 05126792 | Check | -- | -$1,412.70 |
| 06/21/2016 | Payment | 1655 | Check | -- | -$249.30 |
| 06/28/2016 | Premium | 1001717276 | Policy Issuance | 07/28/2016 | $1,662.00 |
| | | | | **Total Due** | **$0.00** |

Payments received will be applied to the oldest balance first. If you have questions regarding this statement, please call 1-800-788-8247.

Total due does not include pending transactions.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Payment Coupon

678000551_18.0.0_PRODUCTION_15_6321668: Agency

------------------------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| Insured: | Ernestine Bell |
| Reference Number: | 000619955-01 |
| Amount Due: | $0.00 |
| **Total Due** | **$0.00** |

# Residential Declarations Page

**Texas Windstorm Insurance Association**
**P.O. Box 99090 Austin, Texas 78709-9090**

**Early cancellation may result in approximately 25% of your premium being retained by Texas Windstorm Insurance Association**

Policy Number: TWIA-000619955-01

Policy Period: Jun 28, 2016, to Jun 28, 2017
12:01 A.M. Standard Time at the property location

**Name and Mailing Address of Agent:**

Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

**Name and Mailing Address of Insured:**

Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

**IMPORTANT NOTICES**

Policy Forms Attached:

## COVERAGES - Windstorm and Hail Only

In consideration of the stipulations and conditions herein or added hereto which are made a part of this policy, and of the premiums provided, TWIA does insure the insured named above and legal representatives FROM the inception date shown above TO the expiration date shown above at 12:01 A.M. Standard Time at the location of property against direct loss resulting from the perils of Windstorm and Hail only which have a premium inserted opposite thereto and only on the property described and located as provided hereon.

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling*** | | 80% | 1% | $1,150 | | $115,000.00 | $1,427.00 |
| | | 16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 1; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Increased Cost of Construction (25%) | $194.00 | | | | 431 | | |
| | | Personal Property Replacement Cost | $59.00 | | | | 365 | | |
| | | Indirect Loss | $38.00 | | | | 320 | | |
| | | *Item #1-A forms:* 320 431 220 800 | | | | | | | |
| 1 | B | ***Description: Single Family Dwelling located at:*** | | Nil | 1% | $620 | | $62,000.00 | $235.00 |
| | | 16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 1; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $11.00 | | | | 365 | | |
| | | Indirect Loss | $7.00 | | | | 320 | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$177,000.00** | **$1,662.00** |
| **Total ICC Premium:** | **$194.00** | |
| **Total Surcharges:** | | $0.00 |
| **Total Premium + Total Surcharges:** | | **$1,662.00** |

**Original**



(This policy contains two parts. To be valid, both parts must be combined and the policy countersigned by the Texas Windstorm Insurance Association.)

**COVERAGES - Windstorm and Hail Only** **Attached to and forming part of Policy Number: TWIA-000619955-01**

In consideration of the stipulations and conditions herein or added hereto which are made a part of this policy, and of the premiums provided, TWIA does insure the insured named above and legal representatives FROM the inception date shown above TO the expiration date shown above at 12:01 A.M. Standard Time at the location of property against direct loss resulting from the perils of Windstorm and Hail only which have a premium inserted opposite thereto and only on the property described and located as provided hereon.

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| | | *Item #1-B forms:* 320 365 | | | | | |
| | | - -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- - | | | | | |



(This policy contains two parts. To be valid, both parts must be combined and the policy countersigned by the Texas Windstorm Insurance Association.)

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Notice Regarding Amount of Insurance

Please review the limit of liability carefully on your attached policy. The current limit of liability is based on information supplied to us by your agent regarding the cost to replace the dwelling. **Is that coverage amount enough? Are you insuring the dwelling for less than the actual cost to replace it?**

**If your policy's limit of liability is less than 80% of the full replacement cost of the dwelling at the time of a loss, we will not pay the full repair or replacement cost for loss to the damaged dwelling.** Instead, as required by the policy's Loss Settlement Conditions, we would pay no more than the replacement cost of the part of the dwelling that is damaged or destroyed, less depreciation. Depreciation may reduce the amount of policy benefits to significantly less than the cost of repairs.

**The amount we will pay for a covered loss may be further reduced by the policy's Coinsurance Conditions if the limit of liability is less than 80% of the actual cash value of the building(s).**

We suggest that you review your coverage amounts with your agent regularly to be sure that you have the correct coverage amount.

This notice is for information only and does not become a part or condition of the insurance policy. We strongly suggest that you read your policy.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# TWIA Privacy Policy

Protecting your privacy is important to us. We want you to understand what information we collect and how we use it. This notice sets forth our policy for the collection, use, and security of your nonpublic personal financial information.

**Information Collected**

As a part of our business, we may collect "nonpublic personal financial information" about you in order to provide a financial product or service to you. This includes information we receive from you on applications or other forms, information about your transactions with us or others, and information we receive from a consumer reporting agency.

**Information Disclosure**

We may disclose the following kinds of nonpublic personal financial information about you:

- Information we receive from you on application or other forms such as your name, address or other information; and
- Information about your transactions with us such as your policy coverage, limits of liability and premiums.

**Disclosure to Third Parties**

We may disclose nonpublic personal information about you to the following types of third parties:

- Insurers that are eligible under TWIA's clearinghouse process and procedures and have agreed to abide by TWIA's policies regarding use of the disclosed information and researchers.

We may also disclose nonpublic personal financial information about you to nonaffiliated third parties as permitted by law.

**Option to Limit Disclosure**

If you prefer that we not disclose nonpublic personal financial information about you to nonaffiliated third parties, you may direct us not to make those disclosures (other than disclosures permitted by law). Your option to request we not disclose nonpublic personal financial information about you will apply to the windstorm insurance coverage you have obtained from us.

If you wish to limit disclosure, you must complete the enclosed form and return it to TWIA within 30 days of the date this notice was mailed. If you direct us not to disclose nonpublic personal financial information about you (other than as permitted by law), your election will apply to all named insureds on the policy.

If you do not wish to limit disclosure, no action on your part is required.

**Our Security Procedures**

We restrict access to nonpublic personal financial information about you to those persons who need to know that information, to provide products or services to you and disclose such information only for legitimate business or legal reasons. We maintain physical, electronic, and procedural safeguards that comply with federal regulations and applicable state law to protect your nonpublic personal financial information.

This notice has been provided to you pursuant to the Gramm-Leach-Bliley Act and the rules of the Texas Department of Insurance, which require a financial institution, such as an insurer, to notify customers of its privacy practices and procedures on an annual basis.

# Texas Windstorm Insurance Association
# Disclosure Limitation Reply Form

If you do not want your nonpublic personal financial information disclosed by the Texas Windstorm Insurance Association, please complete the information below and mail the completed form to:

Texas Windstorm Insurance Association
Disclosure Opt Out
P O Box 99090
Austin TX 78709-9090

____ I want to limit the nonpublic personal financial information the Texas Windstorm Insurance Association discloses about me to third parties.

Insured's name: Ernestine Bell

Policy number: TWIA-000619955-01

Insured's signature: ________________________________

Date: ________________________________

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Clarifying Language Regarding Mold, Fungi, and Other Microorganisms

Please read the following:
All Texas Windstorm Insurance Association (TWIA) policies issued after March 1, 2003 have a clarification added to the exclusion section of the policy. Please read the exclusion below, titled Mold Fungi, or Other Microorganisms. If you have questions relating to this clarification, please call your agent or TWIA at 1-800-788-8247.

This endorsement modifies insurance provided under each policy form listed below:

TWIA Dwelling Policy
TWIA Commercial Policy
TWIA Texas Special Mobile Home Windstorm and Hail Insurance Policy

The following exclusion is added to each policy form as follows:

Exclusion 9. to the TWIA Dwelling Policy,
Exclusion 10. to the TWIA Commercial Policy,
After the second paragraph of SECTION III - SPECIFIC COVERAGE CONDITIONS to the TWIA Texas Special Mobile Home Windstorm and Hail Insurance Policy.

## Mold, Fungi, or Other Microorganisms:

a. Fungi or mold and other microorganisms when used in the policy or in this exclusion means the presence, growth, proliferation, spread or any activity of fungi or mold and other microorganisms.

This exclusion also applies to the cost:

(1) To remove fungi or mold and other microorganisms from covered property covered under this Texas Windstorm Insurance Association policy.
(2) To tear out and replace any part of the building or other covered property as needed to gain access to the fungi or mold and other microorganisms; and
(3) Of testing of air or property to confirm the absense, presence or level of fungi or mold and other microorganisms;

b. This exclusion applies unless the fungi or mold and other microorganisms are located upon the portion of covered property which must be repaired or replaced because of direct physical damage resulting from sudden and accidental wind or hail which would otherwise be covered under this policy. For purposes of this exclusion, sudden and accidental shall include a loss event that is hidden or concealed for a period of time until it is detectable. A hidden loss must be reported to us no later than 30 days after the date it was detected or should have been detected.

c. However, the exception to the exclusion described in b. above does not include:

(1) the cost to treat, contain, remove or dispose of the fungi or mold and other microorganisms beyond that which is required to repair or replace the covered property physically damaged by water;
(2) the cost of any testing of air or property to confirm the absence, presence or level of fungi, mold and other microorganisms whether performed prior to, during or after the removal, repair, restoration or replacement;
(3) the cost of any decontamination of the covered property covered under this Texas Windstorm Insurance Association policy;
(4) any increase in loss under this Texas Windstorm Insurance Association policy related to loss of use, debris removal, additional living expense, or diminution in value resulting from c. (1), (2), and (3).

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Important Notice for Insureds

**Your Texas Windstorm Insurance Association (TWIA) policy covers direct physical loss to the covered property caused by windstorm or hail unless the loss is excluded in the Exclusions. In case of a loss, note the following:**

If a windstorm or hail loss occurs immediately notify your agent:

- **TWIA does not have insurance agents.** Your insurance agent acts only on your behalf and has no right to act or speak on behalf of TWIA.
- Once your agent has filed your claim with TWIA, we will assign your claim to an independent claim adjusting firm in your area.
- TWIA will send you a letter acknowledging your claim and give you the name of the adjusting firm.
- The adjuster will call you for an appointment to inspect the damaged property.
- If you have any questions before an adjuster has contacted you, contact the assigned adjusting firm.

**Temporary Repairs**

Please make temporary repairs and dry-out/protect your property as quickly as possible after a loss to prevent further damage. Do not make permanent repairs, such as a roof replacement or asphalt patches until the adjuster has made an inspection. **The adjuster needs to be able to see the damage** and determine if it is from windstorm or hail.

Before tearing out, removing or covering over damaged property or debris, take pictures or videotapes if possible. Keep any damaged property until the adjuster sees it and approves of disposal.

Cover openings with a tarp or plastic to prevent additional water damage, and dry out water damaged/wet areas immediately.

If your loss is covered by the policy, reasonable costs for temporary repairs are covered, so be sure to keep invoices and receipts.

**You must provide the adjuster with the following information and documentation:**

- **Proof of Loss:** Within 91 days after the date of TWIA's claim acknowledgment, unless we extend the time in writing, you must submit a signed, sworn Proof of Loss form. The TWIA adjuster will provide you with this form.
- **Inventory:** If coverage is provided on your personal property (Dwelling policy) or Business Personal Property (Commercial policy), you must provide a detailed inventory of all damaged or destroyed personal property. Include a description and age of each item, their cost at the time of purchase and their estimated replacement cost today. Again, document with photos if necessary.
- **Documentation:** Provide information and documentation relating to the damage you claim or any other insurance claims you have made relating to the damage. This includes reports, estimates, invoices, receipts, photos, and videos.
- **Other Claims:** Provide information and documentation concerning any other water damage, structural damage and repairs you have had, whether due to plumbing leaks, flood, air-conditioning system leaks, foundation settlement, or other sources.

The adjuster will report their findings to TWIA with their recommendations.

**Texas Windstorm Insurance Association**
5700 South MoPac Expressway, Building A, Austin, Texas 78749
P.O. Box 99090, Austin, Texas 78709-9090
800-788-8247 / Fax 512-899-4950

- **The final decision on your claim will be made by TWIA.**
- If you are due a payment for your loss, a check will be issued and sent to you.

To qualify for insurance through TWIA, most permanent repairs must be inspected by a Texas Department of Insurance (TDI) inspector or by a Texas licensed professional engineer. The TDI inspection must verify compliance with the building codes. The TDI inspector (or engineer) must inspect during the repair/replacement process and will issue a **WPI-8 certificate** when repairs are completed and meet the windstorm code. Please call your county's local Windstorm Inspection Office to make an appointment prior to beginning the repairs, but after materials are delivered to the worksite and the work has been scheduled. You can call 1-800-248-6032 or 512-322-2203 for more details and information about the inspection process or you can go to the TDI website at www.tdi.state.tx.us/. Additional information regarding the Windstorm Inspection Program can be found there.

If you disagree with a decision on your loss, please advise and discuss with the adjuster and submit any additional information and documents you have that support your claim. You may appeal any act, ruling or decision made by TWIA by filing a complaint with the commissioner of insurance not later than the 30th day after the date of that act, ruling, or decision. A hearing, if requested, will be held in the county in which the insured property is located or in Travis County, whichever you choose. In addition, you may bring an action against the association in the county where your covered property is located or in a district court in Travis County. A person may not proceed under both remedies for the same act, ruling, or decision. (Refer to the Dispute Resolution section of your policy for more details.)

**Note:** This page is not a part of your policy and is not intended to be a complete description of all your rights and responsibilities under your policy. Refer to the provision "Duties After Loss" under the CONDITIONS section in your policy for specific policy requirements. This page is not intended to address every provision in your policy.

# Texas Windstorm Insurance Association

Windstorm and Hail

## Extensions of Coverage

In consideration of an included additional premium, this policy is extended to provide the following coverages.

**A.** **Consequential Loss.** Applicable to Primary or Secondary Residences - Dwellings

We cover:

1. property contained in the dwelling or other structure on the described location against loss due to change in temperature as a direct result of physical damage to the dwelling, or any equipment contained in the dwelling, caused by windstorm or hail. The deductible does not apply to this coverage.

2. property contained in the dwelling or other structure on the described location against loss due to change in temperature as a direct result of physical damage to any power, heating or cooling equipment (including connections and supply pipes) not contained in or on the dwelling, caused by windstorm or hail.

   The total limit of liability for the coverage described in A. 2. above is $500.

This is not additional insurance and does not increase the limit of liability for Coverage B (Personal Property).

**B.** **Additional Living Expense.** Applicable only to Primary Residences - Dwellings

If a covered loss to your Primary Residence caused by windstorm or hail makes your Primary Residence wholly or partially untenantable, we cover additional living expense, meaning any necessary and reasonable increase in living expense you incur so that your household in your Primary Residence can maintain its normal standard of living.

We do not cover expenses that you incur as a result of evacuation or displacement from your Primary Residence due to voluntary or mandatory evacuation, order of civil authority restricting ingress, egress or access, loss or disconnection of utilities, damage or closure of roads, ferries, bridges or infrastructure, or loss that is excluded in the Exclusions of this policy, except to the extent such expenses were incurred because covered damage to your Primary Residence caused by windstorm or hail made your Primary Residence wholly or partially untenantable.

The total limit of liability for all additional living expense is 20% of the limit of liability applicable to Coverage A (Dwelling). This is additional insurance and does not reduce the limit of liability applicable to Coverage A (Dwelling), but the total limit of liability for the Coverage A (Dwelling) limit and the additional living expense limit cannot exceed the maximum limit of liability permitted by law. The deductible does not apply to additional living expense coverage.

Payment will be for the reasonable time required to repair or replace the damage caused by windstorm or hail to your Primary Residence. If you permanently relocate, payment will be for the reasonable time required for your household to become settled. The periods of time for additional living expense are not limited by expiration of this policy.

**C.** **Wind-Driven Rain Coverage.** Applicable to Primary or Secondary Residences

We cover loss to the dwelling and personal property caused by wind-driven rain whether or not an opening is made in the dwelling by the direct force of wind or hail.

**Primary Residence** means a dwelling where you normally live as your principal residence as of the date of loss and during the majority of the policy period, and that is stipulated as your “Primary Dwelling” on the Residential Declarations Page of this policy.

The coverage provided by these Extensions of Coverage is subject to all other terms, conditions, exclusions, and definitions of the policy to which this endorsement is attached.

**Texas Windstorm Insurance Association**
Windstorm and Hail

# Replacement Cost Coverage Endorsement
# Personal Property

In consideration of an included additional premium, policy is amended as follows:

I. This endorsement does not apply to:

A. property which by its inherent nature cannot be replaced;

B. property not maintained in good or workable condition;

C. property, which at the time of loss, is either obsolete or useless to you.

II. Loss Settlement:

A. For covered losses to personal property, we will pay you:

1. The replacement cost of your damaged personal property up to $1,500; and

2. The actual cash value of your remaining damaged personal property not later than the 10th day after we notify you that we will pay the claim.

B. If you repair or replace the damaged personal property within 545 days of the date we notify you of the amount we will pay under Condition 4.b.(2) of the policy, you may make claim for reimbursement on a replacement cost basis for the replacement cost of your personal property exceeding $1,500. Upon completion and documentation of repairs or replacement, we will pay the additional amount claimed under replacement cost coverage, but our liability and payment will not exceed the smallest of the following:

(1) The limit of liability under this policy applicable to the damaged personal property;

(2) The cost to repair or replace the damaged personal property with material of like kind and quality within a reasonable time after the loss; or

(3) The amount actually and necessarily spent to repair or replace the damaged personal property as documented by records, including invoices, bills, statements, and receipts, submitted to us under this endorsement.

C. We will make any payment required by part II.B. not later than the 10th day after your completion and documentation of repairs or replacement.

D. If you dispute the additional amount we pay for the repair or replacement of the damaged personal property under part II.C. of this endorsement, you may request that this amount be determined by appraisal under Condition 11 of the policy. You must demand an appraisal no later than the 60th day after the date we make payment under part II.C..

This Replacement Cost Coverage will not apply unless you have, at the inception date of this policy or at the time of loss, replacement cost coverage in effect on the same property and in the same amount or more, under a companion dwelling, homeowners, farm and ranch owners, or tenant policy to which a windstorm and hail exclusion agreement endorsement is also attached.

All other provisions of the policy, including any applicable deductible, not in conflict with this endorsement remain unchanged. However, if this policy provides replacement cost for the building in which your personal property is located, the exclusion of Replacement Cost Coverage of carpeting and cloth awnings is deleted.

**Prescribed by the Texas Department of Insurance**
**Form No. TWIA - 365 - Replacement Cost Personal Property**
**Effective: November 27, 2011**

# Texas Windstorm Insurance Association

Dwelling Windstorm and Hail Policy

## Extension of Coverage - Increased Cost of Construction

Attached to and forming part of Policy No. TWIA-000619955-01 of the Texas Windstorm Insurance Association issued at its Austin, Texas agency.

