# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/Bathroom - 77-Hallway Bath**

Date Taken:

Ceiling- visible water damages.



**Risk/Interior/Bathroom - 78-Hallway Bath**

Date Taken:

Ceiling- visible water damages.

TWIA 001202

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Bathroom - 79-Hallway Bath**

Date Taken:

Overview.



**Risk/Interior/Bathroom - 80-Hallway Bath**

Date Taken:

Overview.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 81-Living Room**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 82-Living Room**

Date Taken:

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/No damage - 83-Living Room**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 84-Living Room**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 85-Kitchen**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 86-Kitchen**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 87-Master Bedroom**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 88-Master Bedroom**

Date Taken:

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**Risk/Interior/No damage - 89- Master Bedroom**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 90- Master Bath**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 91-Master Bath**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 92-Bedroom 1**

Date Taken:

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/No damage - 93-Bedroom 1**

Date Taken:

Overview- no visible damage.



**Risk/Interior/Attic - 94-Attic**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Attic - 95-Attic**

Date Taken:

Overview- no visible damage.



**Risk/Interior/Attic - 96-Attic**

Date Taken:

Overview- no visible damage.

TWIA 001211

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955




**97-EastImage.JPG**

Date Taken:

Taken By: EagleView




**98-NorthImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**99-SouthImage.JPG**

Date Taken:

Taken By: EagleView




**100-TopImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**101-WestImage.JPG**

Date Taken:

Taken By: EagleView

TWIA 001215
Sketch: Risk, Level: Interior

Insured: Ernestine Bell
Claim #: 1201253



TWIA 001216
Sketch: Risk, Level: Exterior

Insured: Ernestine Bell
Claim #: 1201253



TWIA 001217
Sketch: Risk, Level: Dwelling

Insured: Ernestine Bell
Claim #: 1201253



TWIA 001218

Roof Annotation in Sketch: Risk, Level: Dwelling

| FACE | SQ FT | # SQs | Slope - Rise / 12 |
|---|---|---|---|
| F1 | 353.03 | 3.53 | 6.00 |
| F2 | 226.84 | 2.27 | 6.00 |
| F3 | 353.03 | 3.53 | 6.00 |
| F4 | 226.84 | 2.27 | 6.00 |
| F5 | 16.14 | 0.16 | 0.00 |
| Estimated Total: | 1175.87 | 11.76 | |

TWIA 001219

# Price List Variation Usage Report

 8/9/2024 11:47 AM

## Texas Windstorm Insurance Association

**Received Date:**
7/9/2024

**Completed Date:**
8/9/2024

**Operator:**
DAVIDRJM David DeVilbiss

**Estimator:**
LEEO-LECS Lee Olivares

**Checkpoint price list:**
TXGA8X_JUL24 Galveston, TX

**Estimate price list:**
TXGA8X_AUG24 Galveston, TX
Restoration/Service/Remodel

**Claim Number:**
1201253

| | |
|---|---|
| **Price List Item Total** | **9,991.70** |
| **Estimate Line Item Total** | **10,001.69** |
| **Line Item Deviation Total** | **9.99** |

* Totals may be different due to rounding.

**Price List Variation Usage Report**



**Texas Windstorm Insurance Association**

## Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **DMO** | **PU** | | | | | |
| - | | Haul debris - per pickup truck load - including dump fees | 1.00 | EA | 164.56 | 164.56 |
| | | Haul debris - per pickup truck load - including dump fees | 1.00 | EA | 164.84 | 164.84 |
| | | | | | | **0.28** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.28 | | Mkt. Cond. 0.00 | |
| **DRY** | **1/2-** | | | | | |
| + | | 1/2" drywall - hung, taped, ready for texture | 6.00 | SF | 2.86 | 17.16 |
| | | 1/2" drywall - hung, taped, ready for texture | 6.00 | SF | 2.87 | 17.22 |
| | | | | | | **0.06** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.01 | | Mkt. Cond. 0.00 | |
| **FRM** | **1X6** | | | | | |
| + | | 1" x 6" lumber (.5 BF per LF) | 50.00 | LF | 3.82 | 191.00 |
| | | 1" x 6" lumber (.5 BF per LF) | 50.00 | LF | 3.83 | 191.50 |
| | | | | | | **0.50** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.01 | | Mkt. Cond. 0.00 | |
| **FRM** | **1X6** | | | | | |
| - | | 1" x 6" lumber (.5 BF per LF) | 50.00 | LF | 1.12 | 56.00 |
| | | 1" x 6" lumber (.5 BF per LF) | 50.00 | LF | 1.13 | 56.50 |
| | | | | | | **0.50** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.01 | | Mkt. Cond. 0.00 | |
| **FRM** | **DKRLL** | | | | | |
| + | | Deck hand rail/guard rail - Labor only | 8.00 | LF | 27.24 | 217.92 |
| | | Deck hand rail/guard rail - Labor only | 8.00 | LF | 27.31 | 218.48 |
| | | | | | | **0.56** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.07 | | Mkt. Cond. 0.00 | |
| **FRM** | **DKRLT** | | | | | |
| + | | Deck guard rail - treated lumber | 6.00 | LF | 38.93 | 233.58 |
| | | Deck guard rail - treated lumber | 6.00 | LF | 39.00 | 234.00 |
| | | | | | | **0.42** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.07 | | Mkt. Cond. 0.00 | |

# Price List Variation Usage Report



## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| INS | BI12 | | | | | |
| - | | Blown-in insulation - 12" depth - R30 | 6.00 | SF | 1.18 | 7.08 |
| | | Blown-in insulation - 12" depth - R30 | 6.00 | SF | 1.17 | 7.02 |
| | | | | | | **-0.06** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.00 Mkt. Cond. -0.01

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| PLM | TLTRS | | | | | |
| + | | Toilet - Detach & reset | 1.00 | EA | 252.47 | 252.47 |
| | | Toilet - Detach & reset | 1.00 | EA | 253.26 | 253.26 |
| | | | | | | **0.79** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.79 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| RFG | ARMV> | | | | | |
| - | | Tear off, haul and dispose of comp. shingles - Laminated | 11.76 | SQ | 65.18 | 766.52 |
| | | Tear off, haul and dispose of comp. shingles - Laminated | 11.76 | SQ | 65.32 | 768.16 |
| | | | | | | **1.64** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.14 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| RFG | DRIP | | | | | |
| - | | Drip edge | 141.52 | LF | 0.39 | 55.19 |
| | | Drip edge | 141.52 | LF | 0.40 | 56.61 |
| | | | | | | **1.42** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| RFG | FLPIPEL | | | | | |
| - | | Flashing - pipe jack - lead | 3.00 | EA | 8.41 | 25.23 |
| | | Flashing - pipe jack - lead | 3.00 | EA | 8.43 | 25.29 |
| | | | | | | **0.06** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| RFG | HIGH | | | | | |
| - | | Additional charge for high roof (2 stories or greater) | 11.76 | SQ | 6.31 | 74.21 |
| | | Additional charge for high roof (2 stories or greater) | 11.76 | SQ | 6.32 | 74.32 |
| | | | | | | **0.11** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

TWIA 001222

# Price List Variation Usage Report

 

## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDP** | **SCRN36** | | | | | |
| + | | Patio door screen, 36" wide | 1.00 | EA | 86.48 | 86.48 |
| | | Patio door screen, 36" wide | 1.00 | EA | 86.50 | 86.50 |
| | | | | | | **0.02** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDP** | **SCRN36** | | | | | |
| - | | Patio door screen, 36" wide | 1.00 | EA | 6.01 | 6.01 |
| | | Patio door screen, 36" wide | 1.00 | EA | 6.03 | 6.03 |
| | | | | | | **0.02** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDR** | **SCRN<** | | | | | |
| + | | Window screen, 1 - 9 SF | 31.00 | EA | 41.81 | 1,296.11 |
| | | Window screen, 1 - 9 SF | 31.00 | EA | 41.83 | 1,296.73 |
| | | | | | | **0.62** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDR** | **SCRN<** | | | | | |
| - | | Window screen, 1 - 9 SF | 31.00 | EA | 4.51 | 139.81 |
| | | Window screen, 1 - 9 SF | 31.00 | EA | 4.52 | 140.12 |
| | | | | | | **0.31** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Labor Minimum Code | Description | Base Amount | Adjusted Amount |
|---|---|---|---|
| DRYMN-A | Drywall labor minimum | 554.95 | 527.32 |
| | Drywall labor minimum | 556.39 | 528.76 |
| | | | **1.44** |
| INSMN-A | Insulation labor minimum | 141.01 | 132.37 |
| | Insulation labor minimum | 141.38 | 132.74 |
| | | | **0.37** |
| PLMMN-A | Plumbing labor minimum | 287.26 | 43.52 |
| | Plumbing labor minimum | 288.19 | 44.45 |
| | | | **0.93** |

**Line Item Deviation** **9.99**

| | | | |
|---|---|---|---|
| Insured : | Ernestine Bell | Policy No. : | TWRD0000619955 |
| Property Address : | 16704 Ponce De Leon, Jamaica Beach, TX 77554 | Date of Loss : | 7/8/2024 |
| | | Catastrophe No. : | |
| Mailing Address : | 1710 Ashmore Ct, Missouri City, TX 77489-2166 | Adj. File No. : | |
| Insured Tel. No. : | (713) 202-1616 | Loss Amount: | $10,389.31 |

Referral Date    Date Insured Contacted: 7/10/2024    Date Loss Inspected: 8/1/2024

## Activity Report

**Totals for completed activities**

**Total Hours: 0.00**    **Total Expenses: 0.00**    **Total Travel: 0.00**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/13/2024 3:38 PM | | |

Price List: TXGA8X_AUG24
Restoration/Service/Remodel
Estimate: ERNESTINE_BELL

## Depreciation Summary

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| **CLEANING** | **115.18** | | |
| **CONTENT MANIPULATION** | **60.59** | | |
| **GENERAL DEMOLITION** | **164.84** | | |
| **DRYWALL** | **560.95** | **0.15** | |
| **FRAMING & ROUGH CARPENTRY** | **719.24** | **42.04** | |
| **INSULATION** | **148.34** | **0.22** | |
| **LABOR ONLY** | **1.41** | | |
| **PLUMBING** | **297.71** | | |
| **PAINTING** | **713.40** | **73.09** | |
| **ROOFING** | **5,799.99** | **939.20** | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| **WINDOW REGLAZING & REPAIR** | **1,436.85** | **378.30** | |
| **Total** | **10,018.50** | **1,433.00** | **0.00** |
| **Recoverable Depreciation** | | | **1,433.00** |

TWIA 001227

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/13/2024 3:38 PM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ERNESTINE_BELL |

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

# Ownership Audit

## Estimate: ERNESTINE_BELL

| User | Ownership Period | Total Items | Estimate Total |
|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 to 8/8/2024 | 45 | $21,839.37 |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 to 8/9/2024 | 40 | $10,111.03 |
| (J.JAR) James Jaraczeski | 8/13/2024 to 8/13/2024 | 40 | $10,018.50 |

## Session Statistics

| User | Date | Time | Total Items | Estimate Total |
|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 | 23:22:39 to 23:24:22 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/5/2024 | 12:44:13 to 03:23:21 | 45 | $21,830.85 |
| (ROOFBYPR) Lee Olivares | 8/8/2024 | 08:57:41 to 15:11:43 | 45 | $21,839.37 |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 | 11:04:20 to 11:47:09 | 40 | $10,111.03 |
| (J.JAR) James Jaraczeski | 8/13/2024 | 15:33:51 to 15:38:03 | 40 | $10,018.50 |

# Estimate Audit Trail

**Estimate: ERNESTINE_BELL**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| () | 7/17/2024 18:59:34 | $0.00 | $0.00 | N/A | Measurement data received from provider EAGLEVIEW.ROOF. PROVIDER |
| (ROOFBYPR) Lee Olivares | 7/17/2024 21:56:32 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 7/30/2024 00:31:45 | $0.00 | $0.00 | N/A | Estimate checked back in |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:22:16 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:24:22 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 17:15:54 | $0.00 | $0.00 | N/A | Sketch Third Party Roof Usage |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:30:33 | $0.00 | $6,041.29 | N/A | 12 item(s) pasted from estimate KIM_ WALKER owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:09 | $6,041.29 | $6,041.29 | 0.0 | Unknown |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:09 | $6,041.29 | $7,447.77 | +23.3 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:35 | $7,447.77 | $7,555.70 | +1.4 | Unknown |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:35 | $7,555.70 | $15,888.36 | +110.3 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:32:47 | $15,888.36 | $15,888.36 | 0.0 | Tax jurisdiction set to 8. 25% |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:04:17 | $15,888.36 | $21,830.85 | +37.4 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:22:18 | $21,830.85 | $21,830.85 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:23:21 | $21,830.85 | $20,915.29 | -4.2 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:23:21 | $20,915.29 | $21,830.85 | +4.4 | Estimate set to complete |
| (ROOFBYPR) Lee Olivares | 8/8/2024 08:55:22 | $21,830.85 | $20,915.29 | -4.2 | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/8/2024 14:50:00 | $20,915.29 | $21,830.85 | +4.4 | Price list changed from TXGA8X_JUL24 to TXGA8X_AUG24 |
| (ROOFBYPR) Lee Olivares | 8/8/2024 14:50:04 | $21,830.85 | $21,985.47 | +0.7 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/8/2024 14:50:04 | $21,985.47 | $21,839.37 | -0.7 | Estimate re-priced (33 items changed) |
| (ROOFBYPR) Lee Olivares | 8/8/2024 14:50:19 | $21,839.37 | $21,839.37 | 0.0 | Maximum depreciation changed from 100 to 75 |
| (ROOFBYPR) Lee Olivares | 8/8/2024 15:10:41 | $21,839.37 | $21,839.37 | 0.0 | Estimate save (changes made) |

# Estimate Audit Trail

## Estimate: ERNESTINE_BELL

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/8/2024 15:11:42 | $21,839.37 | $20,923.85 | -4.2 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/8/2024 15:11:42 | $20,923.85 | $21,839.37 | +4.4 | Estimate set to complete |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:04:13 | $21,839.37 | $20,923.85 | -4.2 | Estimate moves to Desktop |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:05:57 | $20,923.85 | $21,839.37 | +4.4 | 1A: Other Structures Deductible changed from 620 to 620 |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:06:09 | $21,839.37 | $21,839.37 | 0.0 | 1B: Personal Property Deductible changed from 0 to 620 |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:06:31 | $21,839.37 | $21,985.47 | +0.7 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:06:31 | $21,985.47 | $21,839.37 | -0.7 | Estimate re-priced (33 items changed) |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:18:48 | $21,839.37 | $23,644.70 | +8.3 | 6 item(s) pasted from estimate ERNESTINE_BELL owned by |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:20:25 | $23,644.70 | $22,722.94 | -3.9 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:20:39 | $22,722.94 | $22,722.94 | 0.0 | 0 item(s) pasted from estimate ERNESTINE_BELL owned by |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:20:46 | $22,722.94 | $22,722.94 | 0.0 | 0 item(s) pasted from estimate ERNESTINE_BELL owned by |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:21:01 | $22,722.94 | $22,722.94 | 0.0 | 0 item(s) pasted from estimate ERNESTINE_BELL owned by |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:21:08 | $22,722.94 | $22,722.94 | 0.0 | 0 item(s) pasted from estimate ERNESTINE_BELL owned by |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:21:44 | $22,722.94 | $23,110.05 | +1.7 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:23:26 | $23,110.05 | $24,124.60 | +4.4 | 2 item(s) pasted from estimate ERNESTINE_BELL owned by |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:23:39 | $24,124.60 | $24,511.71 | +1.6 | 1 item(s) pasted from estimate ERNESTINE_BELL owned by DAVIDRJM |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:24:51 | $24,511.71 | $24,639.10 | +0.5 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:25:33 | $24,639.10 | $26,235.85 | +6.5 | 3 item(s) pasted from estimate ERNESTINE_BELL owned by DAVIDRJM |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:34:55 | $26,235.85 | $10,111.03 | -61.5 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:47:03 | $10,111.03 | $10,111.03 | 0.0 | Estimate save (changes made) |

