# Hoja de fotografía

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 42-Front Elevation**

Fecha en que se tomó:

Visible wind damage to screen.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Exterior - 43-Front Elevation**

Fecha en que se tomó:

Visible wind damage to screen.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Exterior - 44-Front Elevation**

Fecha en que se tomó:

Visible wear and tear.

# Hoja de fotografía

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 45-Front Elevation**

Fecha en que se tomó:

Visible damage to siding.

# Hoja de fotografía

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 46-Front Elevation**

Fecha en que se tomó:

Visible damage to siding.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Exterior - 47-Front Elevation**

Fecha en que se tomó:

Hand rail was replaced after the storm.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Exterior - 48-Front Elevation**

Fecha en que se tomó:

Hand rail was replaced after the storm.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Exterior - 49-Front Elevation**

Fecha en que se tomó:

Hand rail was replaced after the storm.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Exterior - 50-Front Elevation**

Fecha en que se tomó:

Hand rail was replaced after the storm.



**Risk/Exterior - 51-Front Elevation**

Fecha en que se tomó:

Visible damage to siding from wind driven debris.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Exterior - 52-Front Elevation**

Fecha en que se tomó:

Visible damage to siding from wind driven debris.



**Risk/Exterior - 53-Front Elevation**

Fecha en que se tomó:

Visible damage to siding from wind driven debris.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Exterior - 54-Front Elevation**

Fecha en que se tomó:

Visible damage to siding from wind driven debris.



**Risk/Exterior - 55-Right Elevation**

Fecha en que se tomó:

Overview.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Exterior - 56-Right Elevation**

Fecha en que se tomó:

Mechanical damage to siding

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Exterior - 57-Right Elevation**

Fecha en que se tomó:

Mechanical damage to siding



**Risk/Exterior - 58-Right Elevation**

Fecha en que se tomó:

Installation issue, not related to storm damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Exterior - 59-Right Elevation**

Fecha en que se tomó:

Visible wind damage to screen.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Exterior - 60-Right Elevation**

Fecha en que se tomó:

Missing and damaged screen.



**Risk/Exterior - 61-Right Elevation**

Fecha en que se tomó:

Installation issue, not related to storm damage.

# Hoja de fotografía

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 62-Rear Elevation**

Fecha en que se tomó:

Elevation overview.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Exterior - 63-Rear Elevation**

Fecha en que se tomó:

Overview.



**Risk/Exterior - 64-Left Elevation**

Fecha en que se tomó:

Elevation overview.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Exterior - 65-Left Elevation**

Fecha en que se tomó:

Missing window screens due to high winds.



**Risk/Exterior - 66-Left Elevation**

Fecha en que se tomó:

Missing window screens due to high winds.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Exterior - 67-Left Elevation**

Fecha en que se tomó:

Installation issue, not related to storm damage.



**Risk/Exterior - 68-Left Elevation**

Fecha en que se tomó:

Visible wind damage to screen.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Exterior - 69-Left Elevation**

Fecha en que se tomó:

Visible wind damage to screen.



**Risk/Exterior - 70-Left Elevation**

Fecha en que se tomó:

Installation issue, not related to storm damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado: Ernestine Bell

No. Reclamo: 1201253

Póliza No.: TWRD0000619955



**Risk/Exterior - 71-Dwelling Soffit**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Exterior - 72-Dwelling Soffit**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Exterior - 73-Dwelling Soffit**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Exterior - 74-Dwelling Soffit**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Interior/Baño - 75-Hallway Bath**

Fecha en que se tomó:

Overview.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Interior/Baño - 76-Hallway Bath**

Fecha en que se tomó:

Overview.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Interior/Baño - 77-Hallway Bath**

Fecha en que se tomó:

Ceiling- visible water damages.

TWIA 001428

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Interior/Baño - 78-Hallway Bath**

Fecha en que se tomó:

Ceiling- visible water damages.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Interior/Baño - 79-Hallway Bath**

Fecha en que se tomó:

Overview.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Interior/Baño - 80-Hallway Bath**

Fecha en que se tomó:

Overview.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Interior/No damage - 81-Living Room**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Interior/No damage - 82-Living Room**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Interior/No damage - 83-Living Room**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Interior/No damage - 84-Living Room**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Interior/No damage - 85-Kitchen**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Interior/No damage - 86-Kitchen**

Fecha en que se tomó:

Overview- no visible damage.

TWIA 001437

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Interior/No damage - 87-Master Bedroom**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Interior/No damage - 88-Master Bedroom**

Fecha en que se tomó:

Overview- no visible damage.

TWIA 001439

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado: Ernestine Bell

No. Reclamo: 1201253

Póliza No.: TWRD0000619955



**Risk/Interior/No damage - 89-Master Bedroom**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Interior/No damage - 90-Master Bath**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Interior/No damage - 91-Master Bath**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Interior/No damage - 92-Bedroom 1**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |



**Risk/Interior/No damage - 93-Bedroom 1**

Fecha en que se tomó:

Overview- no visible damage.



**Risk/Interior/Ático - 94-Attic**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955



**Risk/Interior/Ático - 95-Attic**

Fecha en que se tomó:

Overview- no visible damage.



**Risk/Interior/Ático - 96-Attic**

Fecha en que se tomó:

Overview- no visible damage.

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955




**97-EastImage.JPG**

Fecha en que se tomó:

Tomado por:EagleView




**98-NorthImage.JPG**

Fecha en que se tomó:

Tomado por:EagleView

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Asegurado : Ernestine Bell

No. Reclamo : 1201253

Póliza No. : TWRD0000619955




**99-SouthImage.JPG**

Fecha en que se tomó:

Tomado por:EagleView




**100-TopImage.JPG**

Fecha en que se tomó:

Tomado por:EagleView

# Hoja de fotografía

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

| | |
|---|---|
| Asegurado : | Ernestine Bell |
| No. Reclamo : | 1201253 |
| Póliza No. : | TWRD0000619955 |




**101-WestImage.JPG**

Fecha en que se tomó:

Tomado por:EagleView

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Asegurado: | Ernestine Bell | Cell: | (713) 202-1616 |
| Propiedad: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Casa: | (800) 788-8247 |
| Casa: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Rep. Reclamo: | TWIA Claims Examiner | Trabajo: | (800) 788-8247 |
| | | E-Mail: | claims@twia.org |
| Estimador: | Lee Olivares | Trabajo: | (817) 767-2108 |
| Trabajo: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-Mail: | claims@leadingedgeclaims.<br>com |
| Referencia: | | Trabajo: | (817) 767-2108 |
| Compañía: | Leading Edge Claims Service | | |
| Trabajo: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**No. Reclamo:** 1201253 **No. de póliza:** TWRD0000619955 **Tipo de pérdida:** Daño por viento

| | | | |
|---|---|---|---|
| Fecha de contacto: | 10/07/2024 06:46 p. m. | | |
| Fecha de pérdida: | 08/07/2024 12:00 a. m. | Fecha de recepción: | 09/07/2024 01:00 a. m. |
| Fecha de inspección: | 01/08/2024 02:00 p. m. | Fecha de ingreso: | 17/07/2024 06:59 p. m. |
| Fecha de finalización de estimación | 13/08/2024 03:38 p. m. | | |

| | |
|---|---|
| Lista de precios: | TXGA8X_AUG24<br>Restaurar, dar servicio o remodelar |
| Estimación: | ERNESTINE_BELL |

## Resumen de depreciación

| Categoría | CR | Depreciación | Depreciación no recuperable |
|---|---|---|---|
| **LIMPIEZA** | **115.18** | | |
| **MANIPULACIÓN DE CONTENIDO** | **60.59** | | |
| **DEMOLICIÓN GENERAL** | **164.84** | | |
| **TABLAROCA** | **560.95** | **0.15** | |
| **CARPINTERÍA TOSCA Y DE ARMAZÓN** | **719.24** | **42.04** | |
| **AISLAMIENTO** | **148.34** | **0.22** | |
| **SÓLO MANO DE OBRA** | **1.41** | | |
| **PLOMERÍA** | **297.71** | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| Categoría | CR | Depreciación | | Depreciación no recuperable |
|---|---|---|---|---|
| **PINTURA** | **713.40** | **73.09** | | |
| **TECHO** | **5,799.99** | **939.20** | | |
| **VENTANAS - COLOCACIÓN Y REPARACIÓN DE VIDRIO** | **1,436.85** | **378.30** | | |
| **Total** | **10,018.50** | **1,433.00** | | **0.00** |
| **Depreciación recuperable** | | | **1,433.00** | |

TWIA 001450

# RESUMEN DE PÉRDIDAS

| | | | |
|---|---|---|---|
| Asegurado: | Ernestine Bell | No. de póliza: | TWRD0000619955 |
| Dirección de propiedad: | 16704 Ponce De Leon, Jamaica Beach, TX 77554 | Fecha de pérdida: | 08/07/2024 |
| Dirección postal: | 1710 Ashmore Ct, Missouri City, TX 77489-2166 | Número de catástrofe: | |
| No. de tel. de asegurado: | (713) 202-1616 | Tasador No. de archivo: | |
| Compañía de tasación: | | No. de tasador: | |
| Tasador Dirección: | | Tasador Teléfono No.: | (800) 788-8247 |

| | | | | | |
|---|---|---|---|---|---|
| Fecha de asignación de pérdida: | 09/07/2024 01:00 | Fecha de contacto con asegurado: | 10/07/2024 18:46 | Fecha de inspección de pérdida: | 01/08/2024 14:00 |

| | Pérdida de costo de reposición | Depreciación recuperable | Depreciación no recuperable | Pérdida de valor efectivo real | Deducible aplicado | % de requisito de seguro obtenido | Reclamo en VER | Reclamo suplementario potencial | Reclamo de CR | Valoración CR | Valoración VER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A: Structure | 10,389.31 | 1,433.00 | 0.00 | 8,956.31 | 1,540.00 | 100 \| 100 | 7,416.31 | 1,433.00 | 8,849.31 | 0.00 | 0.00 |
| 1A: Other Structures | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 \| 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1B: Personal Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 \| 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTALES** | **$10,389.31** | **$1,433.00** | **$0.00** | **$8,956.31** | **$1,540.00** | | **$7,416.31** | **$1,433.00** | **$8,849.31** | | |

TWIA 001451

**Informe de uso de variación de lista de precios**

 13/08/2024 03:38 p. m.

**Texas Windstorm Insurance Association**

## Fecha de recepción:
09/07/2024

## Fecha de finalización:
13/08/2024

## Operador:
J.JAR James Jaraczeski

## Estimador:
LEEO-LECS Lee Olivares

## Lista de precios de control:
TXGA8X_JUL24 Galveston, TX

## Lista de precios de estimación:
TXGA8X_AUG24 Galveston, TX
Restaurar, dar servicio o remodelar

## No. Reclamo:
1201253

| | |
|---|---|
| **Total de elementos de lista de precios** | **9,991.70** |
| **Total de elementos de línea de estimación** | **9,909.16** |
| **Desviación total de elementos de línea** | **-82.54** |

* Los totales podrían diferir debido a redondeo.

**Informe de uso de variación de lista de precios**



13/08/2024 03:38 p. m.

**Texas Windstorm Insurance Association**

## Variaciones básicas

| Cat. | Sel. | Descripción | Cantidad | Unidad | Precio | Importe |
|---|---|---|---|---|---|---|
| **DMO** | **CMNTA** | | | | | |
| - | | Transportar desechos - por carga de camioneta - incluye tarifas de tiradero | 1.00 | CA | 164.56 | 164.56 |
| | | Transportar desechos - por carga de camioneta - incluye tarifas de tiradero | 1.00 | CA | 164.84 | 164.84 |
| | | | | | | **0.28** |

Dif. precio unit. Mat. 0.00 Sum. 0.00 Equipo 0.00 M.O. p/ menor 0.28 Cond. Mer. 0.00

| Cat. | Sel. | Descripción | Cantidad | Unidad | Precio | Importe |
|---|---|---|---|---|---|---|
| **MAM** | **1/2-** | | | | | |
| + | | Tablaroca de 1/2" montada, con cinta y lista para dar textura | 6.00 | P2 | 2.86 | 17.16 |
| | | Tablaroca de 1/2" montada, con cinta y lista para dar textura | 6.00 | P2 | 2.87 | 17.22 |
| | | | | | | **0.06** |

Dif. precio unit. Mat. 0.00 Sum. 0.00 Equipo 0.00 M.O. p/ menor 0.01 Cond. Mer. 0.00

| Cat. | Sel. | Descripción | Cantidad | Unidad | Precio | Importe |
|---|---|---|---|---|---|---|
| **CTA** | **1X6** | | | | | |
| + | | Madera de 1" x 6" (.5 pies de tabla por cada pie lineal) | 50.00 | PL | 3.82 | 191.00 |
| | | Madera de 1" x 6" (.5 pies de tabla por cada pie lineal) | 50.00 | PL | 3.83 | 191.50 |
| | | | | | | **0.50** |

Dif. precio unit. Mat. 0.00 Sum. 0.00 Equipo 0.00 M.O. p/ menor 0.01 Cond. Mer. 0.00

| Cat. | Sel. | Descripción | Cantidad | Unidad | Precio | Importe |
|---|---|---|---|---|---|---|
| **CTA** | **1X6** | | | | | |
| - | | Madera de 1" x 6" (.5 pies de tabla por cada pie lineal) | 50.00 | PL | 1.12 | 56.00 |
| | | Madera de 1" x 6" (.5 pies de tabla por cada pie lineal) | 50.00 | PL | 1.13 | 56.50 |
| | | | | | | **0.50** |

Dif. precio unit. Mat. 0.00 Sum. 0.00 Equipo 0.00 M.O. p/ menor 0.01 Cond. Mer. 0.00

| Cat. | Sel. | Descripción | Cantidad | Unidad | Precio | Importe |
|---|---|---|---|---|---|---|
| **CTA** | **TBM** | | | | | |
| + | | Barandal de terraza - mano de obra solomente | 8.00 | PL | 27.24 | 217.92 |
| | | Barandal de terraza - mano de obra solomente | 8.00 | PL | 27.31 | 218.48 |
| | | | | | | **0.56** |

Dif. precio unit. Mat. 0.00 Sum. 0.00 Equipo 0.00 M.O. p/ menor 0.07 Cond. Mer. 0.00

**Informe de uso de variación de lista de precios**

 13/08/2024 03:38 p. m.

