# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**47-Front Elevation**

Date Taken:

Visible damage to siding.



**48-Front Elevation**

Date Taken:

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**49-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.



**50-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**51-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.



**52-Front Elevation**

Date Taken:

Hand rail was replaced after the storm.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**53-Front Elevation**

Date Taken:

Decking was repaired after the storm.



**54-Front Elevation**

Date Taken:

Decking was repaired after the storm.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**55-Front Elevation**

Date Taken:

Decking was repaired after the storm.



**56-Front Elevation**

Date Taken:

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**57-Front Elevation**

Date Taken:

Overview.



**58-Front Elevation**

Date Taken:

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**59-Front Elevation**

Date Taken:

Overview.



**60-Right Elevation**

Date Taken:

Overview.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**61-Right Elevation**

Date Taken:

Visible damage to siding.



**62-Right Elevation**

Date Taken:

Visible damage to siding.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**63-Right Elevation**

Date Taken:

Visible separation on trim.



**64-Right Elevation**

Date Taken:

Window Screen- visible damage.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**65-Right Elevation**

Date Taken:

Visible damage.



**66-Right Elevation**

Date Taken:

Visible damage.

TWIA 001611

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**67-Right Elevation**

Date Taken:

Window Screen- visible damage.



**68-Right Elevation**

Date Taken:

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**69-Rear Elevation**

Date Taken:

Elevation overview.



**70-Rear Elevation**

Date Taken:

Overview.

TWIA 001613

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**71-Left Elevation**

Date Taken:

Elevation overview.



**72-Left Elevation**

Date Taken:

Elevation overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**73-Left Elevation**

Date Taken:

Window Screen- visible damage.



**74-Left Elevation**

Date Taken:

Visible damage to siding.

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**75-Left Elevation**

Date Taken:

Window Screen- visible damage.



**76-Left Elevation**

Date Taken:

Window Screen- visible damage.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**77-Left Elevation**

Date Taken:

Visible damage to siding.



**78-Dwelling Soffit**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**79-Dwelling Soffit**

Date Taken:

Overview- no visible damage.



**80-Dwelling Soffit**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**81-Dwelling Soffit**

Date Taken:

Overview- no visible damage.



**82-Living Room**

Date Taken:

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**83-Living Room**

Date Taken:

Overview.



**84-Living Room**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**85-Living Room**

Date Taken:

Overview- no visible damage.



**86-Kitchen**

Date Taken:

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**87-Kitchen**

Date Taken:

Overview- no visible damage.



**88-Hallway Bath**

Date Taken:

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**89-Hallway Bath**

Date Taken:

Overview.



**90-Hallway Bath**

Date Taken:

Ceiling- visible water damages.

TWIA 001623

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**91-Hallway Bath**

Date Taken:

Ceiling- visible water damages.



**92-Hallway Bath**

Date Taken:

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**93-Hallway Bath**

Date Taken:

Overview.



**94-Master Bedroom**

Date Taken:

Overview- no visible damage.

TWIA 001625

# Photo Sheet

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**95-Master Bedroom**

Date Taken:

Overview- no visible damage.



**96-Master Bedroom**

Date Taken:

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**97-Master Bath**

Date Taken:

Overview- no visible damage.



**98-Master Bath**

Date Taken:

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**99-Bedroom 1**

Date Taken:

Overview- no visible damage.



**100-Bedroom 1**

Date Taken:

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955



**101-Attic**

Date Taken:

Overview- no visible damage.



**102-Attic**

Date Taken:

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955



**103-Attic**

Date Taken:

Overview- no visible damage.




**104-EastImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

Insured: Ernestine Bell
Claim #: 1201253
Policy #: TWRD0000619955

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**105-NorthImage.JPG**

Date Taken:

Taken By: EagleView




**106-SouthImage.JPG**

Date Taken:

Taken By: EagleView

TWIA 001631

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Ernestine Bell

Claim #: 1201253

Policy #: TWRD0000619955




**107-TopImage.JPG**

Date Taken:

Taken By: EagleView




**108-WestImage.JPG**

Date Taken:

Taken By: EagleView

**Price List Variation Usage Report**

 8/6/2024 3:23 AM

**Texas Windstorm Insurance Association**

**Received Date:**
7/9/2024

**Completed Date:**
8/6/2024

**Operator:**
ROOFBYPR Lee Olivares

**Estimator:**
TWIAC TWIA Claims Examiner

**Checkpoint price list:**
TXGA8X_JUL24 Galveston, TX

**Estimate price list:**
TXGA8X_JUL24 Galveston, TX
Restoration/Service/Remodel

**Claim Number:**
1201253

| | |
|---|---|
| **Price List Item Total** | **20,928.90** |
| **Estimate Line Item Total** | **20,928.90** |
| **Line Item Deviation Total** | **0.00** |

* Totals may be different due to rounding.

TWIA 001633

## Price List Variation Usage Report




## Texas Windstorm Insurance Association

**Received Date:**
7/9/2024

**Completed Date:**
8/8/2024

**Operator:**
ROOFBYPR Lee Olivares

**Estimator:**
LEEO-LECS Lee Olivares

**Checkpoint price list:**
TXGA8X_JUL24 Galveston, TX

**Estimate price list:**
TXGA8X_AUG24 Galveston, TX
Restoration/Service/Remodel

**Claim Number:**
1201253

| | |
|---|---|
| **Price List Item Total** | **21,720.17** |
| **Estimate Line Item Total** | **21,730.03** |
| **Line Item Deviation Total** | **9.86** |

* Totals may be different due to rounding.

TWIA 001634



## Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **DRY** | **1/2-** | | | | | |
| + | | 1/2" drywall - hung, taped, ready for texture | 6.00 | SF | 2.86 | 17.16 |
| | | 1/2" drywall - hung, taped, ready for texture | 6.00 | SF | 2.87 | 17.22 |
| | | | | | | **0.06** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.01 | | Mkt. Cond. 0.00 | |
| **FRM** | **1X6** | | | | | |
| + | | 1" x 6" lumber (.5 BF per LF) | 50.00 | LF | 3.82 | 191.00 |
| | | 1" x 6" lumber (.5 BF per LF) | 50.00 | LF | 3.83 | 191.50 |
| | | | | | | **0.50** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.01 | | Mkt. Cond. 0.00 | |
| **FRM** | **1X6** | | | | | |
| - | | 1" x 6" lumber (.5 BF per LF) | 50.00 | LF | 1.12 | 56.00 |
| | | 1" x 6" lumber (.5 BF per LF) | 50.00 | LF | 1.13 | 56.50 |
| | | | | | | **0.50** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.01 | | Mkt. Cond. 0.00 | |
| **FRM** | **DKRLL** | | | | | |
| + | | Deck hand rail/guard rail - Labor only | 8.00 | LF | 27.24 | 217.92 |
| | | Deck hand rail/guard rail - Labor only | 8.00 | LF | 27.31 | 218.48 |
| | | | | | | **0.56** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.07 | | Mkt. Cond. 0.00 | |
| **FRM** | **DKRLT** | | | | | |
| + | | Deck guard rail - treated lumber | 6.00 | LF | 38.93 | 233.58 |
| | | Deck guard rail - treated lumber | 6.00 | LF | 39.00 | 234.00 |
| | | | | | | **0.42** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.07 | | Mkt. Cond. 0.00 | |
| **INS** | **BI12** | | | | | |
| - | | Blown-in insulation - 12" depth - R30 | 6.00 | SF | 1.18 | 7.08 |
| | | Blown-in insulation - 12" depth - R30 | 6.00 | SF | 1.17 | 7.02 |
| | | | | | | **-0.06** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.00 | | Mkt. Cond. -0.01 | |

