TEXAS WINDSTORM INSURANCE ASSOCIATION

# Policy Change Notice

| | | | |
|---|---|---|---|
| Date Processed: | 04/13/2024 | Agent Name: | Steven W Boessling<br>Steven Wayne Boessling (0673) |
| Change Effective Date: | 04/18/2024 | Agent Phone: | (713) 395-7773 |
| Policy Number: | TWRD0000713215 | Agent Address: | 8955 Katy Frwy Ste 206<br>Houston, TX 77024 |
| Policyholder: | David Mohun, Kristen Mohun | | |
| Property Location: | 22306 Isle View Dr<br>Galveston, TX 77554<br>Galveston | | |

**ADDED**

**REMOVED**

**CHANGED**

| | PREVIOUS | NEW |
|---|---|---|
| Dwelling - Actual Cash Value | 264600 | 298900 |
| Dwelling - Replacement Cost | 378000 | 427000 |
| Structure Coverage Limit | $378,000 | $427,000 |

If you have any questions regarding these changes, please contact your agent or call TWIA at (800) 788-8247.



**Texas Windstorm Insurance Association**

P.O. Box 99090, Austin, Texas 78709-9090

(800) 788-8247 | www.twia.org

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Making Repairs in the Event of a Loss

In the event of a loss, first and foremost, continue to ensure the safety of you and your family. If there is any major structural damage, call authorities before entering the building. After you have filed a claim, make temporary repairs to protect your property.

## Temporary Repairs

After a loss, make temporary repairs as quickly as possible to prevent further damage.

- Before tearing out, removing, or covering over damaged property or debris, take pictures or videotape if possible. Keep any damaged property until the adjuster sees it and approves of disposal.
- Board broken windows, cover openings with a tarp or plastic to prevent additional water damage, and stop interior leaks. Dry out water damaged and wet areas immediately.
- Keep invoices and receipts for your temporary repairs. If your loss is covered by the policy, reasonable costs for temporary repairs are covered.
- Do not make permanent repairs, such as roof replacement or asphalt patches, until the adjuster has made an inspection. The adjuster needs to be able to see the damage and determine if it is from windstorm or hail.

## Permanent Repairs

Whether or not you ultimately have a covered claim, you may need to make permanent structural repairs to your property. To be eligible for insurance through TWIA, many structural repairs must be certified by a Texas Department of Insurance (TDI) appointed qualified inspector or by a Texas licensed professional engineer.

Certificates of Compliance (WPI-8 or WPI-8-C) are issued to certify compliance with the applicable windstorm building code for the area. Without a Certificate of Compliance, TWIA lacks evidence that the structure conforms to the applicable building code, and the structure may be considered ineligible for coverage with TWIA. The WPI-8 certification inspections are done before and during the repair process, if completed by a TDI inspector.

For more information about eligibility requirements, visit www.twia.org/windstorm-certification-requirements. The TDI website provides a list of repairs that do not require inspection and certification. For more information or to contact someone with the TDI Windstorm Inspections Program, you can call 800-248-6032 or go to the TDI website at www.tdi.texas.gov.

TEXAS WINDSTORM INSURANCE ASSOCIATION

## How to File a Claim

Please keep this informational sheet in an easily-accessible place or in your emergency contacts file.
Write down your policy number here: ______________________

### Ways to File a Claim

- Call TWIA's 24-hour Claims Center at 800-788-8247
- Visit www.twia.org/ClaimsCenter to report a new claim or check the status of an existing claim from your computer or any mobile device
- Contact your agent

### Information You Will Need to File Your Claim

- Your TWIA policy number
- The best contact information to reach you
- Brief details of what was damaged and how it happened

### After You File a Claim

- Make temporary repairs to protect your property (see "Making Repairs in the Event of a Loss"). Save receipts. Do not make any permanent repairs until you discuss your claim with a TWIA representative.
- TWIA will send you a letter acknowledging your claim and provide the name of the TWIA representative assigned to help with your claim.
- The TWIA representative will call you to discuss your claim and may schedule an adjuster or other expert to inspect your damaged property.
- In instances where an adjuster or expert inspects the damaged property, they will report their findings and recommendations to TWIA.
- The final decision on your claim will be made by TWIA. You will receive a detailed letter explaining TWIA's decision on your claim.
- If you are due a payment for your loss, a check will be issued and sent to you.

### Information to Provide Your TWIA Representative

- **Inventory:** If coverage is provided on your personal or business personal property, provide an inventory of these damaged items. Include a description and age of each item, its original cost, and the estimated replacement cost.
- **Documentation:** Any documentation of the damage you claim. This includes reports, estimates, invoices, receipts, photos, and videos.
- **Other Claims:** Information on any other water damage, structural damage, or previous repairs, whether due to plumbing leaks, flood, air-conditioning system leaks, foundation settlement, or other sources.
- **Additional Information Requested by TWIA:** Within 30 days after the date your claim is reported, TWIA may send a written request for additional information necessary to resolve your claim. Please promptly provide TWIA with the requested information.

**Texas Windstorm Insurance Association**
**4801 Southwest Parkway, Building 1, Suite 200, Austin, Texas 78735**
**P.O. Box 99090, Austin, Texas 78709-9090**
**1-800-788-8247 / Fax 512-899-4950**

# TWIA DWELLING POLICY
# WINDSTORM AND HAIL

**THIS POLICY JACKET WITH THE COMMON DECLARATIONS PAGE, COVERAGE PARTS, AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THIS POLICY.**

Flood Insurance: You may also need to consider the purchase of flood insurance. Your insurance policy does not include coverage for damage resulting from a flood even if hurricane winds and rain caused the flood to occur. Without separate flood insurance coverage, you may have uncovered losses caused by a flood. Please discuss the need to purchase separate flood insurance coverage with your insurance agent or insurance company, or visit www.floodsmart.gov.

## Where you can get information or make a complaint

If you have a question or a problem with a claim or your premium, contact your insurance company first. You can also get information or file a complaint with the Texas Department of Insurance.

### Texas Windstorm Insurance Association

To get information or file a complaint with your insurance company:

**Call: TWIA at 1-800-788-8247**
**Toll-free: 1-800-788-8247**
Email: Compliance@twia.org
Mail: Attn: Compliance Department
P.O. Box 99090
Austin, TX 78709-9090

### The Texas Department of Insurance

To get help with an insurance question, learn about your rights, or file a complaint with the state:

Call: 1-800-252-3439
Online: www.tdi.texas.gov
Email: ConsumerProtection@tdi.texas.gov
Mail: Consumer Protection, MC: CO-CP, Texas Department of Insurance, P.O. Box 12030 Austin, TX 78711-2030

### To compare policies and prices

Visit **HelpInsure.com** to compare prices and coverages on home and auto insurance policies. The website is a service of the Texas Department of Insurance and the Office of Public Insurance Counsel.

## Donde puede obtener información o presentar una queja

Si tiene una pregunta o un problema con una reclamación o con su prima de seguro, comuníquese primero con su compañía de seguros. Usted también puede obtener información o presentar una queja ante el Departamento de Seguros de Texas (Texas Department of Insurance, por su nombre en inglés).

### Texas Windstorm Insurance Association

Para obtener información o para presentar una queja ante su compañía de seguros:

**Llame a: TWIA al 1-800-788-8247**
**Teléfono gratuito: 1-800-788-8247**
Correo electrónico: Compliance@twia.org
Dirección postal: Attn: Compliance Department
P.O. Box 99090
Austin, TX 78709-9090

### El Departamento de Seguros de Texas

Para obtener ayuda con una pregunta relacionada con los seguros, para conocer sus derechos o para presentar una queja ante el estado:

Llame: 1-800-252-3439
En línea: www.tdi.texas.gov
Correo electrónico: ConsumerProtection@tdi.texas.gov
Dirección postal: Consumer Protection, MC: CO-CP, Texas Department of Insurance, P.O. Box 12030, Austin, TX 78711-2030

### Para comparar pólizas y precios

Visite **HelpInsure.com** para comparar precios y coberturas en pólizas de seguro para el hogar y automóvil. El sitio web es un servicio del Departamento de Seguros de Texas y de la Oficina del Asesor Público de Seguros (Office of Public Insurance Counsel, por su nombre en inglés).

## INSURANCE WEBSITE NOTICE

### To compare policies and prices

Visit **HelpInsure.com** to compare prices and coverages on home and auto insurance policies. The website is a service of the Texas Department of Insurance and the Office of Public Insurance Counsel.

## AVISO DEL SITIO WEB DE SEGUROS

### Para comparar pólizas y precios

Visite **HelpInsure.com** para comparar precios y coberturas en pólizas de seguro para el hogar y automóvil. El sitio web es un servicio del Departamento de Seguros de Texas y de la Oficina del Asesor Público de Seguros (Office of Public Insurance Counsel, por su nombre en inglés).

## IMPORTANT NOTICE ABOUT SUPPLEMENTAL CLAIM PAYMENTS

If you think our estimate of your covered damage is not enough, you can ask for a supplemental (additional) claim payment.

**The first deadline to request a supplemental claim payment is 60 days after the date you receive our letter that tells you how much we will pay. If your policy does not provide replacement cost coverage, this is your only chance to request a supplemental claim payment. The deadline may be extended in some situations by the Commissioner of Insurance and/or TWIA.**

**If your policy provides replacement cost coverage, you have more time to ask for a supplemental claim payment.**

- Your deadline to complete your repairs and request your replacement cost payment is 545 days after you receive our Notice of Acceptance or Partial Acceptance letter that tells you how much we will pay.
- You can ask for a supplemental claim payment even if you have not started or completed your repairs.
- Within 30 days of receiving your replacement cost payment request, TWIA will either accept your request in full, accept your request in part, or reject your request.
- After you receive our letter that says how much we will pay for replacement cost, you have 30 days to tell us if you think the amount we have agreed to pay is not enough. You can then:
    - Ask for a supplemental replacement cost payment; or
    - Request appraisal of your replacement cost.
- If you ask for a supplemental replacement cost payment before the deadline, you can still go forward with appraisal of your replacement cost later if you think the amount we have agreed to pay is not enough.
- We cannot make the replacement cost payment until the repairs have been made.

**You can only have one appraisal. If you have already been through appraisal before making your request for the replacement cost payment, you cannot have another appraisal.**

If you are not sure about a deadline, please contact us as soon as possible. We can help you understand any deadlines that may apply to your claim.

To request a supplemental payment contact us at (800) 788-8247, at Claims Center at www.twia.org/claimscenter, or email claims@twia.org. Please include your claim number with your email.

If you can, tell us why our estimate of your covered damages was not enough. Please send detailed estimates, pictures, contracts with those doing repairs, or any other information you think might help.

- Why it helps: We can decide and issue any payments quickly when we know the repair costs.

Read more about supplemental claim payments and appraisal in Condition 11 of this policy on page 7.

## IMPORTANT NOTICE REGARDING RESOLUTION OF DISPUTES

YOUR ACCESS TO JUDICIAL REVIEW OF OUR DECISIONS UNDER THIS POLICY IS LIMITED BY STATUTE. DISPUTES UNDER THIS POLICY MUST BE RESOLVED THROUGH DISPUTE RESOLUTION PROCEDURES STIPULATED IN THE POLICY CONDITIONS AND THE TEXAS WINDSTORM INSURANCE ASSOCIATION ACT, CHAPTER 2210, TEXAS INSURANCE CODE.

### DISPUTES REGARDING ACCEPTED CLAIMS:

If we accept coverage for the claim in full or part, and you dispute the amount of loss, you must demand appraisal no later than the 60th day after the date you receive notice of our decision regarding your claim, or request a 30-day extension not later than the 75th day after you receive notice of our decision regarding your claim. Otherwise, you waive the right to contest our determination of the amount of loss that we will pay.

You have more time to demand appraisal of how much we will pay you for "replacement cost." You may demand appraisal of "replacement cost" without regard to whether all repairs related to the claim are complete. You must demand appraisal no later than the 30th day after the date you receive notice of our decision regarding your request for replacement cost payment.

An appraisal decision is binding on you and us as to the amount of loss we will pay for a fully accepted claim or the accepted portion of a partially accepted claim. You may file a lawsuit not later than two years after the date of the appraisal decision to vacate an appraisal decision and begin a new appraisal process. Otherwise, you may not bring a lawsuit against us with reference to a claim for which we have accepted coverage in full.

The processes, deadlines, and binding effect of appraisal are further described in policy Condition 11 and Condition 6 (if you have replacement cost coverage).

## DISPUTES REGARDING DENIED CLAIMS:

If we deny coverage for the claim in full or part, and you dispute that determination, you must provide us with notice, not later than two years after the date on which you receive notice of our decision regarding your claim that you intend to bring a lawsuit concerning denial of the claim. Otherwise, you waive the right to contest our denial of the claim, and you are barred from bringing a lawsuit concerning denial of coverage.

We must request alternative dispute resolution (including mediation) not later than the 60th day after we receive your notice of intent to bring a lawsuit. Alternative dispute resolution must be completed not later than the 60th day after we request alternative dispute resolution, unless the period is extended by mutual agreement or by a rule of the commissioner of insurance. If alternative dispute resolution is not completed or you are not satisfied after alternative dispute resolution, you may bring a lawsuit in a district court not later than two years after the date on which you receive notice of our decision regarding your claim. The only issues you may raise in a lawsuit against us are (1) whether our denial of coverage was proper, and (2) the amount of damages permitted under the Texas Windstorm Insurance Association Act, Section 2210.576(b), Texas Insurance Code.

The requirements for notice of intent to bring a lawsuit, alternative dispute resolution, and filing a lawsuit against us are described in policy Condition 12.

## OMBUDSMAN FOR POLICYHOLDERS:

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/Consumer/disasters.html; email ConsumerProtection@tdi.texas.gov; call toll-free 1-855-352-6278; or write to COAST Program – MC CO-CP, Texas Department of Insurance, P.O. Box 12030 Austin, TX 78711-2030

## IMPORTANT NOTICE REGARDING PAYMENT OF INSURANCE DEDUCTIBLES

Texas law requires a person insured under a property insurance policy to pay any deductible applicable to a claim made under the policy. It is a violation of Texas law for a seller of goods or services who reasonably expects to be paid wholly or partly from the proceeds of a property insurance claim to knowingly allow the insured person to fail to pay, or assist the insured person's failure to pay, the applicable insurance deductible.

This notice is for information only and does not become a part or condition of the insurance policy.

# TEXAS WINDSTORM INSURANCE ASSOCIATION
# DWELLING POLICY - WINDSTORM AND HAIL

AGREEMENT .................... 1

DEFINITIONS .................... 1

COVERAGES .................... 1

COVERED PROPERTY .................... 1
PROPERTY NOT COVERED .................... 2

EXTENSIONS OF COVERAGE .................... 3

DEBRIS REMOVAL .................... 3
REASONABLE REPAIRS .................... 3
IMPROVEMENTS, ALTERATIONS AND ADDITIONS .................... 3
PROPERTY REMOVED .................... 3

PERILS INSURED AGAINST .................... 3

EXCLUSIONS .................... 3

DEDUCTIBLE .................... 5

CONDITIONS .................... 5

Condition 1: POLICY PERIOD .................... 5
Condition 2: INSURABLE INTEREST AND LIMIT OF LIABILITY .................... 5
Condition 3: FRAUDULENT MISREPRESENTATION .................... 5
Condition 4: DUTIES AFTER LOSS .................... 5
a. YOUR DUTIES AFTER LOSS .................... 5
b. OUR DUTIES AFTER LOSS .................... 5
Condition 5: LOSS PAYMENT .................... 6
Condition 6: LOSS SETTLEMENT .................... 6
Condition 7: RESIDENTIAL COMMUNITY PROPERTY .................... 6
Condition 8: MORTGAGE CLAUSE (Without Contribution) .................... 6
Condition 9: OTHER INSURANCE .................... 7
Condition 10: LIMITED JUDICIAL REMEDIES .................... 7
Condition 11: DISPUTES ABOUT THE AMOUNT OF YOUR COVERED LOSS .................... 7
Condition 12: DISPUTES CONCERNING DENIED COVERAGE – EXCLUSIVE REMEDY .................... 9
Condition 13: COMMISSIONER EXTENSION OF DEADLINES .................... 11
Condition 14: APPEALS OTHER THAN CLAIMS DISPUTES .................... 11
Condition 15: SUBROGATION (TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US) .................... 11
Condition 16: ABANDONMENT OF PROPERTY .................... 11
Condition 17: LIBERALIZATION .................... 11
Condition 18: WAIVER OR CHANGE OF POLICY PROVISIONS .................... 11
Condition 19: CANCELLATION .................... 11
Condition 20: ASSIGNMENT .................... 11
Condition 21: DEATH .................... 11

# Texas Windstorm Insurance Association Dwelling Policy
# Windstorm and Hail

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "we", "us", and "our" refer to the Texas Windstorm Insurance Association. "You" and "your" refer to the named insured shown in the Declarations.

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

**Premium Surcharge:**

The Texas Insurance Commissioner has the authority to determine that a premium surcharge is necessary to pay public securities issued on behalf of TWIA policyholders and to require you to pay this surcharge. This policy will immediately be subject to any non-refundable premium surcharge determined by the Commissioner and implemented by us.

If a surcharge is implemented, we will notify you in writing and include in the notice the amount you must pay. Payment of the surcharge will then be due 120 days after you receive the notice from us. Failure to pay the surcharge by the deadline will result in cancellation of the policy.

## DEFINITIONS

In this policy:

"Actual cash value" means the reasonable and necessary amount that you are likely to incur to repair or replace the damaged part of covered property, at the time of loss or damage, with material of like kind and quality and for the same use, subject to a deduction for deterioration and depreciation. "Actual cash value" applies to valuation of damage regardless of whether the property has sustained partial loss or total loss. The "actual cash value" of lost or damaged property may be significantly less than its replacement cost. We will not pay to repair or replace undamaged property due to mismatch of color, discontinued, outdated or obsolete material.

"Business" includes trade, profession or occupation.

"Cost to repair or replace" means the reasonable and necessary amount that you are likely to incur to repair or replace the damaged part of covered property, at the time of loss or damage, with material of like kind and quality and for the same use, without a deduction for deterioration and depreciation. We will not pay to repair or replace undamaged property due to mismatch of color, discontinued, outdated or obsolete material.

## COVERAGES

### COVERED PROPERTY

This insurance applies to the described location and coverages for which a limit of liability is shown in the Declarations.

### COVERAGE A (Dwelling)

**We cover:**

1. The dwelling on the described location shown in the Declarations, used principally for dwelling purposes, including structures attached to the dwelling, unless listed in the PROPERTY NOT COVERED section of the policy.

2. Materials and supplies located on or next to the described location used to construct, alter or repair the dwelling or other structures on the described location. The total limit of liability for this item is 10% of the Coverage A (Dwelling) limit of liability. This is not additional insurance and does not increase the Coverage A (Dwelling) limit of liability.

3. If not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the described location.

4. Maintenance equipment and supplies, floor coverings, window shades, refrigerators and stoves that you own as a landlord, located on the described location.

5. Other structures on the described location, set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line or similar connection.

   The total limit of liability for other structures is 10%

TWIA 001811

of the Coverage A (Dwelling) limit of liability. This is not additional insurance and does not increase the Coverage A (Dwelling) limit of liability. We do not cover other structures used for business purposes.

6. Other structures specifically described in the Declarations. We do not cover other structures used for business purposes.

**COVERAGE B (Personal Property)**
**We cover:**

Personal property and business personal property owned or used by you or members of your family residing with you while it is on the described location. At your request, we will cover personal property owned by a guest or residence employee while the property is on the described location.

You may use up to 10% of the Coverage B (Personal Property) limit of liability for loss by windstorm or hail to personal property covered under Coverage B (Personal Property) while anywhere in the world. This coverage does not apply to business personal property or property of guests or residence employees. This is not additional insurance and does not increase the Coverage B (Personal Property) limit of liability.

At your request, you may use up to 10% of the Coverage B (Personal Property) limit of liability for loss by windstorm or hail to property of others while in your custody and located on the described location. This is not additional insurance and does not increase the Coverage B (Personal Property) limit of liability.

**PROPERTY NOT COVERED**

**We do not cover:**

1. Animals.
2. Money, currency or bullion.
3. Securities, deeds, or evidences of debt.
4. Records, books of records or manuscripts.
5. Motor or engine propelled vehicles or machines designed for movement on land, including attached machinery or equipment. However, we do cover such vehicles, while located in a fully enclosed building, which are not subject to motor vehicle registration and are:
   a. Devices and equipment for assisting the handicapped.
   b. Power mowers and other lawn and garden equipment not exceeding 18 horsepower.
   c. Golf carts.
   d. Vehicles or machines used for recreational purposes while located on the described location.
6. Aircraft, meaning any device used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo.
7. Watercraft, including outboard motors and furnishings or equipment. However, we do cover watercraft, including outboard motors and furnishings or equipment, while located on land in a fully enclosed building on the described location.
8. Unless specifically described in the Declarations:
   a. Cloth awnings.
   b. Greenhouses and their contents.
   c. Metal screen enclosures and their contents.
   d. Buildings or structures located wholly or partially over water and their contents.
   e. Radio and television towers.
   f. Outside satellite dishes, masts and antennas, including lead-in wiring.
   g. Windmills and wind chargers.
9. Wind turbines.
10. Breakaway walls, or personal property contained within a breakaway wall enclosure. Breakaway wall means a wall that is not a part of the structural support of the building and is intended through its design and construction to collapse under specific lateral loading forces, without causing damage to the elevated portion of the building or supporting foundation systems.
11. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due from the other insurance.



TWIA_MOHUN_POLICY_000015

## EXTENSIONS OF COVERAGE

1. Debris Removal.

We will pay your expense for the removal from the described location of:

a. Debris of covered property if windstorm or hail causes the loss.

b. A tree that has damaged covered property if windstorm or hail causes the tree to fall.

This does not increase the limit of liability that applies to the damaged property.

When insurance under another policy applies to the damaged property, we will pay only a proportion of debris removal expense, determined by dividing the limit of liability that applies to the damaged property on this policy by the total limit of liability that applies to the damaged property under both policies, and applying the resulting percentage to the debris removal expense.

2. Reasonable Repairs.

If windstorm or hail causes the loss, we will pay the reasonable cost you incur for necessary repairs made solely to protect covered property from further damage. This coverage does not increase the limit of liability that applies to the property being repaired.

3. Improvements, Alterations and Additions.

a. If you are a tenant of the described location, the Coverage B (Personal Property) limit of liability applies to a loss caused by windstorm or hail to improvements, alterations and additions, made or acquired at your expense, to that part of the described location used only by you.

b. If you are a condominium owner at the described location, the Coverage B (Personal Property) limit of liability applies to a loss caused by windstorm or hail to alterations, fixtures, installations and additions which are part of the building and contained within the unfinished interior surfaces of the perimeter walls, floors and ceilings of the condominium unit, and the exterior surfaces of balconies and terraces of the condominium unit. Coverage B (Personal Property) does not include property in or on the condominium unit which is defined in the condominium's declarations or by-laws as a common element.

This is not additional insurance and does not increase the Coverage B (Personal Property) limit of liability.

4. Property Removed.

We will pay for expense and damage incurred in the removal of covered property from the described location endangered by windstorm or hail. This coverage exists on a pro-rata basis for 30 days at each location to which such property is removed for preservation. This is not additional insurance and does not increase the Coverage B (Personal Property) limit of liability.

## PERILS INSURED AGAINST

We cover direct physical loss to the covered property caused by windstorm or hail unless the loss is excluded in the Exclusions.

## EXCLUSIONS

The following exclusions apply to loss to covered property:

1. Flood.

We do not cover under any and all circumstances loss or damage caused by or resulting from flood, surface water, waves, storm surge, tides, tidal water, tidal waves, tsunami, seiche, overflow of streams or other bodies of water, or spray from any of these, all whether driven by wind or not.

2. Governmental Action.

We do not cover loss caused by the destruction of property by order of governmental authority.

3. War.

We do not cover loss resulting directly or indirectly from war. This includes undeclared war, civil war, insurrection, rebellion, revolution, warlike act by military personnel, destruction or seizure or use for military purpose, and any consequence of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

TWIA 001813

4. Nuclear Hazard.

We do not cover loss resulting directly or indirectly from nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused.

5. Power Failure.

We do not cover loss resulting directly or indirectly from power failure, unless such failure results from direct physical damage to power, heating or cooling equipment located on the described location caused by windstorm or hail.

6. Rain.

We do not cover loss or damage caused by or resulting from rain, whether driven by wind or not, unless direct force of wind or hail makes an opening in a roof or wall and rain enters through this opening and causes the damage.

7. Electricity.

We do not cover loss to electrical devices or wiring caused by electricity resulting from artificial causes.

8. Ordinance or Law.

We do not cover loss or damage caused directly or indirectly by the enforcement of any ordinance or law:

a. Regulating the construction or repair of any property; or

b. Requiring the demolition of any property, including the cost of removing its debris.

9. Mold, Fungi, or Other Microorganisms.

We do not cover loss or damage caused by or resulting from fungi or mold and other microorganisms, except as provided in 9.b.

a. "Fungi or mold and other microorganisms" when used in the policy or in this exclusion means the presence, growth, proliferation, spread or any activity of fungi or mold and other microorganisms.

This exclusion also applies to the cost:

(1) To remove fungi or mold and other microorganisms from covered property covered under this Texas Windstorm Insurance Association policy.

(2) To tear out and replace any part of the building or other covered property as needed to gain access to the fungi or mold and other microorganisms; and

(3) Of testing of air or property to confirm the absence, presence or level of fungi or mold and other microorganisms.

b. This exclusion applies unless the fungi or mold and other microorganisms are located upon the portion of covered property which must be repaired or replaced because of sudden and accidental direct physical damage resulting from wind or hail which would otherwise be covered under this policy. For purposes of this exclusion, sudden and accidental shall include a loss event that is hidden or concealed for a period of time until it is detectable. A hidden loss must be reported to us no later than 30 days after the date it was detected or should have been detected.

c. However, the exception to the exclusion described in "b." above does not include:

(1) the cost to treat, contain, remove or dispose of the fungi or mold and other microorganisms beyond that which is required to repair or replace the covered property physically damaged by water;

(2) the cost of any testing of air or property to confirm the absence, presence or level of fungi, mold and other microorganisms whether performed prior to, during or after the removal, repair, restoration or replacement;

(3) the cost of any decontamination of the covered property covered under this Texas Windstorm Insurance Association policy;

(4) any increase in loss under this Texas Windstorm Insurance Association policy related to loss of use, debris removal, additional living expense, or diminution in value resulting from c. (1), (2), and (3).

10. Asbestos.

We do not cover any loss or damage caused by or resulting from asbestos. We do cover direct physical loss caused by windstorm or hail to covered property containing asbestos materials; however, we do not cover the additional cost or expense to test for, monitor, clean up, remove, contain, treat, abate or assess the effects of asbestos or asbestos-containing materials.



TWIA_MOHUN_POLICY_000017

TWIA 001814

**DEDUCTIBLE**

We will not pay for loss or damage to any item in any one occurrence until the amount of loss or damage exceeds the Deductible amount shown in the Declarations for that item. We will then pay the amount of loss or damage for that item in excess of the Deductible amount, up to the applicable limit of liability.

**CONDITIONS**

1. Policy Period. This policy applies only to loss which occurs during the policy period shown in the Declarations.

2. Insurable Interest and Limit of Liability. Even if more than one person has an insurable interest in the property covered, we will not be liable in any loss:

   a For an amount greater than the interest of a person insured under this policy; or

   b. For more than the applicable limit of liability.

3. Fraudulent Misrepresentation.

   a. This policy is void as to an insured, if the insured has fraudulently misrepresented in proof of loss or death a fact material to the question of our liability under the policy, and the insured's misrepresentation misled and caused us to waive or lose a valid defense to the policy.

   b. This policy is void as to an insured, if the insured has fraudulently misrepresented in the application for the policy any fact material to the risk, and the insured's misrepresentation contributed to the contingency or event on which the policy became due and payable.

4. Duties After Loss.

   a. Your Duties After Loss.

      (1) In case of a loss to covered property caused by windstorm or hail, you must file a claim with us not later than one year after the date on which the damage to property that is the basis of the claim occurs. The commissioner of insurance, on a showing of good cause by a person insured by us, may extend the one-year period to file a claim for a period not to exceed 180 days. You may also submit with your claim any bids, estimates, reports, photographs, invoices, bills, receipts, inventories, comments, documents, records and other information.

      (2) You must provide us with the information we request under Condition 4.b.(1).

      (3) You must protect the property from further damage.

      (4) You must make reasonable, necessary and temporary repairs to protect the property.

      (5) You must keep an accurate record of repair expenses and proof of payment of any applicable Deductible.

