THE HODGE LAW FIRM
Your Justice is Our Passion

1301 Market Street
Galveston, TX 77550
(409) 762-5000
Fax (409) 763-2300
WWW.HODGEFIRM.COM

July 8, 2025

*VIA* *EMAIL: claims@twia.org*
Texas Windstorm Insurance Association
4801 Southwest Parkway, Building 1, Suite 200
Austin, TX 78735
P.O. Box 99090, Austin, TX 78709

Re:

| | |
|---|---|
| Insured: | Stewart, Alicia |
| Policy Number: | TWRD0001094575 |
| Claim Number: | 1196488 |
| Loss Location: | 1820 Market St. Galveston, TX |

**LETTER OF REPRESENTATION**

This letter serves as notice of my representation of Alicia Stewart for the above-referenced claim number. All communications should be directed to my attention. If you have any questions, please feel free to contact my office.

Sincerely,

Shaun W. Hodge

THE HODGE LAW FIRM
*Your Justice is Our Passion*

1301 MARKET STREET
GALVESTON, TX 77550
(409) 762-5000
FAX (409) 763-2300
WWW.HODGEFIRM.COM

July 8, 2025

*VIA EMAIL: claims@twia.org*
Texas Windstorm Insurance Association
4801 Southwest Parkway, Building 1, Suite 200
Austin, TX 78735
P.O. Box 99090, Austin, TX 78709

Re:

| | |
|---|---|
| Insured: | David Mohun, Kristen Mohun |
| Policy Number: | TWRD0000713215 |
| Claim Number: | 1196371 |
| Loss Location: | 22306 Isle View Dr Galveston, TX |

**LETTER OF REPRESENTATION**

This letter serves as notice of my representation of David and Kristen Mohun for the above-referenced claim number. All communications should be directed to my attention. If you have any questions, please feel free to contact my office.

Sincerely,

Shaun W. Hodge

THE HODGE LAW FIRM
Your Justice is Our Passion

1301 Market Street
Galveston, TX 77550
(409) 762-5000
Fax (409) 763-2300
WWW.HODGEFIRM.COM

July 8, 2025

*VIA EMAIL: claims@twia.org*
Texas Windstorm Insurance Association
4801 Southwest Parkway, Building 1, Suite 200
Austin, TX 78735
P.O. Box 99090, Austin, TX 78709

Re:

| | |
|---|---|
| Insured: | Ernestine Bell |
| Policy Number: | TWRD0000619955 |
| Claim Number: | 1201253 |
| Loss Location: | 16704 Ponce De Leon, Jamaica Beach, TX |

**LETTER OF REPRESENTATION**

This letter serves as notice of my representation of Ernestine Bell for the above-referenced claim number. All communications should be directed to my attention. If you have any questions, please feel free to contact my office.

Sincerely,

Shaun W. Hodge

TWIA 002004

**Melissa Carl**

---

| | |
|---|---|
| **From:** | TWIA Claims System <claims@twia.org> |
| **Sent:** | 3 Oct 2024 02:57:53 PM |
| **To:** | shodge@hodgefirm.com |
| **Subject:** | No named Appraiser letter |
| **Attachments:** | 1196371 Appraisal Acknowledgement - No Named Appraiser |

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

October 3, 2024

Please review attached. Thank you!

Melissa Carl
512-686-0971


**TWIA_MOHUN_CLAIM FILE_000173**

Jordanne Brisby

| | |
|---|---|
| From: | Steven Yood <s.yood@TWIA.ORG> |
| Sent: | Tuesday, July 8, 2025 5:18 PM |
| To: | TWIA.special |
| Cc: | TWIA.Litigation |
| Subject: | FW: Notices of Intent to File Legal Action, Claim Number, 1196371 |
| Attachments: | TWIA Intent to Litigate (Mohun).pdf; TWIA Intent to Litigate (Stewart).pdf; TWIA Intent to Litigate (Bell).pdf |

Steven Yood
Claims Coordinator | Claims
Texas Windstorm Insurance Association
Texas FAIR Plan Association

s.yood@twia.org
Direct | 512-505-2112
TWIA | 800-788-8247
TFPA | 800-979-6440
Facebook | LinkedIn

From: Michael Fridman <mfridman@hodgefirm.com>
Sent: Tuesday, July 8, 2025 4:49 PM
To: claims@twia.org
Cc: David Salyer <dpsalyer@mapalaw.com>; Shaun Hodge <shodge@hodgefirm.com>
Subject: Notices of Intent to File Legal Action, Claim Numbers 1201253, 1196371 & 1196488

CAUTION: This email originated from outside of the organization. Do not reply with sensitive information or click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Please find notices of intent to file legal action attached.

Thanks,
Michael

Michael Fridman
**HODGE LAW FIRM, PLLC**
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
(409) 762-5000
Fax: (409) 763-2300
mfridman@hodgefirm.com
hodgefirm.com

*This e-mail message and any files or attachments transmitted with it contain confidential and private information which is protected by the attorney-client and work-product privileges. This information is intended only for use by the recipient. Disclosure, copying,*

*distribution, or taking any action on the contents of this e-mail is legally prohibited. If you have received this e-mail in error, please communicate with the sender immediately and destroy the original.*

# NOTICE OF INTENT TO FILE LEGAL ACTION

If you disagree with TWIA's coverage determination on your denied claim, you may sign and date the form below and return it to us to provide your notice of intent to sue. You are not required to use this form to provide notice of intent to sue.

By providing notice of intent to sue, you are stating the following:

- I have received TWIA's NOTICE OF DENIAL IN PART.
- I am providing this form to TWIA as my notice of intent to bring a legal action against TWIA concerning the denial of my claim.

NAME: Ernestine Bell

CLAIM NUMBER: 1201253

POLICYHOLDER SIGNATURE: [signature] Hodge Law Firm, PLLC for the Insured

DATE: July 8, 2025

Please return this form to TWIA by mail or email:

MAIL
Attn. Appraisal Request
P.O. Box 99090
Austin, TX 78709-9090

EMAIL
claims@twia.org

# NOTICE OF INTENT TO FILE LEGAL ACTION

If you disagree with TWIA's coverage determination on your denied claim, you may sign and date the form below and return it to us to provide your notice of intent to sue. You are not required to use this form to provide notice of intent to sue.

By providing notice of intent to sue, you are stating the following:

- I have received TWIA's NOTICE OF DENIAL IN PART.
- I am providing this form to TWIA as my notice of intent to bring a legal action against TWIA concerning the denial of my claim.

NAME: David Mohun, Kristen Mohun

CLAIM NUMBER: 1196371

POLICYHOLDER SIGNATURE: [signature] Hodge Law Firm, PLLC for the Insured

DATE: July 8, 2025

Please return this form to TWIA by mail or email:

MAIL
Attn. Appraisal Request
P.O. Box 99090
Austin, TX 78709-9090

EMAIL
claims@twia.org

# NOTICE OF INTENT TO FILE LEGAL ACTION

If you disagree with TWIA's coverage determination on your denied claim, you may sign and date the form below and return it to us to provide your notice of intent to sue. You are not required to use this form to provide notice of intent to sue.

By providing notice of intent to sue, you are stating the following:

- I have received TWIA's NOTICE OF DENIAL IN PART.
- I am providing this form to TWIA as my notice of intent to bring a legal action against TWIA concerning the denial of my claim.

NAME: Stewart, Alicia

CLAIM NUMBER: 1196488

POLICYHOLDER SIGNATURE: [signature] Hodge Law Firm, PLLC for the Insured

DATE: July 8, 2025

Please return this form to TWIA by mail or email:

MAIL
Attn. Appraisal Request
P.O. Box 99090
Austin, TX 78709-9090

EMAIL
claims@twia.org

Jordanne Brisby

| | |
|---|---|
| From: | James Paul <jpaul@TWIA.ORG> |
| Sent: | Monday, September 30, 2024 4:20 PM |
| To: | TWIA.Litigation |
| Cc: | TWIA.special |
| Subject: | FW: TWIA Claim 1196371 |

From: Shaun Hodge <shodge@hodgefirm.com>
Sent: Monday, September 30, 2024 3:04 PM
To: claims@twia.org
Subject: TWIA Claim 1196371

CAUTION: This email originated from outside of the organization. Do not reply with sensitive information or click links or open attachments unless you recognize the sender and know the content is safe.

Please accept this as my notice of representation of Mr. David Mohun regarding the above referenced claim number. Please accept this as notice of invocation of the appraisal process for the accepted claim.

Thanks,

Shaun W. Hodge
HODGE LAW FIRM, PLLC
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
(409) 762-5000
Fax: (409) 763-2300
shodge@hodgefirm.com
hodgefirm.com

This e-mail message and any files or attachments transmitted with it contain confidential and private information which is protected by the attorney-client and work-product privileges. This information is intended only for use by the recipient. Disclosure, copying, distribution, or taking any action on the contents of this e-mail is legally prohibited. If you have received this e-mail in error, please communicate with the sender immediately and destroy the original.

TWIA 002011

# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)




### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

**TDI** Texas Department of Insurance

# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)




### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

**TDI** Texas Department of Insurance

TWIA_MOHUN_CLAIM FILE_000180

TWIA 002012

# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI** | Departamento de Seguros de Texas

cb002ES.0919


# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).






## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI** | Departamento de Seguros de Texas


cb002ES

TWIA_MOHUN_CLAIM FILE_000181

Jordanne Brisby

From: TWIA Claims System <claims@twia.org>
Sent: Friday, August 16, 2024 2:30 PM
To: [redacted]
Subject: Your Claim 1196371 Has Been Updated
Attachments: Letterhead_Blank_Document.pdf

TEXAS WINDSTORM INSURANCE ASSOCIATION

August 16, 2024

David Mohun,

Your claim has been updated with a new document or message that is available online in our Claims Center.

Existing users, please login to Claims Center for Policyholders (full URL listed below).

New users must first register for Claims Center for Policyholders (full URL listed below).

Texas Windstorm Insurance Association (TWIA) policyholders can register and log in to Claims Center from a computer or mobile device to access claim status and details, view payment history, view and upload documents, and message with representatives assigned to the claim.

Thank you,

Texas Windstorm Insurance Association
Full URL to login to TWIA Claims Center for Policyholders:
https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html
Full URL to register for TWIA Claims Center for Policyholders:
https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html#/auth/twiaSignupEnrollment

Please do not reply to this email. This mailbox cannot receive messages.
Have questions or need assistance? Contact TWIA 24 hours a day at (800) 788-8247.

------------

Confidentiality Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized retention, review, printing, copying, disclosure or distribution is prohibited. Think you received this message in error? If you are not one of the intended recipients, please contact us at (800) 788-8247, destroy all copies of the original message and keep the information contained here confidential.

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
8405 Winningham Ln
Houston, Texas 77055-7531

# Cover Letter

Date: August 16, 2024
Insured: David Mohun, Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371

Dear David Mohun, Kristen Mohun,

I sincerely appreciate your taking the time to speak with me regarding your claim. To better serve our customers, we would appreciate your thoughts about your claims experience. Please visit https://research.net/s/twia to provide feedback about your claims experience. Thank you in advance for your time and opinion. Please see attached document(s).

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/12/2024 9:02 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | DAVID_MOHUN |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**DAVID_MOHUN**

**Risk**

**Exterior**

**Front Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Siding - vinyl | 386.00 SF | 0.51 | 0.00 | 39.38 | 236.24 | (0.00) | 236.24 |
| 2. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 3. Siding - vinyl | 509.30 SF | 4.94 | 89.50 | 521.08 | 3,126.52 | (303.75) | 2,822.77 |
| 4. Soffit - metal/vinyl - Detach & reset | 114.58 SF | 3.47 | 0.28 | 79.58 | 477.45 | (0.00) | 477.45 |
| 5. R&R Wrap wood window frame & trim with aluminum sheet | 5.00 EA | 282.37 | 27.89 | 287.96 | 1,727.70 | (94.65) | 1,633.05 |
| 6. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 7. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 8. Door numbers/letters - Detach & reset | 5.00 EA | 13.45 | 0.00 | 13.46 | 80.71 | (0.00) | 80.71 |
| 9. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 30.00 LF | 2.53 | 0.27 | 15.24 | 91.41 | (2.48) | 88.93 |
| 10. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 11. R&R Window screen, 1 - 9 SF | 5.00 EA | 46.35 | 15.10 | 49.38 | 296.23 | (85.42) | 210.81 |
| **Totals: Front Elevation** | | | **143.78** | **1,325.08** | **7,950.17** | **504.71** | **7,445.46** |

**Right Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12. Siding - vinyl | 48.00 SF | 4.94 | 8.43 | 49.10 | 294.65 | (28.63) | 266.02 |
| 13. Soffit - metal/vinyl - Detach & reset | 110.00 SF | 3.47 | 0.27 | 76.40 | 458.37 | (0.00) | 458.37 |
| 14. R&R Vinyl outside corner post | 85.00 LF | 9.13 | 26.30 | 160.48 | 962.83 | (89.25) | 873.58 |
| 15. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 16. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 17. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 18. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 9.86 | 59.23 | (17.08) | 42.15 |
| **Totals: Right Elevation** | | | **102.14** | **988.34** | **5,929.99** | **352.58** | **5,577.41** |

**Rear Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Rear Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 19. R&R Vinyl outside corner post | 40.00 LF | 9.13 | 12.38 | 75.52 | 453.10 | (42.00) | 411.10 |
| 20. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 21. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 22. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 23. R&R Window screen, 1 - 9 SF | 2.00 EA | 46.35 | 6.04 | 19.74 | 118.48 | (34.17) | 84.31 |
| **Totals: Rear Elevation** | | | **82.54** | **787.76** | **4,726.49** | **293.79** | **4,432.70** |

**Left Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 24. Remove Siding - vinyl | 826.00 SF | 0.51 | 0.00 | 84.26 | 505.52 | (0.00) | 505.52 |
| 25. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 26. Siding - vinyl | 826.00 SF | 4.94 | 145.15 | 845.12 | 5,070.71 | (492.63) | 4,578.08 |
| 27. Soffit - metal/vinyl - Detach & reset | 101.00 SF | 3.47 | 0.25 | 70.16 | 420.88 | (0.00) | 420.88 |
| 28. R&R Wrap wood window frame & trim with aluminum sheet | 1.00 EA | 282.37 | 5.58 | 57.60 | 345.55 | (18.93) | 326.62 |
| 29. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 30. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| **Totals: Left Elevation** | | | **158.96** | **1,359.72** | **8,158.09** | **520.59** | **7,637.50** |
| **Total: Exterior** | | | **487.42** | **4,460.90** | **26,764.74** | **1,671.67** | **25,093.07** |

**Interior**




**Game Room** **Height: 8'**

| | |
|---|---|
| 654.67 SF Walls | 393.13 SF Ceiling |
| 1047.79 SF Walls & Ceiling | 393.13 SF Floor |
| 43.68 SY Flooring | 81.83 LF Floor Perimeter |
| 81.83 LF Ceil. Perimeter | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 12.12 | 72.71 | (0.00) | 72.71 |
| 32. Mask the floor per square foot - plastic and tape - 4 mil | 393.13 SF | 0.32 | 2.27 | 25.62 | 153.69 | (0.00) | 153.69 |
| 33. Mask and prep for paint - plastic, paper, tape (per LF) | 81.83 LF | 1.79 | 1.82 | 29.66 | 177.96 | (0.00) | 177.96 |
| 34. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 4.10 | 24.64 | (0.08) | 24.56 |
| 35. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 3.22 | 19.36 | (0.13) | 19.23 |
| 36. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 0.96 | 5.80 | (0.10) | 5.70 |
| 37. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 2.42 | 14.45 | (0.01) | 14.44 |
| 38. Paint the walls - two coats | 654.67 SF | 1.25 | 14.04 | 166.46 | 998.84 | (34.04) | 964.80 |
| 39. R&R Quarter round - 3/4" | 10.00 LF | 2.27 | 0.88 | 4.72 | 28.30 | (0.21) | 28.09 |
| 40. R&R Baseboard - 3 1/4" | 10.00 LF | 4.70 | 1.56 | 9.72 | 58.28 | (0.38) | 57.90 |
| 41. Seal & paint base shoe or quarter round | 81.83 LF | 1.08 | 0.88 | 17.86 | 107.12 | (2.13) | 104.99 |
| 42. Paint baseboard - one coat | 81.83 LF | 1.28 | 0.74 | 21.08 | 126.56 | (1.80) | 124.76 |
| 43. Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | 48.95 | 0.54 | 9.90 | 59.39 | (1.30) | 58.09 |
| 44. Final cleaning - construction - Residential | 393.13 SF | 0.29 | 11.29 | 22.80 | 148.10 | (0.00) | 148.10 |
| **Totals: Game Room** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |
| **Total: Interior** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 45. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 627.50 | 0.00 | 125.50 | 753.00 | (0.00) | 753.00 |
| **Totals: Debris Removal** | | | **0.00** | **125.50** | **753.00** | **0.00** | **753.00** |
| **Total: Risk** | | | **522.40** | **4,917.04** | **29,512.94** | **1,711.85** | **27,801.09** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 46. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 105.76 | 634.52 | (0.00) | 634.52 |
| 47. Finish carpentry labor minimum | 1.00 EA | 173.76 | 0.00 | 34.76 | 208.52 | (0.00) | 208.52 |
| 48. Window labor minimum | 1.00 EA | 168.12 | 0.00 | 33.62 | 201.74 | (0.00) | 201.74 |
| 49. Cleaning labor minimum* | 1.00 EA | 1.17 | 0.12 | 0.24 | 1.53 | (0.00) | 1.53 |
| 50. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 0.28 | 1.69 | (0.00) | 1.69 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 51. Finish hardware labor minimum | 1.00 EA | 89.81 | 0.00 | 17.96 | 107.77 | (0.00) | 107.77 |
| 52. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 26.54 | 159.28 | (0.00) | 159.28 |
| **Totals: Labor Minimums Applied** | | | **0.12** | **219.16** | **1,315.05** | **0.00** | **1,315.05** |
| **Line Item Totals: DAVID_MOHUN** | | | **522.52** | **5,136.20** | **30,827.99** | **1,711.85** | **29,116.14** |

| **Additional Charges** | **Charge** |
|---|---|
| Permit | 154.14 |
| **Additional Charges Total** | **$154.14** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling | 1,047.79 | SF Walls and Ceiling |
| 393.13 | SF Floor | 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 81.83 | LF Ceil. Perimeter |
| 393.13 | Floor Area | 420.85 | Total Area | 654.67 | Interior Wall Area |
| 6,016.99 | Exterior Wall Area | 84.50 | Exterior Perimeter of Walls | | |
| 2,745.95 | Surface Area | 27.46 | Number of Squares | 374.83 | Total Perimeter Length |
| 26.99 | Total Ridge Length | 175.85 | Total Hip Length | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 25,169.27 |
| Permit | 154.14 |
| Material Sales Tax | 511.11 |
| Subtotal | 25,834.52 |
| Overhead | 2,583.51 |
| Profit | 2,583.51 |
| Cleaning Sales Tax | 11.41 |
| **Replacement Cost Value** | **$31,012.95** |
| Less Depreciation | (1,711.85) |
| **Actual Cash Value** | **$29,301.10** |
| Less Deductible | (8,540.00) |
| **Net Claim** | **$20,761.10** |
| Total Recoverable Depreciation | 1,711.85 |
| **Net Claim if Depreciation is Recovered** | **$22,472.95** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 2,568.10 | 2,568.10 | 511.11 | 0.00 | 11.41 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | | | |
| | 15.41 | 15.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **2,583.51** | **2,583.51** | **511.11** | **0.00** | **11.41** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: DAVID_MOHUN**

**Area: Risk**

| | | |
|---|---|---|
| **Area: Exterior** | | |
| Front Elevation | 6,481.31 | 25.75% |
| Right Elevation | 4,839.51 | 19.23% |
| Rear Elevation | 3,856.19 | 15.32% |
| Left Elevation | 6,639.41 | 26.38% |
| **Area Subtotal: Exterior** | 21,816.42 | 86.68% |
| **Area: Interior** | | |
| Game Room | 1,629.58 | 6.47% |
| **Area Subtotal: Interior** | 1,629.58 | 6.47% |
| Debris Removal | 627.50 | 2.49% |
| **Area Subtotal: Risk** | 24,073.50 | 95.65% |
| Labor Minimums Applied | 1,095.77 | 4.35% |
| **Subtotal of Areas** | 25,169.27 | 100.00% |
| **Total** | 25,169.27 | 100.00% |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 627.50 | | 627.50 |
| DRYWALL | 560.95 | 0.09 | 560.86 |
| MISC. EQUIPMENT - COMMERCIAL | 67.25 | | 67.25 |
| FINISH CARPENTRY / TRIMWORK | 243.46 | 0.59 | 242.87 |
| FINISH HARDWARE | 89.81 | | 89.81 |
| INSULATION | 148.34 | 0.13 | 148.21 |
| LABOR ONLY | 1.41 | | 1.41 |
| PAINTING | 1,413.39 | 41.85 | 1,371.54 |
| SCAFFOLDING | 2,551.36 | | 2,551.36 |
| SIDING | 17,383.45 | 1,504.38 | 15,879.07 |
| SOFFIT, FASCIA, & GUTTER | 1,367.66 | 28.14 | 1,339.52 |
| WINDOW REGLAZING & REPAIR | 370.80 | 136.67 | 234.13 |
| WINDOWS - WOOD | 168.12 | | 168.12 |
| O&P Items Subtotal | 25,169.27 | 1,711.85 | 23,457.42 |
| Permits and Fees | 154.14 | | 154.14 |
| Material Sales Tax | 511.11 | | 511.11 |
| Overhead | 2,583.51 | | 2,583.51 |
| Profit | 2,583.51 | | 2,583.51 |
| Cleaning Sales Tax | 11.41 | | 11.41 |
| Total | 31,012.95 | 1,711.85 | 29,301.10 |

TWIA 002026

# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)




### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

TDI Texas Department of Insurance


# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)




### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

TDI Texas Department of Insurance

TWIA 002027

# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI** | Departamento de Seguros de Texas

cb002ES.0919

# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI** | Departamento de Seguros de Texas

cb002ES

David Mohun
Kristen Mohun
8405 Winningham Ln.
Houston, TX 77055-7531

# Important: Response to Your Claim Submission

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371

You recently submitted a claim to Texas Windstorm Insurance Association (TWIA). Please read this document carefully because it provides specific information concerning how your TWIA claim is processed.