Dated: June 28, 2016 John Polak, Agent

When this endorsement is attached to the policy, this endorsement determines coverage to the extent that it is in conflict with the policy and/or General Exclusion 8.

In consideration of an additional premium shown on the declarations page, this policy is modified to provide the following coverage:

1. Subject to the maximum limit of liability established by law as described below, if a covered building or other covered structure is damaged by windstorm or hail, we will pay for the increased costs that you incur due to the enforcement of any ordinance or law, which requires or regulates:

   a. the construction, demolition or repair of that part of a covered building or other covered structure damaged by windstorm or hail;

   b. the demolition and reconstruction of the undamaged part of a covered building or other covered structure, when that building or other structure must be totally demolished because of damage by windstorm or hail to another part of that covered building or other covered structure; or

   c. the removal or replacement of the portion of the undamaged part of a covered building or other covered structure necessary to complete the repair or replacement of that part of the covered building or other covered structure damaged by windstorm or hail.

You may use all or part of this coverage to pay for the increased costs you incur to remove debris resulting from the construction, repair or replacement of property as stated in 1 above.

2. When a covered structure is damaged by windstorm or hail, we will also pay the increased cost of construction you incur due to the requirement to rebuild or repair the structure in accordance with the windstorm code applicable to the specific area in which the structure is located in order to maintain insurance through the Texas Windstorm Insurance Association.

This is additional insurance and does not reduce the limit of liability applicable to Coverage A (Building), but the total limit of liability for the coverage A (Building) limit and the limit for Increased Cost of Construction cannot exceed the maximum limit of liability permitted by law.

3. Building Ordinance or Law Coverage Limitations.

   We will not pay for the increased cost of construction:

   a. if the building or structure is not rebuilt or repaired;

   b. if the rebuilt or repaired building or structure is not intended for similar occupancy as the current building or structure;

   c. to relocate the insured building or structure(s), either on the same premises or to another location, or to demolish and reconstruct a building or structure that requires relocation;

   d. until the building or structure is actually repaired or rebuilt at the same premises; or

   e. unless the rebuilding or repairs are made as soon as reasonably possible after the loss or damage, not to exceed two years after the loss.

4. We do not cover:

   a. the loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

   b. fees charged by a qualified inspector for windstorm and hail insurance inspections pursuant to Chapter 2210, Subchapter F, of the Texas Insurance Code; or

   c. the costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, assess the effects of, pollutants on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, asbestos and asbestos-containing materials. Waste includes material to be recycled, reconditioned or reclaimed.

**Prescribed by the Texas Department of Insurance**
**Form No. TWIA - 431 - Extension of Coverage - Increased Cost of Construction**
**Effective: May 5, 2015**

The total limit of liability under this extension for each building item designated is shown by the following percentage as indicated:

| **ICC Limit:** | **Building Item Number(s):** |
|---|---|
| 25% of the Coverage A (Building) limit of liability | 1 |

This coverage is additional insurance, however in no event will payment of a covered loss under this policy including this endorsement exceed the total maximum limit of liability established by law that can be insured by the Texas Windstorm Insurance Association.

All other Terms of the policy apply.

TWIA 001061

**Texas Windstorm Insurance Association**
Windstorm and Hail

# Automatic Adjusted Building Cost Endorsement

It is agreed that the limit of liability on the attached policy for **Coverage A, Dwelling** shall be revised annually by a percentage established by a building cost index, applied to your policy at renewal. The revised limit of liability will be rounded up to the next $1000, subject to the maximum limit of liability permitted by law. You have the right to request modification of this change in the limit of liability.

If your limit of liability change at renewal differs from the revised limit resulting from application of this endorsement, your request will take effect at the inception of the renewal, provided that it is received prior to the beginning of the policy renewal date. Requests for a limit of liability change received after inception of the policy will be processed as an endorsement to the policy, and will not become effective prior to the date received by TWIA.

The limits of liability for Additional Living Expense and other, optional extensions of coverage that are based on the limit of liability for the Dwelling, if applicable, will also be adjusted subject to the maximum limit of liability permitted by law.

It is your responsibility to review your coverage regularly and make sure your dwelling limit of liability is adequate to repair or replace your insured property. This endorsement and any changes that result from it do not guarantee that you will have adequate coverage. Only you can determine the appropriate amount of coverage.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Important Notice Regarding the Automatic Adjusted Building Cost Endorsement and your Dwelling Limit of Liability

This notice provides you with an explanation of endorsement, TWIA-220 Automatic Adjusted Building Cost Endorsement that is attached to your policy. The endorsement **automatically adjusts your dwelling limit of liability if your policy is renewed**. This notice **is not** part of your policy. To understand your rights and duties under the policy, please refer to and read the actual language in your policy, including all endorsements forming a part of your policy.

**What changed:** Upon renewal, the coverage amount (limit of liability) for your dwelling will be increased by a percentage that is established by a building cost index for your area. The adjusted limit of liability will be rounded up to the next $1000. The dwelling limit is subject to the maximum limit of liability permitted by law.

The percentage increase in the dwelling limit of liability is established annually. It will be applied to the limit of liability for your dwelling at each renewal. The percentage increase is only an adjustment for inflation to the dwelling limit of liability on your expiring policy and does not ensure that your dwelling is adequately insured for the dwelling's full replacement cost. You should consult with your agent to determine the appropriate amount of coverage for your dwelling.

The automatically adjusted dwelling limit of liability is shown on the renewal application that is sent to your agent approximately 60 days before expiration of your policy.

**Your right/duty:** You have the right to request modification of the automatically adjusted dwelling limit of liability.

If you request modification of the adjusted dwelling limit of liability, your request will take effect on the date a renewal policy becomes effective if it is received by TWIA prior to the effective date of a renewal policy. Your agent must include a valid Marshall & Swift/Boeckh replacement cost calculation with your request to modify the adjusted dwelling limit of liability. Requests for a modification of the adjusted dwelling limit of liability that are received by TWIA on or after the effective date of a renewal policy will become effective the date the request is received by TWIA.

**Other changes:** The limits of liability for Additional Living Expense and other, optional extensions of coverage that are based on the limit of liability for the dwelling, if applicable, will also be adjusted, subject to the maximum limit of liability permitted by law.

**Review your coverage:** It is your responsibility to review your coverage regularly and make sure your dwelling limit of liability is adequate to repair or replace your insured property. This endorsement and any changes that result from it do not guarantee that you will have adequate coverage. Only you can determine the appropriate amount of coverage. Endorsement TWIA-220 does not automatically renew your policy.

You should contact your agent for assistance with renewal of the policy and determining the appropriate amount of coverage.

**Texas Windstorm Insurance Association**

Windstorm and Hail

# Amendatory Endorsement

COVERAGES, PROPERTY NOT COVERED is amended to add storm doors as follows:
We do not cover:
Unless specifically described in the Declarations:

a. Cloth awnings.
b. Greenhouses and their contents.
c. Metal screen enclosures and their contents.
d. Building or structures located wholly or partially over water and their contents.
e. Radio and television towers.
f. Outside satellite dishes, masts and antennas, including lead-in wiring.
g. Windmills and wind chargers.
h. Storm doors.

**Prescribed by the Texas Department of Insurance**
**Form No. TWIA - 800 - Amendatory Endorsement**
**Effective: April 1, 2016**

TEXAS WINDSTORM INSURANCE ASSOCIATION

# IMPORTANT NOTICE OF CONTRACT CHANGE
# TWIA POLICY

**An Amendatory Endorsement** is being added to all TWIA Dwelling and Commercial Policies. This Amendatory Endorsement changes the **COVERAGES** section, **PROPERTY NOT COVERED**. Unless specifically described in the Declarations, “Storm Doors” are not covered by the TWIA policy.

To be eligible for coverage, the storm door must meet building code requirements as outlined in the Texas Insurance Code Chapter 2210, Texas Administrative Code and TWIA Plan of Operation.

# NOTIFICACIÓN IMPORTANTE DE CAMBIO DE CONTRATO
# PÓLIZA DE TWIA

Se está agregando una **reforma enmendatoria** a todas las pólizas residenciales y comerciales de TWIA. Esta reforma enmendatoria cambia la sección de las **COBERTURAS** , de la **PROPIEDAD NO CUBIERTA**. A menos que haya sido descrito específicamente en las declaraciones, las “Puertas contra tormentas” no están cubiertas bajo la póliza de TWIA.

Para ser elegible para la cobertura, la puerta contra tormentas debe cumplir con los requerimientos del código de construcción según lo indica el Capítulo 2210 del Código de seguros del estado de Texas (Texas Insurance Code Chapter 2210) y el Plan de operaciones de TWIA.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Payment Coupon

Please print and detach the payment coupon below and mail to TWIA with a check for the full amount due. Once payment and payment coupon are received, your application will be processed according to TWIA underwriting guidelines.

678000551_18.0.0_PRODUCTION_10_6139876: Agency

---

**Please detach and return this portion with your payment.**

| | |
|---|---|
| Insured: | Ernestine Bell |
| Reference Number: | 000619955-01 |
| Amount Due: | $1,662.00 |
| **Total Due** | **$1,662.00** |

Please indicate the reference number on your check.

**Make checks payable, and remit payment, to:** **Texas Windstorm Insurance Association**
**P.O. Box 99090**
**Austin, Texas 78709-9090**

100000619955010000000166200

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary

## - Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: June 20, 2016
Reference Number: 000619955-01
Expiring Policy Number: 17930220

Transaction Number: T000426936
Transaction Type: Renewal
Proposed Policy Period: Jun 28, 2016 to Jun 28, 2017
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

**Name & Mailing Address of Insured's Agent:**
Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

**Name & Mailing Address of Premium Finance Company:**

IPFS
PO Box 412086
Kansas City, MO 64141-2086

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Secondary***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 925; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $101,569.00; Replacement Cost: $135,425.00<br>*Adjustment amounts included in the premium for each item:*<br>Increased Cost of Construction (25%) $194.00<br>Personal Property Replacement Cost $59.00<br>Indirect Loss $38.00<br>*Item #1-A forms:* ITV 320 431 220 800<br>*Companion Policy Information:* | 80% | 1% \| $1,150 | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>431<br>365<br>320 | $115,000.00 | $1,427.00 |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$177,000.00** | **$1,662.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$1,662.00** |

Applicant's Signature ______________________ Date __________

Case 3:26-cv-00271 Document 1-6 Filed 08/13/26 in TXSD Page 67 of 200
TWIA 001067

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % | Per Item / Per Occurrence Deductible Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|
| | | No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: CU Lloyds of Texas<br>Amount of Insurance: $133,317.00<br>Prior TWIA Policy #: 17930220 | | | | | | |
| 1 | B | ***Description: Personal Property located at:***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 925; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $0.00; Replacement Cost: $0.00<br>*Adjustment amounts included in the premium for each item:* | Nil | 1% | $620 | | $62,000.00 | $235.00 |
| | | Personal Property Replacement Cost $11.00 | | | | 365 | | |
| | | Indirect Loss $7.00 | | | | 320 | | |
| | | *Item #1-B forms:* 320 365<br>*Companion Policy Information:*<br>No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: CU Lloyds of Texas<br>Amount of Insurance: $133,317.00<br>Prior TWIA Policy #: 17930220 | | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.


TWIA_BELL_UW_000351

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary Preview

## - Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: May 26, 2016
Reference Number: 000619955-01
Expiring Policy Number: 17930220

Transaction Number: T000426936
Transaction Type: Renewal
Proposed Policy Period: Jun 28, 2016 to Jun 28, 2017
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

**Name & Mailing Address of Insured's Agent:**
Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Secondary*** 16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6 | | 80% | 1% | $1,150 | | $115,000.00 | $1,427.00 |
| | | Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F) | | | | | | | |
| | | *Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 925; Structure Condition: Excellent | | | | | | | |
| | | Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes | | | | | | | |
| | | MSB#: 17930211; Actual Cash Value: $101,569.00; Replacement Cost: $135,425.00 | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Increased Cost of Construction (25%) | $194.00 | | | | 431 | | |
| | | Personal Property Replacement Cost | $59.00 | | | | 365 | | |
| | | Indirect Loss | $38.00 | | | | 320 | | |
| | | *Item #1-A forms:* ITV 320 431 220 800 | | | | | | | |
| | | *Companion Policy Information:*<br>No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: CU Lloyds of Texas<br>Amount of Insurance: $133,317.00<br>Prior TWIA Policy #: 17930220 | | | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$177,000.00** | **$1,662.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$1,662.00** |

Applicant's Signature ____________________ Date __________

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % \| Amt | | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | B | ***Description: Personal Property located at:***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 925; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $0.00; Replacement Cost: $0.00<br>*Adjustment amounts included in the premium for each item:* | | Nil | 1% | $620 | | $62,000.00 | $235.00 |
| | | Personal Property Replacement Cost | $11.00 | | | | 365 | | |
| | | Indirect Loss | $7.00 | | | | 320 | | |
| | | *Item #1-B forms:* 320 365<br>*Companion Policy Information:*<br>No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: CU Lloyds of Texas<br>Amount of Insurance: $133,317.00<br>Prior TWIA Policy #: 17930220 | | | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary Preview

- Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: May 26, 2016
Reference Number: 000619955-01
Expiring Policy Number: 17930220

Transaction Number: T000426936
Transaction Type: Renewal
Proposed Policy Period: Jun 28, 2016 to Jun 28, 2017
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

**Name & Mailing Address of Insured's Agent:**
Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Secondary***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 925; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $101,569.00; Replacement Cost: $135,425.00 | 80% | 1% \| $1,333 | | $133,317.00 | $1,653.00 |
| | | *Adjustment amounts included in the premium for each item:* | | | | | |
| | | Increased Cost of Construction (25%) $224.00 | | | 431 | | |
| | | Personal Property Replacement Cost $68.00 | | | 365 | | |
| | | Indirect Loss $44.00 | | | 320 | | |
| | | *Item #1-A forms:* ITV 320 431 220 800<br>*Companion Policy Information:*<br>No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: CU Lloyds of Texas<br>Amount of Insurance: $133,317.00<br>Prior TWIA Policy #: 17930220 | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$213,307.00** | **$1,956.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$1,956.00** |

Applicant's Signature ____________________ Date __________

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| 1 | B | ***Description: Personal Property located at:***<br>16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br><br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 1; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Wood; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 925; Structure Condition: Excellent<br>Construction - Date: 01/01/1983<br>Subsequent Repairs - Date: 07/13/2009; Description: ext wall covering; WPI-8 Issued? Yes<br>ReRoof - Date: 06/24/2014; Type: Full; WPI-8 Issued? Yes<br>MSB#: 17930211; Actual Cash Value: $0.00; Replacement Cost: $0.00<br>*Adjustment amounts included in the premium for each item:*<br>Personal Property Replacement Cost $14.00<br>Indirect Loss $9.00<br>*Item #1-B forms:* 320 365<br>*Companion Policy Information:*<br>No Flood Policy<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: CU Lloyds of Texas<br>Amount of Insurance: $133,317.00<br>Prior TWIA Policy #: 17930220 | Nil | 1% \| $800 | 365<br>320 | $79,990.00 | $303.00 |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.

TWIA 001072

# Residential Renewal Application Notice

**Texas Windstorm Insurance Association**

**- Log in to Policy Center to submit application -**

**Early cancellation may result in approximately 25% of your premium being retained by Texas Windstorm Insurance Association**

Reference Number: 000619955-01

Requested Renewal Period: Jun 28, 2016, to Jun 28, 2017
12:01 A.M. Standard Time at the property location

**Name and Mailing Address of Insured:**

Ernestine Bell
1710 Ashmore Court
Missouri City, TX 77489

**Name and Mailing Address of Agent:**

Galveston Insurance Associates
P.O. Box 16767
Galveston, TX 77552-6767

**IMPORTANT NOTICES**

## COVERAGES - Windstorm and Hail Only

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling*** | | 80% | 1% | $1,150 | | $115,000.00 | $1,427.00 |
| | | 16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br>Actual Cash Value: $83,826.00, Replacement Cost: $121,373.00, Square Footage: 815, Year Built: 1983 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 1; Construction: Frame; Roof: Shingles, Asphalt; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Increased Cost of Construction (25%) | $194.00 | | | | 431 | | |
| | | Personal Property Replacement Cost | $59.00 | | | | 365 | | |
| | | Indirect Loss | $38.00 | | | | 320 | | |
| | | *Item #1-A forms:* 320 431 220 800 | | | | | | | |
| 1 | B | ***Description: Single Family Dwelling located at:*** | | Nil | 1% | $620 | | $62,000.00 | $235.00 |
| | | 16704 Ponce De Leon, Jamaica Beach, Galveston County, TX, 77554<br>Section: 15, Block: C, Lot: 6<br>Replacement Cost: $0.00, Square Footage: 815, Year Built: 1983 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 1; Construction: Frame; Roof: Shingles, Asphalt; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $11.00 | | | | 365 | | |
| | | Indirect Loss | $7.00 | | | | 320 | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$177,000.00** | **$1,662.00** |
| **Total ICC Premium:** | **$194.00** | |
| **Total Surcharges:** | | $0.00 |
| **Total Premium + Total Surcharges:** | | **$1,662.00** |

**Renewal Application Notice - Not a binder or a Policy**

TWIA 001073


| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| | | *Item #1-B forms:* 320 365 | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -


TWIA_BELL_UW_000357

## RENEWAL INFORMATION

Renewal Applications are not binding or guaranteed by TWIA. Premium or policy conditions are subject to change and may affect final policy issuance. The renewal application is meant to be a preliminary indication of forms and rates. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect uninterrupted coverage. Continuous coverage will not be bound unless the Renewal Application is submitted to TWIA via the policy administration system with payment prior to June 28, 2016.

IMPORTANT LEGAL NOTICES:

### Evidence of Declination:

An agent submitting a Renewal Application as an offer for insurance with TWIA is responsible for obtaining evidence of a current declination for wind and hail property coverage from a standard market insurer, excluding surplus lines carriers, every three calendar years. With the act of submitting the online Renewal Application for property coverage with TWIA, I, the insured's agent, acting on behalf of the insured, acknowledge I am in possession of the required proof of prior declination for wind and hail property coverage, and it is my intent to keep record of that document. This evidence of a prior declination must be made available to TWIA, if specifically requested.

NOTE: The declination may either be:
- a refusal to offer new or renewal wind and hail coverage on the property, or
- a refusal to offer basic insurance sought by the applicant that is substantially equivalent to that offered by TWIA.

For example, the lowest deductible offered by a standard market company is greater than that which can be obtained from TWIA. (See TWIA Declination Worksheet posted under Documents & Downloads on the TWIA website.)