# Estimate Audit Trail

## Estimate: ERNESTINE_BELL

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:47:08 | $10,111.03 | $8,949.04 | -11.5 | Estimate moves to XA |
| (DAVIDRJM) David DeVilbiss | 8/9/2024 11:47:08 | $8,949.04 | $10,111.03 | +13.0 | Estimate set to complete |
| (J.JAR) James Jaraczeski | 8/13/2024 15:35:09 | $10,111.03 | $10,018.50 | -0.9 | Estimate total change(s) |
| (J.JAR) James Jaraczeski | 8/13/2024 15:37:56 | $10,018.50 | $10,018.50 | 0.0 | Estimate save (changes made) |
| (J.JAR) James Jaraczeski | 8/13/2024 15:38:02 | $10,018.50 | $8,849.31 | -11.7 | Estimate moves to XA |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/13/2024 3:38 PM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ERNESTINE_BELL |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

**ERNESTINE_BELL**

**Risk**

**Dwelling**




### Roof

| | | | |
|---|---|---|---|
| 1175.87 | Surface Area | 11.76 | Number of Squares |
| 141.52 | Total Perimeter Length | 7.92 | Total Ridge Length |
| 85.46 | Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 11.76 SQ | 65.32 | 0.00 | 768.16 | (0.00) | 768.16 |
| 2. Roofing felt - 15 lb. | 11.76 SQ | 32.32 | 7.88 | 387.96 | (57.29) | 330.67 |
| 3. Asphalt starter - universal starter course | 141.52 LF | 1.89 | 6.54 | 274.01 | (47.55) | 226.46 |
| 4. R&R Drip edge | 141.52 LF | 3.08 | 13.54 | 449.42 | (56.28) | 393.14 |
| 5. Laminated - comp. shingle rfg. - w/out felt | 12.67 SQ | 254.31 | 145.37 | 3,367.48 | (704.81) | 2,662.67 |
| Auto Calculated Waste: 7.7%, 0.91SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8", Bundle Rounding: 1.8%, 0.21SQ - (included in waste calculation above) | | | | | | |
| 6. R&R Hip / Ridge cap - Standard profile - composition shingles | 7.92 LF | 8.38 | 1.94 | 68.31 | (9.41) | 58.90 |
| 7. R&R Continuous ridge vent - shingle-over style | 7.92 LF | 10.77 | 3.06 | 88.36 | (12.71) | 75.65 |
| 8. R&R Flashing - pipe jack - lead | 3.00 EA | 88.60 | 12.31 | 278.11 | (51.15) | 226.96 |
| 9. Remove Additional charge for high roof (2 stories or greater) | 11.76 SQ | 6.32 | 0.00 | 74.32 | (0.00) | 74.32 |
| 10. Additional charge for high roof (2 stories or greater) | 12.46 SQ | 18.82 | 0.00 | 234.50 | (0.00) | 234.50 |
| Auto Calculated Waste: 6.0%, 0.70SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5", | | | | | | |
| **Totals: Roof** | | | **190.64** | **5,990.63** | **939.20** | **5,051.43** |
| **Total: Dwelling** | | | **190.64** | **5,990.63** | **939.20** | **5,051.43** |

**Exterior**

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 11. R&R Patio door screen, 36" wide | 1.00 EA | | | | | PRIOR CLAIM |
| 12. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 49.37 | (12.20) | 37.17 |
| 13. Paint wood siding - 1 coat | 246.57 SF | 1.57 | 6.71 | 393.82 | (54.25) | 339.57 |
| 14. Paint trim - one coat | 36.00 LF | 1.29 | 0.33 | 46.77 | (2.64) | 44.13 |
| 15. R&R Deck hand rail/guard rail - Labor only | 8.00 LF | 28.65 | 0.21 | 229.41 | (1.28) | 228.13 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Front Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 16. R&R Deck guard rail - treated lumber | 6.00 LF | 40.34 | 5.94 | 247.98 | (36.03) | 211.95 |
| 17. R&R 1" x 6" lumber (.5 BF per LF) | 50.00 LF | 4.96 | 5.86 | 253.86 | (4.73) | 249.13 |
| **Totals: Front Elevation** | | | **22.07** | **1,221.21** | **111.13** | **1,110.08** |

**Right Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 18. R&R Window screen, 1 - 9 SF | 15.00 EA | 46.35 | 45.30 | 740.55 | (183.05) | 557.50 |
| **Totals: Right Elevation** | | | **45.30** | **740.55** | **183.05** | **557.50** |

**Left Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 19. R&R Window screen, 1 - 9 SF | 15.00 EA | 46.35 | 45.30 | 740.55 | (183.05) | 557.50 |
| **Totals: Left Elevation** | | | **45.30** | **740.55** | **183.05** | **557.50** |
| **Total: Exterior** | | | **112.67** | **2,702.31** | **477.23** | **2,225.08** |

**Interior**




**Bathroom** **Height: 8'**

| | | | |
|---|---|---|---|
| 160.00 | SF Walls | 25.00 | SF Ceiling |
| 185.00 | SF Walls & Ceiling | 25.00 | SF Floor |
| 2.78 | SY Flooring | 20.00 | LF Floor Perimeter |
| 20.00 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 20. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 60.59 | (0.00) | 60.59 |
| 21. Mask the floor per square foot - plastic and tape - 4 mil | 25.00 SF | 0.32 | 0.14 | 8.14 | (0.00) | 8.14 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Bathroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 22. Mask and prep for paint - plastic, paper, tape (per LF) | 20.00 LF | 1.79 | 0.45 | 36.25 | (0.00) | 36.25 |
| 23. Toilet - Detach & reset | 1.00 EA | 253.26 | 0.79 | 254.05 | (0.00) | 254.05 |
| 24. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 20.54 | (0.13) | 20.41 |
| 25. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 16.14 | (0.22) | 15.92 |
| 26. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 4.84 | (0.16) | 4.68 |
| 27. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 12.03 | (0.02) | 12.01 |
| 28. Paint the ceiling - two coats | 25.00 SF | 1.25 | 0.54 | 31.79 | (2.17) | 29.62 |
| 29. Paint the walls - two coats | 160.00 SF | 1.25 | 3.43 | 203.43 | (13.87) | 189.56 |
| 30. Final cleaning - construction - Residential | 25.00 SF | 0.29 | 0.60 | 7.85 | (0.00) | 7.85 |
| **Totals: Bathroom** | | | **6.91** | **655.65** | **16.57** | **639.08** |

| | | | | |
|---|---|---|---|---|
| **Total: Interior** | **6.91** | **655.65** | **16.57** | **639.08** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 31. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 164.84 | 0.00 | 164.84 | (0.00) | 164.84 |
| **Totals: Debris Removal** | | | **0.00** | **164.84** | **0.00** | **164.84** |

| | | | | |
|---|---|---|---|---|
| **Total: Risk** | **310.22** | **9,513.43** | **1,433.00** | **8,080.43** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 32. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 528.76 | (0.00) | 528.76 |
| 33. Cleaning labor minimum* | 1.00 EA | 107.93 | 8.90 | 116.83 | (0.00) | 116.83 |
| 34. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 1.41 | (0.00) | 1.41 |
| 35. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 132.74 | (0.00) | 132.74 |
| 36. Plumbing labor minimum | 1.00 EA | 44.45 | 0.00 | 44.45 | (0.00) | 44.45 |
| **Totals: Labor Minimums Applied** | | | **8.90** | **824.19** | **0.00** | **824.19** |

| | | | | |
|---|---|---|---|---|
| **Line Item Totals: ERNESTINE_BELL** | **319.12** | **10,337.62** | **1,433.00** | **8,904.62** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| Additional Charges | Charge |
|---|---|
| Permit | 51.69 |
| **Additional Charges Total** | **$51.69** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,061.99 | SF Walls | 25.00 | SF Ceiling | 1,086.99 | SF Walls and Ceiling |
| 25.00 | SF Floor | 2.78 | SY Flooring | 120.22 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 20.00 | LF Ceil. Perimeter |
| 25.00 | Floor Area | 32.11 | Total Area | 160.00 | Interior Wall Area |
| 2,123.36 | Exterior Wall Area | 122.89 | Exterior Perimeter of Walls | | |
| 1,175.87 | Surface Area | 11.76 | Number of Squares | 141.52 | Total Perimeter Length |
| 7.92 | Total Ridge Length | 85.46 | Total Hip Length | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 10,018.50 |
| Permit | 51.69 |
| Material Sales Tax | 309.62 |
| Subtotal | 10,379.81 |
| Cleaning Sales Tax | 9.50 |
| **Replacement Cost Value** | **$10,389.31** |
| Less Depreciation | (1,433.00) |
| **Actual Cash Value** | **$8,956.31** |
| Less Deductible | (1,540.00) |
| **Net Claim** | **$7,416.31** |
| Total Recoverable Depreciation | 1,433.00 |
| **Net Claim if Depreciation is Recovered** | **$8,849.31** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes

| | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | 309.62 | 0.00 | 9.50 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **309.62** | **0.00** | **9.50** | **0.00** | **0.00** | **0.00** |

TWIA 001241

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: ERNESTINE_BELL**

| | | |
|---|---|---|
| **Area: Risk** | | |
| **Area: Dwelling** | | |
| **Roof** | **5,799.99** | **57.89%** |
| **Area Subtotal: Dwelling** | **5,799.99** | **57.89%** |
| **Area: Exterior** | | |
| **Front Elevation** | **1,199.14** | **11.97%** |
| **Right Elevation** | **695.25** | **6.94%** |
| **Left Elevation** | **695.25** | **6.94%** |
| **Area Subtotal: Exterior** | **2,589.64** | **25.85%** |
| **Area: Interior** | | |
| **Bathroom** | **648.74** | **6.48%** |
| **Area Subtotal: Interior** | **648.74** | **6.48%** |
| **Debris Removal** | **164.84** | **1.65%** |
| **Area Subtotal: Risk** | **9,203.21** | **91.86%** |
| **Labor Minimums Applied** | **815.29** | **8.14%** |
| **Subtotal of Areas** | **10,018.50** | **100.00%** |
| **Total** | **10,018.50** | **100.00%** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 164.84 | | 164.84 |
| DRYWALL | 560.95 | 0.15 | 560.80 |
| FRAMING & ROUGH CARPENTRY | 719.24 | 42.04 | 677.20 |
| INSULATION | 148.34 | 0.22 | 148.12 |
| LABOR ONLY | 1.41 | | 1.41 |
| PLUMBING | 297.71 | | 297.71 |
| PAINTING | 713.40 | 73.09 | 640.31 |
| ROOFING | 5,799.99 | 939.20 | 4,860.79 |
| WINDOW REGLAZING & REPAIR | 1,436.85 | 378.30 | 1,058.55 |
| Subtotal | 10,018.50 | 1,433.00 | 8,585.50 |
| Permits and Fees | 51.69 | | 51.69 |
| Material Sales Tax | 309.62 | | 309.62 |
| Cleaning Sales Tax | 9.50 | | 9.50 |
| Total | 10,389.31 | 1,433.00 | 8,956.31 |

**Texas Windstorm**
**Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

# LOSS REPORT

**Final**

Reference: Leading Edge Claims Service
360 S. Nolen Dr., Ste. 100
Southlake, TX 76092
Attention: Claim Examiner
Insured: Ernestine Bell
16704 Ponce De Leon
Jamaica Beach, TX 77554

Report #: 1
Catastrophe Number:
Policy Number: TWRD0000619955
Claim Number: 1201253
Date of Loss: 7/8/2024
Type of Loss: Wind Damage
File Number:

**ENCLOSURES:**

Estimate, Statement of Loss, Bill for Services, Photos (101), Diagrams

**COVERAGE:**

| | | | |
|---|---|---|---|
| 1A: Structure | $154,000.00 | Eff. Dates: | From: 6/28/2024 To: 6/28/2025 |
| 1A: Other Structures | $15,400.00 | Mortgagee: | |
| 1B: Personal Property | $62,000.00 | Deductible: | $1,540.00 |
| | | Co-Ins. Policy: | Yes ☐ No ☑ |
| | | Forms: | |

**GENERAL LOSS REPORT**

INITIAL CONTACT

Who called the insured? TWIA Claims Examiner

Method of contact? Phone

Person spoken with on initial contact Ernestine Bell

Inspection Details: Completed inspection at the scheduled time with Ernestine Bell

Mailing address: 1710 Ashmore Ct, Missouri City, TX 77489-2166

Damages Reported: Wind damage to roof, wind damage to siding and decking, and wind driven rain damage to ceiling in bathroom from ridge cap vent.

Insured has email? None provided in Xactanalysis

Language Interpreter needed? No

INSPECTION

Discussed claim damages, reviewed items on FNOL: Roof damage and water damage on the front door.

Confirmed DOL with insured of: Jul 8, 2024,12:00:00 AM

Reviewed prior claims: None provided in Xactanalysis
Reviewed Underwriting Report: None provided in Xactanalysis
Reviewed WPI-8: 759266 / Certified July 3, 2014

COVERAGE A (DWELLING AND OTHER STRUCTURES)

Roof
Age / Material / Layers / Reparability / Decking: 10 years / 30 year architectural / 1 / No / ½" CDX

Front slope: Inspection revealed 3 wind damaged shingles.

Right slope: Inspection revealed 6 wind damaged shingles.
Rear slope: Inspection revealed 3 wind damaged shingles.
Left slope: Inspection revealed 6 wind damaged shingles.

Soft metals and other roof elements: No visible damage consistent with wind.

Inspection revealed scattered damage consistent with wind to all directional slopes of the shingled roof surface.

Necessary repairs to damaged slopes would involve disturbance of a significant portion of the roof surface and those adjoined by a common valley. Due to the age and condition of the roof, it is not repairable. For these reasons, spot repairs are not likely to be successful and replacement of the shingled roof is recommended.

Exterior
Siding / Age / Material: Cement board / 17 yrs

Front elevation: Damage to siding from wind-blown debris, handrail, decking, and window screens.

Right elevation: Wind damage found to window screens. Mechanical damage, wear and tear, and installation issued found to siding.

Rear elevation: No visible damage consistent with wind.

Left elevation: Wind damage found to window screens. Mechanical damage, wear and tear, and installation issued found to siding.

Interior
Interior inspection: Yes
If not permitted, did the insured sign the waiver? N/A

Does the property appear vacant? No
If so, how long has it been vacant? N/A

Attic inspected: Yes

List damages by room:
Bathroom: Ceiling damage due to wind driven rain from ridge vent.
Living Room: No damage to the interior was visible during the inspection.

Other Structures:

COVERAGE B (PERSONAL PROPERTY): None claimed or observed at the time of inspection.

Estimate Summary

Depreciation (and basis for that depreciation): Depreciation on this claim is set based on age and condition using Xactimate's depreciation tool. Dwelling roof at 10 years per discussion with Insured and visible condition at the time of inspection.

Overhead and profit were added. Job will require coordination and supervision due to complexity of scope of work.

Salvage? No salvage opportunities were observed as the damaged items hold no value.

Subrogation? No Subrogation opportunity was observed as the damages are weather related.

Coverage Summary
Reported date of Loss: 7/8/2024

DOL consistent with weather data? – Yes, the Benchmark report does show wind gusts with 80+ wind gusts.

Cause of Loss: Wind

Policy in Force? Yes, 6/28/2024 - 6/28/2025

Damages Accepted:

Wind damages to roof, siding, deck, window screens and wind driven rain damage to ceiling in bathroom.

Damages NOT Accepted:
No visible damage to the interior of the front door.
Siding damage due to wind driven debris on the breakaway walls.
Mechanical damage, wear and tear, and installation issued found to siding.

Damages observed, but NOT claimed:
None

Attorney/Public Adjuster involvement? None at the time of this report.

Contractor involvement? None at the time of this report.

Closing conversation with the insured: After my inspection, I spoke to the Insured, explained the scope of damages observed, and advised that TWIA retains all authority on the claim and would contact them soon.