**Texas Windstorm Insurance Association**

**Variaciones básicas**

| Cat. | Sel. | Descripción | Cantidad | Unidad | Precio | Importe |
|---|---|---|---|---|---|---|
| **CTA** | **TBT** | | | | | |
| + | | Barandal de terraza de madera tratada | 6.00 | PL | 38.93 | 233.58 |
| | | Barandal de terraza de madera tratada | 6.00 | PL | 39.00 | 234.00 |
| | | | | | | **0.42** |
| **AIS** | **AS12** | | | | | |
| - | | Aislamiento soplado de 12" de profundidad, R30 | 6.00 | P2 | 1.18 | 7.08 |
| | | Aislamiento soplado de 12" de profundidad, R30 | 6.00 | P2 | 1.17 | 7.02 |
| | | | | | | **-0.06** |
| **PLM** | **INOVI** | | | | | |
| + | | Inodoro - Desmontar y reinstalar | 1.00 | CA | 252.47 | 252.47 |
| | | Inodoro - Desmontar y reinstalar | 1.00 | CA | 253.26 | 253.26 |
| | | | | | | **0.79** |
| **TEC** | **ARTD>** | | | | | |
| - | | Arrancar, transportar y desechar tejas compuestas - Laminada | 11.76 | C2 | 65.18 | 766.52 |
| | | Arrancar, transportar y desechar tejas compuestas - Laminada | 11.76 | C2 | 65.32 | 768.16 |
| | | | | | | **1.64** |
| **TEC** | **GOT** | | | | | |
| - | | Orilla de goteo | 141.52 | PL | 0.39 | 55.19 |
| | | Orilla de goteo | 141.52 | PL | 0.40 | 56.61 |
| | | | | | | **1.42** |

| Partida | | Mat. | Sum. | Equipo | M.O. p/ menor | Cond. Mer. |
|---|---|---|---|---|---|---|
| CTA TBT | Dif. precio unit. | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 |
| AIS AS12 | Dif. precio unit. | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 |
| PLM INOVI | Dif. precio unit. | 0.00 | 0.00 | 0.00 | 0.79 | 0.00 |
| TEC ARTD> | Dif. precio unit. | 0.00 | 0.00 | 0.00 | 0.14 | 0.00 |
| TEC GOT | Dif. precio unit. | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |

TWIA 001454

## Informe de uso de variación de lista de precios

 

## Texas Windstorm Insurance Association

### Variaciones básicas

| Cat. | Sel. | Descripción | Cantidad | Unidad | Precio | Importe |
|---|---|---|---|---|---|---|
| **TEC** | **VTGAP** | | | | | |
| - | | Vierteaguas, gato alzatubos, de plomo | 3.00 | CA | 8.41 | 25.23 |
| | | Vierteaguas, gato alzatubos, de plomo | 3.00 | CA | 8.43 | 25.29 |
| | | | | | | **0.06** |
| Dif. precio unit. | | Mat. 0.00 Sum. 0.00 Equipo 0.00 | M.O. p/ menor 0.02 | | Cond. Mer. 0.00 | |
| **TEC** | **ALTO** | | | | | |
| - | | Cargo adicional por techo alto (2 pisos o más) | 11.76 | C2 | 6.31 | 74.21 |
| | | Cargo adicional por techo alto (2 pisos o más) | 11.76 | C2 | 6.32 | 74.32 |
| | | | | | | **0.11** |
| Dif. precio unit. | | Mat. 0.00 Sum. 0.00 Equipo 0.00 | M.O. p/ menor 0.01 | | Cond. Mer. 0.00 | |
| **VNP** | **MOQ36** | | | | | |
| + | | Mosquitero de puerta de patio, de 36" de ancho | 1.00 | CA | 86.48 | 86.48 |
| | | Mosquitero de puerta de patio, de 36" de ancho | 1.00 | CA | 0.00 | 0.00 |
| | | | | | | **-86.48** |
| Dif. precio unit. | | Mat. 0.00 Sum. 0.00 Equipo 0.00 | M.O. p/ menor 0.02 | | Cond. Mer. 0.00 | |
| **VNP** | **MOQ36** | | | | | |
| - | | Mosquitero de puerta de patio, de 36" de ancho | 1.00 | CA | 6.01 | 6.01 |
| | | Mosquitero de puerta de patio, de 36" de ancho | 1.00 | CA | 0.00 | 0.00 |
| | | | | | | **-6.01** |
| Dif. precio unit. | | Mat. 0.00 Sum. 0.00 Equipo 0.00 | M.O. p/ menor 0.02 | | Cond. Mer. 0.00 | |
| **VNC** | **MOSQ<** | | | | | |
| + | | Mosquitero de ventana de 1 a 9 pies cuadrados | 31.00 | CA | 41.81 | 1,296.11 |
| | | Mosquitero de ventana de 1 a 9 pies cuadrados | 31.00 | CA | 41.83 | 1,296.73 |
| | | | | | | **0.62** |
| Dif. precio unit. | | Mat. 0.00 Sum. 0.00 Equipo 0.00 | M.O. p/ menor 0.02 | | Cond. Mer. 0.00 | |

## Informe de uso de variación de lista de precios



## Texas Windstorm Insurance Association

### Variaciones básicas

| Cat. | Sel. | Descripción | Cantidad | Unidad | Precio | Importe |
|---|---|---|---|---|---|---|
| **VNC** | **MOSQ<** | | | | | |
| - | | Mosquitero de ventana de 1 a 9 pies cuadrados | 31.00 | CA | 4.51 | 139.81 |
| | | Mosquitero de ventana de 1 a 9 pies cuadrados | 31.00 | CA | 4.52 | 140.12 |
| | | | | | | **0.31** |

| Dif. precio unit. | Mat. | 0.00 | Sum. | 0.00 | Equipo | 0.00 | M.O. p/ menor | 0.01 | Cond. Mer. | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|

| Labor Minimum Code | Descripción | Base Amount | Adjusted Amount |
|---|---|---|---|
| DRYMN-A | Drywall labor minimum | 554.95 | 527.32 |
| | Drywall labor minimum | 556.39 | 528.76 |
| | | | **1.44** |
| INSMN-A | Insulation labor minimum | 141.01 | 132.37 |
| | Insulation labor minimum | 141.38 | 132.74 |
| | | | **0.37** |
| PLMMN-A | Plumbing labor minimum | 287.26 | 43.52 |
| | Plumbing labor minimum | 288.19 | 44.45 |
| | | | **0.93** |

**Desviación de línea de elemento** **-82.54**

Open All Close All

Korylee Horstmeyer, Korylee Horstmeyer Jul 9, 2024

## Assignee Information

**Assignee**

Korylee Horstmeyer - Korylee Horstmeyer

Address: 4299 CR 242, Palmyra, MO 63461

**Contact Methods**

Email: khorstmeyer@leadingedgeclaims.com
arrow_drop_down arrow_drop_up

- Email: koryhorstmeyer@aol.com
- Email: korylee.horstmeyer@ptsemail.com
- Office: (573) 673-7647

### Adjuster Address

KORYHORS@CPKQ3.KO
RYLEE.HORSTMEYER

### Project Manager

unassigned

### Xactimate® Profile

TWIA

### Office Levels

State: Texas

Program Loc.: Galveston

### Organization Levels

none found

### Desk Adjuster

TexasWindstorm - Kristin Stockstill

Office: (512) 637-4037

kstockstill@twia.org

**Estimate Reviewer**

- Tom Spillman

Office: (817) 767-2108 Ext:8238

tspillman@leadingedgeclaims.com

**Estimate Reviewer**

- TWIA Claims

claims@twia.org

# XactAnalysis Status

| | Date Updated |
|---|---|
| Assignment Entered Queue | Jul 9, 2024 2:45:43 PM |
| Assignment Received | Jul 9, 2024 2:57:52 PM |
| Adjuster Notified | *email*<br>Sent Email to khorstmeyer@leadingedgeclaims.com<br>Jul 9, 2024 2:57:53 PM<br>*email*<br>Sent Email to koryhorstmeyer@aol.com<br>Jul 9, 2024 2:57:53 PM |
| Assignment Delivered | Jul 9, 2024 2:58:00 PM |
| Estimate Returned to XactAnalysis | |
| Correction Returned to XactAnalysis | |
| Cancellation Received | |
| Adjuster Notified of Cancellation | |
| Assignment Rejected | |
| Assignment Reassigned | Jul 17, 2024 6:58:47 PM |

**Workflow Status**

| | | Date Updated | |
|---|---|---|---|
| Customer Contacted | | Jul 10, 2024 6:46:44 PM | |
| Site Inspected | | | |
| Planned Inspection Date | | | |
| Leading Edge Reviewer | **Tom Spillman** | | |
| Leading Edge Review Completed | **Reviewer Assigned** | Jul 9, 2024 2:46:46 PM | |
| TWIA - Leading Edge Review Completed | **Reviewer Assigned** | Jul 9, 2024 2:46:46 PM | |
| Job Sold | | | edit |
| Job Started | | | |
| Job Completed | | | |
| Job Not Sold | | | edit |
| File Status | **Open** | | |
| Collaboration Status | | | |
| Attention Status | **Attention not needed** | | |

**Approval Status**

| | Date Updated |
|---|---|
| Change QA Status | |
| Change Client Status | |

All dates and times are in Central Daylight Savings Time

## Assignee Information

#### Assignee

Roof Pro Services - Lee Olivares

Address: 501 W Owassa Rd Unit A, Edinburg, TX 78539

#### Contact Methods

Email: roofbypros@gmail.com

- Office: (956) 578-3719
- SMS: (956) 578-3719

### Adjuster Address

ROOFBYPR@ROOFBYPR
OS

### Project Manager

unassigned

### Xactimate® Profile

TWIA

### Office Levels

State: Texas

Program Loc.: Galveston

### Organization Levels

none found

### Desk Adjuster

TexasWindstorm - Toni Bowden

t.bowden20240911@twia.org

### Estimate Reviewer

- James Jaraczeski

j.jaraczeski@twia.org

### Estimate Reviewer

- Dave DeVilbiss

ddevilbiss@leadingedgeclaims.com

**Collaborator Information**

Texas Windstorm Insurance Association - Texas Windstorm

Address: 5700 South Mopac Expressway, Building E, Suite 530
Austin, TX 78749

**Collaborator Address**

J.JAR@ TEXAS.WINDSTORM

# XactAnalysis Status

| | | Date Updated |
|---|---|---|
| Assignment Received | | Jul 17, 2024 6:58:46 PM |
| Adjuster Notified | | |
| Assignment Delivered | | Jul 17, 2024 6:59:07 PM |
| In-Progress Estimate Returned to XactNet | | Aug 9, 2024 11:47:00 AM |
| Estimate Returned to XactAnalysis | **$22,455.29** | Aug 6, 2024 3:24:05 AM |
| | **$22,463.85** | Aug 8, 2024 3:12:23 PM |
| Correction Returned to XactAnalysis | **Collaboration: $10,489.04** | Aug 9, 2024 11:57:12 AM |
| | **Collaboration: $10,389.31** | Aug 13, 2024 3:39:26 PM |
| Cancellation Received | | |
| Adjuster Notified of Cancellation | | |
| Assignment Rejected | | |

**Workflow Status**

| | | Date Updated |
|---|---|---|
| Customer Contacted | | Jul 10, 2024 6:46:09 PM |
| Site Inspected | | Aug 1, 2024 2:00:00 PM |
| Planned Inspection Date | | |
| Leading Edge Reviewer | **Dave DeVilbiss** | |
| Leading Edge Review Completed | | Not in Review Queue |
| TWIA - Leading Edge Review Completed | **Reviewed** | Aug 13, 2024 3:42:33 PM |
| Job Sold | | |
| Job Started | | |
| Job Completed | | |
| Job Not Sold | | |
| File Status | **Open** | |
| | **Completed** | Aug 13, 2024 3:39:26 PM |
| Collaboration Status | **In Progress** | Aug 13, 2024 3:28:18 PM |
| | **In Progress** | Aug 9, 2024 11:04:03 AM |
| Attention Status | **Attention not needed** | |