## Price List Variation Usage Report




## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **PLM** | **TLTRS** | | | | | |
| + | | Toilet - Detach & reset | 1.00 | EA | 252.47 | 252.47 |
| | | Toilet - Detach & reset | 1.00 | EA | 253.26 | 253.26 |
| | | | | | | **0.79** |
| Unit Price Diff. | Mat. 0.00 | Suppl. 0.00 | Equip. 0.00 | Retail Lab. 0.79 | Mkt. Cond. 0.00 | |
| **RFG** | **ARMV>** | | | | | |
| - | | Tear off, haul and dispose of comp. shingles - Laminated | 11.76 | SQ | 65.18 | 766.52 |
| | | Tear off, haul and dispose of comp. shingles - Laminated | 11.76 | SQ | 65.32 | 768.16 |
| | | | | | | **1.64** |
| Unit Price Diff. | Mat. 0.00 | Suppl. 0.00 | Equip. 0.00 | Retail Lab. 0.14 | Mkt. Cond. 0.00 | |
| **RFG** | **DRIP** | | | | | |
| - | | Drip edge | 141.52 | LF | 0.39 | 55.19 |
| | | Drip edge | 141.52 | LF | 0.40 | 56.61 |
| | | | | | | **1.42** |
| Unit Price Diff. | Mat. 0.00 | Suppl. 0.00 | Equip. 0.00 | Retail Lab. 0.01 | Mkt. Cond. 0.00 | |
| **RFG** | **FLPIPEL** | | | | | |
| - | | Flashing - pipe jack - lead | 3.00 | EA | 8.41 | 25.23 |
| | | Flashing - pipe jack - lead | 3.00 | EA | 8.43 | 25.29 |
| | | | | | | **0.06** |
| Unit Price Diff. | Mat. 0.00 | Suppl. 0.00 | Equip. 0.00 | Retail Lab. 0.02 | Mkt. Cond. 0.00 | |
| **RFG** | **HIGH** | | | | | |
| - | | Additional charge for high roof (2 stories or greater) | 11.76 | SQ | 6.31 | 74.21 |
| | | Additional charge for high roof (2 stories or greater) | 11.76 | SQ | 6.32 | 74.32 |
| | | | | | | **0.11** |
| Unit Price Diff. | Mat. 0.00 | Suppl. 0.00 | Equip. 0.00 | Retail Lab. 0.01 | Mkt. Cond. 0.00 | |
| **WDP** | **SCRN36** | | | | | |
| + | | Patio door screen, 36" wide | 1.00 | EA | 86.48 | 86.48 |
| | | Patio door screen, 36" wide | 1.00 | EA | 86.50 | 86.50 |
| | | | | | | **0.02** |
| Unit Price Diff. | Mat. 0.00 | Suppl. 0.00 | Equip. 0.00 | Retail Lab. 0.02 | Mkt. Cond. 0.00 | |

## Price List Variation Usage Report



## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDP** | **SCRN36** | | | | | |
| - | | Patio door screen, 36" wide | 1.00 | EA | 6.01 | 6.01 |
| | | Patio door screen, 36" wide | 1.00 | EA | 6.03 | 6.03 |
| | | | | | | **0.02** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDR** | **SCRN<** | | | | | |
| + | | Window screen, 1 - 9 SF | 15.00 | EA | 41.81 | 627.15 |
| | | Window screen, 1 - 9 SF | 15.00 | EA | 41.83 | 627.45 |
| | | | | | | **0.30** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDR** | **SCRN<** | | | | | |
| - | | Window screen, 1 - 9 SF | 15.00 | EA | 4.51 | 67.65 |
| | | Window screen, 1 - 9 SF | 15.00 | EA | 4.52 | 67.80 |
| | | | | | | **0.15** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Labor Minimum Code | Description | Base Amount | Adjusted Amount |
|---|---|---|---|
| DRYMN-A | Drywall labor minimum | 554.95 | 527.32 |
| | Drywall labor minimum | 556.39 | 528.76 |
| | | | **1.44** |
| INSMN-A | Insulation labor minimum | 141.01 | 132.37 |
| | Insulation labor minimum | 141.38 | 132.74 |
| | | | **0.37** |
| PLMMN-A | Plumbing labor minimum | 287.26 | 43.52 |
| | Plumbing labor minimum | 288.19 | 44.45 |
| | | | **0.93** |
| WDWMN-A | Window labor minimum | 245.41 | 88.06 |
| | Window labor minimum | 246.04 | 88.69 |
| | | | **0.63** |

**Line Item Deviation** **9.86**

TWIA 001637



TWIA 001638




eagleview © 2021
01/17/2021

TWIA 001640




eagleview © 2021
01/17/2021

TWIA 001642






B
W
3













TWIA 001651










TWIA 001656





TWIA 001658






PITCH - INCH RISE PER 12" RUN
750
Pitch & Slope Locator
JOHNSON
MADE IN USA
DEGREES





TWIA 001663



TWIA 001664



TWIA 001665


TWIA 001666







TWIA 001669








TWIA 001673























TWIA 001684



















TWIA 001693





TWIA 001695






F
W=3





TWIA 001700









TWIA 001704















TWIA 001711






TWIA 001714




16704














16704

TWIA 001725


TWIA 001724




SAMSUNG



TWIA 001727







TWIA 001730














L
W:6












JUL 2025
TWIA / TFPA
OLIVARES,
LEE ROLAND
LeadingEdgeClaims.com
LeadingEdgeClaims.com
1
6
7
0
4

TWIA 001743





TEXAS WINDSTORM INSURANCE ASSOCIATION

Hodge Law Firm, PLLC
1301 Market St
Galveston, Texas 77550-2624

# Cover Sheet

Date: November 7, 2024
Insured: Ernestine Bell
Policy Number: TWRD0000619955
Claim Number: 1201253

Dear Ernestine Bell,

Please attached document.

Sincerely,

Jeremy Harstick
Claims Examiner
(737) 931-1680
claims@twia.org

TEXAS WINDSTORM INSURANCE ASSOCIATION

Ernestine Bell
c/o Attorney: Shaun W. Hodge
Hodge Law Firm, PLLC
1301 Market St
Galveston, TX 77550-2624

# Appraisal Acknowledgment and Agreement to Temporarily Suspend Appraisal

Date: November 7, 2024
Insured: Ernestine Bell
Policy Number: TWRD0000619955
Claim Number: 1201253
Loss Location: 16704 Ponce De Leon, Jamaica Beach, TX 77554

Dear Ernestine Bell:

Texas Windstorm Insurance Association (TWIA) received correspondence advising of your dispute.

TWIA has received your request for appraisal of your claim. Appraisal can only address the amount of loss TWIA will pay for the **accepted** portion of your claim. TWIA agrees to Appraisal for the items that we **accepted** and that are covered under your TWIA policy. We advised you of those items in our Notice of Claim Acceptance in Full dated August 13, 2024, a copy of which is enclosed.

TWIA has also received your request to temporarily suspend the appraisal process which could include the need for re-inspection of your property. As requested, the appraisal process has been temporarily suspended.

If you are disputing items other than those identified in our estimate, please provide a detailed estimate or receipts for repairs/replacement of those items so that we can make a determination of coverage or whether the additional items can be included in the appraisal. Your next step is to submit additional information in support of your costs if you have not done so already. Once we receive new information, if any, we will review the additional information. TWIA will advise you in writing of our findings. If you are still unsatisfied with TWIA's claim decision at that point, we will have reached an impasse of your disputed claim and you can move forward with the appraisal process.

If there is nothing further to present, you would need to select an appraiser and submit their information to TWIA. You can always discuss the matter further with your claim examiner if you do not wish to proceed with appraisal.

Appraisals must be conducted as provided by the policy in Condition 11(f) and by the Rules adopted by the Texas Department of Insurance as set forth under the Title 28 of the Texas Administrative Code. The policy and the rules govern responsibilities for the <u>**costs**</u> of the appraisal as outlined below.

TEXAS WINDSTORM INSURANCE ASSOCIATION

Under the heading "CONDITIONS," your TWIA Residential Policy – Windstorm and Hail states in part:

> *11. Disputes Concerning the Amount of Loss - Exclusive Remedy.*
>
> ...
>
> *f. Appraisal Process.*
>
> ...
>
> *(5) You and we are responsible in equal shares for paying the costs incurred or charged in connection with the appraisal, including expenses of the appraisers and umpire. If we pay more than our share of the costs of appraisal, our liability and payment for covered losses shall be reduced by the amount we pay in excess of our share.*

Title 28 of the Texas Administrative Code states in part:

> ***§5.4211. Appraisal Process.***
>
> ...
>
> *(e) Appraiser fee information. No later than five days after hiring an appraiser, each party must tell the other party the fees to be charged by the appraiser.*
>
> ***§5.4221. Appraisal Process – Costs.***
>
> *(a) One-half per party. Each party must pay one-half of all reasonable and necessary costs incurred or charged in connection with the appraisal, including:*
>
> *(1) appraisers' fees;*
>
> *(2) umpire's fee; and*
>
> *(3) umpire's travel costs.*
>
> *(b) No umpire fee before work begins. If the parties settle before the umpire begins work, the umpire may not charge a fee.*
>
> *(c) Department not responsible. The department is not responsible for any appraisal costs.*

TWIA wants to consider all evidence that is relevant to your claim and to resolve your claim as promptly as possible. Please forward us any evidence you have of your loss including estimates, reports, receipts, invoices, photographs, inventory of damaged personal property, and a description of all loss and damage that you claim. We will consider all evidence that you provide and let you know if we can change our position.