      (6) You must provide us access to the damaged property as often as we reasonably require.

   b. Our Duties After Loss.

      (1) Not later than the 30th day after the date the claim is filed, we may request in writing information that is necessary to determine whether to accept or reject the claim.

      (2) Not later than the 60th day after the date we receive a claim or the 60th day after the date we receive information requested under Condition 4.b.(1), whichever is later, we shall provide you, in writing, notice of the amount of the loss we will pay, if any, and notice that:
         (i) we have accepted coverage for the claim in full;
         (ii) we have accepted coverage for the claim in part and have denied coverage for the claim in part; or
         (iii) we have denied coverage for the claim in full.

      (3) We must, on request, provide you reasonable access to all information relevant to the determination by us concerning the claim. You may copy the information at your own cost or may request that we provide a copy of all or part of the information to you. We may charge you the actual cost incurred by us in providing a copy of the information

TWIA 001815

requested, excluding any amount for labor involved in making any information or copy of information available to you.

5. Loss Payment.

a. If we notify you under Condition 4.b.(2) that we will pay your claim, or part of your claim, we must make payment not later than the 10th day after we notify you.

b. If payment of your claim or part of your claim requires the performance of an act by you, we must make payment not later than the 10th day after the date the act is performed.

6. Loss Settlement. Covered property losses are settled as follows:

a. We will use any guidelines published by the commissioner of insurance under Insurance Code Sec. 2210.578(f) to evaluate and settle claims involving the extent to which a loss to insured property was incurred as a result of wind, waves, tidal surges, or rising waters not caused by waves or surges.

b. Our liability and payment for covered losses will not exceed the smallest of the following:

(1) The “actual cash value” of the damaged property;

(2) The “cost to repair or replace” the damaged property; or

(3) The specified limit of liability of the policy.

7. Residential Community Property. This policy, subject to all other terms and conditions, when covering residential community property, as defined by state law, shall remain in full force and effect as to the interest of each spouse covered, irrespective of divorce or change of ownership between the spouses until the expiration of the policy or until canceled in accordance with the terms and conditions of this policy.

8. Mortgage Clause (Without Contribution).

a. The word "mortgagee" includes trustee.

b. We will pay for any covered loss of or damage to buildings or structures to the mortgagee shown in the Declarations as interests appear.

c. The mortgagee has the right to receive loss payment even if the mortgagee has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgagee has the right to receive loss payment if the mortgagee:

(1) At our request, pays any premiums due under this policy, if you have failed to do so.

(2) Submits to us any information we requested from you under Condition 4.b.(1) promptly after receiving notice from us of your failure to do so.

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgagee.

All of the terms of this policy will then apply directly to the mortgagee. Failure of the mortgagee to comply with d.(1), d.(2) or d.(3) above shall void this policy as to the interest of the mortgagee.

e. If we pay the mortgagee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

(1) The mortgagee's rights under the mortgage will be transferred to us to the extent of the amount we pay.

(2) The mortgagee's right to recover the full amount of the mortgagee's claim will not be impaired.

At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If this policy is canceled, we will give the mortgagee specifically named in the Declarations written notice of cancellation.

If we cancel the policy, we will give the mortgagee the same number of days' notice of cancellation we give you.

If you cancel the policy, we will give the mortgagee notice of cancellation to be effective on the date stated in the notice. The effective date of cancellation cannot be before the 10th day after we mail notice.

We will not give notice of cancellation to any successor or assignee of the mortgagee named in this policy.

g. If the property described under Coverage A (Dwelling) is foreclosed upon under the deed of trust, the mortgagee may cancel this policy of insurance and will be entitled to any unearned premiums from this policy.

The mortgagee must credit any unearned premium against any deficiency owed by the borrower and return any unearned premium not so credited to the borrower.

9. Other Insurance.

a. If property covered by this policy is also covered by other insurance, we will pay only the proportion of a loss caused by windstorm or hail under this policy that the limit of liability applying under this policy bears to the total amount of insurance covering the property.

b. If glass or an item of personal property is insured specifically under any other policy, then this policy applies as excess insurance over the specific insurance.

c. If a loss covered by this policy is also covered by other insurance in the name of a condominium association, the insurance provided in this policy will be excess over the amount collectible under the other insurance.

10. Limited Judicial Remedies.

Your access to judicial review of our decisions under this policy is limited by statute.

a. You may not bring a private lawsuit against us, our agent or representative under Chapters 541 (concerning unfair methods of competition and unfair or deceptive acts or practices) or 542 (concerning processing and settlement of claims), Texas Insurance Code. Subchapter L-1, Chapter 2210, Texas Insurance Code provides the exclusive remedies for claims against us, our agent or our representative.

b. You may not bring a class action suit against us.

c. We and our agents or representatives may not be held liable for damages under Chapter 17, Texas Business and Commerce Code (concerning deceptive trade practices), or under any provisions of any law providing for additional damages, punitive damages, or a penalty, except as otherwise specified by the Texas Windstorm Insurance Association Act, Chapter 2210, Texas Insurance Code.

d. You may not bring a lawsuit against us with reference to a claim for which we have accepted coverage in full, except as provided by Condition 11.

e. You may not bring a lawsuit against us with reference to the amount of loss we will pay for a claim in full or in part, except as provided by Condition 11.

f. You may not bring a lawsuit against us with reference to a claim for which we have denied coverage in full or in part, except as provided by Condition 12.

11. Disputes About the Amount of Your Covered Loss.

a. If you disagree with the amount paid on your claim for your covered loss:

(1) You may request supplemental (additional) payments on covered or accepted items. Your deadline to ask for a supplemental (additional) payment is the same as your deadline for appraisal.

(2) If we are unable to agree on a supplemental (additional) payment, you may demand appraisal.

(3) Appraisal is your exclusive remedy or only way to resolve a disagreement about the amount we will pay for your covered damages.

b. If you choose to demand appraisal, you must do

TWIA 001817

so no later than the 60th day after the date you receive notice from us that we accept coverage for a claim in full or in part as provided by Condition 4.b.(2).

c. You may request in writing that the 60-day period to demand appraisal be extended:

(1) not later than the 75th day after the date you receive written notice from us that we accept coverage for a claim in full or in part; and

(2) we may grant an additional 30-day period in which you may demand appraisal, on a showing of good cause

d. You may request from us a detailed summary of the manner in which we determined the amount of the loss we will pay.

e. If you do not demand appraisal before the 61st day after we notify you that we accept coverage for a claim in full or in part, or before the 31st day after we grant an extension for good cause, you waive your right to contest our determination of the amount of loss we will pay for that claim.

f. Appraisal Process.

(1) If you demand appraisal of the amount we will pay for a claim, you and we will each select a competent and independent appraiser. You shall notify us of your appraiser's identity. We shall notify you of our appraiser's identity within 10 days after we receive notice of your appraiser's identity. The two appraisers will choose a competent and independent umpire. If they cannot agree upon an umpire within 15 days, the commissioner of insurance shall select an umpire from a roster of qualified umpires maintained by the Texas Department of Insurance.

(2) The two appraisers will then determine the amount of loss, stating separately for the portion of the claim for which we have accepted coverage in full or in part:

(i) The "actual cash value" of the damaged property; and

(ii) The "cost to repair or replace" the damaged property.

(3) If you or we request that they do so, the appraisers will also determine the amount of loss for any extensions of coverage for which we have accepted coverage in full or in part.

(4) If the appraisers fail to agree, they will submit their differences to the umpire. An itemized decision agreed to by any two of these three and filed with us will determine the amount of the loss.

(5) You and we are responsible in equal shares for paying the costs incurred or charged in connection with the appraisal, including expenses of the appraisers and umpire. If we pay more than our share of the costs of appraisal, our liability and payment for covered losses shall be reduced by the amount we pay in excess of our share.

g. The appraisal decision is binding upon you and us and is not otherwise reviewable or appealable, unless:

(1) the appraisal decision was obtained by corruption, fraud, or other undue means;

(2) your or our rights were prejudiced by:

(i) evident partiality by an appraisal umpire;

(ii) corruption by an appraiser or umpire; or

(iii) misconduct or willful misbehavior of an appraiser or umpire; or

(3) an appraiser or umpire:

(i) exceeded the appraiser's or umpire's powers;

(ii) refused to postpone the appraisal after a showing of sufficient cause for the postponement;

(iii) refused to consider evidence material to the claim; or

(iv) conducted the appraisal in a manner that substantially prejudiced your or our rights.

TWIA 001818

h. If you or we believe the appraisal decision is appealable as a result of any reason listed in Condition 11.g., you or we may file a lawsuit to vacate the appraisal decision in a district court in the county in which the loss that is the subject of the appraisal occurred. A lawsuit under this paragraph must be filed not later than two years after the date of an appraisal decision. If the court vacates the appraisal decision, you and we must begin the appraisal process again.

12. Disputes Concerning Denied Coverage -Exclusive Remedy.

a. If you dispute our decision to deny coverage for a claim in full or in part, prior to bringing a lawsuit against us, you must provide notice to us of your intent to bring a lawsuit. You may use a form supplied by us.

b. If you do not provide notice of intent to bring a lawsuit against us within two years after the date you receive notice from us that we denied a claim in full or in part as provided by Condition 4.b.(2), you waive your right to contest our partial or full denial of coverage and you are barred from bringing a lawsuit against us concerning the denial of that claim.

c. As a prerequisite for filing a lawsuit against us, we may require you to submit the dispute to alternative dispute resolution by mediation or moderated settlement conference, as provided by Chapter 154, Texas Civil Practice and Remedies Code. If we require an alternative dispute resolution:

(1) we must request the alternative dispute resolution in writing not later than the 60th day after the date we receive your notice of intent to bring a lawsuit against us; and

(2) except as provided by Condition 12.c.(3), the alternative dispute resolution must be completed not later than the 60th day after the date we request the alternative dispute resolution in writing.

(3) The 60-day period for completion of the alternative dispute resolution can be extended by:

(i) your and our mutual consent; or

(ii) rule adopted by the commissioner of insurance.

d. Mediation.

(1) If we request alternative dispute resolution by mediation and you and we are unable to agree on a mediator, the commissioner of insurance shall select a mediator from a roster of qualified mediators maintained by the Texas Department of Insurance.

(2) If we request alternative dispute resolution by mediation, you and we will be equally responsible for the expenses of mediation.

e. Lawsuit Against Us.

(1) You may bring a lawsuit against us concerning the denial of a claim only if you have notified us of your intent to bring a lawsuit as required by Condition 12.a.

(2) As provided by Condition 12.c., we have 60 days from the receipt of your notice of intent to bring a lawsuit against us to request that you submit your dispute with us to alternative dispute resolution. You may not bring a lawsuit against us prior to the expiration of that 60-day period, unless we waive our right to request alternative dispute resolution of that claim dispute in writing.

(3) If we request alternative dispute resolution as provided by 12.c., you may bring a lawsuit against us if:

(i) the alternative dispute resolution was not completed within 60 days from the date we made the request, and no extension was granted under Condition 12.c.(3);

(ii) the alternative dispute resolution was not completed prior to the expiration of an authorized extension of the 60-day period, as provided by Condition 12.c.; or

(iii) you are not satisfied after completion of the alternative dispute resolution.

(4) You must bring any lawsuit against us concerning the denial of a claim not later than two years after the date on which you receive written notification from us that we have denied a claim in full or in part as provided by Condition 4.b.(2).

(5) You must bring any lawsuit against us concerning the denial of a claim in a district court in the county in which the loss that is the subject of the coverage denial occurred.

(6) If you bring a lawsuit against us concerning the denial of a claim prior to providing notice as required under Condition 12.a., the court shall abate the lawsuit until you provide the notice to us and, if requested by us, the dispute has been submitted to alternative dispute resolution.

(7) Limitation on Scope of Lawsuit. You may only bring a lawsuit against us concerning the denial of a claim to determine:

(i) whether our denial of coverage was proper; and

(ii) the amount of damage to which you are entitled to recover, if any.

(8) Limitation on Damages Concerning Denied Coverage.

(i) You may recover only:

(a) the covered loss payable under the terms of this policy, less any amount already paid by us for any portion of a covered loss;

(b) prejudgment interest, at the rate provided in Subchapter B, Chapter 304, Texas Finance Code, from the first day after the date specified by Condition 5., by which we were or would have been required to pay an accepted claim in full or in part; and

(c) court costs and reasonable and necessary attorney's fees.

(ii) Nothing in the Texas Windstorm Insurance Association Act, Chapter 2210, Texas Insurance Code, including the limitation on damages described by Condition 12.e.(8)(i), may be construed to limit the consequential damages, or amount of consequential damages, that you may recover under common law in a lawsuit against us.

(iii) You may recover damages in an amount not to exceed two times the damages associated with a covered loss payable under the terms of the policy and any consequential damages recoverable under common law, if you show by clear and convincing evidence that we mishandled your claim to your detriment by intentionally:

(A) failing to meet the deadlines or timelines established in the Texas Windstorm Insurance Association Act under Subchapter L-1, Chapter 2210, Texas Insurance Code, without good cause, including the applicable deadline established for payment of an accepted claim or the accepted portion of a claim;

(B) disregarding applicable guidelines published by the commissioner of insurance under Section 2210.578(f), Texas Insurance Code;

(C) failing to provide written notice that we have accepted or rejected a claim as provided for under Condition 4.b.(2);

(D) rejecting a claim without conducting a reasonable investigation with respect to the claim; or

(E) denying coverage for a claim in full or in part, if our liability has become reasonably clear as a result of our investigation with respect to the portion of the claim that was denied.

For purposes of Condition 12.e.(8)(iii), "intentionally" means actual awareness of the facts surrounding the act or practice listed under Condition 12.e.(8)(iii), coupled with the specific

TWIA 001820

intent that you suffer harm or damages as a result of the act or practice. Specific intent may be inferred from objective manifestations that we acted intentionally or from facts that show that we acted with flagrant disregard of the duty to avoid the acts or practices listed under Condition 12.e.(8)(iii).

13. Commissioner Extension of Deadlines. The commissioner of insurance, on a showing of good cause, may by rule extend any deadline established under policy Condition 4, 5, 6, 11 and 12, including endorsements, and set the number of days by which the deadline is extended.

14. Appeals Other Than Claims Disputes. A person insured under this policy, or their representative, who is aggrieved by an act, ruling or decision by us, may appeal to the commissioner of insurance not later than the 30th day after the date of that act, ruling or decision. This policy condition does not apply to a person who is required to resolve a dispute under Conditions 11 or 12 or a binding arbitration endorsement to this policy.

15. Subrogation (Transfer of Rights of Recovery Against Others to Us). If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing, prior to a loss to your covered property.

16. Abandonment of Property. There can be no abandonment of property to us.

17. Liberalization. If the commissioner of insurance adopts a revision which would broaden or extend the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened or extended coverage will immediately apply to this policy.

18. Waiver or Change of Policy Provisions. This policy contains all the agreements between you and us concerning the insurance afforded. You are authorized to make changes in the terms of this policy with our consent; however, this policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy. Your agent is not our authorized representative.

19. Cancellation.

    a. You may cancel this policy at any time by notifying us in writing of the date cancellation is to take effect. We will send you any refund due when the policy is returned to us. The refund will be pro rata, subject to a policy minimum retained premium in an amount equal to 90 days or $100 whichever is applicable. Payment of the minimum retained premium shall not create or extend coverage beyond the cancellation date that you requested. The minimum retained premium is fully earned on the effective date of the policy and you shall owe to us any unpaid balance of the minimum retained premium.

    b. We may cancel this policy by mailing or delivering to you notice in writing of the date cancellation takes effect. The effective date of cancellation cannot be before the 14th day after we mail or deliver the notice. Our notice of cancellation will state the reason for cancellation and will state that if the refund is not included with the notice, it will be returned on demand. The refund will be pro rata.

20. Assignment. Assignment of your rights and duties under this policy will not be valid unless we give our consent.

21. Death. If you die, we insure:

    a. Your spouse, if a resident of the same household at the time of death; or

    b. The legal representative of the decedent's estate only with respect to the described location.

    Coverage will be provided until the end of the policy period in which you die.

**Texas Windstorm Insurance Association**

Windstorm and Hail

# Automatic Adjusted Building Cost Endorsement

It is agreed that the limit of liability on the attached policy for **Coverage A, Dwelling** shall be revised annually by a percentage established by a building cost index, applied to your policy at renewal. The revised limit of liability will be rounded up to the next $1000, subject to the maximum limit of liability permitted by law. You have the right to request modification of this change in the limit of liability.

If your limit of liability change at renewal differs from the revised limit resulting from application of this endorsement, your request will take effect at the inception of the renewal, provided that it is received prior to the beginning of the policy renewal date. Requests for a limit of liability change received after inception of the policy will be processed as an endorsement to the policy, and will not become effective prior to the date received by TWIA.

The limits of liability for Additional Living Expense and other, optional extensions of coverage that are based on the limit of liability for the Dwelling, if applicable, will also be adjusted subject to the maximum limit of liability permitted by law.

It is your responsibility to review your coverage regularly and make sure your dwelling limit of liability is adequate to repair or replace your insured property. This endorsement and any changes that result from it do not guarantee that you will have adequate coverage. Only you can determine the appropriate amount of coverage.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

TEXAS WINDSTORM INSURANCE ASSOCIATION

## Important Notice About the Automatic Adjusted Building Cost Endorsement and Your Dwelling Limit of Liability

This notice provides you with an explanation of the Automatic Adjusted Building Cost Endorsement (TWIA-220) that is attached to your policy. The endorsement automatically adjusts your dwelling limit of liability if your policy is renewed. This adjustment is a standard insurance industry practice.

This notice **is not** part of your policy. This notice is also not the endorsement. To understand your rights and duties under the policy, please refer to and read your policy, including all endorsements.

**What the Endorsement Does:** If you renew your policy, the coverage amount (limit of liability) for your dwelling will be automatically adjusted by a percentage. This percentage varies by location and is tied to a building cost index. Your policy's adjusted limit of liability will be rounded up to the next $1000. The limit is subject to the maximum limit of liability permitted by law.

The adjustment is designed to help ensure the limit of liability amount keeps pace with increases to local building costs. It does not ensure that your dwelling is adequately insured for the dwelling's full replacement cost.

The limits of liability of any additional coverages you have selected that are based on the limit of liability for the dwelling, will also be adjusted, subject to the maximum limit of liability permitted by law.

**Your Rights:** You have the right to request a modification to your dwelling limit of liability. To request a modification, please contact your agent. Lowering the limit of liability may affect eligibility for replacement cost coverage.

If you request a modification to your dwelling limit of liability, your request will take effect on the date a renewal policy becomes effective. Requests for a modification of the adjusted dwelling limit of liability that are received by TWIA on or after the effective date of a renewal policy will become effective the date the request is received by TWIA.

**Review Your Coverage:** Please review your coverage regularly with your agent and make sure your dwelling limit of liability is adequate to repair or replace your insured property. Only you can determine the appropriate amount of coverage and the endorsement will not guarantee that you have adequate coverage.

TWIA 001823

**TEXAS WINDSTORM INSURANCE ASSOCIATION**
**Windstorm and Hail**

## Endorsement No. (TWIA) 321

## Extension of Coverage – Wind-Driven Rain

In consideration of an included additional premium, this policy is extended to provide coverage for the following:

A. **Wind-Driven Rain**. Applicable to Primary or Secondary Residences – Dwellings

We cover loss to the dwelling and personal property caused by wind-driven rain whether or not an opening is made in the dwelling by the direct force of wind or hail.

The coverage provided by this Extension of Coverage is subject to all other terms, conditions, exclusions, and definitions of the policy to which this endorsement is attached.



TWIA_MOHUN_POLICY_000027

TEXAS WINDSTORM INSURANCE ASSOCIATION
Windstorm and Hail

**Endorsement No. (TWIA) 331**

**Extension of Coverage – Consequential Loss**

In consideration of an included additional premium, this policy is extended to provide the following coverage:

A. **Consequential Loss.** Applicable to Primary or Secondary Residences – Dwellings

We cover personal property as follows:

1. Property contained in the dwelling or other structure on the described location against loss due to change in temperature as a direct result of physical damage to the dwelling, or any equipment contained in the dwelling, caused by windstorm or hail. The deductible does not apply to this coverage.

2. To the extent not covered by A.1 above, personal property against loss due to utility failure if the failure is a result of physical damage caused by windstorm or hail to power, heating or cooling equipment situated on the premises where the covered property is located.

3. To the extent not covered by A.1 or A.2 above, property contained in the dwelling or other structure on the described location against loss due to changes in temperature as a direct result of physical damage to any power, heating or cooling equipment (including connections and supply pipes) not contained in or on the dwelling, caused by windstorm or hail.

The total limit of liability for the coverage described in A.3. above is $500.

This is not additional insurance and does not increase the limit of liability for Coverage B (Personal Property).

The coverage provided by this Extension of Coverage is subject to all other terms, conditions, exclusions, and definitions of the policy to which this endorsement is attached.

**TEXAS WINDSTORM INSURANCE ASSOCIATION**
**Windstorm and Hail**

## Endorsement No. (TWIA) 365 – Replacement Cost Coverage B (Personal Property)

This endorsement applies only to those Items of Coverage for which this Endorsement No. (TWIA) 365 is scheduled on the Declarations page.

This endorsement will not apply unless you have, at the inception date of this policy, replacement cost coverage in effect on the same property and in the same amount or more, under a companion dwelling, homeowners, farm and ranch owners, condominium owners, or tenant policy to which a windstorm and hail exclusion agreement endorsement is also attached.

In consideration of an included additional premium, the following sections of your TWIA DWELLING POLICY are changed by this endorsement.

**Your Duties After Loss Condition 4.a.(5) is replaced by the following:**

4. Duties After Loss.
 a. Your Duties After Loss.
  (5) You must keep an accurate record of repair expenses and proof of payment of any applicable Deductible. Upon completion of repairs or replacement, you may submit reasonable proof of repair expenses and payment of any applicable Deductible, including invoices, bills, statements, receipts, canceled checks, money order receipts, credit card statements, and a copy of an executed installment plan contract or other financing arrangement that requires full payment of the Deductible over time.

**Our Duties After Loss Settlement Condition 4.b.(2). is replaced by the following:**

4. Duties After Loss.
 b. Our Duties After Loss.
  (2) Not later than the 60th day after the date we receive a claim or the 60th day after the date we receive information requested under Condition 4.b.(1), whichever is later, we shall provide you, in writing, notice of the amount of the loss we will pay, if any, and notice that:
  (i) we have accepted coverage for the claim in full;
  (ii) we have accepted coverage for the claim in part and have denied coverage for the claim in part; or
  (iii) we have denied coverage for the claim in full.

  If we accept coverage for your claim under Coverage B (Personal Property) in full or part, our notification under this subsection will notify you of the deadlines for completion and documentation of repairs and for demanding appraisal of the "replacement cost" under Condition 6.d.

**The following section d. is added to Loss Settlement Condition 6.:**

6. Loss Settlement.
 d. Our liability and payment for covered losses to personal property under Coverage B (Personal Property) is modified as follows:

  (1) We will pay the smallest of the following:
   (a) The "replacement cost", meaning the amount actually and necessarily spent to repair or replace the damaged personal property; or
   (b) The specified limit of liability of the policy.

(2) We will pay no more than the "actual cash value" until repair or replacement is completed and documentation of "replacement cost" and payment of any applicable Deductible is submitted to us under Condition 4.a.(5).

(3) You may request payment of "replacement cost" by submitting documentation to us of the completion of repairs or replacement, the "replacement cost", and payment of the Deductible not later than the 545th day after the date we notify you of the amount we will pay under Condition 4.b.(2).

(4) Not later than the 30th day after the date that we receive documentation from you under Condition 6.d.(3), we will provide you, in writing, notice of:

(a) the amount we will pay under Condition 6.d.(1); and

b) the deadline to request appraisal of the "replacement cost" under Condition 6.d.(6).

(5) If we notify you under Condition 6.d.(4) that we will pay your claim, or part of your claim, we must make payment not later than the 10th day after we notify you.

(6) If you have not completed appraisal under Condition 11. of the amount we will pay under Condition 4.b.(2) and you dispute the amount we will pay for "replacement cost", you may demand appraisal of the "replacement cost" not later than the 30th day after the date you receive notice from us under Condition 6.d.(4). You may demand appraisal of "replacement cost" under this subsection without regard to whether all repairs related to the claim are complete. If you demand appraisal of "replacement cost" under this subsection, the appraisal will be conducted as follows:

(a) You and we will each select a competent and independent appraiser. You shall notify us of your appraiser's identity. We shall notify you of our appraiser's identity within 10 days after we receive notice of your appraiser's identity. The two appraisers will choose a competent and independent umpire. If they cannot agree upon an umpire within 15 days, the commissioner of insurance shall select an umpire from a roster of qualified umpires maintained by the Texas Department of Insurance.

(b) The two appraisers will then determine the "replacement cost." If the appraisers fail to agree, they will submit their differences to the umpire. An itemized decision agreed to by any two of these three and filed with us will determine the "replacement cost".

(c) You and we are responsible in equal shares for paying the costs incurred or charged in connection with the appraisal, including expenses of the appraisers and umpire. If we pay more than our share of the costs of appraisal, our liability and payment for covered losses shall be reduced by the amount we pay in excess of our share.

(d) The appraisal decision is binding upon you and us and is not otherwise reviewable or appealable except as provided by Condition 11.g. and 11.h.

**TEXAS WINDSTORM INSURANCE ASSOCIATION**
**Windstorm and Hail**

**The following is added to the DEDUCTIBLE clause:**

We may refuse to pay Replacement Cost Coverage under this endorsement until we receive reasonable proof of payment by you of any Deductible applicable to the claim. Reasonable proof of payment includes a canceled check, money order receipt, credit card statement, and a copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time.

All other terms and conditions of the policy apply.

**TEXAS WINDSTORM INSURANCE ASSOCIATION**
**Windstorm and Hail**

## Endorsement No. (TWIA) 802 – Replacement Cost Coverage A (Dwelling)

This endorsement applies only to those Items of Coverage for which this Endorsement No. (TWIA) 802 is scheduled on the Declarations Page.

**Your Duties After Loss Condition 4.a.(5) is replaced by the following:**

4. Duties After Loss.
 a. Your Duties After Loss.
  (5) You must keep an accurate record of repair expenses and proof of payment of any applicable Deductible. Upon Completion of repairs or replacement, you may submit reasonable proof of repair expenses and payment of any applicable Deductible, including invoices, bills, statements, receipts, canceled checks, money order receipts, credit card statements, and a copy of an executed installment plan contract or other financing arrangement that requires full payment of the Deductible over time.

**Our Duties After Loss Settlement Condition 4.b.(2). is replaced by the following:**

4. Duties After Loss.
 b. Our Duties After Loss.
  (2) Not later than the 60th day after the date we receive a claim or the 60th day after the date we receive information requested under Condition 4.b.(1), whichever is later, we shall provide you, in writing, notice of the amount of the loss we will pay, if any, and notice that:
   (i) we have accepted coverage for the claim in full;
   (ii) we have accepted coverage for the claim in part and have denied coverage for the claim in part; or
   (iii) we have denied coverage for the claim in full.

  If we accept coverage for your claim under Coverage A (Dwelling) in full or part, our notification under this subsection will notify you of the deadlines for completion and documentation of repairs and for demanding appraisal of the "replacement cost" under Condition 6.c.

**The following section c. is added to Loss Settlement Condition 6.:**

6. Loss Settlement.
c. Our liability and payment for covered losses to dwelling and other building(s) under Coverage A (Dwelling), excluding outdoor antennas, fences, and structures other than buildings, is modified as follows:

  (1) We will pay the smallest of the following:
   (a) The "replacement cost", meaning the amount actually and necessarily spent to repair or replace the damaged dwelling and other building(s); or
   (b) The specified limit of liability of the policy.

  (2) We will pay no more than the "actual cash value" until repair or replacement is completed and documentation of "replacement cost" and payment of any applicable Deductible is submitted to us under Condition 4.a.(5).

  (3) You may request payment of "replacement cost" by submitting documentation to us of the completion of repairs or replacement, the "replacement cost", and payment of the Deductible not later than the 545th day after the date we notify you of the amount we will pay under Condition 4.b.(2).

**TEXAS WINDSTORM INSURANCE ASSOCIATION**
**Windstorm and Hail**

(4) Not later than the 30th day after the date that we receive documentation from you under Condition 6.c.(3), we will provide you, in writing, notice of:
   (a) the amount we will pay under Condition 6.c.(1); and
   (b) the deadline to request appraisal of the "replacement cost" under Condition 6.c.(6).

(5) If we notify you under Condition 6.c.(4) that we will pay your claim, or part of your claim, we must make payment not later than the 10th day after we notify you.