After carefully reviewing the details of your claim, we have reached a determination. The enclosed Notice of Claim Acceptance provides important details of our determination which includes any claim payment amount.

We are here to help you through the claims process so you can recover as quickly as possible. If you have any questions or concerns, please contact us.

**Contact Options:**
TWIA's Claims Center offers you instant online access to your claim information and services, including the option to message the team handling your claim at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. If you would prefer to speak with us directly, we also have a 24-hour claims customer care line at (800) 788-8247.

**Enclosures:**
- Notice of Claim Acceptance
- If and When You Make Repairs
- If You Disagree with the Amount of Loss
- Legal Notice
- Our Estimate of Your Repairs

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Notice of Claim Acceptance

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location(s): 22306 Isle View Dr, Galveston, TX 77554

Dear David and Kristen Mohun,

This letter is to inform you that we have accepted your dwelling claim in full. We estimate the amount of loss we will pay is $22,472.95. We are issuing a payment of $20,761.10 to you which represents the amount of loss, less depreciation.

We understand your property was damaged by wind or hail on July 08, 2024. We confirmed your policy covers the following damages:

- Damage to the siding
- Damage to the window screens and wraps
- Damage to the soffit and fascia
- Damage to the game room

Please review the enclosed estimate, which explains how we determined the amount of loss. We are mailing your check separately. It could take 7-10 business days to receive your check. We estimate an additional amount of up to $1,711.85 is available to you as recoverable depreciation when we receive documentation for the cost and completion of repairs.

**If you request the recoverable depreciation you will need to show proof you have paid your deductible.** This can be in the form of a cancelled check, money order receipt, credit card statement, or copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time. No depreciation will be released without proof of payment of your deductible.

**How we came up with your claim payment amount:**

- Your claim payment amount is based on an estimate to repair your property, minus non-recoverable depreciation, if applicable, and your deductible.
- The estimate is based on covered damages we found and any information you gave to us.

- **This is only an estimate of what it will cost to repair your property and it is possible the total cost may be different.**

**Your next steps:**

- Provide our estimate to whomever will perform the work and begin repairs.
- If you agree with the amount of loss, begin work.
- If our estimate is not enough, contact TWIA and request a supplemental payment. This must be done within 545 days of this notice.
- If additional damages are discovered while making repairs, please contact TWIA. You have one year from the date of loss to present these to TWIA.

**There are mandated timelines associated with disputing the amount of the loss we will pay. See the section titled IF YOU DISAGREE WITH THE AMOUNT OF LOSS for more details.**

If you intend to claim any of the damages listed above, or if you have other questions, please contact us at 800-788-8247. You can also visit Claims Center at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html/
from your computer or mobile device to send a message, view and upload documents and photos and access the details of your claim.

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247**

Sincerely,

Patrick Morales
Claims Examiner
claims@twia.org

Please visit https://research.net/s/twia to provide feedback about your claims experience. Your input is valuable and will help us improve our services.

## HOW TO REQUEST YOUR RECOVERABLE DEPRECIATION

Replacement Cost Coverage pays the amount actually and necessarily spent to repair or replace the covered damaged property. The amount of recoverable depreciation you can receive is limited to the replacement cost. To submit your request for recoverable depreciation, please send us a copy of all paid invoices, bills, receipts, and proof of deductible payment showing the amounts you've paid. We will issue the additional amounts owed no later than 40 days after receiving your documentation. Your documentation for the cost and completion of repairs must be received within 545 days of the date that you receive this notice.

## IF AND WHEN YOU MAKE REPAIRS

Whether your claim is covered or not, you may still need to make repairs to your property. Those repairs may require a Certificate of Compliance. Policyholders are responsible for costs incurred in obtaining a Certificate of Compliance.

A Certificate of Compliance confirms a structure meets the windstorm building code for the area and is an eligibility requirement for coverage with TWIA.

**To be eligible for insurance through TWIA**:

- Many structural repairs must be certified by the Texas Department of Insurance (TDI) or a Texas licensed professional engineer.
- TDI issues Certificates of Compliance (WPI-8) for repairs that are in progress. See TDI's website for more information, including a list of repairs that do not need certification: www.tdi.texas.gov/wind/index.html

  **TDI contact information**
  Phone: (800) 248-6032
  Email: windstorm@tdi.texas.gov
  Mail: TDI Windstorm Inspections Program, P.O. Box 149104, Austin, TX 78714-9104
- For other information about TWIA eligibility: www.twia.org/coverage-eligibility

## IF YOU DISAGREE WITH THE AMOUNT OF LOSS

We want you to understand our determination regarding your claim. You may request a detailed summary of how we determined the amount of loss we will pay. The amount of loss may include the cost to repair or replace covered property, business income loss, business personal property or contents, and other covered items. Please contact us at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. You may also call us at (800) 788-8247 or email claims@twia.org. Please include your claim number, name, and contact information on all communications.

**Appraisal**

Appraisal is a formal process to handle disputes over the amount of a covered loss. In an appraisal, you and TWIA will each hire an independent person to determine the amount of the loss payable under the policy. Please be aware you will share the costs of the appraisal process equally with TWIA.

If there are still disagreements between the two appraisers, the appraisers will submit to an umpire they choose. If the appraisers cannot agree, then the Commissioner of Insurance will choose the umpire. The final appraisal decision is binding.

**How to request appraisal**

1. **Submit a request.** Call your examiner to request appraisal, or send your request via email to TWIA at claims@twia.org or mail to PO Box 99090, Austin, TX 78709-9090, Attention: Appraisal Request.

2. **Follow deadlines for appraisal.**

    - You have 60 days from the date you receive this notice to demand appraisal on the amount of loss that TWIA will pay
    - Because you have replacement cost coverage you may still request appraisal for qualifying items up to the 545-day deadline to provide documentation of cost and completion of repairs.
    - You may request appraisal regardless of whether repairs have been completed or not.

    You may request the 60-day period to request appraisal be extended for 30 days. You'll need to file a written request with TWIA demonstrating good cause for why the period should be extended within 75 days. **If you do not request appraisal within the deadline, you waive your right to contest TWIA's determination of the amount of loss**

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

## LEGAL NOTICE

TWIA's evaluation was intended to establish the coverage available to you under your policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions or requirements of the policy or any of your rights or the rights of TWIA under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. TWIA expressly reserves all rights under the policy, at law and in equity whether or not expressly identified in this letter.

**Texas Windstorm Insurance Association**
PO Box 99090 Austin, TX 78709-9090
(800) 788-8247 | www.twia.org

Jordanne Brisby

From: TWIA Claims System <claims@twia.org>
Sent: Friday, August 16, 2024 2:30 PM
To: [redacted]
Subject: Your Claim 1196371 Has Been Updated
Attachments: Letterhead_Blank_Document.pdf

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

August 16, 2024

David Mohun,

Your claim has been updated with a new document or message that is available online in our Claims Center.

Existing users, please login to Claims Center for Policyholders (full URL listed below).

New users must first register for Claims Center for Policyholders (full URL listed below).

Texas Windstorm Insurance Association (TWIA) policyholders can register and log in to Claims Center from a computer or mobile device to access claim status and details, view payment history, view and upload documents, and message with representatives assigned to the claim.

Thank you,

Texas Windstorm Insurance Association
Full URL to login to TWIA Claims Center for Policyholders:
https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html
Full URL to register for TWIA Claims Center for Policyholders:
https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html#/auth/twiaSignupEnrollment

Please do not reply to this email. This mailbox cannot receive messages.
Have questions or need assistance? Contact TWIA 24 hours a day at (800) 788-8247.

------------

Confidentiality Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized retention, review, printing, copying, disclosure or distribution is prohibited. Think you received this message in error? If you are not one of the intended recipients, please contact us at (800) 788-8247, destroy all copies of the original message and keep the information contained here confidential.

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
8405 Winningham Ln
Houston, Texas 77055-7531

# Cover Letter

Date: August 16, 2024
Insured: David Mohun, Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371

Dear David Mohun, Kristen Mohun,

I sincerely appreciate your taking the time to speak with me regarding your claim. To better serve our customers, we would appreciate your thoughts about your claims experience. Please visit https://research.net/s/twia to provide feedback about your claims experience. Thank you in advance for your time and opinion. Please see attached document(s).

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/12/2024 9:02 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | DAVID_MOHUN |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

TWIA 002039

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**DAVID_MOHUN**

**Risk**

**Exterior**

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Siding - vinyl | 386.00 SF | 0.51 | 0.00 | 39.38 | 236.24 | (0.00) | 236.24 |
| 2. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 3. Siding - vinyl | 509.30 SF | 4.94 | 89.50 | 521.08 | 3,126.52 | (303.75) | 2,822.77 |
| 4. Soffit - metal/vinyl - Detach & reset | 114.58 SF | 3.47 | 0.28 | 79.58 | 477.45 | (0.00) | 477.45 |
| 5. R&R Wrap wood window frame & trim with aluminum sheet | 5.00 EA | 282.37 | 27.89 | 287.96 | 1,727.70 | (94.65) | 1,633.05 |
| 6. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 7. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 8. Door numbers/letters - Detach & reset | 5.00 EA | 13.45 | 0.00 | 13.46 | 80.71 | (0.00) | 80.71 |
| 9. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 30.00 LF | 2.53 | 0.27 | 15.24 | 91.41 | (2.48) | 88.93 |
| 10. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 11. R&R Window screen, 1 - 9 SF | 5.00 EA | 46.35 | 15.10 | 49.38 | 296.23 | (85.42) | 210.81 |
| **Totals: Front Elevation** | | | **143.78** | **1,325.08** | **7,950.17** | **504.71** | **7,445.46** |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12. Siding - vinyl | 48.00 SF | 4.94 | 8.43 | 49.10 | 294.65 | (28.63) | 266.02 |
| 13. Soffit - metal/vinyl - Detach & reset | 110.00 SF | 3.47 | 0.27 | 76.40 | 458.37 | (0.00) | 458.37 |
| 14. R&R Vinyl outside corner post | 85.00 LF | 9.13 | 26.30 | 160.48 | 962.83 | (89.25) | 873.58 |
| 15. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 16. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 17. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 18. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 9.86 | 59.23 | (17.08) | 42.15 |
| **Totals: Right Elevation** | | | **102.14** | **988.34** | **5,929.99** | **352.58** | **5,577.41** |

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|



TWIA_MOHUN_CLAIM FILE_000208

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

### CONTINUED - Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 19. R&R Vinyl outside corner post | 40.00 LF | 9.13 | 12.38 | 75.52 | 453.10 | (42.00) | 411.10 |
| 20. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 21. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 22. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 23. R&R Window screen, 1 - 9 SF | 2.00 EA | 46.35 | 6.04 | 19.74 | 118.48 | (34.17) | 84.31 |
| **Totals: Rear Elevation** | | | **82.54** | **787.76** | **4,726.49** | **293.79** | **4,432.70** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 24. Remove Siding - vinyl | 826.00 SF | 0.51 | 0.00 | 84.26 | 505.52 | (0.00) | 505.52 |
| 25. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 26. Siding - vinyl | 826.00 SF | 4.94 | 145.15 | 845.12 | 5,070.71 | (492.63) | 4,578.08 |
| 27. Soffit - metal/vinyl - Detach & reset | 101.00 SF | 3.47 | 0.25 | 70.16 | 420.88 | (0.00) | 420.88 |
| 28. R&R Wrap wood window frame & trim with aluminum sheet | 1.00 EA | 282.37 | 5.58 | 57.60 | 345.55 | (18.93) | 326.62 |
| 29. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 30. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| **Totals: Left Elevation** | | | **158.96** | **1,359.72** | **8,158.09** | **520.59** | **7,637.50** |
| **Total: Exterior** | | | **487.42** | **4,460.90** | **26,764.74** | **1,671.67** | **25,093.07** |

### Interior




**Game Room** **Height: 8'**

| | | | |
|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling |
| 1047.79 | SF Walls & Ceiling | 393.13 | SF Floor |
| 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 81.83 | LF Ceil. Perimeter | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 12.12 | 72.71 | (0.00) | 72.71 |
| 32. Mask the floor per square foot - plastic and tape - 4 mil | 393.13 SF | 0.32 | 2.27 | 25.62 | 153.69 | (0.00) | 153.69 |
| 33. Mask and prep for paint - plastic, paper, tape (per LF) | 81.83 LF | 1.79 | 1.82 | 29.66 | 177.96 | (0.00) | 177.96 |
| 34. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 4.10 | 24.64 | (0.08) | 24.56 |
| 35. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 3.22 | 19.36 | (0.13) | 19.23 |
| 36. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 0.96 | 5.80 | (0.10) | 5.70 |
| 37. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 2.42 | 14.45 | (0.01) | 14.44 |
| 38. Paint the walls - two coats | 654.67 SF | 1.25 | 14.04 | 166.46 | 998.84 | (34.04) | 964.80 |
| 39. R&R Quarter round - 3/4" | 10.00 LF | 2.27 | 0.88 | 4.72 | 28.30 | (0.21) | 28.09 |
| 40. R&R Baseboard - 3 1/4" | 10.00 LF | 4.70 | 1.56 | 9.72 | 58.28 | (0.38) | 57.90 |
| 41. Seal & paint base shoe or quarter round | 81.83 LF | 1.08 | 0.88 | 17.86 | 107.12 | (2.13) | 104.99 |
| 42. Paint baseboard - one coat | 81.83 LF | 1.28 | 0.74 | 21.08 | 126.56 | (1.80) | 124.76 |
| 43. Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | 48.95 | 0.54 | 9.90 | 59.39 | (1.30) | 58.09 |
| 44. Final cleaning - construction - Residential | 393.13 SF | 0.29 | 11.29 | 22.80 | 148.10 | (0.00) | 148.10 |
| **Totals: Game Room** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Interior** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 45. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 627.50 | 0.00 | 125.50 | 753.00 | (0.00) | 753.00 |
| **Totals: Debris Removal** | | | **0.00** | **125.50** | **753.00** | **0.00** | **753.00** |
| **Total: Risk** | | | **522.40** | **4,917.04** | **29,512.94** | **1,711.85** | **27,801.09** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 46. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 105.76 | 634.52 | (0.00) | 634.52 |
| 47. Finish carpentry labor minimum | 1.00 EA | 173.76 | 0.00 | 34.76 | 208.52 | (0.00) | 208.52 |
| 48. Window labor minimum | 1.00 EA | 168.12 | 0.00 | 33.62 | 201.74 | (0.00) | 201.74 |
| 49. Cleaning labor minimum* | 1.00 EA | 1.17 | 0.12 | 0.24 | 1.53 | (0.00) | 1.53 |
| 50. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 0.28 | 1.69 | (0.00) | 1.69 |

TWIA 002042

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 51. Finish hardware labor minimum | 1.00 EA | 89.81 | 0.00 | 17.96 | 107.77 | (0.00) | 107.77 |
| 52. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 26.54 | 159.28 | (0.00) | 159.28 |
| **Totals: Labor Minimums Applied** | | | **0.12** | **219.16** | **1,315.05** | **0.00** | **1,315.05** |
| **Line Item Totals: DAVID_MOHUN** | | | **522.52** | **5,136.20** | **30,827.99** | **1,711.85** | **29,116.14** |

| Additional Charges | Charge |
|---|---|
| Permit | 154.14 |
| **Additional Charges Total** | **$154.14** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling | 1,047.79 | SF Walls and Ceiling |
| 393.13 | SF Floor | 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 81.83 | LF Ceil. Perimeter |
| 393.13 | Floor Area | 420.85 | Total Area | 654.67 | Interior Wall Area |
| 6,016.99 | Exterior Wall Area | 84.50 | Exterior Perimeter of Walls | | |
| 2,745.95 | Surface Area | 27.46 | Number of Squares | 374.83 | Total Perimeter Length |
| 26.99 | Total Ridge Length | 175.85 | Total Hip Length | | |



TWIA_MOHUN_CLAIM FILE_000211

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 25,169.27 |
| Permit | 154.14 |
| Material Sales Tax | 511.11 |
| Subtotal | 25,834.52 |
| Overhead | 2,583.51 |
| Profit | 2,583.51 |
| Cleaning Sales Tax | 11.41 |
| **Replacement Cost Value** | **$31,012.95** |
| Less Depreciation | (1,711.85) |
| **Actual Cash Value** | **$29,301.10** |
| Less Deductible | (8,540.00) |
| **Net Claim** | **$20,761.10** |
| Total Recoverable Depreciation | 1,711.85 |
| **Net Claim if Depreciation is Recovered** | **$22,472.95** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 2,568.10 | 2,568.10 | 511.11 | 0.00 | 11.41 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | | | |
| | 15.41 | 15.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **2,583.51** | **2,583.51** | **511.11** | **0.00** | **11.41** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: DAVID_MOHUN**

**Area: Risk**

| | | |
|---|---|---|
| **Area: Exterior** | | |
| Front Elevation | 6,481.31 | 25.75% |
| Right Elevation | 4,839.51 | 19.23% |
| Rear Elevation | 3,856.19 | 15.32% |
| Left Elevation | 6,639.41 | 26.38% |
| **Area Subtotal: Exterior** | 21,816.42 | 86.68% |
| **Area: Interior** | | |
| Game Room | 1,629.58 | 6.47% |
| **Area Subtotal: Interior** | 1,629.58 | 6.47% |
| Debris Removal | 627.50 | 2.49% |
| **Area Subtotal: Risk** | 24,073.50 | 95.65% |
| Labor Minimums Applied | 1,095.77 | 4.35% |
| **Subtotal of Areas** | 25,169.27 | 100.00% |
| **Total** | 25,169.27 | 100.00% |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 627.50 | | 627.50 |
| DRYWALL | 560.95 | 0.09 | 560.86 |
| MISC. EQUIPMENT - COMMERCIAL | 67.25 | | 67.25 |
| FINISH CARPENTRY / TRIMWORK | 243.46 | 0.59 | 242.87 |
| FINISH HARDWARE | 89.81 | | 89.81 |
| INSULATION | 148.34 | 0.13 | 148.21 |
| LABOR ONLY | 1.41 | | 1.41 |
| PAINTING | 1,413.39 | 41.85 | 1,371.54 |
| SCAFFOLDING | 2,551.36 | | 2,551.36 |
| SIDING | 17,383.45 | 1,504.38 | 15,879.07 |
| SOFFIT, FASCIA, & GUTTER | 1,367.66 | 28.14 | 1,339.52 |
| WINDOW REGLAZING & REPAIR | 370.80 | 136.67 | 234.13 |
| WINDOWS - WOOD | 168.12 | | 168.12 |
| O&P Items Subtotal | 25,169.27 | 1,711.85 | 23,457.42 |
| Permits and Fees | 154.14 | | 154.14 |
| Material Sales Tax | 511.11 | | 511.11 |
| Overhead | 2,583.51 | | 2,583.51 |
| Profit | 2,583.51 | | 2,583.51 |
| Cleaning Sales Tax | 11.41 | | 11.41 |
| Total | 31,012.95 | 1,711.85 | 29,301.10 |

# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)




### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

TDI Texas Department of Insurance

Building or repairing a home on the Texas coast?