### Flood Insurance Requirement:

An agent submitting a Renewal Application as an offer for insurance with TWIA is responsible for verifying that a current, in-force flood policy is in effect for the term of the TWIA policy, when required. With the act of submitting a Renewal for property coverage with TWIA, I, the insured's agent, acting on behalf of the insured, acknowledge I am in possession of the required evidence of a companion flood insurance policy that provides coverage during the term of the TWIA policy, and it is my intent to keep record of that documentation. This evidence of an in-force flood policy must be made available to TWIA, if specifically requested. Flood coverage is required for structures constructed, altered, remodeled, or enlarged on or after September 1, 2009, that are located in flood zones V, VE, and V1-V30. The flood insurance requirement does not extend to structures being repaired. (See TWIA Flood Worksheet posted under Documents & Downloads on the TWIA website.)

### 90 Day Minimum Retained Premium:

Please note that cancellation of the policy will result in a pro-rata refund, subject to a policy minimum retained premium in an amount equal to 90 days or $100, whichever is greater. The minimum retained premium is fully earned on the effective date of the policy.

Surcharges are not subject to commission and are non-refundable.

Date Generated: May 2, 2016

FROM: Scan Mailboxes Support<support@scanmailboxes.com>
TO: policychanges@twia.org
SENT: Friday, June 26, 2020 11:20:36 AM Central Daylight Time
SUBJECT: Mail Item #C AUS1 0003 3420: (4 Pages)
ATTACHMENTS: C AUS1 0003 3420.PDF;
==========================================================

RECEIVED 06/25/2020

TWIA 001076

NORTH HOUSTON TX 773

23 JUN 2020 PM 7 L



C AUS1 0003 3420

scanmailboxes.com

Texas Windstorm Ins. Ass.
P.O. Box 99090
Austin, TX 78709-9090

78709-909090

TWIA_BELL_UW_000360

RECEIVED 06/25/2020



TWIA 001077

ERNESTINE E BELL
1710 ASHMORE CT
MISSOURI CITY, TX 77489

[redacted]

05

6/25/2020
Date

CHECK ARMOR

Pay to the Order of Tx. Windstorm Ins. Ass. $ 1,798 00

one thousand seven hundred + ninety eight Dollars

Photo Safe Deposit

ACUTEXAS
ASSOCIATED CREDIT UNION
P.O. Box 9004 / League City, TX 77574-9004
www.acutx.org / 409-945-4474

For

Ernestine Bell

MP

[redacted] 000361

TEXAS WINDSTORM INSURANCE ASSOCIATION

## Payment Coupon

Detach the payment coupon below and mail to TWIA with a check for the full amount due. Once payment and payment coupon are received, your renewal will be processed according to TWIA underwriting guidelines.

Renewal policies will go into effect without a lapse in coverage if payment is received on or before the expiration date of the existing policy, or if payment is mailed on or before the expiration date of the existing policy by one of the following United States Postal Service (USPS) methods:

- USPS Registered Mail
- USPS Certified Mail
- USPS Priority Mail Express
- Regular mail that is hand-cancelled by USPS

854000194_4.0.0_PRODUCTION_53_33914975: Insured

Please detach and return this portion with your payment.

| | |
|---|---|
| Insured: | Ernestine Bell |
| Reference Number: | 000619955-05 |
| Amount Due: | $1,798.00 |
| **Total Due** | **$1,798.00** |

Please indicate the reference number on your check.

**Make checks payable, and remit payment, to:**

Texas Windstorm Insurance Association
P.O. Box 99090
Austin, Texas 78709-9090

100000061995505000000000179800

Please detach and return this portion with your payment.

Insured: Ernestine Bell
Reference Number: 000619955-04
Amount Due: $1,784.00

**Total Due** **$1,784.00**

Please indicate the reference number on your check.

Mailed By Certified, Registered or U.S. Postal Express Mail Hand Cancelled on
JUN 26 '19

Received by Texas Windstorm Insurance Association On
JUN 28 '19

**Make checks payable, and remit payment, to:** **Texas Windstorm Insurance Association**
**P.O. Box 99090**
**Austin, Texas 78709-9090**

[redacted]

TWIA 001080

#351

**ERNESTINE E BELL**
1710 ASHMORE CT
MISSOURI CITY, TX 77489

6/26/19
Date

CHECK ARMOR

Pay to the Order of TWIA $ 1784.00

One thousand seven hundred eighty four Dollars

'19 JUN 26 AM10:18

ACU TEXAS
ASSOCIATED CREDIT UNION
P.O. Box 9004 / League City, TX 77574-9004
www.acutx.org / 409-945-4474

For #00061995-04

Ernestine Bell

[redacted]

7016 1970 0000 1769 5516

NEOPOST
06/26/2019
US POSTAGE $008.05º
FIRST-CLASS MAIL
ZIP 77551
041M11452670

GALVESTON BOB LYONS STATION
JUN 26 2019
GALVESTON, TEXAS 77551

GIA INSURANCE
PO BOX 16767, GALVESTON, TX 77552-6767
WWW.GIA-TX.COM

TO

TWIA
P.O. Box 99090
Austin, TX 78709-9090

**FIRST CLASS MAIL**

13

**IPFS CORPORATION**
(IPFS)
5316 HWY 290 W STE 310
AUSTIN, TX 78735
PHONE: (800)444-8815 - FAX: (512)899-8822

# NOTICE OF FINANCED PREMIUM

| REFER TO THIS ACCOUNT NO. IN ALL CORRESPONDENCE | ACCOUNT NUMBER |
|---|---|
| | **TXA-479120** |

**INSURED**
ERNESTINE BELL
1710 ASHMORE CT
MISSOURI CITY, TX 77489-2166

**AGENT**
GIA INSURANCE AGENCY LLC
DBA GALVESTON INSURANCE ASSOCIATES
6025 HEARDS LN
GALVESTON, TX 77551

| | | | |
|---|---|---|---|
| ACCEPTANCE DATE: | 06/25/18 | GROSS PREMIUM: | $1,772.00 |
| POLICY NUMBER: | 000619955-03 | FEES: | $0.00 |
| EFFECTIVE DATE: | 06/28/18 | TAXES: | $0.00 |
| POLICY TERM: | 12 | COVERAGE: | WS |

**INSURANCE COMPANY**
TEXAS WINDSTORM INSURANCE ASSN
PO BOX 99090
AUSTIN, TX 78709-9090

RECEIVED
JUL 02 2018
Texas Windstorm Insurance Association

Gross Premium Payee / Partial Payee: TEXAS WINDSTORM INSURANCE ASSN

**IPFS MUST BE NOTIFIED WITHIN 15 DAYS OF DATE OF ACCEPTANCE SHOWN ABOVE IF:**

1. The policy is NOT in full force and effect or if the premium has been fully earned.
2. The policy description differs from your records.
3. The policy requires more than Ten (10) days notice of cancellation by any party.
4. The deposit or provisional premium on an audit or reporting form policy is NOT at least equal to the premium anticipated to be earned in accordance with the expiration date set forth above (See Section A through D below for insurer's undertaking).
5. The policy is subject to a minimum earned premium or includes a fully earned policy fee.
6. A general agent or any other agent than indicated herein should be notified and IPFS should be advised.

**IF DISCREPANCIES EXIST, PLEASE NOTE THEM AND FAX THIS FORM TO US IMMEDIATELY AT THE NUMBER ABOVE.**

Date ____________ Name & Title ____________

**TO THE INSURER:** IPFS has entered into (or accepted assignment of) a contract with your insured to advance the premiums on each policy described above, subject to the conditions herein. The insured has assigned and directed payment to IPFS of any and all unearned premiums and, on commercial policies, loss payments which reduce the unearned premiums which may become payable under the policy. Upon default in payment of any installment, the policy will be cancelled in accordance with authority given by the insured. IPFS has sold this contract and all rights thereunder to its affiliate, PFS Financing Corp., which in turn has collaterally assigned and granted a security interest in this contract to Wells Fargo Bank, National Association, as trustee for the benefit of various secured parties, (such trustee, its successors and designees herein called "Trustee"). IPFS will continue to act as servicer hereunder (with full right to cancel the policy) until the Trustee notifies you that a new servicer has been appointed. Until such time, all unearned premiums are payable to IPFS at the address above. After such time, if the insured defaults, the Trustee shall have the right to cancel the policy, and all unearned premiums and loss payments shall be payable as directed by the Trustee.

**IN CONSIDERATION OF THE LENDER ADVANCING THE PREMIUM THE INSURER AGREES THAT:**

A. If the insured fails to pay IPFS or, under the circumstances described herein, the Trustee, and if IPFS or the Trustee cancels the policy or, if the insured cancels the policy, the insurer will pay IPFS or, under the circumstances described herein, the Trustee with or without surrender of the policy the gross unearned premium computed in accordance with the appropriate table.
B. If the policy is for any reason cancelled by the insurer or authorized agent it will pay IPFS or, under the circumstances described herein, the Trustee the gross pro rata unearned premium with or without surrender of the policy. Unearned premiums on deposit or provisional premium policies will be computed on a gross pro rata basis irrespective of the actual premium earned by audit, report or retrospective rating as if the premium were fixed.
C. The Insurer will pay IPFS or, under the circumstances described herein, the Trustee (a) all gross unearned premiums which may become payable resulting from the endorsement and (b) loss payments which reduce the unearned premium up to the unpaid balance of the account, subject to any mortgagee or loss payee interest.
D. The Insurer will not consent to the insured's assignment of the policy, except for interests of mortgagees or loss payees, or permit the endorsement of the policy to include the names of new insureds without IPFS's or the Trustee's written consent, as applicable.

000086 11/18

**Visit www.ipfs.com to view account information or to update policy numbers.**
**Please use access code YV9BDH to register (first time users).**



(12/15) Copyright 2015 IPFS Corporation

TWIA 001083

Please detach and return this portion with your payment.

Insured: Ernestine Bell
Reference Number: 000619955-03
Amount Due: $1,772.00

7/9/

Mailed By Certified, Registered or U.S. Postal Express Mail Hand Cancelled On
JUN 22 '18

Received by Texas Windstorm Insurance Association On
JUN 25 '18

**Total Due** ~~$1,772.00~~ $177.20

Please indicate the reference number on your check.

**Make checks payable, and remit payment, to:** **Texas Windstorm Insurance Association**
**P.O. Box 99090**
**Austin, Texas 78709-9090**

10000006199550300000000177200

TWIA 001084

**ERNESTINE E BELL**
1710 ASHMORE CT
MISSOURI CITY, TX 77489

#351

[redacted]

6/18/18
Date

Pay to the Order of GIA $ 177.20

One hundred + seventy seven 20/100 Dollars

Photo Safe Deposit® Details on back

ACU TEXAS
ASSOCIATED CREDIT UNION
P.O. Box 9004 / League City, TX 77574-9004
www.acutx.org / 409-945-4474

#000619955-03

'18 JUN 22 PM 12:55

For

Ernestine Bell

[redacted]

Please detach and return this portion with your payment.

TWIA 001085

Insured: Ernestine Bell

Reference Number: 000619955-03

Amount Due: $1,772.00

3305

**Total Due** ~~$1,772.00~~ $1,594.80

Mailed By Certified, Registered or U.S. Postal Express Mail Hand Cancelled on

JUN 22 '18

Received by Texas Windstorm Insurance Association On

JUN 25 '18

Please indicate the reference number on your check.

**Make checks payable, and remit payment, to:** **Texas Windstorm Insurance Association**
**P.O. Box 99090**
**Austin, Texas 78709-9090**

[redacted]

DRAFT ON
IPFS Corporation

June 22, 2018 [redacted]

PAY TO THE
ORDER OF TEXAS WINDSTORM INSURANCE ASSN

Amount: $1,594.80

ONE THOUSAND FIVE HUNDRED NINETY FOUR DOLLARS AND EIGHTY CENTS

To IPFS Corporation
Payable through Commerce Bank, Kansas City/St.Joseph

Two Signatures Required for Amounts Over $25,000.00

GIA INSURANCE AGENCY LLC

Agency

Authorized Signature

ERNESTINE BELL

Insured

Authorized Signature

Memo: Quote # 7453486 00061 9955-03

[redacted]

5316 HWY 290 W STE 310
AUSTIN, TX 78735
(800)444-8815 FAX: (512)899-8822
CUSTOMER SERVICE: (866)412-6701

# PREMIUM FINANCE AGREEMENT

**IPFS CORPORATION**

| | | |
|---|---|---|
| **A** | **CASH PRICE (TOTAL PREMIUMS)** | **$1,772.00** |
| **B** | **CASH DOWN PAYMENT** | **$177.20** |
| **C** | **PRINCIPAL BALANCE (A MINUS B)** | **$1,594.80** |

| AGENT | INSURED |
|---|---|
| (Name & Place of business)<br>GIA INSURANCE AGENCY LLC<br>DBA GALVESTON INSURANCE ASSOCIATES<br>6025 HEARDS LN<br><br>GALVESTON,TX 77551<br>(409)740-1251 FAX: (409)740-0513 | (Name & Residence or business)<br>ERNESTINE BELL<br><br>1710 ASHMORE CT<br><br>MISSOURI CITY, TX 77489-2166<br>(832)657-2221 |

Personal

Account #: ____________ **LOAN DISCLOSURE** Quote Number: 7453486

| **ANNUAL PERCENTAGE RATE** | **FINANCE CHARGE** | **AMOUNT FINANCED** | **TOTAL OF PAYMENTS** |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled |
| 18.500% | $138.30 | $1,594.80 | $1,733.10 |

**YOUR PAYMENT SCHEDULE WILL BE**

| Number Of Payments | Amount Of Payments | When Payments Are Due Beginning: | |
|---|---|---|---|
| 10 | $173.31 | | MONTHLY 07/28/2018 |

YOU HAVE THE RIGHT TO RECEIVE AN ITEMIZATION OF THE AMOUNT FINANCED:
[] I WANT AN ITEMIZATION (DO NOT CHECK IF YOU DO NOT WANT AN ITEMIZATION)

**Security:**Refer to paragraph 1 below for a description of the collateral assigned to Lender to secure this loan.
**Late Charges:** A late charge will be imposed on any installment in default 10 days or more. This late charge will be 5.00% of the installment due.
**Prepayment:** If you pay your account off early, you may be entitled to a refund of a portion of the finance charge in accordance with Rule of 78's. See the terms below and on the next page for additional information about nonpayment, default and penalties.

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY | SCHEDULE OF POLICIES INSURANCE COMPANY AND GENERAL AGENT | COVERAGE | MINIMUM EARNED PERCENT | POL TERM | PREMIUM |
|---|---|---|---|---|---|---|
| 000619955-03 | 06/28/2018 | TEXAS WINDSTORM INSURANCE ASSN | WINDSTORM | 0.000% | 12 | 1,772.00 |
| | | | | Broker Fee: | | $0.00 |
| | | | | TOTAL: | | $1,772.00 |

The undersigned insured directs IPFS Corporation (herein, "Lender") to pay the premiums on the policies described on the Schedule of Policies. In consideration of such premium payments, subject to the provisions set forth herein, the insured agrees to pay Lender at the branch office address shown above, or as otherwise directed by Lender, the amount stated as Total of Payments in accordance with the Payment Schedule, in each case as shown in the above Loan Disclosure. The named insured(s), on a joint and several basis if more than one, hereby agree to the following provisions set forth on pages 1 and 2 of this Agreement: **1. SECURITY**: To secure payment of all amounts due under this Agreement, insured assigns Lender a security interest in all right, title and interest to the scheduled policies, including (but only to the extent permitted by applicable law): (a) all money that is or may be due insured because of a loss under any such policy that reduces the unearned premiums (subject to the interest of any applicable mortgagee or loss payee), (b) any unearned premium under each such policy, (c) dividends which may become due insured in connection with any such policy and (d) interests arising under a state guarantee fund. **2. POWER OF ATTORNEY**: Insured irrevocably appoints its Lender attorney-in-fact with full power of substitution and full authority upon default to cancel all policies above identified, receive all sums assigned to its Lender or in which it has granted Lender a security interest and to execute and deliver on behalf of the insured documents, instruments, forms and notices relating to the listed insurance policies in furtherance of this Agreement.

**NOTICE: A. Do not sign this agreement before you read it or if it contains any blank space. B. You are entitled to a completely filled in copy of this agreement. C. Under the law, you have the right to pay in advance the full amount due and under certain conditions to obtain a partial refund of the finance charge. D. Keep your copy of this agreement to protect your legal rights.**

The undersigned hereby warrants and agrees to Agent's Representations set forth herein.

X Ernestine Bell
Signature of Insured or Authorized Agent

X 6/17/18
DATE

[signature], President
Signature of Agent

MAY 24 2018
DATE

7016 1970 0000 1767 9838

U.S. POSTAGE PITNEY BOWES
ZIP 77551 $ 008.25⁰
02 1W
0001387438 JUN 22 2018

GALVESTON BOB LYONS STATION
JUN 22 2018
GALVESTON, TEXAS 77551

GIA INSURANCE
PO BOX 16767, GALVESTON, TX 77552-6767
WWW.GIA-TX.COM

TO

TWIA
P.O. Box 99090
Austin, TX 78709-9090

FIRST CLASS MAIL

5

TWIA 001089

IPFS CORPORATION
(IPFS)
5316 HWY 290 W STE 310
AUSTIN, TX 78735
PHONE: (800)444-8815 - FAX: (512)899-8822

# NOTICE OF FINANCED PREMIUM

| REFER TO THIS ACCOUNT NO. IN ALL CORRESPONDENCE | ACCOUNT NUMBER |
|---|---|
| | TXA-454706 |

**INSURED**
ERNESTINE BELL
1710 ASHMORE CT
MISSOURI CITY, TX 77489-2166

**AGENT**
GIA INSURANCE AGENCY LLC
DBA GALVESTON INSURANCE ASSOCIATES
6025 HEARDS LN
GALVESTON, TX 77551

| | | | |
|---|---|---|---|
| ACCEPTANCE DATE: | 06/20/17 | GROSS PREMIUM: | $1,674.00 |
| POLICY NUMBER: | 000619955-02 | FEES: | $0.00 |
| EFFECTIVE DATE: | 06/28/17 | TAXES: | $0.00 |
| POLICY TERM: | 12 | COVERAGE: | WS |

**INSURANCE COMPANY**
TEXAS WINDSTORM INSURANCE ASSN
PO BOX 99090
AUSTIN, TX 78709-9090

RECEIVED
JUN 26 2017
TEXAS WINDSTORM INSURANCE ASSOCIATION

Gross Premium Payee / Partial Payee: TEXAS WINDSTORM INSURANCE ASSN

**IPFS MUST BE NOTIFIED WITHIN 15 DAYS OF DATE OF ACCEPTANCE SHOWN ABOVE IF:**

1. The policy is NOT in full force and effect or if the premium has been fully earned.
2. The policy description differs from your records.
3. The policy requires more than Ten (10) days notice of cancellation by any party.
4. The deposit or provisional premium on an audit or reporting form policy is NOT at least equal to the premium anticipated to be earned in accordance with the expiration date set forth above (See Section A through D below for insurer's undertaking).
5. The policy is subject to a minimum earned premium or includes a fully earned policy fee.
6. A general agent or any other agent than indicated herein should be notified and IPFS should be advised.