Closing Notes
Underwriting Risk Referral attached? None
Pending or unresolved exposures: None

**STATEMENT OF LOSS:**

| **Item** | **RCV** | **Dep** | **ACV** | **Limit** |
|---|---|---|---|---|
| 1A: Structure | $10,389.31 | $1,433.00 | $8,956.31 | $8,849.31 |
| 1A: Other Structures | $0.00 | $0.00 | $0.00 | $0.00 |
| 1B: Personal Property | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $10,389.31 | $1,433.00 | $8,956.31 | |

| | |
|---|---|
| Deductible | 1,540.00 |
| Less Prior Payments | $0.00 |
| Claim Payable | $8,849.31 |
| Due Insured | **$8,849.31** |
| Recoverable Depreciation Totals: | $1,433.00 |
| Non-Recoverable Depreciation Totals: | $0.00 |
| Net Claim Without Rec. Depreciation: | $7,416.31 |

**RECOMMENDATIONS:**

I recommend payment to Insured in the ACV amount of $7,416.31.

8/13/2024

TWIA Claims Examiner — Date

# LOSS RECAP

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Policy No. : | TWRD0000619955 |
| Property Address : | 16704 Ponce De Leon, Jamaica Beach, TX 77554 | Date of Loss : | 7/8/2024 |
| Mailing Address : | 1710 Ashmore Ct, Missouri City, TX 77489-2166 | Catastrophe No. : | |
| Insured Tel. No. : | (713) 202-1616 | Adj. File No. : | |
| Adjusting Company : | | Adj. No. : | |
| Adj. Address : | | Adj. Phone No. : | (800) 788-8247 |

Date Loss Assigned: 7/9/2024 01:00 Date Insured Contacted: 7/10/2024 18:46 Date Loss Inspected: 8/1/2024 14:00

| | Replacement Cost Loss | Recov. Depr. | Non-recov. Deprec. | ACV Loss | Deductible Applied | Insur. Carried Req. % | ACV Claim | Potential Suppl. Claim | RC Claim | Valuation RCV | Valuation ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A: Structure | 10,389.31 | 1,433.00 | 0.00 | 8,956.31 | 1,540.00 | 100 \| 100 | 7,416.31 | 1,433.00 | 8,849.31 | 0.00 | 0.00 |
| 1A: Other Structures | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 \| 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1B: Personal Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 \| 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTALS** | **$10,389.31** | **$1,433.00** | **$0.00** | **$8,956.31** | **$1,540.00** | | **$7,416.31** | **$1,433.00** | **$8,849.31** | | |

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling - 1-Risk**

Date Taken:

16704 Ponce De Leon




**Risk/Dwelling - 2-Risk**

Date Taken:

Verification.

TWIA 001248

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 3-Roof**

Date Taken:

Single Layer-Drip edge/gutter apron




**Risk/Dwelling/Roof - 4-Roof**

Date Taken:

6/12 pitch

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 5-Roof**

Date Taken:

Front roof slope overview.



**Risk/Dwelling/Roof - 6-Roof**

Date Taken:

Right roof slope overview.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 7-Roof**

Date Taken:

Right roof slope overview.



**Risk/Dwelling/Roof - 8-Roof**

Date Taken:

Rear roof slope overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 9-Roof**

Date Taken:

Rear roof slope overview.



**Risk/Dwelling/Roof - 10-Roof**

Date Taken:

Left roof slope overview.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 11-Roof**

Date Taken:

Left roof slope overview.



**Risk/Dwelling/Roof - 12-Roof**

Date Taken:

Front roof slope inspection.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Roof - 13-Roof**

Date Taken:

Front roof slope inspection. 3 wind damaged shingles.



**Risk/Dwelling/Roof - 14-Roof**

Date Taken:

Front roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 15-Roof**

Date Taken:

Front roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 16-Roof**

Date Taken:

Front roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 17-Roof**

Date Taken:

Right roof slope inspection.



**Risk/Dwelling/Roof - 18-Roof**

Date Taken:

Right roof slope inspection. 5 wind damaged shingles.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 19-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 20-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 21-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 22-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 23-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 24-Roof**

Date Taken:

Rear roof slope inspection.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Roof - 25-Roof**

Date Taken:

Rear roof slope inspection. 3 wind damaged shingles.



**Risk/Dwelling/Roof - 26-Roof**

Date Taken:

Rear roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 27-Roof**

Date Taken:

Rear roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 28-Roof**

Date Taken:

Rear roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 29-Roof**

Date Taken:

Left roof slope inspection.




**Risk/Dwelling/Roof - 30-Roof**

Date Taken:

Left roof slope inspection. 6 wind damaged shingles.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 31-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 32-Roof**

Date Taken:

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 33-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 34-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 35-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.




**Risk/Exterior - 36-Front Elevation**

Date Taken:

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 37-Front Elevation**

Date Taken:

Overview.



**Risk/Exterior - 38-Front Elevation**

Date Taken:

Visible impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**Risk/Exterior - 39-Front Elevation**

Date Taken:

Visible impact damage.



**Risk/Exterior - 40-Front Elevation**

Date Taken:

Visible wind damage to screen.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 41-Front Elevation**

Date Taken:

Visible damage to screen.



**Risk/Exterior - 42-Front Elevation**

Date Taken:

Visible wind damage to screen.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 43-Front Elevation**

Date Taken:

Visible wind damage to screen.



**Risk/Exterior - 44-Front Elevation**

Date Taken:

Visible wear and tear.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 45-Front Elevation**

Date Taken:

Visible damage to siding.



**Risk/Exterior - 46-Front Elevation**

Date Taken:

Visible damage to siding.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 47-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.



**Risk/Exterior - 48-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 49-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.



**Risk/Exterior - 50-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 51-Front Elevation**

Date Taken:

Visible damage to siding from wind driven debris.



**Risk/Exterior - 52-Front Elevation**

Date Taken:

Visible damage to siding from wind driven debris.

TWIA 001273

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 53-Front Elevation**

Date Taken:

Visible damage to siding from wind driven debris.



**Risk/Exterior - 54-Front Elevation**

Date Taken:

Visible damage to siding from wind driven debris.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 55-Right Elevation**

Date Taken:

Overview.



**Risk/Exterior - 56-Right Elevation**

Date Taken:

Mechanical damage to siding

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 57-Right Elevation**

Date Taken:

Mechanical damage to siding



**Risk/Exterior - 58-Right Elevation**

Date Taken:

Installation issue, not related to storm damage.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 59-Right Elevation**

Date Taken:

Visible wind damage to screen.



**Risk/Exterior - 60-Right Elevation**

Date Taken:

Missing and damaged screen.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 61-Right Elevation**

Date Taken:

Installation issue, not related to storm damage.



**Risk/Exterior - 62-Rear Elevation**

Date Taken:

Elevation overview.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 63-Rear Elevation**

Date Taken:

Overview.



**Risk/Exterior - 64-Left Elevation**

Date Taken:

Elevation overview.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 65-Left Elevation**

Date Taken:

Missing window screens due to high winds.



**Risk/Exterior - 66-Left Elevation**

Date Taken:

Missing window screens due to high winds.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 67-Left Elevation**

Date Taken:

Installation issue, not related to storm damage.



**Risk/Exterior - 68-Left Elevation**

Date Taken:

Visible wind damage to screen.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 69-Left Elevation**

Date Taken:

Visible wind damage to screen.



**Risk/Exterior - 70-Left Elevation**

Date Taken:

Installation issue, not related to storm damage.

TWIA 001282

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 71-Dwelling Soffit**

Date Taken:

Overview- no visible damage.



**Risk/Exterior - 72-Dwelling Soffit**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 73-Dwelling Soffit**

Date Taken:

Overview- no visible damage.



**Risk/Exterior - 74-Dwelling Soffit**

Date Taken:

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**Risk/Interior/Bathroom - 75-Hallway Bath**

Date Taken:

Overview.



**Risk/Interior/Bathroom - 76-Hallway Bath**

Date Taken:

Overview.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Bathroom - 77-Hallway Bath**

Date Taken:

Ceiling- visible water damages.



**Risk/Interior/Bathroom - 78-Hallway Bath**

Date Taken:

Ceiling- visible water damages.

TWIA 001286

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/Bathroom - 79- Hallway Bath**

Date Taken:

Overview.



**Risk/Interior/Bathroom - 80- Hallway Bath**

Date Taken:

Overview.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 81-Living Room**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 82-Living Room**

Date Taken:

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/No damage - 83- Living Room**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 84- Living Room**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/No damage - 85-Kitchen**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 86-Kitchen**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 87- Master Bedroom**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 88- Master Bedroom**

Date Taken:

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/No damage - 89- Master Bedroom**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 90- Master Bath**

Date Taken:

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**Risk/Interior/No damage - 91-Master Bath**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 92-Bedroom 1**

Date Taken:

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/No damage - 93-Bedroom 1**

Date Taken:

Overview- no visible damage.



**Risk/Interior/Attic - 94-Attic**

Date Taken:

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/Attic - 95-Attic**

Date Taken:

Overview- no visible damage.



**Risk/Interior/Attic - 96-Attic**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955




**97-EastImage.JPG**

Date Taken:

Taken By: EagleView




**98-NorthImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**99-SouthImage.JPG**
Date Taken:
Taken By: EagleView




**100-TopImage.JPG**
Date Taken:
Taken By: EagleView

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955




**101-WestImage.JPG**

Date Taken:

Taken By: EagleView

TWIA 001299
Sketch: Risk, Level: Interior

Insured: Ernestine Bell
Claim #: 1201253



TWIA 001300

Sketch: Risk, Level: Exterior

Insured: Ernestine Bell
Claim #: 1201253



TWIA 001301
Sketch: Risk, Level: Dwelling

Insured: Ernestine Bell
Claim #: 1201253



TWIA 001302
Roof Annotation in Sketch: Risk, Level: Dwelling

| FACE | SQ FT | # SQs | Slope - Rise / 12 |
|---|---|---|---|
| F1 | 353.03 | 3.53 | 6.00 |
| F2 | 226.84 | 2.27 | 6.00 |
| F3 | 353.03 | 3.53 | 6.00 |
| F4 | 226.84 | 2.27 | 6.00 |
| F5 | 16.14 | 0.16 | 0.00 |
| Estimated Total: | 1175.87 | 11.76 | |

TWIA 001303

# Price List Variation Usage Report

 8/13/2024 3:38 PM

## Texas Windstorm Insurance Association

**Received Date:**
7/9/2024

**Completed Date:**
8/13/2024

**Operator:**
J.JAR James Jaraczeski

**Estimator:**
LEEO-LECS Lee Olivares

**Checkpoint price list:**
TXGA8X_JUL24 Galveston, TX

**Estimate price list:**
TXGA8X_AUG24 Galveston, TX
Restoration/Service/Remodel

**Claim Number:**
1201253

| | |
|---|---|
| **Price List Item Total** | **9,991.70** |
| **Estimate Line Item Total** | **9,909.16** |
| **Line Item Deviation Total** | **-82.54** |

* Totals may be different due to rounding.

TWIA 001304



# Price List Variation Usage Report



## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **DMO** | **PU** | | | | | |
| - | | Haul debris - per pickup truck load - including dump fees | 1.00 | EA | 164.56 | 164.56 |
| | | Haul debris - per pickup truck load - including dump fees | 1.00 | EA | 164.84 | 164.84 |
| | | | | | | **0.28** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.28 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **DRY** | **1/2-** | | | | | |
| + | | 1/2" drywall - hung, taped, ready for texture | 6.00 | SF | 2.86 | 17.16 |
| | | 1/2" drywall - hung, taped, ready for texture | 6.00 | SF | 2.87 | 17.22 |
| | | | | | | **0.06** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FRM** | **1X6** | | | | | |
| + | | 1" x 6" lumber (.5 BF per LF) | 50.00 | LF | 3.82 | 191.00 |
| | | 1" x 6" lumber (.5 BF per LF) | 50.00 | LF | 3.83 | 191.50 |
| | | | | | | **0.50** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FRM** | **1X6** | | | | | |
| - | | 1" x 6" lumber (.5 BF per LF) | 50.00 | LF | 1.12 | 56.00 |
| | | 1" x 6" lumber (.5 BF per LF) | 50.00 | LF | 1.13 | 56.50 |
| | | | | | | **0.50** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FRM** | **DKRLL** | | | | | |
| + | | Deck hand rail/guard rail - Labor only | 8.00 | LF | 27.24 | 217.92 |
| | | Deck hand rail/guard rail - Labor only | 8.00 | LF | 27.31 | 218.48 |
| | | | | | | **0.56** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.07 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FRM** | **DKRLT** | | | | | |
| + | | Deck guard rail - treated lumber | 6.00 | LF | 38.93 | 233.58 |
| | | Deck guard rail - treated lumber | 6.00 | LF | 39.00 | 234.00 |
| | | | | | | **0.42** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.07 Mkt. Cond. 0.00

## Price List Variation Usage Report

## Texas Windstorm Insurance Association



### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **INS** | **BI12** | | | | | |
| - | | Blown-in insulation - 12" depth - R30 | 6.00 | SF | 1.18 | 7.08 |
| | | Blown-in insulation - 12" depth - R30 | 6.00 | SF | 1.17 | 7.02 |
| | | | | | | **-0.06** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.00 Mkt. Cond. -0.01 | | | | |
| **PLM** | **TLTRS** | | | | | |
| + | | Toilet - Detach & reset | 1.00 | EA | 252.47 | 252.47 |
| | | Toilet - Detach & reset | 1.00 | EA | 253.26 | 253.26 |
| | | | | | | **0.79** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.79 Mkt. Cond. 0.00 | | | | |
| **RFG** | **ARMV>** | | | | | |
| - | | Tear off, haul and dispose of comp. shingles - Laminated | 11.76 | SQ | 65.18 | 766.52 |
| | | Tear off, haul and dispose of comp. shingles - Laminated | 11.76 | SQ | 65.32 | 768.16 |
| | | | | | | **1.64** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.14 Mkt. Cond. 0.00 | | | | |
| **RFG** | **DRIP** | | | | | |
| - | | Drip edge | 141.52 | LF | 0.39 | 55.19 |
| | | Drip edge | 141.52 | LF | 0.40 | 56.61 |
| | | | | | | **1.42** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00 | | | | |
| **RFG** | **FLPIPEL** | | | | | |
| - | | Flashing - pipe jack - lead | 3.00 | EA | 8.41 | 25.23 |
| | | Flashing - pipe jack - lead | 3.00 | EA | 8.43 | 25.29 |
| | | | | | | **0.06** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00 | | | | |
| **RFG** | **HIGH** | | | | | |
| - | | Additional charge for high roof (2 stories or greater) | 11.76 | SQ | 6.31 | 74.21 |
| | | Additional charge for high roof (2 stories or greater) | 11.76 | SQ | 6.32 | 74.32 |
| | | | | | | **0.11** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00 | | | | |

# Price List Variation Usage Report



## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDP** | **SCRN36** | | | | | |
| + | | Patio door screen, 36" wide | 1.00 | EA | 86.48 | 86.48 |
| | | Patio door screen, 36" wide | 1.00 | EA | 0.00 | 0.00 |
| | | | | | | **-86.48** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDP** | **SCRN36** | | | | | |
| - | | Patio door screen, 36" wide | 1.00 | EA | 6.01 | 6.01 |
| | | Patio door screen, 36" wide | 1.00 | EA | 0.00 | 0.00 |
| | | | | | | **-6.01** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDR** | **SCRN<** | | | | | |
| + | | Window screen, 1 - 9 SF | 31.00 | EA | 41.81 | 1,296.11 |
| | | Window screen, 1 - 9 SF | 31.00 | EA | 41.83 | 1,296.73 |
| | | | | | | **0.62** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDR** | **SCRN<** | | | | | |
| - | | Window screen, 1 - 9 SF | 31.00 | EA | 4.51 | 139.81 |
| | | Window screen, 1 - 9 SF | 31.00 | EA | 4.52 | 140.12 |
| | | | | | | **0.31** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Labor Minimum Code | Description | Base Amount | Adjusted Amount |
|---|---|---|---|
| DRYMN-A | Drywall labor minimum | 554.95 | 527.32 |
| | Drywall labor minimum | 556.39 | 528.76 |
| | | | **1.44** |
| INSMN-A | Insulation labor minimum | 141.01 | 132.37 |
| | Insulation labor minimum | 141.38 | 132.74 |
| | | | **0.37** |
| PLMMN-A | Plumbing labor minimum | 287.26 | 43.52 |
| | Plumbing labor minimum | 288.19 | 44.45 |
| | | | **0.93** |

**Price List Variation Usage Report**

**Texas Windstorm Insurance Association**



**Line Item Deviation** **-82.54**

**Texas Windstorm Insurance Association**

**ClaimsReady™ Report**
July 9, 2024

## 16704 Ponce De Leon, Jamaica Beach, TX 77554



In this 3D model, facets appear as semi-transparent to reveal overhangs.