**Approval Status**

| | | Date Updated |
|---|---|---|
| Change QA Status | **QA Approved** | Aug 13, 2024 3:42:41 PM |
| Change Client Status | **Approved** | Aug 13, 2024 3:42:48 PM |

All dates and times are in Central Daylight Savings Time

| | Source | Note | Date |
|---|---|---|---|
| | | collaboration completed | |
| 27 | James Jaraczeski TexasWindstorm | Email sent to t.bowden@twia.org | Aug 13, 2024 3:43:23 PM |
| 26 | James Jaraczeski TexasWindstorm | Status Update: "Client Approved" | Aug 13, 2024 3:42:48 PM |
| 25 | James Jaraczeski TexasWindstorm | Status Update: "QA Approved" | Aug 13, 2024 3:42:41 PM |
| 24 | James Jaraczeski TexasWindstorm | Status Update: "Reviewed" | Aug 13, 2024 3:42:33 PM |
| 23 | James Jaraczeski TexasWindstorm | Status Update: "Review Accepted" | Aug 13, 2024 3:42:26 PM |
| 22 | James Jaraczeski TexasWindstorm | per ce, the patio screen was paid for in a prior claim<br>Do you agree to collaborate with the estimate originator on any changes?<br>By clicking accept, you certify that you will work with the estimate originator to arrive at an agreement regarding all changes before you email, print, or share the estimate with the carrier, insured, or any other interested parties.<br>The collaboration agreement was accepted.<br>Collaboration assigned to: J.JAR@TEXAS.WINDSTORM | Aug 13, 2024 3:28:18 PM |
| 21 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Toni Bowden 737-931-1738 t.bowden@twia.org | Aug 13, 2024 7:44:56 AM |
| 20 | Dave DeVilbiss LeadingEdge | Status Update: "QA Approved" | Aug 9, 2024 12:07:54 PM |
| 19 | Dave DeVilbiss LeadingEdge | Admin Revision<br><br>Do you agree to collaborate with the estimate originator on any changes?<br>By clicking accept, you certify that you will work with the estimate originator to arrive at an agreement regarding all changes before you email, print, or share the estimate with the carrier, insured, or any other interested parties.<br>The collaboration agreement was accepted.<br>Collaboration assigned to: DAVIDRJM@DAVID.GERMANTOWN.OH | Aug 9, 2024 11:04:03 AM |
| 18 | XactNet System | Status Update: "Customer Contacted"<br>This status was updated by information received from Xactimate. | Aug 1, 2024 11:24:26 PM |
| 17 | Lee Olivares Adjuster | Status Update: "Site Inspected"<br>Inspection completed with Mrs. Bell. | Aug 1, 2024 11:02:16 PM |
| 16 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Tosha Martin 737-931-1739 t.martin@twia.org | Jul 18, 2024 9:50:15 AM |
| 15 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Leila Brockus 737-931-1740 l.brockus@twia.org | Jul 17, 2024 8:46:16 PM |
| 14 | XactNet System | Status Update: "Hail Report Completed" | Jul 17, 2024 6:58:47 PM |

TWIA 001463

| | Source | Note | Date |
|---|---|---|---|
| 13 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Kristen Stockstill 512-637-4037 kstockstill@twia.org | Jul 17, 2024 6:58:47 PM |
| 12 | Korylee Horstmeyer Adjuster | Status Update: "Appointment Scheduled"<br>Status Date: Jul 24, 2024 6:54:00 PM<br>Note that insured will be out of town until 7/23 and requested to meet on 7/24. | Jul 10, 2024 6:55:06 PM |

## Previous Assignment to Korylee Horstmeyer (Korylee Horstmeyer) on Jul 9, 2024

| | Source | Note | Date |
|---|---|---|---|
| 11 | David Christopher LeadingEdge | **Status Update: "Reassigned" to Roof Pro Services** | **Jul 17, 2024 6:58:47 PM** |
| 10 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Kristen Stockstill 512-637-4037 kstockstill@twia.org | Jul 17, 2024 4:24:07 PM |
| 9 | Korylee Horstmeyer Adjuster | Status Update: "Appointment Scheduled"<br>Status Date: Jul 24, 2024 6:54:00 PM<br>Note that insured will be out of town until 7/23 and requested to meet on 7/24. | Jul 10, 2024 6:55:06 PM |
| 8 | Korylee Horstmeyer Adjuster | Contacted Mrs. Bell and discussed claim. She will be out of town until 7/23. Mutually agreed upon an inspection date of 7/24. File pending inspection. | Jul 10, 2024 6:54:14 PM |
| 7 | XactNet System | Status Update: "Customer Contacted"<br>This status was updated by information received from Xactimate. | Jul 10, 2024 6:46:52 PM |
| 6 | TWIA Claims TexasWindstorm | Risk#; Limit of Liability; Coinsurance %; Deductible; Form Numbers; Insured Property and Form Description<br><br>1B; $62,000.00; null%; $620.00; ; Secondary; 16704 Ponce De Leon, Jamaica Beach, TX 77554; null;<br><br>1A; $154,000.00; 80%; $1,540.00; ; Secondary; 16704 Ponce De Leon, Jamaica Beach, TX 77554; null; | Jul 9, 2024 3:44:44 PM |
| 5 | David Christopher LeadingEdge | Status Update: "Assigned From Queue" | Jul 9, 2024 2:57:52 PM |
| 4 | David Christopher LeadingEdge | Status Update: "Notification Pending" | Jul 9, 2024 2:57:52 PM |
| 3 | XactNet System | Status Update: "Hail Report Completed" | Jul 9, 2024 2:46:27 PM |
| 2 | XactAnalysis System | Status Update: "Roofing Analysis Exported"<br>File Received by EagleView Roof | Jul 9, 2024 2:46:06 PM |
| 1 | XactNet System | Status Update: "Hail Report Requested" | Jul 9, 2024 2:45:47 PM |

All dates and times are in Central Daylight Savings Time

## Property Owner / Risk Information

**Policyholder Name**

Ernestine Bell

**Address**

1710 Ashmore Ct, Missouri City, TX 77489-2166 US

**Home Phone**

(800) 788-8247

**Business Phone**

**Mobile Phone**

(713) 202-1616 - Primary

**Pager**

**Email Address**

**3rd Party Claimant**

**Address**

**Phone**

**Risk Location**

16704 Ponce De Leon, Jamaica Beach, TX 77554 US

**Property Access Contact**

Ernestine Bell

**Phone**

(713) 202-1616

## Claim Information

**Type of Loss**

Wind (WIND)

**Claim #**

1201253

**CAT Code**

**Business Unit**

**Date of Loss**

Jul 8, 2024 12:00:00 AM

**Date Received**

Jul 9, 2024 1:00:00 AM

**Appointment Date**

Jul 24, 2024 6:54:00 PM

**Program Location**

Galveston

**Adjuster**

Roof Pro Services - Lee Olivares

**Price List Area**

TXGA8X_JUL24

**Description of Loss and/or Instructions**

From: TWIA - Leading Edge

ASSIGNMENT PROFILE:
Type: Normal
Claim Rep:
Date of Loss: 07/07/2024
Claim Number: 1201253
Insured Name: Ernestine Bell
Day Phone:
Evening Phone: (800) 788-8247

Type of Loss: Hail
Job Type:
Location of Property: 16704 Ponce De Leon
Jamaica Beach, TX 77554
USA

Instructions:
Service #:10243967; Damage Description:ROOF DAMAGE AN WATER DAMAGE ON THE FRONT DOOR; Additional Instructions:None; Forms:

Assignment Received by XactAnalysis: 07/17/2024 05:58PM MT
(XactAnalysis ID: 060RF9S)

## Writing Company

### Company

Leading Edge Claims Service

### Address

360 S. Nolen Dr., Ste. 100, Southlake, TX 76092 US

## Policy Information

### Policy Type

Homeowner

### Policy Number

TWRD0000619955

### Inception Date

### Effective Date

Jun 28, 2024

### Expiration Date

Jun 28, 2025

### Apply Deductible

Coverage Specific

### Apply Limits

Yes

| Coverage | Type | Policy Limit | Deductible | Apply To | ITV | Reserve |
|---|---|---|---|---|---|---|
| 1A: Structure | Structural | $154,000.00 | $1,540.00 | R/C | 80.00% | $0.00 |
| 1A: Other Structures | Structural | $15,400.00 | $0.00 | Both | 0.00% | $0.00 |
| 1B: Personal Property | Structural | $62,000.00 | $620.00 | Both | 0.00% | $0.00 |

**Is Attention Needed**

No

All dates and times are in Central Daylight Savings Time

TWIA 001468

**Audit Summary Report**

13-Aug-2024 02:39:26 PM

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Home: | (800) 788-8247 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Business: | |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Estimator: | J.JAR | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1201253 | TWRD0000619955 | WIND | 0 |

| | | | |
|---|---|---|---|
| Date of Loss: | 07-Jul-2024 | Date Received: | 09-Jul-2024 |
| Date Inspected: | 01-Aug-2024 | Date Entered: | 17-Jul-2024 |

Price List: TXGA8X_JUL24
Estimate: ERNESTINE_BELL

# Current Audit Report - 13-Aug-2024 02:39:26 PM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

# Previous Audit Report - 09-Aug-2024 10:57:12 AM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

# Previous Audit Report - 08-Aug-2024 02:12:23 PM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments** Original Adjusted Original Adjusted

| Room/Area | Audit Rule(s) | Items in Question | Act/Qty | Act/Qty | Total | Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Previous Audit Report - 06-Aug-2024 02:24:05 AM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit cost of zero. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Audit Report Summary - 13-Aug-2024 02:39:26 PM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit price of zero. We recommend that you increase the quantity or unit price of the items in question and ensure that the quantities and labor minimums are correct. To verify that the zero is correct for the quantity or price, select "Indicate why the inspection result is to be ignored." and leave a comment in the text field. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

**Audit Summary Report**

09-Aug-2024 10:57:12 AM

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Home: | (800) 788-8247 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Business: | |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Estimator: | J.JAR | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1201253 | TWRD0000619955 | WIND | 0 |

| | | | |
|---|---|---|---|
| Date of Loss: | 07-Jul-2024 | Date Received: | 09-Jul-2024 |
| Date Inspected: | 01-Aug-2024 | Date Entered: | 17-Jul-2024 |

Price List: TXGA8X_JUL24
Estimate: ERNESTINE_BELL

# Current Audit Report - 09-Aug-2024 10:57:12 AM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

# Previous Audit Report - 08-Aug-2024 02:12:23 PM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

# Previous Audit Report - 06-Aug-2024 02:24:05 AM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit cost of zero. | Resolved | |

TWIA 001471

| Inspection Audit Adjustments | | | Original | Adjusted | Original | Adjusted | |
|---|---|---|---|---|---|---|---|
| Room/Area | Audit Rule(s) | Items in Question | Act/Qty | Act/Qty | Total | Total | Results |
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

# Audit Report Summary - 13-Aug-2024 02:39:26 PM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit price of zero. We recommend that you increase the quantity or unit price of the items in question and ensure that the quantities and labor minimums are correct. To verify that the zero is correct for the quantity or price, select "Indicate why the inspection result is to be ignored." and leave a comment in the text field. | Resolved | |

| Inspection Audit Adjustments | | | Original | Adjusted | Original | Adjusted | |
|---|---|---|---|---|---|---|---|
| Room/Area | Audit Rule(s) | Items in Question | Act/Qty | Act/Qty | Total | Total | Results |
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

TWIA 001472

| | | | |
|---|---|---|---|
| Insured : | Ernestine Bell | Policy No. : | TWRD0000619955 |
| Property Address : | 16704 Ponce De Leon, Jamaica Beach, TX 77554 | Date of Loss : | 7/8/2024 |
| | | Catastrophe No. : | |
| Mailing Address : | 1710 Ashmore Ct, Missouri City, TX 77489-2166 | Adj. File No. : | |
| Insured Tel. No. : | (713) 202-1616 | Loss Amount: | $22,455.29 |

Referral Date    Date Insured Contacted: 7/10/2024    Date Loss Inspected: 8/1/2024

# Activity Report

**Totals for completed activities**

**Total Hours: 0.00**    **Total Expenses: 0.00**    **Total Travel: 0.00**

TWIA 001473

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business:<br>E-mail: | (800) 788-8247<br>claims@twia.org |
| Estimator: | TWIA Claims Examiner | Business:<br>E-mail: | (800) 788-8247<br>claims@twia.org |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/6/2024 3:23 AM | | |