The actions taken by TWIA in evaluating your claim were and are intended to establish the coverage available to you under the policy for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions, and requirements of the policy or any of the rights of either yourself or the Texas Windstorm Insurance Association under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. Texas Windstorm Insurance Association expressly reserves all rights under the policy, at law and in equity, whether or not expressly identified in this letter.

If you have questions regarding your claim, the appraisal process, or the temporary suspension of the appraisal process, please contact us at (800) 788-8247 or claims@twia.org.

Sincerely,

Jeremy Harstick
Claims Examiner
(737) 931-1680
claims@twia.org

ENCL: Notice of Claim Acceptance in Full, August 13, 2024

CC: Galveston Insurance Associates (via Agent Portal)

TEXAS WINDSTORM INSURANCE ASSOCIATION

Hodge Law Firm, PLLC
1301 Market St
Galveston, Texas 77550-2624

# Cover Sheet

Date: November 7, 2024
Insured: Ernestine Bell
Policy Number: TWRD0000619955
Claim Number: 1201253

Dear Ernestine Bell,

Please attached document.

Sincerely,

Jeremy Harstick
Claims Examiner
(737) 931-1680
claims@twia.org

000000 02 03 001198 003682 P

TEXAS WINDSTORM INSURANCE ASSOCIATION

Ernestine Bell
c/o Attorney: Shaun W. Hodge
Hodge Law Firm, PLLC
1301 Market St
Galveston, TX 77550-2624

## Appraisal Acknowledgment and Agreement to Temporarily Suspend Appraisal

Date: November 7, 2024
Insured: Ernestine Bell
Policy Number: TWRD0000619955
Claim Number: 1201253
Loss Location: 16704 Ponce De Leon, Jamaica Beach, TX 77554

Dear Ernestine Bell:

Texas Windstorm Insurance Association (TWIA) received correspondence advising of your dispute.

TWIA has received your request for appraisal of your claim. Appraisal can only address the amount of loss TWIA will pay for the **accepted** portion of your claim. TWIA agrees to Appraisal for the items that we **accepted** and that are covered under your TWIA policy. We advised you of those items in our Notice of Claim Acceptance in Full dated August 13, 2024, a copy of which is enclosed.

TWIA has also received your request to temporarily suspend the appraisal process which could include the need for re-inspection of your property. As requested, the appraisal process has been temporarily suspended.

If you are disputing items other than those identified in our estimate, please provide a detailed estimate or receipts for repairs/replacement of those items so that we can make a determination of coverage or whether the additional items can be included in the appraisal. Your next step is to submit additional information in support of your costs if you have not done so already. Once we receive new information, if any, we will review the additional information. TWIA will advise you in writing of our findings. If you are still unsatisfied with TWIA's claim decision at that point, we will have reached an impasse of your disputed claim and you can move forward with the appraisal process.

If there is nothing further to present, you would need to select an appraiser and submit their information to TWIA. You can always discuss the matter further with your claim examiner if you do not wish to proceed with appraisal.

Appraisals must be conducted as provided by the policy in Condition 11(f) and by the Rules adopted by the Texas Department of Insurance as set forth under the Title 28 of the Texas Administrative Code. The policy and the rules govern responsibilities for the <u>costs</u> of the appraisal as outlined below.

TEXAS WINDSTORM INSURANCE ASSOCIATION

Under the heading "CONDITIONS," your TWIA Residential Policy – Windstorm and Hail states in part:

> *11. Disputes Concerning the Amount of Loss - Exclusive Remedy.*
>
> ...
>
> *f. Appraisal Process.*
>
> ...
>
> *(5) You and we are responsible in equal shares for paying the costs incurred or charged in connection with the appraisal, including expenses of the appraisers and umpire. If we pay more than our share of the costs of appraisal, our liability and payment for covered losses shall be reduced by the amount we pay in excess of our share.*

Title 28 of the Texas Administrative Code states in part:

> ***§5.4211. Appraisal Process.***
>
> ...
>
> *(e) Appraiser fee information. No later than five days after hiring an appraiser, each party must tell the other party the fees to be charged by the appraiser.*
>
> ***§5.4221. Appraisal Process – Costs.***
>
> *(a) One-half per party. Each party must pay one-half of all reasonable and necessary costs incurred or charged in connection with the appraisal, including:*
>
> *(1) appraisers' fees;*
>
> *(2) umpire's fee; and*
>
> *(3) umpire's travel costs.*
>
> *(b) No umpire fee before work begins. If the parties settle before the umpire begins work, the umpire may not charge a fee.*
>
> *(c) Department not responsible. The department is not responsible for any appraisal costs.*

TWIA wants to consider all evidence that is relevant to your claim and to resolve your claim as promptly as possible. Please forward us any evidence you have of your loss including estimates, reports, receipts, invoices, photographs, inventory of damaged personal property, and a description of all loss and damage that you claim. We will consider all evidence that you provide and let you know if we can change our position.

The actions taken by TWIA in evaluating your claim were and are intended to establish the coverage available to you under the policy for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions, and requirements of the policy or any of the rights of either yourself or the Texas Windstorm Insurance Association under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. Texas Windstorm Insurance Association expressly reserves all rights under the policy, at law and in equity, whether or not expressly identified in this letter.



000000 03 03 001198 003683 P

TEXAS WINDSTORM INSURANCE ASSOCIATION

If you have questions regarding your claim, the appraisal process, or the temporary suspension of the appraisal process, please contact us at (800) 788-8247 or claims@twia.org.

Sincerely,

Jeremy Harstick
Claims Examiner
(737) 931-1680
claims@twia.org

ENCL: Notice of Claim Acceptance in Full, August 13, 2024

CC: Galveston Insurance Associates (via Agent Portal)

000000 01 03 001198 003681 P

TEXAS WINDSTORM
INSURANCE ASSOCIATION
P.O. Box 99090
Austin, Texas 78709-9090

MDG2024 00001198 01

Hodge Law Firm, PLLC
1301 Market St
Galveston, TX 77550-2624

THE HODGE LAW FIRM
Your Justice is Our Passion

1301 Market Street
Galveston, TX 77550
(409) 762-5000
Fax (409) 763-2300
www.hodgefirm.com

October 17, 2024

*VIA EMAIL:claims@twia.org*
TWIA
P.O. Box 99090
Austin, TX 78709-9090

Re:

| | |
|---|---|
| Insured: | Ernestine Bell |
| Claim Number: | 1201253 |
| Policy Number: | TWRD0000619955 |
| Date of Loss: | July 8, 2024 |
| Location: | 16704 Ponce De Leon, Jamaica Beach, TX 77554 |

**LETTER OF REPRESENTATION**

Please accept this letter as notice of my representation of Ms. Ernestine Bell for the above referenced claim number. Please direct all communications to my attention.

The insured hereby invokes appraisal and requests an abatement of the appraisal for the "accepted" portion of the claim.

If you have any questions, please feel free to contact my office.

Sincerely,

Shaun W. Hodge

THE HODGE LAW FIRM
*Your Justice is Our Passion*
1301 MARKET STREET
GALVESTON, TX 77550
WWW.HODGEFIRM.COM

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 77550 $ 000.69⁰
02 7H
0006144961 OCT 17 2024

**TWIA**
P.O. Box **99090**
Austin, TX **78709**-9090

TEXAS WINDSTORM
INSURANCE ASSOCIATION

P.O. Box 99090
Austin, Texas 78709-9090

MDG2024 00000200 03

Hodge Law Firm, PLLC
1301 Market St
Galveston, TX 77550-2624

000000 01 11 000200 001222 P

TEXAS WINDSTORM INSURANCE ASSOCIATION

Hodge Law Firm, PLLC
1301 Market St
Galveston, Texas 77550-2624

# Cover Sheet

Date: October 29, 2024
Insured: Ernistine Bell
Policy Number: TWRD0000619955
Claim Number: 1201253

Dear Shaun W. Hodge,

Please see the attached documents.