(6) If you have not completed appraisal under Condition 11. of the amount we will pay under Condition 4.b.(2) and you dispute the amount we will pay for "replacement cost", you may demand appraisal of the "replacement cost" not later than the 30th day after the date you receive notice from us under Condition 6.c.(4). You may demand appraisal of "replacement cost" under this subsection without regard to whether all repairs related to the claim are complete. If you demand appraisal of "replacement cost" under this subsection, the appraisal will be conducted as follows:
   (a) You and we will each select a competent and independent appraiser. You shall notify us of your appraiser's identity. We shall notify you of our appraiser's identity within 10 days after we receive notice of your appraiser's identity. The two appraisers will choose a competent and independent umpire. If they cannot agree upon an umpire within 15 days, the commissioner of insurance shall select an umpire from a roster of qualified umpires maintained by the Texas Department of Insurance.
   (b) The two appraisers will then determine the "replacement cost." If the appraisers fail to agree, they will submit their differences to the umpire. An itemized decision agreed to by any two of these three and filed with us will determine the "replacement cost".
   (c) You and we are responsible in equal shares for paying the costs incurred or charged in connection with the appraisal, including expenses of the appraisers and umpire. If we pay more than our share of the costs of appraisal, our liability and payment for covered losses shall be reduced by the amount we pay in excess of our share.
   (d) The appraisal decision is binding upon you and us and is not otherwise reviewable or appealable except as provided by Condition 11.g. and 11.h.

**The following is added to the DEDUCTIBLE clause:**

We may refuse to pay Replacement Cost Coverage under this endorsement until we receive reasonable proof of payment by you of any Deductible applicable to the claim. Reasonable proof of payment includes a canceled check, money order receipt, credit card statement, and a copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time.

All other terms and conditions of the policy apply.

TWIA 001830

TEXAS WINDSTORM INSURANCE ASSOCIATION

# TWIA Privacy Policy

Protecting your privacy is important to us. We want you to understand what information we collect and how we use it. This notice sets forth our policy for the collection, use, and security of your nonpublic personal financial information.

**Information Collected**
As a part of our business, we may collect "nonpublic personal financial information" about you in order to provide a financial product or service to you. This includes information we receive from you on applications or other forms, information about your transactions with us or others, and information we receive from a consumer reporting agency.

**Information Disclosure**
We may disclose the following kinds of nonpublic personal financial information about you:

- Information we receive from you on application or other forms such as your name, address or other information; and
- Information about your transactions with us such as your policy coverage, limits of liability and premiums.

**Disclosure to Third Parties**
We may disclose nonpublic personal information about you to the following types of third parties:

- Insurers that are eligible under TWIA's clearinghouse process and procedures and have agreed to abide by TWIA's policies regarding use of the disclosed information and researchers.

We may also disclose nonpublic personal financial information about you to nonaffiliated third parties as permitted by law.

**Option to Limit Disclosure**
If you prefer that we not disclose nonpublic personal financial information about you to nonaffiliated third parties, you may direct us not to make those disclosures (other than disclosures permitted by law). Your option to request we not disclose nonpublic personal financial information about you will apply to the windstorm insurance coverage you have obtained from us.

If you wish to limit disclosure, you must complete the enclosed form and return it to TWIA within 30 days of the date this notice was mailed. If you direct us not to disclose nonpublic personal financial information about you (other than as permitted by law), your election will apply to all named insureds on the policy.

If you do not wish to limit disclosure, no action on your part is required.

**Our Security Procedures**
We restrict access to nonpublic personal financial information about you to those persons who need to know that information, to provide products or services to you and disclose such information only for legitimate business or legal reasons. We maintain physical, electronic, and procedural safeguards that comply with federal regulations and applicable state law to protect your nonpublic personal financial information.

This notice has been provided to you pursuant to the Gramm-Leach-Bliley Act and the rules of the Texas Department of Insurance, which require a financial institution, such as an insurer, to notify customers of its privacy practices and procedures on an annual basis.

# Texas Windstorm Insurance Association
# Disclosure Limitation Reply Form

If you do not want your nonpublic personal financial information disclosed by the Texas Windstorm Insurance Association, please complete the information below and mail the completed form to:

Texas Windstorm Insurance Association
Disclosure Opt Out
P O Box 99090
Austin TX 78709-9090

____ I want to limit the nonpublic personal financial information the Texas Windstorm Insurance Association discloses about me to third parties.

Insured's name: David Mohun

Policy number: TWRD0000713215

Insured's signature: ______________________________

Date: ______________________________

[redacted]

Claim: 1196371

# Summary

**Basics**

| | |
|---|---|
| | Open 371 days |
| | Wind |

**Financials**

| | |
|---|---|
| Losses Paid | $20,761.10 |
| Expenses Paid | $1,667.04 |
| Outstanding Reserves | [redacted] |
| Total Incurred | [redacted] |

**XA Estimate**

| | |
|---|---|
| XA Estimate RCV | $31,012.95 |
| XA Estimate ACV | $29,301.10 |

[redacted]

# Loss Details

| | |
|---|---|
| Loss Date | 07/08/2024 12:01 AM |
| Date Reported | 07/08/2024 |
| Date of Acceptance | 08/14/2024 (334 days ago) |
| Loss Location | 22306 Isle View Dr, Galveston, TX 77554 |
| Description | Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage. |

[redacted]

Claim: 1196371

# Services

## Exposures

| ⃠ | # | Risk Item | Exposure Type | Coverage Subtype | Claimant | Assigned To | Outstanding Reserves | Paid | Recoveries |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 1:Single Family Dwelling 22306 Isle View Dr | Coverage A | Structure | David Mohun | Julia Morales Fernandes | [redacted] | $22,428.14 | - |

## Parties Involved

| Name | Roles | Phone |
|---|---|---|
| Shaun W. Hodge | Insured Representative | 409-762-5000 |
| Hodge Law Firm, PLLC | Insured Representative | |
| Korylee Horstmeyer | Service Participant | 573-673-7647 |
| Leading Edge Claims Service | Check Payee, Adjusting Firm, Service Vendor | 817-767-2108 |
| Lee Olivares | Service Participant | 956-578-3719 |
| David Mohun | Insured, Claimant, Reporter, Main Contact | 832-212-6944 |
| Kristen Mohun | Covered Party | 800-788-8247 |
| Steven W Boessling | Agent | 713-395-7773 |

## Planned Activities

| Due | Priority | Subject | Assigned To |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| 11/14/2025 | Normal | 90 prior to 545 expire | Julia Morales Fernandes |
| 01/13/2026 | Normal | 30 prior to 545 expire | Julia Morales Fernandes |
| 02/13/2026 | Normal | 545 expire | Julia Morales Fernandes |

## Associated Claims

[redacted]

Claim: 1196371

# Latest Notes

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted]

Claim: 1196371

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Action Plan |
| Linked Documents | |
| Text | ***RCC Transfer***<br><br>Appraisal preserved<br>RFI sent to Attorney 10/10/2024<br>File pends docs requested<br>RCC reserves set<br>Pending RCC |
| Security Type | Claims Center Only |
| | -Melissa Carl (11/04/2024 5:44 PM) |

[redacted]

Claim: 1196371

| | |
|---|---|
| Topic | |
| Subtopic | Claims Examiner |
| Subject | Action Plan |
| Linked Documents | |
| Text | reviewed claim- pends requested info |
| Security Type | Claims Center Only |
| | -Melissa Carl (10/17/2024 5:29 PM) |
| Topic | |
| Subtopic | Claims Examiner |
| Subject | Action Plan |
| Linked Documents | |
| Text | RFI sent to Attorney<br><br>Pending- requested information |
| Security Type | Claims Center Only |
| | -Melissa Carl (10/10/2024 5:21 PM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Damages |
| Linked Documents | |
| Text | >>CLAIM INFORMATION<<<br>1196397<br>David Mohun<br>22306 Isle View Dr, Galveston, TX 77554<br><br>>>Policy Details<<<br>Policy: TWIA Dwelling<br>Endorsements: 220,321,331,365,802<br>Coverage A Limit: $ 427,000.00<br>Coverage A Deductible: $ 8,540.00<br>Coverage A Valuation is: Replacement Cost<br>Policy Period: 04/18/2024 - 04/18/2025<br>Date of Loss: 07/08/2024<br>FNOL Description: Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage.<br><br>>>Prior Claim Information<< |

[redacted]



No prior claims found in claims center per the policy and address.

>>TIMELINE<<
07/08/24…Date of Loss
07/08/24…First Notice of Loss
08/14/24…Date Disposition Issued
09/30/24…Date Dispute Acknowledged (Abatement)
02/10/26…Last Day for Recoverable Depreciation

>>PARTIES INVOLVED<<
Insured's Attorney: Shaun W. Hodge
Insured's Attorney Firm: Hodge Law Firm, PLLC
Insured's Attorney Estimate: $ TBD

>>TWIA Disposition<<
Full Acceptance
Accepted:
• Damage to the siding
• Damage to the window screens and wraps
• Damage to the soffit and fascia
• Damage to the game room
Denied: nothing

Observed But Not Claimed: none

>>Current Loss Adjustment<<
Dwelling:
Replacement Cost Value……………..……… $ 31,012.95
Less Recoverable Depreciation…………… $ 1,711.85
Actual Cash Value………………………..……… $ 29,301.10
Less Deductible………………………………….. $ 8,540.00
NET……………………………………………….…. $20,761.10

>>CLAIM EXAMINER EVALUATION <<
Dispute timely
The dispute is unknown. Attorney did not provide any dispute documents
My current plan to resolve this file is to preserve appraisal and request attorney dispute docs for review.

>>ABATEMENT INFORMATION<<
Sending no named Appraiser letter as Attorney sent notice of invocation of the appraisal process
Sending RFI requesting:

[redacted]

Claim: 1196371

| | |
|---|---|
| | 4) documentation estimate/photos/expert documentation from attorney<br><br>Upon receipt of requested information, will review to determine possible resolution through a supplement or appraisal. |
| Security Type | Claims Center Only |
| | -Melissa Carl (10/03/2024 2:51 PM) |
| Topic | |
| Subtopic | Claims Examiner |
| Subject | Damages |
| Linked Documents | |
| Text | Received & reviewed Attorney LOR, Sent ACK of LOR to insured. Sent Disposition letter, estimate & Ack of LOR to Attorney. Requested CCOP<br><br>Updated risk indicators and parties involved |
| Security Type | Claims Center Only |
| | -Melissa Carl (10/01/2024 3:47 PM) |
| Topic | Contact |
| Subtopic | Support |
| Subject | Action Plan |
| Linked Documents | |
| Text | Rec'd ATTY LOR (and RFI) from Hodge Law Firm, PLLC.<br>CE to update risk indicators and parties involved.<br>CE to acknowledge LOR and send appropriate docs.<br><br>TWIA policy with 7/8/24 DOL and AC valuation<br><br>Disposition was full acceptance.<br><br>Accepted:<br>- Wind damage to the siding<br>- Wind damage to the window screens and wraps<br>- Wind damage to the soffit and fascia<br>- Damage to the game room<br><br>CE to review. |
| Security Type | Claims Center Only |
| | -Demetrius Gardner (09/30/2024 6:01 PM) |

[redacted]

Claim: 1196371

| | |
|---|---|
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Claim file reviewed no new documents to review or updates |
| Security Type | Claims Center Only |
| | -Keishandra Perry (09/16/2024 6:05 AM) |

| | |
|---|---|
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Disposition |
| Linked Documents | |
| Text | TWIA 545 TEMPLATE FOR RCV POLICIES (deadline starts from date disposition letter was distributed). There may be different deadlines as personal property disposition letter may have a different date.<br><br>If there is a letter for personal property, then a separate RCV Review Note should be entered.<br><br>RCV Review Notes<br><br>Date of Loss 7/8/2024<br><br>Date Reported 7/8/2024<br><br>Date of Acceptance Cov A/Cov B 8/14/2024 emailed/mailed<br><br>60th Day Post Disposition 9/28/2024 545 Letter<br><br>90th Day Prior to 545 Expiration 11/12/2025 545 Reminder Letter<br><br>30th Day Prior to 545 Expiration 1/11/2026 Call / Final Disposition Letter<br><br>545 End Date 2/10/2026<br><br>Services completed yes<br><br>Fee bill issued accurately: yes<br><br>Payments issued accurately: yes<br><br>Reviewed documents in file: yes |

[redacted]

Claim: 1196371

| | |
|---|---|
| | Unnecessary exposures closed:yes<br><br>Damages Accepted: (Review disposition letter for details)<br><br>Interior<br><br>Elevations |
| Security Type | Claims Center Only |
| | -Kevin Goff (09/09/2024 12:24 PM) |
| Topic | Contact |
| Subtopic | Call Center |
| Subject | Investigation |
| Linked Documents | |
| Text | Spoke to the insured and went over supplement process. |
| Security Type | Claims Center Only |
| | -Darrell Toft (08/26/2024 3:46 PM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Status Report |
| Linked Documents | |
| Text | RCC $1,711.85 |
| Security Type | Claims Center Only |
| | -Patrick Morales (08/16/2024 1:32 PM) |
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Disposition |
| Linked Documents | |
| Text | Received and reviewed the Field Adjuster Report and estimate. After review I approved the estimate as submitted and agree with the recommendations.<br><br>Called David Mohun at 832-212-6944 and left a detailed message advising of FA report. Requested return call to discuss damages and estimate.<br><br>A copy of the field adjuster estimate, and disposition letter were e-mailed to the policyholder and were sent to the agent via the portals Claims Center. |

[redacted]



| | |
|---|---|
| | Plan of Action: RCC Available |
| Security Type | Claims Center Only |
| | -Patrick Morales (08/16/2024 1:30 PM) |
| Topic | Claim Review |
| Subtopic | Manager |
| Subject | Action Plan |
| Linked Documents | |
| Text | TL review<br><br>Pending<br>CE complete handling of claim |
| Security Type | Claims Center Only |
| | -Eric Shepard (08/16/2024 1:23 PM) |
| Topic | Claim Review |
| Subtopic | Manager |
| Subject | Action Plan |
| Linked Documents | |
| Text | TL review authority approved. |
| Security Type | Claims Center Only |
| | -Eric Shepard (08/14/2024 12:51 PM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Status Report |
| Linked Documents | |
| Text | Requesting payments and sending to TL for auth<br><br>TEXAS WIND/TEXAS FAIR PLAN - PAYMENT AUTHORITY REQUEST BREAKDOWN:<br><br>Coverage A Dwelling : $22,472.95 |
| Security Type | Claims Center Only |
| | -Patrick Morales (08/14/2024 11:30 AM) |
| Topic | Claim Review |

[redacted]

Claim: 1196371

| | |
|---|---|
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Based on information gathered, the cause of loss is: wind<br>Applicable Endorsement(s):<br>TWIA-220<br>Automatic Adjusted Building Cost Endorsement<br>TWIA-321<br>Extension of Coverage - Wind Driven Rain<br>TWIA-331<br>Extension of Coverage - Consequential Loss<br>TWIA-365<br>Conversion to Replacement Cost Coverage B (Personal Property)<br>TWIA-802<br>Replacement Cost Coverage A (Dwelling)<br><br>Endorsement(s) applied correctly? Yes<br>Weather data supports DOL/Damages? Yes<br>Policy in force for correct DOL? Yes<br>Ownership/CAD issues reviewed? Yes<br><br>Reviewed IA report<br>Accepting Cause of Loss based on the following: wind is a covered peril |
| Security Type | Claims Center Only |
| | -Patrick Morales (08/14/2024 11:15 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Damages |
| Linked Documents | |
| Text | Damage Reported on FNOL: Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage.<br>Plus additional damage pointed out by Insured/contractor during IA Inspection: None<br>Damage observed but not claimed by insured/contractor: None<br><br>Is this the Primary Dwelling? No<br>Is the Dwelling uninhabitable? N/A<br>ALE Summary: N/A<br><br>Inspection Results<br>Roof: No damage consistent with wind |

[redacted]

Claim: 1196371

Exterior:
Front elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged and missing window screens caused by high winds. Wind damage to fascia, soffits, and window wraps.
Right elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged window screens caused by high winds. Wind damage to fascia,
Rear elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged a window screens caused by high winds. Interior damage consistent with wind damage to siding and exposed felt.
Left elevation: Wind damage to siding caused by flying debris. Damaged window wrap caused by high winds.

Interior: Game room: Water damage to wall and baseboard caused by storm created opening on siding.

Attic: No damage

Other Structures: N/A

Personal Property: None

Summary for Dwelling
Total: 31,012.95
Dep: 1,711.85
ACV/RCV: 29,301.10
Ded: 8,540.00
Net: 20,761.10
Net + Dep: 22,472.95

O&P included? Allowed due to complexity of repairs
RCC/Depreciation Recoverable? Yes Paid? Holdback
Any Subro/Salvage issues? N/A. Weather Event

Payment of $20,761.10 to be discussed with insured and issued to David Mohun and Kristen Mohun.
Invoice amount appropriate for current fee schedule? Yes

| | |
|---|---|
| Security Type | Claims Center Only |
| | -Patrick Morales (08/14/2024 11:13 AM) |
| Topic | Inbound |
| Subtopic | XactAnalysis |
| Linked Documents | |
| Text | XactAnalysis QA Approved to:David DeVilbiss |
| Security Type | Claims Center Only |
| | -Super User (08/12/2024 9:18 AM) |

| | |
|---|---|
| Topic | Inbound |
| Subtopic | Portal |
| Subject | Other |
| Linked Documents | |
| Text | Created by: dmohun<br><br>I believe Lee was able to make it out to the house for a survey. I haven't heard anything back. Need to check on where we are in the process |
| Security Type | Portal Public |
| | -Portal User (08/07/2024 9:09 AM) |
| Topic | Contact |
| Subtopic | |
| Subject | |
| Linked Documents | |
| Text | XactAnalysis Independent Adjuster Inspected the site |
| Security Type | Claims Center Only |
| | -Super User (08/01/2024 11:28 PM) |
| Topic | Contact |
| Subtopic | |
| Subject | |
| Linked Documents | |
| Text | Independent Adjuster contacted the customer |
| Security Type | Claims Center Only |
| | -Super User (08/01/2024 11:28 PM) |
| Topic | Inbound |
| Subtopic | XactAnalysis |
| Linked Documents | |
| Text | XactAnalysis adjuster has been assigned Lee Olivares |
| Security Type | Claims Center Only |
| | -Super User (07/17/2024 6:59 PM) |
| Topic | Contact |
| Subtopic | Claims Examiner |

| | |
|---|---|
| Subject | Investigation |
| Linked Documents | |
| Text | ***FIRST NOTICE OF LOSS REVIEW***<br><br>Reviewed FNOL: Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage.<br><br>More than one year between DOL and FNOL? No<br><br>***CAD CONFIRMATION***<br><br>Policyholder listed as owner in CAD: confirmed ph is owner<br><br>WPI-8s: yes 03/03/2016 re-roof<br><br>Endorsements: 220, 321, 331, 365, 802<br><br>Condo Policy? No<br><br>*** PRIOR CLAIM REVIEW***<br><br>no relevant priors<br><br>***ACTION PLAN ***<br>-Monitor for XA docs from IA, follow up in 7 days if not received<br>-Review XA docs when received<br>-Prepare settlement/denial<br>-Process expense payment(s)<br>-Close or set for RCC Pending |
| Security Type | Claims Center Only |
| | -Patrick Morales (07/13/2024 11:55 AM) |
| Topic | Contact |
| Subtopic | |
| Subject | |
| Linked Documents | |
| Text | Independent Adjuster contacted the customer |
| Security Type | Claims Center Only |
| | -Super User (07/10/2024 6:35 PM) |

| | |
|---|---|
| Topic | Inbound |
| Subtopic | XactAnalysis |
| Linked Documents | |
| Text | XactAnalysis adjuster has been assigned Korylee Horstmeyer |
| Security Type | Claims Center Only |
| | -Super User (07/09/2024 2:57 PM) |

# Claim Status

## General Status

| | |
|---|---|
| Loss Type | Property |
| Line of Business | Homeowners Line |
| Claim Segment | Property - mid complexity |
| Claim Status | Open |
| Date Reported | 07/08/2024 9:27 PM |
| Create Date | 07/08/2024 |
| Date of Acceptance | 08/14/2024 |
| Days Open | 371 |
| Assigned To | Julia Morales Fernandes |
| Primary Group | RCC - Commercial (TWIA) |
| Special Claim Permission | |
| Claim Validation Level | Ability to pay |
| Subrogation Status | |
| Salvage Status | |

## [redacted]

[redacted]

| | |
|---|---|
| [redacted] | [redacted] |

[redacted]

| | |
|---|---|
| [redacted] | |
| [redacted] | [redacted] |

[redacted]

[redacted]

[redacted]

| [redacted] | [redacted] | [redacted] | [redacted] |
| --- | --- | --- | --- |
| [redacted] | | | |
| [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] |
| [redacted] | | | |
| [redacted] | [redacted] | | [redacted] |

| | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | |
| [redacted] | [redacted] | [redacted] |

| | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

| | |
|---|---|
| [redacted] | |
| [redacted] | [redacted] |

## Workplan

| ☆ | | Due | Priority | Status | Subject | Exposures | Ext Owner | Assigned To | XA Estimate RCV | XA Estimate ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| | | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | | |
| | | 11/14/2025 | Normal | Open | 90 prior to 545 expire | | | Julia Morales Fernandes | | |
| | | 01/13/2026 | Normal | Open | 30 prior to 545 expire | | | Julia Morales Fernandes | | |
| | | 02/13/2026 | Normal | Open | 545 expire | | | Julia Morales Fernandes | | |

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Activity Detail for Claim 1196371

**Details**

| | |
|---|---|
| Subject | 90 prior to 545 expire |
| Description | |
| Activity Pattern Code | general_reminder |
| Related To | Claim |
| Due Date | 11/14/2025 |
| Escalation Date | |
| Priority | Normal |
| Calendar Importance | Medium |
| Mandatory | No |
| Status | Open |
| Externally Owned | No |
| External Owner | |

**Activity Assignment**

| | |
|---|---|
| Assigned To | Julia Morales Fernandes |
| Assigned Group | RCC - Commercial (TWIA) |
| Assigned By | Julia Morales Fernandes |
| Assign Date | 07/09/2025 |

**Documents**

**Activity Tracking**

| | |
|---|---|
| Completion/Skipped date | |
| Completed by | |
| Recurring | No |

# Activity Detail for Claim 1196371

**Details**

| | |
|---|---|
| Subject | 30 prior to 545 expire |
| Description | |
| Activity Pattern Code | general_reminder |
| Related To | Claim |
| Due Date | 01/13/2026 |
| Escalation Date | |
| Priority | Normal |
| Calendar Importance | Medium |
| Mandatory | No |
| Status | Open |
| Externally Owned | No |
| External Owner | |

**Activity Assignment**

| | |
|---|---|
| Assigned To | Julia Morales Fernandes |
| Assigned Group | RCC - Commercial (TWIA) |
| Assigned By | Julia Morales Fernandes |
| Assign Date | 07/09/2025 |

**Documents**

**Activity Tracking**

| | |
|---|---|
| Completion/Skipped date | |
| Completed by | |
| Recurring | No |

**Details**

| | |
|---|---|
| Subject | 545 expire |
| Description | |
| Activity Pattern Code | general_reminder |
| Related To | Claim |
| Due Date | 02/13/2026 |
| Escalation Date | |
| Priority | Normal |
| Calendar Importance | Medium |
| Mandatory | No |
| Status | Open |
| Externally Owned | No |
| External Owner | |

**Activity Assignment**

| | |
|---|---|
| Assigned To | Julia Morales Fernandes |
| Assigned Group | RCC - Commercial (TWIA) |
| Assigned By | Julia Morales Fernandes |
| Assign Date | 07/09/2025 |

**Documents**

**Activity Tracking**

| | |
|---|---|
| Completion/Skipped date | |
| Completed by | |
| Recurring | No |

## Loss Details

**Details**

| | |
|---|---|
| What Happened? | Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage. |
| Loss Date | 07/08/2024 12:01 AM |
| Loss Cause | Wind |
| Catastrophe | 04 024 - Beryl 2024 - 07/07/2024 - 07/09/2024 |

**Notification and Contact**

| | |
|---|---|
| First Notice Suit? | |
| Through what method is the claim being reported? | Policyholder |
| Reported By | David Mohun |
| Relationship to Insured | Self/Insured |

**Main Contact for the Claim**

| | |
|---|---|
| Same Person? | Primary Insured |
| Main Contact | David Mohun |
| Relationship to Insured | Self/Insured |
| Date Reported | 07/08/2024 9:27 PM |

**Damage Type** Wind/Hail

**Are emergency services requested?** **No**

**Loss Location**

22306 Isle View Dr, Galveston, TX 77554

# Incidents

Dwelling

Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage.