You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)




Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at 1-800-248-6032, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling 1-800-788-8247.

TDI Texas Department of Insurance

TWIA 002048

# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI** | Departamento de Seguros de Texas

cb002ES.0919

# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI** | Departamento de Seguros de Texas

cb002ES

David Mohun
Kristen Mohun
8405 Winningham Ln.
Houston, TX 77055-7531

# Important: Response to Your Claim Submission

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371

You recently submitted a claim to Texas Windstorm Insurance Association (TWIA). Please read this document carefully because it provides specific information concerning how your TWIA claim is processed.

After carefully reviewing the details of your claim, we have reached a determination. The enclosed Notice of Claim Acceptance provides important details of our determination which includes any claim payment amount.

We are here to help you through the claims process so you can recover as quickly as possible. If you have any questions or concerns, please contact us.

**Contact Options:**
TWIA's Claims Center offers you instant online access to your claim information and services, including the option to message the team handling your claim at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. If you would prefer to speak with us directly, we also have a 24-hour claims customer care line at (800) 788-8247.

**Enclosures:**

- Notice of Claim Acceptance
- If and When You Make Repairs
- If You Disagree with the Amount of Loss
- Legal Notice
- Our Estimate of Your Repairs

# Notice of Claim Acceptance

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location(s): 22306 Isle View Dr, Galveston, TX 77554

Dear David and Kristen Mohun,

This letter is to inform you that we have accepted your dwelling claim in full. We estimate the amount of loss we will pay is $22,472.95. We are issuing a payment of $20,761.10 to you which represents the amount of loss, less depreciation.

We understand your property was damaged by wind or hail on July 08, 2024. We confirmed your policy covers the following damages:

- Damage to the siding
- Damage to the window screens and wraps
- Damage to the soffit and fascia
- Damage to the game room

Please review the enclosed estimate, which explains how we determined the amount of loss. We are mailing your check separately. It could take 7-10 business days to receive your check. We estimate an additional amount of up to $1,711.85 is available to you as recoverable depreciation when we receive documentation for the cost and completion of repairs.

**If you request the recoverable depreciation you will need to show proof you have paid your deductible.** This can be in the form of a cancelled check, money order receipt, credit card statement, or copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time. No depreciation will be released without proof of payment of your deductible.

**How we came up with your claim payment amount:**

- Your claim payment amount is based on an estimate to repair your property, minus non-recoverable depreciation, if applicable, and your deductible.
- The estimate is based on covered damages we found and any information you gave to us.

- **This is only an estimate of what it will cost to repair your property and it is possible the total cost may be different.**

**Your next steps:**

- Provide our estimate to whomever will perform the work and begin repairs.
- If you agree with the amount of loss, begin work.
- If our estimate is not enough, contact TWIA and request a supplemental payment. This must be done within 545 days of this notice.
- If additional damages are discovered while making repairs, please contact TWIA. You have one year from the date of loss to present these to TWIA.

**There are mandated timelines associated with disputing the amount of the loss we will pay. See the section titled IF YOU DISAGREE WITH THE AMOUNT OF LOSS for more details.**

If you intend to claim any of the damages listed above, or if you have other questions, please contact us at 800-788-8247. You can also visit Claims Center at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html/
from your computer or mobile device to send a message, view and upload documents and photos and access the details of your claim.

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247**

Sincerely,

Patrick Morales
Claims Examiner
claims@twia.org

Please visit https://research.net/s/twia to provide feedback about your claims experience. Your input is valuable and will help us improve our services.

## HOW TO REQUEST YOUR RECOVERABLE DEPRECIATION

Replacement Cost Coverage pays the amount actually and necessarily spent to repair or replace the covered damaged property. The amount of recoverable depreciation you can receive is limited to the replacement cost. To submit your request for recoverable depreciation, please send us a copy of all paid invoices, bills, receipts, and proof of deductible payment showing the amounts you've paid. We will issue the additional amounts owed no later than 40 days after receiving your documentation. Your documentation for the cost and completion of repairs must be received within 545 days of the date that you receive this notice.

## IF AND WHEN YOU MAKE REPAIRS

Whether your claim is covered or not, you may still need to make repairs to your property. Those repairs may require a Certificate of Compliance. Policyholders are responsible for costs incurred in obtaining a Certificate of Compliance.

A Certificate of Compliance confirms a structure meets the windstorm building code for the area and is an eligibility requirement for coverage with TWIA.

**To be eligible for insurance through TWIA**:

- Many structural repairs must be certified by the Texas Department of Insurance (TDI) or a Texas licensed professional engineer.
- TDI issues Certificates of Compliance (WPI-8) for repairs that are in progress. See TDI's website for more information, including a list of repairs that do not need certification: www.tdi.texas.gov/wind/index.html

  **TDI contact information**
  Phone: (800) 248-6032
  Email: windstorm@tdi.texas.gov
  Mail: TDI Windstorm Inspections Program, P.O. Box 149104, Austin, TX 78714-9104
- For other information about TWIA eligibility: www.twia.org/coverage-eligibility

## IF YOU DISAGREE WITH THE AMOUNT OF LOSS

We want you to understand our determination regarding your claim. You may request a detailed summary of how we determined the amount of loss we will pay. The amount of loss may include the cost to repair or replace covered property, business income loss, business personal property or contents, and other covered items. Please contact us at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. You may also call us at (800) 788-8247 or email claims@twia.org. Please include your claim number, name, and contact information on all communications.

**Appraisal**

Appraisal is a formal process to handle disputes over the amount of a covered loss. In an appraisal, you and TWIA will each hire an independent person to determine the amount of the loss payable under the policy. Please be aware you will share the costs of the appraisal process equally with TWIA.

If there are still disagreements between the two appraisers, the appraisers will submit to an umpire they choose. If the appraisers cannot agree, then the Commissioner of Insurance will choose the umpire. The final appraisal decision is binding.

**How to request appraisal**

1. **Submit a request.** Call your examiner to request appraisal, or send your request via email to TWIA at claims@twia.org or mail to PO Box 99090, Austin, TX 78709-9090, Attention: Appraisal Request.

2. **Follow deadlines for appraisal.**

   - You have 60 days from the date you receive this notice to demand appraisal on the amount of loss that TWIA will pay
   - Because you have replacement cost coverage you may still request appraisal for qualifying items up to the 545-day deadline to provide documentation of cost and completion of repairs.
   - You may request appraisal regardless of whether repairs have been completed or not.

   You may request the 60-day period to request appraisal be extended for 30 days. You'll need to file a written request with TWIA demonstrating good cause for why the period should be extended within 75 days. **If you do not request appraisal within the deadline, you waive your right to contest TWIA's determination of the amount of loss**

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

## LEGAL NOTICE

TWIA's evaluation was intended to establish the coverage available to you under your policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions or requirements of the policy or any of your rights or the rights of TWIA under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. TWIA expressly reserves all rights under the policy, at law and in equity whether or not expressly identified in this letter.

Jordanne Brisby

From: TWIA Claims System <claims@twia.org>
Sent: Tuesday, October 1, 2024 4:47 PM
To: shodge@hodgefirm.com
Subject: Your Claim 1196371 Has Been Updated
Attachments: Ack_LOR_package_to_Attorney.pdf

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

October 01, 2024

Shaun W. Hodge,

Your claim has been updated with a new document or message that is available online in our Claims Center.

Existing users, please login to Claims Center for Policyholders (full URL listed below).

New users must first register for Claims Center for Policyholders (full URL listed below).

Texas Windstorm Insurance Association (TWIA) policyholders can register and log in to Claims Center from a computer or mobile device to access claim status and details, view payment history, view and upload documents, and message with representatives assigned to the claim.

Thank you,

Texas Windstorm Insurance Association
Full URL to login to TWIA Claims Center for Policyholders:
https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html
Full URL to register for TWIA Claims Center for Policyholders:
https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html#/auth/twiaSignupEnrollment

Please do not reply to this email. This mailbox cannot receive messages.
Have questions or need assistance? Contact TWIA 24 hours a day at (800) 788-8247.

------------

Confidentiality Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized retention, review, printing, copying, disclosure or distribution is prohibited. Think you received this message in error? If you are not one of the intended recipients, please contact us at (800) 788-8247, destroy all copies of the original message and keep the information contained here confidential.

Please include your claim number in the subject line when emailing or mailing documents. Please use claims@twia.org when emailing claim correspondence or documents.

PO Box 99099, Austin, TX 78709-9090 | 800-788-8247 | www.twia.org

TEXAS WINDSTORM INSURANCE ASSOCIATION

Shaun W. Hodge

# Cover Letter

Date: October 1, 2024
Insured: David Mohun, Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371

Dear David Mohun, Kristen Mohun,

I am the claims examiner assigned to the file. Attached is a copy of our disposition letter, estimate, Acknowledgement LOR letter ,I have requested a certified copy of the policy and will send that to you once received.

David Mohun
C/O Hodge Law Firm, Pllc
1301 Market Street
Galveston, Texas 77550

Sent via email to: shodge@hodgefirm.com

## Acknowledgement of Letter of Representation

Date: October 1, 2024
Insured: David Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location: 22306 Isle View Dr, Galveston, TX 77554

Dear Hodge Law Firm:

This will acknowledge receipt of your correspondence dated September 30,2024 advising of your representation of David Mohun on the above-referenced claim. The requested information is being assembled and will be forwarded to you upon completion.

It is our understanding that your client disagrees with TWIA's coverage determinations. We ask that you submit any documentation you may have related to your claim. Once this documentation is received, we will review it and determine if any changes to the claim determinations can be made. It may be possible that after reviewing these documents, we may request additional information from you on behalf of our mutual client, or that a reinspection of the insured location may be necessary. Should you have any questions in the interim, please do not hesitate to contact me directly at 512-686-0971

Sincerely,

Melissa Carl
Examiner | Claim Dept
Texas Windstorm Insurance Association
Direct | 512-686-0971
Email | claims@twia.org

David Mohun
Kristen Mohun
8405 Winningham Ln.
Houston, TX 77055-7531

# Important: Response to Your Claim Submission

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371

You recently submitted a claim to Texas Windstorm Insurance Association (TWIA). Please read this document carefully because it provides specific information concerning how your TWIA claim is processed.

After carefully reviewing the details of your claim, we have reached a determination. The enclosed Notice of Claim Acceptance provides important details of our determination which includes any claim payment amount.

We are here to help you through the claims process so you can recover as quickly as possible. If you have any questions or concerns, please contact us.

**Contact Options:**
TWIA's Claims Center offers you instant online access to your claim information and services, including the option to message the team handling your claim at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. If you would prefer to speak with us directly, we also have a 24-hour claims customer care line at (800) 788-8247.

**Enclosures:**

- Notice of Claim Acceptance
- If and When You Make Repairs
- If You Disagree with the Amount of Loss
- Legal Notice
- Our Estimate of Your Repairs

# Notice of Claim Acceptance

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location(s): 22306 Isle View Dr, Galveston, TX 77554

Dear David and Kristen Mohun,

This letter is to inform you that we have accepted your dwelling claim in full. We estimate the amount of loss we will pay is $22,472.95. We are issuing a payment of $20,761.10 to you which represents the amount of loss, less depreciation.

We understand your property was damaged by wind or hail on July 08, 2024. We confirmed your policy covers the following damages:

- Damage to the siding
- Damage to the window screens and wraps
- Damage to the soffit and fascia
- Damage to the game room

Please review the enclosed estimate, which explains how we determined the amount of loss. We are mailing your check separately. It could take 7-10 business days to receive your check. We estimate an additional amount of up to $1,711.85 is available to you as recoverable depreciation when we receive documentation for the cost and completion of repairs.

**If you request the recoverable depreciation you will need to show proof you have paid your deductible.** This can be in the form of a cancelled check, money order receipt, credit card statement, or copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time. No depreciation will be released without proof of payment of your deductible.

**How we came up with your claim payment amount:**

- Your claim payment amount is based on an estimate to repair your property, minus non-recoverable depreciation, if applicable, and your deductible.
- The estimate is based on covered damages we found and any information you gave to us.

- **This is only an estimate of what it will cost to repair your property and it is possible the total cost may be different.**

**Your next steps:**

- Provide our estimate to whomever will perform the work and begin repairs.
- If you agree with the amount of loss, begin work.
- If our estimate is not enough, contact TWIA and request a supplemental payment. This must be done within 545 days of this notice.
- If additional damages are discovered while making repairs, please contact TWIA. You have one year from the date of loss to present these to TWIA.

**There are mandated timelines associated with disputing the amount of the loss we will pay. See the section titled IF YOU DISAGREE WITH THE AMOUNT OF LOSS for more details.**

If you intend to claim any of the damages listed above, or if you have other questions, please contact us at 800-788-8247. You can also visit Claims Center at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html/
from your computer or mobile device to send a message, view and upload documents and photos and access the details of your claim.

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247**

Sincerely,

Patrick Morales
Claims Examiner
claims@twia.org

Please visit https://research.net/s/twia to provide feedback about your claims experience. Your input is valuable and will help us improve our services.

## HOW TO REQUEST YOUR RECOVERABLE DEPRECIATION

Replacement Cost Coverage pays the amount actually and necessarily spent to repair or replace the covered damaged property. The amount of recoverable depreciation you can receive is limited to the replacement cost. To submit your request for recoverable depreciation, please send us a copy of all paid invoices, bills, receipts, and proof of deductible payment showing the amounts you've paid. We will issue the additional amounts owed no later than 40 days after receiving your documentation. Your documentation for the cost and completion of repairs must be received within 545 days of the date that you receive this notice.

## IF AND WHEN YOU MAKE REPAIRS

Whether your claim is covered or not, you may still need to make repairs to your property. Those repairs may require a Certificate of Compliance. Policyholders are responsible for costs incurred in obtaining a Certificate of Compliance.

A Certificate of Compliance confirms a structure meets the windstorm building code for the area and is an eligibility requirement for coverage with TWIA.

**To be eligible for insurance through TWIA**:

- Many structural repairs must be certified by the Texas Department of Insurance (TDI) or a Texas licensed professional engineer.
- TDI issues Certificates of Compliance (WPI-8) for repairs that are in progress. See TDI's website for more information, including a list of repairs that do not need certification: www.tdi.texas.gov/wind/index.html

  **TDI contact information**
  Phone: (800) 248-6032
  Email: windstorm@tdi.texas.gov
  Mail: TDI Windstorm Inspections Program, P.O. Box 149104, Austin, TX 78714-9104
- For other information about TWIA eligibility: www.twia.org/coverage-eligibility

## IF YOU DISAGREE WITH THE AMOUNT OF LOSS

We want you to understand our determination regarding your claim. You may request a detailed summary of how we determined the amount of loss we will pay. The amount of loss may include the cost to repair or replace covered property, business income loss, business personal property or contents, and other covered items. Please contact us at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. You may also call us at (800) 788-8247 or email claims@twia.org. Please include your claim number, name, and contact information on all communications.

**Appraisal**

Appraisal is a formal process to handle disputes over the amount of a covered loss. In an appraisal, you and TWIA will each hire an independent person to determine the amount of the loss payable under the policy. Please be aware you will share the costs of the appraisal process equally with TWIA.

If there are still disagreements between the two appraisers, the appraisers will submit to an umpire they choose. If the appraisers cannot agree, then the Commissioner of Insurance will choose the umpire. The final appraisal decision is binding.

**How to request appraisal**

1. **Submit a request.** Call your examiner to request appraisal, or send your request via email to TWIA at claims@twia.org or mail to PO Box 99090, Austin, TX 78709-9090, Attention: Appraisal Request.

2. **Follow deadlines for appraisal.**

   - You have 60 days from the date you receive this notice to demand appraisal on the amount of loss that TWIA will pay
   - Because you have replacement cost coverage you may still request appraisal for qualifying items up to the 545-day deadline to provide documentation of cost and completion of repairs.
   - You may request appraisal regardless of whether repairs have been completed or not.