**IF DISCREPANCIES EXIST, PLEASE NOTE THEM AND FAX THIS FORM TO US IMMEDIATELY AT THE NUMBER ABOVE.**

Date ____________ Name & Title ____________

**TO THE INSURER:** IPFS has entered into (or accepted assignment of) a contract with your insured to advance the premiums on each policy described above, subject to the conditions herein. The insured has assigned and directed payment to IPFS of any and all unearned premiums and, on commercial policies, loss payments which reduce the unearned premiums which may become payable under the policy. Upon default in payment of any installment, the policy will be cancelled in accordance with authority given by the insured. IPFS has sold this contract and all rights thereunder to its affiliate, PFS Financing Corp., which in turn has collaterally assigned and granted a security interest in this contract to Wells Fargo Bank, National Association, as trustee for the benefit of various secured parties, (such trustee, its successors and designees herein called "Trustee"). IPFS will continue to act as servicer hereunder (with full right to cancel the policy) until the Trustee notifies you that a new servicer has been appointed. Until such time, all unearned premiums are payable to IPFS at the address above. After such time, if the insured defaults, the Trustee shall have the right to cancel the policy, and all unearned premiums and loss payments shall be payable as directed by the Trustee.

**IN CONSIDERATION OF THE LENDER ADVANCING THE PREMIUM THE INSURER AGREES THAT:**

A. If the insured fails to pay IPFS or, under the circumstances described herein, the Trustee, and if IPFS or the Trustee cancels the policy or, if the insured cancels the policy, the insurer will pay IPFS or, under the circumstances described herein, the Trustee with or without surrender of the policy the gross unearned premium computed in accordance with the appropriate table.
B. If the policy is for any reason cancelled by the insurer or authorized agent it will pay IPFS or, under the circumstances described herein, the Trustee the gross pro rata unearned premium with or without surrender of the policy. Unearned premiums on deposit or provisional premium policies will be computed on a gross pro rata basis irrespective of the actual premium earned by audit, report or retrospective rating as if the premium were fixed.
C. The Insurer will pay IPFS or, under the circumstances described herein, the Trustee (a) all gross unearned premiums which may become payable resulting from the endorsement and (b) loss payments which reduce the unearned premium up to the unpaid balance of the account, subject to any mortgagee or loss payee interest.
D. The Insurer will not consent to the insured's assignment of the policy, except for interests of mortgagees or loss payees, or permit the endorsement of the policy to include the names of new insureds without IPFS's or the Trustee's written consent, as applicable.

000005 16/43

**Visit www.ipfs.com to view account information or to update policy numbers.**
**Please use access code YV9BDH to register (first time users).**


(12/15) Copyright 2015 IPFS Corporation

TWIA_001090

Please detach and return this portion with your payment.

6558

| | | Mailed By Certified, Registered or U.S. Postal Express Mail Hand Cancellation | Received by Texas Windstorm Insurance Association On |
|---|---|---|---|
| Insured: | Ernestine Bell | | |
| Reference Number: | 000619955-02 | | |
| Amount Due: | $1,674.00 | | |
| **Total Due** | ~~$1,674.00~~ $167.40 | JUN 20 '17 | JUN 22 '17 |

Please indicate the reference number on your check.

**Make checks payable, and remit payment, to:** **Texas Windstorm Insurance Association**
**P.O. Box 99090**
**Austin, Texas 78709-9090**

[redacted]

TWIA 001091

GIA 1892

INSURANCE
GALVESTON FRIENDSWOOD
(409) 740-1251 (281) 442-1892
P O Box 16767
GALVESTON, TX 77552-6767

MOODY NATIONAL BANK
OF GALVESTON
GALVESTON, TEXAS

46-9/1131

[redacted]

Reference 149641
Check Date 06/16/2017

PAY TO THE ORDER OF Texas Windstorm Ins Assoc

$ 167.40

ONE HUNDRED SIXTY-SEVEN AND 40/100 ********************************************** DOLLARS

Texas Windstorm Ins Assoc

GALVESTON INSURANCE ASSOCIATES

MP

FOR Ernestine Bell #000619955-02

[redacted]

**Please detach and return this portion with your payment.**

| | | | | |
|---|---|---|---|---|
| Insured: | Ernestine Bell | 0265 | Mailed By Certified, Registered or U.S. Postal Express Mail Hand Cancelled on | Received by Texas Windstorm Insurance Association On |
| Reference Number: | 000619955-02 | | | |
| Amount Due: | $1,674.00 | | | |
| **Total Due** | ~~**$1,674.00**~~ $1,506.60 | | JUN 20 '17 | JUN 22 '17 |

Please indicate the reference number on your check.

**Make checks payable, and remit payment, to:** **Texas Windstorm Insurance Association**
**P.O. Box 99090**
**Austin, Texas 78709-9090**

[redacted]

**DRAFT ON**
**IPFS Corporation**

[redacted]

June 16, 2017

PAY TO THE
ORDER OF **TEXAS WINDSTORM INSURANCE ASSN**

Amount: $1,506.60

ONE THOUSAND FIVE HUNDRED SIX DOLLARS AND SIXTY CENTS

To IPFS Corporation
Payable through **Commerce Bank**, Kansas City/St.Joseph

**Two Signatures Required for Amounts Over $25,000.00**

**GIA INSURANCE AGENCY LLC**

**Agency**

**Authorized Signature**

**ERNESTINE BELL**

**Insured**

**Authorized Signature**

Memo: Quote # 6160215 00061995-02

[redacted]

# PREMIUM FINANCE AGREEMENT

**IPFS CORPORATION**

5316 HWY 290 W STE 310
AUSTIN,TX 78735
(800)444-8815 FAX: (512)899-8822
CUSTOMER SERVICE: (866)412-6701

| | | |
|---|---|---|
| **A** | **CASH PRICE (TOTAL PREMIUMS)** | **$1,674.00** |
| **B** | **CASH DOWN PAYMENT** | **$167.40** |
| **C** | **PRINCIPAL BALANCE (A MINUS B)** | **$1,506.60** |

AGENT
(Name & Place of business)
GIA INSURANCE AGENCY LLC
DBA GALVESTON INSURANCE
ASSOCIATES
6025 HEARDS LN

GALVESTON,TX 77551
(409)740-1251 FAX: (409)740-0513

INSURED
(Name & Residence or business)
ERNESTINE BELL

1710 ASHMORE CT

MISSOURI CITY, TX 77489-2166
(832)657-2221

Personal

Account #: ____________

**LOAN DISCLOSURE**

Quote Number: 6160215

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 11.390% | $79.80 | $1,506.60 | $1,586.40 |

**YOUR PAYMENT SCHEDULE WILL BE**

| Number Of Payments | Amount Of Payments | When Payments Are Due Beginning: |
|---|---|---|
| 10 | $158.64 | MONTHLY 07/28/2017 |

YOU HAVE THE RIGHT TO RECEIVE AN ITEMIZATION OF THE AMOUNT FINANCED:
[] I WANT AN ITEMIZATION (DO NOT CHECK IF YOU DO NOT WANT AN ITEMIZATION)

**Security:** Refer to paragraph 1 below for a description of the collateral assigned to Lender to secure this loan.
**Late Charges:** A late charge will be imposed on any installment in default 10 days or more. This late charge will be 5.00% of the installment due.
**Prepayment:** If you pay your account off early, you may be entitled to a refund of a portion of the finance charge in accordance with Rule of 78's. See the terms below and on the next page for additional information about nonpayment, default and penalties.

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY | SCHEDULE OF POLICIES INSURANCE COMPANY AND GENERAL AGENT | COVERAGE | MINIMUM EARNED PERCENT | POL TERM | PREMIUM |
|---|---|---|---|---|---|---|
| 000619955-02 | 06/28/2017 | TEXAS WINDSTORM INSURANCE ASSN | WINDSTORM | 0.000% | 12 | 1,674.00 |
| | | | | Broker Fee: | | $0.00 |
| | | | | TOTAL: | | $1,674.00 |

The undersigned insured directs IPFS Corporation (herein, "Lender") to pay the premiums on the policies described on the Schedule of Policies. In consideration of such premium payments, subject to the provisions set forth herein, the insured agrees to pay Lender at the branch office address shown above, or as otherwise directed by Lender, the amount stated as Total of Payments in accordance with the Payment Schedule, in each case as shown in the above Loan Disclosure. The named insured(s), on a joint and several basis if more than one, hereby agree to the following provisions set forth on pages 1 and 2 of this Agreement: **1. SECURITY**: To secure payment of all amounts due under this Agreement, insured assigns Lender a security interest in all right, title and interest to the scheduled policies, including (but only to the extent permitted by applicable law): (a) all money that is or may be due insured because of a loss under any such policy that reduces the unearned premiums (subject to the interest of any applicable mortgagee or loss payee), (b) any unearned premium under each such policy, (c) dividends which may become due insured in connection with any such policy and (d) interests arising under a state guarantee fund. **2. POWER OF ATTORNEY**: Insured irrevocably appoints its Lender attorney-in-fact with full power of substitution and full authority upon default to cancel all policies above identified, receive all sums assigned to its Lender or in which it has granted Lender a security interest and to execute and deliver on behalf of the insured documents, instruments, forms and notices relating to the listed insurance policies in furtherance of this Agreement.

**NOTICE: A. Do not sign this agreement before you read it or if it contains any blank space. B. You are entitled to a completely filled in copy of this agreement. C. Under the law, you have the right to pay in advance the full amount due and under certain conditions to obtain a partial refund of the finance charge. D. Keep your copy of this agreement to protect your legal rights.**

The undersigned hereby warrants and agrees to Agent's Representations set forth herein.

X [signature] X 6/10/17 [signature], **President** MAY 19 2017

Signature of Insured or Authorized Agent | DATE | Signature of Agent | DATE

Insured and Lender further agree that: **3. POLICY EFFECTIVE DATES**: The finance charge begins to accrue from each policy effective date or the date on which Lender made payment to the insurer for the financed policy, whichever is earlier. **4. AGREEMENT EFFECTIVE DATE**: This Agreement shall be effective upon the earlier of (a) the date when written acceptance is mailed to the insured by Lender and (b) three working days following Lender's receipt of a properly signed and completed Agreement unless such Agreement has been returned by Lender to the agent/broker within such period. **5. DEFAULT AND DELINQUENT PAYMENTS**: If any of the following happens insured will be in default: (a) a payment is not made when it is due, (b) a proceeding in bankruptcy, receivership, insolvency or similar proceeding is instituted by or against insured, or (c) insured fails to keep any promise the insured makes in this Agreement; provided, however, that, to the extent required by applicable law, insured may be held to be in default only upon the occurrence of an event described in clause (a) above. The acceptance by Lender of one or more late payments from the insured shall not estop Lender or be a waiver of the rights of Lender to exercise all of its rights hereunder or under applicable law in the event of any subsequent late payment. **6. CANCELLATION**: Lender may cancel the scheduled policies after providing at least 10 days notice of its intent to cancel or any other required statutory notice if the insured does not pay any installment according to the terms of this Agreement or transfers any of the scheduled policies to a third party and the unpaid balance due to Lender shall be immediately due and payable by the insured. Lender at its option may enforce payment of this debt without recourse to the security given to Lender. **7. CANCELLATION CHARGES**: If cancellation occurs, the insured agrees to pay a finance charge on the outstanding indebtedness at the maximum rate authorized by applicable state law in effect on the date of cancellation until the outstanding indebtedness is paid in full or until such other date as required by law. **8. INSUFFICIENT FUNDS (NSF) CHARGES**: If insured's check or electronic funding is dishonored for any reason, the insured will pay to Lender a fee of $30.00 or the maximum amount permitted by law. **9. MONEY RECEIVED AFTER CANCELLATION**: Any payments made to Lender after Lender's Notice of Cancellation of the insurance policy(ies) has been mailed may be credited to the insured's account without any obligation on the part of Lender to request reinstatement of any policy. Any money Lender receives from an insurance company shall be credited to the balance due Lender with any surplus refunded to whomever is entitled to the money. In the event that Lender does request a reinstatement of the policy(ies) on behalf of the insured, such a request does not guarantee that coverage under the policy(ies) will be reinstated or continued. Only the insurance company has authority to reinstate the policy(ies). The insured agrees that Lender has no liability to the insured if the policy(ies) is not reinstated and Lender may charge a reinstatement fee where permitted up to the maximum amount allowed by law. **10. ASSIGNMENT**: The insured agrees not to assign this Agreement or any policy listed hereon or any interest therein (except for the interest of mortgagees or loss payees), without the written consent of Lender, and that Lender may sell, transfer and assign its rights hereunder or under any policy without the consent of the insured, and that all agreements made by the insured hereunder and all rights and benefits conferred upon Lender shall inure to the benefit of Lender's successors and assigns (and any assignees thereof). **11. INSURANCE AGENT OR BROKER**: The insured agrees that the insurance agent or broker soliciting the policies or through whom the policies were issued is not the agent of Lender; and the agent or broker named on the front of this Agreement is neither authorized by Lender to receive installment payments under this Agreement nor to make representations, orally or in writing, to the insured on Lender's behalf (except to the extent expressly required by applicable law). As and where permissible by law, Lender may compensate your agent/broker for assisting in arranging the financing of your insurance premiums. If you have any questions about this compensation you should contact your agent/broker. **12. FINANCING NOT A CONDITION**: The law does not require a person to enter into a premium finance agreement as a condition of the purchase of insurance. **13. COLLECTION COSTS**: Insured agrees to pay attorney fees and other collection costs to Lender to the extent permitted by law if this Agreement is referred to an attorney or collection agency who is not a salaried employee of Lender, to collect any money insured owes under this Agreement. **14. LIMITATION OF LIABILITY**: The insured agrees that Lender's liability to the insured, any other person or entity for breach of any of the terms of this Agreement for the wrongful or improper exercise of any of its powers under this Agreement shall be limited to the amount of the principal balance outstanding, except in the event of Lender' gross negligence or willful misconduct. Insured recognizes and agrees that Lender is a lender only and not an insurance company and that in no event does Lender assume any liability as an insurer hereunder or otherwise. **15. CLASSIFICATION AND FORMATION OF AGREEMENT**: This Agreement is and will be a general intangible and not an instrument (as those terms are used in the Uniform Commercial Code) for all purposes. Any electronic signature or electronic record may be used in the formation of this Agreement, and the signatures of the insured and agent and the record of this Agreement may be in electronic form (as those terms are used in the Uniform Electronic Transactions Act). A photocopy, a facsimile or other paper or electronic record of this Agreement shall have the same legal effect as a manually signed copy. **16. REPRESENTATIONS AND WARRANTIES**: The insured represents that (a) the insured is not insolvent or presently the subject of any insolvency proceeding (or if the insured is a debtor of bankruptcy, the bankruptcy court has authorized this transaction), (b) if the insured is not an individual, that the signatory is authorized to sign this Agreement on behalf of the insured, (c) all parties responsible for payment of the premium are named and have signed this Agreement, and (d) there is no term or provision in any of the scheduled policies that would require Lender to notify or get the consent of any third party to effect cancellation of any such policy. **17. PRIVACY**: Our privacy policy may be found at http://development.ipfs.com/Privacy.aspx. **18. ENTIRE DOCUMENT / GOVERNING LAW**: This document is the entire Agreement between Lender and the insured and can only be changed in writing and signed by both parties except that the insured authorizes Lender to insert or correct on this Agreement, if omitted or incorrect, the insurer's name and the policy number(s). Lender is also authorized to correct patent errors and omissions in this Agreement. In the event that any provision of this Agreement is found to be illegal or unenforceable, it shall be deemed severed from the remaining provisions, which shall remain in full force and effect. The laws of the State of Texas will govern this Agreement. **19. AUTHORIZATION**: The insurance company(ies) and their agents, any intermediaries and the agent / broker named in this Agreement and their successors and assigns are hereby authorized and directed by insured to provide Lender with full and complete information regarding all financed insurance policy(ies), including without limitation the status and calculation of unearned premiums, and Lender is authorized and directed to provide such parties with full and complete information and documentation regarding the financing of such insurance policy(ies), including a copy of this Agreement and any related notices. **20. WAIVER OF SOVERIGN IMMUNITY**: The insured expressly waives any sovereign immunity available to the insured, and agrees to be subject to the laws as set forth in this Agreement (and the jurisdiction of federal and/or state courts) for all matters relating to the collection and enforcement of amounts owed under this Agreement and the security interest in the scheduled policies granted hereby.

**AGENT/BROKER REPRESENTATIONS**

The agent/broker executing this agreement represents, warrants and agrees: (1) installment payments totaling $0.00 and the down payment indicated in Box "B" on Page 1 has been received from the insured in immediately available funds, (2) the insured has received a copy of this Agreement; if the agent/broker has signed this Agreement on the insured's behalf, the insured has expressly authorized the agent/broker to sign this Agreement on its behalf or, if the insured has signed, to the best of the undersigned's knowledge and belief such signature is genuine, (3) the policies are in full force and effect and the information in the Schedule of Policies including the premium amounts is correct, (4) no direct company bill, audit, or reporting form policies or policies subject to retrospective rating or to minimum earned premium are included, except as indicated, and the deposit of provisional premiums is not less than anticipated premiums to be earned for the full term of the policies, (5) the policies can be cancelled by the insured or Lender (or its successors and assigns) on 10 days notice and the unearned premiums will be computed on the standard short rate or pro rata table except as indicated, (6) there are no bankruptcy, receivership, or insolvency proceedings affecting the insured, (7) to hold Lender, its successors and assigns harmless against any loss or expense (including attorney fees) resulting from these representations or from errors, omissions or inaccuracies of agent/broker in preparing this Agreement, (8) to pay the down payment and any funding amounts received from Lender under this Agreement to the insurance company or general agent (less any commissions where applicable), (9) to hold in trust for Lender or its assigns any payments made or credited to the insured through or to agent/broker directly or indirectly, actually or constructively by the insurance companies and to pay the monies, as well as the unearned commissions to Lender or its assigns upon demand to satisfy the outstanding indebtness of the insured, (10) all material information concerning the insured and the financed policies necessary for Lender to cancel such policies and receive the unearned premium has been disclosed to Lender, (11) no term or provision of any financed policy requires Lender to notify or get the consent of any third party to effect cancellation of such policy, and (12) to promptly notify Lender in writing if any information on this Agreement becomes inaccurate.