**Report Details**

Report: 60095384

**Claim Information**

ClaimNumber: 1201253
DateOfLoss: 2024-07-08

**Roof Details**

Total Roof Area = 1,176 sq ft
Total Roof Facets = 5
Predominant Pitch = 6/12
Number of Stories >1
Total Ridges/Hips = 94 ft
Total Valleys = 0 ft
Total Rakes = 0 ft
Total Eaves = 142 ft

**Report Contents**

Images ........................................................1
Length Diagram.............................................4
Pitch Diagram ...............................................5
Area Diagram ...............................................6
Notes Diagram .............................................7
Report Summary ..........................................8

Contact: Texas Windstorm Insurance Association
Company: Texas Windstorm Insurance Association
Address: PO Box 99090
Austin TX 78709
Phone: 555-555-5555

Measurements provided by www.eagleview.com

Certified Accurate
www.eagleview.com/Guarantee.aspx

© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Images

The following aerial images show different angles of this structure for your reference.






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

North Side




South Side






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

East Side




West Side






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Length Diagram

Total Line Lengths:
**Ridges = 8 ft**
Hips = 86 ft
Valleys = 0 ft
Rakes = 0 ft
Eaves = 142 ft
Flashing = 5 ft
Step flashing = 0 ft
**Parapets = 0 ft**




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram contains segment lengths (rounded to the nearest whole number) over 5 feet. In some cases, segment labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9).


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Pitch Diagram

Pitch values are shown in inches per foot, and arrows indicate slope direction. The predominant pitch on this roof is 6/12.




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram contains labeled pitches for facet areas larger than 20 square feet. In some cases, pitch labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9). Blue shading indicates a pitch of 3/12 and greater. Gray shading indicates flat, 1/12 or 2/12 pitches. If present, a value of "F" indicates a flat facet (no pitch).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Area Diagram

Total Area = 1,176 sq ft, with 5 facets.




Note: This diagram shows the square feet of each roof facet (rounded to the nearest foot). The total area in square feet, at the top of this page, is based on the non-rounded values of each roof facet (rounded to the nearest square foot after being totaled).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Notes Diagram

Roof facets are labeled from smallest to largest (A to Z) for easy reference.




©2024 Eagle View Technologies, Inc., All Rights Reserved.






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Report Summary

Below is a measurement summary using the values presented in this report.

### All Structures

| Areas per Pitch | | |
|---|---|---|
| **Roof Pitches** | 0/12 | 6/12 |
| **Area (sq ft)** | 16.1 | 1159.6 |
| **% of Roof** | 1.4% | 98.6% |

The table above lists each pitch on this roof and the total area and percent (both rounded) of the roof with that pitch.

**Waste Calculation Table**

| Waste % | 0% | 10% | 12% | 15% | 17% | 20% | 22% |
|---|---|---|---|---|---|---|---|
| **Area (sq ft)** | 1,176 | 1293.6 | 1317.1 | 1352.4 | 1375.9 | 1411.2 | 1434.7 |
| **Squares** | 11.8 | 12.9 | 13.2 | 13.5 | 13.8 | 14.1 | 14.3 |

This table shows the total roof area and squares (rounded up to the nearest decimal) based upon different waste percentages. The waste factor is subject to the complexity of the roof, individual roofing techniques and your experience. Please consider this when calculating appropriate waste percentages. Note that only roof area is included in these waste calculations. Additional materials needed for ridge, hip, valley, and starter lengths are not included.

**All Structures Totals**



Total Roof Facets = 5

**Lengths, Areas and Pitches**
Ridges = 8 ft (1 Ridges)
Hips = 86 ft (4 Hips).
Valleys = 0 ft (0 Valleys)
Rakes † = 0 ft (0 Rakes)
Eaves/Starter ‡ = 142 ft (7 Eaves)
Drip Edge (Eaves + Rakes) = 142 ft (7 Lengths)
Parapet Walls = 0 (0 Lengths).
Flashing = 5 ft (1 Lengths)
Step flashing = 0 ft (0 Lengths)
Predominant Pitch = 6/12
**Total Area (All Pitches) = 1,176 sq ft**

**Property Location**
Longitude = -94.9796361
Latitude = 29.1870082

**Notes**
This was ordered as a residential property. There were no changes to the structure in the past four years.

† Rakes are defined as roof edges that are sloped (not level).
‡ Eaves are defined as roof edges that are not sloped and level.



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Online Maps

Online map of property
http://maps.google.com/maps?f=g&source=s_q&hl=en&geocode=&q=16704+Ponce+De+Leon,Jamaica+Beach,TX,77554
Directions from Texas Windstorm Insurance Association to this property
http://maps.google.com/maps?f=d&source=s_d&saddr=PO+Box+99090,Austin,TX,78709&daddr=16704+Ponce+De+Leon,Jamaica+Beach,TX,77554

Enclosed is your ClaimsReady report. Please click the link to supplement your report with a walls report that includes areas of facets and cut-outs, line lengths, a notes diagram, and waste table calculations. Request a walls report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# Important Legal Notice and Disclaimer

## Notice and Disclaimer

No Warranty: The Copyrighted Materials are provided to you "as is," and you agree to use it at your own risk.

EagleView Technologies makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise, including but not limited to, content, quality, accuracy, completeness, effectiveness, reliability, fitness for a particular purpose, usefulness, use or results to be obtained from the Copyrighted Materials.

Contractors agree to always conduct a preliminary site survey to verify Roof Report ordered. In the event of an error in a Report, your sole remedy will be a refund of the fees paid by you to obtain this Report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

**Texas Windstorm Insurance Association**

**ClaimsReady™ Report**
July 9, 2024

## 16704 Ponce De Leon, Jamaica Beach, TX 77554



In this 3D model, facets appear as semi-transparent to reveal overhangs.

### Report Details

Report: 60095384

**Claim Information**

ClaimNumber: 1201253
DateOfLoss: 2024-07-08

### Roof Details

Total Roof Area = 1,176 sq ft
Total Roof Facets = 5
Predominant Pitch = 6/12
Number of Stories >1
Total Ridges/Hips = 94 ft
Total Valleys = 0 ft
Total Rakes = 0 ft
Total Eaves = 142 ft

### Report Contents

Images ........................................................1
Length Diagram.............................................4
Pitch Diagram ...............................................5
Area Diagram ...............................................6
Notes Diagram .............................................7
Report Summary ..........................................8

Contact: Texas Windstorm Insurance Association
Company: Texas Windstorm Insurance Association
Address: PO Box 99090
Austin TX 78709
Phone: 555-555-5555

Measurements provided by www.eagleview.com

Certified Accurate
www.eagleview.com/Guarantee.aspx

© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Images

The following aerial images show different angles of this structure for your reference.






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

North Side




South Side




Report: 60095384
Claim: 1201253

© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

East Side




West Side






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# Length Diagram

Total Line Lengths:
**Ridges = 8 ft**
Hips = 86 ft
Valleys = 0 ft
Rakes = 0 ft
Eaves = 142 ft
Flashing = 5 ft
Step flashing = 0 ft
**Parapets = 0 ft**




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram contains segment lengths (rounded to the nearest whole number) over 5 feet. In some cases, segment labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Pitch Diagram

Pitch values are shown in inches per foot, and arrows indicate slope direction. The predominant pitch on this roof is 6/12.




©2024 Eagle View Technologies, Inc., All Rights Reserved.




Note: This diagram contains labeled pitches for facet areas larger than 20 square feet. In some cases, pitch labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9). Blue shading indicates a pitch of 3/12 and greater. Gray shading indicates flat, 1/12 or 2/12 pitches. If present, a value of "F" indicates a flat facet (no pitch).


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Area Diagram

Total Area = 1,176 sq ft, with 5 facets.




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram shows the square feet of each roof facet (rounded to the nearest foot). The total area in square feet, at the top of this page, is based on the non-rounded values of each roof facet (rounded to the nearest square foot after being totaled).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Notes Diagram

Roof facets are labeled from smallest to largest (A to Z) for easy reference.




©2024 Eagle View Technologies, Inc., All Rights Reserved.



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Report Summary

Below is a measurement summary using the values presented in this report.

### All Structures

| Areas per Pitch | | |
|---|---|---|
| **Roof Pitches** | 0/12 | 6/12 |
| **Area (sq ft)** | 16.1 | 1159.6 |
| **% of Roof** | 1.4% | 98.6% |

The table above lists each pitch on this roof and the total area and percent (both rounded) of the roof with that pitch.

**Waste Calculation Table**

| Waste % | 0% | 10% | 12% | 15% | 17% | 20% | 22% |
|---|---|---|---|---|---|---|---|
| **Area (sq ft)** | 1,176 | 1293.6 | 1317.1 | 1352.4 | 1375.9 | 1411.2 | 1434.7 |
| **Squares** | 11.8 | 12.9 | 13.2 | 13.5 | 13.8 | 14.1 | 14.3 |

This table shows the total roof area and squares (rounded up to the nearest decimal) based upon different waste percentages. The waste factor is subject to the complexity of the roof, individual roofing techniques and your experience. Please consider this when calculating appropriate waste percentages. Note that only roof area is included in these waste calculations. Additional materials needed for ridge, hip, valley, and starter lengths are not included.

**All Structures Totals**



Total Roof Facets = 5

**Lengths, Areas and Pitches**
Ridges = 8 ft (1 Ridges)
Hips = 86 ft (4 Hips).
Valleys = 0 ft (0 Valleys)
Rakes † = 0 ft (0 Rakes)
Eaves/Starter ‡ = 142 ft (7 Eaves)
Drip Edge (Eaves + Rakes) = 142 ft (7 Lengths)
Parapet Walls = 0 (0 Lengths).
Flashing = 5 ft (1 Lengths)
Step flashing = 0 ft (0 Lengths)
Predominant Pitch = 6/12
**Total Area (All Pitches) = 1,176 sq ft**

**Property Location**
Longitude = -94.9796361
Latitude = 29.1870082

**Notes**
This was ordered as a residential property. There were no changes to the structure in the past four years.

† Rakes are defined as roof edges that are sloped (not level).
‡ Eaves are defined as roof edges that are not sloped and level.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Online Maps

Online map of property
http://maps.google.com/maps?f=g&source=s_q&hl=en&geocode=&q=16704+Ponce+De+Leon,Jamaica+Beach,TX,77554
Directions from Texas Windstorm Insurance Association to this property
http://maps.google.com/maps?f=d&source=s_d&saddr=PO+Box+99090,Austin,TX,78709&daddr=16704+Ponce+De+Leon,Jamaica+Beach,TX,77554

Enclosed is your ClaimsReady report. Please click the link to supplement your report with a walls report that includes areas of facets and cut-outs, line lengths, a notes diagram, and waste table calculations. Request a walls report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# Important Legal Notice and Disclaimer

### Notice and Disclaimer

No Warranty: The Copyrighted Materials are provided to you "as is," and you agree to use it at your own risk.

EagleView Technologies makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise, including but not limited to, content, quality, accuracy, completeness, effectiveness, reliability, fitness for a particular purpose, usefulness, use or results to be obtained from the Copyrighted Materials.

Contractors agree to always conduct a preliminary site survey to verify Roof Report ordered. In the event of an error in a Report, your sole remedy will be a refund of the fees paid by you to obtain this Report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

**Audit Summary Report**

08-Aug-2024 02:12:23 PM

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Home: | (800) 788-8247 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Business: | |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Estimator: | J.JAR | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1201253 | TWRD0000619955 | WIND | 0 |

| | | | |
|---|---|---|---|
| Date of Loss: | 07-Jul-2024 | Date Received: | 09-Jul-2024 |
| Date Inspected: | 01-Aug-2024 | Date Entered: | 17-Jul-2024 |

Price List: TXGA8X_JUL24
Estimate: ERNESTINE_BELL

# Current Audit Report - 08-Aug-2024 02:12:23 PM

**Inspection Audit Findings**

No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Previous Audit Report - 06-Aug-2024 02:24:05 AM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit cost of zero. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Audit Report Summary - 13-Aug-2024 02:39:26 PM

TWIA 001331

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit price of zero. We recommend that you increase the quantity or unit price of the items in question and ensure that the quantities and labor minimums are correct. To verify that the zero is correct for the quantity or price, select "Indicate why the inspection result is to be ignored." and leave a comment in the text field. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

TWIA 001332

**Audit Summary Report**

08-Aug-2024 02:12:23 PM

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Home: | (800) 788-8247 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Business: | |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Estimator: | J.JAR | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1201253 | TWRD0000619955 | WIND | 0 |

| | | | |
|---|---|---|---|
| Date of Loss: | 07-Jul-2024 | Date Received: | 09-Jul-2024 |
| Date Inspected: | 01-Aug-2024 | Date Entered: | 17-Jul-2024 |

Price List: TXGA8X_JUL24
Estimate: ERNESTINE_BELL

# Current Audit Report - 08-Aug-2024 02:12:23 PM

**Inspection Audit Findings**

No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Previous Audit Report - 06-Aug-2024 02:24:05 AM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit cost of zero. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Audit Report Summary - 13-Aug-2024 02:39:26 PM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit price of zero. We recommend that you increase the quantity or unit price of the items in question and ensure that the quantities and labor minimums are correct. To verify that the zero is correct for the quantity or price, select "Indicate why the inspection result is to be ignored." and leave a comment in the text field. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

**Audit Summary Report**

08-Aug-2024 02:12:23 PM

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Home: | (800) 788-8247 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Business: | |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Estimator: | J.JAR | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1201253 | TWRD0000619955 | WIND | 0 |

| | | | |
|---|---|---|---|
| Date of Loss: | 07-Jul-2024 | Date Received: | 09-Jul-2024 |
| Date Inspected: | 01-Aug-2024 | Date Entered: | 17-Jul-2024 |

Price List: TXGA8X_JUL24
Estimate: ERNESTINE_BELL

# Current Audit Report - 08-Aug-2024 02:12:23 PM

**Inspection Audit Findings**

No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Previous Audit Report - 06-Aug-2024 02:24:05 AM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit cost of zero. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Audit Report Summary - 13-Aug-2024 02:39:26 PM

TWIA 001335

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit price of zero. We recommend that you increase the quantity or unit price of the items in question and ensure that the quantities and labor minimums are correct. To verify that the zero is correct for the quantity or price, select "Indicate why the inspection result is to be ignored." and leave a comment in the text field. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

TWIA 001336

**Audit Summary Report**

08-Aug-2024 02:12:23 PM

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Home: | (800) 788-8247 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Business: | |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Estimator: | J.JAR | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1201253 | TWRD0000619955 | WIND | 0 |

| | | | |
|---|---|---|---|
| Date of Loss: | 07-Jul-2024 | Date Received: | 09-Jul-2024 |
| Date Inspected: | 01-Aug-2024 | Date Entered: | 17-Jul-2024 |

Price List: TXGA8X_JUL24
Estimate: ERNESTINE_BELL

# Current Audit Report - 08-Aug-2024 02:12:23 PM

**Inspection Audit Findings**

No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Previous Audit Report - 06-Aug-2024 02:24:05 AM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit cost of zero. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Audit Report Summary - 13-Aug-2024 02:39:26 PM

TWIA 001337

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit price of zero. We recommend that you increase the quantity or unit price of the items in question and ensure that the quantities and labor minimums are correct. To verify that the zero is correct for the quantity or price, select "Indicate why the inspection result is to be ignored." and leave a comment in the text field. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