Price List: TXGA8X_JUL24
Restoration/Service/Remodel
Estimate: ERNESTINE_BELL

## Depreciation Summary

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| **CLEANING** | **115.18** | | |
| **CONTENT MANIPULATION** | **60.59** | | |
| **GENERAL DEMOLITION** | **775.23** | | |
| **DRYWALL** | **559.51** | **0.15** | |
| **FRAMING & ROUGH CARPENTRY** | **717.26** | **42.04** | |
| **INSULATION** | **148.03** | **0.22** | |
| **LAB** | **1.41** | | |
| **PLUMBING** | **296.78** | | |
| **PAINTING** | **2,082.97** | **239.02** | |
| **ROOFING** | **5,796.76** | **939.20** | |
| **SCAFFOLDING** | **1,822.40** | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| SIDING | 8,578.89 | 173.71 | |
| WINDOWS - SLIDING PATIO DOORS | 92.49 | 20.32 | |
| WINDOW REGLAZING & REPAIR | 694.80 | 183.05 | |
| WINDOWS - WOOD | 88.55 | | |
| Total | 21,830.85 | 1,597.71 | 0.00 |
| Recoverable Depreciation | | | 1,597.71 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business:<br>E-mail: | (800) 788-8247<br>claims@twia.org |
| Estimator: | TWIA Claims Examiner | Business:<br>E-mail: | (800) 788-8247<br>claims@twia.org |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/6/2024 3:23 AM | | |

Price List: TXGA8X_JUL24
Restoration/Service/Remodel
Estimate: ERNESTINE_BELL

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

TWIA 001477

# Ownership Audit

## Estimate: ERNESTINE_BELL

| User | Ownership Period | Total Items | Estimate Total |
|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 to 8/6/2024 | 45 | $21,830.85 |

## Session Statistics

| User | Date | Time | Total Items | Estimate Total |
|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 | 23:22:39 to 23:24:22 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/5/2024 | 12:44:13 to 03:23:21 | 45 | $21,830.85 |

# Estimate Audit Trail

**Estimate: ERNESTINE_BELL**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| () | 7/17/2024 18:59:34 | $0.00 | $0.00 | N/A | Measurement data received from provider EAGLEVIEW.ROOF.PROVIDER |
| (ROOFBYPR) Lee Olivares | 7/17/2024 21:56:32 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 7/30/2024 00:31:45 | $0.00 | $0.00 | N/A | Estimate checked back in |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:22:16 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:24:22 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 17:15:54 | $0.00 | $0.00 | N/A | Sketch Third Party Roof Usage |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:30:33 | $0.00 | $6,041.29 | N/A | 12 item(s) pasted from estimate KIM_WALKER owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:09 | $6,041.29 | $6,041.29 | 0.0 | Unknown |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:09 | $6,041.29 | $7,447.77 | +23.3 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:35 | $7,447.77 | $7,555.70 | +1.4 | Unknown |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:35 | $7,555.70 | $15,888.36 | +110.3 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:32:47 | $15,888.36 | $15,888.36 | 0.0 | Tax jurisdiction set to 8.25% |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:04:17 | $15,888.36 | $21,830.85 | +37.4 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:22:18 | $21,830.85 | $21,830.85 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:23:21 | $21,830.85 | $20,915.29 | -4.2 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:23:21 | $20,915.29 | $21,830.85 | +4.4 | Estimate set to complete |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business:<br>E-mail: | (800) 788-8247<br>claims@twia.org |
| Estimator: | TWIA Claims Examiner | Business:<br>E-mail: | (800) 788-8247<br>claims@twia.org |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/6/2024 3:23 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_JUL24<br>Restoration/Service/Remodel |
| Estimate: | ERNESTINE_BELL |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**ERNESTINE_BELL**

**Dwelling**

**Dwelling Roof**




**Roof**

| | | | |
|---|---|---|---|
| 1175.87 | Surface Area | 11.76 | Number of Squares |
| 141.52 | Total Perimeter Length | 7.92 | Total Ridge Length |
| 85.46 | Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Remove Additional charge for high roof (2 stories or greater) | 11.76 SQ | 6.31 | 0.00 | 74.21 | (0.00) | 74.21 |
| 2. Tear off, haul and dispose of comp. shingles - Laminated | 11.76 SQ | 65.18 | 0.00 | 766.52 | (0.00) | 766.52 |
| 3. Additional charge for high roof (2 stories or greater) | 12.46 SQ | 18.82 | 0.00 | 234.50 | (0.00) | 234.50 |
| Auto Calculated Waste: 6.0%, 0.70SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5", | | | | | | |
| 4. R&R Drip edge | 141.52 LF | 3.07 | 13.54 | 448.00 | (56.28) | 391.72 |
| 5. Roofing felt - 15 lb. | 11.76 SQ | 32.32 | 7.88 | 387.96 | (57.29) | 330.67 |
| 6. Asphalt starter - universal starter course | 141.52 LF | 1.89 | 6.54 | 274.01 | (47.55) | 226.46 |
| 7. Laminated - comp. shingle rfg. - w/out felt | 12.67 SQ | 254.31 | 145.37 | 3,367.48 | (704.81) | 2,662.67 |
| Auto Calculated Waste: 7.7%, 0.91SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8",<br>Bundle Rounding: 1.8%, 0.21SQ - (included in waste calculation above) | | | | | | |
| 8. R&R Flashing - pipe jack - lead | 3.00 EA | 88.58 | 12.31 | 278.05 | (51.15) | 226.90 |
| 9. R&R Continuous ridge vent - shingle-over style | 7.92 LF | 10.77 | 3.06 | 88.36 | (12.71) | 75.65 |
| 10. R&R Hip / Ridge cap - Standard profile - composition shingles | 7.92 LF | 8.38 | 1.94 | 68.31 | (9.41) | 58.90 |
| **Totals: Roof** | | | **190.64** | **5,987.40** | **939.20** | **5,048.20** |
| **Total: Dwelling Roof** | | | **190.64** | **5,987.40** | **939.20** | **5,048.20** |

**Exterior**



**Ext_Surfaces**

| | | | |
|---|---|---|---|
| 901.99 | SF Walls | 100.22 | LF Floor Perimeter |
| 901.99 | SF Walls & Ceiling | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 11. R&R Patio door screen, 36" wide | 1.00 EA | 92.49 | 6.71 | 99.20 | (20.32) | 78.88 |
| 12. R&R Window screen, 1 - 9 SF | 15.00 EA | 46.32 | 45.30 | 740.10 | (183.05) | 557.05 |
| 13. R&R Siding - beveled - fiber-cement (clapboard) | 901.99 SF | 6.53 | 159.25 | 6,049.24 | (128.68) | 5,920.56 |
| 14. R&R Siding trim - 1" x 4" fiber cement trim board | 300.00 LF | 7.61 | 41.58 | 2,324.58 | (33.60) | 2,290.98 |
| 15. R&R House wrap (air/moisture barrier) | 901.99 SF | 0.45 | 14.14 | 420.04 | (11.43) | 408.61 |
| 16. Paint wood siding - 1 coat | 901.99 SF | 1.57 | 24.56 | 1,440.68 | (198.44) | 1,242.24 |
| 17. Paint trim - one coat | 300.00 LF | 1.29 | 2.72 | 389.72 | (22.00) | 367.72 |
| 18. Labor to set up and take down scaffold - per section | 20.00 EA | 30.69 | 0.00 | 613.80 | (0.00) | 613.80 |
| 19. Scaffold - per section (per week) | 20.00 WK | 60.43 | 0.00 | 1,208.60 | (0.00) | 1,208.60 |
| For elevations right and left 20 sections are needed for a week based on the leaner feet and height. | | | | | | |
| Decking | | | | | | |
| 20. R&R Deck hand rail/guard rail - Labor only | 8.00 LF | 28.58 | 0.21 | 228.85 | (1.28) | 227.57 |
| 21. R&R Deck guard rail - treated lumber | 6.00 LF | 40.27 | 5.94 | 247.56 | (36.03) | 211.53 |
| 22. R&R 1" x 6" lumber (.5 BF per LF) | 50.00 LF | 4.94 | 5.86 | 252.86 | (4.73) | 248.13 |
| **Totals: Ext_Surfaces** | | | **306.27** | **14,015.23** | **639.56** | **13,375.67** |
| **Total: Exterior** | | | **306.27** | **14,015.23** | **639.56** | **13,375.67** |

## Interior




**Bathroom** **Height: 8'**

| | | | |
|---|---|---|---|
| 160.00 | SF Walls | 25.00 | SF Ceiling |
| 185.00 | SF Walls & Ceiling | 25.00 | SF Floor |
| 2.78 | SY Flooring | 20.00 | LF Floor Perimeter |
| 20.00 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 23. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 60.59 | (0.00) | 60.59 |
| 24. Mask the floor per square foot - plastic and tape - 4 mil | 25.00 SF | 0.32 | 0.14 | 8.14 | (0.58) | 7.56 |
| 25. Mask and prep for paint - plastic, paper, tape (per LF) | 20.00 LF | 1.79 | 0.45 | 36.25 | (1.80) | 34.45 |
| 26. Toilet - Detach & reset | 1.00 EA | 252.47 | 0.79 | 253.26 | (0.00) | 253.26 |
| 27. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.36 | 0.32 | 20.48 | (0.13) | 20.35 |
| 28. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.61 | 0.54 | 16.20 | (0.22) | 15.98 |
| 29. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 4.84 | (0.16) | 4.68 |
| 30. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 12.03 | (0.02) | 12.01 |
| 31. Paint the ceiling - two coats | 25.00 SF | 1.25 | 0.54 | 31.79 | (2.17) | 29.62 |
| 32. Paint the walls - two coats | 160.00 SF | 1.25 | 3.43 | 203.43 | (13.87) | 189.56 |
| 33. Final cleaning - construction - Residential | 25.00 SF | 0.29 | 0.60 | 7.85 | (0.00) | 7.85 |
| **Totals: Bathroom** | | | **6.91** | **654.86** | **18.95** | **635.91** |

TWIA 001483

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total: Interior** | | | **6.91** | **654.86** | **18.95** | **635.91** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 34. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 775.23 | 0.00 | 775.23 | (0.00) | 775.23 |
| **Totals: Debris Removal** | | | **0.00** | **775.23** | **0.00** | **775.23** |
| **Total: Dwelling** | | | **503.82** | **21,432.72** | **1,597.71** | **19,835.01** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 35. Drywall labor minimum | 1.00 EA | 527.38 | 0.00 | 527.38 | (0.00) | 527.38 |
| 36. Window labor minimum | 1.00 EA | 88.55 | 0.00 | 88.55 | (0.00) | 88.55 |
| 37. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 1.41 | (0.00) | 1.41 |
| 38. Plumbing labor minimum | 1.00 EA | 44.31 | 0.00 | 44.31 | (0.00) | 44.31 |
| 39. Insulation labor minimum | 1.00 EA | 132.37 | 0.00 | 132.37 | (0.00) | 132.37 |
| 40. Cleaning labor minimum | 1.00 EA | 107.93 | 8.90 | 116.83 | (0.00) | 116.83 |
| **Totals: Labor Minimums Applied** | | | **8.90** | **910.85** | **0.00** | **910.85** |
| **Line Item Totals: ERNESTINE_BELL** | | | **512.72** | **22,343.57** | **1,597.71** | **20,745.86** |

| Additional Charges | Charge |
|---|---|
| Permit | 111.72 |
| **Additional Charges Total** | **$111.72** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,061.99 | SF Walls | 25.00 | SF Ceiling | 1,086.99 | SF Walls and Ceiling |
| 25.00 | SF Floor | 2.78 | SY Flooring | 120.22 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 20.00 | LF Ceil. Perimeter |
| 25.00 | Floor Area | 32.11 | Total Area | 160.00 | Interior Wall Area |
| 2,123.36 | Exterior Wall Area | 122.89 | Exterior Perimeter of Walls | | |
| 1,175.87 | Surface Area | 11.76 | Number of Squares | 141.52 | Total Perimeter Length |
| 7.92 | Total Ridge Length | 85.46 | Total Hip Length | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 21,830.85 |
| Permit | 111.72 |
| Material Sales Tax | 503.22 |
| Subtotal | 22,445.79 |
| Cleaning Sales Tax | 9.50 |
| **Replacement Cost Value** | **$22,455.29** |
| Less Depreciation | (1,597.71) |
| **Actual Cash Value** | **$20,857.58** |
| Less Deductible | (1,540.00) |
| **Net Claim** | **$19,317.58** |
| Total Recoverable Depreciation | 1,597.71 |
| **Net Claim if Depreciation is Recovered** | **$20,915.29** |

TWIA Claims Examiner

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes

| | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | 503.22 | 0.00 | 9.50 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **503.22** | **0.00** | **9.50** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

# Recap by Room

**Estimate: ERNESTINE_BELL**

| | | |
|---|---|---|
| **Area: Dwelling** | | |
| **Area: Dwelling Roof** | | |
| **Roof** | **5,796.76** | **26.55%** |
| **Area Subtotal: Dwelling Roof** | **5,796.76** | **26.55%** |
| **Area: Exterior** | | |
| **Ext_Surfaces** | **13,708.96** | **62.80%** |
| **Area Subtotal: Exterior** | **13,708.96** | **62.80%** |
| **Area: Interior** | | |
| **Bathroom** | **647.95** | **2.97%** |
| **Area Subtotal: Interior** | **647.95** | **2.97%** |
| **Debris Removal** | **775.23** | **3.55%** |
| **Area Subtotal: Dwelling** | **20,928.90** | **95.87%** |
| **Labor Minimums Applied** | **901.95** | **4.13%** |
| **Subtotal of Areas** | **21,830.85** | **100.00%** |
| **Total** | **21,830.85** | **100.00%** |