Thank you,

Jeremy Harstick
Claims Examiner
Texas Windstorm Insurance Association
Phone: 737-931-1680 | Fax: 800-979-6442
Email | claims@twia.org

000000 02 11 000200 001223 P

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

Ernistine Bell
c/o Attorney: Shaun W. Hodge
Hodge Law Firm, PLLC
1301 Market St
Galveston, TX 77550-2624

Sent via email to:
shodge@hodgefirm.com

## Acknowledgement of Letter of Representation

Date: October 29, 2024
Insured: Ernestine Bell
Policy Number: TWRD0000619955
Claim Number: 1201253
Loss Location: 16704 Ponce De Leon, Jamaica Beach, TX 77554

To Hodge Law Firm, PLLC:

This will acknowledge receipt of your correspondence dated October 17, 2024, advising of your representation of Ernistine Bell on the above-referenced claim. For your convenience, we have included a complete copy of our original Notice of Acceptance in Full in Part dated August 13, 2023, and our related estimate for repairs.

A certified copy of the policy pertaining to the above referenced policy has been requested and will be forwarded upon receipt.

It is our understanding that your client disagrees with TWIA's coverage determinations. We ask that you submit any documentation you may have related to your claim. Once this documentation is received, we will review it and determine if any changes to the claim determinations can be made. It may be possible that after reviewing these documents, we may request additional information from you on behalf of our mutual client, or that a reinspection of the insured location may be necessary.

Should you have any questions in the interim, please do not hesitate to contact me directly at 737-931-1680.

Sincerely,

Jeremy Harstick
Claims Examiner
Texas Windstorm Insurance Association
Phone: 737-931-1680 | Fax: 800-979-6442
Email | claims@twia.org

CC: Agent, Galveston Insurance Associates (via Agent Portal)

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION



000000 03 11 000200 001224 P

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

Ernestine Bell
16704 Ponce De Leon
Jamaica Beach, TX 77554

# Important: Response to Your Claim Submission

Date: August 13, 2024
Insured: Ernestine Bell
Policy Number: TWRD0000619955
Claim Number: 1201253

You recently submitted a claim to Texas Windstorm Insurance Association (TWIA). Please read this document carefully because it provides specific information concerning how your TWIA claim is processed.

After carefully reviewing the details of your claim, we have reached a determination. The enclosed Notice of Claim Acceptance provides important details of our determination which includes any claim payment amount.

We are here to help you through the claims process so you can recover as quickly as possible. If you have any questions or concerns, please contact us.

**Contact Options:**
TWIA's Claims Center offers you instant online access to your claim information and services, including the option to message the team handling your claim at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. If you would prefer to speak with us directly, we also have a 24-hour claims customer care line at (800) 788-8247.

**Enclosures:**

- Notice of Claim Acceptance
- If and When You Make Repairs
- If You Disagree with the Amount of Loss
- Legal Notice
- Our Estimate of Your Repairs

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Notice of Claim Acceptance

Date: August 13, 2024
Insured: Ernestine Bell
Policy Number: TWRD0000619955
Claim Number: 1201253
Loss Location(s): 16704 Ponce De Leon, Jamaica Beach, TX 77554

Dear Ernestine Bell,

This letter is to inform you that we have accepted your dwelling claim in full. We estimate the amount of loss we will pay is $8,849.31. We are issuing a payment of $7416.31 to you which represents the amount of loss, less depreciation.

We understand your property was damaged by wind or hail on July 08, 2024 We confirmed your policy covers the following damages:

- Roof
- Siding
- Guard Rail
- Window Screen
- Bathroom

Please review the enclosed estimate, which explains how we determined the amount of loss. We are mailing your check separately. It could take 7-10 business days to receive your check. We estimate an additional amount of up to $1433.00 is available to you as recoverable depreciation when we receive documentation for the cost and completion of repairs.

**If you request the recoverable depreciation you will need to show proof you have paid your deductible.** This can be in the form of a cancelled check, money order receipt, credit card statement, or copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time. No depreciation will be released without proof of payment of your deductible.

**How we came up with your claim payment amount:**

- Your claim payment amount is based on an estimate to repair your property, minus non-recoverable depreciation, if applicable, and your deductible.
- The estimate is based on covered damages we found and any information you gave to us.



000000 04 11 000200 001225 P

- **This is only an estimate of what it will cost to repair your property and it is possible the total cost may be different.**

**Your next steps:**

- Provide our estimate to whomever will perform the work and begin repairs.
- If you agree with the amount of loss, begin work.
- If our estimate is not enough, contact TWIA and request a supplemental payment. This must be done within 545 days of this notice.
- If additional damages are discovered while making repairs, please contact TWIA. You have one year from the date of loss to present these to TWIA.

**There are mandated timelines associated with disputing the amount of the loss we will pay. See the section titled IF YOU DISAGREE WITH THE AMOUNT OF LOSS for more details.**

Other observed damages

During the inspection of your property, our adjuster also noticed other damages but it's our understanding you're not making a claim for the following:

- None

If you intend to claim any of the damages listed above, or if you have other questions, please contact us at 800-788-8247. You can also visit Claims Center at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html/
from your computer or mobile device to send a message, view and upload documents and photos and access the details of your claim.

This document was sent via e-mail to:
none@none.com

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247**

Sincerely,

Toni Bowden
TWIA Claim Examiner
claims@twia.org

Please visit https://research.net/s/twia to provide feedback about your claims experience. Your input is valuable and will help us improve our services.

## HOW TO REQUEST YOUR RECOVERABLE DEPRECIATION

Replacement Cost Coverage pays the amount actually and necessarily spent to repair or replace the covered damaged property. The amount of recoverable depreciation you can receive is limited to the replacement cost. To submit your request for recoverable depreciation, please send us a copy of all paid invoices, bills, receipts, and proof of deductible payment showing the amounts you've paid. We will issue the additional amounts owed no later than 40 days after receiving your documentation. Your documentation for the cost and completion of repairs must be received within 545 days of the date that you receive this notice.

## IF AND WHEN YOU MAKE REPAIRS

Whether your claim is covered or not, you may still need to make repairs to your property. Those repairs may require a Certificate of Compliance. Policyholders are responsible for costs incurred in obtaining a Certificate of Compliance.

A Certificate of Compliance confirms a structure meets the windstorm building code for the area and is an eligibility requirement for coverage with TWIA.

To be eligible for insurance through TWIA:

- Many structural repairs must be certified by the Texas Department of Insurance (TDI) or a Texas licensed professional engineer.
- TDI issues Certificates of Compliance (WPI-8) for repairs that are in progress. See TDI's website for more information, including a list of repairs that do not need certification: www.tdi.texas.gov/wind/index.html

  **TDI contact information**
  Phone: (800) 248-6032
  Email: windstorm@tdi.texas.gov
  Mail: TDI Windstorm Inspections Program, P.O. Box 149104, Austin, TX 78714-9104
- For other information about TWIA eligibility: www.twia.org/coverage-eligibility

## IF YOU DISAGREE WITH THE AMOUNT OF LOSS

We want you to understand our determination regarding your claim. You may request a detailed summary of how we determined the amount of loss we will pay. The amount of loss may include the cost to repair or replace covered property, business income loss, business personal property or contents, and other covered items. Please contact us at

https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. You may also call us at (800) 788-8247 or email claims@twia.org. Please include your claim number, name, and contact information on all communications.

**Appraisal**

Appraisal is a formal process to handle disputes over the amount of a covered loss. In an appraisal, you and TWIA will each hire an independent person to determine the amount of the loss payable under the policy. Please be aware you will share the costs of the appraisal process equally with TWIA.

If there are still disagreements between the two appraisers, the appraisers will submit to an umpire they choose. If the appraisers cannot agree, then the Commissioner of Insurance will choose the umpire. The final appraisal decision is binding.

**How to request appraisal**

1. **Submit a request.** Call your examiner to request appraisal, or send your request via email to TWIA at claims@twia.org or mail to PO Box 99090, Austin, TX 78709-9090, Attention: Appraisal Request.

2. **Follow deadlines for appraisal.**

   - You have 60 days from the date you receive this notice to demand appraisal on the amount of loss that TWIA will pay
   - Because you have replacement cost coverage you may still request appraisal for qualifying items up to the 545-day deadline to provide documentation of cost and completion of repairs.
   - You may request appraisal regardless of whether repairs have been completed or not.