TWIA 001855



**Claims History - Claims Center**

| Claim Number | Policy Number | Loss Date | Loss Cause | Loss Type | Description |
|---|---|---|---|---|---|
| 1196371 | TWRD0000713215 | 07/08/2024 | Wind | Property | Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage. |

## Wind/Hail

| | |
|---|---|
| **Exterior Damage** | **Yes** |
| **Interior Damage** | **No** |
| **Personal Property Damage** | **No** |
| **Has This Damage Made Your Home Unlivable?** | **No** |

## Additional Information

**Witnesses**

**Official Reports**



TWIA_MOHUN_CLAIM FILE_000024

**ISO**

**Status**

| | |
|---|---|
| Status | Sent |
| Date sent to ISO | 07/08/2024 9:27 PM |
| Last response from ISO | 07/08/2024 9:28 PM |

| Insurer | Insurer Phone | Claim/Exposure Number | Loss Date | Policy Number | Received |
|---|---|---|---|---|---|
| STATE FARM (R) AFFILIATE | | 53P2123G1 | | 454738953C | 07/08/2024 9:28 PM |

## Associations

## Special Investigation Details

**Claims Director Score** **11**

**Supervisor Review**
Refer claim to SIU team No

## Exposures

| # | Risk Item | Exposure Type | Coverage Subtype | Claimant | Assigned To | Status | Outstanding Reserves | Paid |
|---|---|---|---|---|---|---|---|---|
| 1 | 1:Single Family Dwelling 22306 Isle View Dr | Coverage A | Structure | David Mohun | Julia Morales Fernandes | Open | $47,211.85 | $22,428.14 |

## (1) - Structure - David Mohun

**Details**

**Exposure**

| | |
|---|---|
| Exposure Type | Coverage A |
| Primary Coverage | Structure |
| Coverage Subtype | Structure |
| Risk Item | 1:Single Family Dwelling 22306 Isle View Dr |
| Assigned To | Julia Morales Fernandes |
| Group | RCC - Commercial (TWIA) |
| Status | Open |
| Create Date | 07/08/2024 |
| Validation Level | Ability to pay |

**Claimant**

| | |
|---|---|
| Claimant | David Mohun |
| Contact Prohibited? | No |
| Primary Phone | 832-212-6944 |
| Address | 8405 Winningham Ln, Houston, TX 77055-7531 |

**Incident Overview**

| | |
|---|---|
| Incident | Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage. |

**Segmentation**

| | |
|---|---|
| Segment | Property - mid complexity |

**Financials**

| | |
|---|---|
| Outstanding Reserves | $47,211.85 |
| Total Paid | $22,428.14 |
| Total Recoveries | - |
| Net Total Incurred | $69,639.99 |

## Contacts

| Name | Roles | Email Address | Phone | Address | City | State | ZIP Code |
|---|---|---|---|---|---|---|---|
| Shaun W. Hodge | Insured Representative | shodge@ | 409-762-5000 | | | | |
| Hodge Law Firm, PLLC | Insured Representative | | | 1301 Market St | Galveston | Texas | 77550-2624 |
| Korylee Horstmeyer | Service Participant | koryhors | 573-673-7647 | | | | |
| Leading Edge Claims Service | Adjusting Firm, Check Payee, Service Vendor | twiaclaim | 817-767-2108 | 360 S Nolen Dr Ste 100 | Southlake | Texas | 76092-8098 |
| Lee Olivares | Service Participant | roofbypr | 956-578-3719 | | | | |

| Name | Roles | Email Address | Phone | Address | City | State | ZIP Code |
|---|---|---|---|---|---|---|---|
| David Mohun | Claimant, Insured, Main Contact, Reporter | Thebestt | 832-212-6944 | 8405 Winningham Ln | Houston | Texas | 77055-7531 |
| Kristen Mohun | Covered Party | none@n | 800-788-8247 | 8405 Winningham Ln | Houston | Texas | 77055-7531 |
| Steven W Boessling | Agent | sboesslir | 713-395-7773 | 8955 Katy Frwy Ste 201 | Houston | Texas | 77024 |

## Contacts

This contact is not linked to the Address Book

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| 1196371 | Insured Representative | |

**Person**

| | |
|---|---|
| Name | Shaun W. Hodge |
| First Name | Shaun W. |
| Middle Name | |
| Last Name | Hodge |
| Preferred Method of Communication | Email |
| Preferred Method of Correspondence | Email |
| Preferred Language | English |

**Phone**

| | |
|---|---|
| Primary Phone | Work |
| Work Phone | 409-762-5000 |
| Home | |
| Mobile | |

Fax

**E-mail**

Main shodge@hodgefirm.com

Alternate

**Additional Info**

Date of Birth

Guardian

**Primary Address**

Location

Address Type

Location Description

Valid until

Address Validation Status Not Validated

**Notes**

| Primary | Type | |
|---|---|---|
| true | | |

## Contacts

This contact is not linked to the Address Book

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| 1196371 | Insured Representative | |

**Company**

Name: Hodge Law Firm, PLLC

**Primary Address**

Location: 1301 Market St Galveston, TX 77550-2624
Address Type
Location Description
Valid until
Address Validation Status: Validated

**Contact Info**

Primary Contact
Work
Fax
Main Email
Alternate Email

**Additional Emails**

**Notes**

| Primary | Type | |
|---|---|---|
| true | | 1301 Market St, Galveston, TX 77550-2624 |

# Contacts

This contact is not linked to the Address Book

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| 1196371 | Service Participant | |

**Person**

| | |
|---|---|
| Name | Korylee Horstmeyer |
| First Name | |
| Middle Name | |
| Last Name | Korylee Horstmeyer |
| Preferred Method of Communication | Phone |
| Preferred Method of Correspondence | Mail |
| Preferred Language | English |

**Phone**

| | |
|---|---|
| Primary Phone | |
| Work Phone | 573-673-7647 |
| Home | |
| Mobile | |
| Fax | |

**E-mail**

| | |
|---|---|
| Main | koryhorstmeyer@aol.com |
| Alternate | |

**Additional Info**

| | |
|---|---|
| Date of Birth | |
| Guardian | |

**Primary Address**

Claim: 1196371

Location
Address Type
Location Description
Valid until
Address Validation Status

**Notes**

# Contacts

This contact is linked to the Address Book and is in sync

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| 1196371 | Check Payee | |
| Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage. | Adjusting Firm | |
| 1196371 | Service Vendor | |

**Vendor (Company)**

Name Leading Edge Claims Service
Description

**Primary Address**

| | |
|---|---|
| Location | 360 S Nolen Dr Ste 100 Southlake, TX 76092-8098 |
| Address Type | |
| Location Description | |
| Valid until | |
| Address Validation Status | Validated |

**Contact Info**

| | |
|---|---|
| Primary Contact | Tom Spillman |
| Work | 817-767-2108 |
| Fax | 800-752-3124 |
| Main Email | twiaclaims@leadingedgeclaims.com |
| Alternate Email | tspillman@leadingedgeclaims.com |

**Additional Emails**

| Additional Email |
|---|
| thansen@leadingedgeclaims.com |
| bmears@leadingedgeclaims.com |
| bdunn@leadingedgeclaims.com |
| tbird@leadingedgeclaims.com |
| dchristopher@leadingedgeclaims.com |
| tspillman@leadingedgeclaims.com |
| cramsey@leadingedgeclaims.com |
| rcalvert@leadingedgeclaims.com |
| byork@leadingedgeclaims.com |

**Notes**

| Primary | Type | |
|---|---|---|
| true | | 360 S Nolen Dr Ste 100, Southlake, TX 76092-8098 |
| false | Business | 1704 Tennison Pkwy, Ste 120, Colleyville, TX 76034-6297 |

Claim: 1196371

| Name | Relation to Contact |
|---|---|
| Tom Spillman | Primary Contact |

## Contacts

This contact is not linked to the Address Book

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| 1196371 | Service Participant | |

**Person**

| | |
|---|---|
| Name | Lee Olivares |
| First Name | |
| Middle Name | |
| Last Name | Lee Olivares |
| Preferred Method of Communication | Phone |
| Preferred Method of Correspondence | Mail |
| Preferred Language | English |

**Phone**

| | |
|---|---|
| Primary Phone | |
| Work Phone | 956-578-3719 |
| Home | |
| Mobile | |
| Fax | |

**E-mail**

| | |
|---|---|
| Main | roofbypros@gmail.com |

TWIA 001866



Alternate

**Additional Info**

Date of Birth

Guardian

**Primary Address**

Location

Address Type

Location Description

Valid until

Address Validation Status

**Notes**

## Contacts

This contact is linked to the Address Book and is in sync

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| TWRD0000713215 | Insured | |
| (1) - Structure - David Mohun | Claimant | |
| 1196371 | Reporter | |
| 1196371 | Main Contact | |



TWIA_MOHUN_CLAIM FILE_000035

**Person**

| | |
|---|---|
| Name | David Mohun |
| First Name | David |
| Middle Name | |
| Last Name | Mohun |
| Preferred Method of Communication | Email |
| Preferred Method of Correspondence | Email |
| Preferred Language | English |

**Phone**

| | |
|---|---|
| Primary Phone | Mobile |
| Contact Prohibited? | No |
| Work Phone | |
| Home | [redacted] |
| Mobile | [redacted] |
| Fax | |

**E-mail**

| | |
|---|---|
| Main | [redacted] |
| Alternate | |

**Additional Info**

| | |
|---|---|
| Date of Birth | |
| Guardian | |

**Primary Address**

| | |
|---|---|
| Location | 8405 Winningham Ln Houston, TX 77055-7531 |
| Address Type | Mailing |
| Location Description | |
| Valid until | |
| Address Validation Status | Overridden |

**Notes**

| Primary | Type | |
|---|---|---|
| true | Mailing | 8405 Winningham Ln, Houston, TX 77055-7531 |

# Contacts

This contact is linked to the Address Book but is out of sync

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| TWRD0000713215 | Covered Party | |

**Person**

| | |
|---|---|
| Name | Kristen Mohun |
| First Name | Kristen |
| Middle Name | |
| Last Name | Mohun |
| Preferred Method of Communication | Phone |
| Preferred Method of Correspondence | Mail |
| Preferred Language | English |

**Phone**

| | |
|---|---|
| Primary Phone | Home |
| Work Phone | |
| Home | [redacted] |
| Mobile | |
| Fax | |

**E-mail**

| | |
|---|---|
| Main | none@none.com |

Alternate

**Additional Info**

Date of Birth

Guardian

**Primary Address**

| | |
|---|---|
| Location | 8405 Winningham Ln Houston, TX 77055-7531 |
| Address Type | Mailing |
| Location Description | |
| Valid until | |
| Address Validation Status | Overridden |

**Notes**

| Primary | Type | |
|---|---|---|
| true | Mailing | 8405 Winningham Ln, Houston, TX 77055-7531 |

# Contacts

This contact is not linked to the Address Book

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| TWRD0000713215 | Agent | |

TWIA 001870

Claim: 1196371

**Company**

| | |
|---|---|
| Name | Steven W Boessling |

**Primary Address**

| | |
|---|---|
| Location | 8955 Katy Frwy Ste 201 Houston, TX 77024 |
| Address Type | Mailing |
| Location Description | |
| Valid until | |
| Address Validation Status | |

**Contact Info**

| | |
|---|---|
| Primary Contact | Steve Boessling |
| Work | 713-395-7773 |
| Fax | |
| Main Email | sboessling@allstate.com |
| Alternate Email | |

**Additional Emails**

**Notes**

| Primary | Type | |
|---|---|---|
| true | Mailing | 8955 Katy Frwy Ste 201, Houston, TX 77024 |

| Name | Relation to Contact |
|---|---|
| Steve Boessling | Primary Contact |


TWIA_MOHUN_CLAIM FILE_000039

# Policy: General

**Basic Information**

| | |
|---|---|
| Policy Number | TWRD0000713215 |
| Renewed from Policy | |
| Type | Dwelling and Personal Property |
| Effective Date | 04/18/2024 |
| Expiration Date | 04/18/2025 |
| Cancellation Date | |
| Status | In force |
| Verified Policy | Yes |
| CE Username | dmohun |

**Insured**

| | |
|---|---|
| Name | David Mohun |
| Primary Address | 8405 Winningham Ln, Houston, TX 77055-7531 |
| Account Name | David Mohun |
| Additional Insured | |

| # | Name | Type | Occupancy |
|---|---|---|---|
| 1 | Kristen Mohun | | |

**Agent**

| | |
|---|---|
| Name | Steven W Boessling |
| Producer Code of Record | 1027091W001 |

**Other**

| | |
|---|---|
| Notes | |

# Policy-level Coverages

## Policy: Endorsements

| # | Description | Comments | Risk Item(s) |
|---|---|---|---|
| TWDP | TWIA Dwelling Policy | | |
| TWIA-220 | Automatic Adjusted Building Cost Endorsement | | |
| TWIA-321 | Extension of Coverage - Wind Driven Rain | | |
| TWIA-331 | Extension of Coverage - Consequential Loss | | |
| TWIA-365 | Conversion to Replacement Cost Coverage B (Personal Property) | | |
| TWIA-802 | Replacement Cost Coverage A (Dwelling) | | |

## Endorsement Details

| | |
|---|---|
| Form Number | TWDP |
| Description | TWIA Dwelling Policy |
| Comments | |
| Risk Item(s) | |

## Endorsement Details

| | |
|---|---|
| Form Number | TWIA-220 |
| Description | Automatic Adjusted Building Cost Endorsement |
| Comments | |
| Risk Item(s) | |

## Endorsement Details

| | |
|---|---|
| Form Number | TWIA-321 |
| Description | Extension of Coverage - Wind Driven Rain |
| Comments | |
| Risk Item(s) | |

## Endorsement Details

| | |
|---|---|
| Form Number | TWIA-331 |
| Description | Extension of Coverage - Consequential Loss |
| Comments | |
| Risk Item(s) | |

## Endorsement Details

| | |
|---|---|
| Form Number | TWIA-365 |
| Description | Conversion to Replacement Cost Coverage B (Personal Property) |
| Comments | |
| Risk Item(s) | |

## Endorsement Details

| | |
|---|---|
| Form Number | TWIA-802 |

| | |
|---|---|
| Description | Replacement Cost Coverage A (Dwelling) |
| Comments | |
| Risk Item(s) | |

## Policy: Aggregate Limits

## Financials: Summary

## Exposure

| | | Open Recovery Reserves | Outstanding Reserves | Future Payments | Total Paid | Recoveries | Total Incurred |
|---|---|---|---|---|---|---|---|
| Claim Total | | | [redacted] | | $22,428.14 | | [redacted] |

## Exposure only

| | | Open Recovery Reserves | Outstanding Reserves | Future Payments | Total Paid | Recoveries | Total Incurred |
|---|---|---|---|---|---|---|---|
| Claim Total | | | [redacted] | | $22,428.14 | | [redacted] |

## Claimant

Claim: 1196371

| | | Open Recovery Reserves | Outstanding Reserves | Future Payments | Total Paid | Recoveries | Total Incurred |
|---|---|---|---|---|---|---|---|
| Claim Total | | | [redacted] | | $22,428.14 | | [redacted] |

## Coverage

| | | Open Recovery Reserves | Outstanding Reserves | Future Payments | Total Paid | Recoveries | Total Incurred |
|---|---|---|---|---|---|---|---|
| Claim Total | | | [redacted] | | $22,428.14 | | [redacted] |

## Claim Cost only

## Reserving Currency

| | | Open Recovery Reserves | Outstanding Reserves | Future Payments | Total Paid | Recoveries | Total Incurred |
|---|---|---|---|---|---|---|---|
| USD | | | [redacted] | | $22,428.14 | | [redacted] |

## Recovery Category

## Financials: Transactions

| Type | Date | Amount | Risk Item | Exposure | Exposure Type | Coverage Subtype | Cost Type | Cost Category | Status | User |
|---|---|---|---|---|---|---|---|---|---|---|
| Reserve | 07/08/2024 | $7,600.00 | 1: Fa Dv 22 Isl Vi Dr | 1 | Cc A | St | Indemnity | ACV | Submitting | Portal User |
| Reserve | 07/08/2024 | $1,000.00 | 1: Fa Dv 22 Isl Vi Dr | 1 | Cc A | St | Expense - A&O | Field Adjusting Service | Submitting | Portal User |
| Reserve | 08/14/2024 | $667.04 | 1: Fa Dv 22 Isl Vi Dr | 1 | Cc A | St | Expense - A&O | Field Adjusting Service | Submitting | Patrick Morales |
| Reserve | 08/14/2024 | $13,161.10 | 1: Fa Dv 22 Isl Vi Dr | 1 | Cc A | St | Indemnity | ACV | Submitting | Patrick Morales |
| Reserve | 08/14/2024 | $1,711.85 | 1: Fa Dv 22 Isl Vi Dr | 1 | Cc A | St | Indemnity | RCC | Submitting | Patrick Morales |

Claim: 1196371

| Type | Date | Amount | | Risk Item | Exposure | Exposure Type | Coverage Subtype | Cost Type | Cost Category | Status | User |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 08/14/2024 | $1,667.04 | | 1: Fa Dv 22 Isl Vi Dr | 1 | Co A | St | Expense - A&O | Field Adjusting Service | Submitted | Patrick Morales |
| Payment | 08/14/2024 | $20,761.10 | | 1: Fa Dv 22 Isl Vi Dr | 1 | Co A | St | Indemnity | ACV | Submitted | Patrick Morales |
| Reserve | 10/17/2024 | $5,500.00 | | 1: Fa Dv 22 Isl Vi Dr | 1 | Co A | St | Expense - A&O | ADR | Submitting | Melissa Carl |

[redacted]

## Reserve Details

**Details**

| | |
|---|---|
| Exposure | (1) - Structure - David Mohun |
| Coverage | Structure |
| Cost Type | Indemnity |
| Cost Category | ACV |
| Comments | Automatic reserves |
| Open Reserves | [redacted] |
| Amount | $7,600.00 |

**Tracking**

| | |
|---|---|
| Status | Submitting |
| Created By | Portal User |
| Created Via | |
| Created On | 07/08/2024 |
| Booking Date | 07/08/2024 |

**Approval History**

**Reserves in Group**

| Exposure | Risk Item | Coverage | Cost Type | Cost Category | Open Reserves | Amount |
|---|---|---|---|---|---|---|
| (1) - Structure - David Mohun | 1:Single Family Dwelling 22306 Isle View Dr | Structure | Expense - A&O | Field Adjusting Service | - | $1,000.00 |
| (1) - Structure - David Mohun | 1:Single Family Dwelling 22306 Isle View Dr | Structure | Indemnity | ACV | [redacted] | $7,600.00 |
| **Total:** | | | | | | **$8,600.00** |

## Reserve Details

**Details**

| | |
|---|---|
| Exposure | (1) - Structure - David Mohun |
| Coverage | Structure |
| Cost Type | Expense - A&O |
| Cost Category | Field Adjusting Service |
| Comments | Automatic reserves |
| Open Reserves | - |
| Amount | $1,000.00 |

**Tracking**

| | |
|---|---|
| Status | Submitting |
| Created By | Portal User |
| Created Via | |
| Created On | 07/08/2024 |
| Booking Date | 07/08/2024 |

**Approval History**

**Reserves in Group**

| Exposure | Risk Item | Coverage | Cost Type | Cost Category | Open Reserves | Amount |
|---|---|---|---|---|---|---|
| (1) - Structure - David Mohun | 1:Single Family Dwelling 22306 Isle View Dr | Structure | Expense - A&O | Field Adjusting Service | - | $1,000.00 |
| (1) - Structure - David Mohun | 1:Single Family Dwelling 22306 Isle View Dr | Structure | Indemnity | ACV | [redacted] | $7,600.00 |
| **Total:** | | | | | | **$8,600.00** |

## Reserve Details

Claim: 1196371

**Details**

| | |
|---|---|
| Exposure | (1) - Structure - David Mohun |
| Coverage | Structure |
| Cost Type | Expense - A&O |
| Cost Category | Field Adjusting Service |
| Comments | |
| Open Reserves | - |
| Amount | $667.04 |

**Tracking**

| | |
|---|---|
| Status | Submitting |
| Created By | Patrick Morales |
| Created Via | |
| Created On | 08/14/2024 |
| Booking Date | 08/14/2024 |

**Approval History**

**Reserves in Group**

| Exposure | Risk Item | Coverage | Cost Type | Cost Category | Open Reserves | Amount |
|---|---|---|---|---|---|---|
| (1) - Structure - David Mohun | 1:Single Family Dwelling 22306 Isle View Dr | Structure | Expense - A&O | Field Adjusting Service | - | $667.04 |
| (1) - Structure - David Mohun | 1:Single Family Dwelling 22306 Isle View Dr | Structure | Indemnity | RCC | $1,711.85 | $1,711.85 |
| (1) - Structure - David Mohun | 1:Single Family Dwelling 22306 Isle View Dr | Structure | Indemnity | ACV | [redacted] | $13,161.10 |

Claim: 1196371

| Exposure | Risk Item | Coverage | Cost Type | Cost Category | Open Reserves | Amount |
|---|---|---|---|---|---|---|
| **Total:** | | | | | | **$15,539.99** |

# Reserve Details

**Details**

| | |
|---|---|
| Exposure | (1) - Structure - David Mohun |
| Coverage | Structure |
| Cost Type | Indemnity |
| Cost Category | ACV |
| Comments | |
| Open Reserves | [redacted] |
| Amount | $13,161.10 |

**Tracking**

| | |
|---|---|
| Status | Submitting |
| Created By | Patrick Morales |
| Created Via | |
| Created On | 08/14/2024 |
| Booking Date | 08/14/2024 |

**Approval History**

**Reserves in Group**

| Exposure | Risk Item | Coverage | Cost Type | Cost Category | Open Reserves | Amount |
|---|---|---|---|---|---|---|
| (1) - Structure - David Mohun | 1:Single Family Dwelling 22306 Isle View Dr | Structure | Expense - A&O | Field Adjusting Service | - | $667.04 |

Claim: 1196371

| Exposure | Risk Item | Coverage | Cost Type | Cost Category | Open Reserves | Amount |
|---|---|---|---|---|---|---|
| (1) - Structure - David Mohun | 1:Single Family Dwelling 22306 Isle View Dr | Structure | Indemnity | RCC | $1,711.85 | $1,711.85 |
| (1) - Structure - David Mohun | 1:Single Family Dwelling 22306 Isle View Dr | Structure | Indemnity | ACV | [redacted] | $13,161.10 |
| **Total:** | | | | | | **$15,539.99** |

## Reserve Details

**Details**

| | |
|---|---|
| Exposure | (1) - Structure - David Mohun |
| Coverage | Structure |
| Cost Type | Indemnity |
| Cost Category | RCC |
| Comments | |
| Open Reserves | $1,711.85 |
| Amount | $1,711.85 |

**Tracking**

| | |
|---|---|
| Status | Submitting |
| Created By | Patrick Morales |
| Created Via | |
| Created On | 08/14/2024 |
| Booking Date | 08/14/2024 |

**Approval History**

Claim: 1196371

**Reserves in Group**

| Exposure | Risk Item | Coverage | Cost Type | Cost Category | Open Reserves | Amount |
|---|---|---|---|---|---|---|
| (1) - Structure - David Mohun | 1:Single Family Dwelling 22306 Isle View Dr | Structure | Expense - A&O | Field Adjusting Service | - | $667.04 |
| (1) - Structure - David Mohun | 1:Single Family Dwelling 22306 Isle View Dr | Structure | Indemnity | RCC | $1,711.85 | $1,711.85 |
| (1) - Structure - David Mohun | 1:Single Family Dwelling 22306 Isle View Dr | Structure | Indemnity | ACV | [redacted] | $13,161.10 |
| **Total:** | | | | | | **$15,539.99** |

# Payment Details

**Details**

| | |
|---|---|
| Exposure | (1) - Structure - David Mohun |
| Coverage | Structure |
| Cost Type | Expense - A&O |
| Cost Category | Field Adjusting Service |
| Payment Type | Partial |
| Comments | |
| Open Reserves | - |
| Amount | $1,667.04 |
| Line Items | |

| Category | Other | Comments | Amount |
|---|---|---|---|
| Field Adjusting Services | | | $1,667.04 |

Claim: 1196371

**Check Details**

| | |
|---|---|
| Status | Cleared |
| Pay To | Leading Edge Claims Service |
| Net Amount | $1,667.04 |
| Scheduled Send Date | 08/14/2024 |
| Issue Date | 08/14/2024 |
| Check Number | 300401287 |
| Bank Account | Chase |
| Payment Method | Check |
| Invoice Number | 158123 |

**Tracking**

| | |
|---|---|
| Status | Submitted |
| Created By | Patrick Morales |
| Created On | 08/14/2024 |
| Booking Date | 08/14/2024 |

**Approval History**

## Payment Details

**Details**

| | |
|---|---|
| Exposure | (1) - Structure - David Mohun |
| Coverage | Structure |
| Cost Type | Indemnity |
| Cost Category | ACV |
| Payment Type | Partial |
| Comments | |
| Open Reserves | [redacted] |
| Amount | $20,761.10 |
| Line Items | |

| Category | Other | Comments | Amount |
|---|---|---|---|
| ACV | | | $20,761.10 |

**Check Details**

| | |
|---|---|
| Status | Cleared |
| Pay To | David Mohun & Kristen Mohun |
| Net Amount | $20,761.10 |
| Scheduled Send Date | 08/14/2024 |
| Issue Date | 08/14/2024 |
| Check Number | 300401342 |
| Bank Account | Chase |
| Payment Method | Check |
| Invoice Number | |

**Tracking**

| | |
|---|---|
| Status | Submitted |
| Created By | Patrick Morales |
| Created On | 08/14/2024 |
| Booking Date | 08/14/2024 |

**Approval History**

| Date | User | Action | Issue | Rationale |
|---|---|---|---|---|
| 08/14/2024 12:51 PM | Eric Shepard | Approved | The total amount of payments to date for the claim exceeds $20,000.00.; | |

## Reserve Details

**Details**

| | |
|---|---|
| Exposure | (1) - Structure - David Mohun |

| | |
|---|---|
| Coverage | Structure |
| Cost Type | Expense - A&O |
| Cost Category | ADR |
| Comments | |
| Open Reserves | $5,500.00 |
| Amount | $5,500.00 |

**Tracking**

| | |
|---|---|
| Status | Submitting |
| Created By | Melissa Carl |
| Created Via | |
| Created On | 10/17/2024 |
| Booking Date | 10/17/2024 |

**Approval History**

**Reserves in Group**

| Exposure | Risk Item | Coverage | Cost Type | Cost Category | Open Reserves | Amount |
|---|---|---|---|---|---|---|
| (1) - Structure - David Mohun | 1:Single Family Dwelling 22306 Isle View Dr | Structure | Expense - A&O | ADR | $5,500.00 | $5,500.00 |
| **Total:** | | | | | | **$5,500.00** |

[redacted]

[redacted]

[redacted] [redacted]

Claim: 1196371

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Claim: 1196371

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

## Financials: Checks

| Check Number | Pay To | Gross Amount | Issue Date | Scheduled Send Date | Status | Bulk Invoice |
|---|---|---|---|---|---|---|
| 300401287 | Leading Edge Claims Service | $1,667.04 | 08/14/2024 | 08/14/2024 | Cleared | |
| 300401342 | David Mohun & Kristen Mohun | $20,761.10 | 08/14/2024 | 08/14/2024 | Cleared | |

# Check Details

**Check**

| | |
|---|---|
| Pay To The Order Of | Leading Edge Claims Service |
| Mailing Address | -:360 S Nolen Dr Ste 100, Southlake, TX 76092-8098 |
| Memo 1 | Payment explanation sent separately. |
| Memo 2 | |

**Payment Details**

| | |
|---|---|
| Gross Amount | $1,667.04 |
| Tax Reporting | Reportable |

**Details**

| | |
|---|---|
| Check Number | 300401287 |
| Bank Account | Chase |
| Invoice Number | 158123 |
| Bulk Invoice | |
| Claimant | David Mohun |
| Comments | |
| Joint Payees | |

| Payee | Type | Payee Tax ID |
|---|---|---|
| Leading Edge Claims Service | Vendor | |

**Instructions**

| | |
|---|---|
| Recipient | Leading Edge Claims Service |
| Payment Method | Check |
| Check Delivery | Standard |

**Tracking**

| | |
|---|---|
| Status | Cleared |
| Issue Date | 08/14/2024 |
| Cleared Date | 08/28/2024 |
| When To Pay | 08/14/2024 |
| Created By | Patrick Morales |

TWIA 001890

Claim: 1196371

| | |
|---|---|
| Created On | 08/14/2024 |
| Approval History | |

**Claim Payment Calculator**

| | |
|---|---|
| Replacement Cost Value (RCV) | - |
| Less Recoverable Depreciation | - |
| Less Non-Recoverable Depreciation | - |
| Actual Cash Value (ACV) | - |
| Less Deductible | - |
| Less Advance Payments | - |
| Payment Due | - |

Payments

| Scheduled Send Date | Amount | | Exposure | Risk Item | Coverage Type | Subtype | Cost Type | Cost Category | Status | Pmt Type | Transaction ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/14/2024 | $1,667.04 | | 1 | 1: Fa Dv 22 Isl Vi Dr | Cc A | St | Expense - A&O | Field Adjusting Service | Submitted | Partial | |

Documents Linked to Checks

| | Name | View | Document Type | Status | Author | Date Modified |
|---|---|---|---|---|---|---|
| | 1196371_20240812_09_18_25_285_-1261641011 | | Adjuster Report | Final | Lee Olivares | 08/12/2024 9:18 AM |

# Check Details

**Check**

| | |
|---|---|
| Pay To The Order Of | David Mohun & Kristen Mohun |
| Mailing Address | Mailing:8405 Winningham Ln, Houston, TX 77055-7531 |
| Memo 1 | Payment explanation sent separately. |
| Memo 2 | |

**Payment Details**

| | |
|---|---|
| Gross Amount | $20,761.10 |
| Tax Reporting | Not reportable |

**Details**

| | |
|---|---|
| Check Number | 300401342 |
| Bank Account | Chase |
| Invoice Number | |
| Bulk Invoice | |
| Claimant | David Mohun |
| Comments | |
| Joint Payees | |

| Payee | Type | Payee Tax ID |
|---|---|---|
| David Mohun | Insured | |
| Kristen Mohun | Covered Party | |

**Instructions**

| | |
|---|---|
| Recipient | David Mohun |
| Payment Method | Check |
| Check Delivery | Standard |

**Tracking**

| | |
|---|---|
| Status | Cleared |
| Issue Date | 08/14/2024 |
| Cleared Date | 10/02/2024 |

Claim: 1196371

When To Pay 08/14/2024
Created By Patrick Morales
Created On 08/14/2024
Approval History

| Date | User | Action | Issue | Rationale |
|---|---|---|---|---|
| 08/14/2024 12:51 PM | Eric Shepard | Approved | The total amount of payments to date for the claim exceeds $20,000.00.; | |

**Claim Payment Calculator**

| | |
|---|---|
| Replacement Cost Value (RCV) | - |
| Less Recoverable Depreciation | - |
| Less Non-Recoverable Depreciation | - |
| Actual Cash Value (ACV) | - |
| Less Deductible | - |
| Less Advance Payments | - |
| Payment Due | - |

Payments

| Scheduled Send Date | Amount | | Exposure | Risk Item | Coverage Type | Subtype | Cost Type | Cost Category | Status | Pmt Type | Transaction ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/14/2024 | $20,761.10 | | 1 | 1: Fa Dv 22 Isl Vi Dr | Cc A | St | Indemnity | ACV | Submitted | Partial | |

Documents Linked to Checks

## Latest Notes

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

| | |
|---|---|
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Action Plan |
| Linked Documents | |
| Text | ***RCC Transfer***<br><br>Appraisal preserved<br>RFI sent to Attorney 10/10/2024 |

| | |
|---|---|
| | File pends docs requested<br>RCC reserves set<br>Pending RCC |
| Security Type | Claims Center Only |
| | -Melissa Carl (11/04/2024 5:44 PM) |
| Topic | |
| Subtopic | Claims Examiner |
| Subject | Action Plan |
| Linked Documents | |
| Text | reviewed claim- pends requested info |
| Security Type | Claims Center Only |
| | -Melissa Carl (10/17/2024 5:29 PM) |
| Topic | |
| Subtopic | Claims Examiner |
| Subject | Action Plan |
| Linked Documents | |
| Text | RFI sent to Attorney<br><br>Pending- requested information |
| Security Type | Claims Center Only |
| | -Melissa Carl (10/10/2024 5:21 PM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Damages |
| Linked Documents | |
| Text | >>CLAIM INFORMATION<<<br>1196397<br>David Mohun<br>22306 Isle View Dr, Galveston, TX 77554<br><br>>>Policy Details<<<br>Policy: TWIA Dwelling<br>Endorsements: 220,321,331,365,802<br>Coverage A Limit: $ 427,000.00<br>Coverage A Deductible: $ 8,540.00 |

Coverage A Valuation is: Replacement Cost
Policy Period: 04/18/2024 - 04/18/2025
Date of Loss: 07/08/2024
FNOL Description: Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage.