   You may request the 60-day period to request appraisal be extended for 30 days. You'll need to file a written request with TWIA demonstrating good cause for why the period should be extended within 75 days. **If you do not request appraisal within the deadline, you waive your right to contest TWIA's determination of the amount of loss**

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

## LEGAL NOTICE

TWIA's evaluation was intended to establish the coverage available to you under your policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions or requirements of the policy or any of your rights or the rights of TWIA under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. TWIA expressly reserves all rights under the policy, at law and in equity whether or not expressly identified in this letter.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/12/2024 9:02 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | DAVID_MOHUN |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

TWIA 002067

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**DAVID_MOHUN**

**Risk**

**Exterior**

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Siding - vinyl | 386.00 SF | 0.51 | 0.00 | 39.38 | 236.24 | (0.00) | 236.24 |
| 2. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 3. Siding - vinyl | 509.30 SF | 4.94 | 89.50 | 521.08 | 3,126.52 | (303.75) | 2,822.77 |
| 4. Soffit - metal/vinyl - Detach & reset | 114.58 SF | 3.47 | 0.28 | 79.58 | 477.45 | (0.00) | 477.45 |
| 5. R&R Wrap wood window frame & trim with aluminum sheet | 5.00 EA | 282.37 | 27.89 | 287.96 | 1,727.70 | (94.65) | 1,633.05 |
| 6. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 7. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 8. Door numbers/letters - Detach & reset | 5.00 EA | 13.45 | 0.00 | 13.46 | 80.71 | (0.00) | 80.71 |
| 9. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 30.00 LF | 2.53 | 0.27 | 15.24 | 91.41 | (2.48) | 88.93 |
| 10. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 11. R&R Window screen, 1 - 9 SF | 5.00 EA | 46.35 | 15.10 | 49.38 | 296.23 | (85.42) | 210.81 |
| **Totals: Front Elevation** | | | **143.78** | **1,325.08** | **7,950.17** | **504.71** | **7,445.46** |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12. Siding - vinyl | 48.00 SF | 4.94 | 8.43 | 49.10 | 294.65 | (28.63) | 266.02 |
| 13. Soffit - metal/vinyl - Detach & reset | 110.00 SF | 3.47 | 0.27 | 76.40 | 458.37 | (0.00) | 458.37 |
| 14. R&R Vinyl outside corner post | 85.00 LF | 9.13 | 26.30 | 160.48 | 962.83 | (89.25) | 873.58 |
| 15. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 16. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 17. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 18. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 9.86 | 59.23 | (17.08) | 42.15 |
| **Totals: Right Elevation** | | | **102.14** | **988.34** | **5,929.99** | **352.58** | **5,577.41** |

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|



TWIA_MOHUN_CLAIM FILE_000236

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

### CONTINUED - Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 19. R&R Vinyl outside corner post | 40.00 LF | 9.13 | 12.38 | 75.52 | 453.10 | (42.00) | 411.10 |
| 20. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 21. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 22. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 23. R&R Window screen, 1 - 9 SF | 2.00 EA | 46.35 | 6.04 | 19.74 | 118.48 | (34.17) | 84.31 |
| **Totals: Rear Elevation** | | | **82.54** | **787.76** | **4,726.49** | **293.79** | **4,432.70** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 24. Remove Siding - vinyl | 826.00 SF | 0.51 | 0.00 | 84.26 | 505.52 | (0.00) | 505.52 |
| 25. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 26. Siding - vinyl | 826.00 SF | 4.94 | 145.15 | 845.12 | 5,070.71 | (492.63) | 4,578.08 |
| 27. Soffit - metal/vinyl - Detach & reset | 101.00 SF | 3.47 | 0.25 | 70.16 | 420.88 | (0.00) | 420.88 |
| 28. R&R Wrap wood window frame & trim with aluminum sheet | 1.00 EA | 282.37 | 5.58 | 57.60 | 345.55 | (18.93) | 326.62 |
| 29. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 30. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| **Totals: Left Elevation** | | | **158.96** | **1,359.72** | **8,158.09** | **520.59** | **7,637.50** |
| **Total: Exterior** | | | **487.42** | **4,460.90** | **26,764.74** | **1,671.67** | **25,093.07** |

### Interior




**Game Room** — **Height: 8'**

| | | | |
|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling |
| 1047.79 | SF Walls & Ceiling | 393.13 | SF Floor |
| 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 81.83 | LF Ceil. Perimeter | | |

TWIA 002069

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 12.12 | 72.71 | (0.00) | 72.71 |
| 32. Mask the floor per square foot - plastic and tape - 4 mil | 393.13 SF | 0.32 | 2.27 | 25.62 | 153.69 | (0.00) | 153.69 |
| 33. Mask and prep for paint - plastic, paper, tape (per LF) | 81.83 LF | 1.79 | 1.82 | 29.66 | 177.96 | (0.00) | 177.96 |
| 34. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 4.10 | 24.64 | (0.08) | 24.56 |
| 35. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 3.22 | 19.36 | (0.13) | 19.23 |
| 36. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 0.96 | 5.80 | (0.10) | 5.70 |
| 37. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 2.42 | 14.45 | (0.01) | 14.44 |
| 38. Paint the walls - two coats | 654.67 SF | 1.25 | 14.04 | 166.46 | 998.84 | (34.04) | 964.80 |
| 39. R&R Quarter round - 3/4" | 10.00 LF | 2.27 | 0.88 | 4.72 | 28.30 | (0.21) | 28.09 |
| 40. R&R Baseboard - 3 1/4" | 10.00 LF | 4.70 | 1.56 | 9.72 | 58.28 | (0.38) | 57.90 |
| 41. Seal & paint base shoe or quarter round | 81.83 LF | 1.08 | 0.88 | 17.86 | 107.12 | (2.13) | 104.99 |
| 42. Paint baseboard - one coat | 81.83 LF | 1.28 | 0.74 | 21.08 | 126.56 | (1.80) | 124.76 |
| 43. Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | 48.95 | 0.54 | 9.90 | 59.39 | (1.30) | 58.09 |
| 44. Final cleaning - construction - Residential | 393.13 SF | 0.29 | 11.29 | 22.80 | 148.10 | (0.00) | 148.10 |
| **Totals: Game Room** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Interior** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 45. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 627.50 | 0.00 | 125.50 | 753.00 | (0.00) | 753.00 |
| **Totals: Debris Removal** | | | **0.00** | **125.50** | **753.00** | **0.00** | **753.00** |
| **Total: Risk** | | | **522.40** | **4,917.04** | **29,512.94** | **1,711.85** | **27,801.09** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 46. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 105.76 | 634.52 | (0.00) | 634.52 |
| 47. Finish carpentry labor minimum | 1.00 EA | 173.76 | 0.00 | 34.76 | 208.52 | (0.00) | 208.52 |
| 48. Window labor minimum | 1.00 EA | 168.12 | 0.00 | 33.62 | 201.74 | (0.00) | 201.74 |
| 49. Cleaning labor minimum* | 1.00 EA | 1.17 | 0.12 | 0.24 | 1.53 | (0.00) | 1.53 |
| 50. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 0.28 | 1.69 | (0.00) | 1.69 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 51. Finish hardware labor minimum | 1.00 EA | 89.81 | 0.00 | 17.96 | 107.77 | (0.00) | 107.77 |
| 52. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 26.54 | 159.28 | (0.00) | 159.28 |
| **Totals: Labor Minimums Applied** | | | **0.12** | **219.16** | **1,315.05** | **0.00** | **1,315.05** |
| **Line Item Totals: DAVID_MOHUN** | | | **522.52** | **5,136.20** | **30,827.99** | **1,711.85** | **29,116.14** |

| **Additional Charges** | **Charge** |
|---|---|
| Permit | 154.14 |
| **Additional Charges Total** | **$154.14** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling | 1,047.79 | SF Walls and Ceiling |
| 393.13 | SF Floor | 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 81.83 | LF Ceil. Perimeter |
| 393.13 | Floor Area | 420.85 | Total Area | 654.67 | Interior Wall Area |
| 6,016.99 | Exterior Wall Area | 84.50 | Exterior Perimeter of Walls | | |
| 2,745.95 | Surface Area | 27.46 | Number of Squares | 374.83 | Total Perimeter Length |
| 26.99 | Total Ridge Length | 175.85 | Total Hip Length | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 25,169.27 |
| Permit | 154.14 |
| Material Sales Tax | 511.11 |
| Subtotal | 25,834.52 |
| Overhead | 2,583.51 |
| Profit | 2,583.51 |
| Cleaning Sales Tax | 11.41 |
| **Replacement Cost Value** | **$31,012.95** |
| Less Depreciation | (1,711.85) |
| **Actual Cash Value** | **$29,301.10** |
| Less Deductible | (8,540.00) |
| **Net Claim** | **$20,761.10** |
| Total Recoverable Depreciation | 1,711.85 |
| **Net Claim if Depreciation is Recovered** | **$22,472.95** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 2,568.10 | 2,568.10 | 511.11 | 0.00 | 11.41 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | | | |
| | 15.41 | 15.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **2,583.51** | **2,583.51** | **511.11** | **0.00** | **11.41** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: DAVID_MOHUN**

**Area: Risk**

| | | |
|---|---|---|
| **Area: Exterior** | | |
| **Front Elevation** | 6,481.31 | 25.75% |
| **Right Elevation** | 4,839.51 | 19.23% |
| **Rear Elevation** | 3,856.19 | 15.32% |
| **Left Elevation** | 6,639.41 | 26.38% |
| **Area Subtotal: Exterior** | 21,816.42 | 86.68% |
| **Area: Interior** | | |
| **Game Room** | 1,629.58 | 6.47% |
| **Area Subtotal: Interior** | 1,629.58 | 6.47% |
| **Debris Removal** | 627.50 | 2.49% |
| **Area Subtotal: Risk** | 24,073.50 | 95.65% |
| **Labor Minimums Applied** | 1,095.77 | 4.35% |
| **Subtotal of Areas** | 25,169.27 | 100.00% |
| **Total** | 25,169.27 | 100.00% |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 627.50 | | 627.50 |
| DRYWALL | 560.95 | 0.09 | 560.86 |
| MISC. EQUIPMENT - COMMERCIAL | 67.25 | | 67.25 |
| FINISH CARPENTRY / TRIMWORK | 243.46 | 0.59 | 242.87 |
| FINISH HARDWARE | 89.81 | | 89.81 |
| INSULATION | 148.34 | 0.13 | 148.21 |
| LABOR ONLY | 1.41 | | 1.41 |
| PAINTING | 1,413.39 | 41.85 | 1,371.54 |
| SCAFFOLDING | 2,551.36 | | 2,551.36 |
| SIDING | 17,383.45 | 1,504.38 | 15,879.07 |
| SOFFIT, FASCIA, & GUTTER | 1,367.66 | 28.14 | 1,339.52 |
| WINDOW REGLAZING & REPAIR | 370.80 | 136.67 | 234.13 |
| WINDOWS - WOOD | 168.12 | | 168.12 |
| O&P Items Subtotal | 25,169.27 | 1,711.85 | 23,457.42 |
| Permits and Fees | 154.14 | | 154.14 |
| Material Sales Tax | 511.11 | | 511.11 |
| Overhead | 2,583.51 | | 2,583.51 |
| Profit | 2,583.51 | | 2,583.51 |
| Cleaning Sales Tax | 11.41 | | 11.41 |
| Total | 31,012.95 | 1,711.85 | 29,301.10 |

Jordanne Brisby

| | |
|---|---|
| From: | TWIA Claims System <claims@twia.org> |
| Sent: | Monday, July 8, 2024 11:26 PM |
| To: | [redacted] |
| Subject: | Your Claim 1196371 Has Been Updated |
| Attachments: | Receipt_of_Claim.pdf |

July 08, 2024

David Mohun,

Your claim has been updated with a new document or message that is available online in our Claims Center.

Existing users, please login to Claims Center for Policyholders (full URL listed below).

New users must first register for Claims Center for Policyholders (full URL listed below).

Texas Windstorm Insurance Association (TWIA) policyholders can register and log in to Claims Center from a computer or mobile device to access claim status and details, view payment history, view and upload documents, and message with representatives assigned to the claim.

Thank you,

Texas Windstorm Insurance Association
Full URL to login to TWIA Claims Center for Policyholders:
https://portal.texasfairplan.org/claim-portal/dist/html/index-policyholder.html#/auth/login
Full URL to register for TWIA Claims Center for Policyholders:
https://portal.texasfairplan.org/claim-portal/dist/html/index-policyholder.html#/auth/signup

Please do not reply to this email. This mailbox cannot receive messages.
Have questions or need assistance? Contact TWIA 24 hours a day at (800) 788-8247.

------------

Confidentiality Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized retention, review, printing, copying, disclosure or distribution is prohibited. Think you received this message in error? If you are not one of the intended recipients, please contact us at (800) 788-8247, destroy all copies of the original message and keep the information contained here confidential.

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
8405 Winningham Ln
Houston, Texas 77055-7531

# Receipt of Claim

Date: July 9, 2024
Insured: David Mohun, Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Dear David Mohun, Kristen Mohun,

We received notice on July 8, 2024 that your property sustained windstorm or hail damages on July 8, 2024.

You should receive a call from a TWIA representative to confirm the details of your claim and review policy information with you. You may also be contacted to set up a time to inspect your damaged property. If we have already assigned representatives to assist you with your claim, they will be indicated in the Important Claim Contact Information on the following page.

The enclosed documents include a summary of your policy details, helpful information about what to expect during the claim process, and an explanation of the resources available to you.

If you have questions, please contact us at 800-788-8247 or visit the Claims Center at www.twia.org/claimscenter from your computer or mobile device to send us a message, view and upload documents and photos, and access the details of your claim.

Si desea una copia en español, por favor de contactarnos en el (800) 788-8247.

Sincerely,

Texas Windstorm Insurance Association

Your input will help us improve our services. Please take a few moments to scan the QR code below or visit https://www.research.net/s/TWIA to provide feedback about your claims experience.

# Important Claim Contact Information

**TWIA Claims Department**
(800) 788-8247
www.twia.org/claimscenter

**TWIA Claims Examiner**
TWIA Catastrophe Team 1
800-788-8247

**Adjuster***
Leading Edge Claims Service
4508 Colleyville Blvd Ste C
Colleyville, TX 76034-3966
Phone: 817-767-2108
Fax: 800-752-3124

**Insured Information**
David Mohun, Kristen Mohun
8405 Winningham Ln
Houston, TX 77055-7531
Home: 832-212-6944
Cell: 832-212-6944
Email: Thebestbayhouse@gmail.com

**Agency Information**
Steven W Boessling
8955 Katy Frwy Ste 201
Houston, TX 77024
Phone: 7133957773
Email: sboessling@allstate.com

* If not shown, may be assigned at a later date

Visit the Claims Center at www.twia.org/claimscenter from your computer or mobile device to send us a message, view and upload documents and photos, and access the details of your claim.

# Summary of Policy Details

Verify the information below, including the mortgage company and mailing address listed to ensure they are correct. If there are any errors, please contact your agent.

| Item | Limit of Liability | Coins % | Deductible | Form Numbers | Insured Property and Form Description |
|---|---|---|---|---|---|
| 1A | $427,000.00 | 80% | $8,540.00 | 802<br>331<br>321 | Property Description: Single Family Dwelling<br><br>22306 Isle View Dr, Galveston, TX 77554<br><br>Occupancy: |
| 1B | $100,000.00 | N/A | $2,000.00 | 365<br>331<br>321 | Property Description: Single Family Dwelling<br><br>22306 Isle View Dr, Galveston, TX 77554<br><br>Occupancy: |

# WHAT TO EXPECT DURING THE CLAIMS PROCESS

During the processing of your claim, we want you to know what to expect and have all the resources you need. You also need to know a few steps to take, such as documenting damages, documenting temporary repairs you make, and allowing for an inspection of your property, which may be conducted by a TWIA-assigned insurance adjuster.

**Request for Information.** Please assist TWIA in fully evaluating and determining coverage for your claimed damages by providing us with any documents you believe are related to your loss. Please forward to us as soon as possible any of the following documents:

- Invoices, bills, or receipts for any temporary repairs you make to protect your property from further loss
- Repair estimates for the insured structures that list labor and material costs separately for each damaged item
- Expert reports you may have relating to the damage including any structural engineer reports
- Photographs of damaged structures or property and any pre-loss photos of the same items
- List or inventory of damaged personal property (or business personal property if a commercial property)
- Property appraisals, pre-loss inspection reports, and real estate disclosure documents
- Any other information you believe will assist TWIA in resolving your claim

Please remember that, if assigned, an adjuster will come to the property to inspect and document your claim. Any information you want to provide to TWIA can be given to the adjuster. Please keep in mind that you must notify TWIA of any damage that you are claiming within one year from the date the damage occurred.

You may provide your information to TWIA:

- Online: Log in or register to use Claims Center at www.twia.org/claimscenter
- If you are unable to access Claims Center, please contact your Claims Examiner for alternative methods. Their name and contact information can be found in the Important Claim Contact Information section of this letter.

**Making Temporary Repairs.** If there is ongoing damage to your property, you may need to take steps to prevent additional loss. You must complete temporary repairs that are reasonable and necessary to protect the property from further damage. Please keep a record of these repair expenses, and provide it to TWIA.

**Conducting a Property Inspection.** For many claims, it is necessary to assign an adjuster to inspect the damaged property. If we assign someone to inspect your property, he or she will contact you to schedule an appointment. The adjuster will need to see the damaged property before it is permanently repaired or removed. If that is not possible, take pictures before tearing out, removing, or covering over any damaged property or debris. Keep any damaged property in your possession until the adjuster inspects it.

**Adjuster Findings & TWIA's Decision.** If assigned, the adjuster will report their findings to us, as well as any information you provided in support of your claim. We may need to obtain more information from you or, in some cases, assign experts such as engineers, in order to thoroughly evaluate your claim and provide you with a decision. Once our evaluation is complete, we will provide an explanation of our decision and any payment due.

TWIA 002081

# IF AND WHEN YOU MAKE PERMANENT REPAIRS

Whether or not you ultimately have a covered claim, you may need to make permanent structural repairs to your property. To be eligible for insurance through TWIA, many structural repairs must be certified by a Texas Department of Insurance (TDI) inspector or by a TDI-approved Texas licensed professional engineer through the TDI Windstorm Inspection Program. This program is administered by TDI, not TWIA. The certification verifies compliance with the building codes, and inspections are done before and during the repair process if completed by a TDI inspector. TDI will issue a Certificate of Compliance (WPI-8) for repairs that comply with the applicable windstorm building code for the area. Without a WPI-8, TWIA lacks evidence that the structure conforms to the applicable building code, and the structure may be considered ineligible for coverage with TWIA. For more information about eligibility requirements, visit www.twia.org. The TDI website provides a list of repairs that do not require inspection and certification.

For more information or to contact someone with the TDI Windstorm Inspection Program:

**1-800-248-6032**
P.O. Box 12030
Austin, TX 78711-2030
Fax: 512-490-1051
Web: http://www.tdi.texas.gov/wind/index.html
Email: windstorm@tdi.texas.gov


TWIA_MOHUN_CLAIM FILE_000250

# OTHER RESOURCES

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at https://tdi.texas.gov/consumer/disasters.html; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 12030, Austin, TX 78711-2030.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en https://tdi.texas.gov/consumer/disasters.html; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 12030 Austin, TX 78711-2030.

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
C/O Hodge Law Firm, Pllc
1301 Market Street
Galveston, Texas 77550

Sent via email to: shodge@hodgefirm.com

# Appraisal Acknowledgment

Date: October 3, 2024
Insured: David Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location: 22306 Isle View Dr, Galveston, TX 77554

Dear Hodge Law Firm:

This will acknowledge receipt of communication from you stating you dispute the amount of loss Texas Windstorm insurance Association (TWIA) will pay on the above-referenced claim.

With this letter we acknowledge you have triggered your right to appraisal. Appraisal is your exclusive remedy to dispute the amount of loss we will pay for covered damages. We agree to appraise only those items covered under the policy which were identified on the Notice of Claim Acceptance.

If you are disputing items other than those identified in our estimate, please provide a detailed estimate or receipts for repairs/replacement of those items so that we can make a determination of coverage or whether the additional items can be included in the appraisal.

Your next step is to submit additional information in support of your costs if you have not done so already. If there is nothing further to present, you would need to select an appraiser and submit their information to TWIA. You can always discuss the matter further with your claim examiner if you do not wish to proceed with appraisal.

Texas Windstorm Insurance Association agrees to Appraisal for the amount of loss we will pay for items that we **accepted** as covered under your TWIA policy. Please refer to your policy for additional information. The policy and the rules and regulations under Title 28 outline responsibilities for the **costs** of the appraisal as outlined below:

Under the heading "CONDITIONS", your TWIA Dwelling Policy – Windstorm and Hail states in part:

*11. Disputes About the Amount of Your Covered Loss.*

…

*f. Appraisal Process.*

*(5) You and we are responsible in equal shares for paying the costs incurred or charged in connection with the appraisal, including expenses of the appraisers and umpire. If we pay more than our share of the costs of appraisal, our liability and payment for covered losses shall be reduced by the amount we pay in excess of our share.*

Title 28 of the Texas Administrative Code states in part:

***§5.4211. Appraisal Process.***

…

*(d) Appraiser fee information. No later than five days after hiring an appraiser, each party must tell the other party the fees to be charged by the appraiser.*

***§5.4221. Appraisal Process – Costs.***

*(a) One-half per party. Each party must pay one-half of all reasonable and necessary costs incurred or charged in connection with the appraisal, including:*

*(1) appraisers' fees;*

*(2) umpire's fee; and*

(3) umpire's travel costs.

(b) No umpire fee before work begins. If the parties settle before the umpire begins work, the umpire may not charge a fee.

(c) Department not responsible. The department is not responsible for any appraisal costs.

Appraisals must be conducted as provided by your policy, as described in Condition 11(f) and follow the Rules set forth under Title 28 of the Texas Administrative Code, Sections §5.4200, §5.4212 through §5.4222, and §5.4252.

§5.4211 of Texas Administrative Code Chapter 28 places certain time limits on the appraisers and umpire. Within 15 days of both appraisers being named, they must disclose their projected fees and agree on an umpire. Within 90 days of both appraisers being named, they must reach a signed agreement between them stating the amount of loss, as described in the policy.

TEXAS WINDSTORM INSURANCE ASSOCIATION

If the two appraisers are unable to reach an agreement within the 90-day limit, the umpire must become involved. Once the umpire is involved, the appraisers and umpire have 60 days to reach a signed agreement between any two of the three stating the amount of the loss, as described in the policy. If the umpire is unable to reach an agreement with either appraiser within 60 days, a new umpire will be named and given 60 days to reach an agreement.

For Commercial policies, the 90-day limit for the appraisers will be extended to 120 days and the 60-day limit for the umpire(s) will be extended to 90 days. However, any further extensions of the time limits shown above can only be granted by written agreement between the insured and TWIA.