(11/13) Copyright 2013 IPFS Corporation

7015 3010 0000 7312 1533

US POSTAGE PITNEY BOWES
ZIP 77551 $ 007.71⁰
02 1R
0001387438 JUN 20 2017

GIA INSURANCE
PO Box 16767, Galveston, TX 77552-6767
WWW.GIA-TX.COM

TO

TWIA
P.O. Box 99090
Austin, TX 78709-9090

FIRST CLASS MAIL

7

IPFS CORPORATION
(IPFS)
5316 HWY 290 W STE 310
AUSTIN, TX 78735
PHONE: (800)444-8815 - FAX: (512)899-8822

# NOTICE OF FINANCED PREMIUM

| REFER TO THIS ACCOUNT NO. IN ALL CORRESPONDENCE | ACCOUNT NUMBER |
|---|---|
| | TXA-431652 |

**INSURED**
ERNESTINE BELL
1710 ASHMORE CT
MISSOURI CITY, TX 77489-2166

**AGENT**
GALVESTON INSURANCE ASSOCIATES
6025 HEARDS LN
GALVESTON, TX 77551

| | | | |
|---|---|---|---|
| ACCEPTANCE DATE: | 06/22/16 | GROSS PREMIUM: | $1,662.00 |
| POLICY NUMBER: | 000619955-01 | FEES: | $0.00 |
| EFFECTIVE DATE: | 06/28/16 | TAXES: | $0.00 |
| POLICY TERM: | 12 | COVERAGE: | WS |

RECEIVED
JUN 27 2016
TEXAS WINDSTORM
INSURANCE ASSOCIATION

**INSURANCE COMPANY**
TEXAS WINDSTORM INSURANCE ASSN
PO BOX 99090
AUSTIN, TX 78709-9090

Gross Premium Payee / Partial Payee: TEXAS WINDSTORM INSURANCE ASSN

**IPFS MUST BE NOTIFIED WITHIN 15 DAYS OF DATE OF ACCEPTANCE SHOWN ABOVE IF:**

1. The policy is NOT in full force and effect or if the premium has been fully earned.
2. The policy description differs from your records.
3. The policy requires more than Ten (10) days notice of cancellation by any party.
4. The deposit or provisional premium on an audit or reporting form policy is NOT at least equal to the premium anticipated to be earned in accordance with the expiration date set forth above (See Section A through D below for insurer's undertaking).
5. The policy is subject to a minimum earned premium or includes a fully earned policy fee.
6. A general agent or any other agent than indicated herein should be notified and IPFS should be advised.

**IF DISCREPANCIES EXIST, PLEASE NOTE THEM AND FAX THIS FORM TO US IMMEDIATELY AT THE NUMBER ABOVE.**

Date ____________ Name & Title ____________

**TO THE INSURER:** IPFS has entered into (or accepted assignment of) a contract with your insured to advance the premiums on each policy described above, subject to the conditions herein. The insured has assigned and directed payment to IPFS of any and all unearned premiums and, on commercial policies, loss payments which reduce the unearned premiums which may become payable under the policy. Upon default in payment of any installment, the policy will be cancelled in accordance with authority given by the insured. IPFS has sold this contract and all rights thereunder to its affiliate, PFS Financing Corp., which in turn has collaterally assigned and granted a security interest in this contract to Wells Fargo Bank, National Association, as trustee for the benefit of various secured parties, (such trustee, its successors and designees herein called "Trustee"). IPFS will continue to act as servicer hereunder (with full right to cancel the policy) until the Trustee notifies you that a new servicer has been appointed. Until such time, all unearned premiums are payable to IPFS at the address above. After such time, if the insured defaults, the Trustee shall have the right to cancel the policy, and all unearned premiums and loss payments shall be payable as directed by the Trustee.

**IN CONSIDERATION OF THE LENDER ADVANCING THE PREMIUM THE INSURER AGREES THAT:**

A. If the insured fails to pay IPFS or, under the circumstances described herein, the Trustee, and if IPFS or the Trustee cancels the policy or, if the insured cancels the policy, the Insured will pay IPFS or, under the circumstances described herein, the Trustee with or without surrender of the policy the gross unearned premium computed in accordance with the appropriate table.
B. If the policy is for any reason cancelled by the insurer or authorized agent it will pay IPFS or, under the circumstances described herein, the Trustee the gross pro rata unearned premium with or without surrender of the policy. Unearned premiums on deposit or provisional premium policies will be computed on a gross pro rata basis irrespective of the actual premium earned by audit, report or retrospective rating as if the premium were fixed.
C. The Insurer will pay IPFS or, under the circumstances described herein, the Trustee (a) all gross unearned premiums which may become payable resulting from the endorsement and (b) loss payments which reduce the unearned premium up to the unpaid balance of the account, subject to any mortgagee or loss payee interest.
D. The Insurer will not consent to the insured's assignment of the policy, except for interests of mortgagees or loss payees, or permit the endorsement of the policy to include the names of new insureds without IPFS's or the Trustee's written consent, as applicable.

000009 20/27

**Visit www.ipfs.com to view account information or to update policy numbers.**
**Please use access code YV9BDH to register (first time users).**



(12/15) Copyright 2015 IPFS Corporation

**Please detach and return this portion with your payment.**

| | |
|---|---|
| Insured: | John David Brouillard |
| Reference Number: | 000627959-01 |
| Amount Due: | $1,981.00 |
| **Total Due** | **$1,981.00** |

| Mailed By Certified, Registered or U.S. Postal Express Mail Hand Cancelled on | Received by Texas Windstorm Insurance Association On |
|---|---|
| JUN 21 '16 | JUN 23 '16 |

Please indicate the reference number on your check.

**Make checks payable, and remit payment, to:** **Texas Windstorm Insurance Association**
**P.O. Box 99090**
**Austin, Texas 78709-9090**

[redacted]

J David Brouillard or
Kimberly A Brouillard
2009 Bywater Court
League City, TX 77573

35-2/1130

[redacted]

June 17, 2016

PAY TO THE ORDER OF T.W.I.A. $ 396.20/xx

Three hundred ninety-six and 20/100 DOLLARS

Security features are included. Details on back.

Bank of America
PO Box 15220
Wilmington, DE 19886-5220

FOR windstorm

David Brouillard MP

[redacted]

Servicer Address
P.O. BOX 15089

WORCESTER,MA 01615-0089
(800)922-8195 FAX: (508)852-1245
CUSTOMER SERVICE: (866)412-2431

# PREMIUM FINANCE AGREEMENT

**HERITAGE PREMIUM ASSIGNMENT CO.**
109 DUNFORD DRIVE

HEATH,TX 75032
(972)772-2704 FAX: (480)287-9854

| | | |
|---|---|---|
| **A** | **CASH PRICE (TOTAL PREMIUMS)** | **$1,981.00** |
| **B** | **CASH DOWN PAYMENT** | **$396.20** |
| **C** | **PRINCIPAL BALANCE (A MINUS B)** | **$1,584.80** |

AGENT
(Name & Place of business)
DAN FRICKEY INSURANCE AGENCY
DBA
FRICKEY INSURANCE AGENCY
17300 EL CAMINO REAL, STE 102

HOUSTON,TX 77058
(281)461-8707 FAX: (281)461-8706

INSURED
(Name & Residence or business)
David Brouillard

2009 Bywater Ct

League City, TX 77573-9020
(713)359-6462

Personal

Account #: ____________________

## LOAN DISCLOSURE

Quote Number: 5136322

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled |
| 15.200% | $112.50 | $1,584.80 | $1,697.30 |

**YOUR PAYMENT SCHEDULE WILL BE**

| Number Of Payments | Amount Of Payments | When Payments Are Due Beginning: |
|---|---|---|
| 10 | $169.73 | MONTHLY 08/03/2016 |

YOU HAVE THE RIGHT TO RECEIVE AN ITEMIZATION OF THE AMOUNT FINANCED:
[] I WANT AN ITEMIZATION (DO NOT CHECK IF YOU DO NOT WANT AN ITEMIZATION)

**Security:** Refer to paragraph 1 below for a description of the collateral assigned to Lender to secure this loan.
**Late Charges:** A late charge will be imposed on any installment in default 10 days or more. This late charge will be 5.00% of the installment due.
**Prepayment:** If you pay your account off early, you may be entitled to a refund of a portion of the finance charge in accordance with Rule of 78's. See the terms below and on the next page for additional information about nonpayment, default and penalties.

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY | SCHEDULE OF POLICIES INSURANCE COMPANY AND GENERAL AGENT | COVERAGE | MINIMUM EARNED PERCENT | POL TERM | PREMIUM |
|---|---|---|---|---|---|---|
| TWIA-000627959-01 | 07/03/2016 | TEXAS WINDSTORM INSURANCE ASSN | WINDSTORM | 0.000% | 12 | 1,981.00 |
| | | | | Broker Fee: | | $0.00 |
| | | | | TOTAL: | | $1,981.00 |

The undersigned insured directs HERITAGE PREMIUM ASSIGNMENT CO. (herein, "Lender") to pay the premiums on the policies described on the Schedule of Policies. In consideration of such premium payments, subject to the provisions set forth herein, the insured agrees to pay Lender at the branch office address shown above, or as otherwise directed by Lender, the amount stated as Total of Payments in accordance with the Payment Schedule, in each case as shown in the above Loan Disclosure. The named insured(s), on a joint and several basis if more than one, hereby agree to the following provisions set forth on pages 1 and 2 of this Agreement: **1. SECURITY**: To secure payment of all amounts due under this Agreement, insured assigns Lender a security interest in all right, title and interest to the scheduled policies, including (but only to the extent permitted by applicable law): (a) all money that is or may be due insured because of a loss under any such policy that reduces the unearned premiums (subject to the interest of any applicable mortgagee or loss payee), (b) any unearned premium under each such policy, (c) dividends which may become due insured in connection with any such policy and (d) interests arising under a state guarantee fund. **2. POWER OF ATTORNEY**: Insured irrevocably appoints its Lender attorney-in-fact with full power of substitution and full authority upon default to cancel all policies above identified, receive all sums assigned to its Lender or in which it has granted Lender a security interest and to execute and deliver on behalf of the insured documents, instruments, forms and notices relating to the listed insurance policies in furtherance of this Agreement.

**NOTICE: A. Do not sign this agreement before you read it or if it contains any blank space. B. You are entitled to a completely filled in copy of this agreement. C. Under the law, you have the right to pay in advance the full amount due and under certain conditions to obtain a partial refund of the finance charge. D. Keep your copy of this agreement to protect your legal rights.**

The undersigned hereby warrants and agrees to Agent's Representations set forth herein.

______________________ 06/17/16
Signature of Insured or Authorized Agent DATE

______________________ 6/17/16
Signature of Agent DATE




[redacted]

FRICKEY INSURANCE AGENCY
17300 El Camino Real, #102
Houston, TX 77058

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 001.36⁰
0001819661 JUN 21 2016
MAILED FROM ZIP CODE 77058

USPS 77598-9998
JUN 21 2016
WEBSTER TX

Andrea Alvarado
Texas Windstorm Insurance Agency
P.O. Box 99090
Austin, TX 78709-9090

7

1655

Please detach and return this portion with your payment

Insured: Ernestine Bell
Reference Number: 000619955-01
Amount Due: $1,662.00

**Total Due** ~~$1,662.00~~ 249.30

Mailed By Certified, Registered or U.S. Postal Express Mail Hand Cancelled on
JUN 21 '16

Received by Texas Windstorm Insurance Association On
JUN 23 '16

Please indicate the reference number on your check.

**Make checks payable, and remit payment, to:** **Texas Windstorm Insurance Association**
**P.O. Box 99090**
**Austin, Texas 78709-9090**

[redacted]

TWIA 001103

Artistic Checks 1-800-224-7621 www.artisticchecks.com

88-8940/3131

[redacted]

EARNESTINE E. BELL
1710 ASHMORE COURT
MISSOURI CITY, TX 77489

Date 6/20/16

Pay to the Order of TWIA $249.30

two hundred & forty nine 30/100 Dollars

Security Features Included. Details on Back.

ACU OF TEXAS
ASSOCIATED CREDIT UNION
P.O. BOX 9004
LEAGUE CITY, TX 77574-9004
WWW.ACUTX.ORG / 409-945-4474

Memo 0006199955-01

Earnestine Bell MP

'16 JUN 29 PM 3:48

[redacted]

Please detach and return this portion with your payment.

6792

Insured: Ernestine Bell
Reference Number: 000619955-01
Amount Due: $1,662.00

**Total Due** ~~$1,662.00~~ 1412.70

Mailed By Certified, Registered or U.S. Postal Express Mail Hand Cancelled on JUN 21 '16

Received by Texas Windstorm Insurance Association On JUN 23 '16

Please indicate the reference number on your check.

**Make checks payable, and remit payment, to:** **Texas Windstorm Insurance Association**
**P.O. Box 99090**
**Austin, Texas 78709-9090**

[redacted]

**DRAFT ON**
**IPFS Corporation**

[redacted]

June 28, 2016

PAY TO THE
ORDER OF **TEXAS WINDSTORM INSURANCE ASSN**

Amount: $1,412.70

ONE THOUSAND FOUR HUNDRED TWELVE DOLLARS AND SEVENTY CENTS

To IPFS Corporation
Payable through **Commerce Bank**, Kansas City/St.Joseph

**Two Signatures Required for Amounts Over $25,000.00**

**GALVESTON INSURANCE ASSOCIATES**

Megan V. Malloy

**Agency**

**Authorized Signature**

**Ernestine Bell**

**Insured**

**Authorized Signature**

Memo: Quote # 49830 [redacted] 00061995-01

5316 HWY 290 W STE 310
AUSTIN,TX 78735
(800)444-8815 FAX: (512)899-8822
CUSTOMER SERVICE: (866)412-6701

# PREMIUM FINANCE AGREEMENT

IPFS CORPORATION

| | | |
|---|---|---|
| A | CASH PRICE (TOTAL PREMIUMS) | $1,662.00 |
| B | CASH DOWN PAYMENT | $249.30 |
| C | PRINCIPAL BALANCE (A MINUS B) | $1,412.70 |

| AGENT | INSURED |
|---|---|
| (Name & Place of business)<br>GALVESTON INSURANCE ASSOCIATES<br>6025 HEARDS LN<br>GALVESTON,TX 77551<br>(409)740-1251 FAX: (409)740-0513 | (Name & Residence or business)<br>Ernestine Bell<br>1710 Ashmore Ct<br>Missouri City, TX 77489-2166<br>(832)657-2221 |

Personal

Account #: ____________

## LOAN DISCLOSURE

Quote Number: 4983067

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled |
| 10.050% | $65.90 | $1,412.70 | $1,478.60 |

**YOUR PAYMENT SCHEDULE WILL BE**

| Number Of Payments | Amount Of Payments | When Payments Are Due Beginning: | |
|---|---|---|---|
| 10 | $147.86 | | MONTHLY 07/28/2016 |

YOU HAVE THE RIGHT TO RECEIVE AN ITEMIZATION OF THE AMOUNT FINANCED:
[] I WANT AN ITEMIZATION (DO NOT CHECK IF YOU DO NOT WANT AN ITEMIZATION)

**Security:** Refer to paragraph 1 below for a description of the collateral assigned to Lender to secure this loan.
**Late Charges:** A late charge will be imposed on any installment in default 10 days or more. This late charge will be 5.00% of the installment due.
**Prepayment:** If you pay your account off early, you may be entitled to a refund of a portion of the finance charge in accordance with Rule of 78's. See the terms below and on the next page for additional information about nonpayment, default and penalties.

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY | SCHEDULE OF POLICIES INSURANCE COMPANY AND GENERAL AGENT | COVERAGE | MINIMUM EARNED PERCENT | POL TERM | PREMIUM |
|---|---|---|---|---|---|---|
| 000619955-01 | 06/28/2016 | TEXAS WINDSTORM INSURANCE ASSN<br>TEXAS WINDSTORM INSURANCE ASSN | WINDSTORM | 0.000% | 12 | 1,662.00 |
| | | | | Broker Fee: | | $0.00 |
| | | | | TOTAL: | | $1,662.00 |

The undersigned insured directs IPFS Corporation (herein, "Lender") to pay the premiums on the policies described on the Schedule of Policies. In consideration of such premium payments, subject to the provisions set forth herein, the insured agrees to pay Lender at the branch office address shown above, or as otherwise directed by Lender, the amount stated as Total of Payments in accordance with the Payment Schedule, in each case as shown in the above Loan Disclosure. The named insured(s), on a joint and several basis if more than one, hereby agree to the following provisions set forth on pages 1 and 2 of this Agreement: **1. SECURITY**: To secure payment of all amounts due under this Agreement, insured assigns Lender a security interest in all right, title and interest to the scheduled policies, including (but only to the extent permitted by applicable law): (a) all money that is or may be due insured because of a loss under any such policy that reduces the unearned premiums (subject to the interest of any applicable mortgagee or loss payee), (b) any unearned premium under each such policy, (c) dividends which may become due insured in connection with any such policy and (d) interests arising under a state guarantee fund. **2. POWER OF ATTORNEY**: Insured irrevocably appoints its Lender attorney-in-fact with full power of substitution and full authority upon default to cancel all policies above identified, receive all sums assigned to its Lender or in which it has granted Lender a security interest and to execute and deliver on behalf of the insured documents, instruments, forms and notices relating to the listed insurance policies in furtherance of this Agreement.

**NOTICE: A. Do not sign this agreement before you read it or if it contains any blank space. B. You are entitled to a completely filled in copy of this agreement. C. Under the law, you have the right to pay in advance the full amount due and under certain conditions to obtain a partial refund of the finance charge. D. Keep your copy of this agreement to protect your legal rights.**

The undersigned hereby warrants and agrees to Agent's Representations set forth herein.