TWIA 001338

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Asegurado: | Ernestine Bell | Cell: | (713) 202-1616 |
| Propiedad: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Casa: | (800) 788-8247 |
| Casa: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Rep. Reclamo: | TWIA Claims Examiner | Trabajo:<br>E-Mail: | (800) 788-8247<br>claims@twia.org |
| Estimador: | Lee Olivares | Trabajo: | (817) 767-2108 |
| Trabajo: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-Mail: | claims@leadingedgeclaims.com |
| Referencia: | | Trabajo: | (817) 767-2108 |
| Compañía: | Leading Edge Claims Service | | |
| Trabajo: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**No. Reclamo:** 1201253 **No. de póliza:** TWRD0000619955 **Tipo de pérdida:** Daño por viento

| | | | |
|---|---|---|---|
| Fecha de contacto: | 10/07/2024 06:46 p. m. | | |
| Fecha de pérdida: | 08/07/2024 12:00 a. m. | Fecha de recepción: | 09/07/2024 01:00 a. m. |
| Fecha de inspección: | 01/08/2024 02:00 p. m. | Fecha de ingreso: | 17/07/2024 06:59 p. m. |
| Fecha de finalización de estimación | 13/08/2024 03:38 p. m. | | |

| | |
|---|---|
| Lista de precios: | TXGA8X_AUG24<br>Restaurar, dar servicio o remodelar |
| Estimación: | ERNESTINE_BELL |

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

# Auditoría de propiedad

## Estimación: ERNESTINE_BELL

| Usuario | Periodo de propiedad | Total de elementos | Total de estimación |
|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 01/08/2024 a 08/08/2024 | 45 | $21,839.37 |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 a 09/08/2024 | 40 | $10,111.03 |
| (J.JAR) James Jaraczeski | 13/08/2024 a 13/08/2024 | 40 | $10,018.50 |

## Estadísticas de sesión

| Usuario | Fecha | Hora | Total de elementos | Total de estimación |
|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 01/08/2024 | 23:22:39 a 23:24:22 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 05/08/2024 | 12:44:13 a 03:23:21 | 45 | $21,830.85 |
| (ROOFBYPR) Lee Olivares | 08/08/2024 | 08:57:41 a 15:11:43 | 45 | $21,839.37 |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 | 11:04:20 a 11:47:09 | 40 | $10,111.03 |
| (J.JAR) James Jaraczeski | 13/08/2024 | 15:33:51 a 15:38:03 | 40 | $10,018.50 |

# Seguimiento de auditoría de estimación

## Estimación: ERNESTINE_BELL

| Estimador | Fecha/hora de actualización | Precio inicial | Precio final | % de cambio | Notas |
|---|---|---|---|---|---|
| () | 17/07/2024 18:59:34 | $0.00 | $0.00 | N/A | Datos de medición recibidos del proveedor EAGLEVIEW.ROOF. PROVIDER |
| (ROOFBYPR) Lee Olivares | 17/07/2024 21:56:32 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 30/07/2024 00:31:45 | $0.00 | $0.00 | N/A | Estimate checked back in |
| (ROOFBYPR) Lee Olivares | 01/08/2024 23:22:16 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 01/08/2024 23:24:22 | $0.00 | $0.00 | N/A | Guardar estimación (cambios realizados) |
| (ROOFBYPR) Lee Olivares | 05/08/2024 17:15:54 | $0.00 | $0.00 | N/A | Uso del Techo de terceros de Sketch |
| (ROOFBYPR) Lee Olivares | 05/08/2024 18:30:33 | $0.00 | $6,041.29 | N/A | 12 item(s) pasted from estimate KIM_ WALKER owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 05/08/2024 18:31:09 | $6,041.29 | $6,041.29 | 0.0 | Desconocido |
| (ROOFBYPR) Lee Olivares | 05/08/2024 18:31:09 | $6,041.29 | $7,447.77 | +23.3 | Cambios totales de estimación |
| (ROOFBYPR) Lee Olivares | 05/08/2024 18:31:35 | $7,447.77 | $7,555.70 | +1.4 | Desconocido |
| (ROOFBYPR) Lee Olivares | 05/08/2024 18:31:35 | $7,555.70 | $15,888.36 | +110.3 | Cambios totales de estimación |
| (ROOFBYPR) Lee Olivares | 05/08/2024 18:32:47 | $15,888.36 | $15,888.36 | 0.0 | Jurisdicción impositiva definido en 8.25% |
| (ROOFBYPR) Lee Olivares | 06/08/2024 03:04:17 | $15,888.36 | $21,830.85 | +37.4 | Cambios totales de estimación |
| (ROOFBYPR) Lee Olivares | 06/08/2024 03:22:18 | $21,830.85 | $21,830.85 | 0.0 | Guardar estimación (cambios realizados) |
| (ROOFBYPR) Lee Olivares | 06/08/2024 03:23:21 | $21,830.85 | $20,915.29 | -4.2 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 06/08/2024 03:23:21 | $20,915.29 | $21,830.85 | +4.4 | Estimación establecida como completa |
| (ROOFBYPR) Lee Olivares | 08/08/2024 08:55:22 | $21,830.85 | $20,915.29 | -4.2 | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 08/08/2024 14:50:00 | $20,915.29 | $21,830.85 | +4.4 | Lista de precios se cambió de TXGA8X_ JUL24 a TXGA8X_ AUG24 |
| (ROOFBYPR) Lee Olivares | 08/08/2024 14:50:04 | $21,830.85 | $21,985.47 | +0.7 | Cambios totales de estimación |
| (ROOFBYPR) Lee Olivares | 08/08/2024 14:50:04 | $21,985.47 | $21,839.37 | -0.7 | Refijación de precios de estimación (33 elementos cambiados) |

# Seguimiento de auditoría de estimación

## Estimación: ERNESTINE_BELL

| Estimador | Fecha/hora de actualización | Precio inicial | Precio final | % de cambio | Notas |
|---|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 08/08/2024 14:50:19 | $21,839.37 | $21,839.37 | 0.0 | Se cambió el valor máximo de depreciación de 100 a 75 |
| (ROOFBYPR) Lee Olivares | 08/08/2024 15:10:41 | $21,839.37 | $21,839.37 | 0.0 | Guardar estimación (cambios realizados) |
| (ROOFBYPR) Lee Olivares | 08/08/2024 15:11:42 | $21,839.37 | $20,923.85 | -4.2 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 08/08/2024 15:11:42 | $20,923.85 | $21,839.37 | +4.4 | Estimación establecida como completa |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:04:13 | $21,839.37 | $20,923.85 | -4.2 | Estimate moves to Desktop |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:05:57 | $20,923.85 | $21,839.37 | +4.4 | 1A: Other Structures Deducible se cambió de 620 a 620 |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:06:09 | $21,839.37 | $21,839.37 | 0.0 | 1B: Personal Property Deducible se cambió de 0 a 620 |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:06:31 | $21,839.37 | $21,985.47 | +0.7 | Cambios totales de estimación |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:06:31 | $21,985.47 | $21,839.37 | -0.7 | Refijación de precios de estimación (33 elementos cambiados) |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:18:48 | $21,839.37 | $23,644.70 | +8.3 | 6 item(s) pasted from estimate ERNESTINE_BELL owned by |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:20:25 | $23,644.70 | $22,722.94 | -3.9 | Cambios totales de estimación |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:20:39 | $22,722.94 | $22,722.94 | 0.0 | 0 item(s) pasted from estimate ERNESTINE_BELL owned by |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:20:46 | $22,722.94 | $22,722.94 | 0.0 | 0 item(s) pasted from estimate ERNESTINE_BELL owned by |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:21:01 | $22,722.94 | $22,722.94 | 0.0 | 0 item(s) pasted from estimate ERNESTINE_BELL owned by |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:21:08 | $22,722.94 | $22,722.94 | 0.0 | 0 item(s) pasted from estimate ERNESTINE_BELL owned by |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:21:44 | $22,722.94 | $23,110.05 | +1.7 | Cambios totales de estimación |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:23:26 | $23,110.05 | $24,124.60 | +4.4 | 2 item(s) pasted from estimate ERNESTINE_BELL owned by |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:23:39 | $24,124.60 | $24,511.71 | +1.6 | 1 item(s) pasted from estimate ERNESTINE_BELL owned by DAVIDRJM |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:24:51 | $24,511.71 | $24,639.10 | +0.5 | Cambios totales de estimación |

# Seguimiento de auditoría de estimación

## Estimación: ERNESTINE_BELL

| Estimador | Fecha/hora de actualización | Precio inicial | Precio final | % de cambio | Notas |
|---|---|---|---|---|---|
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:25:33 | $24,639.10 | $26,235.85 | +6.5 | 3 item(s) pasted from estimate ERNESTINE_BELL owned by DAVIDRJM |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:34:55 | $26,235.85 | $10,111.03 | -61.5 | Cambios totales de estimación |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:47:03 | $10,111.03 | $10,111.03 | 0.0 | Guardar estimación (cambios realizados) |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:47:08 | $10,111.03 | $8,949.04 | -11.5 | Estimate moves to XA |
| (DAVIDRJM) David DeVilbiss | 09/08/2024 11:47:08 | $8,949.04 | $10,111.03 | +13.0 | Estimación establecida como completa |
| (J.JAR) James Jaraczeski | 13/08/2024 15:35:09 | $10,111.03 | $10,018.50 | -0.9 | Cambios totales de estimación |
| (J.JAR) James Jaraczeski | 13/08/2024 15:37:56 | $10,018.50 | $10,018.50 | 0.0 | Guardar estimación (cambios realizados) |
| (J.JAR) James Jaraczeski | 13/08/2024 15:38:02 | $10,018.50 | $8,849.31 | -11.7 | Estimate moves to XA |

# Benchmark® Hail Date Of Loss Report

| | |
|---|---|
| **Date of Report:** | **July 9, 2024 14:46 CDT** |
| **Claim Details:** | |
| Property Address: | 16704 Ponce De Leon, Jamaica Beach, TX |
| ZIP Code: | 77554 |
| Claim Number: | 1201253 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | HAIL |
| Assignment Date: | 7/9/24 |
| Report Period: | 7/7/24 - 7/9/24 |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.18708 |
| Longitude: | -94.979485 |

## Hail Date of Loss Analysis from the Benchmark® Database:

**Summary:** A significant hail event did not occur at the address on the date of loss, the day prior, or day after.

| | | At Property Address | | | Daily Maximum Value Within 1 Mile | | | Daily Maximum Value Within 5 Miles | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) |
| **Prior Day** | 7-Jul-24 | 0.00 | 0 | 45 | 0.00 | 0 | 45 | 0.00 | 0 | 55 |
| **Date of Loss** | 8-Jul-24 | 0.00 | 0 | 80 | 0.00 | 0 | 80 | 0.00 | 0 | 80 |
| **Day After** | 9-Jul-24 | 0.00 | 0 | < 35 | 0.00 | 0 | < 35 | 0.00 | 0 | < 35 |

*All values reflect the maximum value on the calendar day. Hail probability indicates likelihood that hail > 0.75" fell on that day. A significant hail event is defined by 0.75" diameter hail or greater.*

## Description of Hail Measurements

This report documents hailstorm activity over a 72-hour period within a 5-mile radius of the address.

**Description of Hail Measurements** **Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Probability of Hail > 0.75" | % | Indicates likelihood that hail > 0.75" fell on that day. 70% very certain hail occurred; 50% high probability hail occurred; 30% possibly hail occurred; 10% low probability hail occurred. | 70% | - | 10% |
| Estimated Size of Hail | Inches(Diameter) | 0.75" is lower boundary of hail size that causes property damage. Typically damaging hail ranges from 1-4" diameter. Approx. sizes: 3/4" dime; 1" quarter; 1.5" ping pong ball; 1.75" golf ball; 4" grapefruit; 4.5" softball. | 1-4" | < 1" | < 0.75" |
| Wind Speed | Miles per Hour(MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50mph | - | < 30mph |

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

TWIA 001345

# Benchmark® Hail Date Of Loss Report

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Hail History Report

| | |
|---|---|
| **Date of Report:** | **July 9, 2024 14:46 CDT** |
| **Claim Details:** | |
| Property Address: | 16704 Ponce De Leon, Jamaica Beach, TX |
| ZIP Code: | 77554 |
| Claim Number: | 1201253 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | HAIL |
| Assignment Date: | 7/9/24 |
| Report Period: | 01 Jan 2009 - Present |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.18708 |
| Longitude: | -94.979485 |

**Summary:** Hail greater than 0.75" did not occur at the address on the date inquired. There was 0.75" diameter hail on March 15, 2024; i.e., 115 days before the reported date of loss.

**Benchmark® Weather History near location since 1 January 2009**

| | | At Property Address | | | Daily Maximum Value Within 1 Mile | | | Daily Maximum Within 5 Miles | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) |
| **16th Prior Hail Event** | 5-Mar-11 | 0.75 | 60 | < 35 | 0.75 | 60 | < 35 | 1.00 | 100 | < 35 |
| **15th Prior Hail Event** | 14-Mar-11 | 0.75 | 50 | < 35 | 0.75 | 50 | < 35 | 0.75 | 50 | < 35 |
| **14th Prior Hail Event** | 25-Jan-12 | < 0.75 | 25 | 40 | < 0.75 | 25 | 45 | < 0.75 | 25 | 45 |
| **13th Prior Hail Event** | 20-Mar-12 | < 0.75 | 10 | 55 | < 0.75 | 15 | 60 | < 0.75 | 15 | 60 |
| **12th Prior Hail Event** | 5-Nov-12 | < 0.75 | 35 | < 35 | 0.75 | 50 | 35 | 1.00 | 55 | 35 |
| **11th Prior Hail Event** | 10-May-13 | 0.75 | 50 | 40 | 1.00 | 60 | 40 | 1.25 | 85 | 40 |
| **10th Prior Hail Event** | 1-Nov-13 | 0.00 | 0 | < 35 | < 0.75 | 10 | < 35 | < 0.75 | 15 | < 35 |
| **9th Prior Hail Event** | 17-Apr-15 | 1.00 | 100 | < 35 | 1.25 | 100 | < 35 | 2.50 | 100 | 35 |
| **8th Prior Hail Event** | 13-Apr-16 | < 0.75 | 35 | 35 | 0.75 | 50 | 35 | 1.00 | 65 | 40 |
| **7th Prior Hail Event** | 18-Jun-16 | 0.00 | 0 | 40 | 1.25 | 50 | 40 | 1.25 | 50 | 50 |
| **6th Prior Hail Event** | 7-Jan-18 | < 0.75 | 35 | < 35 | 0.75 | 55 | < 35 | 1.50 | 70 | < 35 |
| **5th Prior Hail Event** | 25-Mar-19 | 0.75 | 50 | < 35 | 1.00 | 50 | < 35 | 1.25 | 50 | < 35 |
| **4th Prior Hail Event** | 9-May-19 | < 0.75 | 15 | 40 | 0.75 | 50 | 40 | 1.25 | 50 | 40 |
| **3rd Prior Hail Event** | 15-May-20 | < 0.75 | 20 | < 35 | 0.75 | 50 | 35 | 1.00 | 70 | 35 |
| **2nd Prior Hail Event** | 18-May-21 | 1.00 | 50 | 40 | 1.00 | 50 | 40 | 1.00 | 50 | 40 |
| **1st Prior Hail Event** | 15-Mar-24 | 0.75 | 50 | 45 | 1.00 | 50 | 50 | 1.75 | 65 | 55 |
| **Date of Loss** | 8-Jul-24 | 0.00 | 0 | 80 | 0.00 | 0 | 80 | 0.00 | 0 | 80 |
| **Most Severe Hail (1/1/09 to today)** | 3-Oct-09 | 4.00 | 100 | 35 | 4.00 | 100 | 35 | 4.00 | 100 | 35 |

** Additional hail events occurred at the location prior to the earliest event shown.
** If additional history is needed, please contact support at 781-761-2305

*All values reflect the maximum value on the calendar day. Hail probability indicates likelihood that hail > 0.75" fell on that day. A significant hail event is defined by 0.75" diameter hail or greater. The most severe hail event date is determined by hail size at a one mile radius around the property location*