TWIA 001487

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 775.23 | | 775.23 |
| DRYWALL | 559.51 | 0.15 | 559.36 |
| FRAMING & ROUGH CARPENTRY | 717.26 | 42.04 | 675.22 |
| INSULATION | 148.03 | 0.22 | 147.81 |
| LAB | 1.41 | | 1.41 |
| PLUMBING | 296.78 | | 296.78 |
| PAINTING | 2,082.97 | 239.02 | 1,843.95 |
| ROOFING | 5,796.76 | 939.20 | 4,857.56 |
| SCAFFOLDING | 1,822.40 | | 1,822.40 |
| SIDING | 8,578.89 | 173.71 | 8,405.18 |
| WINDOWS - SLIDING PATIO DOORS | 92.49 | 20.32 | 72.17 |
| WINDOW REGLAZING & REPAIR | 694.80 | 183.05 | 511.75 |
| WINDOWS - WOOD | 88.55 | | 88.55 |
| Subtotal | 21,830.85 | 1,597.71 | 20,233.14 |
| Permits and Fees | 111.72 | | 111.72 |
| Material Sales Tax | 503.22 | | 503.22 |
| Cleaning Sales Tax | 9.50 | | 9.50 |
| Total | 22,455.29 | 1,597.71 | 20,857.58 |

# LOSS REPORT

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

**Status**

Reference: Leading Edge Claims Service
4508 Colleyville Blvd, Ste C
Colleyville, TX 76034

Insured: Ernestine Bell
16704 Ponce De Leon
Jamaica Beach, TX 77554

Report #: 0
Catastrophe Number:
Policy Number: TWRD0000619955
Claim Number: 1201253
Date of Loss: 7/8/2024
Type of Loss: Hail
File Number:

**ENCLOSURES:**

Statement of Loss

**COVERAGE:**

| | |
|---|---|
| 1A: Structure | $154,000.00 |
| 1B: Personal Property | $62,000.00 |

Eff. Dates: From: 6/28/2024 To: 6/28/2025
Mortgagee:
Deductible: $1,540.00
Co-Ins. Policy: Yes ☐ No ☑
Forms:

**GENERAL LOSS REPORT**

GENERAL LOSS REPORT

INITIAL CONTACT

Who called the insured? TWIA Claims Examiner

Method of contact? Phone

Person spoken with on initial contact Ernestine Bell

Inspection Details: Completed inspection at the scheduled time with Ernestine Bell

Mailing address: 1710 Ashmore Ct, Missouri City, TX 77489-2166

Damages Reported: Damage to roof, exterior elevations, and water damage to ceiling in bathroom.

Insured has email? None provided in Xactanalysis

Language Interpreter needed? No

INSPECTION

Discussed claim damages, reviewed items on FNOL: ROOF DAMAGE AN WATER DAMAGE ON THE FRONT DOOR.

Confirmed DOL with insured of: Jul 8, 2024,12:00:00 AM

Reviewed prior claims: None provided in Xactanalysis
Reviewed Underwriting Report: None provided in Xactanalysis
Reviewed WPI-8: 759266 / Certified July 3, 2014

COVERAGE A (DWELLING AND OTHER STRUCTURES)

Roof

Age / Material / Layers / Reparability / Decking: 10 years / 30 year architectural / 1 / No / ½” CDX

Front slope: Inspection revealed 3 wind damaged shingles.
Right slope: Inspection revealed 6 wind damaged shingles.
Rear slope: Inspection revealed 3 wind damaged shingles.
Left slope: Inspection revealed 6 wind damaged shingles.

Soft metals and other roof elements: No visible damage consistent with wind.

Exterior
Siding / Age / Material: Cement board / 17 yrs

Front elevation: Damage to siding, handrail, decking, and window screens.
Right elevation: Damage to siding and window screens.
Left elevation: No visible damage consistent with wind.
Rear elevation: Damage to siding and window screens.

Interior
Interior inspection: Yes
If not permitted, did the insured sign the waiver? N/A

Does the property appear vacant? No
If so, how long has it been vacant? N/A

Attic inspected: Yes

List damages by room:
Bathroom: Ceiling damage due to wind driven rain.

Other Structures:

COVERAGE B (PERSONAL PROPERTY): None claimed or observed at the time of inspection.

Estimate Summary

Depreciation (and basis for that depreciation): Depreciation on this claim is set based on age and condition using Xactimate's depreciation tool. Dwelling roof at 10 years per discussion with Insured and visible condition at the time of inspection.

Overhead and profit were not added. Not warranted for limited scope of work.
Overhead and profit were added. Job will require coordination and supervision due to complexity of scope of work.

Salvage? No salvage opportunities were observed as the damaged items hold no value.
Subrogation? No Subrogation opportunity was observed as the damages are weather related.

Coverage Summary
Reported date of Loss: 7/8/2024

DOL consistent with weather data? – Yes, the Benchmark report does show wind gusts with 80+ wind gusts.

Cause of Loss: HAIL

Policy in Force? Yes, 6/28/2024 - 6/28/2025

Damages Accepted: Damages to roof, exterior elevations, and water damage to ceiling in bathroom.

Damages NOT Accepted: No visible damage to the interior of the front door.

Damages observed, but NOT claimed: Siding.

Attorney/Public Adjuster involvement? None at the time of this report.

Contractor involvement? None at the time of this report.

TWIA 001490

Closing conversation with the insured. After my inspection, I spoke to the insured, explained the scope of damages observed, and advised that TWIA retains all authority on the claim and would contact them soon.

Closing Notes
Underwriting Risk Referral attached? None
Pending or unresolved exposures: None

**STATEMENT OF LOSS:**

| Item | RCV | Dep | ACV | Limit |
|---|---|---|---|---|
| 1A: Structure | $22,455.29 | $1,597.71 | $20,857.58 | $20,915.29 |
| 1B: Personal Property | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $22,455.29 | $1,597.71 | $20,857.58 | |

| | |
|---|---|
| Deductible | $1,540.00 |
| Less Prior Payments | $0.00 |
| Claim Payable | $20,915.29 |
| Due Insured | **$20,915.29** |

| | |
|---|---|
| Recoverable Depreciation Totals: | $1,597.71 |
| Non-Recoverable Depreciation Totals: | $0.00 |
| Net Claim Without Rec. Depreciation: | $19,317.58 |

**RECOMMENDATIONS:**

I recommend payment to Insured in the RCV amount of $20,915.29.

8/6/2024

TWIA Claims Examiner Date

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

# LOSS REPORT

**Status**

Reference: Leading Edge Claims Service
4508 Colleyville Blvd, Ste C
Colleyville, TX 76034

Report #: 0
Catastrophe Number:
Policy Number: TWRD0000619955
Claim Number: 1201253

Insured: Ernestine Bell
16704 Ponce De Leon
Jamaica Beach, TX 77554

Date of Loss: 7/8/2024
Type of Loss: Hail
File Number:

**ENCLOSURES:**
Statement of Loss

**COVERAGE:**

| | |
|---|---|
| 1A: Structure | $154,000.00 |
| 1B: Personal Property | $62,000.00 |

Eff. Dates: From: 6/28/2024 To: 6/28/2025
Mortgagee:
Deductible: $1,540.00
Co-Ins. Policy: Yes ☐ No ☑
Forms:

**GENERAL LOSS REPORT**

GENERAL LOSS REPORT

INITIAL CONTACT

Who called the insured? TWIA Claims Examiner

Method of contact? Phone

Person spoken with on initial contact Ernestine Bell

Inspection Details: Completed inspection at the scheduled time with Ernestine Bell

Mailing address: 1710 Ashmore Ct, Missouri City, TX 77489-2166

Damages Reported: Damage to roof, exterior elevations, and water damage to ceiling in bathroom.

Insured has email? None provided in Xactanalysis

Language Interpreter needed? No

INSPECTION

Discussed claim damages, reviewed items on FNOL: ROOF DAMAGE AN WATER DAMAGE ON THE FRONT DOOR.

Confirmed DOL with insured of: Jul 8, 2024,12:00:00 AM

Reviewed prior claims: None provided in Xactanalysis
Reviewed Underwriting Report: None provided in Xactanalysis
Reviewed WPI-8: 759266 / Certified July 3, 2014

COVERAGE A (DWELLING AND OTHER STRUCTURES)

Roof

Age / Material / Layers / Reparability / Decking: 10 years / 30 year architectural / 1 / No / ½” CDX

Front slope: Inspection revealed 3 wind damaged shingles.
Right slope: Inspection revealed 6 wind damaged shingles.
Rear slope: Inspection revealed 3 wind damaged shingles.
Left slope: Inspection revealed 6 wind damaged shingles.

Soft metals and other roof elements: No visible damage consistent with wind.

Exterior
Siding / Age / Material: Cement board / 17 yrs

Front elevation: Damage to siding, handrail, decking, and window screens.
Right elevation: Damage to siding and window screens.
Left elevation: No visible damage consistent with wind.
Rear elevation: Damage to siding and window screens.

Interior
Interior inspection: Yes
If not permitted, did the insured sign the waiver? N/A

Does the property appear vacant? No
If so, how long has it been vacant? N/A

Attic inspected: Yes

List damages by room:
Bathroom: Ceiling damage due to wind driven rain.

Other Structures:

COVERAGE B (PERSONAL PROPERTY): None claimed or observed at the time of inspection.

Estimate Summary

Depreciation (and basis for that depreciation): Depreciation on this claim is set based on age and condition using Xactimate's depreciation tool. Dwelling roof at 10 years per discussion with Insured and visible condition at the time of inspection.

Overhead and profit were not added. Not warranted for limited scope of work.
Overhead and profit were added. Job will require coordination and supervision due to complexity of scope of work.

Salvage? No salvage opportunities were observed as the damaged items hold no value.
Subrogation? No Subrogation opportunity was observed as the damages are weather related.

Coverage Summary
Reported date of Loss: 7/8/2024

DOL consistent with weather data? – Yes, the Benchmark report does show wind gusts with 80+ wind gusts.

Cause of Loss: HAIL

Policy in Force? Yes, 6/28/2024 - 6/28/2025

Damages Accepted: Damages to roof, exterior elevations, and water damage to ceiling in bathroom.

Damages NOT Accepted: No visible damage to the interior of the front door.

Damages observed, but NOT claimed: Siding.

Attorney/Public Adjuster involvement? None at the time of this report.

Contractor involvement? None at the time of this report.

Closing conversation with the insured. After my inspection, I spoke to the insured, explained the scope of damages observed, and advised that TWIA retains all authority on the claim and would contact them soon.

Closing Notes
Underwriting Risk Referral attached? None
Pending or unresolved exposures: None

**STATEMENT OF LOSS:**

| Item | RCV | Dep | ACV | Limit |
|---|---|---|---|---|
| 1A: Structure | $22,455.29 | $1,597.71 | $20,857.58 | $20,915.29 |
| 1B: Personal Property | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $22,455.29 | $1,597.71 | $20,857.58 | |

| | |
|---|---|
| Deductible | $1,540.00 |
| Less Prior Payments | $0.00 |
| Claim Payable | $20,915.29 |
| Due Insured | **$20,915.29** |

| | |
|---|---|
| Recoverable Depreciation Totals: | $1,597.71 |
| Non-Recoverable Depreciation Totals: | $0.00 |
| Net Claim Without Rec. Depreciation: | $19,317.58 |

**RECOMMENDATIONS:**

I recommend payment to Insured in the RCV amount of $20,915.29.