   You may request the 60-day period to request appraisal be extended for 30 days. You'll need to file a written request with TWIA demonstrating good cause for why the period should be extended within 75 days. **If you do not request appraisal within the deadline, you waive your right to contest TWIA's determination of the amount of loss**

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

## LEGAL NOTICE



000000 06 11 000200 001227 P

TWIA's evaluation was intended to establish the coverage available to you under your policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions or requirements of the policy or any of your rights or the rights of TWIA under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. TWIA expressly reserves all rights under the policy, at law and in equity whether or not expressly identified in this letter.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business:<br>E-mail: | (800) 788-8247<br>claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/13/2024 3:38 PM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ERNESTINE_BELL |

000000 07 11 000200 001228 P

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

**ERNESTINE_BELL**

**Risk**

**Dwelling**




**Roof**

| | | | |
|---|---|---|---|
| 1175.87 | Surface Area | 11.76 | Number of Squares |
| 141.52 | Total Perimeter Length | 7.92 | Total Ridge Length |
| 85.46 | Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 11.76 SQ | 65.32 | 0.00 | 768.16 | (0.00) | 768.16 |
| 2. Roofing felt - 15 lb. | 11.76 SQ | 32.32 | 7.88 | 387.96 | (57.29) | 330.67 |
| 3. Asphalt starter - universal starter course | 141.52 LF | 1.89 | 6.54 | 274.01 | (47.55) | 226.46 |
| 4. R&R Drip edge | 141.52 LF | 3.08 | 13.54 | 449.42 | (56.28) | 393.14 |
| 5. Laminated - comp. shingle rfg. - w/out felt | 12.67 SQ | 254.31 | 145.37 | 3,367.48 | (704.81) | 2,662.67 |
| Auto Calculated Waste: 7.7%, 0.91SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8", Bundle Rounding: 1.8%, 0.21SQ - (included in waste calculation above) | | | | | | |
| 6. R&R Hip / Ridge cap - Standard profile - composition shingles | 7.92 LF | 8.38 | 1.94 | 68.31 | (9.41) | 58.90 |
| 7. R&R Continuous ridge vent - shingle-over style | 7.92 LF | 10.77 | 3.06 | 88.36 | (12.71) | 75.65 |
| 8. R&R Flashing - pipe jack - lead | 3.00 EA | 88.60 | 12.31 | 278.11 | (51.15) | 226.96 |
| 9. Remove Additional charge for high roof (2 stories or greater) | 11.76 SQ | 6.32 | 0.00 | 74.32 | (0.00) | 74.32 |
| 10. Additional charge for high roof (2 stories or greater) | 12.46 SQ | 18.82 | 0.00 | 234.50 | (0.00) | 234.50 |
| Auto Calculated Waste: 6.0%, 0.70SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5", | | | | | | |
| **Totals: Roof** | | | **190.64** | **5,990.63** | **939.20** | **5,051.43** |
| **Total: Dwelling** | | | **190.64** | **5,990.63** | **939.20** | **5,051.43** |

**Exterior**

**Front Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 11. R&R Patio door screen, 36" wide | 1.00 EA | | | | PRIOR CLAIM | |
| 12. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 49.37 | (12.20) | 37.17 |
| 13. Paint wood siding - 1 coat | 246.57 SF | 1.57 | 6.71 | 393.82 | (54.25) | 339.57 |
| 14. Paint trim - one coat | 36.00 LF | 1.29 | 0.33 | 46.77 | (2.64) | 44.13 |
| 15. R&R Deck hand rail/guard rail - Labor only | 8.00 LF | 28.65 | 0.21 | 229.41 | (1.28) | 228.13 |



000000 08 11 000200 001229 P

TWIA 001770

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

### CONTINUED - Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 16. R&R Deck guard rail - treated lumber | 6.00 LF | 40.34 | 5.94 | 247.98 | (36.03) | 211.95 |
| 17. R&R 1" x 6" lumber (.5 BF per LF) | 50.00 LF | 4.96 | 5.86 | 253.86 | (4.73) | 249.13 |
| **Totals: Front Elevation** | | | **22.07** | **1,221.21** | **111.13** | **1,110.08** |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 18. R&R Window screen, 1 - 9 SF | 15.00 EA | 46.35 | 45.30 | 740.55 | (183.05) | 557.50 |
| **Totals: Right Elevation** | | | **45.30** | **740.55** | **183.05** | **557.50** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 19. R&R Window screen, 1 - 9 SF | 15.00 EA | 46.35 | 45.30 | 740.55 | (183.05) | 557.50 |
| **Totals: Left Elevation** | | | **45.30** | **740.55** | **183.05** | **557.50** |
| **Total: Exterior** | | | **112.67** | **2,702.31** | **477.23** | **2,225.08** |

### Interior




**Bathroom** **Height: 8'**

| | |
|---|---|
| 160.00 SF Walls | 25.00 SF Ceiling |
| 185.00 SF Walls & Ceiling | 25.00 SF Floor |
| 2.78 SY Flooring | 20.00 LF Floor Perimeter |
| 20.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 20. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 60.59 | (0.00) | 60.59 |
| 21. Mask the floor per square foot - plastic and tape - 4 mil | 25.00 SF | 0.32 | 0.14 | 8.14 | (0.00) | 8.14 |

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Bathroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 22. Mask and prep for paint - plastic, paper, tape (per LF) | 20.00 LF | 1.79 | 0.45 | 36.25 | (0.00) | 36.25 |
| 23. Toilet - Detach & reset | 1.00 EA | 253.26 | 0.79 | 254.05 | (0.00) | 254.05 |
| 24. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 20.54 | (0.13) | 20.41 |
| 25. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 16.14 | (0.22) | 15.92 |
| 26. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 4.84 | (0.16) | 4.68 |
| 27. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 12.03 | (0.02) | 12.01 |
| 28. Paint the ceiling - two coats | 25.00 SF | 1.25 | 0.54 | 31.79 | (2.17) | 29.62 |
| 29. Paint the walls - two coats | 160.00 SF | 1.25 | 3.43 | 203.43 | (13.87) | 189.56 |
| 30. Final cleaning - construction - Residential | 25.00 SF | 0.29 | 0.60 | 7.85 | (0.00) | 7.85 |
| **Totals: Bathroom** | | | **6.91** | **655.65** | **16.57** | **639.08** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total: Interior** | | | **6.91** | **655.65** | **16.57** | **639.08** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 31. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 164.84 | 0.00 | 164.84 | (0.00) | 164.84 |
| **Totals: Debris Removal** | | | **0.00** | **164.84** | **0.00** | **164.84** |
| **Total: Risk** | | | **310.22** | **9,513.43** | **1,433.00** | **8,080.43** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 32. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 528.76 | (0.00) | 528.76 |
| 33. Cleaning labor minimum* | 1.00 EA | 107.93 | 8.90 | 116.83 | (0.00) | 116.83 |
| 34. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 1.41 | (0.00) | 1.41 |
| 35. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 132.74 | (0.00) | 132.74 |
| 36. Plumbing labor minimum | 1.00 EA | 44.45 | 0.00 | 44.45 | (0.00) | 44.45 |
| **Totals: Labor Minimums Applied** | | | **8.90** | **824.19** | **0.00** | **824.19** |
| **Line Item Totals: ERNESTINE_BELL** | | | **319.12** | **10,337.62** | **1,433.00** | **8,904.62** |



000000 09 11 000200 001230 P

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| Additional Charges | Charge |
|---|---|
| Permit | 51.69 |
| **Additional Charges Total** | **$51.69** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,061.99 | SF Walls | 25.00 | SF Ceiling | 1,086.99 | SF Walls and Ceiling |
| 25.00 | SF Floor | 2.78 | SY Flooring | 120.22 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 20.00 | LF Ceil. Perimeter |
| 25.00 | Floor Area | 32.11 | Total Area | 160.00 | Interior Wall Area |
| 2,123.36 | Exterior Wall Area | 122.89 | Exterior Perimeter of Walls | | |
| 1,175.87 | Surface Area | 11.76 | Number of Squares | 141.52 | Total Perimeter Length |
| 7.92 | Total Ridge Length | 85.46 | Total Hip Length | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 10,018.50 |
| Permit | 51.69 |
| Material Sales Tax | 309.62 |
| Subtotal | 10,379.81 |
| Cleaning Sales Tax | 9.50 |
| **Replacement Cost Value** | **$10,389.31** |
| Less Depreciation | (1,433.00) |
| **Actual Cash Value** | **$8,956.31** |
| Less Deductible | (1,540.00) |
| **Net Claim** | **$7,416.31** |
| Total Recoverable Depreciation | 1,433.00 |
| **Net Claim if Depreciation is Recovered** | **$8,849.31** |

Lee Olivares



000000 10 11 000200 001231 P

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes

| | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 309.62 | 0.00 | 9.50 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **309.62** | **0.00** | **9.50** | **0.00** | **0.00** | **0.00** |