>>Prior Claim Information<<
No prior claims found in claims center per the policy and address.

>>TIMELINE<<
07/08/24…Date of Loss
07/08/24…First Notice of Loss
08/14/24…Date Disposition Issued
09/30/24…Date Dispute Acknowledged (Abatement)
02/10/26…Last Day for Recoverable Depreciation

>>PARTIES INVOLVED<<
Insured's Attorney: Shaun W. Hodge
Insured's Attorney Firm: Hodge Law Firm, PLLC
Insured's Attorney Estimate: $ TBD

>>TWIA Disposition<<
Full Acceptance
Accepted:
• Damage to the siding
• Damage to the window screens and wraps
• Damage to the soffit and fascia
• Damage to the game room
Denied: nothing

Observed But Not Claimed: none

>>Current Loss Adjustment<<
Dwelling:
Replacement Cost Value……………..……… $ 31,012.95
Less Recoverable Depreciation…………… $ 1,711.85
Actual Cash Value……………………………… $ 29,301.10
Less Deductible………………………………….. $ 8,540.00
NET……………………………………………………… $20,761.10

>>CLAIM EXAMINER EVALUATION <<

TWIA 001897



| | |
|---|---|
| | Dispute timely<br>The dispute is unknown. Attorney did not provide any dispute documents<br>My current plan to resolve this file is to preserve appraisal and request attorney dispute docs for review.<br><br>>>ABATEMENT INFORMATION<<<br>Sending no named Appraiser letter as Attorney sent notice of invocation of the appraisal process<br>Sending RFI requesting:<br>4) documentation estimate/photos/expert documentation from attorney<br><br>Upon receipt of requested information, will review to determine possible resolution through a supplement or appraisal. |
| Security Type | Claims Center Only |
| | -Melissa Carl (10/03/2024 2:51 PM) |
| Topic | |
| Subtopic | Claims Examiner |
| Subject | Damages |
| Linked Documents | |
| Text | Received & reviewed Attorney LOR, Sent ACK of LOR to insured. Sent Disposition letter, estimate & Ack of LOR to Attorney.<br>Requested CCOP<br><br>Updated risk indicators and parties involved |
| Security Type | Claims Center Only |
| | -Melissa Carl (10/01/2024 3:47 PM) |
| Topic | Contact |
| Subtopic | Support |
| Subject | Action Plan |
| Linked Documents | |
| Text | Rec'd ATTY LOR (and RFI) from Hodge Law Firm, PLLC.<br>CE to update risk indicators and parties involved.<br>CE to acknowledge LOR and send appropriate docs.<br><br>TWIA policy with 7/8/24 DOL and AC valuation<br><br>Disposition was full acceptance.<br><br>Accepted:<br>- Wind damage to the siding<br>- Wind damage to the window screens and wraps<br>- Wind damage to the soffit and fascia |

| | |
|---|---|
| | - Damage to the game room<br><br>CE to review. |
| Security Type | Claims Center Only |
| | -Demetrius Gardner (09/30/2024 6:01 PM) |
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Claim file reviewed no new documents to review or updates |
| Security Type | Claims Center Only |
| | -Keishandra Perry (09/16/2024 6:05 AM) |
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Disposition |
| Linked Documents | |
| Text | TWIA 545 TEMPLATE FOR RCV POLICIES (deadline starts from date disposition letter was distributed). There may be different deadlines as personal property disposition letter may have a different date.<br><br>If there is a letter for personal property, then a separate RCV Review Note should be entered.<br><br>RCV Review Notes<br><br>Date of Loss 7/8/2024<br><br>Date Reported 7/8/2024<br><br>Date of Acceptance Cov A/Cov B 8/14/2024 emailed/mailed<br><br>60th Day Post Disposition 9/28/2024 545 Letter<br><br>90th Day Prior to 545 Expiration 11/12/2025 545 Reminder Letter<br><br>30th Day Prior to 545 Expiration 1/11/2026 Call / Final Disposition Letter<br><br>545 End Date 2/10/2026<br><br>Services completed yes |

| | |
|---|---|
| | Fee bill issued accurately: yes<br><br>Payments issued accurately: yes<br><br>Reviewed documents in file: yes<br><br>Unnecessary exposures closed:yes<br><br>Damages Accepted: (Review disposition letter for details)<br><br>Interior<br><br>Elevations |
| Security Type | Claims Center Only<br>-Kevin Goff (09/09/2024 12:24 PM) |
| Topic | Contact |
| Subtopic | Call Center |
| Subject | Investigation |
| Linked Documents | |
| Text | Spoke to the insured and went over supplement process. |
| Security Type | Claims Center Only<br>-Darrell Toft (08/26/2024 3:46 PM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Status Report |
| Linked Documents | |
| Text | RCC $1,711.85 |
| Security Type | Claims Center Only<br>-Patrick Morales (08/16/2024 1:32 PM) |
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Disposition |
| Linked Documents | |

| | |
|---|---|
| Text | Received and reviewed the Field Adjuster Report and estimate. After review I approved the estimate as submitted and agree with the recommendations.<br><br>Called David Mohun at 832-212-6944 and left a detailed message advising of FA report. Requested return call to discuss damages and estimate.<br><br>A copy of the field adjuster estimate, and disposition letter were e-mailed to the policyholder and were sent to the agent via the portals Claims Center.<br><br>Plan of Action: RCC Available |
| Security Type | Claims Center Only |
| | -Patrick Morales (08/16/2024 1:30 PM) |
| Topic | Claim Review |
| Subtopic | Manager |
| Subject | Action Plan |
| Linked Documents | |
| Text | TL review<br><br>Pending<br>CE complete handling of claim |
| Security Type | Claims Center Only |
| | -Eric Shepard (08/16/2024 1:23 PM) |
| Topic | Claim Review |
| Subtopic | Manager |
| Subject | Action Plan |
| Linked Documents | |
| Text | TL review authority approved. |
| Security Type | Claims Center Only |
| | -Eric Shepard (08/14/2024 12:51 PM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Status Report |
| Linked Documents | |
| Text | Requesting payments and sending to TL for auth |

| | |
|---|---|
| | TEXAS WIND/TEXAS FAIR PLAN - PAYMENT AUTHORITY REQUEST BREAKDOWN:<br><br>Coverage A Dwelling : $22,472.95 |
| Security Type | Claims Center Only |
| | -Patrick Morales (08/14/2024 11:30 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Based on information gathered, the cause of loss is: wind<br>Applicable Endorsement(s):<br>TWIA-220<br>Automatic Adjusted Building Cost Endorsement<br>TWIA-321<br>Extension of Coverage - Wind Driven Rain<br>TWIA-331<br>Extension of Coverage - Consequential Loss<br>TWIA-365<br>Conversion to Replacement Cost Coverage B (Personal Property)<br>TWIA-802<br>Replacement Cost Coverage A (Dwelling)<br><br>Endorsement(s) applied correctly? Yes<br>Weather data supports DOL/Damages? Yes<br>Policy in force for correct DOL? Yes<br>Ownership/CAD issues reviewed? Yes<br><br>Reviewed IA report<br>Accepting Cause of Loss based on the following: wind is a covered peril |
| Security Type | Claims Center Only |
| | -Patrick Morales (08/14/2024 11:15 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Damages |
| Linked Documents | |
| Text | Damage Reported on FNOL: Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage.<br>Plus additional damage pointed out by Insured/contractor during IA Inspection: None |

Damage observed but not claimed by insured/contractor: None

Is this the Primary Dwelling? No
Is the Dwelling uninhabitable? N/A
ALE Summary: N/A

Inspection Results
Roof: No damage consistent with wind

Exterior:
Front elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged and missing window screens caused by high winds. Wind damage to fascia, soffits, and window wraps.
Right elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged window screens caused by high winds. Wind damage to fascia,
Rear elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged a window screens caused by high winds. Interior damage consistent with wind damage to siding and exposed felt.
Left elevation: Wind damage to siding caused by flying debris. Damaged window wrap caused by high winds.

Interior: Game room: Water damage to wall and baseboard caused by storm created opening on siding.

Attic: No damage

Other Structures: N/A

Personal Property: None

Summary for Dwelling
Total: 31,012.95
Dep: 1,711.85
ACV/RCV: 29,301.10
Ded: 8,540.00
Net: 20,761.10
Net + Dep: 22,472.95

O&P included? Allowed due to complexity of repairs
RCC/Depreciation Recoverable? Yes Paid? Holdback
Any Subro/Salvage issues? N/A. Weather Event

Payment of $20,761.10 to be discussed with insured and issued to David Mohun and Kristen Mohun.
Invoice amount appropriate for current fee schedule? Yes

| | |
|---|---|
| Security Type | Claims Center Only |
| | -Patrick Morales (08/14/2024 11:13 AM) |

Claim: 1196371

| | |
|---|---|
| Topic | Inbound |
| Subtopic | XactAnalysis |
| Linked Documents | |
| Text | XactAnalysis QA Approved to:David DeVilbiss |
| Security Type | Claims Center Only |
| | -Super User (08/12/2024 9:18 AM) |

| | |
|---|---|
| Topic | Inbound |
| Subtopic | Portal |
| Subject | Other |
| Linked Documents | |
| Text | Created by: dmohun<br><br>I believe Lee was able to make it out to the house for a survey. I haven't heard anything back. Need to check on where we are in the process |
| Security Type | Portal Public<br>-Portal User (08/07/2024 9:09 AM) |
| Topic | Contact |
| Subtopic | |
| Subject | |
| Linked Documents | |
| Text | XactAnalysis Independent Adjuster Inspected the site |
| Security Type | Claims Center Only<br>-Super User (08/01/2024 11:28 PM) |
| Topic | Contact |
| Subtopic | |
| Subject | |
| Linked Documents | |
| Text | Independent Adjuster contacted the customer |
| Security Type | Claims Center Only<br>-Super User (08/01/2024 11:28 PM) |
| Topic | Inbound |
| Subtopic | XactAnalysis |
| Linked Documents | |
| Text | XactAnalysis adjuster has been assigned Lee Olivares |
| Security Type | Claims Center Only<br>-Super User (07/17/2024 6:59 PM) |
| Topic | Contact |
| Subtopic | Claims Examiner |

| | |
|---|---|
| Subject | Investigation |
| Linked Documents | |
| Text | ***FIRST NOTICE OF LOSS REVIEW***<br><br>Reviewed FNOL: Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage.<br><br>More than one year between DOL and FNOL? No<br><br>***CAD CONFIRMATION***<br><br>Policyholder listed as owner in CAD: confirmed ph is owner<br><br>WPI-8s: yes 03/03/2016 re-roof<br><br>Endorsements: 220, 321, 331, 365, 802<br><br>Condo Policy? No<br><br>*** PRIOR CLAIM REVIEW***<br><br>no relevant priors<br><br>***ACTION PLAN ***<br>-Monitor for XA docs from IA, follow up in 7 days if not received<br>-Review XA docs when received<br>-Prepare settlement/denial<br>-Process expense payment(s)<br>-Close or set for RCC Pending |
| Security Type | Claims Center Only |
| | -Patrick Morales (07/13/2024 11:55 AM) |
| Topic | Contact |
| Subtopic | |
| Subject | |
| Linked Documents | |
| Text | Independent Adjuster contacted the customer |
| Security Type | Claims Center Only |
| | -Super User (07/10/2024 6:35 PM) |

| | |
|---|---|
| Topic | Inbound |
| Subtopic | XactAnalysis |
| Linked Documents | |
| Text | XactAnalysis adjuster has been assigned Korylee Horstmeyer |
| Security Type | Claims Center Only |
| | -Super User (07/09/2024 2:57 PM) |

# Documents

| | Name | Description | Document Type | Security Type | Status | Author | Date Modified | Hidden |
|---|---|---|---|---|---|---|---|---|
| | Attorney NOIS, Clm. # 1196371, David Mohun | Attorney NOIS, Clm. # 1196371, David Mohun | Email | Claims Center Only | Final | claims@twia.org | 07/09/202 9:23 AM | |
| | FW: Notices of Intent to File Legal Action, Claim Number, 1196371 | FW: Notices of Intent to File Legal Action, Claim Number, 1196371 | Email | Claims Center Only | Final | claims@twia.org | 07/08/202 5:09 PM | |
| | Attorney LOR (2nd Copy), Clm. # 1196371, Mohun | Attorney LOR (2nd Copy), Clm. # 1196371, Mohun | Email | Claims Center Only | Final | claims@twia.org | 07/08/202 5:07 PM | |
| | FW: Letters of Representation, Claim Numbers , 1196371 | FW: Letters of Representation, Claim Numbers , 1196371 | Email | Claims Center Only | Final | claims@twia.org | 07/08/202 4:07 PM | |
| | 1196371 RFI to Attorney | shodge@hodgefirm.com | Email | Portal Public | Final | Melissa Carl | 10/10/202 5:21 PM | |
| | Request for Information 1196371 | Request for Information 1196371 | Claim-General | Portal Public | Final | Melissa Carl | 10/10/202 5:18 PM | |
| | No named Appraiser letter | shodge@hodgefirm.com | Email | Portal Public | Final | Melissa Carl | 10/03/202 2:57 PM | |
| | 1196371 Appraisal Acknowledgement - No Named Appraiser | 1196371 Appraisal Acknowledgement - No Named Appraiser | Claim-General | Portal Public | Final | Melissa Carl | 10/03/202 2:55 PM | |
| | CCOP to Attny | shodge@hodgefirm.com | Email | Portal Public | Final | Melissa Carl | 10/02/202 9:08 AM | |
| | Certified Policy David Mohun TWRD0000713215 | Certified Policy David Mohun TWRD0000713215 | Claim-General | Claims Center Only | Final | Melissa Carl | 10/02/202 9:07 AM | |
| | RE: Your Claim 1196371 Has Been Updated | Attorney reply received | Email | Claims Center Only | Final | claims@twia.org | 10/01/202 4:12 PM | |
| | Your Claim 1196371 Has Been Updated | Your Claim 1196371 Has Been Updated | Email | Claims Center Only | Final | claims@twia.org | 10/01/202 4:10 PM | |

Claim: 1196371

| | Name | Description | Document Type | Security Type | Status | Author | Date Modified | Hidden |
|---|---|---|---|---|---|---|---|---|
| | Ack LOR package to Attorney | Sent to shodge@hodgefirm.com | Claim-General | Portal Public | Final | Melissa Carl | 10/01/202 3:47 PM | |
| | Ack of Attny LOR 1196371 | Ack of Attny LOR 1196371 | Claim-General | Portal Public | Final | Melissa Carl | 10/01/202 3:34 PM | |
| | FW: TWIA Claim 1196371 | FW: TWIA Claim 1196371 | Email | Claims Center Only | Final | claims@twia.org | 09/30/202 4:06 PM | |
| | Attorney LOR & Appraisal Request, Clm. # 1196371, David Mohun | Attorney LOR & Appraisal Request, Clm. # 1196371, David Mohun | Email | Claims Center Only | Final | claims@twia.org | 09/30/202 4:05 PM | |
| | Your Claim 1196371 Has Been Updated | Your Claim 1196371 Has Been Updated | Email | Claims Center Only | Final | claims@twia.org | 08/16/202 2:25 PM | |
| | Your Claim 1196371 Has Been Updated | Your Claim 1196371 Has Been Updated | Email | Claims Center Only | Final | claims@twia.org | 08/16/202 2:16 PM | |
| | Letterhead Blank Document | Sent to Thebestbayhouse@gmail.com | Claim-General | Portal Public | Final | Patrick Morales | 08/16/202 1:30 PM | |
| | 1196371 Mohun Full w Pay RCC Holdback | 1196371 Mohun Full w Pay RCC Holdback | Claim-General | Claims Center Only | Final | Patrick Morales | 08/14/202 11:30 AM | |
| | WPI-8 Flyer | WPI-8 Flyer | Claim-General | Claims Center Only | Final | Patrick Morales | 08/14/202 11:30 AM | |
| | 1196371_20240812_09_18_32_417_-1 | LOSS RECAP Report | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |
| | 1196371_20240812_09_18_31_241_-1 | ESTIMATE AUDIT REPORT | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |
| | 1196371_20240812_09_18_29_959_-1 | Estimate Audit Summary Report | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |
| | 1196371_20240812_09_18_26_956_-1 | PHOTO REPORT | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |
| | 1196371_20240812_09_18_26_050_-1 | GENERAL LOSS REPORT | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |
| | 1196371_20240812_09_18_25_285_-1 | IA INVOICE | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |

| | Name | Description | Document Type | Security Type | Status | Author | Date Modified | Hidden |
|---|---|---|---|---|---|---|---|---|
| | 1196371_20240812_09_18_24_625_-1 | ACTIVITY REPORT | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |
| | 1196371_20240812_09_18_23_827_-1 | 60071629 | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |
| | 1196371_20240812_09_18_23_249_-1 | VARIATION REPORT | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |
| | 1196371_20240812_09_18_22_467_-1 | hover_pro_measurements_13126373 | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |
| | 1196371_20240812_09_18_21_841_-1 | Wind History Report | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |
| | 1196371_20240812_09_18_21_435_-1 | Wind Date of Loss Report | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |
| | 1196371_20240812_09_18_20_982_-1 | DEPRECIATION SUMMARY Report | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |
| | 1196371_20240812_09_18_20_607_-1 | 22306 Isle View Drive, Galveston TX (Job 13126373) is ready! - roofbypros@gmail.com - Gmail | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |
| | 1196371_20240812_09_18_20_231_-1 | Hurricane Wind Report | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |
| | 1196371_20240812_09_18_19_568_-1 | Final Draft with/without Removal Depreciation Report | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/12/202 9:18 AM | |
| | Your Claim 1196371 Has Been Updated | Your Claim 1196371 Has Been Updated | Email | Claims Center Only | Final | claims@twia.org | 07/09/202 7:05 AM | |
| | Receipt of Claim | Sent to Thebestbayhouse@gmail.com | Claim-General | Portal Public | Final | System User | 07/08/202 10:25 PM | |
| | ISOMatchReport-2024-07-08-21-28-05. | ISOMatchReport-2024-07-08-21-28-05. | ISO match report | Claims Center Only | Final | | 07/08/202 9:28 PM | |

## Snapshot: Loss Details

| | |
|---|---|
| General Loss Description | Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage. |
| Date of Loss | 07/08/2024 12:01 AM |
| Loss Cause | Wind |

**Notification and Contact**

| | |
|---|---|
| Reported By | David Mohun |
| Main Contact | David Mohun |
| Relationship to Insured | Self |
| Date Reported | 07/08/2024 |
| First Notice Suit? | |
| Through what method is the claim being reported? | Policyholder |
| Coverage in Question? | |

**Damage Type**

Wind/Hail

**Loss Location**

| | |
|---|---|
| Loss Location | 22306 Isle View Dr, Galveston, TX 77554 |
| Catastrophe | |

**Occupancy at Time of Loss:**

| | |
|---|---|
| Was the Loss Location Rented or Leased? | No |
| Was the Loss Location Vacant or Unoccupied? | No |
| List Full Names of All Occupants | |

## Wind/Hail

| | |
|---|---|
| **Exterior Damage** | **Yes** |
| **Interior Damage** | **No** |
| **Personal Property Damage** | **No** |

**Has This Damage Made Your Home Unlivable?** **No**

**Are emergency services requested?** **No**

## Additional Information

**Witnesses**

**Official Reports**

## Snapshot: Parties Involved

| Name | Roles | Contact Prohibited? | Phone | Address | City | State | ZIP Code |
|---|---|---|---|---|---|---|---|
| David Mohun | Insured, Main Contact, Reporter | No | 8322126944 | 8405 Winningham Ln | Houston | Texas | 77055-7531 |
| Kristen Mohun | Covered Party | No | 8007888247 | 8405 Winningham Ln | Houston | Texas | 77055-7531 |
| Steven W Boessling | Agent | No | 7133957773 | 8955 Katy Frwy Ste 201 | Houston | Texas | 77024 |

# Snapshot: Policy

## General

**Basic Information**

| | |
|---|---|
| Policy Number | TWRD0000713215 |
| Type | Dwelling and Personal Property |
| Effective Date | 04/18/2024 12:01 AM |
| Expiration Date | 04/18/2025 12:01 AM |
| Cancellation Date | |
| Status | In force |

**Insured**

| | |
|---|---|
| Name | David Mohun |
| Address | 8405 Winningham Ln, Houston, TX 77055-7531 |

**Additional Insured**

| # | Name | Type |
|---|---|---|
| 1 | Kristen Mohun | |

**Agent**

| | |
|---|---|
| Name | Steven W Boessling |
| Producer Code | 1027091W001 |

**Other**

| | |
|---|---|
| Notes | |

# Policy-level Coverages

TWIA 001912

Claim: 1196371

# Coverage Terms

### Locations

| Location Number | Location Description | Address | Lienholders | Has Listed Item(s) |
|---|---|---|---|---|
| 1 | | 22306 Isle View Dr, Galveston, TX 77554 | | No |

### Endorsements

| # | Description | Effective Date | Expiration Date | Comments | Risk Item(s) |
|---|---|---|---|---|---|
| TWDP | TWIA Dwelling Policy | 04/18/2024 12:01 AM | 04/18/2025 12:01 AM | | |
| TWIA-220 | Automatic Adjusted Building Cost Endorsement | 04/18/2024 12:01 AM | 04/18/2025 12:01 AM | | |
| TWIA-321 | Extension of Coverage - Wind Driven Rain | 04/18/2024 12:01 AM | 04/18/2025 12:01 AM | | |
| TWIA-331 | Extension of Coverage - Consequential Loss | 04/18/2024 12:01 AM | 04/18/2025 12:01 AM | | |
| TWIA-365 | Conversion to Replacement Cost Coverage B (Personal Property) | 04/18/2024 12:01 AM | 04/18/2025 12:01 AM | | |
| TWIA-802 | Replacement Cost Coverage A (Dwelling) | 04/18/2024 12:01 AM | 04/18/2025 12:01 AM | | |

# Snapshot: Exposures

# Snapshot: Notes



TWIA_MOHUN_CLAIM FILE_000081

## Snapshot: Documents

## Snapshot: Additional Fields

## History

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | [redacted] | [redacted] | [redacted] | |

Claim: 1196371

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| Viewed | Entire claim | Fatima Skalski | 06/24/2025 9:38 AM | | |
| Data change | Entire claim | System User | 06/06/2025 11:27 AM | 'Leading Edge Claims Service' contact has been updated by 'System User' : [VendorAvailabilityExt] | |
| Data change | Entire claim | System User | 06/06/2025 11:25 AM | 'Leading Edge Claims Service' contact has been updated by 'System User' : [VendorAvailabilityExt] | |
| Data change | Entire claim | System User | 06/06/2025 11:23 AM | 'Leading Edge Claims Service' contact has been updated by 'System User' : [SpecialistServicesExt, VendorAvailabilityExt] | |

Claim: 1196371

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Data change | Entire claim | System User | 05/02/2025 3:51 PM | 'Leading Edge Claims Service' contact has been updated by 'System User' : [VendorAvailabilityExt][GeocodeStatus] | |
| Viewed | Entire claim | Gilbert Garcia | 11/08/2024 11:26 AM | | |
| | Entire claim | Melissa Carl | 11/04/2024 5:46 PM | TWIA Claim Rep Sent to XA Leading Edge Claims Service | |
| Assigned | Entire claim | Melissa Carl | 11/04/2024 5:46 PM | Assigned to user Gilbert Garcia in group RCC - Res-3 High Complexity (TWIA) | |
| Assigned | (1) - Structure - David Mohun | Melissa Carl | 11/04/2024 5:46 PM | Assigned to user Gilbert Garcia in group RCC - Res-3 High Complexity (TWIA) | |
| Viewed | Entire claim | Melissa Carl | 11/04/2024 5:41 PM | | |
| Viewed | Entire claim | Melissa Carl | 10/30/2024 9:26 AM | | |
| Viewed | Entire claim | Melissa Carl | 10/25/2024 5:04 PM | | |
| Viewed | Entire claim | Melissa Carl | 10/24/2024 12:45 PM | | |
| Reserves Created | 1:Single Family Dwelling 22306 Isle View Dr | Melissa Carl | 10/17/2024 5:42 PM | New Reserves created for: Expense - A&O, ADR, 5500.00 usd | |
| Activity due date changed | Entire claim | Melissa Carl | 10/17/2024 5:29 PM | Activity [MC- pends requested info] target date changed from 10/17/2024 to 10/24/2024 | |
| Viewed | Entire claim | Melissa Carl | 10/17/2024 8:14 AM | | |
| Viewed | Entire claim | Melissa Carl | 10/10/2024 5:04 PM | | |
| Viewed | Entire claim | Melissa Carl | 10/07/2024 2:37 PM | | |
| Viewed | Entire claim | Jolena Stephens | 10/04/2024 4:28 PM | | |
| Viewed | Entire claim | Melissa Carl | 10/03/2024 2:50 PM | | |

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Check Edited | 1:Single Family Dwelling 22306 Isle View Dr | Super User | 10/03/2024 8:45 AM | Check request for : Indemnity, ACV, 20761.10 usd was edited [Status, ClearedTimeExt] ( Scheduled Send Date: 2024-08-14, Gross: 20761.10 usd, PayTo: David Mohun & Kristen Mohun) | |
| Check Cleared | Entire claim | ClaimCenter | 10/03/2024 8:45 AM | Check number 300401342 dated 10/03/2024 08:45:30 Central Daylight Time cleared by bank on 10/03/2024 08:45:30 Central Daylight Time. Integration RecordID:609225 | |
| Viewed | Entire claim | Tracy Wilson | 10/03/2024 5:47 AM | | |
| Viewed | Entire claim | Miracle Lopez | 10/02/2024 4:57 PM | | |

Claim: 1196371

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Viewed | Entire claim | Jolena Stephens | 10/02/2024 2:23 PM | | |
| Viewed | Entire claim | Melissa Carl | 10/02/2024 9:06 AM | | |
| Data change | Entire claim | Melissa Carl | 10/01/2024 4:30 PM | Document description changed from "RE: Your Claim 1196371 Has Been Updated" to "Attorney reply received" | |
| Viewed | Entire claim | Tammy Jones | 10/01/2024 3:51 PM | | |
| Viewed | Entire claim | Shamika Bratchett | 10/01/2024 3:44 PM | | |
| Data change | Entire claim | Melissa Carl | 10/01/2024 3:30 PM | New Contact 'Shaun W. Hodge' has been added by : Melissa Carl | |
| Data change | Entire claim | Melissa Carl | 10/01/2024 3:28 PM | New Contact 'Hodge Law Firm, PLLC' has been added by : Melissa Carl | |
| Viewed | Entire claim | Melissa Carl | 10/01/2024 6:46 AM | | |
| | Entire claim | Demetrius Gardner | 09/30/2024 6:03 PM | TWIA Claim Rep Sent to XA Leading Edge Claims Service | |
| Assigned | (1) - Structure - David Mohun | Demetrius Gardner | 09/30/2024 6:03 PM | Assigned to user Melissa Carl in group Residential ADR 2 | |
| Assigned | Entire claim | Demetrius Gardner | 09/30/2024 6:03 PM | Assigned to user Melissa Carl in group Residential ADR 2 | |
| Viewed | Entire claim | Demetrius Gardner | 09/30/2024 5:57 PM | | |
| Viewed | Entire claim | Jolena Stephens | 09/30/2024 3:21 PM | | |
| Viewed | Entire claim | Peggy Burke | 09/28/2024 10:19 AM | | |
| Viewed | Entire claim | Keishandra Perry | 09/27/2024 6:58 PM | | |
| Viewed | Entire claim | Miracle Lopez | 09/26/2024 4:34 PM | | |

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Viewed | Entire claim | Keishandra Perry | 09/23/2024 10:36 AM | | |
| | Entire claim | Peggy Burke | 09/19/2024 8:53 AM | TWIA Claim Rep Sent to XA Leading Edge Claims Service | |
| Assigned | Entire claim | Peggy Burke | 09/19/2024 8:52 AM | Assigned to user Keishandra Perry in group TW CET Pilot - Peggy Burke | |
| Assigned | (1) - Structure - David Mohun | Peggy Burke | 09/19/2024 8:52 AM | Assigned to user Keishandra Perry in group TW CET Pilot - Peggy Burke | |