Lastly, if you are disputing items that have been denied, your remedy for those portions of your claim is Lawsuit. Please refer to your policy for additional information. Should you have questions regarding your claim or the appraisal process, please contact us at (800) 788-8247 or claims@twia.org.

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247.**

Sincerely,

Melissa Carl
Examiner | Claim Dept
Texas Windstorm Insurance Association
Direct | 512-686-0971
Email | claims@twia.org

**Melissa Carl**

---

| | |
|---|---|
| **From:** | TWIA Claims System <claims@twia.org> |
| **Sent:** | 10 Oct 2024 05:21:43 PM |
| **To:** | shodge@hodgefirm.com |
| **Subject:** | 1196371 RFI to Attorney |
| **Attachments:** | Request for Information 1196371 |

October 10, 2024

Request for information

Melissa Carl
512-686-0971

David Mohun
Kristen Mohun
8405 Winningham Ln.
Houston, TX 77055-7531

# Important: Response to Your Claim Submission

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371

You recently submitted a claim to Texas Windstorm Insurance Association (TWIA). Please read this document carefully because it provides specific information concerning how your TWIA claim is processed.

After carefully reviewing the details of your claim, we have reached a determination. The enclosed Notice of Claim Acceptance provides important details of our determination which includes any claim payment amount.

We are here to help you through the claims process so you can recover as quickly as possible. If you have any questions or concerns, please contact us.

**Contact Options:**
TWIA's Claims Center offers you instant online access to your claim information and services, including the option to message the team handling your claim at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. If you would prefer to speak with us directly, we also have a 24-hour claims customer care line at (800) 788-8247.

**Enclosures:**

- Notice of Claim Acceptance
- If and When You Make Repairs
- If You Disagree with the Amount of Loss
- Legal Notice
- Our Estimate of Your Repairs

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Notice of Claim Acceptance

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location(s): 22306 Isle View Dr, Galveston, TX 77554

Dear David and Kristen Mohun,

This letter is to inform you that we have accepted your dwelling claim in full. We estimate the amount of loss we will pay is $22,472.95. We are issuing a payment of $20,761.10 to you which represents the amount of loss, less depreciation.

We understand your property was damaged by wind or hail on July 08, 2024. We confirmed your policy covers the following damages:

- Damage to the siding
- Damage to the window screens and wraps
- Damage to the soffit and fascia
- Damage to the game room

Please review the enclosed estimate, which explains how we determined the amount of loss. We are mailing your check separately. It could take 7-10 business days to receive your check. We estimate an additional amount of up to $1,711.85 is available to you as recoverable depreciation when we receive documentation for the cost and completion of repairs.

**If you request the recoverable depreciation you will need to show proof you have paid your deductible.** This can be in the form of a cancelled check, money order receipt, credit card statement, or copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time. No depreciation will be released without proof of payment of your deductible.

**How we came up with your claim payment amount:**

- Your claim payment amount is based on an estimate to repair your property, minus non-recoverable depreciation, if applicable, and your deductible.
- The estimate is based on covered damages we found and any information you gave to us.

- **This is only an estimate of what it will cost to repair your property and it is possible the total cost may be different.**

**Your next steps:**

- Provide our estimate to whomever will perform the work and begin repairs.
- If you agree with the amount of loss, begin work.
- If our estimate is not enough, contact TWIA and request a supplemental payment. This must be done within 545 days of this notice.
- If additional damages are discovered while making repairs, please contact TWIA. You have one year from the date of loss to present these to TWIA.

**There are mandated timelines associated with disputing the amount of the loss we will pay. See the section titled IF YOU DISAGREE WITH THE AMOUNT OF LOSS for more details.**

If you intend to claim any of the damages listed above, or if you have other questions, please contact us at 800-788-8247. You can also visit Claims Center at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html/
from your computer or mobile device to send a message, view and upload documents and photos and access the details of your claim.

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247**

Sincerely,

Patrick Morales
Claims Examiner
claims@twia.org

Please visit https://research.net/s/twia to provide feedback about your claims experience. Your input is valuable and will help us improve our services.

## HOW TO REQUEST YOUR RECOVERABLE DEPRECIATION

Replacement Cost Coverage pays the amount actually and necessarily spent to repair or replace the covered damaged property. The amount of recoverable depreciation you can receive is limited to the replacement cost. To submit your request for recoverable depreciation, please send us a copy of all paid invoices, bills, receipts, and proof of deductible payment showing the amounts you've paid. We will issue the additional amounts owed no later than 40 days after receiving your documentation. Your documentation for the cost and completion of repairs must be received within 545 days of the date that you receive this notice.

## IF AND WHEN YOU MAKE REPAIRS

Whether your claim is covered or not, you may still need to make repairs to your property. Those repairs may require a Certificate of Compliance. Policyholders are responsible for costs incurred in obtaining a Certificate of Compliance.

A Certificate of Compliance confirms a structure meets the windstorm building code for the area and is an eligibility requirement for coverage with TWIA.

**To be eligible for insurance through TWIA**:

- Many structural repairs must be certified by the Texas Department of Insurance (TDI) or a Texas licensed professional engineer.
- TDI issues Certificates of Compliance (WPI-8) for repairs that are in progress. See TDI's website for more information, including a list of repairs that do not need certification: www.tdi.texas.gov/wind/index.html

  **TDI contact information**
  Phone: (800) 248-6032
  Email: windstorm@tdi.texas.gov
  Mail: TDI Windstorm Inspections Program, P.O. Box 149104, Austin, TX 78714-9104
- For other information about TWIA eligibility: www.twia.org/coverage-eligibility

## IF YOU DISAGREE WITH THE AMOUNT OF LOSS

We want you to understand our determination regarding your claim. You may request a detailed summary of how we determined the amount of loss we will pay. The amount of loss may include the cost to repair or replace covered property, business income loss, business personal property or contents, and other covered items. Please contact us at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. You may also call us at (800) 788-8247 or email claims@twia.org. Please include your claim number, name, and contact information on all communications.

**Appraisal**

Appraisal is a formal process to handle disputes over the amount of a covered loss. In an appraisal, you and TWIA will each hire an independent person to determine the amount of the loss payable under the policy. Please be aware you will share the costs of the appraisal process equally with TWIA.

If there are still disagreements between the two appraisers, the appraisers will submit to an umpire they choose. If the appraisers cannot agree, then the Commissioner of Insurance will choose the umpire. The final appraisal decision is binding.

**How to request appraisal**

1. **Submit a request.** Call your examiner to request appraisal, or send your request via email to TWIA at claims@twia.org or mail to PO Box 99090, Austin, TX 78709-9090, Attention: Appraisal Request.

2. **Follow deadlines for appraisal.**

   - You have 60 days from the date you receive this notice to demand appraisal on the amount of loss that TWIA will pay
   - Because you have replacement cost coverage you may still request appraisal for qualifying items up to the 545-day deadline to provide documentation of cost and completion of repairs.
   - You may request appraisal regardless of whether repairs have been completed or not.

   You may request the 60-day period to request appraisal be extended for 30 days. You'll need to file a written request with TWIA demonstrating good cause for why the period should be extended within 75 days. **If you do not request appraisal within the deadline, you waive your right to contest TWIA's determination of the amount of loss**

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

## LEGAL NOTICE

TWIA's evaluation was intended to establish the coverage available to you under your policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions or requirements of the policy or any of your rights or the rights of TWIA under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. TWIA expressly reserves all rights under the policy, at law and in equity whether or not expressly identified in this letter.

Case 3:26-cv-00271 Document 1-11 Filed 08/13/26 in TXSD Page 93 of 200
TWIA 002093

Gmail

hover

Compose

Inbox 456
Starred
Snoozed
Sent
Drafts 23
More

Labels

ABC Supply 3
All State 2
Antonio Lizardi
Beacon 10
Bilingual Insurance 101
Bisdpurchasing Emails
Cash App Receipts 6
Clients Roof Pro Serices
Belia Granado
CCA
George Miranda

Log

## 22306 Isle View Drive, Galveston TX



GET MATERIAL LIST

VIEW PROPERTY IN 3D

EXPORT MEASUREMENTS TO PDF

START DESIGN REQUEST

| | |
|---|---|
| **Job ID:** | 13126373 |
| **Completed On:** | August 01, 2024 |
| **Measurements:** | COMPLETE |
| **Roof Complexity:** | Complex (19 facets) |
| **Submitted By:** | roofbypros@gmail.com |
| **Base Price** | $110.00 |
| **Subtotal** | $110.00 |
| **Tax** | $7.04 |
| **TOTAL** | **$117.04** |


TWIA_MOHUN_CLAIM FILE_000262

**Texas Windstorm Insurance Association**

**ClaimsReady™ Report**
July 9, 2024

## 22306 Isle View Dr, Galveston, TX 77554



In this 3D model, facets appear as semi-transparent to reveal overhangs.

**Report Details**

Report: 60071629

**Claim Information**

ClaimNumber: 1196371
DateOfLoss: 2024-07-08

**Roof Details**

Total Roof Area = 2,747 sq ft
Total Roof Facets = 18
Predominant Pitch = 6/12
Number of Stories >1
Total Ridges/Hips = 204 ft
Total Valleys = 24 ft
Total Rakes = 14 ft
Total Eaves = 343 ft

**Report Contents**

Images ........................................................1
Length Diagram.............................................4
Pitch Diagram ...............................................5
Area Diagram ...............................................6
Notes Diagram .............................................7
Report Summary ...........................................8

Contact: Texas Windstorm Insurance Association
Company: Texas Windstorm Insurance Association
Address: PO Box 99090
Austin TX 78709
Phone: 555-555-5555

Measurements provided by www.eagleview.com

eagleview

Certified Accurate
www.eagleview.com/Guarantee.aspx

© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Images

The following aerial images show different angles of this structure for your reference.






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

North Side




South Side






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

East Side




West Side





© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Length Diagram

Total Line Lengths:
**Ridges = 27 ft**
Hips = 177 ft
Valleys = 24 ft
Rakes = 14 ft
Eaves = 343 ft
Flashing = 101 ft
Step flashing = 56 ft
**Parapets = 0 ft**







©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram contains segment lengths (rounded to the nearest whole number) over 5 feet. In some cases, segment labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Pitch Diagram

Pitch values are shown in inches per foot, and arrows indicate slope direction. The predominant pitch on this roof is 6/12.




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram contains labeled pitches for facet areas larger than 20 square feet. In some cases, pitch labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9). Blue shading indicates a pitch of 3/12 and greater.



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Area Diagram

Total Area = 2,747 sq ft, with 18 facets.







©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram shows the square feet of each roof facet (rounded to the nearest foot). The total area in square feet, at the top of this page, is based on the non-rounded values of each roof facet (rounded to the nearest square foot after being totaled).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Notes Diagram

Roof facets are labeled from smallest to largest (A to Z) for easy reference.









© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Report Summary

Below is a measurement summary using the values presented in this report.

### All Structures

| Areas per Pitch | | |
|---|---|---|
| **Roof Pitches** | 6/12 | 9/12 |
| **Area (sq ft)** | 2644.9 | 101.2 |
| **% of Roof** | 96.3% | 3.7% |

The table above lists each pitch on this roof and the total area and percent (both rounded) of the roof with that pitch.

**Waste Calculation Table**

| Waste % | 0% | 10% | 12% | 15% | 17% | 20% | 22% |
|---|---|---|---|---|---|---|---|
| **Area (sq ft)** | 2,747 | 3021.7 | 3076.6 | 3159.1 | 3214.0 | 3296.4 | 3351.3 |
| **Squares** | 27.5 | 30.2 | 30.8 | 31.6 | 32.1 | 33.0 | 33.5 |

This table shows the total roof area and squares (rounded up to the nearest decimal) based upon different waste percentages. The waste factor is subject to the complexity of the roof, individual roofing techniques and your experience. Please consider this when calculating appropriate waste percentages. Note that only roof area is included in these waste calculations. Additional materials needed for ridge, hip, valley, and starter lengths are not included.

### All Structures Totals



Total Roof Facets = 18

**Lengths, Areas and Pitches**
Ridges = 27 ft (2 Ridges)
Hips = 177 ft (14 Hips).
Valleys = 24 ft (3 Valleys)
Rakes † = 14 ft (1 Rakes)
Eaves/Starter ‡ = 343 ft (21 Eaves)
Drip Edge (Eaves + Rakes) = 357 ft (22 Lengths)
Parapet Walls = 0 (0 Lengths).
Flashing = 101 ft (11 Lengths)
Step flashing = 56 ft (12 Lengths)
Predominant Pitch = 6/12
**Total Area (All Pitches) = 2,747 sq ft**

**Property Location**
Longitude = -95.0533409
Latitude = 29.1386008

**Notes**
This was ordered as a residential property. There were no changes to the structure in the past four years.

† Rakes are defined as roof edges that are sloped (not level).
‡ Eaves are defined as roof edges that are not sloped and level.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Online Maps

Online map of property
http://maps.google.com/maps?f=g&source=s_q&hl=en&geocode=&q=22306+Isle+View+Dr,Galveston,TX,77554
Directions from Texas Windstorm Insurance Association to this property
http://maps.google.com/maps?f=d&source=s_d&saddr=PO+Box+99090,Austin,TX,78709&daddr=22306+Isle+View+Dr,Galveston,TX,77554

Enclosed is your ClaimsReady report. Please click the link to supplement your report with a walls report that includes areas of facets and cut-outs, line lengths, a notes diagram, and waste table calculations. Request a walls report.



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# Important Legal Notice and Disclaimer

## Notice and Disclaimer

No Warranty: The Copyrighted Materials are provided to you "as is," and you agree to use it at your own risk.

EagleView Technologies makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise, including but not limited to, content, quality, accuracy, completeness, effectiveness, reliability, fitness for a particular purpose, usefulness, use or results to be obtained from the Copyrighted Materials.

Contractors agree to always conduct a preliminary site survey to verify Roof Report ordered. In the event of an error in a Report, your sole remedy will be a refund of the fees paid by you to obtain this Report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

| | | | |
|---|---|---|---|
| Insured : | David Mohun | Policy No. : | TWRD0000713215 |
| Property Address : | 22306 Isle View Dr, Galveston, TX 77554 | Date of Loss : | 7/8/2024 |
| | | Catastrophe No. : | |
| Mailing Address : | 8405 Winningham Ln, Houston, TX 77055-7531 | Adj. File No. : | |
| Insured Tel. No. : | [redacted] | Loss Amount: | $31,012.95 |

Referral Date    Date Insured Contacted: 7/10/2024    Date Loss Inspected: 8/1/2024

# Activity Report

**Totals for completed activities**

**Total Hours: 0.00**    **Total Expenses: 0.00**    **Total Travel: 0.00**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/12/2024 9:02 AM | | |

Price List: TXGA8X_AUG24
Restoration/Service/Remodel
Estimate: DAVID_MOHUN

## Depreciation Summary

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| **CLEANING** | **115.18** | | |
| **CONTENT MANIPULATION** | **60.59** | | |
| **GENERAL DEMOLITION** | **627.50** | | |
| **DRYWALL** | **560.95** | **0.09** | |
| **MISC. EQUIPMENT - COMMERCIAL** | **67.25** | | |
| **FINISH CARPENTRY / TRIMWORK** | **243.46** | **0.59** | |
| **FINISH HARDWARE** | **89.81** | | |
| **INSULATION** | **148.34** | **0.13** | |
| **LABOR ONLY** | **1.41** | | |
| **PAINTING** | **1,413.39** | **41.85** | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| SCAFFOLDING | 2,551.36 | | |
| SIDING | 17,383.45 | 1,504.38 | |
| SOFFIT, FASCIA, & GUTTER | 1,367.66 | 28.14 | |
| WINDOW REGLAZING & REPAIR | 370.80 | 136.67 | |
| WINDOWS - WOOD | 168.12 | | |
| **Total** | **25,169.27** | **1,711.85** | **0.00** |
| **Recoverable Depreciation** | | | **1,711.85** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/12/2024 9:02 AM | | |

Price List: TXGA8X_AUG24
Restoration/Service/Remodel
Estimate: DAVID_MOHUN

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

# Ownership Audit

## Estimate: DAVID_MOHUN

| User | Ownership Period | Total Items | Estimate Total |
|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 to 8/11/2024 | 78 | $44,948.41 |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 to 8/12/2024 | 55 | $25,169.27 |

## Session Statistics

| User | Date | Time | Total Items | Estimate Total |
|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 | 23:22:37 to 23:28:17 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/5/2024 | 12:42:57 to 12:45:52 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/6/2024 | 12:05:45 to 18:56:33 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/6/2024 | 21:56:00 to 22:39:07 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 | 09:48:48 to 10:59:25 | 25 | $8,586.09 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 | 18:31:57 to 20:13:00 | 78 | $44,948.41 |
| (ROOFBYPR) Lee Olivares | 8/11/2024 | 14:37:54 to 14:41:29 | 78 | $44,948.41 |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 | 08:36:16 to 09:02:47 | 55 | $25,169.27 |

# Estimate Audit Trail

**Estimate: DAVID_MOHUN**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| () | 7/17/2024 18:59:50 | $0.00 | $0.00 | N/A | Measurement data received from provider EAGLEVIEW.ROOF.PROVIDER |
| (ROOFBYPR) Lee Olivares | 7/17/2024 21:56:24 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 7/30/2024 00:31:43 | $0.00 | $0.00 | N/A | Estimate checked back in |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:21:58 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:28:17 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 12:45:52 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/6/2024 18:54:32 | $0.00 | $0.00 | N/A | Sketch Third Party Roof Usage |
| (ROOFBYPR) Lee Olivares | 8/6/2024 22:12:26 | $0.00 | $0.00 | N/A | Maximum depreciation changed from 100 to 75 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:50:29 | $0.00 | $0.00 | N/A | Tax jurisdiction set to 8.25% |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:50:29 | $0.00 | $0.00 | N/A | Price list changed from TXGA8X_JUL24 to TXGA8X_AUG24 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:50:33 | $0.00 | $0.00 | N/A | Estimate re-priced (0 items changed) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:56:58 | $0.00 | $1,654.96 | N/A | TWIA_TEX_CEILING_2024 (Personal) Macro used (9 items added) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:57:38 | $1,654.96 | $2,032.30 | +22.8 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 10:02:57 | $2,032.30 | $4,150.93 | +104.2 | 9 item(s) pasted from estimate SIDING_SCAFFOLDING owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 10:41:52 | $4,150.93 | $8,586.09 | +106.8 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 10:59:25 | $8,586.09 | $8,586.09 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:45:18 | $8,586.09 | $49,744.43 | +479.4 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:45:32 | $49,744.43 | $49,973.62 | +0.5 | 1 item(s) pasted from estimate DAVID_MOHUN owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:16 | $49,973.62 | $42,516.55 | -14.9 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:24 | $42,516.55 | $42,745.74 | +0.5 | 1 item(s) pasted from estimate DAVID_MOHUN owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:33 | $42,745.74 | $42,968.49 | +0.5 | Estimate total change(s) |