X Ernestine Bell X 6/16/16 [signature], President MAY 26 2016

Signature of Insured or Authorized Agent DATE Signature of Agent DATE

(11/13) Copyright 2013 IPFS Corporation

7012 1010 0001 1532 3863

U.S. POSTAGE PITNEY BOWES
ZIP 77551 $ 007.57⁰
02 1W
0001380438 JUN 21 2016

JUN 2 2016
GALVESTON TEXAS

GIA INSURANCE
PO BOX 16767, GALVESTON, TX 77552-6767
WWW.GIA-TX.COM

TO

TWIA
PO BOX 99090
AUSTIN, TX 78709-9090

FIRST CLASS MAIL

13

**UW NOTES Bell TWRD0000619955**

## Notes

| Info | Details |
|---|---|
| **Author:** Delmy Diaz **Topic:** General **Security Level:** Internal Only **Related To:** ---- Renewal : 0014851243 (2025-06-28) | Jun 2, 2025 8:34 AM NI wanted to know how to link policy. Add email to contact since no email earnestbell5@aol.com Gave instruction on how to link policy. She was able to view policy online. Gave instruction on process payment. |
| **Author:** Policy Conversion **Topic:** General **Security Level:** Internal Only **Related To:** -- Policy : TWRD0000619955 | Jul 6, 2018 3:10 PM **Gen doc rec'd 07/02/18** Author: Denise Tovar (DTovar) Finance is showing correctly. Closed activity. |
| **Author:** Policy Conversion **Topic:** General **Security Level:** Internal Only **Related To:** -- Policy : TWRD0000619955 | Jun 28, 2017 12:43 PM **Gen doc rec'd 06/26/17** Author: Denise Tovar (DTovar) Finance company is showing correctly. Closed activity. |
| **Author:** Policy Conversion **Topic:** General **Security Level:** Internal Only **Related To:** -- Policy : TWRD0000619955 | Jul 14, 2016 11:14 AM **General document 06/27/16** Author: Rebecca Abello (rabello) Received IPFS notice of premium finance, different address, no action, closed activity |
| **Author:** Policy Conversion **Topic:** General **Security Level:** Internal Only | Jul 5, 2016 10:21 AM **gen doc rec'd 6/27/16** Author: Gladys Alexander (galexander) Escalated because address of finance company is shown incorrectly. |

**Related To:**
-- Policy :
TWRD0000619955

**PRIOR LOSSES-CLAIMS Bell TWRD0000619955**



Desktop | Account | Policy | Contact | Search | Administration

TWIA | Policy File | Dwelling and Personal Property | Ernestine Bell | Account: A000363864 | Policy: TWRD0000619955 | In Force (Expiration: 06/28/2026) | Claim

Risk Analysis

UW Referral Reasons | UW Issues | Prior Policies | Claims | Prior Losses | UW Checklist

Prior Losses

| Chargeable | Source | Loss Date | Claim Number | Match Description | Total Loss Amount | Policy Number | Status |
|---|---|---|---|---|---|---|---|
| Yes | ClaimCenter | 07/08/2024 | 1201253 | ROOF DAMAGE AN WATER DAMAGE ON THE FRONT DOOR | $7,416.31 | TWRD0000619955 | Open |



Desktop | Account | Policy | Contact | Search | Administration

TWIA | Policy File | Dwelling and Personal Property | Ernestine Bell | Account: A000363864 | Policy: TWRD0000619955 | In Force (Expiration: 06/28/2026) | Claim

Risk Analysis

UW Referral Reasons | UW Issues | Prior Policies | Claims | Prior Losses | UW Checklist

Search by Loss Date
Since: Any
From: 07/14/2024
To: 07/14/2025

Search | Reset

Policy Period: All

| Policy Period | Loss Date | Claim Number | Status | Total Incurred |
|---|---|---|---|---|
| 06/28/2024 - 06/28/2025 | 07/08/2024 | 1201253 | Open | $49,799.31 |
| | | | | $49,799.31 |

Claim Details

View Claim in Claim System

| | |
|---|---|
| Policy Period Start | 06/28/2024 |
| Policy Period End | 06/28/2025 |
| Claim Number | 1201253 |
| Loss Date | 07/08/2024 |
| Loss Cause | Both Wind & Hail |
| Status | Open |
| Description | ROOF DAMAGE AN WATER DAMAGE ON THE FRONT DOOR |

| | |
|---|---|
| Litigation | No |
| Injuries | No |
| Remaining Reserves | $41,433.00 |
| Paid to Date | $8,366.31 |
| Total Incurred | $49,799.31 |
| Recoveries | - |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/13/2024 3:38 PM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ERNESTINE_BELL |

000000 07 11 000362 002827 P

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**ERNESTINE_BELL**

**Risk**

**Dwelling**




**Roof**

| | | | |
|---|---|---|---|
| 1175.87 | Surface Area | 11.76 | Number of Squares |
| 141.52 | Total Perimeter Length | 7.92 | Total Ridge Length |
| 85.46 | Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 11.76 SQ | 65.32 | 0.00 | 768.16 | (0.00) | 768.16 |
| 2. Roofing felt - 15 lb. | 11.76 SQ | 32.32 | 7.88 | 387.96 | (57.29) | 330.67 |
| 3. Asphalt starter - universal starter course | 141.52 LF | 1.89 | 6.54 | 274.01 | (47.55) | 226.46 |
| 4. R&R Drip edge | 141.52 LF | 3.08 | 13.54 | 449.42 | (56.28) | 393.14 |
| 5. Laminated - comp. shingle rfg. - w/out felt | 12.67 SQ | 254.31 | 145.37 | 3,367.48 | (704.81) | 2,662.67 |
| Auto Calculated Waste: 7.7%, 0.91SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8", Bundle Rounding: 1.8%, 0.21SQ - (included in waste calculation above) | | | | | | |
| 6. R&R Hip / Ridge cap - Standard profile - composition shingles | 7.92 LF | 8.38 | 1.94 | 68.31 | (9.41) | 58.90 |
| 7. R&R Continuous ridge vent - shingle-over style | 7.92 LF | 10.77 | 3.06 | 88.36 | (12.71) | 75.65 |
| 8. R&R Flashing - pipe jack - lead | 3.00 EA | 88.60 | 12.31 | 278.11 | (51.15) | 226.96 |
| 9. Remove Additional charge for high roof (2 stories or greater) | 11.76 SQ | 6.32 | 0.00 | 74.32 | (0.00) | 74.32 |
| 10. Additional charge for high roof (2 stories or greater) | 12.46 SQ | 18.82 | 0.00 | 234.50 | (0.00) | 234.50 |
| Auto Calculated Waste: 6.0%, 0.70SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5", | | | | | | |
| **Totals: Roof** | | | **190.64** | **5,990.63** | **939.20** | **5,051.43** |
| **Total: Dwelling** | | | **190.64** | **5,990.63** | **939.20** | **5,051.43** |

**Exterior**

**Front Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 11. R&R Patio door screen, 36" wide | 1.00 EA | | | | | PRIOR CLAIM |
| 12. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 49.37 | (12.20) | 37.17 |
| 13. Paint wood siding - 1 coat | 246.57 SF | 1.57 | 6.71 | 393.82 | (54.25) | 339.57 |
| 14. Paint trim - one coat | 36.00 LF | 1.29 | 0.33 | 46.77 | (2.64) | 44.13 |
| 15. R&R Deck hand rail/guard rail - Labor only | 8.00 LF | 28.65 | 0.21 | 229.41 | (1.28) | 228.13 |



000000 08 11 000362 002828 P

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Front Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 16. R&R Deck guard rail - treated lumber | 6.00 LF | 40.34 | 5.94 | 247.98 | (36.03) | 211.95 |
| 17. R&R 1" x 6" lumber (.5 BF per LF) | 50.00 LF | 4.96 | 5.86 | 253.86 | (4.73) | 249.13 |
| **Totals: Front Elevation** | | | **22.07** | **1,221.21** | **111.13** | **1,110.08** |

**Right Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 18. R&R Window screen, 1 - 9 SF | 15.00 EA | 46.35 | 45.30 | 740.55 | (183.05) | 557.50 |
| **Totals: Right Elevation** | | | **45.30** | **740.55** | **183.05** | **557.50** |

**Left Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 19. R&R Window screen, 1 - 9 SF | 15.00 EA | 46.35 | 45.30 | 740.55 | (183.05) | 557.50 |
| **Totals: Left Elevation** | | | **45.30** | **740.55** | **183.05** | **557.50** |
| **Total: Exterior** | | | **112.67** | **2,702.31** | **477.23** | **2,225.08** |

**Interior**




**Bathroom** **Height: 8'**

| | |
|---|---|
| 160.00 SF Walls | 25.00 SF Ceiling |
| 185.00 SF Walls & Ceiling | 25.00 SF Floor |
| 2.78 SY Flooring | 20.00 LF Floor Perimeter |
| 20.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 20. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 60.59 | (0.00) | 60.59 |
| 21. Mask the floor per square foot - plastic and tape - 4 mil | 25.00 SF | 0.32 | 0.14 | 8.14 | (0.00) | 8.14 |

TWIA 001115

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Bathroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 22. Mask and prep for paint - plastic, paper, tape (per LF) | 20.00 LF | 1.79 | 0.45 | 36.25 | (0.00) | 36.25 |
| 23. Toilet - Detach & reset | 1.00 EA | 253.26 | 0.79 | 254.05 | (0.00) | 254.05 |
| 24. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 20.54 | (0.13) | 20.41 |
| 25. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 16.14 | (0.22) | 15.92 |
| 26. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 4.84 | (0.16) | 4.68 |
| 27. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 12.03 | (0.02) | 12.01 |
| 28. Paint the ceiling - two coats | 25.00 SF | 1.25 | 0.54 | 31.79 | (2.17) | 29.62 |
| 29. Paint the walls - two coats | 160.00 SF | 1.25 | 3.43 | 203.43 | (13.87) | 189.56 |
| 30. Final cleaning - construction - Residential | 25.00 SF | 0.29 | 0.60 | 7.85 | (0.00) | 7.85 |
| **Totals: Bathroom** | | | **6.91** | **655.65** | **16.57** | **639.08** |
| **Total: Interior** | | | **6.91** | **655.65** | **16.57** | **639.08** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 31. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 164.84 | 0.00 | 164.84 | (0.00) | 164.84 |
| **Totals: Debris Removal** | | | **0.00** | **164.84** | **0.00** | **164.84** |
| **Total: Risk** | | | **310.22** | **9,513.43** | **1,433.00** | **8,080.43** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 32. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 528.76 | (0.00) | 528.76 |
| 33. Cleaning labor minimum* | 1.00 EA | 107.93 | 8.90 | 116.83 | (0.00) | 116.83 |
| 34. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 1.41 | (0.00) | 1.41 |
| 35. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 132.74 | (0.00) | 132.74 |
| 36. Plumbing labor minimum | 1.00 EA | 44.45 | 0.00 | 44.45 | (0.00) | 44.45 |
| **Totals: Labor Minimums Applied** | | | **8.90** | **824.19** | **0.00** | **824.19** |
| **Line Item Totals: ERNESTINE_BELL** | | | **319.12** | **10,337.62** | **1,433.00** | **8,904.62** |



000000 09 11 000362 002829 P

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

| **Additional Charges** | **Charge** |
|---|---|
| Permit | 51.69 |
| **Additional Charges Total** | **$51.69** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,061.99 | SF Walls | 25.00 | SF Ceiling | 1,086.99 | SF Walls and Ceiling |
| 25.00 | SF Floor | 2.78 | SY Flooring | 120.22 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 20.00 | LF Ceil. Perimeter |
| 25.00 | Floor Area | 32.11 | Total Area | 160.00 | Interior Wall Area |
| 2,123.36 | Exterior Wall Area | 122.89 | Exterior Perimeter of Walls | | |
| 1,175.87 | Surface Area | 11.76 | Number of Squares | 141.52 | Total Perimeter Length |
| 7.92 | Total Ridge Length | 85.46 | Total Hip Length | | |

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 10,018.50 |
| Permit | 51.69 |
| Material Sales Tax | 309.62 |
| Subtotal | 10,379.81 |
| Cleaning Sales Tax | 9.50 |
| **Replacement Cost Value** | **$10,389.31** |
| Less Depreciation | (1,433.00) |
| **Actual Cash Value** | **$8,956.31** |
| Less Deductible | (1,540.00) |
| **Net Claim** | **$7,416.31** |
| Total Recoverable Depreciation | 1,433.00 |
| **Net Claim if Depreciation is Recovered** | **$8,849.31** |

Lee Olivares


000000 10 11 000362 002830 P

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes

| | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 309.62 | 0.00 | 9.50 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **309.62** | **0.00** | **9.50** | **0.00** | **0.00** | **0.00** |

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: ERNESTINE_BELL**

| | | |
|---|---|---|
| **Area: Risk** | | |
| **Area: Dwelling** | | |
| Roof | 5,799.99 | 57.89% |
| Area Subtotal: Dwelling | 5,799.99 | 57.89% |
| **Area: Exterior** | | |
| Front Elevation | 1,199.14 | 11.97% |
| Right Elevation | 695.25 | 6.94% |
| Left Elevation | 695.25 | 6.94% |
| Area Subtotal: Exterior | 2,589.64 | 25.85% |
| **Area: Interior** | | |
| Bathroom | 648.74 | 6.48% |
| Area Subtotal: Interior | 648.74 | 6.48% |
| Debris Removal | 164.84 | 1.65% |
| Area Subtotal: Risk | 9,203.21 | 91.86% |
| Labor Minimums Applied | 815.29 | 8.14% |
| **Subtotal of Areas** | 10,018.50 | 100.00% |
| **Total** | 10,018.50 | 100.00% |



000000 11 11 000362 002831 P

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 164.84 | | 164.84 |
| DRYWALL | 560.95 | 0.15 | 560.80 |
| FRAMING & ROUGH CARPENTRY | 719.24 | 42.04 | 677.20 |
| INSULATION | 148.34 | 0.22 | 148.12 |
| LABOR ONLY | 1.41 | | 1.41 |
| PLUMBING | 297.71 | | 297.71 |
| PAINTING | 713.40 | 73.09 | 640.31 |
| ROOFING | 5,799.99 | 939.20 | 4,860.79 |
| WINDOW REGLAZING & REPAIR | 1,436.85 | 378.30 | 1,058.55 |
| Subtotal | 10,018.50 | 1,433.00 | 8,585.50 |
| Permits and Fees | 51.69 | | 51.69 |
| Material Sales Tax | 309.62 | | 309.62 |
| Cleaning Sales Tax | 9.50 | | 9.50 |
| Total | 10,389.31 | 1,433.00 | 8,956.31 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business:<br>E-mail: | (800) 788-8247<br>claims@twia.org |
| Estimator: | TWIA Claims Examiner | Business:<br>E-mail: | (800) 788-8247<br>claims@twia.org |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/6/2024 3:23 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_JUL24<br>Restoration/Service/Remodel |
| Estimate: | ERNESTINE_BELL |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**ERNESTINE_BELL**

**Dwelling**

**Dwelling Roof**




**Roof**

| | | | |
|---|---|---|---|
| 1175.87 | Surface Area | 11.76 | Number of Squares |
| 141.52 | Total Perimeter Length | 7.92 | Total Ridge Length |
| 85.46 | Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Remove Additional charge for high roof (2 stories or greater) | 11.76 SQ | 6.31 | 0.00 | 74.21 | (0.00) | 74.21 |
| 2. Tear off, haul and dispose of comp. shingles - Laminated | 11.76 SQ | 65.18 | 0.00 | 766.52 | (0.00) | 766.52 |
| 3. Additional charge for high roof (2 stories or greater) | 12.46 SQ | 18.82 | 0.00 | 234.50 | (0.00) | 234.50 |
| Auto Calculated Waste: 6.0%, 0.70SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5", | | | | | | |
| 4. R&R Drip edge | 141.52 LF | 3.07 | 13.54 | 448.00 | (56.28) | 391.72 |
| 5. Roofing felt - 15 lb. | 11.76 SQ | 32.32 | 7.88 | 387.96 | (57.29) | 330.67 |
| 6. Asphalt starter - universal starter course | 141.52 LF | 1.89 | 6.54 | 274.01 | (47.55) | 226.46 |
| 7. Laminated - comp. shingle rfg. - w/out felt | 12.67 SQ | 254.31 | 145.37 | 3,367.48 | (704.81) | 2,662.67 |
| Auto Calculated Waste: 7.7%, 0.91SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8", Bundle Rounding: 1.8%, 0.21SQ - (included in waste calculation above) | | | | | | |
| 8. R&R Flashing - pipe jack - lead | 3.00 EA | 88.58 | 12.31 | 278.05 | (51.15) | 226.90 |
| 9. R&R Continuous ridge vent - shingle-over style | 7.92 LF | 10.77 | 3.06 | 88.36 | (12.71) | 75.65 |
| 10. R&R Hip / Ridge cap - Standard profile - composition shingles | 7.92 LF | 8.38 | 1.94 | 68.31 | (9.41) | 58.90 |
| **Totals: Roof** | | | **190.64** | **5,987.40** | **939.20** | **5,048.20** |
| **Total: Dwelling Roof** | | | **190.64** | **5,987.40** | **939.20** | **5,048.20** |

**Exterior**



**Ext_Surfaces**

| | | | |
|---|---|---|---|
| 901.99 | SF Walls | 100.22 | LF Floor Perimeter |
| 901.99 | SF Walls & Ceiling | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 11. R&R Patio door screen, 36" wide | 1.00 EA | 92.49 | 6.71 | 99.20 | (20.32) | 78.88 |
| 12. R&R Window screen, 1 - 9 SF | 15.00 EA | 46.32 | 45.30 | 740.10 | (183.05) | 557.05 |
| 13. R&R Siding - beveled - fiber-cement (clapboard) | 901.99 SF | 6.53 | 159.25 | 6,049.24 | (128.68) | 5,920.56 |
| 14. R&R Siding trim - 1" x 4" fiber cement trim board | 300.00 LF | 7.61 | 41.58 | 2,324.58 | (33.60) | 2,290.98 |
| 15. R&R House wrap (air/moisture barrier) | 901.99 SF | 0.45 | 14.14 | 420.04 | (11.43) | 408.61 |
| 16. Paint wood siding - 1 coat | 901.99 SF | 1.57 | 24.56 | 1,440.68 | (198.44) | 1,242.24 |
| 17. Paint trim - one coat | 300.00 LF | 1.29 | 2.72 | 389.72 | (22.00) | 367.72 |
| 18. Labor to set up and take down scaffold - per section | 20.00 EA | 30.69 | 0.00 | 613.80 | (0.00) | 613.80 |
| 19. Scaffold - per section (per week) | 20.00 WK | 60.43 | 0.00 | 1,208.60 | (0.00) | 1,208.60 |
| For elevations right and left 20 sections are needed for a week based on the leaner feet and height. | | | | | | |
| Decking | | | | | | |
| 20. R&R Deck hand rail/guard rail - Labor only | 8.00 LF | 28.58 | 0.21 | 228.85 | (1.28) | 227.57 |
| 21. R&R Deck guard rail - treated lumber | 6.00 LF | 40.27 | 5.94 | 247.56 | (36.03) | 211.53 |
| 22. R&R 1" x 6" lumber (.5 BF per LF) | 50.00 LF | 4.94 | 5.86 | 252.86 | (4.73) | 248.13 |
| **Totals: Ext_Surfaces** | | | **306.27** | **14,015.23** | **639.56** | **13,375.67** |
| **Total: Exterior** | | | **306.27** | **14,015.23** | **639.56** | **13,375.67** |