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Hail History Report

**Description of Hail Measurements** **Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Probability of Hail > 0.75" | % | Indicates likelihood that hail > 0.75" fell on that day. 70% very certain hail occurred; 50% high probability hail occurred; 30% possibly hail occurred; 10% low probability hail occurred. | 70% | - | 10% |
| Estimated Size of Hail | Inches(Diameter) | 0.75" is lower boundary of hail size that causes property damage. Typically damaging hail ranges from 1-4" diameter. Approx. sizes: 3/4" dime; 1" quarter; 1.5" ping pong ball; 1.75" golf ball; 4" grapefruit; 4.5" softball. | 1-4" | < 1" | < 0.75" |
| Wind Speed | Miles per Hour(MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50mph | - | < 30mph |

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Asegurado: | Ernestine Bell | Cell: | (713) 202-1616 |
| Propiedad: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Casa: | (800) 788-8247 |
| Casa: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Rep. Reclamo: | TWIA Claims Examiner | Trabajo: | (800) 788-8247 |
| | | E-Mail: | claims@twia.org |
| Estimador: | Lee Olivares | Trabajo: | (817) 767-2108 |
| Trabajo: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-Mail: | claims@leadingedgeclaims.<br>com |
| Referencia: | | Trabajo: | (817) 767-2108 |
| Compañía: | Leading Edge Claims Service | | |
| Trabajo: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**No. Reclamo:** 1201253 **No. de póliza:** TWRD0000619955 **Tipo de pérdida:** Daño por viento

| | | | |
|---|---|---|---|
| Fecha de contacto: | 10/07/2024 06:46 p. m. | | |
| Fecha de pérdida: | 08/07/2024 12:00 a. m. | Fecha de recepción: | 09/07/2024 01:00 a. m. |
| Fecha de inspección: | 01/08/2024 02:00 p. m. | Fecha de ingreso: | 17/07/2024 06:59 p. m. |
| Fecha de finalización de estimación | 13/08/2024 03:38 p. m. | | |

| | |
|---|---|
| Lista de precios: | TXGA8X_AUG24<br>Restaurar, dar servicio o remodelar |
| Estimación: | ERNESTINE_BELL |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**ERNESTINE_BELL**

**Risk**

**Dwelling**




## Techo

| | | | |
|---|---|---|---|
| 1175.87 | Área de superficie | 11.76 | Número de cuadros |
| 141.52 | Longitud total de perímetro | 7.92 | Longitud total de caballete |
| 85.46 | Longitud total de lima tesa | | |

| DESC. | CANTIDAD | PRECIO UNITARIO | IMP. | CR | Depreciación | VER |
|---|---|---|---|---|---|---|
| 1. Arrancar, transportar y desechar tejas compuestas - Laminada | 11.76 C2 | 65.32 | 0.00 | 768.16 | (0.00) | 768.16 |
| 2. Papel fieltro de 15 lb | 11.76 C2 | 32.32 | 7.88 | 387.96 | (57.29) | 330.67 |
| 3. Primer curso de tejas de asfalto - curso universal | 141.52 PL | 1.89 | 6.54 | 274.01 | (47.55) | 226.46 |
| 4. Remover y Reemplazar Orilla de goteo | 141.52 PL | 3.08 | 13.54 | 449.42 | (56.28) | 393.14 |
| 5. Techo de tejas compuestas laminadas - sin papel fieltro | 12.67 C2 | 254.31 | 145.37 | 3,367.48 | (704.81) | 2,662.67 |
| Auto Calculated Waste: 7.7%, 0.91SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8", Bundle Rounding: 1.8%, 0.21SQ - (included in waste calculation above) | | | | | | |
| 6. Remover y Reemplazar Cumbrera / cumbrera - Perfil estándar - tejas de composición | 7.92 PL | 8.38 | 1.94 | 68.31 | (9.41) | 58.90 |
| 7. Remover y Reemplazar Respiradero de caballete continuo, tipo encima de teja | 7.92 PL | 10.77 | 3.06 | 88.36 | (12.71) | 75.65 |
| 8. Remover y Reemplazar Vierteaguas, gato alzatubos, de plomo | 3.00 CA | 88.60 | 12.31 | 278.11 | (51.15) | 226.96 |
| 9. Remover Cargo adicional por techo alto (2 pisos o más) | 11.76 C2 | 6.32 | 0.00 | 74.32 | (0.00) | 74.32 |
| 10. Cargo adicional por techo alto (2 pisos o más) | 12.46 C2 | 18.82 | 0.00 | 234.50 | (0.00) | 234.50 |
| Auto Calculated Waste: 6.0%, 0.70SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5", | | | | | | |
| **Totales: Techo** | | | **190.64** | **5,990.63** | **939.20** | **5,051.43** |
| **Total: Dwelling** | | | **190.64** | **5,990.63** | **939.20** | **5,051.43** |

**Exterior**

## Elevación del frente

| DESC. | CANTIDAD | PRECIO UNITARIO | IMP. | CR | Depreciación | VER |
|---|---|---|---|---|---|---|

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUACIÓN - Elevación del frente**

| DESC. | CANTIDAD | PRECIO UNITARIO | IMP. | CR | Depreciación | VER |
|---|---|---|---|---|---|---|
| 11. Remover y Reemplazar Mosquitero de puerta de patio, de 36" de ancho | 1.00 CA | | | | | PRIOR CLAIM |
| 12. Remover y Reemplazar Mosquitero de ventana de 1 a 9 pies cuadrados | 1.00 CA | 46.35 | 3.02 | 49.37 | (12.20) | 37.17 |
| 13. Pintar a revestimiento de madera, 1 capa | 246.57 P2 | 1.57 | 6.71 | 393.82 | (54.25) | 339.57 |
| 14. Pintar moldura - una capa | 36.00 PL | 1.29 | 0.33 | 46.77 | (2.64) | 44.13 |
| 15. Remover y Reemplazar Barandal de terraza - mano de obra solomente | 8.00 PL | 28.65 | 0.21 | 229.41 | (1.28) | 228.13 |
| 16. Remover y Reemplazar Barandal de terraza de madera tratada | 6.00 PL | 40.34 | 5.94 | 247.98 | (36.03) | 211.95 |
| 17. Remover y Reemplazar Madera de 1" x 6" (.5 pies de tabla por cada pie lineal) | 50.00 PL | 4.96 | 5.86 | 253.86 | (4.73) | 249.13 |
| **Totales: Elevación del frente** | | | **22.07** | **1,221.21** | **111.13** | **1,110.08** |

**Elevación derecha**

| DESC. | CANTIDAD | PRECIO UNITARIO | IMP. | CR | Depreciación | VER |
|---|---|---|---|---|---|---|
| 18. Remover y Reemplazar Mosquitero de ventana de 1 a 9 pies cuadrados | 15.00 CA | 46.35 | 45.30 | 740.55 | (183.05) | 557.50 |
| **Totales: Elevación derecha** | | | **45.30** | **740.55** | **183.05** | **557.50** |

**Elevación izquierda**

| DESC. | CANTIDAD | PRECIO UNITARIO | IMP. | CR | Depreciación | VER |
|---|---|---|---|---|---|---|
| 19. Remover y Reemplazar Mosquitero de ventana de 1 a 9 pies cuadrados | 15.00 CA | 46.35 | 45.30 | 740.55 | (183.05) | 557.50 |
| **Totales: Elevación izquierda** | | | **45.30** | **740.55** | **183.05** | **557.50** |
| **Total: Exterior** | | | **112.67** | **2,702.31** | **477.23** | **2,225.08** |

**Interior**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090




**Baño** — **Altura de cielo raso: 8'**

| | | | |
|---|---|---|---|
| 160.00 | Paredes en pies cuadrados | 25.00 | Cielo raso en pies cuadrados |
| 185.00 | Paredes y cielo raso en pies cuadrados | 25.00 | Piso en pies cuadrados |
| 2.78 | Piso en yardas cuadradas | 20.00 | Perímetro de piso en pies lineales |
| 20.00 | Cielo raso en pies lineales Perímetro | | |

| DESC. | CANTIDAD | PRECIO UNITARIO | IMP. | CR | Depreciación | VER |
|---|---|---|---|---|---|---|
| 20. Sacar y volver a colocar contenido | 1.00 CA | 60.59 | 0.00 | 60.59 | (0.00) | 60.59 |
| 21. Protección el piso por pie cuadrado - plástica y cinta - 4 mil | 25.00 P2 | 0.32 | 0.14 | 8.14 | (0.00) | 8.14 |
| 22. Proteger y preparar para pintar - plástica, papel y cinta (por pie lineal) | 20.00 PL | 1.79 | 0.45 | 36.25 | (0.00) | 36.25 |
| 23. Inodoro - Desmontar y reinstalar | 1.00 CA | 253.26 | 0.79 | 254.05 | (0.00) | 254.05 |
| 24. Remover y Reemplazar Tablaroca de 1/2" montada, con cinta y lista para dar textura | 6.00 P2 | 3.37 | 0.32 | 20.54 | (0.13) | 20.41 |
| 25. Remover y Reemplazar Aislamiento soplado de 12" de profundidad, R30 | 6.00 P2 | 2.60 | 0.54 | 16.14 | (0.22) | 15.92 |
| 26. Sellar con pintura de base látex con bloqueador de mancha área de superficie, una capa | 6.00 P2 | 0.80 | 0.04 | 4.84 | (0.16) | 4.68 |
| 27. Textura ligera de tablaroca, a mano | 9.00 P2 | 1.33 | 0.06 | 12.03 | (0.02) | 12.01 |
| 28. Pintar el cielo raso, dos capas | 25.00 P2 | 1.25 | 0.54 | 31.79 | (2.17) | 29.62 |
| 29. Pintar el paredes, dos capas | 160.00 P2 | 1.25 | 3.43 | 203.43 | (13.87) | 189.56 |
| 30. La limpieza final de construción - residencial | 25.00 P2 | 0.29 | 0.60 | 7.85 | (0.00) | 7.85 |
| **Totales: Baño** | | | **6.91** | **655.65** | **16.57** | **639.08** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total: Interior** | | | **6.91** | **655.65** | **16.57** | **639.08** |

**Remoción de desperd.**

| DESC. | CANTIDAD | PRECIO UNITARIO | IMP. | CR | Depreciación | VER |
|---|---|---|---|---|---|---|
| 31. Transportar desechos - por carga de camioneta - incluye tarifas de tiradero | 1.00 CA | 164.84 | 0.00 | 164.84 | (0.00) | 164.84 |
| **Totales: Remoción de desperd.** | | | **0.00** | **164.84** | **0.00** | **164.84** |
| **Total: Risk** | | | **310.22** | **9,513.43** | **1,433.00** | **8,080.43** |

**Labor Minimums Applied**

| DESC. | CANTIDAD | PRECIO | IMP. | CR | Depreciación | VER |
|---|---|---|---|---|---|---|

TWIA 001353

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUACIÓN - Labor Minimums Applied**

| DESC. | CANTIDAD | PRECIO UNITARIO UNITARIO | IMP. | CR | Depreciación | VER |
|---|---|---|---|---|---|---|
| 32. Mamposteria - mínimo de mano de obra | 1.00 CA | 528.76 | 0.00 | 528.76 | (0.00) | 528.76 |
| 33. Limpieza - mínimo de mano de obra* | 1.00 CA | 107.93 | 8.90 | 116.83 | (0.00) | 116.83 |
| 34. Mano de obra general - mínimo de mano de obra | 1.00 CA | 1.41 | 0.00 | 1.41 | (0.00) | 1.41 |
| 35. Aislamiento - mínimo de mano de obra | 1.00 CA | 132.74 | 0.00 | 132.74 | (0.00) | 132.74 |
| 36. Fontaneria - mínimo de mano de obra | 1.00 CA | 44.45 | 0.00 | 44.45 | (0.00) | 44.45 |
| **Totales: Labor Minimums Applied** | | | **8.90** | **824.19** | **0.00** | **824.19** |
| **Totales de elementos de línea: ERNESTINE_BELL** | | | **319.12** | **10,337.62** | **1,433.00** | **8,904.62** |

| **Cargos adicionales** | **Cargo** |
|---|---|
| Permiso | 51.69 |
| **Total de cargos adicionales** | **$51.69** |

## Total global de las áreas:

| | | | | | |
|---|---|---|---|---|---|
| 1,061.99 | Paredes en pies cuadrados | 25.00 | Cielo raso en pies cuadrados | 1,086.99 | Paredes y cielo raso en pies cuadrados |
| 25.00 | Piso en pies cuadrados | 2.78 | Piso en yardas cuadradas | 120.22 | Perímetro de piso en pies lineales |
| 0.00 | Pared larga en pies cuadrados | 0.00 | Pared corta en pies cuadrados | 20.00 | Cielo raso en pies lineales Perímetro |
| 25.00 | Área de piso | 32.11 | Área total | 160.00 | Área interior de pared |
| 2,123.36 | Área de pared exterior | 122.89 | Perímetro exterior de paredes | | |
| 1,175.87 | Área de superficie | 11.76 | Número de cuadros | 141.52 | Longitud total de perímetro |
| 7.92 | Longitud total de caballete | 85.46 | Longitud total de lima tesa | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Resumen para 1A: Structure

| | |
|---|---|
| Total de elementos de línea | 10,018.50 |
| Permiso | 51.69 |
| Impuesto de ventas por materiales | 309.62 |
| Subtotal | 10,379.81 |
| Impuesto de ventas por limpieza | 9.50 |
| **Valor de costo de reposición** | **$10,389.31** |
| Menos depreciación | (1,433.00) |
| **Valor efectivo real** | **$8,956.31** |
| Menos deducible | (1,540.00) |
| **Reclamación neta** | **$7,416.31** |
| Total de depreciación recuperable | 1,433.00 |
| **Reclamación neta si se recupera la depreciación** | **$8,849.31** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Resumen de impuestos

| | Impuesto de ventas por materiales (8.25%) | Impuesto por materiales de limpieza (8.25%) | Impuesto de ventas por limpieza (8.25%) | Impuesto de casa manufacturada (5%) | Impuesto Alquiler de Almacenaje (8.25%) | Impuesto total (8.25%) |
|---|---|---|---|---|---|---|
| **Elementos de línea** | | | | | | |
| | 309.62 | 0.00 | 9.50 | 0.00 | 0.00 | 0.00 |
| **Cargos adicionales** | | | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **309.62** | **0.00** | **9.50** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Resumen por habitación

**Estimación: ERNESTINE_BELL**

**Área: Risk**

| | | |
|---|---|---|
| **Área: Dwelling** | | |
| **Techo** | **5,799.99** | **57.89%** |
| **Subtotal de área: Dwelling** | **5,799.99** | **57.89%** |
| **Área: Exterior** | | |
| **Elevación del frente** | **1,199.14** | **11.97%** |
| **Elevación derecha** | **695.25** | **6.94%** |
| **Elevación izquierda** | **695.25** | **6.94%** |
| **Subtotal de área: Exterior** | **2,589.64** | **25.85%** |
| **Área: Interior** | | |
| **Baño** | **648.74** | **6.48%** |
| **Subtotal de área: Interior** | **648.74** | **6.48%** |
| **Remoción de desperd.** | **164.84** | **1.65%** |
| **Subtotal de área: Risk** | **9,203.21** | **91.86%** |
| **Labor Minimums Applied** | **815.29** | **8.14%** |
| **Subtotal de áreas** | **10,018.50** | **100.00%** |
| **Total** | **10,018.50** | **100.00%** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Resumen por categoría con depreciación

| Elementos | CR | Depreciación | VER |
|---|---|---|---|
| **LIMPIEZA** | **115.18** | | **115.18** |
| **MANIPULACIÓN DE CONTENIDO** | **60.59** | | **60.59** |
| **DEMOLICIÓN GENERAL** | **164.84** | | **164.84** |
| **TABLAROCA** | **560.95** | **0.15** | **560.80** |
| **CARPINTERÍA TOSCA Y DE ARMAZÓN** | **719.24** | **42.04** | **677.20** |
| **AISLAMIENTO** | **148.34** | **0.22** | **148.12** |
| **SÓLO MANO DE OBRA** | **1.41** | | **1.41** |
| **PLOMERÍA** | **297.71** | | **297.71** |
| **PINTURA** | **713.40** | **73.09** | **640.31** |
| **TECHO** | **5,799.99** | **939.20** | **4,860.79** |
| **VENTANAS - COLOCACIÓN Y REPARACIÓN DE VIDRIO** | **1,436.85** | **378.30** | **1,058.55** |
| **Subtotal** | **10,018.50** | **1,433.00** | **8,585.50** |
| **Permisos y tarifas** | **51.69** | | **51.69** |
| **Impuesto de ventas por materiales** | **309.62** | | **309.62** |
| **Impuesto de ventas por limpieza** | **9.50** | | **9.50** |
| **Total** | **10,389.31** | **1,433.00** | **8,956.31** |