______________________________ 8/6/2024

TWIA Claims Examiner Date

**Audit Summary Report**

06-Aug-2024 02:24:05 AM

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Home: | (800) 788-8247 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Business: | |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Estimator: | J.JAR | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1201253 | TWRD0000619955 | WIND | 0 |

| | | | |
|---|---|---|---|
| Date of Loss: | 07-Jul-2024 | Date Received: | 09-Jul-2024 |
| Date Inspected: | 01-Aug-2024 | Date Entered: | 17-Jul-2024 |

Price List: TXGA8X_JUL24
Estimate: ERNESTINE_BELL

# Current Audit Report - 06-Aug-2024 02:24:05 AM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit cost of zero. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Audit Report Summary - 06-Aug-2024 02:24:05 AM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit cost of zero. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

TWIA 001495

| | | | |
|---|---|---|---|
| Insured : | Ernestine Bell | Policy No. : | TWRD0000619955 |
| Property Address : | 16704 Ponce De Leon, Jamaica Beach, TX 77554 | Date of Loss : | 7/8/2024 |
| | | Catastrophe No. : | |
| Mailing Address : | 1710 Ashmore Ct, Missouri City, TX 77489-2166 | Adj. File No. : | |
| Insured Tel. No. : | (713) 202-1616 | Loss Amount: | $22,463.85 |

Referral Date    Date Insured Contacted: 7/10/2024    Date Loss Inspected: 8/1/2024

# Activity Report

**Totals for completed activities**

**Total Hours: 0.00**    **Total Expenses: 0.00**    **Total Travel: 0.00**

TWIA 001496

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/8/2024 3:11 PM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ERNESTINE_BELL |

## Depreciation Summary

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| **CLEANING** | **115.18** | | |
| **CONTENT MANIPULATION** | **60.59** | | |
| **GENERAL DEMOLITION** | **775.23** | | |
| **DRYWALL** | **560.95** | **0.15** | |
| **FRAMING & ROUGH CARPENTRY** | **719.24** | **42.04** | |
| **INSULATION** | **148.34** | **0.22** | |
| **LABOR ONLY** | **1.41** | | |
| **PLUMBING** | **297.71** | | |
| **PAINTING** | **2,082.97** | **239.02** | |
| **ROOFING** | **5,799.99** | **939.20** | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| **SCAFFOLDING** | **1,822.40** | | |
| **SIDING** | **8,578.89** | **173.71** | |
| **WINDOWS - SLIDING PATIO DOORS** | **92.53** | **20.32** | |
| **WINDOW REGLAZING & REPAIR** | **695.25** | **183.05** | |
| **WINDOWS - WOOD** | **88.69** | | |
| **Total** | **21,839.37** | **1,597.71** | **0.00** |
| **Recoverable Depreciation** | | | **1,597.71** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/8/2024 3:11 PM | | |

Price List: TXGA8X_AUG24
Restoration/Service/Remodel
Estimate: ERNESTINE_BELL

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

# Ownership Audit

## Estimate: ERNESTINE_BELL

| User | Ownership Period | Total Items | Estimate Total |
|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 to 8/8/2024 | 45 | $21,839.37 |

## Session Statistics

| User | Date | Time | Total Items | Estimate Total |
|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 | 23:22:39 to 23:24:22 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/5/2024 | 12:44:13 to 03:23:21 | 45 | $21,830.85 |
| (ROOFBYPR) Lee Olivares | 8/8/2024 | 08:57:41 to 15:11:43 | 45 | $21,839.37 |

# Estimate Audit Trail

**Estimate: ERNESTINE_BELL**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| () | 7/17/2024 18:59:34 | $0.00 | $0.00 | N/A | Measurement data received from provider EAGLEVIEW.ROOF. PROVIDER |
| (ROOFBYPR) Lee Olivares | 7/17/2024 21:56:32 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 7/30/2024 00:31:45 | $0.00 | $0.00 | N/A | Estimate checked back in |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:22:16 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:24:22 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 17:15:54 | $0.00 | $0.00 | N/A | Sketch Third Party Roof Usage |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:30:33 | $0.00 | $6,041.29 | N/A | 12 item(s) pasted from estimate KIM_ WALKER owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:09 | $6,041.29 | $6,041.29 | 0.0 | Unknown |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:09 | $6,041.29 | $7,447.77 | +23.3 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:35 | $7,447.77 | $7,555.70 | +1.4 | Unknown |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:31:35 | $7,555.70 | $15,888.36 | +110.3 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 18:32:47 | $15,888.36 | $15,888.36 | 0.0 | Tax jurisdiction set to 8. 25% |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:04:17 | $15,888.36 | $21,830.85 | +37.4 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:22:18 | $21,830.85 | $21,830.85 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:23:21 | $21,830.85 | $20,915.29 | -4.2 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/6/2024 03:23:21 | $20,915.29 | $21,830.85 | +4.4 | Estimate set to complete |
| (ROOFBYPR) Lee Olivares | 8/8/2024 08:55:22 | $21,830.85 | $20,915.29 | -4.2 | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/8/2024 14:50:00 | $20,915.29 | $21,830.85 | +4.4 | Price list changed from TXGA8X_JUL24 to TXGA8X_AUG24 |
| (ROOFBYPR) Lee Olivares | 8/8/2024 14:50:04 | $21,830.85 | $21,985.47 | +0.7 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/8/2024 14:50:04 | $21,985.47 | $21,839.37 | -0.7 | Estimate re-priced (33 items changed) |
| (ROOFBYPR) Lee Olivares | 8/8/2024 14:50:19 | $21,839.37 | $21,839.37 | 0.0 | Maximum depreciation changed from 100 to 75 |
| (ROOFBYPR) Lee Olivares | 8/8/2024 15:10:41 | $21,839.37 | $21,839.37 | 0.0 | Estimate save (changes made) |

TWIA 001502

# Estimate Audit Trail

## Estimate: ERNESTINE_BELL

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/8/2024 15:11:42 | $21,839.37 | $20,923.85 | -4.2 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/8/2024 15:11:42 | $20,923.85 | $21,839.37 | +4.4 | Estimate set to complete |

TWIA 001503

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/8/2024 3:11 PM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ERNESTINE_BELL |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

TWIA 001505

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**ERNESTINE_BELL**

**Risk**

**Dwelling**




**Roof**

| | | | |
|---|---|---|---|
| 1175.87 | Surface Area | 11.76 | Number of Squares |
| 141.52 | Total Perimeter Length | 7.92 | Total Ridge Length |
| 85.46 | Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Remove Additional charge for high roof (2 stories or greater) | 11.76 SQ | 6.32 | 0.00 | 74.32 | (0.00) | 74.32 |
| 2. Tear off, haul and dispose of comp. shingles - Laminated | 11.76 SQ | 65.32 | 0.00 | 768.16 | (0.00) | 768.16 |
| 3. Additional charge for high roof (2 stories or greater) | 12.46 SQ | 18.82 | 0.00 | 234.50 | (0.00) | 234.50 |
| Auto Calculated Waste: 6.0%, 0.70SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5", | | | | | | |
| 4. R&R Drip edge | 141.52 LF | 3.08 | 13.54 | 449.42 | (56.28) | 393.14 |
| 5. Roofing felt - 15 lb. | 11.76 SQ | 32.32 | 7.88 | 387.96 | (57.29) | 330.67 |
| 6. Asphalt starter - universal starter course | 141.52 LF | 1.89 | 6.54 | 274.01 | (47.55) | 226.46 |
| 7. Laminated - comp. shingle rfg. - w/out felt | 12.67 SQ | 254.31 | 145.37 | 3,367.48 | (704.81) | 2,662.67 |
| Auto Calculated Waste: 7.7%, 0.91SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8", Bundle Rounding: 1.8%, 0.21SQ - (included in waste calculation above) | | | | | | |
| 8. R&R Flashing - pipe jack - lead | 3.00 EA | 88.60 | 12.31 | 278.11 | (51.15) | 226.96 |
| 9. R&R Continuous ridge vent - shingle-over style | 7.92 LF | 10.77 | 3.06 | 88.36 | (12.71) | 75.65 |
| 10. R&R Hip / Ridge cap - Standard profile - composition shingles | 7.92 LF | 8.38 | 1.94 | 68.31 | (9.41) | 58.90 |
| **Totals: Roof** | | | **190.64** | **5,990.63** | **939.20** | **5,051.43** |
| **Total: Dwelling** | | | **190.64** | **5,990.63** | **939.20** | **5,051.43** |

**Exterior**



**Ext_Surfaces**

| | | | |
|---|---|---|---|
| 901.99 | SF Walls | 100.22 | LF Floor Perimeter |
| 901.99 | SF Walls & Ceiling | | |

TWIA 001506

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 11. R&R Patio door screen, 36" wide | 1.00 EA | 92.53 | 6.71 | 99.24 | (20.32) | 78.92 |
| 12. R&R Window screen, 1 - 9 SF | 15.00 EA | 46.35 | 45.30 | 740.55 | (183.05) | 557.50 |
| 13. R&R Siding - beveled - fiber-cement (clapboard) | 901.99 SF | 6.53 | 159.25 | 6,049.24 | (128.68) | 5,920.56 |
| 14. R&R Siding trim - 1" x 4" fiber cement trim board | 300.00 LF | 7.61 | 41.58 | 2,324.58 | (33.60) | 2,290.98 |
| 15. R&R House wrap (air/moisture barrier) | 901.99 SF | 0.45 | 14.14 | 420.04 | (11.43) | 408.61 |
| 16. Paint wood siding - 1 coat | 901.99 SF | 1.57 | 24.56 | 1,440.68 | (198.44) | 1,242.24 |
| 17. Paint trim - one coat | 300.00 LF | 1.29 | 2.72 | 389.72 | (22.00) | 367.72 |
| 18. Labor to set up and take down scaffold - per section | 20.00 EA | 30.69 | 0.00 | 613.80 | (0.00) | 613.80 |
| 19. Scaffold - per section (per week) | 20.00 WK | 60.43 | 0.00 | 1,208.60 | (0.00) | 1,208.60 |
| For elevations right and left 20 sections are needed for a week based on the leaner feet and height. | | | | | | |
| Decking | | | | | | |
| 20. R&R Deck hand rail/guard rail - Labor only | 8.00 LF | 28.65 | 0.21 | 229.41 | (1.28) | 228.13 |
| 21. R&R Deck guard rail - treated lumber | 6.00 LF | 40.34 | 5.94 | 247.98 | (36.03) | 211.95 |
| 22. R&R 1" x 6" lumber (.5 BF per LF) | 50.00 LF | 4.96 | 5.86 | 253.86 | (4.73) | 249.13 |
| **Totals: Ext_Surfaces** | | | **306.27** | **14,017.70** | **639.56** | **13,378.14** |
| **Total: Exterior** | | | **306.27** | **14,017.70** | **639.56** | **13,378.14** |

## Interior




**Bathroom** **Height: 8'**

| | | | |
|---|---|---|---|
| 160.00 | SF Walls | 25.00 | SF Ceiling |
| 185.00 | SF Walls & Ceiling | 25.00 | SF Floor |
| 2.78 | SY Flooring | 20.00 | LF Floor Perimeter |
| 20.00 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 23. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 60.59 | (0.00) | 60.59 |
| 24. Mask the floor per square foot - plastic and tape - 4 mil | 25.00 SF | 0.32 | 0.14 | 8.14 | (0.58) | 7.56 |
| 25. Mask and prep for paint - plastic, paper, tape (per LF) | 20.00 LF | 1.79 | 0.45 | 36.25 | (1.80) | 34.45 |
| 26. Toilet - Detach & reset | 1.00 EA | 253.26 | 0.79 | 254.05 | (0.00) | 254.05 |
| 27. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 20.54 | (0.13) | 20.41 |
| 28. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 16.14 | (0.22) | 15.92 |
| 29. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 4.84 | (0.16) | 4.68 |
| 30. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 12.03 | (0.02) | 12.01 |
| 31. Paint the ceiling - two coats | 25.00 SF | 1.25 | 0.54 | 31.79 | (2.17) | 29.62 |
| 32. Paint the walls - two coats | 160.00 SF | 1.25 | 3.43 | 203.43 | (13.87) | 189.56 |
| 33. Final cleaning - construction - Residential | 25.00 SF | 0.29 | 0.60 | 7.85 | (0.00) | 7.85 |
| **Totals: Bathroom** | | | **6.91** | **655.65** | **18.95** | **636.70** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total: Interior** | | | **6.91** | **655.65** | **18.95** | **636.70** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 34. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 775.23 | 0.00 | 775.23 | (0.00) | 775.23 |
| **Totals: Debris Removal** | | | **0.00** | **775.23** | **0.00** | **775.23** |
| **Total: Risk** | | | **503.82** | **21,439.21** | **1,597.71** | **19,841.50** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 35. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 528.76 | (0.00) | 528.76 |
| 36. Window labor minimum | 1.00 EA | 88.69 | 0.00 | 88.69 | (0.00) | 88.69 |
| 37. Cleaning labor minimum* | 1.00 EA | 107.93 | 8.90 | 116.83 | (0.00) | 116.83 |
| 38. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 1.41 | (0.00) | 1.41 |
| 39. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 132.74 | (0.00) | 132.74 |
| 40. Plumbing labor minimum | 1.00 EA | 44.45 | 0.00 | 44.45 | (0.00) | 44.45 |
| **Totals: Labor Minimums Applied** | | | **8.90** | **912.88** | **0.00** | **912.88** |
| **Line Item Totals: ERNESTINE_BELL** | | | **512.72** | **22,352.09** | **1,597.71** | **20,754.38** |

| **Additional Charges** | **Charge** |
|---|---|
| Permit | 111.76 |
| **Additional Charges Total** | **$111.76** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,061.99 | SF Walls | 25.00 | SF Ceiling | 1,086.99 | SF Walls and Ceiling |
| 25.00 | SF Floor | 2.78 | SY Flooring | 120.22 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 20.00 | LF Ceil. Perimeter |
| 25.00 | Floor Area | 32.11 | Total Area | 160.00 | Interior Wall Area |
| 2,123.36 | Exterior Wall Area | 122.89 | Exterior Perimeter of Walls | | |
| 1,175.87 | Surface Area | 11.76 | Number of Squares | 141.52 | Total Perimeter Length |
| 7.92 | Total Ridge Length | 85.46 | Total Hip Length | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 21,839.37 |
| Permit | 111.76 |
| Material Sales Tax | 503.22 |
| Subtotal | 22,454.35 |
| Cleaning Sales Tax | 9.50 |
| **Replacement Cost Value** | **$22,463.85** |
| Less Depreciation | (1,597.71) |
| **Actual Cash Value** | **$20,866.14** |
| Less Deductible | (1,540.00) |
| **Net Claim** | **$19,326.14** |
| Total Recoverable Depreciation | 1,597.71 |
| **Net Claim if Depreciation is Recovered** | **$20,923.85** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes

| | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 503.22 | 0.00 | 9.50 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **503.22** | **0.00** | **9.50** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: ERNESTINE_BELL**

| | | |
|---|---|---|
| **Area: Risk** | | |
| **Area: Dwelling** | | |
| **Roof** | **5,799.99** | **26.56%** |
| **Area Subtotal: Dwelling** | **5,799.99** | **26.56%** |
| **Area: Exterior** | | |
| **Ext_Surfaces** | **13,711.43** | **62.78%** |
| **Area Subtotal: Exterior** | **13,711.43** | **62.78%** |
| **Area: Interior** | | |
| **Bathroom** | **648.74** | **2.97%** |
| **Area Subtotal: Interior** | **648.74** | **2.97%** |
| **Debris Removal** | **775.23** | **3.55%** |
| **Area Subtotal: Risk** | **20,935.39** | **95.86%** |
| **Labor Minimums Applied** | **903.98** | **4.14%** |
| **Subtotal of Areas** | **21,839.37** | **100.00%** |
| **Total** | **21,839.37** | **100.00%** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 775.23 | | 775.23 |
| DRYWALL | 560.95 | 0.15 | 560.80 |
| FRAMING & ROUGH CARPENTRY | 719.24 | 42.04 | 677.20 |
| INSULATION | 148.34 | 0.22 | 148.12 |
| LABOR ONLY | 1.41 | | 1.41 |
| PLUMBING | 297.71 | | 297.71 |
| PAINTING | 2,082.97 | 239.02 | 1,843.95 |
| ROOFING | 5,799.99 | 939.20 | 4,860.79 |
| SCAFFOLDING | 1,822.40 | | 1,822.40 |
| SIDING | 8,578.89 | 173.71 | 8,405.18 |
| WINDOWS - SLIDING PATIO DOORS | 92.53 | 20.32 | 72.21 |
| WINDOW REGLAZING & REPAIR | 695.25 | 183.05 | 512.20 |
| WINDOWS - WOOD | 88.69 | | 88.69 |
| Subtotal | 21,839.37 | 1,597.71 | 20,241.66 |
| Permits and Fees | 111.76 | | 111.76 |
| Material Sales Tax | 503.22 | | 503.22 |
| Cleaning Sales Tax | 9.50 | | 9.50 |
| Total | 22,463.85 | 1,597.71 | 20,866.14 |

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

# LOSS REPORT

**Final**

| | | | |
|---|---|---|---|
| Reference: | Leading Edge Claims Service<br>4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | Report #: | 1 |
| | | Catastrophe Number: | |
| | | Policy Number: | TWRD0000619955 |
| Attention: | Claim Examiner | Claim Number: | 1201253 |
| Insured: | Ernestine Bell<br>16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Date of Loss: | 7/8/2024 |
| | | Type of Loss: | Hail |
| | | File Number: | |

**ENCLOSURES:**

Estimate, Statement of Loss, Photos (108), Diagrams

**COVERAGE:**

| | | | |
|---|---|---|---|
| 1A: Structure | $154,000.00 | Eff. Dates: | From: 6/28/2024 To: 6/28/2025 |
| 1B: Personal Property | $62,000.00 | Mortgagee: | |
| | | Deductible: | $1,540.00 |
| | | Co-Ins. Policy: | Yes ☐ No ☑ |
| | | Forms: | |

**GENERAL LOSS REPORT**

INITIAL CONTACT

Who called the insured? TWIA Claims Examiner

Method of contact? Phone

Person spoken with on initial contact Ernestine Bell

Inspection Details: Completed inspection at the scheduled time with Ernestine Bell

Mailing address: 1710 Ashmore Ct, Missouri City, TX 77489-2166

Damages Reported: Wind damage to roof, wind damage to siding and decking, and wind driven rain damage to ceiling in bathroom from ridge cap vent.

Insured has email? None provided in Xactanalysis

Language Interpreter needed? No

INSPECTION

Discussed claim damages, reviewed items on FNOL: ROOF DAMAGE AN WATER DAMAGE ON THE FRONT DOOR.

Confirmed DOL with insured of: Jul 8, 2024,12:00:00 AM

Reviewed prior claims: None provided in Xactanalysis
Reviewed Underwriting Report: None provided in Xactanalysis
Reviewed WPI-8: 759266 / Certified July 3, 2014

COVERAGE A (DWELLING AND OTHER STRUCTURES)

Roof
Age / Material / Layers / Reparability / Decking: 10 years / 30 year architectural / 1 / No / ½” CDX

TWIA 001513

Front slope: Inspection revealed 3 wind damaged shingles.
Right slope: Inspection revealed 6 wind damaged shingles.
Rear slope: Inspection revealed 3 wind damaged shingles.
Left slope: Inspection revealed 6 wind damaged shingles.

Soft metals and other roof elements: No visible damage consistent with wind.

Inspection revealed scattered damage consistent with wind to all directional slopes of the shingled roof surface. Necessary repairs to damaged slopes would involve disturbance of a significant portion of the roof surface and those adjoined by a common valley. Due to the age and condition of the roof, it is not repairable. For these reasons, spot repairs are not likely to be successful and replacement of the shingled roof is recommended.

Exterior
Siding / Age / Material: Cement board / 17 yrs

Front elevation: Wind damage to siding, handrail, decking, and window screens.
Right elevation: Wind damage to siding and window screens.
Rear elevation: No visible damage consistent with wind.
Left elevation: Wind damage to siding and window screens.

Interior
Interior inspection: Yes
If not permitted, did the insured sign the waiver? N/A

Does the property appear vacant? No
If so, how long has it been vacant? N/A

Attic inspected: Yes

List damages by room:
Bathroom: Ceiling damage due to wind driven rain from ridge vent.
Living Room: No damage to the interior was visible during the inspection.

Other Structures:

COVERAGE B (PERSONAL PROPERTY): None claimed or observed at the time of inspection.

Estimate Summary

Depreciation (and basis for that depreciation): Depreciation on this claim is set based on age and condition using Xactimate's depreciation tool. Dwelling roof at 10 years per discussion with Insured and visible condition at the time of inspection.

Overhead and profit were added. Job will require coordination and supervision due to complexity of scope of work.

Salvage? No salvage opportunities were observed as the damaged items hold no value.
Subrogation? No Subrogation opportunity was observed as the damages are weather related.

Coverage Summary
Reported date of Loss: 7/8/2024

DOL consistent with weather data? – Yes, the Benchmark report does show wind gusts with 80+ wind gusts.

Cause of Loss: HAIL

Policy in Force? Yes, 6/28/2024 - 6/28/2025

Damages Accepted: Wind damages to roof, siding, deck, window screens and wind driven rain damage to ceiling in bathroom.

Damages NOT Accepted: No visible damage to the interior of the front door. Siding damage due to wind driven debris on the breakaway walls.

Damages observed, but NOT claimed: None

Attorney/Public Adjuster involvement? None at the time of this report.

Contractor involvement? None at the time of this report.

Closing conversation with the insured: After my inspection, I spoke to the Insured, explained the scope of damages observed, and advised that TWIA retains all authority on the claim and would contact them soon.

Closing Notes
Underwriting Risk Referral attached? None
Pending or unresolved exposures: None
.

**STATEMENT OF LOSS:**

| Item | RCV | Dep | ACV | Limit |
|---|---|---|---|---|
| 1A: Structure | $22,463.85 | $1,597.71 | $20,866.14 | $20,923.85 |
| 1B: Personal Property | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $22,463.85 | $1,597.71 | $20,866.14 | |

| | |
|---|---|
| Deductible | 1,540.00 |
| Less Prior Payments | $0.00 |
| Claim Payable | $20,923.85 |
| Due Insured | **$20,923.85** |
| Recoverable Depreciation Totals: | $1,597.71 |
| Non-Recoverable Depreciation Totals: | $0.00 |
| Net Claim Without Rec. Depreciation: | $19,326.14 |

**RECOMMENDATIONS:**

I recommend payment to Insured in the ACV amount of $19,326.14.

8/8/2024

TWIA Claims Examiner          Date

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955




**Risk - 1-EastImage.JPG**

Date Taken:

Taken By: EagleView




**Risk - 2-NorthImage.JPG**

Date Taken:

Taken By: EagleView

TWIA 001516

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk - 3-SouthImage.JPG**

Date Taken:

Taken By: EagleView




**Risk - 4-TopImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955




**Risk - 5-WestImage.JPG**

Date Taken:

Taken By: EagleView



**Risk/Dwelling - 6-Risk**

Date Taken:

16704 Ponce De Leon

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955




**Risk/Dwelling - 7-Risk**

Date Taken:

Verification.



**Risk/Dwelling/Roof - 8-Roof**

Date Taken:

Single Layer-Drip edge/gutter apron

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955




**Risk/Dwelling/Roof - 9-Roof**

Date Taken:

6/12 pitch



**Risk/Dwelling/Roof - 10-Roof**

Date Taken:

Front roof slope overview.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 11-Roof**

Date Taken:

Right roof slope overview.



**Risk/Dwelling/Roof - 12-Roof**

Date Taken:

Right roof slope overview.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 13-Roof**

Date Taken:

Rear roof slope overview.



**Risk/Dwelling/Roof - 14-Roof**

Date Taken:

Rear roof slope overview.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 15-Roof**

Date Taken:

Left roof slope overview.



**Risk/Dwelling/Roof - 16-Roof**

Date Taken:

Left roof slope overview.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 17-Roof**

Date Taken:

Front roof slope inspection.




**Risk/Dwelling/Roof - 18-Roof**

Date Taken:

Front roof slope inspection. 3 wind damaged shingles.

TWIA 001524

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 19-Roof**

Date Taken:

Front roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 20-Roof**

Date Taken:

Front roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 21-Roof**

Date Taken:

Front roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 22-Roof**

Date Taken:

Right roof slope inspection.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Roof - 23-Roof**

Date Taken:

Right roof slope inspection. 5 wind damaged shingles.



**Risk/Dwelling/Roof - 24-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 25-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 26-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 27-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 28-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 29-Roof**

Date Taken:

Rear roof slope inspection.




**Risk/Dwelling/Roof - 30-Roof**

Date Taken:

Rear roof slope inspection. 3 wind damaged shingles.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 31-Roof**

Date Taken:

Rear roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 32-Roof**

Date Taken:

Rear roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 33-Roof**

Date Taken:

Rear roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 34-Roof**

Date Taken:

Left roof slope inspection.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Roof - 35-Roof**

Date Taken:

Left roof slope inspection. 6 wind damaged shingles.



**Risk/Dwelling/Roof - 36-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 37-Roof**

Date Taken:



**Risk/Dwelling/Roof - 38-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Dwelling/Roof - 39-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Roof - 40-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.

TWIA 001535

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 41-Front Elevation**

Date Taken:

Overview.



**Risk/Exterior - 42-Front Elevation**

Date Taken:

Overview.

TWIA 001536

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 43-Front Elevation**

Date Taken:

Visible impact damage.



**Risk/Exterior - 44-Front Elevation**

Date Taken:

Visible impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 45-Front Elevation**

Date Taken:

Visible wind damage to screen.



**Risk/Exterior - 46-Front Elevation**

Date Taken:

Visible damage to screen.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 47-Front Elevation**

Date Taken:

Visible wind damage to screen.



**Risk/Exterior - 48-Front Elevation**

Date Taken:

Wind pressure caused separation of caulk.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**Risk/Exterior - 49-Front Elevation**

Date Taken:

Visible wind damage to screen.



**Risk/Exterior - 50-Front Elevation**

Date Taken:

Visible wear and tear.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 51-Front Elevation**

Date Taken:

Visible damage to siding.



**Risk/Exterior - 52-Front Elevation**

Date Taken:

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 53-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.



**Risk/Exterior - 54-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 55-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.



**Risk/Exterior - 56-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 57-Front Elevation**

Date Taken:

Decking was repaired after the storm.



**Risk/Exterior - 58-Front Elevation**

Date Taken:

Decking was repaired after the storm.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 59-Front Elevation**

Date Taken:

Decking was repaired after the storm.



**Risk/Exterior - 60-Front Elevation**

Date Taken:

Visible damage to siding from wind driven debris.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**Risk/Exterior - 61-Front Elevation**

Date Taken:

Visible damage to siding from wind driven debris.



**Risk/Exterior - 62-Front Elevation**

Date Taken:

Visible damage to siding from wind driven debris.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 63-Front Elevation**

Date Taken:

Visible damage to siding from wind driven debris.



**Risk/Exterior - 64-Right Elevation**

Date Taken:

Overview.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 65-Right Elevation**

Date Taken:

Visible damage to siding.



**Risk/Exterior - 66-Right Elevation**

Date Taken:

Visible damage to siding.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 67-Right Elevation**

Date Taken:

Visible separation on trim.



**Risk/Exterior - 68-Right Elevation**

Date Taken:

Visible wind damage to screen.

TWIA 001549

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 69-Right Elevation**

Date Taken:

Visible damage to siding due to high winds.