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: ERNESTINE_BELL**

| | | |
|---|---|---|
| **Area: Risk** | | |
| **Area: Dwelling** | | |
| Roof | 5,799.99 | 57.89% |
| Area Subtotal: Dwelling | 5,799.99 | 57.89% |
| **Area: Exterior** | | |
| Front Elevation | 1,199.14 | 11.97% |
| Right Elevation | 695.25 | 6.94% |
| Left Elevation | 695.25 | 6.94% |
| Area Subtotal: Exterior | 2,589.64 | 25.85% |
| **Area: Interior** | | |
| Bathroom | 648.74 | 6.48% |
| Area Subtotal: Interior | 648.74 | 6.48% |
| Debris Removal | 164.84 | 1.65% |
| Area Subtotal: Risk | 9,203.21 | 91.86% |
| Labor Minimums Applied | 815.29 | 8.14% |
| **Subtotal of Areas** | 10,018.50 | 100.00% |
| **Total** | 10,018.50 | 100.00% |



000000 11 11 000200 001232 P

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 164.84 | | 164.84 |
| DRYWALL | 560.95 | 0.15 | 560.80 |
| FRAMING & ROUGH CARPENTRY | 719.24 | 42.04 | 677.20 |
| INSULATION | 148.34 | 0.22 | 148.12 |
| LABOR ONLY | 1.41 | | 1.41 |
| PLUMBING | 297.71 | | 297.71 |
| PAINTING | 713.40 | 73.09 | 640.31 |
| ROOFING | 5,799.99 | 939.20 | 4,860.79 |
| WINDOW REGLAZING & REPAIR | 1,436.85 | 378.30 | 1,058.55 |
| Subtotal | 10,018.50 | 1,433.00 | 8,585.50 |
| Permits and Fees | 51.69 | | 51.69 |
| Material Sales Tax | 309.62 | | 309.62 |
| Cleaning Sales Tax | 9.50 | | 9.50 |
| Total | 10,389.31 | 1,433.00 | 8,956.31 |

TEXAS WINDSTORM INSURANCE ASSOCIATION

Hodge Law Firm, PLLC
1301 Market St
Galveston, Texas 77550-2624

# Cover Sheet

Date: October 29, 2024
Insured: Ernistine Bell
Policy Number: TWRD0000619955
Claim Number: 1201253

Dear Shaun W. Hodge,

Please see the attached documents.

Thank you,

Jeremy Harstick
Claims Examiner
Texas Windstorm Insurance Association
Phone: 737-931-1680 | Fax: 800-979-6442
Email | claims@twia.org

TEXAS WINDSTORM INSURANCE ASSOCIATION

Ernistine Bell
c/o Attorney: Shaun W. Hodge
Hodge Law Firm, PLLC
1301 Market St
Galveston, TX 77550-2624

Sent via email to:
shodge@hodgefirm.com

# Acknowledgement of Letter of Representation

Date: October 29, 2024
Insured: Ernestine Bell
Policy Number: TWRD0000619955
Claim Number: 1201253
Loss Location: 16704 Ponce De Leon, Jamaica Beach, TX 77554

To Hodge Law Firm, PLLC:

This will acknowledge receipt of your correspondence dated October 17, 2024, advising of your representation of Ernistine Bell on the above-referenced claim. For your convenience, we have included a complete copy of our original Notice of Acceptance in Full in Part dated August 13, 2023, and our related estimate for repairs.

A certified copy of the policy pertaining to the above referenced policy has been requested and will be forwarded upon receipt.

It is our understanding that your client disagrees with TWIA's coverage determinations. We ask that you submit any documentation you may have related to your claim. Once this documentation is received, we will review it and determine if any changes to the claim determinations can be made. It may be possible that after reviewing these documents, we may request additional information from you on behalf of our mutual client, or that a reinspection of the insured location may be necessary.

Should you have any questions in the interim, please do not hesitate to contact me directly at 737-931-1680.

Sincerely,

Jeremy Harstick
Claims Examiner
Texas Windstorm Insurance Association
Phone: 737-931-1680 | Fax: 800-979-6442
Email | claims@twia.org

CC: Agent, Galveston Insurance Associates (via Agent Portal)

TEXAS WINDSTORM INSURANCE ASSOCIATION

Ernestine Bell
16704 Ponce De Leon
Jamaica Beach, TX 77554

# Important: Response to Your Claim Submission

Date: August 13, 2024
Insured: Ernestine Bell
Policy Number: TWRD0000619955
Claim Number: 1201253

You recently submitted a claim to Texas Windstorm Insurance Association (TWIA). Please read this document carefully because it provides specific information concerning how your TWIA claim is processed.

After carefully reviewing the details of your claim, we have reached a determination. The enclosed Notice of Claim Acceptance provides important details of our determination which includes any claim payment amount.

We are here to help you through the claims process so you can recover as quickly as possible. If you have any questions or concerns, please contact us.

**Contact Options:**
TWIA's Claims Center offers you instant online access to your claim information and services, including the option to message the team handling your claim at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. If you would prefer to speak with us directly, we also have a 24-hour claims customer care line at (800) 788-8247.

**Enclosures:**
- Notice of Claim Acceptance
- If and When You Make Repairs
- If You Disagree with the Amount of Loss
- Legal Notice
- Our Estimate of Your Repairs

# Notice of Claim Acceptance

Date: August 13, 2024
Insured: Ernestine Bell
Policy Number: TWRD0000619955
Claim Number: 1201253
Loss Location(s): 16704 Ponce De Leon, Jamaica Beach, TX 77554

Dear Ernestine Bell,

This letter is to inform you that we have accepted your dwelling claim in full. We estimate the amount of loss we will pay is $8,849.31. We are issuing a payment of $7416.31 to you which represents the amount of loss, less depreciation.

We understand your property was damaged by wind or hail on July 08, 2024 We confirmed your policy covers the following damages:

- Roof
- Siding
- Guard Rail
- Window Screen
- Bathroom

Please review the enclosed estimate, which explains how we determined the amount of loss. We are mailing your check separately. It could take 7-10 business days to receive your check. We estimate an additional amount of up to $1433.00 is available to you as recoverable depreciation when we receive documentation for the cost and completion of repairs.

**If you request the recoverable depreciation you will need to show proof you have paid your deductible.** This can be in the form of a cancelled check, money order receipt, credit card statement, or copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time. No depreciation will be released without proof of payment of your deductible.

**How we came up with your claim payment amount:**

- Your claim payment amount is based on an estimate to repair your property, minus non-recoverable depreciation, if applicable, and your deductible.
- The estimate is based on covered damages we found and any information you gave to us.

- **This is only an estimate of what it will cost to repair your property and it is possible the total cost may be different.**

**Your next steps:**

- Provide our estimate to whomever will perform the work and begin repairs.
- If you agree with the amount of loss, begin work.
- If our estimate is not enough, contact TWIA and request a supplemental payment. This must be done within 545 days of this notice.
- If additional damages are discovered while making repairs, please contact TWIA. You have one year from the date of loss to present these to TWIA.

**There are mandated timelines associated with disputing the amount of the loss we will pay. See the section titled IF YOU DISAGREE WITH THE AMOUNT OF LOSS for more details.**

**Other observed damages**

During the inspection of your property, our adjuster also noticed other damages but it's our understanding you're not making a claim for the following:

- None

If you intend to claim any of the damages listed above, or if you have other questions, please contact us at 800-788-8247. You can also visit Claims Center at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html/
from your computer or mobile device to send a message, view and upload documents and photos and access the details of your claim.

This document was sent via e-mail to:

none@none.com

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247**

Sincerely,

Toni Bowden
TWIA Claim Examiner
claims@twia.org

Please visit https://research.net/s/twia to provide feedback about your claims experience. Your input is valuable and will help us improve our services.

## HOW TO REQUEST YOUR RECOVERABLE DEPRECIATION

Replacement Cost Coverage pays the amount actually and necessarily spent to repair or replace the covered damaged property. The amount of recoverable depreciation you can receive is limited to the replacement cost. To submit your request for recoverable depreciation, please send us a copy of all paid invoices, bills, receipts, and proof of deductible payment showing the amounts you've paid. We will issue the additional amounts owed no later than 40 days after receiving your documentation. Your documentation for the cost and completion of repairs must be received within 545 days of the date that you receive this notice.

## IF AND WHEN YOU MAKE REPAIRS

Whether your claim is covered or not, you may still need to make repairs to your property. Those repairs may require a Certificate of Compliance. Policyholders are responsible for costs incurred in obtaining a Certificate of Compliance.

A Certificate of Compliance confirms a structure meets the windstorm building code for the area and is an eligibility requirement for coverage with TWIA.