Claim: 1196371

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Viewed | Entire claim | Peggy Burke | 09/19/2024 8:51 AM | | |
| | Entire claim | Eric Shepard | 09/17/2024 4:27 PM | TWIA Claim Rep Sent to XA Leading Edge Claims Service | |
| Assigned | (1) - Structure - David Mohun | Eric Shepard | 09/17/2024 4:27 PM | Assigned to user Peggy Burke in group TW CET Pilot - Peggy Burke | |
| Assigned | Entire claim | Eric Shepard | 09/17/2024 4:27 PM | Assigned to user Peggy Burke in group TW CET Pilot - Peggy Burke | |
| Viewed | Entire claim | Eric Shepard | 09/17/2024 4:27 PM | | |
| Viewed | Entire claim | Keishandra Perry | 09/16/2024 6:04 AM | | |
| Viewed | Entire claim | Keishandra Perry | 09/15/2024 5:16 PM | | |
| Viewed | Entire claim | Kevin Goff | 09/10/2024 12:55 PM | | |
| Viewed | Entire claim | Kevin Goff | 09/09/2024 11:53 AM | | |
| | Entire claim | Eric Shepard | 09/07/2024 3:46 PM | TWIA Claim Rep Sent to XA Leading Edge Claims Service | |
| Assigned | (1) - Structure - David Mohun | Eric Shepard | 09/07/2024 3:45 PM | Assigned to user Keishandra Perry in group TW CET Pilot - Joseph Kwarteng | |
| Assigned | Entire claim | Eric Shepard | 09/07/2024 3:45 PM | Assigned to user Keishandra Perry in group TW CET Pilot - Joseph Kwarteng | |
| Check Edited | 1:Single Family Dwelling 22306 Isle View Dr | Super User | 08/29/2024 8:46 AM | Check request for : Expense - A&O, Field Adjusting Service, 1667.04 usd was edited [Status, ClearedTimeExt] ( Scheduled Send Date: 2024-08-14, Gross: 1667.04 usd, PayTo: Leading Edge Claims Service) | |
| Check Cleared | Entire claim | ClaimCenter | 08/29/2024 8:46 AM | Check number 300401287 dated 08/29/2024 08:46:13 Central Daylight Time cleared by bank on 08/29/2024 08:46:13 Central Daylight Time. Integration RecordID:609161 | |
| Viewed | Entire claim | Darrell Toft | 08/26/2024 3:14 PM | | |

Claim: 1196371

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Viewed | Entire claim | Raul Perez | 08/22/2024 3:16 PM | | |
| Viewed | Entire claim | Patrick Morales | 08/16/2024 1:27 PM | | |
| Viewed | Entire claim | Eric Shepard | 08/16/2024 1:23 PM | | |
| Flagged | Entire claim | System User | 08/16/2024 1:00 PM | Additional flagged reason: Overdue urgent priority activity: Payment request approved | |
| Check Edited | 1:Single Family Dwelling 22306 Isle View Dr | Super User | 08/14/2024 6:01 PM | Check request for : Indemnity, ACV, 20761.10 usd was edited [Status, IssueDate, CheckNumber] ( Scheduled Send Date: 2024-08-14, Gross: 20761.10 usd, PayTo: David Mohun & Kristen Mohun) | |

Claim: 1196371

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Check Issued | Entire claim | ClaimCenter | 08/14/2024 6:01 PM | Check number 300401342 issued on 08/14/2024 06:01:45 Central Daylight Time. Integration RecordID:609225 | |
| Check Edited | 1:Single Family Dwelling 22306 Isle View Dr | Super User | 08/14/2024 6:00 PM | Check request for : Expense - A&O, Field Adjusting Service, 1667.04 usd was edited [Status, IssueDate, CheckNumber] ( Scheduled Send Date: 2024-08-14, Gross: 1667.04 usd, PayTo: Leading Edge Claims Service) | |
| Check Issued | Entire claim | ClaimCenter | 08/14/2024 6:00 PM | Check number 300401287 issued on 08/14/2024 06:00:53 Central Daylight Time. Integration RecordID:609161 | |
| Check Edited | 1:Single Family Dwelling 22306 Isle View Dr | System User | 08/14/2024 5:02 PM | Check request for : Indemnity, ACV, 20761.10 usd was edited [Status] ( Scheduled Send Date: 2024-08-14, Gross: 20761.10 usd, PayTo: David Mohun & Kristen Mohun) | |
| Check Edited | 1:Single Family Dwelling 22306 Isle View Dr | System User | 08/14/2024 5:02 PM | Check request for : Expense - A&O, Field Adjusting Service, 1667.04 usd was edited [Status] ( Scheduled Send Date: 2024-08-14, Gross: 1667.04 usd, PayTo: Leading Edge Claims Service) | |
| Approval or Rejection | Entire claim | Eric Shepard | 08/14/2024 12:51 PM | $20,761.10 CheckSet approved | Details |
| Check Edited | 1:Single Family Dwelling 22306 Isle View Dr | Eric Shepard | 08/14/2024 12:51 PM | Check request for : Indemnity, ACV, 20761.10 usd was edited [Status] ( Scheduled Send Date: 2024-08-14, Gross: 20761.10 usd, PayTo: David Mohun & Kristen Mohun) | |
| Viewed | Entire claim | Eric Shepard | 08/14/2024 12:47 PM | | |
| New check created | 1:Single Family Dwelling 22306 Isle View Dr | Patrick Morales | 08/14/2024 11:34 AM | New Check Requested for: Indemnity, ACV, 20761.10 usd ( Scheduled Send Date: 2024-08-14, Gross: 20761.10 usd, PayTo: David Mohun & Kristen Mohun) | |
| New check created | 1:Single Family Dwelling 22306 Isle View Dr | Patrick Morales | 08/14/2024 11:34 AM | New Check Requested for: Expense - A&O, Field Adjusting Service, 1667.04 usd ( Scheduled Send Date: 2024-08-14, Gross: 1667.04 usd, PayTo: Leading Edge Claims Service) | |
| Data change | Entire claim | Patrick Morales | 08/14/2024 11:33 AM | 'Leading Edge Claims Service' contact has been updated by 'Patrick Morales' : [PostalCode, County, AddressType, AddressLine1, City] | |
| Reserves Changed | 1:Single Family Dwelling 22306 Isle View Dr | Patrick Morales | 08/14/2024 11:33 AM | Reserves changed on: Expense - A&O, Field Adjusting Service, 667.04 usd | |
| Reserves Changed | 1:Single Family Dwelling 22306 Isle View Dr | Patrick Morales | 08/14/2024 11:33 AM | Reserves changed on: Indemnity, ACV, 13161.10 usd | |

Claim: 1196371

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Reserves Created | 1:Single Family Dwelling 22306 Isle View Dr | Patrick Morales | 08/14/2024 11:33 AM | New Reserves created for: Indemnity, RCC, 1711.85 usd | |
| Viewed | Entire claim | Patrick Morales | 08/14/2024 10:50 AM | | |
| Assigned | Entire claim | Super User | 08/12/2024 9:18 AM | XactAnalysis QA Approved to 22306 Isle View Dr, Galveston, TX 77554 | |
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_32_417_-1261641016 | |
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_31_241_-1261641015 | |
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_29_959_-1261641014 | |
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_26_956_-1261641013 | |

TWIA 001923

Claim: 1196371

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_26_050_-1261641012 | |
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_25_285_-1261641011 | |
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_24_625_-1261641010 | |
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_23_827_-1261641009 | |
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_23_249_-1261641008 | |
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_22_467_-1261641007 | |
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_21_841_-1261641006 | |
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_21_435_-1261641005 | |
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_20_982_-1261641004 | |
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_20_607_-1261641003 | |
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_20_231_-1261641002 | |
| Imported | Entire claim | Super User | 08/12/2024 9:18 AM | Document Received from XA 1196371_20240812_09_18_19_568_-1261641001 | |
| Viewed | Entire claim | Patrick Morales | 08/11/2024 11:32 AM | | |
| Viewed | Entire claim | Super User | 08/01/2024 11:28 PM | XactAnalysis Independent Adjuster Inspected the site | |
| Viewed | Entire claim | Super User | 08/01/2024 11:28 PM | XactAnalysis Independent Adjuster contacted the customer | |
| Assigned | Entire claim | Super User | 07/17/2024 6:59 PM | Independent Adjuster has reassigned to 22306 Isle View Dr, Galveston, TX 77554 | |

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Data change | Entire claim | Super User | 07/17/2024 6:59 PM | New Contact 'Lee Olivares' has been added by : Super User | |
| Viewed | Entire claim | Patrick Morales | 07/14/2024 9:54 AM | | |
| Viewed | Entire claim | Patrick Morales | 07/13/2024 11:28 AM | | |
| Flagged | Entire claim | System User | 07/11/2024 5:31 PM | Flag set: Overdue urgent priority activity: New Claim - Review and Triage Needed | |

Claim: 1196371

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Assigned | Entire claim | David Harkin | 07/10/2024 8:24 PM | Assigned to user Patrick Morales in group TW CET Pilot - Eric Shepard | |
| Assigned | (1) - Structure - David Mohun | David Harkin | 07/10/2024 8:24 PM | Assigned to user Patrick Morales in group TW CET Pilot - Eric Shepard | |
| Viewed | Entire claim | Super User | 07/10/2024 6:35 PM | XactAnalysis Independent Adjuster contacted the customer | |
| | Entire claim | Jamye Peper | 07/10/2024 8:11 AM | TWIA Claim Rep Sent to XA Leading Edge Claims Service | |
| Assigned | Entire claim | Jamye Peper | 07/10/2024 8:09 AM | Assigned to user Patrick Morales in group TWIA CAT (Beryl) | |
| Assigned | (1) - Structure - David Mohun | Jamye Peper | 07/10/2024 8:09 AM | Assigned to user Patrick Morales in group TWIA CAT (Beryl) | |
| Assigned | Entire claim | Super User | 07/09/2024 2:57 PM | Independent Adjuster assigned to 22306 Isle View Dr, Galveston, TX 77554 | |
| Data change | Entire claim | Super User | 07/09/2024 2:57 PM | New Contact 'Korylee Horstmeyer' has been added by : Super User | |
| | Entire claim | Portal User | 07/08/2024 9:28 PM | Assignment Request sent to Leading Edge for 22306 Isle View Dr, Galveston, TX 77554 | |
| Data change | Entire claim | Portal User | 07/08/2024 9:27 PM | New Contact 'Leading Edge Claims Service' has been added by : Portal User | |
| Guidewire catastrophe rules | Entire claim | Portal User | 07/08/2024 9:27 PM | The Catastrophe, "04 024 - Beryl 2024 - 07/07/2024 - 07/09/2024", was identified | |
| Data change | Entire claim | Portal User | 07/08/2024 9:27 PM | Date reported of 07/08/2024 9:17 PM changed to 07/08/2024 9:27 PM by Portal User | |
| Reserves Created | 1:Single Family Dwelling 22306 Isle View Dr | Portal User | 07/08/2024 9:27 PM | New Reserves created for: Indemnity, ACV, 7600.00 usd | |
| Reserves Created | 1:Single Family Dwelling 22306 Isle View Dr | Portal User | 07/08/2024 9:27 PM | New Reserves created for: Expense - A&O, Field Adjusting Service, 1000.00 usd | |
| Reserves Created | (1) - Structure - David Mohun | Portal User | 07/08/2024 9:27 PM | Set initial default reserves as required for financial reporting. Initial default reserves are determined actuarially from the historical average of the | |

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| | | | | expenditure on similar claims. Reserves for this claim will be adjusted as more detailed information is received and evaluated. | |
| Assigned | Entire claim | Portal User | 07/08/2024 9:27 PM | Assigned to user TWIA Catastrophe Team 1 in group TWIA CAT (Beryl) | |
| Assigned | (1) - Structure - David Mohun | Portal User | 07/08/2024 9:27 PM | Assigned to user TWIA Catastrophe Team 1 in group TWIA CAT (Beryl) | |
| Opened | Entire claim | Portal User | 07/08/2024 9:27 PM | New claim saved | |
| Opened | (1) - Structure - David Mohun | Portal User (via null) | 07/08/2024 9:27 PM | New exposure saved | |

Jordanne Brisby

---

| | |
|---|---|
| From: | Accounts Payable |
| Sent: | Monday, July 14, 2025 5:30 PM |
| To: | TWIA.Litigation; Accounts Payable |
| Subject: | RE: DOCUMENT REQUEST, Clm. # 1196371, David Mohun, Policy # TWRD0000713215 |
| Attachments: | 300401287.pdf; 300401342.pdf |

Hello,

All checks have cleared the bank. Please find the check images attached.

With thanks,
Ashley Laundry
Accounting Specialist | Accounting
Texas Windstorm Insurance Association
Texas FAIR Plan Association
alaundry@twia.org

---

From: TWIA.Litigation <TWIA.Litigation@TWIA.ORG>
Sent: Monday, July 14, 2025 3:18 PM
To: Accounts Payable <accountspayable@twia.org>
Cc: TWIA.Litigation <TWIA.Litigation@TWIA.ORG>
Subject: FW: DOCUMENT REQUEST, Clm. # 1196371, David Mohun, Policy # TWRD0000713215

Good afternoon,

Please provide copies of the following checks:

| Check Number | Pay To | Gross Amount | Issue Date | Scheduled Send Date | Status |
|---|---|---|---|---|---|
| 300401287 | Leading Edge Claims Service | $1,667.04 | 08/14/2024 | 08/14/2024 | Cleared |
| 300401342 | David Mohun & Kristen Mohun | $20,761.10 | 08/14/2024 | 08/14/2024 | Cleared |

Thank you,

Jordanne Brisby
Claims Coordinator | Claims
Texas Windstorm Insurance Association
Texas FAIR Plan Association

j.brisby@twia.org
Direct | 512-686-0350

TWIA | 800-788-8247
TFPA | 800-979-6440
Facebook | LinkedIn

---

From: TWIA.Litigation <TWIA.Litigation@TWIA.ORG>
Sent: Wednesday, July 9, 2025 9:56 AM
To: TWIA.Litigation <TWIA.Litigation@TWIA.ORG>
Cc: Vicki McDonald <v.mcdonald@TWIA.ORG>
Subject: DOCUMENT REQUEST, Clm. # 1196371, David Mohun, Policy # TWRD0000713215

Please provide a Complete copy of :

Claim File
U/W File
Certified Copy of the Policy
Copy of Cancelled Checks
Claim Notes

NOTE: Please make sure that each individual document is no larger than 50 MB.
Also, please put the claim number at the beginning of the document title.

Thank you.

Respectfully,

Jolena Stephens
Claims Administrative Specialist | Claims
Texas Windstorm Insurance Association
Texas FAIR Plan Association

jstephens@twia.org
Direct | 737-931-1822
TWIA | 800-788-8247
TFPA | 800-979-6440
Facebook | LinkedIn

Print

Check/Serial#:300401287 Account#:771822595 Amount: 1,667.04

PLEASE DETACH BEFORE DEPOSITING CHECK

TEXAS WINDSTORM INSURANCE ASSN
800-788-8247
P.O. BOX 99090
AUSTIN TX 78709-9090

CHECK NUMBER: 300401287

August 14, 2024

32-61
1110

PAY TO THE ORDER OF: LEADING EDGE CLAIMS SERVICE
360 S NOLEN DR STE 102
SOUTHLAKE TX 76092-9398

AMOUNT
$1,667.04

One Thousand Six Hundred Sixty-Seven And 04/100 Dollars

Payment explanation sent separately

POLICY NUMBER: TWR0000713215
CLAIM NUMBER: 1166371

JPMorgan Chase Bank NA, Dallas, TX

Authorized Signature

[redacted]

111301122< 20240827
First Financial Bank
Drawer#/Trans#: 11613/0012
RIN: 9005165500002265

20240827 BURCIAGO

PAY TO THE ORDER OF
FIRST FINANCIAL BANK, NA
FOR DEPOSIT ONLY
Leading Edge Claims Service
3011000434

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTIONAL USE*

Print

Check/Serial#:300401342 Account#:771822595 Amount: 20,761.10

PLEASE DETACH BEFORE DEPOSITING CHECK

TEXAS WINDSTORM INSURANCE ASSN
800-788-8247
P.O. BOX 99090
AUSTIN TX 78709-9090

CHECK NUMBER: 300401342

32-61
1110

August 14, 2024

PAY TO THE ORDER OF: DAVID MOHUN & KRISTEN MOHUN
8406 WINNINGHAM LN
HOUSTON TX 77055-7531

AMOUNT
$20,761.10

Twenty Thousand Seven Hundred Sixty-One And 10/100 Dollars

Payment explanation sent separately

POLICY NUMBER: TWRD0003713215
CLAIM NUMBER: 1190071

JPMorgan Chase Bank NA, Dallas, TX

Authorized Signature

[redacted]

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTIONAL USE*

MBM002 ... USCOMERICA.NET DepositChecking TRANCK

TEXAS WINDSTORM INSURANCE ASSOCIATION

Shaun W. Hodge

# Cover Letter

Date: October 1, 2024
Insured: David Mohun, Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371

Dear David Mohun, Kristen Mohun,

I am the claims examiner assigned to the file. Attached is a copy of our disposition letter, estimate, Acknowledgement LOR letter ,I have requested a certified copy of the policy and will send that to you once received.

David Mohun
C/O Hodge Law Firm, Pllc
1301 Market Street
Galveston, Texas 77550

Sent via email to: shodge@hodgefirm.com

**Acknowledgement of Letter of Representation**

Date: October 1, 2024
Insured: David Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location: 22306 Isle View Dr, Galveston, TX 77554

Dear Hodge Law Firm:

This will acknowledge receipt of your correspondence dated September 30,2024 advising of your representation of David Mohun on the above-referenced claim. The requested information is being assembled and will be forwarded to you upon completion.

It is our understanding that your client disagrees with TWIA's coverage determinations. We ask that you submit any documentation you may have related to your claim. Once this documentation is received, we will review it and determine if any changes to the claim determinations can be made. It may be possible that after reviewing these documents, we may request additional information from you on behalf of our mutual client, or that a reinspection of the insured location may be necessary. Should you have any questions in the interim, please do not hesitate to contact me directly at 512-686-0971

Sincerely,

Melissa Carl
Examiner | Claim Dept
Texas Windstorm Insurance Association
Direct | 512-686-0971
Email | claims@twia.org

David Mohun
Kristen Mohun
8405 Winningham Ln.
Houston, TX 77055-7531

# Important: Response to Your Claim Submission

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371

You recently submitted a claim to Texas Windstorm Insurance Association (TWIA). Please read this document carefully because it provides specific information concerning how your TWIA claim is processed.

After carefully reviewing the details of your claim, we have reached a determination. The enclosed Notice of Claim Acceptance provides important details of our determination which includes any claim payment amount.

We are here to help you through the claims process so you can recover as quickly as possible. If you have any questions or concerns, please contact us.

**Contact Options:**
TWIA's Claims Center offers you instant online access to your claim information and services, including the option to message the team handling your claim at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. If you would prefer to speak with us directly, we also have a 24-hour claims customer care line at (800) 788-8247.

**Enclosures:**
- Notice of Claim Acceptance
- If and When You Make Repairs
- If You Disagree with the Amount of Loss
- Legal Notice
- Our Estimate of Your Repairs

# Notice of Claim Acceptance

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location(s): 22306 Isle View Dr, Galveston, TX 77554

Dear David and Kristen Mohun,

This letter is to inform you that we have accepted your dwelling claim in full. We estimate the amount of loss we will pay is $22,472.95. We are issuing a payment of $20,761.10 to you which represents the amount of loss, less depreciation.

We understand your property was damaged by wind or hail on July 08, 2024. We confirmed your policy covers the following damages:

- Damage to the siding
- Damage to the window screens and wraps
- Damage to the soffit and fascia
- Damage to the game room

Please review the enclosed estimate, which explains how we determined the amount of loss. We are mailing your check separately. It could take 7-10 business days to receive your check. We estimate an additional amount of up to $1,711.85 is available to you as recoverable depreciation when we receive documentation for the cost and completion of repairs.

**If you request the recoverable depreciation you will need to show proof you have paid your deductible.** This can be in the form of a cancelled check, money order receipt, credit card statement, or copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time. No depreciation will be released without proof of payment of your deductible.

**How we came up with your claim payment amount:**

- Your claim payment amount is based on an estimate to repair your property, minus non-recoverable depreciation, if applicable, and your deductible.
- The estimate is based on covered damages we found and any information you gave to us.

- **This is only an estimate of what it will cost to repair your property and it is possible the total cost may be different.**

**Your next steps:**

- Provide our estimate to whomever will perform the work and begin repairs.
- If you agree with the amount of loss, begin work.
- If our estimate is not enough, contact TWIA and request a supplemental payment. This must be done within 545 days of this notice.
- If additional damages are discovered while making repairs, please contact TWIA. You have one year from the date of loss to present these to TWIA.

**There are mandated timelines associated with disputing the amount of the loss we will pay. See the section titled IF YOU DISAGREE WITH THE AMOUNT OF LOSS for more details.**

If you intend to claim any of the damages listed above, or if you have other questions, please contact us at 800-788-8247. You can also visit Claims Center at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html/
from your computer or mobile device to send a message, view and upload documents and photos and access the details of your claim.

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247**

Sincerely,

Patrick Morales
Claims Examiner
claims@twia.org

Please visit https://research.net/s/twia to provide feedback about your claims experience. Your input is valuable and will help us improve our services.

## HOW TO REQUEST YOUR RECOVERABLE DEPRECIATION

Replacement Cost Coverage pays the amount actually and necessarily spent to repair or replace the covered damaged property. The amount of recoverable depreciation you can receive is limited to the replacement cost. To submit your request for recoverable depreciation, please send us a copy of all paid invoices, bills, receipts, and proof of deductible payment showing the amounts you've paid. We will issue the additional amounts owed no later than 40 days after receiving your documentation. Your documentation for the cost and completion of repairs must be received within 545 days of the date that you receive this notice.

## IF AND WHEN YOU MAKE REPAIRS

Whether your claim is covered or not, you may still need to make repairs to your property. Those repairs may require a Certificate of Compliance. Policyholders are responsible for costs incurred in obtaining a Certificate of Compliance.

A Certificate of Compliance confirms a structure meets the windstorm building code for the area and is an eligibility requirement for coverage with TWIA.

**To be eligible for insurance through TWIA**:

- Many structural repairs must be certified by the Texas Department of Insurance (TDI) or a Texas licensed professional engineer.
- TDI issues Certificates of Compliance (WPI-8) for repairs that are in progress. See TDI's website for more information, including a list of repairs that do not need certification: www.tdi.texas.gov/wind/index.html

  **TDI contact information**
  Phone: (800) 248-6032
  Email: windstorm@tdi.texas.gov
  Mail: TDI Windstorm Inspections Program, P.O. Box 149104, Austin, TX 78714-9104
- For other information about TWIA eligibility: www.twia.org/coverage-eligibility

## IF YOU DISAGREE WITH THE AMOUNT OF LOSS

We want you to understand our determination regarding your claim. You may request a detailed summary of how we determined the amount of loss we will pay. The amount of loss may include the cost to repair or replace covered property, business income loss, business personal property or contents, and other covered items. Please contact us at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. You may also call us at (800) 788-8247 or email claims@twia.org. Please include your claim number, name, and contact information on all communications.

**Appraisal**

Appraisal is a formal process to handle disputes over the amount of a covered loss. In an appraisal, you and TWIA will each hire an independent person to determine the amount of the loss payable under the policy. Please be aware you will share the costs of the appraisal process equally with TWIA.

If there are still disagreements between the two appraisers, the appraisers will submit to an umpire they choose. If the appraisers cannot agree, then the Commissioner of Insurance will choose the umpire. The final appraisal decision is binding.

**How to request appraisal**

1. **Submit a request.** Call your examiner to request appraisal, or send your request via email to TWIA at claims@twia.org or mail to PO Box 99090, Austin, TX 78709-9090, Attention: Appraisal Request.

2. **Follow deadlines for appraisal.**

    - You have 60 days from the date you receive this notice to demand appraisal on the amount of loss that TWIA will pay
    - Because you have replacement cost coverage you may still request appraisal for qualifying items up to the 545-day deadline to provide documentation of cost and completion of repairs.
    - You may request appraisal regardless of whether repairs have been completed or not.

    You may request the 60-day period to request appraisal be extended for 30 days. You'll need to file a written request with TWIA demonstrating good cause for why the period should be extended within 75 days. **If you do not request appraisal within the deadline, you waive your right to contest TWIA's determination of the amount of loss**

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

## LEGAL NOTICE

TWIA's evaluation was intended to establish the coverage available to you under your policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions or requirements of the policy or any of your rights or the rights of TWIA under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. TWIA expressly reserves all rights under the policy, at law and in equity whether or not expressly identified in this letter.