# Estimate Audit Trail

**Estimate: DAVID_MOHUN**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:42 | $42,968.49 | $43,197.68 | +0.5 | 1 item(s) pasted from estimate DAVID_ MOHUN owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:54:20 | $43,197.68 | $44,948.41 | +4.1 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:46 | $44,948.41 | $44,948.41 | 0.0 | Overhead changed from 1 to 1 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:46 | $44,948.41 | $44,948.41 | 0.0 | Overhead changed from 10 to 10 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:47 | $44,948.41 | $44,948.41 | 0.0 | Profit changed from 1 to 1 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:47 | $44,948.41 | $44,948.41 | 0.0 | Profit changed from 10 to 10 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 20:12:53 | $44,948.41 | $44,948.41 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 20:12:59 | $44,948.41 | $46,866.38 | +4.3 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/9/2024 20:12:59 | $46,866.38 | $44,948.41 | -4.1 | Estimate set to complete |
| (ROOFBYPR) Lee Olivares | 8/11/2024 14:37:41 | $44,948.41 | $46,866.38 | +4.3 | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/11/2024 14:41:20 | $46,866.38 | $44,948.41 | -4.1 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/11/2024 14:41:28 | $44,948.41 | $46,866.38 | +4.3 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/11/2024 14:41:28 | $46,866.38 | $44,948.41 | -4.1 | Estimate set to complete |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:36:09 | $44,948.41 | $46,866.38 | +4.3 | Estimate moves to Desktop |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:37:26 | $46,866.38 | $44,948.41 | -4.1 | 1A: Other Structures Deductible changed from 2000 to 2000 |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:37:40 | $44,948.41 | $44,948.41 | 0.0 | 1B: Personal Property Deductible changed from 0 to 2000 |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:37:59 | $44,948.41 | $44,967.89 | 0.0 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:37:59 | $44,967.89 | $44,948.41 | 0.0 | Estimate re-priced (29 items changed) |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:53:57 | $44,948.41 | $27,224.99 | -39.4 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:54:15 | $27,224.99 | $27,437.91 | +0.8 | 2 item(s) pasted from estimate DAVID_ MOHUN owned by DAVIDRJM |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:59:19 | $27,437.91 | $25,169.27 | -8.3 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 09:02:38 | $25,169.27 | $25,169.27 | 0.0 | Estimate save (changes made) |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 09:02:46 | $25,169.27 | $22,472.95 | -10.7 | Estimate moves to XA |

# Estimate Audit Trail

**Estimate: DAVID_MOHUN**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (DAVIDRJM) David DeVilbiss | 8/12/2024 09:02:46 | $22,472.95 | $25,169.27 | +12.0 | Estimate set to complete |

**Audit Summary Report**

12-Aug-2024 08:03:29 AM

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Home: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Business: | |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Estimator: | DAVIDRJM | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1196371 | TWRD0000713215 | WIND | 0 |

Date of Loss: 07-Jul-2024 Date Received: 08-Jul-2024
Date Inspected: 01-Aug-2024 Date Entered: 17-Jul-2024

Price List: TXGA8X_JUL24
Estimate: DAVID_MOHUN

Current Audit Report - 12-Aug-2024 08:03:29 AM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

Previous Audit Report - 11-Aug-2024 01:42:08 PM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

Previous Audit Report - 09-Aug-2024 07:13:52 PM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

Audit Report Summary - 12-Aug-2024 08:03:29 AM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/12/2024 9:02 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | DAVID_MOHUN |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

TWIA 002118

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**DAVID_MOHUN**

**Risk**

**Exterior**

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Siding - vinyl | 386.00 SF | 0.51 | 0.00 | 39.38 | 236.24 | (0.00) | 236.24 |
| 2. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 3. Siding - vinyl | 509.30 SF | 4.94 | 89.50 | 521.08 | 3,126.52 | (303.75) | 2,822.77 |
| 4. Soffit - metal/vinyl - Detach & reset | 114.58 SF | 3.47 | 0.28 | 79.58 | 477.45 | (0.00) | 477.45 |
| 5. R&R Wrap wood window frame & trim with aluminum sheet | 5.00 EA | 282.37 | 27.89 | 287.96 | 1,727.70 | (94.65) | 1,633.05 |
| 6. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 7. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 8. Door numbers/letters - Detach & reset | 5.00 EA | 13.45 | 0.00 | 13.46 | 80.71 | (0.00) | 80.71 |
| 9. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 30.00 LF | 2.53 | 0.27 | 15.24 | 91.41 | (2.48) | 88.93 |
| 10. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 11. R&R Window screen, 1 - 9 SF | 5.00 EA | 46.35 | 15.10 | 49.38 | 296.23 | (85.42) | 210.81 |
| **Totals: Front Elevation** | | | **143.78** | **1,325.08** | **7,950.17** | **504.71** | **7,445.46** |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12. Siding - vinyl | 48.00 SF | 4.94 | 8.43 | 49.10 | 294.65 | (28.63) | 266.02 |
| 13. Soffit - metal/vinyl - Detach & reset | 110.00 SF | 3.47 | 0.27 | 76.40 | 458.37 | (0.00) | 458.37 |
| 14. R&R Vinyl outside corner post | 85.00 LF | 9.13 | 26.30 | 160.48 | 962.83 | (89.25) | 873.58 |
| 15. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 16. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 17. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 18. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 9.86 | 59.23 | (17.08) | 42.15 |
| **Totals: Right Elevation** | | | **102.14** | **988.34** | **5,929.99** | **352.58** | **5,577.41** |

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

### CONTINUED - Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 19. R&R Vinyl outside corner post | 40.00 LF | 9.13 | 12.38 | 75.52 | 453.10 | (42.00) | 411.10 |
| 20. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 21. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 22. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 23. R&R Window screen, 1 - 9 SF | 2.00 EA | 46.35 | 6.04 | 19.74 | 118.48 | (34.17) | 84.31 |
| **Totals: Rear Elevation** | | | **82.54** | **787.76** | **4,726.49** | **293.79** | **4,432.70** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 24. Remove Siding - vinyl | 826.00 SF | 0.51 | 0.00 | 84.26 | 505.52 | (0.00) | 505.52 |
| 25. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 26. Siding - vinyl | 826.00 SF | 4.94 | 145.15 | 845.12 | 5,070.71 | (492.63) | 4,578.08 |
| 27. Soffit - metal/vinyl - Detach & reset | 101.00 SF | 3.47 | 0.25 | 70.16 | 420.88 | (0.00) | 420.88 |
| 28. R&R Wrap wood window frame & trim with aluminum sheet | 1.00 EA | 282.37 | 5.58 | 57.60 | 345.55 | (18.93) | 326.62 |
| 29. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 30. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| **Totals: Left Elevation** | | | **158.96** | **1,359.72** | **8,158.09** | **520.59** | **7,637.50** |
| **Total: Exterior** | | | **487.42** | **4,460.90** | **26,764.74** | **1,671.67** | **25,093.07** |

### Interior




**Game Room** **Height: 8'**

| | | | |
|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling |
| 1047.79 | SF Walls & Ceiling | 393.13 | SF Floor |
| 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 81.83 | LF Ceil. Perimeter | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 12.12 | 72.71 | (0.00) | 72.71 |
| 32. Mask the floor per square foot - plastic and tape - 4 mil | 393.13 SF | 0.32 | 2.27 | 25.62 | 153.69 | (0.00) | 153.69 |
| 33. Mask and prep for paint - plastic, paper, tape (per LF) | 81.83 LF | 1.79 | 1.82 | 29.66 | 177.96 | (0.00) | 177.96 |
| 34. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 4.10 | 24.64 | (0.08) | 24.56 |
| 35. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 3.22 | 19.36 | (0.13) | 19.23 |
| 36. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 0.96 | 5.80 | (0.10) | 5.70 |
| 37. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 2.42 | 14.45 | (0.01) | 14.44 |
| 38. Paint the walls - two coats | 654.67 SF | 1.25 | 14.04 | 166.46 | 998.84 | (34.04) | 964.80 |
| 39. R&R Quarter round - 3/4" | 10.00 LF | 2.27 | 0.88 | 4.72 | 28.30 | (0.21) | 28.09 |
| 40. R&R Baseboard - 3 1/4" | 10.00 LF | 4.70 | 1.56 | 9.72 | 58.28 | (0.38) | 57.90 |
| 41. Seal & paint base shoe or quarter round | 81.83 LF | 1.08 | 0.88 | 17.86 | 107.12 | (2.13) | 104.99 |
| 42. Paint baseboard - one coat | 81.83 LF | 1.28 | 0.74 | 21.08 | 126.56 | (1.80) | 124.76 |
| 43. Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | 48.95 | 0.54 | 9.90 | 59.39 | (1.30) | 58.09 |
| 44. Final cleaning - construction - Residential | 393.13 SF | 0.29 | 11.29 | 22.80 | 148.10 | (0.00) | 148.10 |
| **Totals: Game Room** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |
| **Total: Interior** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 45. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 627.50 | 0.00 | 125.50 | 753.00 | (0.00) | 753.00 |
| **Totals: Debris Removal** | | | **0.00** | **125.50** | **753.00** | **0.00** | **753.00** |
| **Total: Risk** | | | **522.40** | **4,917.04** | **29,512.94** | **1,711.85** | **27,801.09** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 46. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 105.76 | 634.52 | (0.00) | 634.52 |
| 47. Finish carpentry labor minimum | 1.00 EA | 173.76 | 0.00 | 34.76 | 208.52 | (0.00) | 208.52 |
| 48. Window labor minimum | 1.00 EA | 168.12 | 0.00 | 33.62 | 201.74 | (0.00) | 201.74 |
| 49. Cleaning labor minimum* | 1.00 EA | 1.17 | 0.12 | 0.24 | 1.53 | (0.00) | 1.53 |
| 50. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 0.28 | 1.69 | (0.00) | 1.69 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 51. Finish hardware labor minimum | 1.00 EA | 89.81 | 0.00 | 17.96 | 107.77 | (0.00) | 107.77 |
| 52. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 26.54 | 159.28 | (0.00) | 159.28 |
| **Totals: Labor Minimums Applied** | | | **0.12** | **219.16** | **1,315.05** | **0.00** | **1,315.05** |
| **Line Item Totals: DAVID_MOHUN** | | | **522.52** | **5,136.20** | **30,827.99** | **1,711.85** | **29,116.14** |

| Additional Charges | Charge |
|---|---|
| Permit | 154.14 |
| **Additional Charges Total** | **$154.14** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling | 1,047.79 | SF Walls and Ceiling |
| 393.13 | SF Floor | 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 81.83 | LF Ceil. Perimeter |
| 393.13 | Floor Area | 420.85 | Total Area | 654.67 | Interior Wall Area |
| 6,016.99 | Exterior Wall Area | 84.50 | Exterior Perimeter of Walls | | |
| 2,745.95 | Surface Area | 27.46 | Number of Squares | 374.83 | Total Perimeter Length |
| 26.99 | Total Ridge Length | 175.85 | Total Hip Length | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 25,169.27 |
| Permit | 154.14 |
| Material Sales Tax | 511.11 |
| Subtotal | 25,834.52 |
| Overhead | 2,583.51 |
| Profit | 2,583.51 |
| Cleaning Sales Tax | 11.41 |
| **Replacement Cost Value** | **$31,012.95** |
| Less Depreciation | (1,711.85) |
| **Actual Cash Value** | **$29,301.10** |
| Less Deductible | (8,540.00) |
| **Net Claim** | **$20,761.10** |
| Total Recoverable Depreciation | 1,711.85 |
| **Net Claim if Depreciation is Recovered** | **$22,472.95** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 2,568.10 | 2,568.10 | 511.11 | 0.00 | 11.41 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | | | |
| | 15.41 | 15.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **2,583.51** | **2,583.51** | **511.11** | **0.00** | **11.41** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: DAVID_MOHUN**

**Area: Risk**

| | | |
|---|---|---|
| **Area: Exterior** | | |
| **Front Elevation** | **6,481.31** | **25.75%** |
| **Right Elevation** | **4,839.51** | **19.23%** |
| **Rear Elevation** | **3,856.19** | **15.32%** |
| **Left Elevation** | **6,639.41** | **26.38%** |
| **Area Subtotal: Exterior** | **21,816.42** | **86.68%** |
| **Area: Interior** | | |
| **Game Room** | **1,629.58** | **6.47%** |
| **Area Subtotal: Interior** | **1,629.58** | **6.47%** |
| **Debris Removal** | **627.50** | **2.49%** |
| **Area Subtotal: Risk** | **24,073.50** | **95.65%** |
| **Labor Minimums Applied** | **1,095.77** | **4.35%** |
| **Subtotal of Areas** | **25,169.27** | **100.00%** |
| **Total** | **25,169.27** | **100.00%** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 627.50 | | 627.50 |
| DRYWALL | 560.95 | 0.09 | 560.86 |
| MISC. EQUIPMENT - COMMERCIAL | 67.25 | | 67.25 |
| FINISH CARPENTRY / TRIMWORK | 243.46 | 0.59 | 242.87 |
| FINISH HARDWARE | 89.81 | | 89.81 |
| INSULATION | 148.34 | 0.13 | 148.21 |
| LABOR ONLY | 1.41 | | 1.41 |
| PAINTING | 1,413.39 | 41.85 | 1,371.54 |
| SCAFFOLDING | 2,551.36 | | 2,551.36 |
| SIDING | 17,383.45 | 1,504.38 | 15,879.07 |
| SOFFIT, FASCIA, & GUTTER | 1,367.66 | 28.14 | 1,339.52 |
| WINDOW REGLAZING & REPAIR | 370.80 | 136.67 | 234.13 |
| WINDOWS - WOOD | 168.12 | | 168.12 |
| O&P Items Subtotal | 25,169.27 | 1,711.85 | 23,457.42 |
| Permits and Fees | 154.14 | | 154.14 |
| Material Sales Tax | 511.11 | | 511.11 |
| Overhead | 2,583.51 | | 2,583.51 |
| Profit | 2,583.51 | | 2,583.51 |
| Cleaning Sales Tax | 11.41 | | 11.41 |
| Total | 31,012.95 | 1,711.85 | 29,301.10 |

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

# LOSS REPORT

**Final**

| | | | |
|---|---|---|---|
| Reference: | Leading Edge Claims Service<br>360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | Report #: | 1 |
| | | Catastrophe Number: | |
| | | Policy Number: | TWRD0000713215 |
| Attention: | Claim Examiner | Claim Number: | 1196371 |
| Insured: | David Mohun<br>22306 Isle View Dr<br>Galveston, TX 77554 | Date of Loss: | 7/8/2024 |
| | | Type of Loss: | Wind |
| | | File Number: | |

**ENCLOSURES:**

Estimate, Statement of Loss, Bill for Services, Photos (113), Diagrams

**COVERAGE:**

| | | | |
|---|---|---|---|
| 1A: Structure | $427,000.00 | Eff. Dates: | From: 4/18/2024 To: 4/18/2025 |
| 1A: Other Structures | $42,700.00 | Mortgagee: | |
| 1B: Personal Property | $100,000.00 | Deductible: | $8,540.00 |
| | | Co-Ins. Policy: | Yes ☐ No ☑ |
| | | Forms: | |

**GENERAL LOSS REPORT**

INITIAL CONTACT

Who called the insured? Lee Olivares

Method of contact? Phone

Person spoken with on initial contact David Mohun

Inspection Details: Completed inspection at the scheduled time with David Mohun

Mailing address: 8405 Winningham Ln, Houston, TX 77055-7531

Damages Reported: High winds caused damage to the siding and water damage to the game room.

Insured has email? Thebestbayhouse@gmail.com

Language Interpreter needed? No

INSPECTION

Discussed claim damages, reviewed items on FNOL Damage Description: Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage
Confirmed DOL with insured of: Jul 8, 2024, 12:00:00 AM

Reviewed prior claims: None provided in Xactanalysis
Reviewed Underwriting Report: None provided in Xactanalysis
Reviewed WPI-8: 2030881 / Certified March 3, 2016

COVERAGE A (DWELLING AND OTHER STRUCTURES)

Roof
Age / Material / Layers / Reparability / Decking: 8 / 30 year architectural /1 / Yes / 1/2 CDX

Front slope: visible damage consistent with wind.
Right slope: No visible damage consistent with wind.

Rear slope: No visible damage consistent with wind.
Left slope: No visible damage consistent with wind.

Soft metals and other roof elements: No visible damage consistent with wind.

Exterior
Siding / Age / Material: Vinyl Siding with wood siding under it / 14 yrs

Front elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged and missing window screens caused by high winds. Wind damage to fascia, soffits, and window wraps.

Right elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged window screens caused by high winds. Wind damage to fascia,

Rear elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged a window screens caused by high winds.

Interior damage consistent with wind damage to siding and exposed felt.
Left elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged window wrap caused by high winds.

Siding was manually added using hover measurements. Elevations to breakaway walls were not included as part of the estimate.

Interior
Interior inspection: Yes

Does the property appear vacant? No

Attic inspected: Yes

Interior damage consistent with wind damage to siding.
321 Endorsement in place.

List damages by room:

Game room: Water damage to wall and baseboard caused by storm created opening on siding.

COVERAGE B (PERSONAL PROPERTY): None claimed or observed at the time of inspection.

Estimate Summary

Depreciation (and basis for that depreciation): Depreciation on this claim is set based on age and condition using Xactimate's depreciation tool. Dwelling roof at 8 years per discussion with Insured and visible condition at the time of inspection. Siding at 8 years per discussion with Insured and visible condition at the time of inspection.

Overhead and profit were added. Job will require coordination and supervision due to complexity of scope of work.

Salvage? No salvage opportunities were observed as the damaged items hold no value.
Subrogation? No Subrogation opportunity was observed as the damages are weather related.

Coverage Summary
Reported date of Loss: 7/8/2024

DOL consistent with weather data? – Yes, the Benchmark report does show wind gusts with 80+ wind gusts at location on the reported DOL.

Cause of Loss: WIND

Policy in Force? Yes, 4/18/2024 - 4/18/2025

Damages Accepted:
Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris.
Damaged and missing window screens caused by high winds.

Interior damage consistent with wind damage to siding and exposed felt

Damages NOT Accepted:
None:

Damages observed, but NOT claimed:
None

Attorney/Public Adjuster involvement? None at the time of this report.

Contractor involvement? None at the time of this report.

Closing conversation with the insured: After my inspection, I spoke to the Insured, explained the scope of damages observed, and advised that TWIA retains all authority on the claim and would contact them soon.

Closing Notes
Underwriting Risk Referral attached? None
Pending or unresolved exposures: None

**STATEMENT OF LOSS:**

| Item | RCV | Dep | ACV | Limit |
|---|---|---|---|---|
| 1A: Structure | $31,012.95 | $1,711.85 | $29,301.10 | $22,472.95 |
| 1A: Other Structures | $0.00 | $0.00 | $0.00 | $0.00 |
| 1B: Personal Property | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $31,012.95 | $1,711.85 | $29,301.10 | |

| | |
|---|---|
| Deductible | 8,540.00 |
| Less Prior Payments | $0.00 |
| Claim Payable | $22,472.95 |
| Due Insured | **$22,472.95** |
| Recoverable Depreciation Totals: | $1,711.85 |
| Non-Recoverable Depreciation Totals: | $0.00 |
| Net Claim Without Rec. Depreciation: | $20,761.10 |

**RECOMMENDATIONS:**

I recommend payment to Insured in the ACV amount of $20,761.10.

TWIA Claims Examiner

8/12/2024
Date

HOVER **Complete Measurements**

22306 Isle View Drive
GALVESTON, TX 77554




VIEW 3D MODEL

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 13126373**
DAVID MOHUN
1000029

HOVER **Complete Measurements** 22306 Isle View Drive, Galveston...

SUMMARY

| Areas | Siding | Other |
|---|---|---|
| Facades | 3051 ft² | 130 ft² |
| Openings | 504 ft² | 40 ft² |
| Trims* | 197 ft² | 192 ft² |
| Unknown (no photos)* | - | - |
| Total | 3752 ft² | 362 ft² |

*Any trim or unknown material that touches siding is included in the 'Siding' column. If it does not touch siding, then it's included in the 'Other' column.

| Openings | Siding | Other |
|---|---|---|
| Quantity | 23 | 2 |
| Tops Length | 76′ 11″ | 7′ 8″ |
| Sills Length | 73′ 3″ | 7′ 8″ |
| Sides Length | 218′ 1″ | 1′ 8″ |
| Total Perimeter | 368′ 2″ | 17′ |

| Corners | Siding | Other |
|---|---|---|
| Inside Qty | 7 | 0 |
| Inside Length | 36′ 5″ | - |
| Outside Qty | 24 | 0 |
| Outside Length | 191′ 10″ | - |

| Accessories | Siding | Other |
|---|---|---|
| Shutter Qty | 0 | 0 |
| Shutter Area | 0 ft² | 0 ft² |
| Vents Qty | 1 | 0 |
| Vents Area | 2 ft² | 0 ft² |

| Trim | Siding | Other |
|---|---|---|
| Level Starter | 385′ 8″ | 23′ 4″ |
| Sloped Trim | 83′ 10″ | 2′ 4″ |
| Vertical Trim | 28′ 5″ | 11′ 6″ |

| Roofline | Length | Avg. Depth | Soffit Area |
|---|---|---|---|
| Eaves Fascia | 347′ 2″ | - | - |
| Level Frieze Board | 431′ 11″ | 1′ 10″ | 675 ft² |
| Rakes Fascia | 19′ | - | - |
| Sloped Frieze Board | 16′ | - | 0 ft² |

## SIDING WASTE TOTALS

| Siding & Trim Only* | Area | Squares |
|---|---|---|
| Zero Waste | 3207 ft² | 32¼ |
| +10% | 3528 ft² | 35½ |
| +18% | 3784 ft² | 38 |

| + Openings < 20ft² | Area | Squares |
|---|---|---|
| Zero Waste | 3484 ft² | 35 |
| +10% | 3834 ft² | 38½ |
| +18% | 4109 ft² | 41¼ |

| + Openings < 33ft² | Area | Squares |
|---|---|---|
| Zero Waste | 3648 ft² | 36½ |
| +10% | 4014 ft² | 40¼ |
| +18% | 4303 ft² | 43¼ |

*The first three rows of the Siding Waste Factor table are calculated using the total ft² of siding facades, ft² of trim touching siding, and ft² of unknowns touching siding.