## Interior




**Bathroom** **Height: 8'**

| | | | |
|---|---|---|---|
| 160.00 | SF Walls | 25.00 | SF Ceiling |
| 185.00 | SF Walls & Ceiling | 25.00 | SF Floor |
| 2.78 | SY Flooring | 20.00 | LF Floor Perimeter |
| 20.00 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 23. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 60.59 | (0.00) | 60.59 |
| 24. Mask the floor per square foot - plastic and tape - 4 mil | 25.00 SF | 0.32 | 0.14 | 8.14 | (0.58) | 7.56 |
| 25. Mask and prep for paint - plastic, paper, tape (per LF) | 20.00 LF | 1.79 | 0.45 | 36.25 | (1.80) | 34.45 |
| 26. Toilet - Detach & reset | 1.00 EA | 252.47 | 0.79 | 253.26 | (0.00) | 253.26 |
| 27. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.36 | 0.32 | 20.48 | (0.13) | 20.35 |
| 28. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.61 | 0.54 | 16.20 | (0.22) | 15.98 |
| 29. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 4.84 | (0.16) | 4.68 |
| 30. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 12.03 | (0.02) | 12.01 |
| 31. Paint the ceiling - two coats | 25.00 SF | 1.25 | 0.54 | 31.79 | (2.17) | 29.62 |
| 32. Paint the walls - two coats | 160.00 SF | 1.25 | 3.43 | 203.43 | (13.87) | 189.56 |
| 33. Final cleaning - construction - Residential | 25.00 SF | 0.29 | 0.60 | 7.85 | (0.00) | 7.85 |
| **Totals: Bathroom** | | | **6.91** | **654.86** | **18.95** | **635.91** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total: Interior** | | | **6.91** | **654.86** | **18.95** | **635.91** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 34. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 775.23 | 0.00 | 775.23 | (0.00) | 775.23 |
| **Totals: Debris Removal** | | | **0.00** | **775.23** | **0.00** | **775.23** |
| **Total: Dwelling** | | | **503.82** | **21,432.72** | **1,597.71** | **19,835.01** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 35. Drywall labor minimum | 1.00 EA | 527.38 | 0.00 | 527.38 | (0.00) | 527.38 |
| 36. Window labor minimum | 1.00 EA | 88.55 | 0.00 | 88.55 | (0.00) | 88.55 |
| 37. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 1.41 | (0.00) | 1.41 |
| 38. Plumbing labor minimum | 1.00 EA | 44.31 | 0.00 | 44.31 | (0.00) | 44.31 |
| 39. Insulation labor minimum | 1.00 EA | 132.37 | 0.00 | 132.37 | (0.00) | 132.37 |
| 40. Cleaning labor minimum | 1.00 EA | 107.93 | 8.90 | 116.83 | (0.00) | 116.83 |
| **Totals: Labor Minimums Applied** | | | **8.90** | **910.85** | **0.00** | **910.85** |
| **Line Item Totals: ERNESTINE_BELL** | | | **512.72** | **22,343.57** | **1,597.71** | **20,745.86** |

| **Additional Charges** | **Charge** |
|---|---|
| Permit | 111.72 |
| **Additional Charges Total** | **$111.72** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,061.99 | SF Walls | 25.00 | SF Ceiling | 1,086.99 | SF Walls and Ceiling |
| 25.00 | SF Floor | 2.78 | SY Flooring | 120.22 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 20.00 | LF Ceil. Perimeter |
| 25.00 | Floor Area | 32.11 | Total Area | 160.00 | Interior Wall Area |
| 2,123.36 | Exterior Wall Area | 122.89 | Exterior Perimeter of Walls | | |
| 1,175.87 | Surface Area | 11.76 | Number of Squares | 141.52 | Total Perimeter Length |
| 7.92 | Total Ridge Length | 85.46 | Total Hip Length | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 21,830.85 |
| Permit | 111.72 |
| Material Sales Tax | 503.22 |
| Subtotal | 22,445.79 |
| Cleaning Sales Tax | 9.50 |
| **Replacement Cost Value** | **$22,455.29** |
| Less Depreciation | (1,597.71) |
| **Actual Cash Value** | **$20,857.58** |
| Less Deductible | (1,540.00) |
| **Net Claim** | **$19,317.58** |
| Total Recoverable Depreciation | 1,597.71 |
| **Net Claim if Depreciation is Recovered** | **$20,915.29** |

TWIA Claims Examiner

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes

| | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 503.22 | 0.00 | 9.50 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **503.22** | **0.00** | **9.50** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: ERNESTINE_BELL**

| | | |
|---|---|---|
| **Area: Dwelling** | | |
| **Area: Dwelling Roof** | | |
| **Roof** | **5,796.76** | **26.55%** |
| **Area Subtotal: Dwelling Roof** | **5,796.76** | **26.55%** |
| **Area: Exterior** | | |
| **Ext_Surfaces** | **13,708.96** | **62.80%** |
| **Area Subtotal: Exterior** | **13,708.96** | **62.80%** |
| **Area: Interior** | | |
| **Bathroom** | **647.95** | **2.97%** |
| **Area Subtotal: Interior** | **647.95** | **2.97%** |
| **Debris Removal** | **775.23** | **3.55%** |
| **Area Subtotal: Dwelling** | **20,928.90** | **95.87%** |
| **Labor Minimums Applied** | **901.95** | **4.13%** |
| **Subtotal of Areas** | **21,830.85** | **100.00%** |
| **Total** | **21,830.85** | **100.00%** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 775.23 | | 775.23 |
| DRYWALL | 559.51 | 0.15 | 559.36 |
| FRAMING & ROUGH CARPENTRY | 717.26 | 42.04 | 675.22 |
| INSULATION | 148.03 | 0.22 | 147.81 |
| LAB | 1.41 | | 1.41 |
| PLUMBING | 296.78 | | 296.78 |
| PAINTING | 2,082.97 | 239.02 | 1,843.95 |
| ROOFING | 5,796.76 | 939.20 | 4,857.56 |
| SCAFFOLDING | 1,822.40 | | 1,822.40 |
| SIDING | 8,578.89 | 173.71 | 8,405.18 |
| WINDOWS - SLIDING PATIO DOORS | 92.49 | 20.32 | 72.17 |
| WINDOW REGLAZING & REPAIR | 694.80 | 183.05 | 511.75 |
| WINDOWS - WOOD | 88.55 | | 88.55 |
| Subtotal | 21,830.85 | 1,597.71 | 20,233.14 |
| Permits and Fees | 111.72 | | 111.72 |
| Material Sales Tax | 503.22 | | 503.22 |
| Cleaning Sales Tax | 9.50 | | 9.50 |
| Total | 22,455.29 | 1,597.71 | 20,857.58 |

Sketch: Dwelling, Level: Interior

Insured: Ernestine Bell
Claim #: 1201253



TWIA 001132
Sketch: Dwelling, Level: Exterior

Insured: Ernestine Bell
Claim #: 1201253



TWIA 001133
Sketch: Dwelling, Level: Dwelling Roof

Insured: Ernestine Bell
Claim #: 1201253



TWIA 001134
Roof Annotation in Sketch: Dwelling, Level: Dwelling Roof

| FACE | SQ FT | # SQs | Slope - Rise / 12 |
|---|---|---|---|
| F1 | 353.03 | 3.53 | 6.00 |
| F2 | 226.84 | 2.27 | 6.00 |
| F3 | 353.03 | 3.53 | 6.00 |
| F4 | 226.84 | 2.27 | 6.00 |
| F5 | 16.14 | 0.16 | 0.00 |
| Estimated Total: | 1175.87 | 11.76 | |

TWIA 001136
Sketch: Risk, Level: Interior

Insured: Ernestine Bell
Claim #: 1201253



TWIA 001137

Sketch: Risk, Level: Exterior

Insured: Ernestine Bell
Claim #: 1201253



TWIA 001138
Sketch: Risk, Level: Dwelling

Insured: Ernestine Bell
Claim #: 1201253



TWIA 001139

Roof Annotation in Sketch: Risk, Level: Dwelling

| FACE | SQ FT | # SQs | Slope - Rise / 12 |
|---|---|---|---|
| F1 | 353.03 | 3.53 | 6.00 |
| F2 | 226.84 | 2.27 | 6.00 |
| F3 | 353.03 | 3.53 | 6.00 |
| F4 | 226.84 | 2.27 | 6.00 |
| F5 | 16.14 | 0.16 | 0.00 |
| Estimated Total: | 1175.87 | 11.76 | |

TWIA 001140

| | | | |
|---|---|---|---|
| Insured : | Ernestine Bell | Policy No. : | TWRD0000619955 |
| Property Address : | 16704 Ponce De Leon, Jamaica Beach, TX 77554 | Date of Loss : | 7/8/2024 |
| | | Catastrophe No. : | |
| Mailing Address : | 1710 Ashmore Ct, Missouri City, TX 77489-2166 | Adj. File No. : | |
| Insured Tel. No. : | (713) 202-1616 | Loss Amount: | $10,489.04 |

Referral Date | Date Insured Contacted: 7/10/2024 | Date Loss Inspected: 8/1/2024

# Activity Report

**Totals for completed activities**

**Total Hours: 0.00** | **Total Expenses: 0.00** | **Total Travel: 0.00**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/9/2024 11:47 AM | | |

Price List: TXGA8X_AUG24
Restoration/Service/Remodel
Estimate: ERNESTINE_BELL

## Depreciation Summary

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| **CLEANING** | **115.18** | | |
| **CONTENT MANIPULATION** | **60.59** | | |
| **GENERAL DEMOLITION** | **164.84** | | |
| **DRYWALL** | **560.95** | **0.15** | |
| **FRAMING & ROUGH CARPENTRY** | **719.24** | **42.04** | |
| **INSULATION** | **148.34** | **0.22** | |
| **LABOR ONLY** | **1.41** | | |
| **PLUMBING** | **297.71** | | |
| **PAINTING** | **713.40** | **73.09** | |
| **ROOFING** | **5,799.99** | **939.20** | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| **WINDOWS - SLIDING PATIO DOORS** | **92.53** | **20.32** | |
| **WINDOW REGLAZING & REPAIR** | **1,436.85** | **378.30** | |
| **Total** | **10,111.03** | **1,453.32** | **0.00** |
| **Recoverable Depreciation** | | | **1,453.32** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/9/2024 11:47 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ERNESTINE_BELL |

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

# Ownership Audit

## Estimate: ERNESTINE_BELL

| User | Ownership Period | Total Items | Estimate Total |
|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 to 8/8/2024 | 45 | $21,839.37 |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 to 8/9/2024 | 40 | $10,111.03 |

## Session Statistics

| User | Date | Time | Total Items | Estimate Total |
|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 | 23:22:39 to 23:24:22 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/5/2024 | 12:44:13 to 03:23:21 | 45 | $21,830.85 |
| (ROOFBYPR) Lee Olivares | 8/8/2024 | 08:57:41 to 15:11:43 | 45 | $21,839.37 |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 | 11:04:20 to 11:47:09 | 40 | $10,111.03 |

# Estimate Audit Trail

**Estimate: ERNESTINE_BELL**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| () | 7/17/2024 18:59:34 | $0.00 | $0.00 | N/A | Measurement data received from provider EAGLEVIEW.ROOF. PROVIDER |
| (ROOFBYPR) Lee Olivares | 7/17/2024 21:56:32 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 7/30/2024 00:31:45 | $0.00 | $0.00 | N/A | Estimate checked back in |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:22:16 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:24:22 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 17:15:54 | $0.00 | $0.00 | N/A | Sketch Third Party Roof Usage |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:30:33 | $0.00 | $6,041.29 | N/A | 12 item(s) pasted from estimate KIM_ WALKER owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:09 | $6,041.29 | $6,041.29 | 0.0 | Unknown |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:09 | $6,041.29 | $7,447.77 | +23.3 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:35 | $7,447.77 | $7,555.70 | +1.4 | Unknown |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:35 | $7,555.70 | $15,888.36 | +110.3 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:32:47 | $15,888.36 | $15,888.36 | 0.0 | Tax jurisdiction set to 8. 25% |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:04:17 | $15,888.36 | $21,830.85 | +37.4 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:22:18 | $21,830.85 | $21,830.85 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:23:21 | $21,830.85 | $20,915.29 | -4.2 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:23:21 | $20,915.29 | $21,830.85 | +4.4 | Estimate set to complete |
| (ROOFBYPR) Lee Olivares | 8/8/2024 08:55:22 | $21,830.85 | $20,915.29 | -4.2 | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/8/2024 14:50:00 | $20,915.29 | $21,830.85 | +4.4 | Price list changed from TXGA8X_JUL24 to TXGA8X_AUG24 |
| (ROOFBYPR) Lee Olivares | 8/8/2024 14:50:04 | $21,830.85 | $21,985.47 | +0.7 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/8/2024 14:50:04 | $21,985.47 | $21,839.37 | -0.7 | Estimate re-priced (33 items changed) |
| (ROOFBYPR) Lee Olivares | 8/8/2024 14:50:19 | $21,839.37 | $21,839.37 | 0.0 | Maximum depreciation changed from 100 to 75 |
| (ROOFBYPR) Lee Olivares | 8/8/2024 15:10:41 | $21,839.37 | $21,839.37 | 0.0 | Estimate save (changes made) |

# Estimate Audit Trail

**Estimate: ERNESTINE_BELL**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/8/2024 15:11:42 | $21,839.37 | $20,923.85 | -4.2 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/8/2024 15:11:42 | $20,923.85 | $21,839.37 | +4.4 | Estimate set to complete |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:04:13 | $21,839.37 | $20,923.85 | -4.2 | Estimate moves to Desktop |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:05:57 | $20,923.85 | $21,839.37 | +4.4 | 1A: Other Structures Deductible changed from 620 to 620 |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:06:09 | $21,839.37 | $21,839.37 | 0.0 | 1B: Personal Property Deductible changed from 0 to 620 |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:06:31 | $21,839.37 | $21,985.47 | +0.7 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:06:31 | $21,985.47 | $21,839.37 | -0.7 | Estimate re-priced (33 items changed) |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:18:48 | $21,839.37 | $23,644.70 | +8.3 | 6 item(s) pasted from estimate ERNESTINE_ BELL owned by |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:20:25 | $23,644.70 | $22,722.94 | -3.9 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:20:39 | $22,722.94 | $22,722.94 | 0.0 | 0 item(s) pasted from estimate ERNESTINE_ BELL owned by |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:20:46 | $22,722.94 | $22,722.94 | 0.0 | 0 item(s) pasted from estimate ERNESTINE_ BELL owned by |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:21:01 | $22,722.94 | $22,722.94 | 0.0 | 0 item(s) pasted from estimate ERNESTINE_ BELL owned by |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:21:08 | $22,722.94 | $22,722.94 | 0.0 | 0 item(s) pasted from estimate ERNESTINE_ BELL owned by |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:21:44 | $22,722.94 | $23,110.05 | +1.7 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:23:26 | $23,110.05 | $24,124.60 | +4.4 | 2 item(s) pasted from estimate ERNESTINE_ BELL owned by |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:23:39 | $24,124.60 | $24,511.71 | +1.6 | 1 item(s) pasted from estimate ERNESTINE_ BELL owned by DAVIDRJM |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:24:51 | $24,511.71 | $24,639.10 | +0.5 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:25:33 | $24,639.10 | $26,235.85 | +6.5 | 3 item(s) pasted from estimate ERNESTINE_ BELL owned by DAVIDRJM |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:34:55 | $26,235.85 | $10,111.03 | -61.5 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:47:03 | $10,111.03 | $10,111.03 | 0.0 | Estimate save (changes made) |

# Estimate Audit Trail

## Estimate: ERNESTINE_BELL

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:47:08 | $10,111.03 | $8,949.04 | -11.5 | Estimate moves to XA |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:47:08 | $8,949.04 | $10,111.03 | +13.0 | Estimate set to complete |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/9/2024 11:47 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ERNESTINE_BELL |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**ERNESTINE_BELL**

**Risk**

**Dwelling**




### Roof

| | | | |
|---|---|---|---|
| 1175.87 | Surface Area | 11.76 | Number of Squares |
| 141.52 | Total Perimeter Length | 7.92 | Total Ridge Length |
| 85.46 | Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 11.76 SQ | 65.32 | 0.00 | 768.16 | (0.00) | 768.16 |
| 2. Roofing felt - 15 lb. | 11.76 SQ | 32.32 | 7.88 | 387.96 | (57.29) | 330.67 |
| 3. Asphalt starter - universal starter course | 141.52 LF | 1.89 | 6.54 | 274.01 | (47.55) | 226.46 |
| 4. R&R Drip edge | 141.52 LF | 3.08 | 13.54 | 449.42 | (56.28) | 393.14 |
| 5. Laminated - comp. shingle rfg. - w/out felt | 12.67 SQ | 254.31 | 145.37 | 3,367.48 | (704.81) | 2,662.67 |
| Auto Calculated Waste: 7.7%, 0.91SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8", Bundle Rounding: 1.8%, 0.21SQ - (included in waste calculation above) | | | | | | |
| 6. R&R Hip / Ridge cap - Standard profile - composition shingles | 7.92 LF | 8.38 | 1.94 | 68.31 | (9.41) | 58.90 |
| 7. R&R Continuous ridge vent - shingle-over style | 7.92 LF | 10.77 | 3.06 | 88.36 | (12.71) | 75.65 |
| 8. R&R Flashing - pipe jack - lead | 3.00 EA | 88.60 | 12.31 | 278.11 | (51.15) | 226.96 |
| 9. Remove Additional charge for high roof (2 stories or greater) | 11.76 SQ | 6.32 | 0.00 | 74.32 | (0.00) | 74.32 |
| 10. Additional charge for high roof (2 stories or greater) | 12.46 SQ | 18.82 | 0.00 | 234.50 | (0.00) | 234.50 |
| Auto Calculated Waste: 6.0%, 0.70SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5", | | | | | | |
| **Totals: Roof** | | | **190.64** | **5,990.63** | **939.20** | **5,051.43** |
| **Total: Dwelling** | | | **190.64** | **5,990.63** | **939.20** | **5,051.43** |

**Exterior**

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 11. R&R Patio door screen, 36" wide | 1.00 EA | 92.53 | 6.71 | 99.24 | (20.32) | 78.92 |
| 12. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 49.37 | (12.20) | 37.17 |
| 13. Paint wood siding - 1 coat | 246.57 SF | 1.57 | 6.71 | 393.82 | (54.25) | 339.57 |
| 14. Paint trim - one coat | 36.00 LF | 1.29 | 0.33 | 46.77 | (2.64) | 44.13 |
| 15. R&R Deck hand rail/guard rail - Labor only | 8.00 LF | 28.65 | 0.21 | 229.41 | (1.28) | 228.13 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Front Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 16. R&R Deck guard rail - treated lumber | 6.00 LF | 40.34 | 5.94 | 247.98 | (36.03) | 211.95 |
| 17. R&R 1" x 6" lumber (.5 BF per LF) | 50.00 LF | 4.96 | 5.86 | 253.86 | (4.73) | 249.13 |
| **Totals: Front Elevation** | | | **28.78** | **1,320.45** | **131.45** | **1,189.00** |

**Right Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 18. R&R Window screen, 1 - 9 SF | 15.00 EA | 46.35 | 45.30 | 740.55 | (183.05) | 557.50 |
| **Totals: Right Elevation** | | | **45.30** | **740.55** | **183.05** | **557.50** |

**Left Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 19. R&R Window screen, 1 - 9 SF | 15.00 EA | 46.35 | 45.30 | 740.55 | (183.05) | 557.50 |
| **Totals: Left Elevation** | | | **45.30** | **740.55** | **183.05** | **557.50** |
| **Total: Exterior** | | | **119.38** | **2,801.55** | **497.55** | **2,304.00** |