TWIA 001358

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Asegurado: | Ernestine Bell | Cell: | (713) 202-1616 |
| Propiedad: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Casa: | (800) 788-8247 |
| Casa: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Rep. Reclamo: | TWIA Claims Examiner | Trabajo: | (800) 788-8247 |
| | | E-Mail: | claims@twia.org |
| Estimador: | Lee Olivares | Trabajo: | (817) 767-2108 |
| Trabajo: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-Mail: | claims@leadingedgeclaims.com |
| Referencia: | | Trabajo: | (817) 767-2108 |
| Compañía: | Leading Edge Claims Service | | |
| Trabajo: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**No. Reclamo:** 1201253 **No. de póliza:** TWRD0000619955 **Tipo de pérdida:** Daño por viento

| Cobertura | Deducible | Límite de póliza |
|---|---|---|
| 1A: Structure | $1,540.00 | $154,000.00 |
| 1A: Other Structures | $0.00 | $15,400.00 |
| 1B: Personal Property | $620.00 | $62,000.00 |

| | | | |
|---|---|---|---|
| Fecha de contacto: | 10/07/2024 06:46 p. m. | | |
| Fecha de pérdida: | 08/07/2024 12:00 a. m. | Fecha de recepción: | 09/07/2024 01:00 a. m. |
| Fecha de inspección: | 01/08/2024 02:00 p. m. | Fecha de ingreso: | 17/07/2024 06:59 p. m. |
| Fecha de finalización de estimación | 13/08/2024 03:38 p. m. | | |

| | | | | | |
|---|---|---|---|---|---|
| Lista de precios: | TXGA8X_AUG24<br>Restaurar, dar servicio o remodelar | Depreciar material: | Sí | Depreciar G&G: | No |
| | | Depreciar no material: | No | Depreciar impuestos: | No |
| Estimación: | ERNESTINE_BELL | Retiro de Deprec.: | No | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**ERNESTINE_BELL**

**Risk**

**Dwelling**




### Techo

| | | | |
|---|---|---|---|
| 1175.87 | Área de superficie | 11.76 | Número de cuadros |
| 141.52 | Longitud total de perímetro | 7.92 | Longitud total de caballete |
| 85.46 | Longitud total de lima tesa | | |

| CAT. | SEL. | DESCRIPCIÓN ACT | CÁLCULO | CANT | REM. | SUST. | IMP. | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1. TEC | ARTD> | - Arrancar, transportar y desechar tejas compuestas - Laminada | CUAD | 11.76 C2 | 65.32+ | 0.00 = | 0.00 | 768.16 |
| 2. TEC | FIE15 | + Papel fieltro de 15 lb | CUAD | 11.76 C2 | 0.00+ | 32.32 = | 7.88 | 387.96 |
| 3. TEC | PCTAPP- | + Primer curso de tejas de asfalto - curso universal | ALERO+RAKE | 141.52 PL | 0.00+ | 1.89 = | 6.54 | 274.01 |
| 4. TEC | GOT | & Remover y Reemplazar Orilla de goteo | P | 141.52 PL | 0.40+ | 2.68 = | 13.54 | 449.42 |
| 5. TEC | 300T | + Techo de tejas compuestas laminadas - sin papel fieltro | CUAD | 12.67 C2 | 0.00+ | 254.31 = | 145.37 | 3,367.48 |
| Auto Calculated Waste: 7.7%, 0.91SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8", Bundle Rounding: 1.8%, 0.21SQ - (included in waste calculation above) | | | | | | | | |
| 6. TEC | CMCPSTC | & Remover y Reemplazar Cumbrera / cumbrera - Perfil estándar - tejas de composición | CAB | 7.92 PL | 2.61+ | 5.77 = | 1.94 | 68.31 |
| 7. TEC | RESPCE | & Remover y Reemplazar Respiradero de caballete continuo, tipo encima de teja | CAB | 7.92 PL | 1.01+ | 9.76 = | 3.06 | 88.36 |
| 8. TEC | VTGAP | & Remover y Reemplazar Vierteaguas, gato alzatubos, de plomo | 3 | 3.00 CA | 8.43+ | 80.17 = | 12.31 | 278.11 |
| 9. TEC | ALTO | - Remover Cargo adicional por techo alto (2 pisos o más) | CUAD | 11.76 C2 | 6.32+ | 0.00 = | 0.00 | 74.32 |
| 10. TEC | ALTO | + Cargo adicional por techo alto (2 pisos o más) | CUAD | 12.46 C2 | 0.00+ | 18.82 = | 0.00 | 234.50 |
| Auto Calculated Waste: 6.0%, 0.70SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5", | | | | | | | | |
| **Totales: Techo** | | | | | | | **190.64** | **5,990.63** |
| **Total: Dwelling** | | | | | | | **190.64** | **5,990.63** |

**Exterior**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

### Elevación del frente

| CAT. | SEL. CÁLCULO | | DESCRIPCIÓN ACT CANT | REM. | SUST. | IMP. | TOTAL |
|---|---|---|---|---|---|---|---|
| 11. VNP | MOQ36 | | & Remover y Reemplazar Mosquitero de puerta de patio, de 36" de ancho | | | | |
| | 1 | 1.00 CA | | | | | PRIOR CLAIM |
| 12. VNC | MOSQ< | | & Remover y Reemplazar Mosquitero de ventana de 1 a 9 pies cuadrados | | | | |
| | 1 | 1.00 CA | | 4.52+ | 41.83 = | 3.02 | 49.37 |
| 13. PIN | REX1 | | + Pintar a revestimiento de madera, 1 capa | | | | |
| | 246.57 | 246.57 P2 | | 0.00+ | 1.57 = | 6.71 | 393.82 |
| 14. PIN | MLD1 | | + Pintar moldura - una capa | | | | |
| | 36 | 36.00 PL | | 0.00+ | 1.29 = | 0.33 | 46.77 |
| 15. CTA | TBM | | & Remover y Reemplazar Barandal de terraza - mano de obra solomente | | | | |
| | 8 | 8.00 PL | | 1.34+ | 27.31 = | 0.21 | 229.41 |
| 16. CTA | TBT | | & Remover y Reemplazar Barandal de terraza de madera tratada | | | | |
| | 6 | 6.00 PL | | 1.34+ | 39.00 = | 5.94 | 247.98 |
| 17. CTA | 1X6 | | & Remover y Reemplazar Madera de 1" x 6" (.5 pies de tabla por cada pie lineal) | | | | |
| | 50 | 50.00 PL | | 1.13+ | 3.83 = | 5.86 | 253.86 |
| **Totales: Elevación del frente** | | | | | | **22.07** | **1,221.21** |

### Elevación derecha

| CAT. | SEL. CÁLCULO | | DESCRIPCIÓN ACT CANT | REM. | SUST. | IMP. | TOTAL |
|---|---|---|---|---|---|---|---|
| 18. VNC | MOSQ< | | & Remover y Reemplazar Mosquitero de ventana de 1 a 9 pies cuadrados | | | | |
| | 15 | 15.00 CA | | 4.52+ | 41.83 = | 45.30 | 740.55 |
| **Totales: Elevación derecha** | | | | | | **45.30** | **740.55** |

### Elevación izquierda

| CAT. | SEL. CÁLCULO | | DESCRIPCIÓN ACT CANT | REM. | SUST. | IMP. | TOTAL |
|---|---|---|---|---|---|---|---|
| 19. VNC | MOSQ< | | & Remover y Reemplazar Mosquitero de ventana de 1 a 9 pies cuadrados | | | | |
| | 15 | 15.00 CA | | 4.52+ | 41.83 = | 45.30 | 740.55 |
| **Totales: Elevación izquierda** | | | | | | **45.30** | **740.55** |

TWIA 001362

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | |
|---|---|---|
| **Total: Exterior** | **112.67** | **2,702.31** |

## Interior




**Baño** — **Altura de cielo raso: 8'**

| | | | |
|---|---|---|---|
| 160.00 | Paredes en pies cuadrados | 25.00 | Cielo raso en pies cuadrados |
| 185.00 | Paredes y cielo raso en pies cuadrados | 25.00 | Piso en pies cuadrados |
| 2.78 | Piso en yardas cuadradas | 20.00 | Perímetro de piso en pies lineales |
| 20.00 | Cielo raso en pies lineales Perímetro | | |

| CAT. | SEL. | CÁLCULO | CANT | DESCRIPCIÓN ACT | REM. | SUST. | IMP. | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 20. MAC | SVCC | 1 | 1.00 CA | + Sacar y volver a colocar contenido | 0.00+ | 60.59 = | 0.00 | 60.59 |
| 21. PIN | PROPC4 | PISO | 25.00 P2 | + Protección el piso por pie cuadrado - plástica y cinta - 4 mil | 0.00+ | 0.32 = | 0.14 | 8.14 |
| 22. PIN | PROTPL | PRCR | 20.00 PL | + Proteger y preparar para pintar - plástica, papel y cinta (por pie lineal) | 0.00+ | 1.79 = | 0.45 | 36.25 |
| 23. PLM | INOVI | 1 | 1.00 CA | + Inodoro - Desmontar y reinstalar | 0.00+ | 253.26 = | 0.79 | 254.05 |
| 24. MAM | 1/2- | 6 | 6.00 P2 | & Remover y Reemplazar Tablaroca de 1/2" montada, con cinta y lista para dar textura | 0.50+ | 2.87 = | 0.32 | 20.54 |
| 25. AIS | AS12 | 6 | 6.00 P2 | & Remover y Reemplazar Aislamiento soplado de 12" de profundidad, R30 | 1.17+ | 1.43 = | 0.54 | 16.14 |
| 26. PIN | S | 6 | 6.00 P2 | + Sellar con pintura de base látex con bloqueador de mancha área de superficie, una capa | 0.00+ | 0.80 = | 0.04 | 4.84 |
| 27. MAM | TEX | 6*1.5 | 9.00 P2 | + Textura ligera de tablaroca, a mano | 0.00+ | 1.33 = | 0.06 | 12.03 |
| 28. PIN | P2 | CR | 25.00 P2 | + Pintar el cielo raso, dos capas | 0.00+ | 1.25 = | 0.54 | 31.79 |
| 29. PIN | P2 | PCP | 160.00 P2 | + Pintar el paredes, dos capas | 0.00+ | 1.25 = | 3.43 | 203.43 |
| 30. LIM | LIUCR | PISO | 25.00 P2 | + La limpieza final de construción - residencial | 0.00+ | 0.29 = | 0.60 | 7.85 |
| **Totales: Baño** | | | | | | | **6.91** | **655.65** |
| **Total: Interior** | | | | | | | **6.91** | **655.65** |

**Remoción de desperd.**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| CAT. | SEL. CÁLCULO | CANT | DESCRIPCIÓN ACT | REM. | SUST. | IMP. | TOTAL |
|---|---|---|---|---|---|---|---|
| 31. DMO | CMNTA | | - Transportar desechos - por carga de camioneta - incluye tarifas de tiradero | | | | |
| | 1 | 1.00 CA | | 164.84+ | 0.00 = | 0.00 | 164.84 |
| **Totales: Remoción de desperd.** | | | | | | **0.00** | **164.84** |
| **Total: Risk** | | | | | | **310.22** | **9,513.43** |

**Labor Minimums Applied**

| CAT. | SEL. CÁLCULO | CANT | DESCRIPCIÓN ACT | REM. | SUST. | IMP. | TOTAL |
|---|---|---|---|---|---|---|---|
| 32. MAM | MT-A | | + Mamposteria - mínimo de mano de obra | | | | |
| | 1 | 1.00 CA | | 0.00+ | 528.76 = | 0.00 | 528.76 |
| 33. LIM | MT-A | | + Limpieza - mínimo de mano de obra | | | | |
| | 1 | 1.00 CA | | 0.00+ | 107.93 = | 8.90 | 116.83 |
| 34. MDO | MOMT-A | | + Mano de obra general - mínimo de mano de obra | | | | |
| | 1 | 1.00 CA | | 0.00+ | 1.41 = | 0.00 | 1.41 |
| 35. AIS | MT-A | | + Aislamiento - mínimo de mano de obra | | | | |
| | 1 | 1.00 CA | | 0.00+ | 132.74 = | 0.00 | 132.74 |
| 36. PLM | MT-A | | + Fontaneria - mínimo de mano de obra | | | | |
| | 1 | 1.00 CA | | 0.00+ | 44.45 = | 0.00 | 44.45 |
| **Totales: Labor Minimums Applied** | | | | | | **8.90** | **824.19** |
| **Totales de elementos de línea: ERNESTINE_BELL** | | | | | | **319.12** | **10,337.62** |

| Cargos adicionales | Cargo |
|---|---|
| Permiso | 51.69 |
| **Total de cargos adicionales** | **$51.69** |

TWIA 001364

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Total global de las áreas:

| | | | | | |
|---|---|---|---|---|---|
| 1,061.99 | Paredes en pies cuadrados | 25.00 | Cielo raso en pies cuadrados | 1,086.99 | Paredes y cielo raso en pies cuadrados |
| 25.00 | Piso en pies cuadrados | 2.78 | Piso en yardas cuadradas | 120.22 | Perímetro de piso en pies lineales |
| 0.00 | Pared larga en pies cuadrados | 0.00 | Pared corta en pies cuadrados | 20.00 | Cielo raso en pies lineales Perímetro |
| 25.00 | Área de piso | 32.11 | Área total | 160.00 | Área interior de pared |
| 2,123.36 | Área de pared exterior | 122.89 | Perímetro exterior de paredes | | |
| 1,175.87 | Área de superficie | 11.76 | Número de cuadros | 141.52 | Longitud total de perímetro |
| 7.92 | Longitud total de caballete | 85.46 | Longitud total de lima tesa | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Resumen para 1A: Structure

| | |
|---|---|
| Total de elementos de línea | 10,018.50 |
| Permiso | 51.69 |
| Impuesto de ventas por materiales | 309.62 |
| Subtotal | 10,379.81 |
| Impuesto de ventas por limpieza | 9.50 |
| **Valor de costo de reposición** | **$10,389.31** |
| Menos depreciación | (1,433.00) |
| **Valor efectivo real** | **$8,956.31** |
| Menos deducible | (1,540.00) |
| **Reclamación neta** | **$7,416.31** |
| Total de depreciación recuperable | 1,433.00 |
| **Reclamación neta si se recupera la depreciación** | **$8,849.31** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Resumen de impuestos

| | Impuesto de ventas por materiales (8.25%) | Impuesto por materiales de limpieza (8.25%) | Impuesto de ventas por limpieza (8.25%) | Impuesto de casa manufacturada (5%) | Impuesto Alquiler de Almacenaje (8.25%) | Impuesto total (8.25%) |
|---|---|---|---|---|---|---|
| **Elementos de línea** | | | | | | |
| | 309.62 | 0.00 | 9.50 | 0.00 | 0.00 | 0.00 |
| **Cargos adicionales** | | | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **309.62** | **0.00** | **9.50** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Resumen por habitación

**Estimación: ERNESTINE_BELL**

**Área: Risk**

**Área: Dwelling**

| | | |
|---|---|---|
| **Techo** | **5,799.99** | **57.89%** |
| **Subtotal de área: Dwelling** | **5,799.99** | **57.89%** |

**Área: Exterior**

| | | |
|---|---|---|
| **Elevación del frente** | **1,199.14** | **11.97%** |
| **Elevación derecha** | **695.25** | **6.94%** |
| **Elevación izquierda** | **695.25** | **6.94%** |
| **Subtotal de área: Exterior** | **2,589.64** | **25.85%** |

**Área: Interior**

| | | |
|---|---|---|
| **Baño** | **648.74** | **6.48%** |
| **Subtotal de área: Interior** | **648.74** | **6.48%** |
| **Remoción de desperd.** | **164.84** | **1.65%** |
| **Subtotal de área: Risk** | **9,203.21** | **91.86%** |
| **Labor Minimums Applied** | **815.29** | **8.14%** |
| **Subtotal de áreas** | **10,018.50** | **100.00%** |
| **Total** | **10,018.50** | **100.00%** |