**Risk/Exterior - 70-Right Elevation**

Date Taken:

Visible damage to siding due to high winds.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 71-Right Elevation**

Date Taken:

Missing and damaged screen.



**Risk/Exterior - 72-Right Elevation**

Date Taken:

Visible damage to siding due to high winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 73-Rear Elevation**

Date Taken:

Elevation overview.



**Risk/Exterior - 74-Rear Elevation**

Date Taken:

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 75-Left Elevation**

Date Taken:

Elevation overview.



**Risk/Exterior - 76-Left Elevation**

Date Taken:

Missing window screens due to high winds.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 77-Left Elevation**

Date Taken:

Missing window screens due to high winds.



**Risk/Exterior - 78-Left Elevation**

Date Taken:

Visible damage to siding due to high winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 79-Left Elevation**

Date Taken:

Visible wind damage to screen.



**Risk/Exterior - 80-Left Elevation**

Date Taken:

Visible wind damage to screen.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 81-Left Elevation**

Date Taken:

Visible damage to siding due to high winds.



**Risk/Exterior - 82-Dwelling Soffit**

Date Taken:

Overview- no visible damage.

TWIA 001556

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Exterior - 83-Dwelling Soffit**

Date Taken:

Overview- no visible damage.



**Risk/Exterior - 84-Dwelling Soffit**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior - 85-Dwelling Soffit**

Date Taken:

Overview- no visible damage.



**Risk/Interior/Bathroom - 86-Hallway Bath**

Date Taken:

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/Bathroom - 87-Hallway Bath**

Date Taken:

Overview.



**Risk/Interior/Bathroom - 88-Hallway Bath**

Date Taken:

Ceiling- visible water damages.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Bathroom - 89-Hallway Bath**

Date Taken:

Ceiling- visible water damages.



**Risk/Interior/Bathroom - 90-Hallway Bath**

Date Taken:

Overview.

TWIA 001560

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/Bathroom - 91-Hallway Bath**

Date Taken:

Overview.



**Risk/Interior/No damage - 92-Living Room**

Date Taken:

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/No damage - 93- Living Room**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 94- Living Room**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/No damage - 95-Living Room**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 96-Kitchen**

Date Taken:

Overview- no visible damage.

TWIA 001563

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/No damage - 97-Kitchen**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 98-Master Bedroom**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/No damage - 99-Master Bedroom**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 100-Master Bedroom**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 101-Master Bath**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 102-Master Bath**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 103-Bedroom 1**

Date Taken:

Overview- no visible damage.



**Risk/Interior/No damage - 104-Bedroom 1**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Attic - 105-Attic**

Date Taken:

Overview- no visible damage.



**Risk/Interior/Attic - 106-Attic**

Date Taken:

Overview- no visible damage.

TWIA 001568

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**Risk/Interior/Attic - 107-Attic**

Date Taken:

Overview- no visible damage.

TWIA 001569

**Audit Summary Report**

08-Aug-2024 02:12:23 PM

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Home: | (800) 788-8247 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Business: | |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Estimator: | J.JAR | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1201253 | TWRD0000619955 | WIND | 0 |

| | | | |
|---|---|---|---|
| Date of Loss: | 07-Jul-2024 | Date Received: | 09-Jul-2024 |
| Date Inspected: | 01-Aug-2024 | Date Entered: | 17-Jul-2024 |

Price List: TXGA8X_JUL24
Estimate: ERNESTINE_BELL

# Current Audit Report - 08-Aug-2024 02:12:23 PM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

# Previous Audit Report - 06-Aug-2024 02:24:05 AM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit cost of zero. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

# Audit Report Summary - 13-Aug-2024 02:39:26 PM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|

TWIA 001570

| | | |
|---|---|---|
| All Rooms | Items have a quantity or unit price of zero. We recommend that you increase the quantity or unit price of the items in question and ensure that the quantities and labor minimums are correct. To verify that the zero is correct for the quantity or price, select "Indicate why the inspection result is to be ignored." and leave a comment in the text field. | Resolved |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

**Audit Summary Report**

08-Aug-2024 02:12:23 PM

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Home: | (800) 788-8247 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Business: | |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Estimator: | J.JAR | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1201253 | TWRD0000619955 | WIND | 0 |

| | | | |
|---|---|---|---|
| Date of Loss: | 07-Jul-2024 | Date Received: | 09-Jul-2024 |
| Date Inspected: | 01-Aug-2024 | Date Entered: | 17-Jul-2024 |

Price List: TXGA8X_JUL24
Estimate: ERNESTINE_BELL

# Current Audit Report - 08-Aug-2024 02:12:23 PM

**Inspection Audit Findings**

No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Previous Audit Report - 06-Aug-2024 02:24:05 AM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit cost of zero. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Audit Report Summary - 13-Aug-2024 02:39:26 PM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit price of zero. We recommend that you increase the quantity or unit price of the items in question and ensure that the quantities and labor minimums are correct. To verify that the zero is correct for the quantity or price, select "Indicate why the inspection result is to be ignored." and leave a comment in the text field. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

TWIA 001573

**Audit Summary Report**

08-Aug-2024 02:12:23 PM

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Home: | (800) 788-8247 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Business: | |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Estimator: | J.JAR | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1201253 | TWRD0000619955 | WIND | 0 |

| | | | |
|---|---|---|---|
| Date of Loss: | 07-Jul-2024 | Date Received: | 09-Jul-2024 |
| Date Inspected: | 01-Aug-2024 | Date Entered: | 17-Jul-2024 |

Price List: TXGA8X_JUL24
Estimate: ERNESTINE_BELL

# Current Audit Report - 08-Aug-2024 02:12:23 PM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Previous Audit Report - 06-Aug-2024 02:24:05 AM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit cost of zero. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Audit Report Summary - 13-Aug-2024 02:39:26 PM

**Inspection Audit Findings**

| Room/Area | Audit Rule(s) | Status | Note |
|---|---|---|---|
| All Rooms | Items have a quantity or unit price of zero. We recommend that you increase the quantity or unit price of the items in question and ensure that the quantities and labor minimums are correct. To verify that the zero is correct for the quantity or price, select "Indicate why the inspection result is to be ignored." and leave a comment in the text field. | Resolved | |

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

TWIA 001575

# LOSS RECAP

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Policy No. : | TWRD0000619955 |
| Property Address : | 16704 Ponce De Leon, Jamaica Beach, TX 77554 | Date of Loss : | 7/8/2024 |
| Mailing Address : | 1710 Ashmore Ct, Missouri City, TX 77489-2166 | Catastrophe No. : | |
| Insured Tel. No. : | (713) 202-1616 | Adj. File No. : | |
| Adjusting Company : | | Adj. No. : | |
| Adj. Address : | | Adj. Phone No. : | (800) 788-8247 |

Date Loss Assigned: 7/9/2024 01:00 Date Insured Contacted: 7/10/2024 18:46 Date Loss Inspected: 8/1/2024 14:00

| | Replacement Cost Loss | Recov. Depr. | Non-recov. Deprec. | ACV Loss | Deductible Applied | Insur. Carried Req. % | ACV Claim | Potential Suppl. Claim | RC Claim | Valuation RCV | Valuation ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A: Structure | 22,455.29 | 1,597.71 | 0.00 | 20,857.58 | 1,540.00 | 100 \| 100 | 19,317.58 | 1,597.71 | 20,915.29 | 0.00 | 0.00 |
| 1B: Personal Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 \| 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTALS** | **$22,455.29** | **$1,597.71** | **$0.00** | **$20,857.58** | **$1,540.00** | | **$19,317.58** | **$1,597.71** | **$20,915.29** | | |

TWIA 001576

# LOSS RECAP

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Policy No. : | TWRD0000619955 |
| Property Address : | 16704 Ponce De Leon, Jamaica Beach, TX 77554 | Date of Loss : | 7/8/2024 |
| Mailing Address : | 1710 Ashmore Ct, Missouri City, TX 77489-2166 | Catastrophe No. : | |
| Insured Tel. No. : | (713) 202-1616 | Adj. File No. : | |
| Adjusting Company : | | Adj. No. : | |
| Adj. Address : | | Adj. Phone No. : | (800) 788-8247 |

Date Loss Assigned: 7/9/2024 01:00 Date Insured Contacted: 7/10/2024 18:46 Date Loss Inspected: 8/1/2024 14:00

| | Replacement Cost Loss | Recov. Depr. | Non-recov. Deprec. | ACV Loss | Deductible Applied | Insur. Carried Req. % | ACV Claim | Potential Suppl. Claim | RC Claim | Valuation RCV | Valuation ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A: Structure | 22,463.85 | 1,597.71 | 0.00 | 20,866.14 | 1,540.00 | 100 \| 100 | 19,326.14 | 1,597.71 | 20,923.85 | 0.00 | 0.00 |
| 1B: Personal Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 \| 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTALS** | **$22,463.85** | **$1,597.71** | **$0.00** | **$20,866.14** | **$1,540.00** | | **$19,326.14** | **$1,597.71** | **$20,923.85** | | |

TWIA 001577

# LOSS RECAP

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Policy No. : | TWRD0000619955 |
| Property Address : | 16704 Ponce De Leon, Jamaica Beach, TX 77554 | Date of Loss : | 7/8/2024 |
| Mailing Address : | 1710 Ashmore Ct, Missouri City, TX 77489-2166 | Catastrophe No. : | |
| Insured Tel. No. : | (713) 202-1616 | Adj. File No. : | |
| Adjusting Company : | | Adj. No. : | |
| Adj. Address : | | Adj. Phone No. : | (800) 788-8247 |

Date Loss Assigned: 7/9/2024 01:00    Date Insured Contacted: 7/10/2024 18:46    Date Loss Inspected: 8/1/2024 14:00

| | Replacement Cost Loss | Recov. Depr. | Non-recov. Deprec. | ACV Loss | Deductible Applied | Insur. Carried Req. % | ACV Claim | Potential Suppl. Claim | RC Claim | Valuation RCV | Valuation ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A: Structure | 22,455.29 | 1,597.71 | 0.00 | 20,857.58 | 1,540.00 | 100 \| 100 | 19,317.58 | 1,597.71 | 20,915.29 | 0.00 | 0.00 |
| 1B: Personal Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 \| 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTALS** | **$22,455.29** | **$1,597.71** | **$0.00** | **$20,857.58** | **$1,540.00** | | **$19,317.58** | **$1,597.71** | **$20,915.29** | | |

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955




**1-Risk**

Date Taken:

16704 Ponce De Leon




**2-Risk**

Date Taken:

Verification.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**3-Roof**

Date Taken:

Front roof slope overview.



**4-Roof**

Date Taken:

Right roof slope overview.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**5-Roof**

Date Taken:

Right roof slope overview.



**6-Roof**

Date Taken:

Rear roof slope overview.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**7-Roof**

Date Taken:

Rear roof slope overview.



**8-Roof**

Date Taken:

Left roof slope overview.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**9-Roof**

Date Taken:

Left roof slope overview.



**10-Roof**

Date Taken:

Front roof slope inspection.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**11-Roof**

Date Taken:

Front roof slope inspection. 3 wind damaged shingles.



**12-Roof**

Date Taken:

Front roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**13-Roof**

Date Taken:

Front roof slope- 30-year laminate shingles- visible direct wind damages.



**14-Roof**

Date Taken:

Front roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**15-Roof**

Date Taken:

Right roof slope inspection.



**16-Roof**

Date Taken:

Right roof slope inspection. 5 wind damaged shingles.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**17-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.



**18-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**19-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.



**20-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**21-Roof**

Date Taken:

Right roof slope- 30-year laminate shingles- visible direct wind damages.



**22-Roof**

Date Taken:

Rear roof slope inspection.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**23-Roof**

Date Taken:

Rear roof slope inspection. 3 wind damaged shingles.



**24-Roof**

Date Taken:

Rear roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**25-Roof**

Date Taken:

Rear roof slope- 30-year laminate shingles- visible direct wind damages.



**26-Roof**

Date Taken:

Rear roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**27-Roof**

Date Taken:

Left roof slope inspection.




**28-Roof**

Date Taken:

Left roof slope inspection. 6 wind damaged shingles.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**29-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.



**30-Roof**

Date Taken:

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**31-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.



**32-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.

TWIA 001594

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**33-Roof**

Date Taken:

Left roof slope- 30-year laminate shingles- visible direct wind damages.



**34-Roof**

Date Taken:

Single Layer-Drip edge/gutter apron

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**35-Roof**

Date Taken:

6/12 pitch




**36-Front Elevation**

Date Taken:

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**37-Front Elevation**

Date Taken:

Overview.



**38-Front Elevation**

Date Taken:

Visible damage.

TWIA 001597

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**39-Front Elevation**

Date Taken:

Visible damage.



**40-Front Elevation**

Date Taken:

Visible damage.

TWIA 001598

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**41-Front Elevation**

Date Taken:

Visible damage to screen.



**42-Front Elevation**

Date Taken:

Visible damage to screen.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**43-Front Elevation**

Date Taken:

Visible damage.



**44-Front Elevation**

Date Taken:

Visible damage.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**45-Front Elevation**

Date Taken:

Window Screen- visible damage.



**46-Front Elevation**

Date Taken:

Visible damage.