**To be eligible for insurance through TWIA**:

- Many structural repairs must be certified by the Texas Department of Insurance (TDI) or a Texas licensed professional engineer.
- TDI issues Certificates of Compliance (WPI-8) for repairs that are in progress. See TDI's website for more information, including a list of repairs that do not need certification: www.tdi.texas.gov/wind/index.html

  **TDI contact information**
  Phone: (800) 248-6032
  Email: windstorm@tdi.texas.gov
  Mail: TDI Windstorm Inspections Program, P.O. Box 149104, Austin, TX 78714-9104
- For other information about TWIA eligibility: www.twia.org/coverage-eligibility

## IF YOU DISAGREE WITH THE AMOUNT OF LOSS

We want you to understand our determination regarding your claim. You may request a detailed summary of how we determined the amount of loss we will pay. The amount of loss may include the cost to repair or replace covered property, business income loss, business personal property or contents, and other covered items. Please contact us at

https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. You may also call us at (800) 788-8247 or email claims@twia.org. Please include your claim number, name, and contact information on all communications.

**Appraisal**

Appraisal is a formal process to handle disputes over the amount of a covered loss. In an appraisal, you and TWIA will each hire an independent person to determine the amount of the loss payable under the policy. Please be aware you will share the costs of the appraisal process equally with TWIA.

If there are still disagreements between the two appraisers, the appraisers will submit to an umpire they choose. If the appraisers cannot agree, then the Commissioner of Insurance will choose the umpire. The final appraisal decision is binding.

**How to request appraisal**

1. **Submit a request.** Call your examiner to request appraisal, or send your request via email to TWIA at claims@twia.org or mail to PO Box 99090, Austin, TX 78709-9090, Attention: Appraisal Request.

2. **Follow deadlines for appraisal.**

    - You have 60 days from the date you receive this notice to demand appraisal on the amount of loss that TWIA will pay
    - Because you have replacement cost coverage you may still request appraisal for qualifying items up to the 545-day deadline to provide documentation of cost and completion of repairs.
    - You may request appraisal regardless of whether repairs have been completed or not.

    You may request the 60-day period to request appraisal be extended for 30 days. You'll need to file a written request with TWIA demonstrating good cause for why the period should be extended within 75 days. **If you do not request appraisal within the deadline, you waive your right to contest TWIA's determination of the amount of loss**

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

## LEGAL NOTICE

TWIA's evaluation was intended to establish the coverage available to you under your policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions or requirements of the policy or any of your rights or the rights of TWIA under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. TWIA expressly reserves all rights under the policy, at law and in equity whether or not expressly identified in this letter.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Ernestine Bell | Cell: | (713) 202-1616 |
| Property: | 16704 Ponce De Leon<br>Jamaica Beach, TX 77554 | Home: | (800) 788-8247 |
| Home: | 1710 Ashmore Ct<br>Missouri City, TX 77489-2166 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1201253 **Policy Number:** TWRD0000619955 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:46 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/9/2024 1:00 AM |
| Date Inspected: | 8/1/2024 2:00 PM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/13/2024 3:38 PM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ERNESTINE_BELL |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**ERNESTINE_BELL**

**Risk**

**Dwelling**




### Roof

| | | | |
|---|---|---|---|
| 1175.87 | Surface Area | 11.76 | Number of Squares |
| 141.52 | Total Perimeter Length | 7.92 | Total Ridge Length |
| 85.46 | Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 11.76 SQ | 65.32 | 0.00 | 768.16 | (0.00) | 768.16 |
| 2. Roofing felt - 15 lb. | 11.76 SQ | 32.32 | 7.88 | 387.96 | (57.29) | 330.67 |
| 3. Asphalt starter - universal starter course | 141.52 LF | 1.89 | 6.54 | 274.01 | (47.55) | 226.46 |
| 4. R&R Drip edge | 141.52 LF | 3.08 | 13.54 | 449.42 | (56.28) | 393.14 |
| 5. Laminated - comp. shingle rfg. - w/out felt | 12.67 SQ | 254.31 | 145.37 | 3,367.48 | (704.81) | 2,662.67 |
| Auto Calculated Waste: 7.7%, 0.91SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8", Bundle Rounding: 1.8%, 0.21SQ - (included in waste calculation above) | | | | | | |
| 6. R&R Hip / Ridge cap - Standard profile - composition shingles | 7.92 LF | 8.38 | 1.94 | 68.31 | (9.41) | 58.90 |
| 7. R&R Continuous ridge vent - shingle-over style | 7.92 LF | 10.77 | 3.06 | 88.36 | (12.71) | 75.65 |
| 8. R&R Flashing - pipe jack - lead | 3.00 EA | 88.60 | 12.31 | 278.11 | (51.15) | 226.96 |
| 9. Remove Additional charge for high roof (2 stories or greater) | 11.76 SQ | 6.32 | 0.00 | 74.32 | (0.00) | 74.32 |
| 10. Additional charge for high roof (2 stories or greater) | 12.46 SQ | 18.82 | 0.00 | 234.50 | (0.00) | 234.50 |
| Auto Calculated Waste: 6.0%, 0.70SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5", | | | | | | |
| **Totals: Roof** | | | **190.64** | **5,990.63** | **939.20** | **5,051.43** |
| **Total: Dwelling** | | | **190.64** | **5,990.63** | **939.20** | **5,051.43** |

**Exterior**

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 11. R&R Patio door screen, 36" wide | 1.00 EA | | | | | PRIOR CLAIM |
| 12. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 49.37 | (12.20) | 37.17 |
| 13. Paint wood siding - 1 coat | 246.57 SF | 1.57 | 6.71 | 393.82 | (54.25) | 339.57 |
| 14. Paint trim - one coat | 36.00 LF | 1.29 | 0.33 | 46.77 | (2.64) | 44.13 |
| 15. R&R Deck hand rail/guard rail - Labor only | 8.00 LF | 28.65 | 0.21 | 229.41 | (1.28) | 228.13 |

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

### CONTINUED - Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 16. R&R Deck guard rail - treated lumber | 6.00 LF | 40.34 | 5.94 | 247.98 | (36.03) | 211.95 |
| 17. R&R 1" x 6" lumber (.5 BF per LF) | 50.00 LF | 4.96 | 5.86 | 253.86 | (4.73) | 249.13 |
| **Totals: Front Elevation** | | | **22.07** | **1,221.21** | **111.13** | **1,110.08** |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 18. R&R Window screen, 1 - 9 SF | 15.00 EA | 46.35 | 45.30 | 740.55 | (183.05) | 557.50 |
| **Totals: Right Elevation** | | | **45.30** | **740.55** | **183.05** | **557.50** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 19. R&R Window screen, 1 - 9 SF | 15.00 EA | 46.35 | 45.30 | 740.55 | (183.05) | 557.50 |
| **Totals: Left Elevation** | | | **45.30** | **740.55** | **183.05** | **557.50** |
| **Total: Exterior** | | | **112.67** | **2,702.31** | **477.23** | **2,225.08** |