**Texas Windstorm Insurance Association**
PO Box 99090 Austin, TX 78709-9090
(800) 788-8247 | www.twia.org

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/12/2024 9:02 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | DAVID_MOHUN |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

TWIA 001941

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**DAVID_MOHUN**

**Risk**

**Exterior**

**Front Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Siding - vinyl | 386.00 SF | 0.51 | 0.00 | 39.38 | 236.24 | (0.00) | 236.24 |
| 2. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 3. Siding - vinyl | 509.30 SF | 4.94 | 89.50 | 521.08 | 3,126.52 | (303.75) | 2,822.77 |
| 4. Soffit - metal/vinyl - Detach & reset | 114.58 SF | 3.47 | 0.28 | 79.58 | 477.45 | (0.00) | 477.45 |
| 5. R&R Wrap wood window frame & trim with aluminum sheet | 5.00 EA | 282.37 | 27.89 | 287.96 | 1,727.70 | (94.65) | 1,633.05 |
| 6. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 7. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 8. Door numbers/letters - Detach & reset | 5.00 EA | 13.45 | 0.00 | 13.46 | 80.71 | (0.00) | 80.71 |
| 9. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 30.00 LF | 2.53 | 0.27 | 15.24 | 91.41 | (2.48) | 88.93 |
| 10. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 11. R&R Window screen, 1 - 9 SF | 5.00 EA | 46.35 | 15.10 | 49.38 | 296.23 | (85.42) | 210.81 |
| **Totals: Front Elevation** | | | **143.78** | **1,325.08** | **7,950.17** | **504.71** | **7,445.46** |

**Right Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12. Siding - vinyl | 48.00 SF | 4.94 | 8.43 | 49.10 | 294.65 | (28.63) | 266.02 |
| 13. Soffit - metal/vinyl - Detach & reset | 110.00 SF | 3.47 | 0.27 | 76.40 | 458.37 | (0.00) | 458.37 |
| 14. R&R Vinyl outside corner post | 85.00 LF | 9.13 | 26.30 | 160.48 | 962.83 | (89.25) | 873.58 |
| 15. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 16. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 17. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 18. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 9.86 | 59.23 | (17.08) | 42.15 |
| **Totals: Right Elevation** | | | **102.14** | **988.34** | **5,929.99** | **352.58** | **5,577.41** |

**Rear Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

TWIA 001942

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

### CONTINUED - Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 19. R&R Vinyl outside corner post | 40.00 LF | 9.13 | 12.38 | 75.52 | 453.10 | (42.00) | 411.10 |
| 20. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 21. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 22. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 23. R&R Window screen, 1 - 9 SF | 2.00 EA | 46.35 | 6.04 | 19.74 | 118.48 | (34.17) | 84.31 |
| **Totals: Rear Elevation** | | | **82.54** | **787.76** | **4,726.49** | **293.79** | **4,432.70** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 24. Remove Siding - vinyl | 826.00 SF | 0.51 | 0.00 | 84.26 | 505.52 | (0.00) | 505.52 |
| 25. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 26. Siding - vinyl | 826.00 SF | 4.94 | 145.15 | 845.12 | 5,070.71 | (492.63) | 4,578.08 |
| 27. Soffit - metal/vinyl - Detach & reset | 101.00 SF | 3.47 | 0.25 | 70.16 | 420.88 | (0.00) | 420.88 |
| 28. R&R Wrap wood window frame & trim with aluminum sheet | 1.00 EA | 282.37 | 5.58 | 57.60 | 345.55 | (18.93) | 326.62 |
| 29. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 30. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| **Totals: Left Elevation** | | | **158.96** | **1,359.72** | **8,158.09** | **520.59** | **7,637.50** |
| **Total: Exterior** | | | **487.42** | **4,460.90** | **26,764.74** | **1,671.67** | **25,093.07** |

### Interior




**Game Room** **Height: 8'**

| | | | |
|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling |
| 1047.79 | SF Walls & Ceiling | 393.13 | SF Floor |
| 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 81.83 | LF Ceil. Perimeter | | |



TWIA_MOHUN_CLAIM FILE_000111

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 12.12 | 72.71 | (0.00) | 72.71 |
| 32. Mask the floor per square foot - plastic and tape - 4 mil | 393.13 SF | 0.32 | 2.27 | 25.62 | 153.69 | (0.00) | 153.69 |
| 33. Mask and prep for paint - plastic, paper, tape (per LF) | 81.83 LF | 1.79 | 1.82 | 29.66 | 177.96 | (0.00) | 177.96 |
| 34. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 4.10 | 24.64 | (0.08) | 24.56 |
| 35. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 3.22 | 19.36 | (0.13) | 19.23 |
| 36. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 0.96 | 5.80 | (0.10) | 5.70 |
| 37. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 2.42 | 14.45 | (0.01) | 14.44 |
| 38. Paint the walls - two coats | 654.67 SF | 1.25 | 14.04 | 166.46 | 998.84 | (34.04) | 964.80 |
| 39. R&R Quarter round - 3/4" | 10.00 LF | 2.27 | 0.88 | 4.72 | 28.30 | (0.21) | 28.09 |
| 40. R&R Baseboard - 3 1/4" | 10.00 LF | 4.70 | 1.56 | 9.72 | 58.28 | (0.38) | 57.90 |
| 41. Seal & paint base shoe or quarter round | 81.83 LF | 1.08 | 0.88 | 17.86 | 107.12 | (2.13) | 104.99 |
| 42. Paint baseboard - one coat | 81.83 LF | 1.28 | 0.74 | 21.08 | 126.56 | (1.80) | 124.76 |
| 43. Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | 48.95 | 0.54 | 9.90 | 59.39 | (1.30) | 58.09 |
| 44. Final cleaning - construction - Residential | 393.13 SF | 0.29 | 11.29 | 22.80 | 148.10 | (0.00) | 148.10 |
| **Totals: Game Room** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Interior** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 45. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 627.50 | 0.00 | 125.50 | 753.00 | (0.00) | 753.00 |
| **Totals: Debris Removal** | | | **0.00** | **125.50** | **753.00** | **0.00** | **753.00** |
| **Total: Risk** | | | **522.40** | **4,917.04** | **29,512.94** | **1,711.85** | **27,801.09** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 46. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 105.76 | 634.52 | (0.00) | 634.52 |
| 47. Finish carpentry labor minimum | 1.00 EA | 173.76 | 0.00 | 34.76 | 208.52 | (0.00) | 208.52 |
| 48. Window labor minimum | 1.00 EA | 168.12 | 0.00 | 33.62 | 201.74 | (0.00) | 201.74 |
| 49. Cleaning labor minimum* | 1.00 EA | 1.17 | 0.12 | 0.24 | 1.53 | (0.00) | 1.53 |
| 50. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 0.28 | 1.69 | (0.00) | 1.69 |

TWIA 001944

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 51. Finish hardware labor minimum | 1.00 EA | 89.81 | 0.00 | 17.96 | 107.77 | (0.00) | 107.77 |
| 52. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 26.54 | 159.28 | (0.00) | 159.28 |
| **Totals: Labor Minimums Applied** | | | **0.12** | **219.16** | **1,315.05** | **0.00** | **1,315.05** |
| **Line Item Totals: DAVID_MOHUN** | | | **522.52** | **5,136.20** | **30,827.99** | **1,711.85** | **29,116.14** |

| Additional Charges | Charge |
|---|---|
| Permit | 154.14 |
| **Additional Charges Total** | **$154.14** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling | 1,047.79 | SF Walls and Ceiling |
| 393.13 | SF Floor | 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 81.83 | LF Ceil. Perimeter |
| 393.13 | Floor Area | 420.85 | Total Area | 654.67 | Interior Wall Area |
| 6,016.99 | Exterior Wall Area | 84.50 | Exterior Perimeter of Walls | | |
| 2,745.95 | Surface Area | 27.46 | Number of Squares | 374.83 | Total Perimeter Length |
| 26.99 | Total Ridge Length | 175.85 | Total Hip Length | | |



TWIA_MOHUN_CLAIM FILE_000113

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 25,169.27 |
| Permit | 154.14 |
| Material Sales Tax | 511.11 |
| Subtotal | 25,834.52 |
| Overhead | 2,583.51 |
| Profit | 2,583.51 |
| Cleaning Sales Tax | 11.41 |
| **Replacement Cost Value** | **$31,012.95** |
| Less Depreciation | (1,711.85) |
| **Actual Cash Value** | **$29,301.10** |
| Less Deductible | (8,540.00) |
| **Net Claim** | **$20,761.10** |
| Total Recoverable Depreciation | 1,711.85 |
| **Net Claim if Depreciation is Recovered** | **$22,472.95** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 2,568.10 | 2,568.10 | 511.11 | 0.00 | 11.41 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | | | |
| | 15.41 | 15.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **2,583.51** | **2,583.51** | **511.11** | **0.00** | **11.41** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: DAVID_MOHUN**

**Area: Risk**

| | | |
|---|---|---|
| **Area: Exterior** | | |
| **Front Elevation** | **6,481.31** | **25.75%** |
| **Right Elevation** | **4,839.51** | **19.23%** |
| **Rear Elevation** | **3,856.19** | **15.32%** |
| **Left Elevation** | **6,639.41** | **26.38%** |
| **Area Subtotal: Exterior** | **21,816.42** | **86.68%** |
| **Area: Interior** | | |
| **Game Room** | **1,629.58** | **6.47%** |
| **Area Subtotal: Interior** | **1,629.58** | **6.47%** |
| **Debris Removal** | **627.50** | **2.49%** |
| **Area Subtotal: Risk** | **24,073.50** | **95.65%** |
| **Labor Minimums Applied** | **1,095.77** | **4.35%** |
| **Subtotal of Areas** | **25,169.27** | **100.00%** |
| **Total** | **25,169.27** | **100.00%** |

TWIA 001948

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 627.50 | | 627.50 |
| DRYWALL | 560.95 | 0.09 | 560.86 |
| MISC. EQUIPMENT - COMMERCIAL | 67.25 | | 67.25 |
| FINISH CARPENTRY / TRIMWORK | 243.46 | 0.59 | 242.87 |
| FINISH HARDWARE | 89.81 | | 89.81 |
| INSULATION | 148.34 | 0.13 | 148.21 |
| LABOR ONLY | 1.41 | | 1.41 |
| PAINTING | 1,413.39 | 41.85 | 1,371.54 |
| SCAFFOLDING | 2,551.36 | | 2,551.36 |
| SIDING | 17,383.45 | 1,504.38 | 15,879.07 |
| SOFFIT, FASCIA, & GUTTER | 1,367.66 | 28.14 | 1,339.52 |
| WINDOW REGLAZING & REPAIR | 370.80 | 136.67 | 234.13 |
| WINDOWS - WOOD | 168.12 | | 168.12 |
| **O&P Items Subtotal** | 25,169.27 | 1,711.85 | 23,457.42 |
| **Permits and Fees** | 154.14 | | 154.14 |
| **Material Sales Tax** | 511.11 | | 511.11 |
| **Overhead** | 2,583.51 | | 2,583.51 |
| **Profit** | 2,583.51 | | 2,583.51 |
| **Cleaning Sales Tax** | 11.41 | | 11.41 |
| **Total** | 31,012.95 | 1,711.85 | 29,301.10 |

David Mohun
C/O Hodge Law Firm, Pllc
1301 Market Street
Galveston, Texas 77550

Sent via email to: shodge@hodgefirm.com

## Acknowledgement of Letter of Representation

Date: October 1, 2024
Insured: David Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location: 22306 Isle View Dr, Galveston, TX 77554

Dear Hodge Law Firm:

This will acknowledge receipt of your correspondence dated September 30,2024 advising of your representation of David Mohun on the above-referenced claim. The requested information is being assembled and will be forwarded to you upon completion.

It is our understanding that your client disagrees with TWIA's coverage determinations. We ask that you submit any documentation you may have related to your claim. Once this documentation is received, we will review it and determine if any changes to the claim determinations can be made. It may be possible that after reviewing these documents, we may request additional information from you on behalf of our mutual client, or that a reinspection of the insured location may be necessary. Should you have any questions in the interim, please do not hesitate to contact me directly at 512-686-0971

Sincerely,

Melissa Carl
Examiner | Claim Dept
Texas Windstorm Insurance Association
Direct | 512-686-0971
Email | claims@twia.org

Jordanne Brisby

| | |
|---|---|
| From: | TWIA.Litigation <TWIA.Litigation@TWIA.ORG> |
| Sent: | Tuesday, July 8, 2025 5:36 PM |
| To: | Demetrius Gardner |
| Cc: | TWIA.special; Edward Suita; Mark Trimble; Jolena Stephens |
| Subject: | Attorney LOR (2nd Copy), Clm. # 1196371, Mohun |
| Attachments: | Letter of Representation (Mohun).pdf |

Hi Demetrius,

TWIA has received an Attorney Letter of Representation submitted by Hodge Law Firm.
We previously received a Hodge Law LOR September 30, 2024.

Respectfully,

Shamika Bratchett
Claims Administrative Specialist | Claims
Texas Windstorm Insurance Association
Texas FAIR Plan Association

sbratchett@TWIA.ORG
Direct | 512-899-4939
TWIA | 800-788-8247
TFPA | 800-979-6440
Facebook | LinkedIn

---

From: Steven Yood <s.yood@TWIA.ORG>
Sent: Tuesday, July 8, 2025 3:18 PM
To: TWIA.special <twia.special@TWIA.ORG>
Cc: TWIA.Litigation <TWIA.Litigation@TWIA.ORG>
Subject: FW: Letters of Representation, Claim Numbers 1201253

Steven Yood
Claims Coordinator | Claims
Texas Windstorm Insurance Association
Texas FAIR Plan Association

s.yood@twia.org
Direct | 512-505-2112
TWIA | 800-788-8247
TFPA | 800-979-6440
Facebook | LinkedIn

---

From: Michael Fridman <mfridman@hodgefirm.com>
Sent: Tuesday, July 8, 2025 3:44 PM
To: claims@twia.org

Cc: David Salyer <dpsalyer@mapalaw.com>; Shaun Hodge <shodge@hodgefirm.com>
Subject: Letters of Representation, Claim Numbers 1201253, 1196371 & 1196488

CAUTION: This email originated from outside of the organization. Do not reply with sensitive information or click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Please find letters of representation attached.

Thanks,
Michael

Michael Fridman
**HODGE LAW FIRM, PLLC**
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
(409) 762-5000
Fax: (409) 763-2300
mfridman@hodgefirm.com
hodgefirm.com

*This e-mail message and any files or attachments transmitted with it contain confidential and private information which is protected by the attorney-client and work-product privileges. This information is intended only for use by the recipient. Disclosure, copying, distribution, or taking any action on the contents of this e-mail is legally prohibited. If you have received this e-mail in error, please communicate with the sender immediately and destroy the original.*

THE HODGE LAW FIRM
*Your Justice is Our Passion*

1301 Market Street
Galveston, TX 77550
(409) 762-5000
Fax (409) 763-2300
www.hodgefirm.com

July 8, 2025

*VIA* *EMAIL: claims@twia.org*
Texas Windstorm Insurance Association
4801 Southwest Parkway, Building 1, Suite 200
Austin, TX 78735
P.O. Box 99090, Austin, TX 78709

Re:

| | |
|---|---|
| Insured: | David Mohun, Kristen Mohun |
| Policy Number: | TWRD0000713215 |
| Claim Number: | 1196371 |
| Loss Location: | 22306 Isle View Dr Galveston, TX |

**LETTER OF REPRESENTATION**

This letter serves as notice of my representation of David and Kristen Mohun for the above-referenced claim number. All communications should be directed to my attention. If you have any questions, please feel free to contact my office.

Sincerely,

Shaun W. Hodge

Jordanne Brisby

| | |
|---|---|
| From: | TWIA.Litigation <TWIA.Litigation@TWIA.ORG> |
| Sent: | Monday, September 30, 2024 4:24 PM |
| To: | Demetrius Gardner |
| Cc: | TWIA.special; Edward Suita; Mark Trimble; Jolena Stephens |
| Subject: | Attorney LOR & Appraisal Request, Clm. # 1196371, David Mohun |

Hi Demetrius,

TWIA has received a revised Attorney LOR and Appraisal Request submitted by Hodge Law Firm, PLLC.

Please note – no attachments were included in the email.

Respectfully,

Jolena Stephens
Claims Administrative Specialist | Claims
Texas Windstorm Insurance Association
Texas FAIR Plan Association

jstephens@twia.org
Direct | 737-931-1822
TWIA | 800-788-8247
TFPA | 800-979-6440
Facebook | LinkedIn

From: James Paul <jpaul@TWIA.ORG>
Sent: Monday, September 30, 2024 3:20 PM
To: TWIA.Litigation <TWIA.Litigation@TWIA.ORG>
Cc: TWIA.special <twia.special@TWIA.ORG>
Subject: FW: TWIA Claim 1196371

From: Shaun Hodge <shodge@hodgefirm.com>
Sent: Monday, September 30, 2024 3:04 PM
To: claims@twia.org
Subject: TWIA Claim 1196371

CAUTION: This email originated from outside of the organization. Do not reply with sensitive information or click links or open attachments unless you recognize the sender and know the content is safe.

Please accept this as my notice of representation of Mr. David Mohun regarding the above referenced claim number. Please accept this as notice of invocation of the appraisal process for the accepted claim.

Thanks,

Shaun W. Hodge

HODGE LAW FIRM, PLLC
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
(409) 762-5000
Fax: (409) 763-2300
shodge@hodgefirm.com
hodgefirm.com

This e-mail message and any files or attachments transmitted with it contain confidential and private information which is protected by the attorney-client and work-product privileges. This information is intended only for use by the recipient. Disclosure, copying, distribution, or taking any action on the contents of this e-mail is legally prohibited. If you have received this e-mail in error, please communicate with the sender immediately and destroy the original.

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

From: Michael Fridman <mfridman@hodgefirm.com>
Sent: Tuesday, July 8, 2025 4:49 PM
To: claims@twia.org
Cc: David Salyer <dpsalyer@mapalaw.com>; Shaun Hodge <shodge@hodgefirm.com>
Subject: Notices of Intent to File Legal Action, Claim Numbers 1201253, 1196371 & 1196488

CAUTION: This email originated from outside of the organization. Do not reply with sensitive information or click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Please find notices of intent to file legal action attached.

Thanks,
Michael

Michael Fridman
**HODGE LAW FIRM, PLLC**
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
(409) 762-5000
Fax: (409) 763-2300
mfridman@hodgefirm.com
hodgefirm.com

*This e-mail message and any files or attachments transmitted with it contain confidential and private information which is protected by the attorney-client and work-product privileges. This information is intended only for use by the recipient. Disclosure, copying, distribution, or taking any action on the contents of this e-mail is legally prohibited. If you have received this e-mail in error, please communicate with the sender immediately and destroy the original.*

# NOTICE OF INTENT TO FILE LEGAL ACTION

If you disagree with TWIA's coverage determination on your denied claim, you may sign and date the form below and return it to us to provide your notice of intent to sue. You are not required to use this form to provide notice of intent to sue.

By providing notice of intent to sue, you are stating the following:

- I have received TWIA's NOTICE OF DENIAL IN PART.
- I am providing this form to TWIA as my notice of intent to bring a legal action against TWIA concerning the denial of my claim.

NAME: David Mohun, Kristen Mohun

CLAIM NUMBER: 1196371

POLICYHOLDER SIGNATURE: [signature] Hodge Law Firm, PLLC for the Insured

DATE: July 8, 2025

Please return this form to TWIA by mail or email:

MAIL
Attn. Appraisal Request
P.O. Box 99090
Austin, TX 78709-9090

EMAIL
claims@twia.org

Jordanne Brisby

| | |
|---|---|
| From: | Shaun Hodge <shodge@hodgefirm.com> |
| Sent: | Tuesday, October 1, 2024 4:53 PM |
| To: | TWIA Claims System |
| Subject: | RE: Your Claim 1196371 Has Been Updated |

CAUTION: This email originated from outside of the organization. Do not reply with sensitive information or click links or open attachments unless you recognize the sender and know the content is safe.

Received. Thank you.

Thanks,

Shaun W. Hodge
HODGE LAW FIRM, PLLC
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
(409) 762-5000
Fax: (409) 763-2300
shodge@hodgefirm.com
hodgefirm.com

This e-mail message and any files or attachments transmitted with it contain confidential and private information which is protected by the attorney-client and work-product privileges. This information is intended only for use by the recipient. Disclosure, copying, distribution, or taking any action on the contents of this e-mail is legally prohibited. If you have received this e-mail in error, please communicate with the sender immediately and destroy the original.

From: TWIA Claims System <claims@twia.org>
Sent: Tuesday, October 1, 2024 3:47 PM
To: Shaun Hodge <shodge@hodgefirm.com>
Subject: Your Claim 1196371 Has Been Updated

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

October 01, 2024

Shaun W. Hodge,

Your claim has been updated with a new document or message that is available online in our Claims Center.

Existing users, please login to Claims Center for Policyholders (full URL listed below).

New users must first register for Claims Center for Policyholders (full URL listed below).

Texas Windstorm Insurance Association (TWIA) policyholders can register and log in to Claims Center from a computer or mobile device to access claim status and details, view payment history, view and upload documents, and message with representatives assigned to the claim.

Thank you,

Texas Windstorm Insurance Association
Full URL to login to TWIA Claims Center for Policyholders:
https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html
Full URL to register for TWIA Claims Center for Policyholders:
https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html#/auth/twiaSignupEnrollment

Please do not reply to this email. This mailbox cannot receive messages.
Have questions or need assistance? Contact TWIA 24 hours a day at (800) 788-8247.

------------

Confidentiality Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized retention, review, printing, copying, disclosure or distribution is prohibited. Think you received this message in error? If you are not one of the intended recipients, please contact us at (800) 788-8247, destroy all copies of the original message and keep the information contained here confidential.

Please include your claim number in the subject line when emailing or mailing documents. Please use claims@twia.org when emailing claim correspondence or documents.
PO Box 99099, Austin, TX 78709-9090 | 800-788-8247 | www.twia.org

**Melissa Carl**

---

**From:** TWIA Claims System <claims@twia.org>
**Sent:** 2 Oct 2024 09:08:28 AM
**To:** shodge@hodgefirm.com
**Subject:** CCOP to Attny
**Attachments:** Certified Policy David Mohun TWRD0000713215

TEXAS WINDSTORM INSURANCE ASSOCIATION

October 2, 2024

Attached is a copy of the policy

Melissa Carl
512-686-0971

Please include claim number in subject line and
claims@twia.org on any claim correspondence or documents.
PO Box 99090 Austin, TX 78709-9090
(800) 788-8247 | www.twia.org

David Mohun
8405 Winningham Ln
Houston, Texas 77055-7531

# Cover Letter

Date: August 16, 2024
Insured: David Mohun, Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371

Dear David Mohun, Kristen Mohun,

I sincerely appreciate your taking the time to speak with me regarding your claim. To better serve our customers, we would appreciate your thoughts about your claims experience. Please visit https://research.net/s/twia to provide feedback about your claims experience. Thank you in advance for your time and opinion. Please see attached document(s).

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/12/2024 9:02 AM | | |

Price List: TXGA8X_AUG24
Restoration/Service/Remodel
Estimate: DAVID_MOHUN

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**DAVID_MOHUN**

**Risk**

**Exterior**

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Siding - vinyl | 386.00 SF | 0.51 | 0.00 | 39.38 | 236.24 | (0.00) | 236.24 |
| 2. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 3. Siding - vinyl | 509.30 SF | 4.94 | 89.50 | 521.08 | 3,126.52 | (303.75) | 2,822.77 |
| 4. Soffit - metal/vinyl - Detach & reset | 114.58 SF | 3.47 | 0.28 | 79.58 | 477.45 | (0.00) | 477.45 |
| 5. R&R Wrap wood window frame & trim with aluminum sheet | 5.00 EA | 282.37 | 27.89 | 287.96 | 1,727.70 | (94.65) | 1,633.05 |
| 6. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 7. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 8. Door numbers/letters - Detach & reset | 5.00 EA | 13.45 | 0.00 | 13.46 | 80.71 | (0.00) | 80.71 |
| 9. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 30.00 LF | 2.53 | 0.27 | 15.24 | 91.41 | (2.48) | 88.93 |
| 10. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 11. R&R Window screen, 1 - 9 SF | 5.00 EA | 46.35 | 15.10 | 49.38 | 296.23 | (85.42) | 210.81 |
| **Totals: Front Elevation** | | | **143.78** | **1,325.08** | **7,950.17** | **504.71** | **7,445.46** |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12. Siding - vinyl | 48.00 SF | 4.94 | 8.43 | 49.10 | 294.65 | (28.63) | 266.02 |
| 13. Soffit - metal/vinyl - Detach & reset | 110.00 SF | 3.47 | 0.27 | 76.40 | 458.37 | (0.00) | 458.37 |
| 14. R&R Vinyl outside corner post | 85.00 LF | 9.13 | 26.30 | 160.48 | 962.83 | (89.25) | 873.58 |
| 15. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 16. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 17. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 18. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 9.86 | 59.23 | (17.08) | 42.15 |
| **Totals: Right Elevation** | | | **102.14** | **988.34** | **5,929.99** | **352.58** | **5,577.41** |

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

### CONTINUED - Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 19. R&R Vinyl outside corner post | 40.00 LF | 9.13 | 12.38 | 75.52 | 453.10 | (42.00) | 411.10 |
| 20. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 21. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 22. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 23. R&R Window screen, 1 - 9 SF | 2.00 EA | 46.35 | 6.04 | 19.74 | 118.48 | (34.17) | 84.31 |
| **Totals: Rear Elevation** | | | **82.54** | **787.76** | **4,726.49** | **293.79** | **4,432.70** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 24. Remove Siding - vinyl | 826.00 SF | 0.51 | 0.00 | 84.26 | 505.52 | (0.00) | 505.52 |
| 25. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 26. Siding - vinyl | 826.00 SF | 4.94 | 145.15 | 845.12 | 5,070.71 | (492.63) | 4,578.08 |
| 27. Soffit - metal/vinyl - Detach & reset | 101.00 SF | 3.47 | 0.25 | 70.16 | 420.88 | (0.00) | 420.88 |
| 28. R&R Wrap wood window frame & trim with aluminum sheet | 1.00 EA | 282.37 | 5.58 | 57.60 | 345.55 | (18.93) | 326.62 |
| 29. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 30. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| **Totals: Left Elevation** | | | **158.96** | **1,359.72** | **8,158.09** | **520.59** | **7,637.50** |
| **Total: Exterior** | | | **487.42** | **4,460.90** | **26,764.74** | **1,671.67** | **25,093.07** |

### Interior




**Game Room** **Height: 8'**

| | |
|---|---|
| 654.67 SF Walls | 393.13 SF Ceiling |
| 1047.79 SF Walls & Ceiling | 393.13 SF Floor |
| 43.68 SY Flooring | 81.83 LF Floor Perimeter |
| 81.83 LF Ceil. Perimeter | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 12.12 | 72.71 | (0.00) | 72.71 |
| 32. Mask the floor per square foot - plastic and tape - 4 mil | 393.13 SF | 0.32 | 2.27 | 25.62 | 153.69 | (0.00) | 153.69 |
| 33. Mask and prep for paint - plastic, paper, tape (per LF) | 81.83 LF | 1.79 | 1.82 | 29.66 | 177.96 | (0.00) | 177.96 |
| 34. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 4.10 | 24.64 | (0.08) | 24.56 |
| 35. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 3.22 | 19.36 | (0.13) | 19.23 |
| 36. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 0.96 | 5.80 | (0.10) | 5.70 |
| 37. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 2.42 | 14.45 | (0.01) | 14.44 |
| 38. Paint the walls - two coats | 654.67 SF | 1.25 | 14.04 | 166.46 | 998.84 | (34.04) | 964.80 |
| 39. R&R Quarter round - 3/4" | 10.00 LF | 2.27 | 0.88 | 4.72 | 28.30 | (0.21) | 28.09 |
| 40. R&R Baseboard - 3 1/4" | 10.00 LF | 4.70 | 1.56 | 9.72 | 58.28 | (0.38) | 57.90 |
| 41. Seal & paint base shoe or quarter round | 81.83 LF | 1.08 | 0.88 | 17.86 | 107.12 | (2.13) | 104.99 |
| 42. Paint baseboard - one coat | 81.83 LF | 1.28 | 0.74 | 21.08 | 126.56 | (1.80) | 124.76 |
| 43. Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | 48.95 | 0.54 | 9.90 | 59.39 | (1.30) | 58.09 |
| 44. Final cleaning - construction - Residential | 393.13 SF | 0.29 | 11.29 | 22.80 | 148.10 | (0.00) | 148.10 |
| **Totals: Game Room** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Interior** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |

### Debris Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 45. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 627.50 | 0.00 | 125.50 | 753.00 | (0.00) | 753.00 |
| **Totals: Debris Removal** | | | **0.00** | **125.50** | **753.00** | **0.00** | **753.00** |
| **Total: Risk** | | | **522.40** | **4,917.04** | **29,512.94** | **1,711.85** | **27,801.09** |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 46. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 105.76 | 634.52 | (0.00) | 634.52 |
| 47. Finish carpentry labor minimum | 1.00 EA | 173.76 | 0.00 | 34.76 | 208.52 | (0.00) | 208.52 |
| 48. Window labor minimum | 1.00 EA | 168.12 | 0.00 | 33.62 | 201.74 | (0.00) | 201.74 |
| 49. Cleaning labor minimum* | 1.00 EA | 1.17 | 0.12 | 0.24 | 1.53 | (0.00) | 1.53 |
| 50. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 0.28 | 1.69 | (0.00) | 1.69 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 51. Finish hardware labor minimum | 1.00 EA | 89.81 | 0.00 | 17.96 | 107.77 | (0.00) | 107.77 |
| 52. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 26.54 | 159.28 | (0.00) | 159.28 |
| **Totals: Labor Minimums Applied** | | | **0.12** | **219.16** | **1,315.05** | **0.00** | **1,315.05** |
| **Line Item Totals: DAVID_MOHUN** | | | **522.52** | **5,136.20** | **30,827.99** | **1,711.85** | **29,116.14** |

| **Additional Charges** | **Charge** |
|---|---|
| Permit | 154.14 |
| **Additional Charges Total** | **$154.14** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling | 1,047.79 | SF Walls and Ceiling |
| 393.13 | SF Floor | 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 81.83 | LF Ceil. Perimeter |
| 393.13 | Floor Area | 420.85 | Total Area | 654.67 | Interior Wall Area |
| 6,016.99 | Exterior Wall Area | 84.50 | Exterior Perimeter of Walls | | |
| 2,745.95 | Surface Area | 27.46 | Number of Squares | 374.83 | Total Perimeter Length |
| 26.99 | Total Ridge Length | 175.85 | Total Hip Length | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 25,169.27 |
| Permit | 154.14 |
| Material Sales Tax | 511.11 |
| Subtotal | 25,834.52 |
| Overhead | 2,583.51 |
| Profit | 2,583.51 |
| Cleaning Sales Tax | 11.41 |
| **Replacement Cost Value** | **$31,012.95** |
| Less Depreciation | (1,711.85) |
| **Actual Cash Value** | **$29,301.10** |
| Less Deductible | (8,540.00) |
| **Net Claim** | **$20,761.10** |
| Total Recoverable Depreciation | 1,711.85 |
| **Net Claim if Depreciation is Recovered** | **$22,472.95** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 2,568.10 | 2,568.10 | 511.11 | 0.00 | 11.41 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | | | |
| | 15.41 | 15.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **2,583.51** | **2,583.51** | **511.11** | **0.00** | **11.41** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: DAVID_MOHUN**

**Area: Risk**

| | | |
|---|---|---|
| **Area: Exterior** | | |
| **Front Elevation** | **6,481.31** | **25.75%** |
| **Right Elevation** | **4,839.51** | **19.23%** |
| **Rear Elevation** | **3,856.19** | **15.32%** |
| **Left Elevation** | **6,639.41** | **26.38%** |
| **Area Subtotal: Exterior** | **21,816.42** | **86.68%** |
| **Area: Interior** | | |
| **Game Room** | **1,629.58** | **6.47%** |
| **Area Subtotal: Interior** | **1,629.58** | **6.47%** |
| **Debris Removal** | **627.50** | **2.49%** |
| **Area Subtotal: Risk** | **24,073.50** | **95.65%** |
| **Labor Minimums Applied** | **1,095.77** | **4.35%** |
| **Subtotal of Areas** | **25,169.27** | **100.00%** |
| **Total** | **25,169.27** | **100.00%** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 627.50 | | 627.50 |
| DRYWALL | 560.95 | 0.09 | 560.86 |
| MISC. EQUIPMENT - COMMERCIAL | 67.25 | | 67.25 |
| FINISH CARPENTRY / TRIMWORK | 243.46 | 0.59 | 242.87 |
| FINISH HARDWARE | 89.81 | | 89.81 |
| INSULATION | 148.34 | 0.13 | 148.21 |
| LABOR ONLY | 1.41 | | 1.41 |
| PAINTING | 1,413.39 | 41.85 | 1,371.54 |
| SCAFFOLDING | 2,551.36 | | 2,551.36 |
| SIDING | 17,383.45 | 1,504.38 | 15,879.07 |
| SOFFIT, FASCIA, & GUTTER | 1,367.66 | 28.14 | 1,339.52 |
| WINDOW REGLAZING & REPAIR | 370.80 | 136.67 | 234.13 |
| WINDOWS - WOOD | 168.12 | | 168.12 |
| O&P Items Subtotal | 25,169.27 | 1,711.85 | 23,457.42 |
| Permits and Fees | 154.14 | | 154.14 |
| Material Sales Tax | 511.11 | | 511.11 |
| Overhead | 2,583.51 | | 2,583.51 |
| Profit | 2,583.51 | | 2,583.51 |
| Cleaning Sales Tax | 11.41 | | 11.41 |
| Total | 31,012.95 | 1,711.85 | 29,301.10 |

TWIA 001972

# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)




### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

TDI | Texas Department of Insurance


# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)






### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

TDI | Texas Department of Insurance


TWIA_MOHUN_CLAIM FILE_000141

TWIA 001973

# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI | Departamento de Seguros de Texas**

cb002ES.0919

# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI | Departamento de Seguros de Texas**

cb002ES

TWIA_MOHUN_CLAIM FILE_000142

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
Kristen Mohun
8405 Winningham Ln.
Houston, TX 77055-7531

# Important: Response to Your Claim Submission

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371

You recently submitted a claim to Texas Windstorm Insurance Association (TWIA). Please read this document carefully because it provides specific information concerning how your TWIA claim is processed.