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

HOVER **Complete Measurements** 22306 Isle View Drive, Galveston...

ROOF SUMMARY

| Roof | Area | Total | Length |
|---|---|---|---|
| Roof Facets | 2796 $ft^2$ | 19 | - |
| Ridges / Hips | - | 19 | 208′ 3″ |
| Valleys | - | 3 | 21′ 5″ |
| Rakes | - | 3 | 19′ |
| Eaves | - | 22 | 347′ 2″ |
| Flashing | - | 13 | 88′ 4″ |
| Step Flashing | - | 20 | 57′ 10″ |
| Drip Edge/Perimeter | - | - | 366′ 2″ |

| Roof Pitch* | Area | Percentage |
|---|---|---|
| 6 / 12 | 2214 $ft^2$ | 79.18% |
| 5 / 12 | 439 $ft^2$ | 15.7% |
| 9 / 12 | 79 $ft^2$ | 2.83% |
| 3 / 12 | 64 $ft^2$ | 2.29% |



**Example Waste Factor Calculations**

| | Zero Waste | +5% | +10% | +15% | +20% |
|---|---|---|---|---|---|
| **Area** | 2796 $ft^2$ | 2936 $ft^2$ | 3076 $ft^2$ | 3215 $ft^2$ | 3355 $ft^2$ |
| **Squares** | 28 | 29⅔ | 31 | 32⅓ | 33⅔ |

The table above provides the total roof area of a given property using waste percentages as noted. Please consider that area values and specific waste factors can be influenced by the size and complexity of the property, captured image quality, specific roofing techniques, and your own level of expertise. Additional square footage for Hip, Ridge, and Starter shingles are not included in this waste factor and will require additional materials. This table is only intended to make common waste calculations easier and should not be interpreted as recommendations.

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

TWIA 002132

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

MEASUREMENT KEY






© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



TWIA_MOHUN_CLAIM FILE_000301

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

FOOTPRINT







Number of Stories: > 1

Footprint Perimeter: 131′ 9″

Footprint Area: 329 ft²



© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

TWIA 002134

HOVER Complete Measurements

# 22306 Isle View Drive, Galveston...

SIDING PER ELEVATION




Number of Stories: > 1




**Siding Per Elevation**

| FRONT | RIGHT | LEFT | BACK |
|---|---|---|---|
| SI-1 - 61 ft² | SI-3 - 237 ft² | SI-25 - 15 ft² | SI-14 - 31 ft² |
| SI-2 - 282 ft² | SI-8 - 77 ft² | SI-26 - 42 ft² | SI-16 - 129 ft² |
| SI-4 - 58 ft² | SI-9 - 194 ft² | SI-27 - 23 ft² | SI-17 - 19 ft² |
| SI-5 - 37 ft² | SI-10 - 232 ft² | SI-28 - 30 ft² | SI-18 - 16 ft² |
| SI-6 - 46 ft² | SI-11 - 211 ft² | SI-29 - 261 ft² | SI-19 - 30 ft² |
| SI-7 - 40 ft² | SI-12 - 27 ft² | SI-30 - 441 ft² | SI-20 - 72 ft² |
| | SI-13 - 2 ft² | SI-31 - 230 ft² | SI-21 - 133 ft² |
| | SI-15 - 21 ft² | | SI-22 - 19 ft² |
| | | | SI-23 - 21 ft² |
| | | | SI-24 - 14 ft² |
| **524 ft²** | **1001 ft²** | **1042 ft²** | **484 ft²** |



© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



TWIA_MOHUN_CLAIM FILE_000303

TWIA 002135

HOVER **Complete Measurements** 22306 Isle View Drive, Galveston...

SOFFIT

**Soffit Summary**

| Depth | Type | Count | Total Length | Total Area |
|---|---|---|---|---|
| 6″ - 12″ | eaves | 4 | 41′ 11″ | 27 ft² |
| | - | 2 | 44′ 6″ | 37 ft² |
| 12″ - 18″ | eaves | 19 | 312′ 9″ | 411 ft² |
| | - | 2 | 2′ 4″ | 3 ft² |
| 24″ - 48″ | eaves | 4 | 16′ 11″ | 37 ft² |
| | - | 1 | 10′ 1″ | 57 ft² |
| > 48″ | eaves | 2 | 28′ 7″ | 200 ft² |
| | - | 4 | 65′ 7″ | 1363 ft² |
| | | **Totals** | **522′ 7″** | **2136 ft²** |





© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



TWIA_MOHUN_CLAIM FILE_000304

HOVER Complete Measurements

# 22306 Isle View Drive, Galveston...

SOFFIT

## Soffit Breakdown

| num | Type | Depth | Length | Area | Pitch |
|---|---|---|---|---|---|
| 1 | eave | 17″ | 27′ 2″ | 38 ft² | 6 / 12 |
| 2 | eave | 15″ | 8′ 4″ | 10 ft² | 5 / 12 |
| 3 | eave | 17″ | 43′ 9″ | 60 ft² | 6 / 12 |
| 4 | eave | 15″ | 53′ 1″ | 66 ft² | 5 / 12 |
| 5 | eave | 7″ | 7′ 1″ | 4 ft² | 5 / 12 |
| 6 | eave | 17″ | 4′ 4″ | 6 ft² | 6 / 12 |
| 7 | eave | 85″ | 22′ 5″ | 158 ft² | 5 / 12 |
| 8 | eave | 7″ | 23′ 7″ | 14 ft² | 5 / 12 |
| 9 | eave | 15″ | 25′ 11″ | 32 ft² | 6 / 12 |
| 10 | eave | 17″ | 7′ 7″ | 10 ft² | 6 / 12 |
| 11 | eave | 17″ | 18′ 7″ | 26 ft² | 6 / 12 |
| 12 | eave | 7″ | 2′ | 1 ft² | 6 / 12 |
| 13 | eave | 12″ | 2′ 7″ | 3 ft² | 6 / 12 |
| 14 | eave | 35″ | 2′ | 3 ft² | 6 / 12 |
| 15 | eave | 24″ | 5′ 1″ | 8 ft² | 6 / 12 |
| 16 | eave | 9″ | 9′ 3″ | 7 ft² | 6 / 12 |
| 17 | eave | 17″ | 7′ 7″ | 10 ft² | 6 / 12 |
| 18 | eave | 14″ | 3′ 8″ | 3 ft² | 6 / 12 |
| 19 | eave | 17″ | 4′ 4″ | 6 ft² | 6 / 12 |

| num | Type | Depth | Length | Area | Pitch |
|---|---|---|---|---|---|
| 20 | eave | 32″ | 4′ 8″ | 6 ft² | 6 / 12 |
| 21 | eave | 15″ | 22′ | 28 ft² | 6 / 12 |
| 22 | eave | 17″ | 43′ 9″ | 60 ft² | 6 / 12 |
| 23 | eave | 81″ | 6′ 2″ | 42 ft² | 9 / 12 |
| 24 | eave | 18″ | 6′ 1″ | 9 ft² | 3 / 12 |
| 25 | eave | 14″ | 6′ 8″ | 8 ft² | 3 / 12 |
| 26 | eave | 15″ | 4′ 10″ | 6 ft² | 3 / 12 |
| 27 | eave | 15″ | 14′ 7″ | 18 ft² | 6 / 12 |
| 28 | eave | 46″ | 5′ 2″ | 20 ft² | 9 / 12 |
| 29 | eave | 15″ | 8′ 1″ | 10 ft² | 6 / 12 |
| 30 | - | 163″ | 7′ 9″ | 106 ft² | 6 / 12 |
| 31 | - | 10″ | 25′ 3″ | 22 ft² | 5 / 12 |
| 32 | - | 163″ | 12′ 5″ | 169 ft² | 5 / 12 |
| 33 | - | 37″ | 10′ 1″ | 57 ft² | 6 / 12 |
| 34 | - | 300″ | 24′ 1″ | 601 ft² | 6 / 12 |
| 35 | - | 9″ | 19′ 3″ | 15 ft² | 6 / 12 |
| 36 | - | 15″ | 3″ | 0 ft² | 6 / 12 |
| 37 | - | 16″ | 2′ 1″ | 3 ft² | 6 / 12 |
| 38 | - | 275″ | 21′ 4″ | 487 ft² | 6 / 12 |

Ø Feature is too small to label on the plan diagram

\- Feature could not be labelled with complete certainty

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

TWIA 002137

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

FRONT






© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 13126373**
DAVID MOHUN
10/03/2024

TWIA_MOHUN_CLAIM FILE_000306

TWIA 002138

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

FRONT-RIGHT




Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 13126373**
DAVID MOHUN
10/09/2024

TWIA_MOHUN_CLAIM FILE_000307

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

RIGHT






© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 13126373**
DAVID MOHUN
10/30/2024

TWIA 002140

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

RIGHT-BACK






© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 13126373**
DAVID MOHUN
10/30/2024

TWIA_MOHUN_CLAIM FILE_000309

TWIA 002141

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

BACK







© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by HOVER

**PROPERTY ID: 13126373**
DAVID MOHUN
10/03/2024



TWIA_MOHUN_CLAIM FILE_000310

TWIA 002142

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

BACK-LEFT




© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by HOVER

**PROPERTY ID: 13126373**
DAVID MOHUN
10/30/2024

TWIA_MOHUN_CLAIM FILE_000311

TWIA 002143

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

LEFT






© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

TWIA_MOHUN_CLAIM FILE_000312

**PROPERTY ID: 13126373**
DAVID MOHUN
10/03/2024

TWIA 002144

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

LEFT-FRONT




© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by HOVER

**PROPERTY ID: 13126373**
DAVID MOHUN
10/08/2024

TWIA_MOHUN_CLAIM FILE_000313

**Siding**

| Facade | Area | Inside Corners | Outside Corners | Openings | Shutters | Vents |
|---|---|---|---|---|---|---|
| SI-1 | 61 ft² | - | 2 | 1 | - | - |
| SI-2 | 282 ft² | - | 2 | 3 | - | - |
| SI-3 | 237 ft² | - | 2 | 1 | - | - |
| SI-4 | 58 ft² | - | 1 | - | - | - |
| SI-5 | 37 ft² | - | - | - | - | - |
| SI-6 | 46 ft² | 1 | 1 | - | - | - |
| SI-7 | 40 ft² | 1 | 1 | - | - | - |
| SI-8 | 77 ft² | 1 | 1 | - | - | - |
| SI-9 | 194 ft² | - | 2 | 1 | - | - |
| SI-10 | 232 ft² | - | 2 | - | - | - |
| SI-11 | 211 ft² | 1 | 1 | 2 | - | - |
| SI-12 | 27 ft² | 1 | 1 | - | - | - |
| SI-13 | 2 ft² | 1 | 1 | - | - | - |
| SI-14 | 31 ft² | 1 | 2 | 1 | - | - |
| SI-15 | 21 ft² | - | 2 | 1 | - | - |
| SI-16 | 129 ft² | - | 2 | - | - | - |
| SI-17 | 19 ft² | 1 | 1 | - | - | - |
| SI-18 | 16 ft² | - | 2 | 1 | - | - |
| SI-19 | 30 ft² | 1 | 2 | 1 | - | - |

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

HOVER **Complete Measurements** 22306 Isle View Drive, Galveston...
FACADES

**Siding (cont.)**

| Facade | Area | Inside Corners | Outside Corners | Openings | Shutters | Vents |
|---|---|---|---|---|---|---|
| SI-20 | 72 ft² | - | 2 | 4 | - | - |
| SI-21 | 133 ft² | 1 | 1 | 4 | - | - |
| SI-22 | 19 ft² | 1 | 1 | - | - | - |
| SI-23 | 21 ft² | - | 2 | - | - | - |
| SI-24 | 14 ft² | - | 2 | 1 | - | - |
| SI-25 | 15 ft² | 1 | 1 | 1 | - | - |
| SI-26 | 42 ft² | - | 2 | - | - | - |
| SI-27 | 23 ft² | 1 | 1 | - | - | - |
| SI-28 | 30 ft² | 1 | - | - | - | - |
| SI-29 | 261 ft² | - | 2 | - | - | 1 |
| SI-30 | 441 ft² | - | 3 | 1 | - | - |
| SI-31 | 230 ft² | - | 2 | - | - | - |
| Total | 3051 ft² | 14 | 47 | 23 | 0 | 1 |



© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**Wrap**

| Facade | Area | Openings | Shutters | Vents |
|---|---|---|---|---|
| WR-1 | 130 $ft^2$ | 2 | - | - |
| Total | 130 $ft^2$ | 2 | 0 | 0 |

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**Facades**

| | | Trim | | | Corners | | Roofline | | Openings | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Facade** | **Area** | **Level Starter** | **Sloped** | **Vertical** | **Inside** | **Outside** | **Level Frieze Board** | **Sloped Frieze Board** | **Tops** | **Sills** | **Sides** |
| SI-1 | 61 ft² | 2′ 10″ | - | - | - | 21′ 1″ | 12′ 3″ | - | 9′ 5″ | - | 14′ 5″ |
| SI-2 | 282 ft² | 38′ 1″ | - | 4′ 2″ | - | 20′ 6″ | 6′ 10″ | - | 2′ 9″ | 10′ 5″ | 26′ 2″ |
| SI-3 | 237 ft² | 24′ 9″ | - | - | - | 21′ 1″ | 24′ 9″ | - | 3′ 4″ | 3′ 4″ | 14′ 2″ |
| SI-4 | 58 ft² | 9′ 5″ | - | - | - | 7′ 9″ | 9′ 5″ | - | - | - | 6′ 2″ |
| SI-5 | 37 ft² | 1′ 10″ | 8′ 8″ | 3′ 11″ | - | - | 9′ 8″ | - | - | - | 5′ 1″ |
| SI-6 | 46 ft² | 5′ 11″ | - | 7′ 10″ | - | 7′ 10″ | 5′ 11″ | - | - | - | - |
| SI-7 | 40 ft² | 5′ 2″ | - | - | 7′ 10″ | 7′ 10″ | 5′ 2″ | - | - | - | - |
| SI-8 | 77 ft² | 1′ 4″ | 16′ 3″ | 6″ | - | 10′ 3″ | 14′ 4″ | - | - | - | - |
| SI-9 | 194 ft² | 11′ | 10′ 6″ | 11″ | - | 18′ 11″ | 6′ 5″ | 16′ | 1′ 5″ | 1′ 5″ | 8′ 6″ |
| SI-10 | 232 ft² | 35′ 2″ | 5′ 9″ | - | - | 13′ 4″ | 40′ 6″ | - | - | - | - |
| SI-11 | 211 ft² | 23′ 3″ | - | - | 10′ 3″ | 10′ 3″ | 23′ 3″ | - | 5′ 11″ | 5′ 11″ | 18′ 3″ |
| SI-12 | 27 ft² | - | 8′ | 6″ | 4′ 3″ | 8′ 1″ | 7′ 4″ | - | - | - | - |
| SI-13 | 2 ft² | 2′ 4″ | - | - | 11″ | 11″ | 2′ 4″ | - | - | - | - |
| SI-14 | 31 ft² | 5′ 8″ | - | - | 10′ 3″ | 12′ | 5′ 8″ | - | 3′ | 3′ | 14′ 2″ |
| SI-15 | 21 ft² | 3′ 8″ | - | - | - | 20′ 6″ | 3′ 8″ | - | 2′ 11″ | 2′ 11″ | 11′ 5″ |
| SI-16 | 129 ft² | 12′ 3″ | - | - | - | 21′ 1″ | 12′ 3″ | - | - | - | - |
| SI-17 | 19 ft² | 11″ | 3′ 5″ | - | 4′ 3″ | 5′ 7″ | 4′ 1″ | - | - | - | - |
| SI-18 | 16 ft² | 3′ 3″ | - | - | - | 20′ 6″ | 3′ 3″ | - | 2′ 11″ | 2′ 11″ | 11′ 5″ |

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

HOVER **Complete Measurements** 22306 Isle View Drive, Galveston...
SIDING

**Facades (cont.)**

| | | Trim | | | Corners | | Roofline | | Openings | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Facade** | **Area** | **Level Starter** | **Sloped** | **Vertical** | **Inside** | **Outside** | **Level Frieze Board** | **Sloped Frieze Board** | **Tops** | **Sills** | **Sides** |
| SI-19 | 30 ft² | 9′ 8″ | - | - | 11″ | 19′ 7″ | 9′ 8″ | - | 4′ 5″ | 4′ 5″ | 11′ 5″ |
| SI-20 | 72 ft² | 10′ 2″ | 6′ 6″ | - | - | 14′ 4″ | 18′ 1″ | - | 13′ 11″ | 12′ | 18′ 2″ |
| SI-21 | 133 ft² | 22′ 10″ | - | 1′ 10″ | 9′ 4″ | 9′ 4″ | 22′ 10″ | - | 15′ 8″ | 15′ 8″ | 26′ 6″ |
| SI-22 | 19 ft² | - | 4′ 4″ | - | 3′ 10″ | 5′ 7″ | 4′ 1″ | - | - | - | - |
| SI-23 | 21 ft² | 23′ 1″ | - | - | - | 1′ 10″ | 23′ 1″ | - | - | - | - |
| SI-24 | 14 ft² | 3′ 3″ | - | - | - | 18′ 8″ | 3′ 3″ | - | 2′ 11″ | 2′ 11″ | 11′ 5″ |
| SI-25 | 15 ft² | 3′ 4″ | - | - | 9′ 4″ | 9′ 4″ | 3′ 4″ | - | 2′ 11″ | 2′ 11″ | 11′ 5″ |
| SI-26 | 42 ft² | 6′ 11″ | 10′ 6″ | 6″ | - | 8′ 8″ | 15′ 2″ | - | - | - | - |
| SI-27 | 23 ft² | 3′ 8″ | 4′ 1″ | 6″ | 3′ 10″ | 6′ 3″ | 7′ 4″ | - | - | - | - |
| SI-28 | 30 ft² | 3′ 10″ | - | 7′ 10″ | 7′ 10″ | - | 3′ 10″ | - | - | - | - |
| SI-29 | 261 ft² | 24′ 9″ | - | - | - | 21′ 1″ | 24′ 9″ | - | - | - | - |
| SI-30 | 441 ft² | 52′ 7″ | - | - | - | 20′ 6″ | 52′ 7″ | - | 5′ 6″ | 5′ 6″ | 9′ 5″ |
| SI-31 | 230 ft² | 35′ | 5′ 10″ | - | - | 13′ 4″ | 40′ 6″ | - | - | - | - |
| Total* | 3051 ft² | 385′ 8″ | 83′ 10″ | 28′ 5″ | 36′ 5″ | 191′ 10″ | 425′ 4″ | 16′ | 76′ 11″ | 73′ 3″ | 218′ 1″ |

*Totals de-duplicate any line segments that are shared between multiple facades, and as a result may not represent a total summation of the corresponding column.