**Interior**




**Bathroom** **Height: 8'**

| | |
|---|---|
| 160.00 SF Walls | 25.00 SF Ceiling |
| 185.00 SF Walls & Ceiling | 25.00 SF Floor |
| 2.78 SY Flooring | 20.00 LF Floor Perimeter |
| 20.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 20. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 60.59 | (0.00) | 60.59 |
| 21. Mask the floor per square foot - plastic and tape - 4 mil | 25.00 SF | 0.32 | 0.14 | 8.14 | (0.00) | 8.14 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Bathroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 22. Mask and prep for paint - plastic, paper, tape (per LF) | 20.00 LF | 1.79 | 0.45 | 36.25 | (0.00) | 36.25 |
| 23. Toilet - Detach & reset | 1.00 EA | 253.26 | 0.79 | 254.05 | (0.00) | 254.05 |
| 24. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 20.54 | (0.13) | 20.41 |
| 25. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 16.14 | (0.22) | 15.92 |
| 26. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 4.84 | (0.16) | 4.68 |
| 27. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 12.03 | (0.02) | 12.01 |
| 28. Paint the ceiling - two coats | 25.00 SF | 1.25 | 0.54 | 31.79 | (2.17) | 29.62 |
| 29. Paint the walls - two coats | 160.00 SF | 1.25 | 3.43 | 203.43 | (13.87) | 189.56 |
| 30. Final cleaning - construction - Residential | 25.00 SF | 0.29 | 0.60 | 7.85 | (0.00) | 7.85 |
| **Totals: Bathroom** | | | **6.91** | **655.65** | **16.57** | **639.08** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total: Interior** | | | **6.91** | **655.65** | **16.57** | **639.08** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 31. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 164.84 | 0.00 | 164.84 | (0.00) | 164.84 |
| **Totals: Debris Removal** | | | **0.00** | **164.84** | **0.00** | **164.84** |
| **Total: Risk** | | | **316.93** | **9,612.67** | **1,453.32** | **8,159.35** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 32. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 528.76 | (0.00) | 528.76 |
| 33. Cleaning labor minimum* | 1.00 EA | 107.93 | 8.90 | 116.83 | (0.00) | 116.83 |
| 34. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 1.41 | (0.00) | 1.41 |
| 35. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 132.74 | (0.00) | 132.74 |
| 36. Plumbing labor minimum | 1.00 EA | 44.45 | 0.00 | 44.45 | (0.00) | 44.45 |
| **Totals: Labor Minimums Applied** | | | **8.90** | **824.19** | **0.00** | **824.19** |
| **Line Item Totals: ERNESTINE_BELL** | | | **325.83** | **10,436.86** | **1,453.32** | **8,983.54** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| Additional Charges | Charge |
|---|---|
| Permit | 52.18 |
| **Additional Charges Total** | **$52.18** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,061.99 | SF Walls | 25.00 | SF Ceiling | 1,086.99 | SF Walls and Ceiling |
| 25.00 | SF Floor | 2.78 | SY Flooring | 120.22 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 20.00 | LF Ceil. Perimeter |
| 25.00 | Floor Area | 32.11 | Total Area | 160.00 | Interior Wall Area |
| 2,123.36 | Exterior Wall Area | 122.89 | Exterior Perimeter of Walls | | |
| 1,175.87 | Surface Area | 11.76 | Number of Squares | 141.52 | Total Perimeter Length |
| 7.92 | Total Ridge Length | 85.46 | Total Hip Length | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---:|
| Line Item Total | 10,111.03 |
| Permit | 52.18 |
| Material Sales Tax | 316.33 |
| Subtotal | 10,479.54 |
| Cleaning Sales Tax | 9.50 |
| **Replacement Cost Value** | **$10,489.04** |
| Less Depreciation | (1,453.32) |
| **Actual Cash Value** | **$9,035.72** |
| Less Deductible | (1,540.00) |
| **Net Claim** | **$7,495.72** |
| Total Recoverable Depreciation | 1,453.32 |
| **Net Claim if Depreciation is Recovered** | **$8,949.04** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes

| | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 316.33 | 0.00 | 9.50 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **316.33** | **0.00** | **9.50** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: ERNESTINE_BELL**

| | | |
|---|---|---|
| **Area: Risk** | | |
| **Area: Dwelling** | | |
| **Roof** | **5,799.99** | **57.36%** |
| **Area Subtotal: Dwelling** | **5,799.99** | **57.36%** |
| **Area: Exterior** | | |
| **Front Elevation** | **1,291.67** | **12.77%** |
| **Right Elevation** | **695.25** | **6.88%** |
| **Left Elevation** | **695.25** | **6.88%** |
| **Area Subtotal: Exterior** | **2,682.17** | **26.53%** |
| **Area: Interior** | | |
| **Bathroom** | **648.74** | **6.42%** |
| **Area Subtotal: Interior** | **648.74** | **6.42%** |
| **Debris Removal** | **164.84** | **1.63%** |
| **Area Subtotal: Risk** | **9,295.74** | **91.94%** |
| **Labor Minimums Applied** | **815.29** | **8.06%** |
| **Subtotal of Areas** | **10,111.03** | **100.00%** |
| **Total** | **10,111.03** | **100.00%** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 164.84 | | 164.84 |
| DRYWALL | 560.95 | 0.15 | 560.80 |
| FRAMING & ROUGH CARPENTRY | 719.24 | 42.04 | 677.20 |
| INSULATION | 148.34 | 0.22 | 148.12 |
| LABOR ONLY | 1.41 | | 1.41 |
| PLUMBING | 297.71 | | 297.71 |
| PAINTING | 713.40 | 73.09 | 640.31 |
| ROOFING | 5,799.99 | 939.20 | 4,860.79 |
| WINDOWS - SLIDING PATIO DOORS | 92.53 | 20.32 | 72.21 |
| WINDOW REGLAZING & REPAIR | 1,436.85 | 378.30 | 1,058.55 |
| **Subtotal** | 10,111.03 | 1,453.32 | 8,657.71 |
| **Permits and Fees** | 52.18 | | 52.18 |
| **Material Sales Tax** | 316.33 | | 316.33 |
| **Cleaning Sales Tax** | 9.50 | | 9.50 |
| **Total** | 10,489.04 | 1,453.32 | 9,035.72 |

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

# LOSS REPORT

**Final**

| | | | |
|---|---|---|---|
| Reference: | Leading Edge Claims Service<br>360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | Report #: | 1 |
| | | Catastrophe Number: | |
| | | Policy Number: | TWRD0000619955 |
| Attention: | Claim Examiner | Claim Number: | 1201253 |
| Insured: | Ernestine Bell<br>16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Date of Loss: | 7/8/2024 |
| | | Type of Loss: | Wind Damage |
| | | File Number: | |

**ENCLOSURES:**

Estimate, Statement of Loss, Bill for Services, Photos (101), Diagrams

**COVERAGE:**

| | | | |
|---|---|---|---|
| 1A: Structure | $154,000.00 | Eff. Dates: | From: 6/28/2024 To: 6/28/2025 |
| 1A: Other Structures | $15,400.00 | Mortgagee: | |
| 1B: Personal Property | $62,000.00 | Deductible: | $1,540.00 |
| | | Co-Ins. Policy: | Yes ☐ No ☑ |
| | | Forms: | |

**GENERAL LOSS REPORT**

INITIAL CONTACT

Who called the insured? TWIA Claims Examiner

Method of contact? Phone

Person spoken with on initial contact Ernestine Bell

Inspection Details: Completed inspection at the scheduled time with Ernestine Bell

Mailing address: 1710 Ashmore Ct, Missouri City, TX 77489-2166

Damages Reported: Wind damage to roof, wind damage to siding and decking, and wind driven rain damage to ceiling in bathroom from ridge cap vent.

Insured has email? None provided in Xactanalysis

Language Interpreter needed? No

INSPECTION

Discussed claim damages, reviewed items on FNOL: Roof damage and water damage on the front door.

Confirmed DOL with insured of: Jul 8, 2024,12:00:00 AM

Reviewed prior claims: None provided in Xactanalysis
Reviewed Underwriting Report: None provided in Xactanalysis
Reviewed WPI-8: 759266 / Certified July 3, 2014

COVERAGE A (DWELLING AND OTHER STRUCTURES)

Roof
Age / Material / Layers / Reparability / Decking: 10 years / 30 year architectural / 1 / No / ½” CDX

Front slope: Inspection revealed 3 wind damaged shingles.

Right slope: Inspection revealed 6 wind damaged shingles.
Rear slope: Inspection revealed 3 wind damaged shingles.
Left slope: Inspection revealed 6 wind damaged shingles.

Soft metals and other roof elements: No visible damage consistent with wind.

Inspection revealed scattered damage consistent with wind to all directional slopes of the shingled roof surface.

Necessary repairs to damaged slopes would involve disturbance of a significant portion of the roof surface and those adjoined by a common valley. Due to the age and condition of the roof, it is not repairable. For these reasons, spot repairs are not likely to be successful and replacement of the shingled roof is recommended.

Exterior
Siding / Age / Material: Cement board / 17 yrs

Front elevation: Damage to siding from wind-blown debris, handrail, decking, and window screens.

Right elevation: Wind damage found to window screens. Mechanical damage, wear and tear, and installation issued found to siding.

Rear elevation: No visible damage consistent with wind.

Left elevation: Wind damage found to window screens. Mechanical damage, wear and tear, and installation issued found to siding.

Interior
Interior inspection: Yes
If not permitted, did the insured sign the waiver? N/A

Does the property appear vacant? No
If so, how long has it been vacant? N/A

Attic inspected: Yes

List damages by room:
Bathroom: Ceiling damage due to wind driven rain from ridge vent.
Living Room: No damage to the interior was visible during the inspection.

Other Structures:

COVERAGE B (PERSONAL PROPERTY): None claimed or observed at the time of inspection.

Estimate Summary

Depreciation (and basis for that depreciation): Depreciation on this claim is set based on age and condition using Xactimate's depreciation tool. Dwelling roof at 10 years per discussion with Insured and visible condition at the time of inspection.

Overhead and profit were added. Job will require coordination and supervision due to complexity of scope of work.

Salvage? No salvage opportunities were observed as the damaged items hold no value.

Subrogation? No Subrogation opportunity was observed as the damages are weather related.

Coverage Summary
Reported date of Loss: 7/8/2024

DOL consistent with weather data? – Yes, the Benchmark report does show wind gusts with 80+ wind gusts.

Cause of Loss: Wind

Policy in Force? Yes, 6/28/2024 - 6/28/2025

Damages Accepted:

Wind damages to roof, siding, deck, window screens and wind driven rain damage to ceiling in bathroom.

Damages NOT Accepted:
No visible damage to the interior of the front door.
Siding damage due to wind driven debris on the breakaway walls.
Mechanical damage, wear and tear, and installation issued found to siding.

Damages observed, but NOT claimed:
None

Attorney/Public Adjuster involvement? None at the time of this report.

Contractor involvement? None at the time of this report.

Closing conversation with the insured: After my inspection, I spoke to the Insured, explained the scope of damages observed, and advised that TWIA retains all authority on the claim and would contact them soon.

Closing Notes
Underwriting Risk Referral attached? None
Pending or unresolved exposures: None

**STATEMENT OF LOSS:**

| Item | RCV | Dep | ACV | Limit |
|---|---|---|---|---|
| 1A: Structure | $10,489.04 | $1,453.32 | $9,035.72 | $8,949.04 |
| 1A: Other Structures | $0.00 | $0.00 | $0.00 | $0.00 |
| 1B: Personal Property | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $10,489.04 | $1,453.32 | $9,035.72 | |

| | |
|---|---|
| Deductible | 1,540.00 |
| Less Prior Payments | $0.00 |
| Claim Payable | $8,949.04 |
| Due Insured | **$8,949.04** |
| Recoverable Depreciation Totals: | $1,453.32 |
| Non-Recoverable Depreciation Totals: | $0.00 |
| Net Claim Without Rec. Depreciation: | $7,495.72 |

**RECOMMENDATIONS:**

I recommend payment to Insured in the ACV amount of $7,495.72.

TWIA Claims Examiner

8/9/2024
Date

TWIA 001162

# LOSS RECAP

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Policy No. : | TWRD0000619955 |
| Property Address : | 16704 Ponce De Leon, Jamaica Beach, TX 77554 | Date of Loss : | 7/8/2024 |
| Mailing Address : | 1710 Ashmore Ct, Missouri City, TX 77489-2166 | Catastrophe No. : | |
| Insured Tel. No. : | (713) 202-1616 | Adj. File No. : | |
| Adjusting Company : | | Adj. No. : | |
| Adj. Address : | | Adj. Phone No. : | (800) 788-8247 |

Date Loss Assigned: 7/9/2024 01:00 Date Insured Contacted: 7/10/2024 18:46 Date Loss Inspected: 8/1/2024 14:00

| | Replacement Cost Loss | Recov. Depr. | Non-recov. Deprec. | ACV Loss | Deductible Applied | Insur. Carried Req. % | ACV Claim | Potential Suppl. Claim | RC Claim | Valuation RCV | Valuation ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A: Structure | 10,489.04 | 1,453.32 | 0.00 | 9,035.72 | 1,540.00 | 100 \| 100 | 7,495.72 | 1,453.32 | 8,949.04 | 0.00 | 0.00 |
| 1A: Other Structures | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 \| 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1B: Personal Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 \| 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTALS** | **$10,489.04** | **$1,453.32** | **$0.00** | **$9,035.72** | **$1,540.00** | | **$7,495.72** | **$1,453.32** | **$8,949.04** | | |

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955




**Risk/Dwelling - 1-Risk**

Date Taken:

16704 Ponce De Leon




**Risk/Dwelling - 2-Risk**

Date Taken:

Verification.

TWIA 001164

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 3-Roof**

Date Taken:

Single Layer-Drip edge/gutter apron




**Risk/Dwelling/Roof - 4-Roof**

Date Taken:

6/12 pitch

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 5-Roof**

Date Taken:

Front roof slope overview.



**Risk/Dwelling/Roof - 6-Roof**

Date Taken:

Right roof slope overview.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 7-Roof**

Date Taken:

Right roof slope overview.



**Risk/Dwelling/Roof - 8-Roof**

Date Taken:

Rear roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 9-Roof**

Date Taken:

Rear roof slope overview.



**Risk/Dwelling/Roof - 10-Roof**

Date Taken:

Left roof slope overview.

TWIA 001168

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 11-Roof**

Date Taken:

Left roof slope overview.



**Risk/Dwelling/Roof - 12-Roof**

Date Taken:

Front roof slope inspection.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Roof - 13-Roof**

Date Taken:

Front roof slope inspection. 3 wind damaged shingles.



**Risk/Dwelling/Roof - 14-Roof**

Date Taken:

Front roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 15-Roof**

Date Taken:

Front roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 16-Roof**

Date Taken:

Front roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 17-Roof**

Date Taken:

Right roof slope inspection.



**Risk/Dwelling/Roof - 18-Roof**

Date Taken:

Right roof slope inspection. 5 wind damaged shingles.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 19-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 20-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 21-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 22-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 23-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 24-Roof**

Date Taken:

Rear roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955




**Risk/Dwelling/Roof - 25-Roof**

Date Taken:

Rear roof slope inspection. 3 wind damaged shingles.



**Risk/Dwelling/Roof - 26-Roof**

Date Taken:

Rear roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 27-Roof**

Date Taken:

Rear roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 28-Roof**

Date Taken:

Rear roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 29-Roof**

Date Taken:

Left roof slope inspection.




**Risk/Dwelling/Roof - 30-Roof**

Date Taken:

Left roof slope inspection. 6 wind damaged shingles.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 31-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 32-Roof**

Date Taken:

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 33-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 34-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 35-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.




**Risk/Exterior - 36-Front Elevation**

Date Taken:

Overview.

TWIA 001181

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 37-Front Elevation**

Date Taken:

Overview.



**Risk/Exterior - 38-Front Elevation**

Date Taken:

Visible impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 39-Front Elevation**

Date Taken:

Visible impact damage.



**Risk/Exterior - 40-Front Elevation**

Date Taken:

Visible wind damage to screen.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 41-Front Elevation**

Date Taken:

Visible damage to screen.



**Risk/Exterior - 42-Front Elevation**

Date Taken:

Visible wind damage to screen.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 43-Front Elevation**

Date Taken:

Visible wind damage to screen.



**Risk/Exterior - 44-Front Elevation**

Date Taken:

Visible wear and tear.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 45-Front Elevation**

Date Taken:

Visible damage to siding.



**Risk/Exterior - 46-Front Elevation**

Date Taken:

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 47-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.



**Risk/Exterior - 48-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 49-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.



**Risk/Exterior - 50-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.

TWIA 001188

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 51-Front Elevation**

Date Taken:

Visible damage to siding from wind driven debris.



**Risk/Exterior - 52-Front Elevation**

Date Taken:

Visible damage to siding from wind driven debris.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 53-Front Elevation**

Date Taken:

Visible damage to siding from wind driven debris.



**Risk/Exterior - 54-Front Elevation**

Date Taken:

Visible damage to siding from wind driven debris.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 55-Right Elevation**

Date Taken:

Overview.



**Risk/Exterior - 56-Right Elevation**

Date Taken:

Mechanical damage to siding

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 57-Right Elevation**

Date Taken:

Mechanical damage to siding



**Risk/Exterior - 58-Right Elevation**

Date Taken:

Installation issue, not related to storm damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 59-Right Elevation**

Date Taken:

Visible wind damage to screen.



**Risk/Exterior - 60-Right Elevation**

Date Taken:

Missing and damaged screen.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 61-Right Elevation**

Date Taken:

Installation issue, not related to storm damage.



**Risk/Exterior - 62-Rear Elevation**

Date Taken:

Elevation overview.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 63-Rear Elevation**

Date Taken:

Overview.



**Risk/Exterior - 64-Left Elevation**

Date Taken:

Elevation overview.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 65-Left Elevation**

Date Taken:

Missing window screens due to high winds.



**Risk/Exterior - 66-Left Elevation**

Date Taken:

Missing window screens due to high winds.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 67-Left Elevation**

Date Taken:

Installation issue, not related to storm damage.



**Risk/Exterior - 68-Left Elevation**

Date Taken:

Visible wind damage to screen.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 69-Left Elevation**

Date Taken:

Visible wind damage to screen.



**Risk/Exterior - 70-Left Elevation**

Date Taken:

Installation issue, not related to storm damage.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 71-Dwelling Soffit**

Date Taken:

Overview- no visible damage.



**Risk/Exterior - 72-Dwelling Soffit**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**Risk/Exterior - 73-Dwelling Soffit**

Date Taken:

Overview- no visible damage.



**Risk/Exterior - 74-Dwelling Soffit**

Date Taken:

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/Bathroom - 75-Hallway Bath**

Date Taken:

Overview.



**Risk/Interior/Bathroom - 76-Hallway Bath**

Date Taken:

Overview.