TWIA 001368

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Resumen por categoría con depreciación

| Elementos | CR | Depreciación | VER |
|---|---|---|---|
| LIMPIEZA | 115.18 | | 115.18 |
| MANIPULACIÓN DE CONTENIDO | 60.59 | | 60.59 |
| DEMOLICIÓN GENERAL | 164.84 | | 164.84 |
| TABLAROCA | 560.95 | 0.15 | 560.80 |
| CARPINTERÍA TOSCA Y DE ARMAZÓN | 719.24 | 42.04 | 677.20 |
| AISLAMIENTO | 148.34 | 0.22 | 148.12 |
| SÓLO MANO DE OBRA | 1.41 | | 1.41 |
| PLOMERÍA | 297.71 | | 297.71 |
| PINTURA | 713.40 | 73.09 | 640.31 |
| TECHO | 5,799.99 | 939.20 | 4,860.79 |
| VENTANAS - COLOCACIÓN Y REPARACIÓN DE VIDRIO | 1,436.85 | 378.30 | 1,058.55 |
| **Subtotal** | 10,018.50 | 1,433.00 | 8,585.50 |
| **Permisos y tarifas** | 51.69 | | 51.69 |
| **Impuesto de ventas por materiales** | 309.62 | | 309.62 |
| **Impuesto de ventas por limpieza** | 9.50 | | 9.50 |
| **Total** | 10,389.31 | 1,433.00 | 8,956.31 |

TWIA 001369

**Audit Summary Report**

08-Aug-2024 02:12:23 PM

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Home: | (800) 788-8247 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Business: | |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Estimator: | J.JAR | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1201253 | TWRD0000619955 | WIND | 0 |

| | | | |
|---|---|---|---|
| Date of Loss: | 07-Jul-2024 | Date Received: | 09-Jul-2024 |
| Date Inspected: | 01-Aug-2024 | Date Entered: | 17-Jul-2024 |

Price List: TXGA8X_JUL24
Estimate: ERNESTINE_BELL

# Current Audit Report - 08-Aug-2024 02:12:23 PM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Previous Audit Report - 06-Aug-2024 02:24:05 AM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit cost of zero. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Audit Report Summary - 13-Aug-2024 02:39:26 PM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit price of zero. We recommend that you increase the quantity or unit price of the items in question and ensure that the quantities and labor minimums are correct. To verify that the zero is correct for the quantity or price, select "Indicate why the inspection result is to be ignored." and leave a comment in the text field. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

**Audit Summary Report**

08-Aug-2024 02:12:23 PM

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Home: | (800) 788-8247 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Business: | |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Estimator: | J.JAR | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1201253 | TWRD0000619955 | WIND | 0 |

Date of Loss: 07-Jul-2024 Date Received: 09-Jul-2024
Date Inspected: 01-Aug-2024 Date Entered: 17-Jul-2024

Price List: TXGA8X_JUL24
Estimate: ERNESTINE_BELL

# Current Audit Report - 08-Aug-2024 02:12:23 PM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Previous Audit Report - 06-Aug-2024 02:24:05 AM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit cost of zero. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Audit Report Summary - 13-Aug-2024 02:39:26 PM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit price of zero. We recommend that you increase the quantity or unit price of the items in question and ensure that the quantities and labor minimums are correct. To verify that the zero is correct for the quantity or price, select "Indicate why the inspection result is to be ignored." and leave a comment in the text field. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

LE
LEADING EDGE
LEADING THE WAY IN TIMES OF CRISIS!

360 S. Nolen Dr. Suite 100
Southlake, TX 76092

Tax ID: 26-0317491

**Claim Number: 1201253**
Policy Number: TWRD0000619955
Date of Loss: July 8, 2024

Invoice Number: 157997
Adjuster: Lee Roland Olivares
Invoice Date: August 9, 2024

Invoice To: Texas Windstorm Insurance Assoc.
4801 Southwest Parkway
Austin, TX 78735
Attention:

Insured: Ernestine Bell
1710 Ashmore Ct
Missouri City, TX 77489

Office: TWIA - HURRICANE

Location: 16704 Ponce De Leon
Jamaica Beach, TX 77554
Gross Loss: $10,489.04

| | | |
|---|---|---|
| Adjuster Fees | | |
| Tier Billing | $10,000.01 - $15,000.00 | $900.00 |
| Adjuster Expenses | | |
| Adjuster Fuel Fee | 1.00 each @ $25.00 | $25.00 |
| Adjuster Equipment Fee | 1.00 each @ $25.00 | $25.00 |

| | | |
|---|---|---|
| Sub Total | | $950.00 |
| Tax | | $0.00 |
| **Grand Total** | **Invoice Number: 157997** | **$950.00** |

We appreciate your business and thank you for your Partnership!

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

# INFORME DE PÉRDIDA
**Final**

Referencia: Leading Edge Claims Service
360 S. Nolen Dr., Ste. 100

Southlake, TX 76092

Atención: Claim Examiner

Asegurado: Ernestine Bell
16704 Ponce De Leon
Jamaica Beach, TX 77554

No. de informe: 1
Catástrofe número:
No. de póliza: TWRD0000619955
No. Reclamo: 1201253
Fecha de pérdida: 08/07/2024
Tipo de pérdida: Daño por viento
No. de archivo:

**ADJUNTOS:**

Estimate, Statement of Loss, Bill for Services, Photos (101), Diagrams

**COBERTURA:**

| | |
|---|---|
| 1A: Structure | $154,000.00 |
| 1A: Other Structures | $15,400.00 |
| 1B: Personal Property | $62,000.00 |

Vigencia Fechas: De: 28/06/2024 A: 28/06/2025
Acreedor hipotecario:
Deducible: $1,540.00
Se aplica coaseguro: Sí ☐ No ☑
Formularios:

**GENERAL LOSS REPORT**

INITIAL CONTACT

Who called the insured? TWIA Claims Examiner

Method of contact? Phone

Person spoken with on initial contact Ernestine Bell

Inspection Details: Completed inspection at the scheduled time with Ernestine Bell

Mailing address: 1710 Ashmore Ct, Missouri City, TX 77489-2166

Damages Reported: Wind damage to roof, wind damage to siding and decking, and wind driven rain damage to ceiling in bathroom from ridge cap vent.

Insured has email? None provided in Xactanalysis

Language Interpreter needed? No

INSPECTION

Discussed claim damages, reviewed items on FNOL: Roof damage and water damage on the front door.

Confirmed DOL with insured of: Jul 8, 2024,12:00:00 AM

Reviewed prior claims: None provided in Xactanalysis
Reviewed Underwriting Report: None provided in Xactanalysis
Reviewed WPI-8: 759266 / Certified July 3, 2014

COVERAGE A (DWELLING AND OTHER STRUCTURES)

Roof

Age / Material / Layers / Reparability / Decking: 10 years / 30 year architectural / 1 / No / ½" CDX

Front slope: Inspection revealed 3 wind damaged shingles.
Right slope: Inspection revealed 6 wind damaged shingles.
Rear slope: Inspection revealed 3 wind damaged shingles.
Left slope: Inspection revealed 6 wind damaged shingles.

Soft metals and other roof elements: No visible damage consistent with wind.

Inspection revealed scattered damage consistent with wind to all directional slopes of the shingled roof surface.

Necessary repairs to damaged slopes would involve disturbance of a significant portion of the roof surface and those adjoined by a common valley. Due to the age and condition of the roof, it is not repairable. For these reasons, spot repairs are not likely to be successful and replacement of the shingled roof is recommended.

Exterior
Siding / Age / Material: Cement board / 17 yrs

Front elevation: Damage to siding from wind-blown debris, handrail, decking, and window screens.

Right elevation: Wind damage found to window screens. Mechanical damage, wear and tear, and installation issued found to siding.

Rear elevation: No visible damage consistent with wind.

Left elevation: Wind damage found to window screens. Mechanical damage, wear and tear, and installation issued found to siding.

Interior
Interior inspection: Yes
If not permitted, did the insured sign the waiver? N/A

Does the property appear vacant? No
If so, how long has it been vacant? N/A

Attic inspected: Yes

List damages by room:
Bathroom: Ceiling damage due to wind driven rain from ridge vent.
Living Room: No damage to the interior was visible during the inspection.

Other Structures:

COVERAGE B (PERSONAL PROPERTY): None claimed or observed at the time of inspection.

Estimate Summary

Depreciation (and basis for that depreciation): Depreciation on this claim is set based on age and condition using Xactimate's depreciation tool. Dwelling roof at 10 years per discussion with Insured and visible condition at the time of inspection.

Overhead and profit were added. Job will require coordination and supervision due to complexity of scope of work.

Salvage? No salvage opportunities were observed as the damaged items hold no value.

Subrogation? No Subrogation opportunity was observed as the damages are weather related.

Coverage Summary
Reported date of Loss: 7/8/2024

DOL consistent with weather data? – Yes, the Benchmark report does show wind gusts with 80+ wind gusts.

Cause of Loss: Wind

Policy in Force? Yes, 6/28/2024 - 6/28/2025

Damages Accepted:
Wind damages to roof, siding, deck, window screens and wind driven rain damage to ceiling in bathroom.

Damages NOT Accepted:
No visible damage to the interior of the front door.
Siding damage due to wind driven debris on the breakaway walls.
Mechanical damage, wear and tear, and installation issued found to siding.

Damages observed, but NOT claimed:
None

Attorney/Public Adjuster involvement? None at the time of this report.

Contractor involvement? None at the time of this report.

Closing conversation with the insured: After my inspection, I spoke to the Insured, explained the scope of damages observed, and advised that TWIA retains all authority on the claim and would contact them soon.

Closing Notes
Underwriting Risk Referral attached? None
Pending or unresolved exposures: None

**DECLARACIÓN DE PÉRDIDA:**

| **Elemento** | **CR** | **Depreciación** | **VER** | **Límite** |
|---|---|---|---|---|
| 1A: Structure | $10,389.31 | $1,433.00 | $8,956.31 | $8,849.31 |
| 1A: Other Structures | $0.00 | $0.00 | $0.00 | $0.00 |
| 1B: Personal Property | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTALES** | $10,389.31 | $1,433.00 | $8,956.31 | |

| | |
|---|---|
| Deducible | 1,540.00 |
| Menos pagos anteriores | $0.00 |
| Importe a pagar por reclamación | $8,849.31 |
| Importe a pagar a asegurado | **$8,849.31** |
| Totales de depreciación recuperable: | $1,433.00 |
| Totales de depreciación no recuperable: | $0.00 |
| Reclamo neto sin depreciación recuperable: | $7,416.31 |

**RECOMENDACIONES:**

I recommend payment to Insured in the ACV amount of $7,416.31.

TWIA Claims Examiner

13/08/2024
Fecha

| | | | |
|---|---|---|---|
| Asegurado: | Ernestine Bell | No. de póliza: | TWRD0000619955 |
| Dirección de propiedad: | 16704 Ponce De Leon, Jamaica Beach, TX 77554 | Fecha de pérdida: | 08/07/2024 |
| Dirección postal: | 1710 Ashmore Ct, Missouri City, TX 77489-2166 | Número de catástrofe: | |
| No. de tel. de asegurado: | (713) 202-1616 | Tasador No. de archivo: | |
| | | Importe de la pérdida: | $10,389.31 |

| | | | | |
|---|---|---|---|---|
| Fecha de referencia | Fecha de contacto con asegurado: | 10/07/2024 | Fecha de inspección de pérdida: | 01/08/2024 |

## Registro de actividades

### Totales de las actividades completadas

**Total horas:** **0.00** **Total Gastos:** **0.00** **Total Millas:** **0.00**

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955




**Risk/Dwelling - 1-Risk**

Fecha en que se tomó:

16704 Ponce De Leon




**Risk/Dwelling - 2-Risk**

Fecha en que se tomó:

Verification.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Dwelling/Techo - 3-Roof**

Fecha en que se tomó:

Single Layer-Drip edge/gutter apron




**Risk/Dwelling/Techo - 4-Roof**

Fecha en que se tomó:

6/12 pitch

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Dwelling/Techo - 5-Roof**

Fecha en que se tomó:

Front roof slope overview.



**Risk/Dwelling/Techo - 6-Roof**

Fecha en que se tomó:

Right roof slope overview.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Dwelling/Techo - 7-Roof**

Fecha en que se tomó:

Right roof slope overview.



**Risk/Dwelling/Techo - 8-Roof**

Fecha en que se tomó:

Rear roof slope overview.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Dwelling/Techo - 9-Roof**

Fecha en que se tomó:

Rear roof slope overview.



**Risk/Dwelling/Techo - 10-Roof**

Fecha en que se tomó:

Left roof slope overview.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Dwelling/Techo - 11-Roof**

Fecha en que se tomó:

Left roof slope overview.



**Risk/Dwelling/Techo - 12-Roof**

Fecha en que se tomó:

Front roof slope inspection.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |




**Risk/Dwelling/Techo - 13-Roof**

Fecha en que se tomó:

Front roof slope inspection. 3 wind damaged shingles.



**Risk/Dwelling/Techo - 14-Roof**

Fecha en que se tomó:

Front roof slope- 30-year laminate shingles- visible direct wind damages.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Dwelling/Techo - 15-Roof**

Fecha en que se tomó:

Front roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Techo - 16-Roof**

Fecha en que se tomó:

Front roof slope- 30-year laminate shingles- visible direct wind damages.

TWIA 001386

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Dwelling/Techo - 17-Roof**

Fecha en que se tomó:

Right roof slope inspection.




**Risk/Dwelling/Techo - 18-Roof**

Fecha en que se tomó:

Right roof slope inspection. 5 wind damaged shingles.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Dwelling/Techo - 19-Roof**

Fecha en que se tomó:

Right roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Techo - 20-Roof**

Fecha en que se tomó:

Right roof slope- 30-year laminate shingles- visible direct wind damages.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Dwelling/Techo - 21-Roof**

Fecha en que se tomó:

Right roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Techo - 22-Roof**

Fecha en que se tomó:

Right roof slope- 30-year laminate shingles- visible direct wind damages.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Dwelling/Techo - 23-Roof**

Fecha en que se tomó:

Right roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Techo - 24-Roof**

Fecha en que se tomó:

Rear roof slope inspection.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Dwelling/Techo - 25-Roof**

Fecha en que se tomó:

Rear roof slope inspection. 3 wind damaged shingles.



**Risk/Dwelling/Techo - 26-Roof**

Fecha en que se tomó:

Rear roof slope- 30-year laminate shingles- visible direct wind damages.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Dwelling/Techo - 27-Roof**

Fecha en que se tomó:

Rear roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Techo - 28-Roof**

Fecha en que se tomó:

Rear roof slope- 30-year laminate shingles- visible direct wind damages.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Dwelling/Techo - 29-Roof**

Fecha en que se tomó:

Left roof slope inspection.




**Risk/Dwelling/Techo - 30-Roof**

Fecha en que se tomó:

Left roof slope inspection. 6 wind damaged shingles.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Dwelling/Techo - 31-Roof**

Fecha en que se tomó:

Left roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Techo - 32-Roof**

Fecha en que se tomó:

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Dwelling/Techo - 33-Roof**

Fecha en que se tomó:

Left roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Techo - 34-Roof**

Fecha en que se tomó:

Left roof slope- 30-year laminate shingles- visible direct wind damages.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado: Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Dwelling/Techo - 35-Roof**

Fecha en que se tomó:

Left roof slope- 30-year laminate shingles- visible direct wind damages.




**Risk/Exterior - 36-Front Elevation**

Fecha en que se tomó:

Overview.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Exterior - 37-Front Elevation**

Fecha en que se tomó:

Overview.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Exterior - 38-Front Elevation**

Fecha en que se tomó:

Visible impact damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Exterior - 39-Front Elevation**

Fecha en que se tomó:

Visible impact damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Exterior - 40-Front Elevation**

Fecha en que se tomó:

Visible wind damage to screen.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Exterior - 41-Front Elevation**

Fecha en que se tomó:

Visible damage to screen.