### Interior




**Bathroom** **Height: 8'**

| | | | |
|---|---|---|---|
| 160.00 | SF Walls | 25.00 | SF Ceiling |
| 185.00 | SF Walls & Ceiling | 25.00 | SF Floor |
| 2.78 | SY Flooring | 20.00 | LF Floor Perimeter |
| 20.00 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 20. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 60.59 | (0.00) | 60.59 |
| 21. Mask the floor per square foot - plastic and tape - 4 mil | 25.00 SF | 0.32 | 0.14 | 8.14 | (0.00) | 8.14 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Bathroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 22. Mask and prep for paint - plastic, paper, tape (per LF) | 20.00 LF | 1.79 | 0.45 | 36.25 | (0.00) | 36.25 |
| 23. Toilet - Detach & reset | 1.00 EA | 253.26 | 0.79 | 254.05 | (0.00) | 254.05 |
| 24. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 20.54 | (0.13) | 20.41 |
| 25. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 16.14 | (0.22) | 15.92 |
| 26. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 4.84 | (0.16) | 4.68 |
| 27. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 12.03 | (0.02) | 12.01 |
| 28. Paint the ceiling - two coats | 25.00 SF | 1.25 | 0.54 | 31.79 | (2.17) | 29.62 |
| 29. Paint the walls - two coats | 160.00 SF | 1.25 | 3.43 | 203.43 | (13.87) | 189.56 |
| 30. Final cleaning - construction - Residential | 25.00 SF | 0.29 | 0.60 | 7.85 | (0.00) | 7.85 |
| **Totals: Bathroom** | | | **6.91** | **655.65** | **16.57** | **639.08** |
| **Total: Interior** | | | **6.91** | **655.65** | **16.57** | **639.08** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 31. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 164.84 | 0.00 | 164.84 | (0.00) | 164.84 |
| **Totals: Debris Removal** | | | **0.00** | **164.84** | **0.00** | **164.84** |
| **Total: Risk** | | | **310.22** | **9,513.43** | **1,433.00** | **8,080.43** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 32. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 528.76 | (0.00) | 528.76 |
| 33. Cleaning labor minimum* | 1.00 EA | 107.93 | 8.90 | 116.83 | (0.00) | 116.83 |
| 34. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 1.41 | (0.00) | 1.41 |
| 35. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 132.74 | (0.00) | 132.74 |
| 36. Plumbing labor minimum | 1.00 EA | 44.45 | 0.00 | 44.45 | (0.00) | 44.45 |
| **Totals: Labor Minimums Applied** | | | **8.90** | **824.19** | **0.00** | **824.19** |
| **Line Item Totals: ERNESTINE_BELL** | | | **319.12** | **10,337.62** | **1,433.00** | **8,904.62** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| Additional Charges | Charge |
|---|---|
| Permit | 51.69 |
| **Additional Charges Total** | **$51.69** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,061.99 | SF Walls | 25.00 | SF Ceiling | 1,086.99 | SF Walls and Ceiling |
| 25.00 | SF Floor | 2.78 | SY Flooring | 120.22 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 20.00 | LF Ceil. Perimeter |
| 25.00 | Floor Area | 32.11 | Total Area | 160.00 | Interior Wall Area |
| 2,123.36 | Exterior Wall Area | 122.89 | Exterior Perimeter of Walls | | |
| 1,175.87 | Surface Area | 11.76 | Number of Squares | 141.52 | Total Perimeter Length |
| 7.92 | Total Ridge Length | 85.46 | Total Hip Length | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 10,018.50 |
| Permit | 51.69 |
| Material Sales Tax | 309.62 |
| Subtotal | 10,379.81 |
| Cleaning Sales Tax | 9.50 |
| **Replacement Cost Value** | **$10,389.31** |
| Less Depreciation | (1,433.00) |
| **Actual Cash Value** | **$8,956.31** |
| Less Deductible | (1,540.00) |
| **Net Claim** | **$7,416.31** |
| Total Recoverable Depreciation | 1,433.00 |
| **Net Claim if Depreciation is Recovered** | **$8,849.31** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes

| | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 309.62 | 0.00 | 9.50 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **309.62** | **0.00** | **9.50** | **0.00** | **0.00** | **0.00** |

TWIA 001795

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: ERNESTINE_BELL**

| | | |
|---|---|---|
| **Area: Risk** | | |
| **Area: Dwelling** | | |
| Roof | 5,799.99 | 57.89% |
| Area Subtotal: Dwelling | 5,799.99 | 57.89% |
| **Area: Exterior** | | |
| Front Elevation | 1,199.14 | 11.97% |
| Right Elevation | 695.25 | 6.94% |
| Left Elevation | 695.25 | 6.94% |
| Area Subtotal: Exterior | 2,589.64 | 25.85% |
| **Area: Interior** | | |
| Bathroom | 648.74 | 6.48% |
| Area Subtotal: Interior | 648.74 | 6.48% |
| Debris Removal | 164.84 | 1.65% |
| Area Subtotal: Risk | 9,203.21 | 91.86% |
| Labor Minimums Applied | 815.29 | 8.14% |
| **Subtotal of Areas** | 10,018.50 | 100.00% |
| **Total** | 10,018.50 | 100.00% |

TWIA 001796

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 164.84 | | 164.84 |
| DRYWALL | 560.95 | 0.15 | 560.80 |
| FRAMING & ROUGH CARPENTRY | 719.24 | 42.04 | 677.20 |
| INSULATION | 148.34 | 0.22 | 148.12 |
| LABOR ONLY | 1.41 | | 1.41 |
| PLUMBING | 297.71 | | 297.71 |
| PAINTING | 713.40 | 73.09 | 640.31 |
| ROOFING | 5,799.99 | 939.20 | 4,860.79 |
| WINDOW REGLAZING & REPAIR | 1,436.85 | 378.30 | 1,058.55 |
| **Subtotal** | 10,018.50 | 1,433.00 | 8,585.50 |
| **Permits and Fees** | 51.69 | | 51.69 |
| **Material Sales Tax** | 309.62 | | 309.62 |
| **Cleaning Sales Tax** | 9.50 | | 9.50 |
| **Total** | 10,389.31 | 1,433.00 | 8,956.31 |

TEXAS WINDSTORM
INSURANCE ASSOCIATION
HEREBY CERTIFIES
THIS IS A TRUE COPY

DAVID MOHUN
8405 WINNINGHAM LN
HOUSTON, TX 77055-7531

# Texas Windstorm Insurance Association

4801 Southwest Parkway
Building 1, Suite 200, Austin, TX 78735

PO Box 99090 Austin,
TX 78709-9090

www.twia.org
(800) 788-8247

**TWRD0000713215**

TEXAS WINDSTORM INSURANCE ASSOCIATION

**POLICY DECLARATIONS PAGE**
**DWELLING POLICY**

| POLICY NUMBER | EFFECTIVE DATE/TIME | EXPIRATION DATE/TIME |
|---|---|---|
| TWRD0000713215 | 04/18/2024 12:01 a.m. | 04/18/2025 12:01 a.m. |

| NAME INSURED AND ADDRESS | AGENCY NAME AND LOCATION |
|---|---|
| DAVID MOHUN<br>KRISTEN MOHUN<br>8405 WINNINGHAM LN<br>HOUSTON TX 77055-7531 | STEVEN W BOESSLING<br>STEVEN WAYNE BOESSLING (0673)<br>8955 KATY FRWY STE 206<br>HOUSTON TX 77024<br>(713) 395-7773 |

**IMPORTANT**
**Early cancellation may result in approximately 25% of your premium being retained by Texas Windstorm Insurance Association.**

**This policy is subject to an immediate surcharge if determined necessary by the Texas Insurance Commissioner. Failure to pay the surcharge will result in cancellation of the policy.**

| LOCATION INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| **LOCATION ADDRESS** | **CONSTRUCTION TYPE** | **YEAR BUILT** | **OCCUPANCY** | **COUNTY** | **TERRITORY CODE** | **COASTAL ZONE** |
| 22306 Isle View Dr<br>Galveston TX 77554 | Frame | 1992 | Secondary Residence | Galveston | 8 | Seaward |

**COVERAGES - Windstorm and Hail Only**
In consideration of the stipulations and conditions herein or added hereto which are made a part of this policy, and of the premiums provided, TWIA does insure the insured named above and legal representatives FROM the effective date shown above TO the expiration date shown above at 12:01 a.m. Standard Time at the location of property against direct loss resulting from the perils of Windstorm and Hail only which have a premium inserted opposite thereto and only on the property described and located as provided hereon.

**COVERAGE SUMMARY**

**TOTAL PREMIUM AND SURCHARGES:** $4,168
*Minimum earned premium applies*

| DWELLING AND PERSONAL PROPERTY | LIMITS | PREMIUMS |
|---|---|---|
| Coverage A<br>Structure | $427,000 | $4,651 |
| Deductible 2% | $8,540 | -$1,202 |
| Coverage B<br>Personal Property | $100,000 | $387 |
| Deductible 2% | $2,000 | -$96 |
| Indirect Loss Coverage<br>Wind Driven Rain<br>Consequential Loss | See Endorsements | $168 |

## POLICY FORMS AND ENDORSEMENTS

| NUMBER | EDITION | NAME | LIMIT | PREMIUMS |
|---|---|---|---|---|
| TWDP | 04/01/2020 | TWIA Dwelling Policy | N/A | Included |
| TWIA-220 | 03/01/2012 | Automatic Adjusted Building Cost Endorsement | N/A | Included |
| TWIA-321 | 04/30/2021 | Extension of Coverage - Wind Driven Rain | See Form | Included |
| TWIA-331 | 04/30/2021 | Extension of Coverage - Consequential Loss | See Form | Included |
| TWIA-365 | 11/08/2019 | Conversion to Replacement Cost Coverage B (Personal Property) | N/A | $260 |
| TWIA-802 | 11/08/2019 | Replacement Cost Coverage A (Dwelling) | N/A | Included |

## ADDITIONAL NAMED INSUREDS

**NAME AND ADDRESS:**
Kristen Mohun
8405 Winningham Ln
Houston TX 77055-7531

**Relationship:** Spouse