After carefully reviewing the details of your claim, we have reached a determination. The enclosed Notice of Claim Acceptance provides important details of our determination which includes any claim payment amount.

We are here to help you through the claims process so you can recover as quickly as possible. If you have any questions or concerns, please contact us.

**Contact Options:**
TWIA's Claims Center offers you instant online access to your claim information and services, including the option to message the team handling your claim at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. If you would prefer to speak with us directly, we also have a 24-hour claims customer care line at (800) 788-8247.

**Enclosures:**

- Notice of Claim Acceptance
- If and When You Make Repairs
- If You Disagree with the Amount of Loss
- Legal Notice
- Our Estimate of Your Repairs

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Notice of Claim Acceptance

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location(s): 22306 Isle View Dr, Galveston, TX 77554

Dear David and Kristen Mohun,

This letter is to inform you that we have accepted your dwelling claim in full. We estimate the amount of loss we will pay is $22,472.95. We are issuing a payment of $20,761.10 to you which represents the amount of loss, less depreciation.

We understand your property was damaged by wind or hail on July 08, 2024. We confirmed your policy covers the following damages:

- Damage to the siding
- Damage to the window screens and wraps
- Damage to the soffit and fascia
- Damage to the game room

Please review the enclosed estimate, which explains how we determined the amount of loss. We are mailing your check separately. It could take 7-10 business days to receive your check. We estimate an additional amount of up to $1,711.85 is available to you as recoverable depreciation when we receive documentation for the cost and completion of repairs.

**If you request the recoverable depreciation you will need to show proof you have paid your deductible.** This can be in the form of a cancelled check, money order receipt, credit card statement, or copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time. No depreciation will be released without proof of payment of your deductible.

**How we came up with your claim payment amount:**

- Your claim payment amount is based on an estimate to repair your property, minus non-recoverable depreciation, if applicable, and your deductible.
- The estimate is based on covered damages we found and any information you gave to us.

- **This is only an estimate of what it will cost to repair your property and it is possible the total cost may be different.**

**Your next steps:**

- Provide our estimate to whomever will perform the work and begin repairs.
- If you agree with the amount of loss, begin work.
- If our estimate is not enough, contact TWIA and request a supplemental payment. This must be done within 545 days of this notice.
- If additional damages are discovered while making repairs, please contact TWIA. You have one year from the date of loss to present these to TWIA.

**There are mandated timelines associated with disputing the amount of the loss we will pay. See the section titled IF YOU DISAGREE WITH THE AMOUNT OF LOSS for more details.**

If you intend to claim any of the damages listed above, or if you have other questions, please contact us at 800-788-8247. You can also visit Claims Center at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html/
from your computer or mobile device to send a message, view and upload documents and photos and access the details of your claim.

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247**

Sincerely,

Patrick Morales
Claims Examiner
claims@twia.org

Please visit https://research.net/s/twia to provide feedback about your claims experience. Your input is valuable and will help us improve our services.

## HOW TO REQUEST YOUR RECOVERABLE DEPRECIATION

Replacement Cost Coverage pays the amount actually and necessarily spent to repair or replace the covered damaged property. The amount of recoverable depreciation you can receive is limited to the replacement cost. To submit your request for recoverable depreciation, please send us a copy of all paid invoices, bills, receipts, and proof of deductible payment showing the amounts you've paid. We will issue the additional amounts owed no later than 40 days after receiving your documentation. Your documentation for the cost and completion of repairs must be received within 545 days of the date that you receive this notice.

## IF AND WHEN YOU MAKE REPAIRS

Whether your claim is covered or not, you may still need to make repairs to your property. Those repairs may require a Certificate of Compliance. Policyholders are responsible for costs incurred in obtaining a Certificate of Compliance.

A Certificate of Compliance confirms a structure meets the windstorm building code for the area and is an eligibility requirement for coverage with TWIA.

**To be eligible for insurance through TWIA**:

- Many structural repairs must be certified by the Texas Department of Insurance (TDI) or a Texas licensed professional engineer.
- TDI issues Certificates of Compliance (WPI-8) for repairs that are in progress. See TDI's website for more information, including a list of repairs that do not need certification: www.tdi.texas.gov/wind/index.html

  **TDI contact information**
  Phone: (800) 248-6032
  Email: windstorm@tdi.texas.gov
  Mail: TDI Windstorm Inspections Program, P.O. Box 149104, Austin, TX 78714-9104
- For other information about TWIA eligibility: www.twia.org/coverage-eligibility

## IF YOU DISAGREE WITH THE AMOUNT OF LOSS

We want you to understand our determination regarding your claim. You may request a detailed summary of how we determined the amount of loss we will pay. The amount of loss may include the cost to repair or replace covered property, business income loss, business personal property or contents, and other covered items. Please contact us at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. You may also call us at (800) 788-8247 or email claims@twia.org. Please include your claim number, name, and contact information on all communications.

**Appraisal**

Appraisal is a formal process to handle disputes over the amount of a covered loss. In an appraisal, you and TWIA will each hire an independent person to determine the amount of the loss payable under the policy. Please be aware you will share the costs of the appraisal process equally with TWIA.

If there are still disagreements between the two appraisers, the appraisers will submit to an umpire they choose. If the appraisers cannot agree, then the Commissioner of Insurance will choose the umpire. The final appraisal decision is binding.

**How to request appraisal**

1. **Submit a request.** Call your examiner to request appraisal, or send your request via email to TWIA at claims@twia.org or mail to PO Box 99090, Austin, TX 78709-9090, Attention: Appraisal Request.

2. **Follow deadlines for appraisal.**

   - You have 60 days from the date you receive this notice to demand appraisal on the amount of loss that TWIA will pay
   - Because you have replacement cost coverage you may still request appraisal for qualifying items up to the 545-day deadline to provide documentation of cost and completion of repairs.
   - You may request appraisal regardless of whether repairs have been completed or not.

   You may request the 60-day period to request appraisal be extended for 30 days. You'll need to file a written request with TWIA demonstrating good cause for why the period should be extended within 75 days. **If you do not request appraisal within the deadline, you waive your right to contest TWIA's determination of the amount of loss**

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

## LEGAL NOTICE

TWIA's evaluation was intended to establish the coverage available to you under your policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions or requirements of the policy or any of your rights or the rights of TWIA under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. TWIA expressly reserves all rights under the policy, at law and in equity whether or not expressly identified in this letter.

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
8405 Winningham Ln
Houston, Texas 77055-7531

# Cover Letter

Date: August 16, 2024
Insured: David Mohun, Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371

Dear David Mohun, Kristen Mohun,

I sincerely appreciate your taking the time to speak with me regarding your claim. To better serve our customers, we would appreciate your thoughts about your claims experience. Please visit https://research.net/s/twia to provide feedback about your claims experience. Thank you in advance for your time and opinion. Please see attached document(s).

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | E-mail: | [redacted] |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/12/2024 9:02 AM | | |

Price List: TXGA8X_AUG24
Restoration/Service/Remodel
Estimate: DAVID_MOHUN

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**DAVID_MOHUN**

**Risk**

**Exterior**

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Siding - vinyl | 386.00 SF | 0.51 | 0.00 | 39.38 | 236.24 | (0.00) | 236.24 |
| 2. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 3. Siding - vinyl | 509.30 SF | 4.94 | 89.50 | 521.08 | 3,126.52 | (303.75) | 2,822.77 |
| 4. Soffit - metal/vinyl - Detach & reset | 114.58 SF | 3.47 | 0.28 | 79.58 | 477.45 | (0.00) | 477.45 |
| 5. R&R Wrap wood window frame & trim with aluminum sheet | 5.00 EA | 282.37 | 27.89 | 287.96 | 1,727.70 | (94.65) | 1,633.05 |
| 6. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 7. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 8. Door numbers/letters - Detach & reset | 5.00 EA | 13.45 | 0.00 | 13.46 | 80.71 | (0.00) | 80.71 |
| 9. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 30.00 LF | 2.53 | 0.27 | 15.24 | 91.41 | (2.48) | 88.93 |
| 10. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 11. R&R Window screen, 1 - 9 SF | 5.00 EA | 46.35 | 15.10 | 49.38 | 296.23 | (85.42) | 210.81 |
| **Totals: Front Elevation** | | | **143.78** | **1,325.08** | **7,950.17** | **504.71** | **7,445.46** |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12. Siding - vinyl | 48.00 SF | 4.94 | 8.43 | 49.10 | 294.65 | (28.63) | 266.02 |
| 13. Soffit - metal/vinyl - Detach & reset | 110.00 SF | 3.47 | 0.27 | 76.40 | 458.37 | (0.00) | 458.37 |
| 14. R&R Vinyl outside corner post | 85.00 LF | 9.13 | 26.30 | 160.48 | 962.83 | (89.25) | 873.58 |
| 15. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 16. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 17. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 18. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 9.86 | 59.23 | (17.08) | 42.15 |
| **Totals: Right Elevation** | | | **102.14** | **988.34** | **5,929.99** | **352.58** | **5,577.41** |

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

### CONTINUED - Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 19. R&R Vinyl outside corner post | 40.00 LF | 9.13 | 12.38 | 75.52 | 453.10 | (42.00) | 411.10 |
| 20. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 21. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 22. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 23. R&R Window screen, 1 - 9 SF | 2.00 EA | 46.35 | 6.04 | 19.74 | 118.48 | (34.17) | 84.31 |
| **Totals: Rear Elevation** | | | **82.54** | **787.76** | **4,726.49** | **293.79** | **4,432.70** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 24. Remove Siding - vinyl | 826.00 SF | 0.51 | 0.00 | 84.26 | 505.52 | (0.00) | 505.52 |
| 25. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 26. Siding - vinyl | 826.00 SF | 4.94 | 145.15 | 845.12 | 5,070.71 | (492.63) | 4,578.08 |
| 27. Soffit - metal/vinyl - Detach & reset | 101.00 SF | 3.47 | 0.25 | 70.16 | 420.88 | (0.00) | 420.88 |
| 28. R&R Wrap wood window frame & trim with aluminum sheet | 1.00 EA | 282.37 | 5.58 | 57.60 | 345.55 | (18.93) | 326.62 |
| 29. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 30. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| **Totals: Left Elevation** | | | **158.96** | **1,359.72** | **8,158.09** | **520.59** | **7,637.50** |
| **Total: Exterior** | | | **487.42** | **4,460.90** | **26,764.74** | **1,671.67** | **25,093.07** |

### Interior




**Game Room** **Height: 8'**

| | | | |
|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling |
| 1047.79 | SF Walls & Ceiling | 393.13 | SF Floor |
| 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 81.83 | LF Ceil. Perimeter | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 12.12 | 72.71 | (0.00) | 72.71 |
| 32. Mask the floor per square foot - plastic and tape - 4 mil | 393.13 SF | 0.32 | 2.27 | 25.62 | 153.69 | (0.00) | 153.69 |
| 33. Mask and prep for paint - plastic, paper, tape (per LF) | 81.83 LF | 1.79 | 1.82 | 29.66 | 177.96 | (0.00) | 177.96 |
| 34. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 4.10 | 24.64 | (0.08) | 24.56 |
| 35. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 3.22 | 19.36 | (0.13) | 19.23 |
| 36. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 0.96 | 5.80 | (0.10) | 5.70 |
| 37. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 2.42 | 14.45 | (0.01) | 14.44 |
| 38. Paint the walls - two coats | 654.67 SF | 1.25 | 14.04 | 166.46 | 998.84 | (34.04) | 964.80 |
| 39. R&R Quarter round - 3/4" | 10.00 LF | 2.27 | 0.88 | 4.72 | 28.30 | (0.21) | 28.09 |
| 40. R&R Baseboard - 3 1/4" | 10.00 LF | 4.70 | 1.56 | 9.72 | 58.28 | (0.38) | 57.90 |
| 41. Seal & paint base shoe or quarter round | 81.83 LF | 1.08 | 0.88 | 17.86 | 107.12 | (2.13) | 104.99 |
| 42. Paint baseboard - one coat | 81.83 LF | 1.28 | 0.74 | 21.08 | 126.56 | (1.80) | 124.76 |
| 43. Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | 48.95 | 0.54 | 9.90 | 59.39 | (1.30) | 58.09 |
| 44. Final cleaning - construction - Residential | 393.13 SF | 0.29 | 11.29 | 22.80 | 148.10 | (0.00) | 148.10 |
| **Totals: Game Room** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Interior** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |

### Debris Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 45. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 627.50 | 0.00 | 125.50 | 753.00 | (0.00) | 753.00 |
| **Totals: Debris Removal** | | | **0.00** | **125.50** | **753.00** | **0.00** | **753.00** |
| **Total: Risk** | | | **522.40** | **4,917.04** | **29,512.94** | **1,711.85** | **27,801.09** |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 46. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 105.76 | 634.52 | (0.00) | 634.52 |
| 47. Finish carpentry labor minimum | 1.00 EA | 173.76 | 0.00 | 34.76 | 208.52 | (0.00) | 208.52 |
| 48. Window labor minimum | 1.00 EA | 168.12 | 0.00 | 33.62 | 201.74 | (0.00) | 201.74 |
| 49. Cleaning labor minimum* | 1.00 EA | 1.17 | 0.12 | 0.24 | 1.53 | (0.00) | 1.53 |
| 50. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 0.28 | 1.69 | (0.00) | 1.69 |

TWIA 001986

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 51. Finish hardware labor minimum | 1.00 EA | 89.81 | 0.00 | 17.96 | 107.77 | (0.00) | 107.77 |
| 52. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 26.54 | 159.28 | (0.00) | 159.28 |
| **Totals: Labor Minimums Applied** | | | **0.12** | **219.16** | **1,315.05** | **0.00** | **1,315.05** |
| **Line Item Totals: DAVID_MOHUN** | | | **522.52** | **5,136.20** | **30,827.99** | **1,711.85** | **29,116.14** |

| **Additional Charges** | **Charge** |
|---|---|
| Permit | 154.14 |
| **Additional Charges Total** | **$154.14** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling | 1,047.79 | SF Walls and Ceiling |
| 393.13 | SF Floor | 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 81.83 | LF Ceil. Perimeter |
| 393.13 | Floor Area | 420.85 | Total Area | 654.67 | Interior Wall Area |
| 6,016.99 | Exterior Wall Area | 84.50 | Exterior Perimeter of Walls | | |
| 2,745.95 | Surface Area | 27.46 | Number of Squares | 374.83 | Total Perimeter Length |
| 26.99 | Total Ridge Length | 175.85 | Total Hip Length | | |



TWIA_MOHUN_CLAIM FILE_000155

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---:|
| Line Item Total | 25,169.27 |
| Permit | 154.14 |
| Material Sales Tax | 511.11 |
| Subtotal | 25,834.52 |
| Overhead | 2,583.51 |
| Profit | 2,583.51 |
| Cleaning Sales Tax | 11.41 |
| **Replacement Cost Value** | **$31,012.95** |
| Less Depreciation | (1,711.85) |
| **Actual Cash Value** | **$29,301.10** |
| Less Deductible | (8,540.00) |
| **Net Claim** | **$20,761.10** |
| Total Recoverable Depreciation | 1,711.85 |
| **Net Claim if Depreciation is Recovered** | **$22,472.95** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 2,568.10 | 2,568.10 | 511.11 | 0.00 | 11.41 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | | | |
| | 15.41 | 15.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **2,583.51** | **2,583.51** | **511.11** | **0.00** | **11.41** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: DAVID_MOHUN**

**Area: Risk**

| | | |
|---|---|---|
| **Area: Exterior** | | |
| Front Elevation | 6,481.31 | 25.75% |
| Right Elevation | 4,839.51 | 19.23% |
| Rear Elevation | 3,856.19 | 15.32% |
| Left Elevation | 6,639.41 | 26.38% |
| **Area Subtotal: Exterior** | 21,816.42 | 86.68% |
| **Area: Interior** | | |
| Game Room | 1,629.58 | 6.47% |
| **Area Subtotal: Interior** | 1,629.58 | 6.47% |
| Debris Removal | 627.50 | 2.49% |
| **Area Subtotal: Risk** | 24,073.50 | 95.65% |
| Labor Minimums Applied | 1,095.77 | 4.35% |
| **Subtotal of Areas** | 25,169.27 | 100.00% |
| **Total** | 25,169.27 | 100.00% |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 627.50 | | 627.50 |
| DRYWALL | 560.95 | 0.09 | 560.86 |
| MISC. EQUIPMENT - COMMERCIAL | 67.25 | | 67.25 |
| FINISH CARPENTRY / TRIMWORK | 243.46 | 0.59 | 242.87 |
| FINISH HARDWARE | 89.81 | | 89.81 |
| INSULATION | 148.34 | 0.13 | 148.21 |
| LABOR ONLY | 1.41 | | 1.41 |
| PAINTING | 1,413.39 | 41.85 | 1,371.54 |
| SCAFFOLDING | 2,551.36 | | 2,551.36 |
| SIDING | 17,383.45 | 1,504.38 | 15,879.07 |
| SOFFIT, FASCIA, & GUTTER | 1,367.66 | 28.14 | 1,339.52 |
| WINDOW REGLAZING & REPAIR | 370.80 | 136.67 | 234.13 |
| WINDOWS - WOOD | 168.12 | | 168.12 |
| O&P Items Subtotal | 25,169.27 | 1,711.85 | 23,457.42 |
| Permits and Fees | 154.14 | | 154.14 |
| Material Sales Tax | 511.11 | | 511.11 |
| Overhead | 2,583.51 | | 2,583.51 |
| Profit | 2,583.51 | | 2,583.51 |
| Cleaning Sales Tax | 11.41 | | 11.41 |
| Total | 31,012.95 | 1,711.85 | 29,301.10 |

TWIA 001991

# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)




### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

**TDI** | Texas Department of Insurance

Building or repairing a home on the Texas coast?

You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)




Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at 1-800-248-6032, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling 1-800-788-8247.

TDI | Texas Department of Insurance

TWIA 001992

# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI** | **Departamento de Seguros de Texas**

cb002ES.0919


# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




Harris *
Jefferson
Chambers
Galveston
Brazoria
Matagorda
Refugio
San Patricio
Calhoun
Aransas
Nueces
Kleberg
Kenedy
Willacy
Cameron
*Incluye solamente la parte del Condado de Harris al este de la Carretera 146.

## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI** | **Departamento de Seguros de Texas**


cb002ES

TWIA_MOHUN_CLAIM FILE_000161

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
Kristen Mohun
8405 Winningham Ln.
Houston, TX 77055-7531

# Important: Response to Your Claim Submission

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371

You recently submitted a claim to Texas Windstorm Insurance Association (TWIA). Please read this document carefully because it provides specific information concerning how your TWIA claim is processed.

After carefully reviewing the details of your claim, we have reached a determination. The enclosed Notice of Claim Acceptance provides important details of our determination which includes any claim payment amount.

We are here to help you through the claims process so you can recover as quickly as possible. If you have any questions or concerns, please contact us.

**Contact Options:**
TWIA's Claims Center offers you instant online access to your claim information and services, including the option to message the team handling your claim at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. If you would prefer to speak with us directly, we also have a 24-hour claims customer care line at (800) 788-8247.

**Enclosures:**

- Notice of Claim Acceptance
- If and When You Make Repairs
- If You Disagree with the Amount of Loss
- Legal Notice
- Our Estimate of Your Repairs

# Notice of Claim Acceptance

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location(s): 22306 Isle View Dr, Galveston, TX 77554

Dear David and Kristen Mohun,

This letter is to inform you that we have accepted your dwelling claim in full. We estimate the amount of loss we will pay is $22,472.95. We are issuing a payment of $20,761.10 to you which represents the amount of loss, less depreciation.

We understand your property was damaged by wind or hail on July 08, 2024. We confirmed your policy covers the following damages:

- Damage to the siding
- Damage to the window screens and wraps
- Damage to the soffit and fascia
- Damage to the game room

Please review the enclosed estimate, which explains how we determined the amount of loss. We are mailing your check separately. It could take 7-10 business days to receive your check. We estimate an additional amount of up to $1,711.85 is available to you as recoverable depreciation when we receive documentation for the cost and completion of repairs.

**If you request the recoverable depreciation you will need to show proof you have paid your deductible.** This can be in the form of a cancelled check, money order receipt, credit card statement, or copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time. No depreciation will be released without proof of payment of your deductible.

**How we came up with your claim payment amount:**

- Your claim payment amount is based on an estimate to repair your property, minus non-recoverable depreciation, if applicable, and your deductible.
- The estimate is based on covered damages we found and any information you gave to us.

- **This is only an estimate of what it will cost to repair your property and it is possible the total cost may be different.**

**Your next steps:**

- Provide our estimate to whomever will perform the work and begin repairs.
- If you agree with the amount of loss, begin work.
- If our estimate is not enough, contact TWIA and request a supplemental payment. This must be done within 545 days of this notice.
- If additional damages are discovered while making repairs, please contact TWIA. You have one year from the date of loss to present these to TWIA.

**There are mandated timelines associated with disputing the amount of the loss we will pay. See the section titled IF YOU DISAGREE WITH THE AMOUNT OF LOSS for more details.**

If you intend to claim any of the damages listed above, or if you have other questions, please contact us at 800-788-8247. You can also visit Claims Center at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html/
from your computer or mobile device to send a message, view and upload documents and photos and access the details of your claim.

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247**

Sincerely,

Patrick Morales
Claims Examiner
claims@twia.org

Please visit https://research.net/s/twia to provide feedback about your claims experience. Your input is valuable and will help us improve our services.

## HOW TO REQUEST YOUR RECOVERABLE DEPRECIATION

Replacement Cost Coverage pays the amount actually and necessarily spent to repair or replace the covered damaged property. The amount of recoverable depreciation you can receive is limited to the replacement cost. To submit your request for recoverable depreciation, please send us a copy of all paid invoices, bills, receipts, and proof of deductible payment showing the amounts you've paid. We will issue the additional amounts owed no later than 40 days after receiving your documentation. Your documentation for the cost and completion of repairs must be received within 545 days of the date that you receive this notice.

## IF AND WHEN YOU MAKE REPAIRS

Whether your claim is covered or not, you may still need to make repairs to your property. Those repairs may require a Certificate of Compliance. Policyholders are responsible for costs incurred in obtaining a Certificate of Compliance.

A Certificate of Compliance confirms a structure meets the windstorm building code for the area and is an eligibility requirement for coverage with TWIA.

**To be eligible for insurance through TWIA**:

- Many structural repairs must be certified by the Texas Department of Insurance (TDI) or a Texas licensed professional engineer.
- TDI issues Certificates of Compliance (WPI-8) for repairs that are in progress. See TDI's website for more information, including a list of repairs that do not need certification: www.tdi.texas.gov/wind/index.html

  **TDI contact information**
  Phone: (800) 248-6032
  Email: windstorm@tdi.texas.gov
  Mail: TDI Windstorm Inspections Program, P.O. Box 149104, Austin, TX 78714-9104
- For other information about TWIA eligibility: www.twia.org/coverage-eligibility

## IF YOU DISAGREE WITH THE AMOUNT OF LOSS

We want you to understand our determination regarding your claim. You may request a detailed summary of how we determined the amount of loss we will pay. The amount of loss may include the cost to repair or replace covered property, business income loss, business personal property or contents, and other covered items. Please contact us at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. You may also call us at (800) 788-8247 or email claims@twia.org. Please include your claim number, name, and contact information on all communications.

**Appraisal**

Appraisal is a formal process to handle disputes over the amount of a covered loss. In an appraisal, you and TWIA will each hire an independent person to determine the amount of the loss payable under the policy. Please be aware you will share the costs of the appraisal process equally with TWIA.

If there are still disagreements between the two appraisers, the appraisers will submit to an umpire they choose. If the appraisers cannot agree, then the Commissioner of Insurance will choose the umpire. The final appraisal decision is binding.

**How to request appraisal**

1. **Submit a request.** Call your examiner to request appraisal, or send your request via email to TWIA at claims@twia.org or mail to PO Box 99090, Austin, TX 78709-9090, Attention: Appraisal Request.

2. **Follow deadlines for appraisal.**

   - You have 60 days from the date you receive this notice to demand appraisal on the amount of loss that TWIA will pay
   - Because you have replacement cost coverage you may still request appraisal for qualifying items up to the 545-day deadline to provide documentation of cost and completion of repairs.
   - You may request appraisal regardless of whether repairs have been completed or not.

   You may request the 60-day period to request appraisal be extended for 30 days. You'll need to file a written request with TWIA demonstrating good cause for why the period should be extended within 75 days. **If you do not request appraisal within the deadline, you waive your right to contest TWIA's determination of the amount of loss**

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

## LEGAL NOTICE

TWIA's evaluation was intended to establish the coverage available to you under your policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions or requirements of the policy or any of your rights or the rights of TWIA under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. TWIA expressly reserves all rights under the policy, at law and in equity whether or not expressly identified in this letter.

**Texas Windstorm Insurance Association**
PO Box 99090 Austin, TX 78709-9090
(800) 788-8247 | www.twia.org

Jordanne Brisby

| | |
|---|---|
| From: | Steven Yood <s.yood@TWIA.ORG> |
| Sent: | Tuesday, July 8, 2025 4:19 PM |
| To: | TWIA.special |
| Cc: | TWIA.Litigation |
| Subject: | FW: Letters of Representation, Claim Numbers , 1196371 |
| Attachments: | Letter of Representation (Bell).pdf; Letter of Representation (Mohun).pdf; Letter of Representation (Stewart).pdf |

Steven Yood
Claims Coordinator | Claims
Texas Windstorm Insurance Association
Texas FAIR Plan Association

s.yood@twia.org
Direct | 512-505-2112
TWIA | 800-788-8247
TFPA | 800-979-6440
Facebook | LinkedIn

From: Michael Fridman <mfridman@hodgefirm.com>
Sent: Tuesday, July 8, 2025 3:44 PM
To: claims@twia.org
Cc: David Salyer <dpsalyer@mapalaw.com>; Shaun Hodge <shodge@hodgefirm.com>
Subject: Letters of Representation, Claim Numbers 1201253, 1196371 & 1196488

CAUTION: This email originated from outside of the organization. Do not reply with sensitive information or click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Please find letters of representation attached.

Thanks,
Michael

Michael Fridman
**HODGE LAW FIRM, PLLC**
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
(409) 762-5000
Fax: (409) 763-2300
mfridman@hodgefirm.com
hodgefirm.com

*This e-mail message and any files or attachments transmitted with it contain confidential and private information which is protected by the attorney-client and work-product privileges. This information is intended only for use by the recipient. Disclosure, copying,*

*distribution, or taking any action on the contents of this e-mail is legally prohibited. If you have received this e-mail in error, please communicate with the sender immediately and destroy the original.*