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

TWIA 002150


## Example Waste Factor Calculations

### SIDING & TRIM ONLY

| | Zero Waste | +10% | +18% |
|---|---|---|---|
| SI-1 | 61 ft² | 67 ft² | 72 ft² |
| SI-2 | 282 ft² | 310 ft² | 333 ft² |
| SI-3 | 237 ft² | 261 ft² | 280 ft² |
| SI-4 | 58 ft² | 64 ft² | 68 ft² |
| SI-5 | 37 ft² | 41 ft² | 44 ft² |
| SI-6 | 46 ft² | 51 ft² | 54 ft² |
| SI-7 | 40 ft² | 44 ft² | 47 ft² |
| SI-8 | 77 ft² | 85 ft² | 91 ft² |
| SI-9 | 194 ft² | 213 ft² | 229 ft² |
| SI-10 | 232 ft² | 255 ft² | 274 ft² |
| SI-11 | 211 ft² | 232 ft² | 249 ft² |
| SI-12 | 27 ft² | 30 ft² | 32 ft² |
| SI-13 | 2 ft² | 2 ft² | 2 ft² |
| SI-14 | 31 ft² | 34 ft² | 37 ft² |
| SI-15 | 21 ft² | 23 ft² | 25 ft² |
| SI-16 | 129 ft² | 142 ft² | 152 ft² |

### + OPENINGS < 20FT²

| | Zero Waste | +10% | +18% |
|---|---|---|---|
| SI-1 | 61 ft² | 67 ft² | 72 ft² |
| SI-2 | 296 ft² | 326 ft² | 349 ft² |
| SI-3 | 237 ft² | 261 ft² | 280 ft² |
| SI-4 | 58 ft² | 64 ft² | 68 ft² |
| SI-5 | 37 ft² | 41 ft² | 44 ft² |
| SI-6 | 46 ft² | 51 ft² | 54 ft² |
| SI-7 | 40 ft² | 44 ft² | 47 ft² |
| SI-8 | 77 ft² | 85 ft² | 91 ft² |
| SI-9 | 202 ft² | 222 ft² | 238 ft² |
| SI-10 | 232 ft² | 255 ft² | 274 ft² |
| SI-11 | 230 ft² | 253 ft² | 271 ft² |
| SI-12 | 27 ft² | 30 ft² | 32 ft² |
| SI-13 | 2 ft² | 2 ft² | 2 ft² |
| SI-14 | 49 ft² | 54 ft² | 58 ft² |
| SI-15 | 33 ft² | 36 ft² | 39 ft² |
| SI-16 | 129 ft² | 142 ft² | 152 ft² |

### + OPENINGS < 33FT²

| | Zero Waste | +10% | +18% |
|---|---|---|---|
| SI-1 | 61 ft² | 67 ft² | 72 ft² |
| SI-2 | 336 ft² | 370 ft² | 396 ft² |
| SI-3 | 257 ft² | 283 ft² | 303 ft² |
| SI-4 | 58 ft² | 64 ft² | 68 ft² |
| SI-5 | 37 ft² | 41 ft² | 44 ft² |
| SI-6 | 46 ft² | 51 ft² | 54 ft² |
| SI-7 | 40 ft² | 44 ft² | 47 ft² |
| SI-8 | 77 ft² | 85 ft² | 91 ft² |
| SI-9 | 202 ft² | 222 ft² | 238 ft² |
| SI-10 | 232 ft² | 255 ft² | 274 ft² |
| SI-11 | 230 ft² | 253 ft² | 271 ft² |
| SI-12 | 27 ft² | 30 ft² | 32 ft² |
| SI-13 | 2 ft² | 2 ft² | 2 ft² |
| SI-14 | 49 ft² | 54 ft² | 58 ft² |
| SI-15 | 33 ft² | 36 ft² | 39 ft² |
| SI-16 | 129 ft² | 142 ft² | 152 ft² |

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.


TWIA_MOHUN_CLAIM FILE_000319

| | SIDING & TRIM ONLY (CONT.) | | | + OPENINGS < 20FT² | | | + OPENINGS < 33FT² | | |
|---|---|---|---|---|---|---|---|---|---|
| | Zero Waste | +10% | +18% | Zero Waste | +10% | +18% | Zero Waste | +10% | +18% |
| SI-17 | 19 ft² | 21 ft² | 22 ft² | 19 ft² | 21 ft² | 22 ft² | 19 ft² | 21 ft² | 22 ft² |
| SI-18 | 16 ft² | 18 ft² | 19 ft² | 28 ft² | 31 ft² | 33 ft² | 28 ft² | 31 ft² | 33 ft² |
| SI-19 | 30 ft² | 33 ft² | 35 ft² | 30 ft² | 33 ft² | 35 ft² | 50 ft² | 55 ft² | 59 ft² |
| SI-20 | 72 ft² | 79 ft² | 85 ft² | 120 ft² | 132 ft² | 142 ft² | 120 ft² | 132 ft² | 142 ft² |
| SI-21 | 133 ft² | 146 ft² | 157 ft² | 151 ft² | 166 ft² | 178 ft² | 214 ft² | 235 ft² | 253 ft² |
| SI-22 | 19 ft² | 21 ft² | 22 ft² | 19 ft² | 21 ft² | 22 ft² | 19 ft² | 21 ft² | 22 ft² |
| SI-23 | 21 ft² | 23 ft² | 25 ft² | 21 ft² | 23 ft² | 25 ft² | 21 ft² | 23 ft² | 25 ft² |
| SI-24 | 14 ft² | 15 ft² | 17 ft² | 26 ft² | 29 ft² | 31 ft² | 26 ft² | 29 ft² | 31 ft² |
| SI-25 | 15 ft² | 17 ft² | 18 ft² | 27 ft² | 30 ft² | 32 ft² | 27 ft² | 30 ft² | 32 ft² |
| SI-26 | 42 ft² | 46 ft² | 50 ft² | 42 ft² | 46 ft² | 50 ft² | 42 ft² | 46 ft² | 50 ft² |
| SI-27 | 23 ft² | 25 ft² | 27 ft² | 23 ft² | 25 ft² | 27 ft² | 23 ft² | 25 ft² | 27 ft² |
| SI-28 | 30 ft² | 33 ft² | 35 ft² | 30 ft² | 33 ft² | 35 ft² | 30 ft² | 33 ft² | 35 ft² |
| SI-29 | 261 ft² | 287 ft² | 308 ft² | 261 ft² | 287 ft² | 308 ft² | 261 ft² | 287 ft² | 308 ft² |
| SI-30 | 441 ft² | 485 ft² | 520 ft² | 441 ft² | 485 ft² | 520 ft² | 462 ft² | 508 ft² | 545 ft² |
| SI-31 | 230 ft² | 253 ft² | 271 ft² | 230 ft² | 253 ft² | 271 ft² | 230 ft² | 253 ft² | 271 ft² |
| Trims | 156 ft² | 172 ft² | 184 ft² | 260 ft² | 286 ft² | 307 ft² | 260 ft² | 286 ft² | 307 ft² |

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

### SIDING & TRIM ONLY (CONT.)

| | Zero Waste | +10% | +18% |
|---|---|---|---|
| **Total** | 3207 ft² | 3528 ft² | 3784 ft² |

### + OPENINGS < 20FT²

| Zero Waste | +10% | +18% |
|---|---|---|
| 3484 ft² | 3834 ft² | 4109 ft² |

### + OPENINGS < 33FT²

| Zero Waste | +10% | +18% |
|---|---|---|
| 3648 ft² | 4014 ft² | 4303 ft² |

The first Siding Waste Factor table is calculated using the total ft² of siding facades, ft² of trim touching siding, and ft² of unknowns touching siding.

The tables above provide the area of siding on a given property, segmented by individual and in sum total form. Values include openings (doors & windows) and waste percentages as noted. Please consider that area values and specific waste factors can be influenced by the size and complexity of the property, captured image quality, specific siding techniques, and your own level of expertise. Accessories are not included in these values and may require additional material.

These tables are only intended to make common waste calculations easier and should not be interpreted as recommendations.

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**Windows**

| Group | Group Width x Height | Group United Inches | Opening | Width x Height | United Inches | Area |
|---|---|---|---|---|---|---|
| WG-1 | 35″ x 35″ | 70″ | W-101 | 35″ x 35″ | 70″ | 8 $ft^2$ |
| WG-2 | 27″ x 73″ | 100″ | W-202 | 27″ x 73″ | 100″ | 14 $ft^2$ |
| WG-3 | 86″ x 73″ | 158″ | W-203 | 39″ x 73″ | 112″ | 20 $ft^2$ |
| | | | W-204 | 39″ x 73″ | 112″ | 20 $ft^2$ |
| WG-4 | 30″ x 35″ | 65″ | W-205 | 30″ x 35″ | 65″ | 7 $ft^2$ |
| WG-5 | 29″ x 62″ | 91″ | W-206 | 29″ x 62″ | 91″ | 12 $ft^2$ |
| WG-6 | 29″ x 62″ | 91″ | W-207 | 29″ x 62″ | 91″ | 12 $ft^2$ |
| WG-7 | 29″ x 62″ | 91″ | W-208 | 29″ x 62″ | 91″ | 12 $ft^2$ |
| WG-8 | 47″ x 62″ | 109″ | W-209 | 47″ x 62″ | 109″ | 20 $ft^2$ |
| WG-9 | 29″ x 62″ | 91″ | W-210 | 29″ x 62″ | 91″ | 12 $ft^2$ |
| WG-10 | 29″ x 62″ | 91″ | W-211 | 29″ x 62″ | 91″ | 12 $ft^2$ |
| WG-11 | 145″ x 68″ | 213″ | W-212 | 44″ x 68″ | 113″ | 21 $ft^2$ |
| | | | W-213 | 44″ x 68″ | 113″ | 21 $ft^2$ |
| | | | W-214 | 44″ x 68″ | 113″ | 21 $ft^2$ |
| WG-12 | 60″ x 50″ | 110″ | W-215 | 60″ x 50″ | 110″ | 21 $ft^2$ |
| WG-13 | 86″ x 73″ | 158″ | W-316 | 39″ x 73″ | 112″ | 20 $ft^2$ |
| | | | W-317 | 39″ x 73″ | 112″ | 20 $ft^2$ |

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**Windows (cont.)**

| Group | Group Width x Height | Group United Inches | Opening | Width x Height | United Inches | Area |
|---|---|---|---|---|---|---|
| WG-14 | 77″ x 49″ | 126″ | W-318 | 35″ x 49″ | 84″ | 12 $ft^2$ |
| | | | W-319 | 35″ x 49″ | 84″ | 12 $ft^2$ |
| WG-15 | 77″ x 49″ | 126″ | W-320 | 35″ x 49″ | 84″ | 12 $ft^2$ |
| | | | W-321 | 35″ x 49″ | 84″ | 12 $ft^2$ |
| | | | Total | - | 2034″ | 321 $ft^2$ |

Powered by HOVER
© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

OPENINGS

**Doors**

| Opening | Width x Height |
|---|---|
| D-1 | 108″ x 84″ |
| D-2 | 36″ x 80″ |
| D-3 | 32″ x 80″ |
| D-4 | 32″ x 80″ |

*Door height and width have been snapped to standard

**Entire Doors**

| Opening | Width x Height | Area |
|---|---|---|
| D-1 | 109″ x 85″ | 64 $ft^2$ |
| D-2 | 36″ x 81″ | 20 $ft^2$ |
| D-3 | 32″ x 81″ | 18 $ft^2$ |
| D-4 | 33″ x 81″ | 18 $ft^2$ |
| Total | - | 120 $ft^2$ |

*Total door square footage includes entire door package (e.g. with transoms, sidelites, etc.)

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

## ROOF MEASUREMENTS

| Roof | Length |
|---|---|
| Ridges (RI) | 23′ 7″ |
| Hips (H) | 184′ 8″ |
| Valleys (V) | 21′ 5″ |
| Rakes (RA) | 19′ |
| Eaves (E) | 347′ 2″ |
| Flashing (F)* | 88′ 4″ |
| Step Flashing (SF)* | 57′ 10″ |
| Transition Line (TL) | - |

*Please view the 3D model for more detail (e.g. flashing, step flashing and some other roof lines may be difficult to see on the PDF)






© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 13126373**
DAVID MOHUN
1/1/2025

HOVER Complete Measurements

# 22306 Isle View Drive, Galveston...

ROOF FACETS

**Roof Facets**

| Facet | Area | Pitch |
|---|---|---|
| RF-1 | 79 ft² | 9/12 |
| RF-2 | 27 ft² | 6/12 |
| RF-3 | 28 ft² | 5/12 |
| RF-4 | 310 ft² | 6/12 |
| RF-5 | 411 ft² | 5/12 |
| RF-6 | 21 ft² | 3/12 |
| RF-7 | 272 ft² | 6/12 |
| RF-8 | 564 ft² | 6/12 |
| RF-9 | 21 ft² | 3/12 |
| RF-10 | 22 ft² | 3/12 |
| RF-11 | 564 ft² | 6/12 |
| RF-12 | 100 ft² | 6/12 |
| RF-13 | 17 ft² | 6/12 |
| RF-14 | 148 ft² | 6/12 |
| RF-15 | 51 ft² | 6/12 |
| RF-16 | 17 ft² | 6/12 |
| RF-17 | 9 ft² | 6/12 |
| RF-18 | 9 ft² | 6/12 |
| RF-19 | 126 ft² | 6/12 |




Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

TWIA 002158

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

ROOF AREA




| Roof | Facets | Total |
|---|---|---|
| Total | 19 | 2796 $ft^2$ |



© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



TWIA_MOHUN_CLAIM FILE_000327

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

ROOF PITCH




| Roof Pitch | Area | Percentage |
|---|---|---|
| 6 / 12 | 2214 ft² | 79.18% |
| 5 / 12 | 439 ft² | 15.7% |
| 9 / 12 | 79 ft² | 2.83% |
| 3 / 12 | 64 ft² | 2.29% |

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 13126373**
DAVID MOHUN
1/10/2022

HOVER **Complete Measurements** 22306 Isle View Drive, Galveston...
PHOTOS












© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 13126373**
DAVID MOHUN
11/04/2024

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

PHOTOS















© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

PHOTOS







© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

LE
LEADING EDGE
LEADING THE WAY IN TIMES OF CRISIS!

360 S. Nolen Dr. Suite 100
Southlake, TX 76092

Tax ID: 26-0317491

**Claim Number: 1196371**
Policy Number: TWRD0000713215
Date of Loss: July 8, 2024

Invoice Number: 158123
Adjuster: Lee Roland Olivares
Invoice Date: August 12, 2024

Invoice To: Texas Windstorm Insurance Assoc.
4801 Southwest Parkway
Austin, TX 78735
Attention:

Insured: David Mohun
8405 Winningham Ln
Houston, TX 77055

Office: TWIA - HURRICANE

Location: 22306 Isle View Dr
Galveston, TX 77554
Gross Loss: $31,012.95

| | | |
|---|---|---|
| Adjuster Fees | | |
| Tier Billing | $25,000.01 - $50,000.00 | $1,500.00 |
| Adjuster Expenses | | |
| Adjuster Equipment Fee | 1.00 each @ $25.00 | $25.00 |
| Adjuster Fuel Fee | 1.00 each @ $25.00 | $25.00 |
| Hover Elevation Report | 1.00 1 @ $117.04 | $117.04 |

| | | |
|---|---|---|
| Sub Total | | $1,667.04 |
| Tax | | $0.00 |
| **Grand Total** | **Invoice Number: 158123** | **$1,667.04** |

We appreciate your business and thank you for your Partnership!

# LOSS RECAP

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Policy No. : | TWRD0000713215 |
| Property Address : | 22306 Isle View Dr, Galveston, TX 77554 | Date of Loss : | 7/8/2024 |
| Mailing Address : | 8405 Winningham Ln, Houston, TX 77055-7531 | Catastrophe No. : | |
| Insured Tel. No. : | [redacted] | Adj. File No. : | |
| Adjusting Company : | | Adj. No. : | |
| Adj. Address : | | Adj. Phone No. : | (800) 788-8247 |

Date Loss Assigned: 7/8/2024 01:00 Date Insured Contacted: 7/10/2024 18:35 Date Loss Inspected: 8/1/2024 09:00

| | Replacement Cost Loss | Recov. Depr. | Non-recov. Deprec. | ACV Loss | Deductible Applied | Insur. Carried Req. % | ACV Claim | Potential Suppl. Claim | RC Claim | Valuation RCV | Valuation ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A: Structure | 31,012.95 | 1,711.85 | 0.00 | 29,301.10 | 8,540.00 | 100 \| 100 | 20,761.10 | 1,711.85 | 22,472.95 | 0.00 | 0.00 |
| 1A: Other Structures | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 \| 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1B: Personal Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 \| 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTALS** | **$31,012.95** | **$1,711.85** | **$0.00** | **$29,301.10** | **$8,540.00** | | **$20,761.10** | **$1,711.85** | **$22,472.95** | | |

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling - 1-Risk**

Date Taken:

Taken By: Lee Olivares

22306 Isle View Dr




**Risk/Dwelling - 2-Risk**

Date Taken:

Taken By: Lee Olivares

Verification.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 3-Roof**

Date Taken:

Taken By: Lee Olivares

Single Layer-Drip edge/gutter apron




**Risk/Dwelling/Roof - 4-Roof**

Date Taken:

Taken By: Lee Olivares

5/12 pitch

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 5-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 6-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 7-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 8-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 9-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 10-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 11-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 12-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 13-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 14-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Roof - 15-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection. 0 wind damaged shingles.



**Risk/Dwelling/Roof - 16-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 17-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 0 wind damaged shingles.



**Risk/Dwelling/Roof - 18-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 19-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 20-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk/Dwelling/Roof - 21-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.




**Risk/Dwelling/Roof - 22-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection. 0 wind damaged shingles.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 23-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 24-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 25-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 26-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 27-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.




**Risk/Dwelling/Roof - 28-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 0 wind damaged shingles.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 29-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 30-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 31-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- no visible direct wind damages.




**Risk/Exterior/Front Elevation - 32-Roof**

Date Taken:

Taken By: Lee Olivares

Elevation overview.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Front Elevation - 33-Roof**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.



**Risk/Exterior/Front Elevation - 34-Roof**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Front Elevation - 35-Roof**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.




**Risk/Exterior/Right Elevation - 36-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Right Elevation - 37-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Elevation overview.



**Risk/Exterior/Right Elevation - 38-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Right Elevation - 39-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.



**Risk/Exterior/Right Elevation - 40-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window screen.
Visible damage to metal fascia.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Right Elevation - 41-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to outside corner post.
Visible wind damage to window screen
Visible damage to metal fascia.



**Risk/Exterior/Right Elevation - 42-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window screen

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 43-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Exterior/Right Elevation - 44-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to metal fascia.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Right Elevation - 45-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to metal fascia.



**Risk/Exterior/Right Elevation - 46-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window screen

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Rear Elevation - 47-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Exterior/Rear Elevation - 48-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to metal fascia.
Visible damage to outside corner post.
Visible wind damage to window trim.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Rear Elevation - 49-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window trim.



**Risk/Exterior/Rear Elevation - 50-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window trim.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Rear Elevation - 51-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window trim.



**Risk/Exterior/Rear Elevation - 52-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Left Elevation - 53- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Exterior/Left Elevation - 54- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to outside corner post.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Exterior/Left Elevation - 55-Left Elevation**

Date Taken:

Taken By: Lee Olivares



**Risk/Exterior/Left Elevation - 56-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 57-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 58-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Left Elevation - 59-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 60-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 61- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 62- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 63- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.




**Risk/Interior/Game Room - 64- Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk/Interior/Game Room - 65-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 66-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Interior/Game Room - 67- Game Room**

Date Taken:

Taken By: Lee Olivares

Water damage to window sill and baseboard caused by storm created opening.



**Risk/Interior/Game Room - 68- Game Room**

Date Taken:

Taken By: Lee Olivares

Water damage to window sill and baseboard caused by storm created opening.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Game Room - 69-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 70-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 71- Game Room**

Date Taken:

Taken By: Lee Olivares

Wind pressure caused damage to drywall above window.



**Risk/Interior/Game Room - 72- Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.