# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 73-Game Room**

Date Taken:

Taken By: Lee Olivares

Damaged window screen.



**Risk/Interior/Game Room - 74-Game Room**

Date Taken:

Taken By: Lee Olivares

Water damage to window sill and baseboard caused by storm created opening.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Game Room - 75-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.



**Risk/Interior/Game Room - 76-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Game Room - 77-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.



**Risk/Interior/Game Room - 78-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Game Room - 79-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 80-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Game Room - 81-Game Room**

Date Taken:

Taken By: Lee Olivares

Damage overview.



**Risk/Interior/No damage - 82-Game Room Closet**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 83-Game Room Closet**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 84-Hallway**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 85-Hallway**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 86-Hallway Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 87-Hallway Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 88-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 89- Bedroom 1**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 90- Bedroom 2**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Interior/No damage - 91-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 92-Living Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 93-Living Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 94-Dining Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 95-Dining Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 96-Kitchen**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 97-Kitchen**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 98-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 99-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 100-Laundry Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Interior/No damage - 101-Laundry Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 102-Half Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 103-Half Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 104-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

Overview.

TWIA 002217

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 105-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/No damage - 106-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

Overview.



TWIA_MOHUN_CLAIM FILE_000386

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Attic - 107-Attic**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/Attic - 108-Attic**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215




**109-EastImage.JPG**

Date Taken:

Taken By: EagleView




**110-NorthImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215




**111-SouthImage.JPG**
Date Taken:
Taken By: EagleView




**112-TopImage.JPG**
Date Taken:
Taken By: EagleView

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**113-WestImage.JPG**

Date Taken:

Taken By: EagleView

**Price List Variation Usage Report**

**Texas Windstorm Insurance Association**



**Received Date:**
7/8/2024

**Completed Date:**
8/12/2024

**Operator:**
DAVIDRJM David DeVilbiss

**Estimator:**
LEEO-LECS Lee Olivares

**Checkpoint price list:**
TXGA8X_JUL24 Galveston, TX

**Estimate price list:**
TXGA8X_AUG24 Galveston, TX
Restoration/Service/Remodel

**Claim Number:**
1196371

| | |
|---|---|
| **Price List Item Total** | **25,158.79** |
| **Estimate Line Item Total** | **25,166.69** |
| **Line Item Deviation Total** | **7.90** |

* Totals may be different due to rounding.

**Price List Variation Usage Report**

 8/12/2024 9:02 AM

**Texas Windstorm Insurance Association**

## Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **DRY** | **1/2-** | | | | | |
| + | | 1/2" drywall - hung, taped, ready for texture | 6.00 | SF | 2.86 | 17.16 |
| | | 1/2" drywall - hung, taped, ready for texture | 6.00 | SF | 2.87 | 17.22 |
| | | | | | | **0.06** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.01 | | Mkt. Cond. 0.00 | |
| **EQC** | **SNDNRS** | | | | | |
| + | | Door numbers/letters - Detach & reset | 5.00 | EA | 13.41 | 67.05 |
| | | Door numbers/letters - Detach & reset | 5.00 | EA | 13.45 | 67.25 |
| | | | | | | **0.20** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.04 | | Mkt. Cond. 0.00 | |
| **FNC** | **B3** | | | | | |
| + | | Baseboard - 3 1/4" | 10.00 | LF | 4.15 | 41.50 |
| | | Baseboard - 3 1/4" | 10.00 | LF | 4.16 | 41.60 |
| | | | | | | **0.10** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.01 | | Mkt. Cond. 0.00 | |
| **INS** | **BI12** | | | | | |
| - | | Blown-in insulation - 12" depth - R30 | 6.00 | SF | 1.18 | 7.08 |
| | | Blown-in insulation - 12" depth - R30 | 6.00 | SF | 1.17 | 7.02 |
| | | | | | | **-0.06** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.00 | | Mkt. Cond. -0.01 | |
| **PNT** | **B** | | | | | |
| + | | Paint baseboard - one coat | 81.83 | LF | 1.27 | 103.92 |
| | | Paint baseboard - one coat | 81.83 | LF | 1.28 | 104.74 |
| | | | | | | **0.82** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.01 | | Mkt. Cond. 0.00 | |

TWIA 002224



## Price List Variation Usage Report



## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **PNT** | **DORT>** | | | | | |
| + | | Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 | EA | 48.92 | 48.92 |
| | | Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 | EA | 48.95 | 48.95 |
| | | | | | | **0.03** |
| **PNT** | **FACM1>** | | | | | |
| + | | Paint exterior fascia - 1 coat - metal, 6"- 8" wide | 30.00 | LF | 2.53 | 75.90 |
| | | Paint exterior fascia - 1 coat - metal, 6"- 8" wide | 30.00 | LF | 2.53 | 75.90 |
| | | | | | | **0.00** |
| **SDG** | **LAB** | | | | | |
| + | | Siding Installer - per hour | 4.00 | HR | 106.45 | 425.80 |
| | | Siding Installer - per hour | 4.00 | HR | 106.46 | 425.84 |
| | | | | | | **0.04** |
| **SDG** | **WDWRAP** | | | | | |
| + | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 242.77 | 6,797.56 |
| | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 242.78 | 6,797.84 |
| | | | | | | **0.28** |
| **SDG** | **WDWRAP** | | | | | |
| - | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 39.49 | 1,105.72 |
| | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 39.59 | 1,108.52 |
| | | | | | | **2.80** |

Unit Price Diff. (PNT DORT>): Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.03 Mkt. Cond. 0.00

Unit Price Diff. (PNT FACM1>): Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. -0.01

Unit Price Diff. (SDG LAB): Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

Additional labor allowance to complete a small repair.
Additional labor allowance to complete a small repair.

Unit Price Diff. (SDG WDWRAP +): Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

Unit Price Diff. (SDG WDWRAP -): Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.10 Mkt. Cond. 0.00

TWIA 002225



**Price List Variation Usage Report**

**Texas Windstorm Insurance Association**

## Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDR** | **SCRN<** | | | | | |
| + | | Window screen, 1 - 9 SF | 8.00 | EA | 41.81 | 334.48 |
| | | Window screen, 1 - 9 SF | 8.00 | EA | 41.83 | 334.64 |
| | | | | | | **0.16** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDR** | **SCRN<** | | | | | |
| - | | Window screen, 1 - 9 SF | 8.00 | EA | 4.51 | 36.08 |
| | | Window screen, 1 - 9 SF | 8.00 | EA | 4.52 | 36.16 |
| | | | | | | **0.08** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Labor Minimum Code | Description | Base Amount | Adjusted Amount |
|---|---|---|---|
| DRYMN-A | Drywall labor minimum | 554.95 | 527.32 |
| | Drywall labor minimum | 556.39 | 528.76 |
| | | | **1.44** |
| FNCMN-A | Finish carpentry labor minimum | 213.31 | 173.21 |
| | Finish carpentry labor minimum | 213.86 | 173.76 |
| | | | **0.55** |
| FNHMN-A | Finish hardware labor minimum | 156.66 | 89.41 |
| | Finish hardware labor minimum | 157.06 | 89.81 |
| | | | **0.40** |
| INSMN-A | Insulation labor minimum | 141.01 | 132.37 |
| | Insulation labor minimum | 141.38 | 132.74 |
| | | | **0.37** |
| WDWMN-A | Window labor minimum | 245.41 | 167.49 |
| | Window labor minimum | 246.04 | 168.12 |
| | | | **0.63** |

**Line Item Deviation** **7.90**

ISO Claimsearch

# CLAIMDIRECTOR RESULT REPORT

A claim report identified by ClaimSearch identification number 4A006464075 was received by ISO ClaimSearch on 07/08/2024. Submission of this claim report initiated a search for similar claims. The claim(s) listed below appear(s) to be similar to the claim submitted and were used to develop the ClaimDirector score.

To simplify your evaluation of these matches, ClaimDirector scores all prior non-duplicate claims and provides a total summary score. The ClaimDirector match report below includes all scored claims up to a maximum of 25.

Reasonable procedures have been adopted to maximize the accuracy of this report. Independent investigations should be performed to evaluate the relevant data provided.

If you have any questions concerning your report, please contact Customer Support at (800) 888-4476.

**Score Details**

**Claim Rules: 0**

No claim rules apply to this claim.

**DAVID MOHUN : 10**

Involved Party Rules : 0

- No involved party rules apply

Matching Claims Score: 10

- Elements Searched: 2 (NAME/ADDRESS,PHONE)

The number of contributing Matching Claims for this Involved Party: 1

| All-Claim ID | Date of Loss | Coverage Type | Loss Type | Reason for Match | Component Score |
|---|---|---|---|---|---|
| 5K006440467 | 05/24/2024 | COMPREHENSIVE | GLASS | Name | 10 |

# ISO CLAIMSEARCH MATCH REPORT DETAILS

## Initiating Claim

**File Number:** 4A006464075

| | |
|---|---|
| **Company:** | T44500001 |
| **Claim Number:** | 1196371 |
| **Date/Time of Loss:** | 07/08/2024 12:01 |
| **Policy Number:** | TWRD0000713215 |
| **Policy Type:** | PERSONAL PROPERTY HOMEOWNERS |
| **Inception Date:** | 04/18/2024 **Expiration Date:** 04/18/2025 |
| **Company Received Date:** | 07/08/2024 |
| **ISO Received Date:** | 07/08/2024 |
| **Loss Description:** | WIND DAMAGE AT THE HOUSE. SIDING ON THE FRONT OF |
| **Location of Loss:** | 22306 ISLE VIEW DR<br>GALVESTON, TX 77554 |

US

## Involved Party: BOTH CLAIMANT & INSURED

**Name:** DAVID MOHUN
**Address:** 8405 WINNINGHAM LN
HOUSTON, TX 77055--753
US
**Home Phone:** (832) 212-6944
**Cellular Phone:** (832) 212-6944

## Property Coverage Information:

**Loss Type:** OTHER PROPERTY
**Claim Status:** OPEN
**Adjuster Company:** TEXAS WINDSTORM INS ASSOC
**Adjuster:** TEAM 1 , TWIA CATASTROPHE
**Adjuster Phone:** (800) 788-8247

| | Building | Contents | Occupancy | Stock | Other |
|---|---|---|---|---|---|
| **Policy** | 427,000 | -- | -- | -- | -- |
| **Estimated Loss** | -- | -- | -- | -- | -- |
| **Reserve** | -- | -- | -- | -- | -- |
| **Paid** | -- | -- | -- | -- | -- |

back

back

## Matching Claim

**File Number:** 5K006440467

**Reason(s) for match:** **NAME**
**Insuring Company:** STATE FARM (R) AFFILIATE
**Claim Number:** 53P2123G1
**Date/Time of Loss:** 05/24/2024
**Policy Number:** 454738953C
**Policy Type:** PERSONAL AUTOMOBILE
**Inception Date:** 02/01/2023 **Expiration Date:** 08/18/2024
**Policy Renewed?:** YES
**Assigned Risk?:** NO
**Insuring Co. Address:** CIOS - 00
ONE STATE FARM PLAZA
BLOOMINGTON, IL 61710
**Loss Description:** BLANK
**CAT Related?:** NO
**Hit & Run Accident:** NO
**Location of Loss:** TX

US

## Involved Party: INSURED

| | |
|---|---|
| **Name:** | DAVID C MOHUN |
| **Address:** | 8405 WINNINGHAM LN<br>HOUSTON, TX 77055-7531<br>US |

## Vehicle Coverage Information:

| | |
|---|---|
| **Coverage Type:** | COMPREHENSIVE |
| **Loss Type:** | GLASS |
| **Adjuster Company:** | STATE FARM (R) AFFILIATE |
| **Adjuster Phone:** | (800) 291-8650 |
| **VIN:** | 5XYP5DGC6PG399623 (Pass) |
| **Vehicle:** | 2023 KIA MOTORS CORPORATION TELLURIDE |
| **Last Year Registered:** | 2000 |
| **Suit Indicator:** | NO |

ISO Stylesheet Version: 5.7 Release Date: 01-31-2018

CONFIDENTIAL
This report is for use by authorized users of ClaimSearch for the purposes permitted under the ClaimSearch Product Supplement/s, ISO Master Agreement and the ClaimSearch Privacy and Security Policies as updated.

© 2017 Insurance Services Office, Inc.

David Mohun & Kristen Mohun
c/o Hodge Law Firm, PLLC
1301 Market St
Galveston, TX 77550-2624
Sent via email: shodge@hodgefirm.com

## Request for Information

Date: October 10, 2024
Insured: David Mohun & Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location: 22306 Isle View Dr, Galveston, TX 77554

Dear Hodge Law Firm,

We are evaluating your claim for items in dispute and need additional information. If you have already provided this information to TWIA or the adjuster, please disregard this letter.

**Please provide the following information or let us know if there is none.**

- Documentation of Damage: Provide any records and information that you have relating to the cause of the damage or the cost of repairing the damaged property, including any bids, estimates, reports, photographs, and any written descriptions of the property or the damage.

- Temporary Repairs: Provide any invoices, bills, statements, and receipts showing any repair cost you incurred to protect the property from further damage.

- Debris Removal: Provide any photographs, invoices, bills, statements and receipts showing any expense for the removal of debris from your property.

- Other Information: Any other information you have that you believe is important for us to know about your claim or the damaged property.

We make every effort to resolve your claim promptly, accurately, and to your satisfaction. We will consider all information that you provide and notify you of our claims decision.

In the following pages, we provide additional information to help you understand the claims process:

- Repairs
- Legal notices

If you have questions, please contact me or visit

https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html from your computer or mobile device to send me a message, view and upload documents and photos, and access the details and status of your claim.

Sincerely,

Melissa Carl
Examiner | Claim Dept
Texas Windstorm Insurance Association
Direct | 512-686-0971
Email | claims@twia.org

Please visit https://www.research.net/s/TWIA to provide feedback about your claims experience. Your input will help us improve our services.

## IF AND WHEN YOU MAKE PERMANENT REPAIRS

Whether or not you ultimately have a covered claim, you may need to make permanent structural repairs to your property. To be eligible for insurance through TWIA, many structural repairs must be certified by a TDI appointed qualified inspector or by a Texas licensed professional engineer. Certificates of Compliance (WPI-8 or WPI-8-C) are issued to certify compliance with the applicable windstorm building code for the area. Without a Certificate of Compliance, TWIA lacks evidence that the structure conforms to the applicable building code, and the structure may be considered ineligible for coverage with TWIA. The WPI-8 certification inspections are done before and during the repair process, if completed by a TDI inspector. For more information about eligibility requirements, visit www.twia.org. The TDI website provides a list of repairs that do not require inspection and certification.

For more information or to contact someone with the TDI Windstorm Inspections Program:

Phone: (800) 248-6032
Email: Windstorm@tdi.texas.gov
Mail: TDI Windstorm Inspections Program
PO Box 149104
Austin, TX 78714-9104
Online: http://www.tdi.texas.gov/wind/index.html

## LEGAL NOTICES

The selection of any company to perform repair or replacement work to your property is the sole decision of the property owner. The inclusion of any promotional materials by TWIA does not represent an endorsement by Texas Windstorm Insurance Association (TWIA) of any product, individual, or company.

TWIA provides no expressed or implied warranties or guarantees as to the quality, cost, or effectiveness of the product(s) provided and work performed by any contractor(s), their employee(s), or subcontractor(s).

The actions taken by TWIA in evaluating your claim were intended to establish the coverage available to you under the policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions, or requirements of the policy or any of your rights or the rights of the Texas Windstorm Insurance Association under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. Texas Windstorm Insurance Association expressly reserves all rights under the policy, at law and in equity, whether or not expressly identified in this letter.

## OTHER RESOURCES

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program – MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departmento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Program, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones

de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis al 1-855-352-6278; o escriba al Programa COAST Program – MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
8405 Winningham Ln
Houston, Texas 77055-7531

# Receipt of Claim

Date: July 9, 2024
Insured: David Mohun, Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Dear David Mohun, Kristen Mohun,

We received notice on July 8, 2024 that your property sustained windstorm or hail damages on July 8, 2024.

You should receive a call from a TWIA representative to confirm the details of your claim and review policy information with you. You may also be contacted to set up a time to inspect your damaged property. If we have already assigned representatives to assist you with your claim, they will be indicated in the Important Claim Contact Information on the following page.

The enclosed documents include a summary of your policy details, helpful information about what to expect during the claim process, and an explanation of the resources available to you.

If you have questions, please contact us at 800-788-8247 or visit the Claims Center at www.twia.org/claimscenter from your computer or mobile device to send us a message, view and upload documents and photos, and access the details of your claim.

Si desea una copia en español, por favor de contactarnos en el (800) 788-8247.

Sincerely,

Texas Windstorm Insurance Association

Your input will help us improve our services. Please take a few moments to scan the QR code below or visit https://www.research.net/s/TWIA to provide feedback about your claims experience.

# Important Claim Contact Information

**TWIA Claims Department**
(800) 788-8247
www.twia.org/claimscenter

**TWIA Claims Examiner**
TWIA Catastrophe Team 1
800-788-8247

**Adjuster***
Leading Edge Claims Service
4508 Colleyville Blvd Ste C
Colleyville, TX 76034-3966
Phone: 817-767-2108
Fax: 800-752-3124

**Insured Information**
David Mohun, Kristen Mohun
8405 Winningham Ln
Houston, TX 77055-7531
Home: 832-212-6944
Cell: 832-212-6944
Email: Thebestbayhouse@gmail.com

**Agency Information**
Steven W Boessling
8955 Katy Frwy Ste 201
Houston, TX 77024
Phone: 7133957773
Email: sboessling@allstate.com

* If not shown, may be assigned at a later date

Visit the Claims Center at www.twia.org/claimscenter from your computer or mobile device to send us a message, view and upload documents and photos, and access the details of your claim.

## Summary of Policy Details

Verify the information below, including the mortgage company and mailing address listed to ensure they are correct. If there are any errors, please contact your agent.

| Item | Limit of Liability | Coins % | Deductible | Form Numbers | Insured Property and Form Description |
|---|---|---|---|---|---|
| 1A | $427,000.00 | 80% | $8,540.00 | 802<br>331<br>321 | Property Description: Single Family Dwelling<br><br>22306 Isle View Dr, Galveston, TX 77554<br><br>Occupancy: |
| 1B | $100,000.00 | N/A | $2,000.00 | 365<br>331<br>321 | Property Description: Single Family Dwelling<br><br>22306 Isle View Dr, Galveston, TX 77554<br><br>Occupancy: |

# WHAT TO EXPECT DURING THE CLAIMS PROCESS

During the processing of your claim, we want you to know what to expect and have all the resources you need. You also need to know a few steps to take, such as documenting damages, documenting temporary repairs you make, and allowing for an inspection of your property, which may be conducted by a TWIA-assigned insurance adjuster.

**Request for Information.** Please assist TWIA in fully evaluating and determining coverage for your claimed damages by providing us with any documents you believe are related to your loss. Please forward to us as soon as possible any of the following documents:

- Invoices, bills, or receipts for any temporary repairs you make to protect your property from further loss
- Repair estimates for the insured structures that list labor and material costs separately for each damaged item
- Expert reports you may have relating to the damage including any structural engineer reports
- Photographs of damaged structures or property and any pre-loss photos of the same items
- List or inventory of damaged personal property (or business personal property if a commercial property)
- Property appraisals, pre-loss inspection reports, and real estate disclosure documents
- Any other information you believe will assist TWIA in resolving your claim

Please remember that, if assigned, an adjuster will come to the property to inspect and document your claim. Any information you want to provide to TWIA can be given to the adjuster. Please keep in mind that you must notify TWIA of any damage that you are claiming within one year from the date the damage occurred.

You may provide your information to TWIA:

- Online: Log in or register to use Claims Center at www.twia.org/claimscenter
- If you are unable to access Claims Center, please contact your Claims Examiner for alternative methods. Their name and contact information can be found in the Important Claim Contact Information section of this letter.

**Making Temporary Repairs.** If there is ongoing damage to your property, you may need to take steps to prevent additional loss. You must complete temporary repairs that are reasonable and necessary to protect the property from further damage. Please keep a record of these repair expenses, and provide it to TWIA.

**Conducting a Property Inspection.** For many claims, it is necessary to assign an adjuster to inspect the damaged property. If we assign someone to inspect your property, he or she will contact you to schedule an appointment. The adjuster will need to see the damaged property before it is permanently repaired or removed. If that is not possible, take pictures before tearing out, removing, or covering over any damaged property or debris. Keep any damaged property in your possession until the adjuster inspects it.

**Adjuster Findings & TWIA's Decision.** If assigned, the adjuster will report their findings to us, as well as any information you provided in support of your claim. We may need to obtain more information from you or, in some cases, assign experts such as engineers, in order to thoroughly evaluate your claim and provide you with a decision. Once our evaluation is complete, we will provide an explanation of our decision and any payment due.

# IF AND WHEN YOU MAKE PERMANENT REPAIRS

Whether or not you ultimately have a covered claim, you may need to make permanent structural repairs to your property. To be eligible for insurance through TWIA, many structural repairs must be certified by a Texas Department of Insurance (TDI) inspector or by a TDI-approved Texas licensed professional engineer through the TDI Windstorm Inspection Program. This program is administered by TDI, not TWIA. The certification verifies compliance with the building codes, and inspections are done before and during the repair process if completed by a TDI inspector. TDI will issue a Certificate of Compliance (WPI-8) for repairs that comply with the applicable windstorm building code for the area. Without a WPI-8, TWIA lacks evidence that the structure conforms to the applicable building code, and the structure may be considered ineligible for coverage with TWIA. For more information about eligibility requirements, visit www.twia.org. The TDI website provides a list of repairs that do not require inspection and certification.

For more information or to contact someone with the TDI Windstorm Inspection Program:

**1-800-248-6032**
P.O. Box 12030
Austin, TX 78711-2030
Fax: 512-490-1051
Web: http://www.tdi.texas.gov/wind/index.html
Email: windstorm@tdi.texas.gov

# OTHER RESOURCES

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at https://tdi.texas.gov/consumer/disasters.html; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 12030, Austin, TX 78711-2030.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en https://tdi.texas.gov/consumer/disasters.html; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 12030 Austin, TX 78711-2030.

# Benchmark® Hurricane Report

| | |
|---|---|
| **Date of Report:** | **July 10, 2024 17:00 CDT** |
| **Claim Details:** | |
| Property Address: | 22306 Isle View Dr, Galveston, TX |
| ZIP Code: | 77554 |
| Claim Number: | 1196371 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | WIND |
| Assignment Date: | 7/9/24 |
| Report Period: | 07/07/24 to 07/09/24 |
| Storm Period: | 06/28/24 to 07/09/24 |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.138612 |
| Longitude: | -95.053321 |

**Benchmark® Database record for property address for tropical event: beryl** (2024, AL02)

### Benchmark® Hurricane Winds Near Location

| Distance From Property (Miles) | Maximum 1-minute Sustained Wind (mph) | Maximum 3-second Wind Gust (mph) |
|---|---|---|
| **At Property** | 50 | 81 |
| **Within 1 Mile** | 50 | 81 |
| **Within 5 Miles** | 56 | 81 |

### Benchmark® Hurricane Wind Duration Near Location

| Distance From Property (Miles) | Duration of Tropical Storm Force Wind >= 39 mph (hours) | Duration of Strong Tropical Storm Force Wind >= 50 mph (hours) | Duration of Hurricane Force Wind >= 74 mph (hours) |
|---|---|---|---|
| **At Property** | 7.75 | < 1 | 0.0 |
| **Within 1 Mile** | 7.75 | < 1 | 0.0 |
| **Within 5 Miles** | 8.5 | < 1 | 0.0 |

* Wind values and durations in the above two tables reflect the maximum wind speeds throughout the life of the storm that are >=39 mph; these values do not correspond to a specific date of loss. The report period in the claim detail section reflects the range of dates the storm made landfall in the region of the property.

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

# Benchmark® Hurricane Report

## Description of Wind Measurements

**Damaging weather values**

| Measure | Units | Description | High | Low |
|---|---|---|---|---|
| Maximum Sustained Wind | Miles per Hour (MPH) | Maximum 1-minute average speed at an altitude of 10 meters above the surface. | > 74 mph | < 39 mph |
| Maximum Gust | Miles per Hour (MPH) | Maximum 3-second average wind speed | > 74 mph | < 39 mph |
| Duration | Hours | Duration of 1-minute sustained winds in excess of specific thresholds experienced. Typical threshold values are 39 mph, 50 mph and 74 mph | > 6 | < 1 |

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind Date Of Loss Report

| | |
|---|---|
| **Date of Report:** | **July 10, 2024 17:00 CDT** |
| **Claim Details:** | |
| Property Address: | 22306 Isle View Dr, Galveston, TX |
| ZIP Code: | 77554 |
| Claim Number: | 1196371 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | WIND |
| Assignment Date: | 7/9/24 |
| Report Period: | 7/7/24 - 7/9/24 |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.138612 |
| Longitude: | -95.053321 |

**Wind Date of Loss Analysis from the Benchmark® Database:**

**Summary:** Wind of 40+ mph occurred at the address on the date of loss, the day prior, or day after.

**Benchmark® Database record for property address on date of loss 08 July 2024**

| Measure | Units | Daily Maximum Value At Property Address | Daily Maximum Value Within 1 Mile | Daily Maximum Value Within 5 Miles |
|---|---|---|---|---|
| **Wind Gust Speed** | Miles per Hour (mph) | 80 | 80 | 80 |
| **Duration of Wind > 50 mph** | Hours | 8 | 9 | 9 |

**Benchmark® Weather History near location around date of claim 08 July 2024**

| | Date | At Property Address | | Daily Maximum Value Within 1 Mile | | Daily Maximum Value Within 5 Miles | |
|---|---|---|---|---|---|---|---|
| | | Est. Wind Gust Speed (mph) | Est. Duration > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration > 50 mph |
| **Prior Day** | 7-Jul-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **Date of Loss** | 8-Jul-24 | 80 | 8 | 80 | 9 | 80 | 9 |
| **Day After** | 9-Jul-24 | < 35 | 0 | 35 | 0 | 40 | 0 |

*Estimated wind speed values reflect the maximum value on the calendar day. Estimated wind duration over 50 mph represents the cumulative amount of time over the calendar day that the wind speed exceeded 50 mph.*

**Description of Wind Measurements**

**Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Duration of Wind Speed > 50 mph | Hours | Estimated cumulative time within a 24 hour period when straight-line (i.e., non-tornadic) wind speeds at 10 meters above ground level are 50 mph or greater | 1-3 hours | < 1 hour | 0 |
| Wind Speed | Miles per Hour (MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50 mph | - | < 30 mph |

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind Date Of Loss Report

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind History Report

| | |
|---|---|
| **Date of Report:** | **July 10, 2024 17:00 CDT** |
| **Claim Details:** | |
| Property Address: | 22306 Isle View Dr, Galveston, TX |
| ZIP Code: | 77554 |
| Claim Number: | 1196371 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | WIND |
| Assignment Date: | 7/9/24 |
| Report Period: | 01 Jan 2009 - Present |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.138612 |
| Longitude: | -95.053321 |

**Summary:** A significant wind gust occurred at the address on the date inquired.

**Benchmark® Weather History near location since 1 January 2009**

| | | At Property Address | | Within 1 Mile | | Within 5 Miles | |
|---|---|---|---|---|---|---|---|
| | Date | Est. Wind Gust Speed (mph) | Est. Duration (hrs) > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration (hrs) > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration (hrs) > 50 mph |
| **16th Prior Wind Event** | 8-Jun-23 | 60 | < 1 | 60 | < 1 | 60 | < 1 |
| **15th Prior Wind Event** | 3-Oct-23 | 45 | 0 | 50 | < 1 | 65 | < 1 |
| **14th Prior Wind Event** | 3-Jan-24 | 50 | < 1 | 55 | < 1 | 55 | < 1 |
| **13th Prior Wind Event** | 5-Jan-24 | 50 | < 1 | 55 | < 1 | 55 | < 1 |
| **12th Prior Wind Event** | 8-Jan-24 | 55 | < 1 | 60 | < 1 | 60 | < 1 |
| **11th Prior Wind Event** | 12-Jan-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **10th Prior Wind Event** | 21-Mar-24 | 50 | < 1 | 50 | < 1 | 50 | < 1 |
| **9th Prior Wind Event** | 21-Apr-24 | 45 | 0 | 50 | < 1 | 50 | < 1 |
| **8th Prior Wind Event** | 13-May-24 | 50 | < 1 | 50 | < 1 | 50 | < 1 |
| **7th Prior Wind Event** | 28-May-24 | 55 | < 1 | 60 | < 1 | 65 | < 1 |
| **6th Prior Wind Event** | 4-Jun-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **5th Prior Wind Event** | 5-Jun-24 | 50 | < 1 | 55 | < 1 | 55 | < 1 |
| **4th Prior Wind Event** | 18-Jun-24 | 60 | < 1 | 60 | < 1 | 65 | < 1 |
| **3rd Prior Wind Event** | 19-Jun-24 | 45 | 0 | 50 | < 1 | 50 | < 1 |
| **2nd Prior Wind Event** | 20-Jun-24 | 60 | < 1 | 60 | < 1 | 65 | < 1 |
| **1st Prior Wind Event** | 7-Jul-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **Date of Loss** | 8-Jul-24 | 80 | 8 | 80 | 9 | 80 | 9 |
| **Most Severe Wind (1/1/09 to today)** | 8-Jul-24 | 80 | 8 | 80 | 9 | 80 | 9 |

** Additional wind events occurred at the location prior to the earliest event shown
** If additional history is needed, please contact support at 781-761-2305

*Estimated wind speed values reflect the maximum value on the calendar day. Estimated wind duration of 50 mph or greater represents the cumulative amount of time over the calendar day that the wind speed reached or exceeded 50 mph. The most severe wind event date is determined by the estimated wind gust speed.*

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind History Report

**Description of Wind Measurements** **Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Duration of Wind Speed > 50 mph | Hours | Estimated cumulative time within a 24 hour period when straight-line (i.e., non-tornadic) wind speeds at 10 meters above ground level are 50 mph or greater | 1-3 hours | < 1 hour | 0 |
| Wind Speed | Miles per Hour (MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50 mph | - | < 30 mph |

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

Gmail

hover

Compose

| | |
|---|---|
| **Inbox** | 456 |
| Starred | |
| Snoozed | |
| Sent | |
| **Drafts** | 23 |
| More | |

Labels

| | |
|---|---|
| **ABC Supply** | 3 |
| **All State** | 2 |
| Antonio Lizardi | |
| **Beacon** | 10 |
| Bilingual Insurance 101 | |
| Bisdpurchasing Emails | |
| **Cash App Receipts** | 6 |
| Clients Roof Pro Serices | |
| Belia Granado | |
| CCA | |
| George Miranda | |

Log

## 22306 Isle View Drive, Galveston TX



GET MATERIAL LIST

VIEW PROPERTY IN 3D

EXPORT MEASUREMENTS TO PDF

START DESIGN REQUEST

| | |
|---|---|
| **Job ID:** | 13126373 |
| **Completed On:** | August 01, 2024 |
| **Measurements:** | COMPLETE |
| **Roof Complexity:** | Complex (19 facets) |
| **Submitted By:** | roofbypros@gmail.com |
| **Base Price** | $110.00 |
| **Subtotal** | $110.00 |
| **Tax** | $7.04 |
| **TOTAL** | **$117.04** |

LEADING EDGE

# Activity Log

**Claim No: 1196371**

**360 S. Nolen Dr. Suite 100**
**Southlake, TX 76092**

---

**February 4, 2026 4:41 PM** **Mercy Schwisow** **#20**

Uploaded email from TWIA's attorney's with a follow up request for the claim file to LEMA. Forwarded email to management for discovery.

**December 19, 2025 11:37 AM** **Mercy Schwisow** **#19**

Uploaded email from TWIA's attorney's requesting claim file to LEMA. Forwarded email to management for discovery.

**August 26, 2024 3:13 PM** **Mercy Schwisow** **#18**

Received call from insured requesting a copy of the estimate. Admin informed insured that we are not able to provide the estimate. Admin transferred insured to TWIA customer service for further assistance.

**August 22, 2024 3:13 PM** **Mercy Schwisow** **#17**

Received call from insured checking on status of claim and wanting to get in contact with the adjuster. Admin informed insured that the claim was completed on our end and we sent everything to TWIA for their review. Admin transferred insured to TWIA customer service for further assistance.

**August 12, 2024 9:03 AM** **Dave DeVilbiss** **#16**

Collaborated: Revised coverages, revised full siding replacement to partial

Claim reviewed. IA Invoice prepared & uploaded to XactAnalysis. All documents QA-approved and ready for Carrier review.

**August 11, 2024 7:01 PM** **Lee Olivares** **#15**

File has been completed and submitted for revision.

**August 11, 2024 7:40 AM** **Dave DeVilbiss** **#14**

Revision needed per email to IA

LE
LEADING EDGE

# Activity Log

**Claim No: 1196371**

**360 S. Nolen Dr. Suite 100**
**Southlake, TX 76092**

---

**August 9, 2024 8:22 PM** **Lee Olivares** **#13**

File has been submitted for review.

**August 3, 2024 1:29 PM** **Lee Olivares** **#12**

Inspection was completed at rescheduled time of 8/1/2024 at 9:00 AM

**July 29, 2024 6:39 PM** **Lee Olivares** **#11**

Inspection rescheduled for 8/1/2024 at 9 AM

**July 28, 2024 3:23 PM** **Troy Hansen** **#10**

OFR - Appt was rained out and the adjuster was to reschedule an appt. Lee, please update your notes and planed inspection date with the new appt. date and time or log the inspection if has taken place.

Email sent to roofbypros@gmail.com

**July 23, 2024 10:03 AM** **Lee Olivares** **#9**

Due to weather inspection was rescheduled for a later date.

**July 23, 2024 10:01 AM** **Lee Olivares** **#8**

Contacted Mr. Mohun and discussed claim. Mutually agreed upon an inspection date of 7/21.

**July 23, 2024 9:59 AM** **Lee Olivares** **#7**

Claim received by Lee Olivares.

**July 17, 2024 6:32 PM** **David Christopher** **#6**

Claim has been reassigned to Lee Roland Olivares

LE
LEADING EDGE

# Activity Log

**Claim No: 1196371**

**360 S. Nolen Dr. Suite 100**
**Southlake, TX 76092**

---

**July 11, 2024 9:29 PM** **Kory Horstmeyer** **#5**

Contacted Mr. Mohun and discussed claim. Mutually agreed upon an inspection date of 7/21. File pending inspection.

**July 10, 2024 9:47 PM** **Kory Horstmeyer** **#4**

Called 832-212-6944 and left a message requesting a returned call.

**July 10, 2024 10:37 AM** **Kory Horstmeyer** **#3**

Claim received by Kory Horstmeyer.

**July 9, 2024 3:49 PM** **David Christopher** **#2**

Claim has been assigned to Kory Horstmeyer

**July 9, 2024 3:49 PM** **David Christopher** **#1**

Claim Created

**Texas Windstorm Insurance Association**

**ClaimsReady™ Report**
July 9, 2024

## 22306 Isle View Dr, Galveston, TX 77554



In this 3D model, facets appear as semi-transparent to reveal overhangs.

**Report Details**

Report: 60071629

**Claim Information**

ClaimNumber: 1196371
DateOfLoss: 2024-07-08

**Roof Details**

Total Roof Area = 2,747 sq ft
Total Roof Facets = 18
Predominant Pitch = 6/12
Number of Stories >1
Total Ridges/Hips = 204 ft
Total Valleys = 24 ft
Total Rakes = 14 ft
Total Eaves = 343 ft

**Report Contents**

Images ........................................................1
Length Diagram.............................................4
Pitch Diagram ...............................................5
Area Diagram ................................................6
Notes Diagram ..............................................7
Report Summary ...........................................8

Contact: Texas Windstorm Insurance Association
Company: Texas Windstorm Insurance Association
Address: PO Box 99090
Austin TX 78709
Phone: 555-555-5555

Measurements provided by www.eagleview.com

Certified Accurate
www.eagleview.com/Guarantee.aspx

© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Images

The following aerial images show different angles of this structure for your reference.






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

North Side




South Side





© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

East Side




West Side





© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# Length Diagram

Total Line Lengths:
**Ridges = 27 ft**
Hips = 177 ft
Valleys = 24 ft
Rakes = 14 ft
Eaves = 343 ft
Flashing = 101 ft
Step flashing = 56 ft
**Parapets = 0 ft**







©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram contains segment lengths (rounded to the nearest whole number) over 5 feet. In some cases, segment labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9).


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Pitch Diagram

Pitch values are shown in inches per foot, and arrows indicate slope direction. The predominant pitch on this roof is 6/12.




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram contains labeled pitches for facet areas larger than 20 square feet. In some cases, pitch labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9). Blue shading indicates a pitch of 3/12 and greater.



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Area Diagram

Total Area = 2,747 sq ft, with 18 facets.




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram shows the square feet of each roof facet (rounded to the nearest foot). The total area in square feet, at the top of this page, is based on the non-rounded values of each roof facet (rounded to the nearest square foot after being totaled).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Notes Diagram

Roof facets are labeled from smallest to largest (A to Z) for easy reference.




©2024 Eagle View Technologies, Inc., All Rights Reserved.





© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Report Summary

Below is a measurement summary using the values presented in this report.

### All Structures

| Areas per Pitch | | |
|---|---|---|
| **Roof Pitches** | 6/12 | 9/12 |
| **Area (sq ft)** | 2644.9 | 101.2 |
| **% of Roof** | 96.3% | 3.7% |

The table above lists each pitch on this roof and the total area and percent (both rounded) of the roof with that pitch.

**Waste Calculation Table**

| Waste % | 0% | 10% | 12% | 15% | 17% | 20% | 22% |
|---|---|---|---|---|---|---|---|
| **Area (sq ft)** | 2,747 | 3021.7 | 3076.6 | 3159.1 | 3214.0 | 3296.4 | 3351.3 |
| **Squares** | 27.5 | 30.2 | 30.8 | 31.6 | 32.1 | 33.0 | 33.5 |

This table shows the total roof area and squares (rounded up to the nearest decimal) based upon different waste percentages. The waste factor is subject to the complexity of the roof, individual roofing techniques and your experience. Please consider this when calculating appropriate waste percentages. Note that only roof area is included in these waste calculations. Additional materials needed for ridge, hip, valley, and starter lengths are not included.

### All Structures Totals



Total Roof Facets = 18

**Lengths, Areas and Pitches**
Ridges = 27 ft (2 Ridges)
Hips = 177 ft (14 Hips).
Valleys = 24 ft (3 Valleys)
Rakes † = 14 ft (1 Rakes)
Eaves/Starter ‡ = 343 ft (21 Eaves)
Drip Edge (Eaves + Rakes) = 357 ft (22 Lengths)
Parapet Walls = 0 (0 Lengths).
Flashing = 101 ft (11 Lengths)
Step flashing = 56 ft (12 Lengths)
Predominant Pitch = 6/12
**Total Area (All Pitches) = 2,747 sq ft**

**Property Location**
Longitude = -95.0533409
Latitude = 29.1386008

**Notes**
This was ordered as a residential property. There were no changes to the structure in the past four years.

† Rakes are defined as roof edges that are sloped (not level).
‡ Eaves are defined as roof edges that are not sloped and level.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Online Maps

Online map of property
http://maps.google.com/maps?f=g&source=s_q&hl=en&geocode=&q=22306+Isle+View+Dr,Galveston,TX,77554
Directions from Texas Windstorm Insurance Association to this property
http://maps.google.com/maps?f=d&source=s_d&saddr=PO+Box+99090,Austin,TX,78709&daddr=22306+Isle+View+Dr,Galveston,TX,77554

Enclosed is your ClaimsReady report. Please click the link to supplement your report with a walls report that includes areas of facets and cut-outs, line lengths, a notes diagram, and waste table calculations. Request a walls report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# Important Legal Notice and Disclaimer

### Notice and Disclaimer

No Warranty: The Copyrighted Materials are provided to you "as is," and you agree to use it at your own risk.

EagleView Technologies makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise, including but not limited to, content, quality, accuracy, completeness, effectiveness, reliability, fitness for a particular purpose, usefulness, use or results to be obtained from the Copyrighted Materials.

Contractors agree to always conduct a preliminary site survey to verify Roof Report ordered. In the event of an error in a Report, your sole remedy will be a refund of the fees paid by you to obtain this Report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

| | | | |
|---|---|---|---|
| Insured : | David Mohun | Policy No. : | TWRD0000713215 |
| Property Address : | 22306 Isle View Dr, Galveston, TX 77554 | Date of Loss : | 7/8/2024 |
| | | Catastrophe No. : | |
| Mailing Address : | 8405 Winningham Ln, Houston, TX 77055-7531 | Adj. File No. : | |
| Insured Tel. No. : | [redacted] | Loss Amount: | $31,012.95 |

Referral Date    Date Insured Contacted: 7/10/2024    Date Loss Inspected: 8/1/2024

## Activity Report

**Totals for completed activities**

**Total Hours: 0.00**    **Total Expenses: 0.00**    **Total Travel: 0.00**

# Assignee Information

**Assignee**

Roof Pro Services - Lee Olivares

Address: 501 W Owassa Rd Unit A, Edinburg, TX 78539

**Contact Methods**

Email: roofbypros@gmail.com

- Office: (956) 578-3719
- SMS: (956) 578-3719

## Adjuster Address

ROOFBYPR@ROOFBYPR
OS

## Project Manager

unassigned

## Xactimate® Profile

TWIA

## Office Levels

State: Texas

Program Loc.: Galveston

## Organization Levels

none found

## Desk Adjuster

TexasWindstorm - Vicki McDonald

v.mcdonald@twia.org

## Estimate Reviewer

- Eric Shepard

e.shepard@twia.org

## Estimate Reviewer

- Dave DeVilbiss

ddevilbiss@leadingedgeclaims.com

**Collaborator Information**

David DeVilbiss

Address: 21 S Plum St
Germantown, OH 45327

**Collaborator Address**

DAVIDRJM@ DAVID.GERMANTOWN.OH

# XactAnalysis Status

| | | Date Updated |
|---|---|---|
| Assignment Received | | Jul 17, 2024 6:59:43 PM |
| Adjuster Notified | | |
| Assignment Delivered | | Jul 17, 2024 6:59:46 PM |
| Estimate Returned to XactAnalysis | **$55,406.38** | Aug 9, 2024 8:13:52 PM |
| Correction Returned to XactAnalysis | **$55,406.38** | Aug 11, 2024 2:42:08 PM |
| | **Collaboration: $31,012.95** | Aug 12, 2024 9:03:29 AM |
| Cancellation Received | | |
| Adjuster Notified of Cancellation | | |
| Assignment Rejected | | |

**Workflow Status**

| | | Date Updated |
|---|---|---|
| Customer Contacted | | Jul 10, 2024 6:35:49 PM |
| Site Inspected | | Aug 1, 2024 9:00:04 AM |
| Planned Inspection Date | | |
| Leading Edge Reviewer | **Dave DeVilbiss** | |
| Leading Edge Review Completed | | Not in Review Queue |
| TWIA - Leading Edge Review Completed | **Reviewed** | Aug 14, 2024 12:48:46 PM |
| Job Sold | | |
| Job Started | | |
| Job Completed | | |
| Job Not Sold | | |
| File Status | **Open** | |
| Collaboration Status | **Completed** | Aug 12, 2024 9:03:29 AM |
| | **In Progress** | Aug 12, 2024 8:29:30 AM |
| Attention Status | **Attention not needed** | |

**Approval Status**

| | | Date Updated |
|---|---|---|
| Change QA Status | **QA Approved** | Aug 12, 2024 9:15:11 AM |
| Change Client Status | **Approved** | Aug 14, 2024 12:48:33 PM |

All dates and times are in Central Daylight Savings Time

| | Source | Note | Date |
|---|---|---|---|
| 38 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Vicki McDonald 737-931-0502 v.mcdonald@twia.org | Feb 13, 2026 2:54:22 PM |
| 37 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Gilbert Garcia 800-788-8247 ggarcia@twia.org | Dec 1, 2025 3:34:01 PM |
| 36 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Tiffany Teal 737-931-1707 t.teal@twia.org | Nov 11, 2025 3:00:21 PM |
| 35 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Julia Morales Fernandes 512-505-2191 j.moralesfernandes@twia.org | Jul 9, 2025 10:28:45 AM |
| 34 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Gilbert Garcia 800-788-8247 ggarcia@twia.org | Nov 4, 2024 5:46:34 PM |
| 33 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Melissa Carl 512-686-0971 m.carl@twia.org | Sep 30, 2024 6:03:35 PM |
| 32 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Keishandra Perry 512-637-4018 k.perry@twia.org | Sep 19, 2024 8:53:00 AM |
| 31 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Peggy Burke 737-444-2635 p.burke@twia.org | Sep 17, 2024 4:27:27 PM |
| 30 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Keishandra Perry 512-637-4018 k.perry@twia.org | Sep 7, 2024 3:46:09 PM |
| 29 | Eric Shepard TexasWindstorm | Status Update: "Reviewed" | Aug 14, 2024 12:48:46 PM |
| 28 | Eric Shepard TexasWindstorm | Status Update: "Review Accepted" | Aug 14, 2024 12:48:39 PM |
| 27 | Eric Shepard TexasWindstorm | Status Update: "Client Approved" | Aug 14, 2024 12:48:33 PM |
| 26 | Dave DeVilbiss LeadingEdge | Status Update: "QA Approved" | Aug 12, 2024 9:15:11 AM |
| 25 | Dave DeVilbiss LeadingEdge | Admin Revision<br><br>Do you agree to collaborate with the estimate originator on any changes? By clicking accept, you certify that you will work with the estimate originator to arrive at an agreement regarding all changes before you email, print, or share the estimate with the carrier, insured, or any other interested parties.<br>The collaboration agreement was accepted.<br>Collaboration assigned to: DAVIDRJM@DAVID.GERMANTOWN.OH | Aug 12, 2024 8:29:30 AM |
| 24 | Dave DeVilbiss LeadingEdge | Not ready for carrier review - Revision needed per email to IA | Aug 11, 2024 7:41:27 AM |
| 23 | Lee Olivares Adjuster | Inspection was completed at rescheduled time of 8/1/2024 at 9:00 AM. Pending estimate.<br><br>Email sent to p.morales@twia.org | Aug 3, 2024 1:29:56 PM |
| | Connie Cashion | Please update Status of FA report | Aug 3, 2024 |

| | | | |
|---|---|---|---|
| 22 | TexasWindstorm | Email sent to roofbypros@gmail.com; tspillman@leadingedgeclaims.com | 12:58:53 PM |
| 21 | XactNet System | Status Update: "Customer Contacted"<br>This status was updated by information received from Xactimate. | Aug 1, 2024 11:28:23 PM |
| 20 | XactNet System | Status Update: "Site Inspected"<br>This status was updated by information received from Xactimate. | Aug 1, 2024 11:28:23 PM |
| 19 | Troy Hansen LeadingEdge | OFR - Appt was rained out and the adjuster was to reschedule an appt. Lee, please update your notes and planed inspection date with the new appt. date and time or log the inspection if has taken place.<br><br>Email sent to roofbypros@gmail.com | Jul 28, 2024 3:22:47 PM |
| 18 | XactNet System | Status Update: "Wind Report Completed" | Jul 17, 2024 6:59:44 PM |
| 17 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Patrick Morales 737-931-0488 p.morales@twia.org | Jul 17, 2024 6:59:44 PM |
| 16 | Korylee Horstmeyer Adjuster | Status Update: "Appointment Scheduled"<br>Status Date: Jul 21, 2024 9:30:00 PM<br>Contacted Mr. Mohun and discussed claim. Mutually agreed upon an inspection date of 7/21. File pending inspection. | Jul 11, 2024 9:30:12 PM |

## Previous Assignment to Korylee Horstmeyer (Korylee Horstmeyer) on Jul 9, 2024

| | Source | Note | Date |
|---|---|---|---|
| 15 | David Christopher LeadingEdge | **Status Update: "Reassigned" to Roof Pro Services** | **Jul 17, 2024 6:59:44 PM** |
| 14 | Korylee Horstmeyer Adjuster | Status Update: "Appointment Scheduled"<br>Status Date: Jul 21, 2024 9:30:00 PM<br>Contacted Mr. Mohun and discussed claim. Mutually agreed upon an inspection date of 7/21. File pending inspection. | Jul 11, 2024 9:30:12 PM |
| 13 | Korylee Horstmeyer Adjuster | Called 832-212-6944 and left a message requesting a returned call. | Jul 10, 2024 9:47:28 PM |
| 12 | XactNet System | Status Update: "Customer Contacted"<br>This status was updated by information received from Xactimate. | Jul 10, 2024 6:35:14 PM |
| 11 | XactNet System | Status Update: "Wind Report Completed" | Jul 10, 2024 5:00:58 PM |
| 10 | XactNet System | Status Update: "Wind Report Requested" | Jul 10, 2024 4:08:42 PM |
| 9 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Patrick Morales 737-931-0488 p.morales@twia.org | Jul 10, 2024 8:11:28 AM |
| 8 | XactNet System | Status Update: "Wind Report Completed" | Jul 9, 2024 6:04:12 PM |
| 7 | XactNet System | Status Update: "Wind Report Requested" | Jul 9, 2024 4:46:48 PM |
| | David Christopher | | Jul 9, 2024 2:57:51 |

| | | | |
|---|---|---|---|
| 6 | LeadingEdge | Status Update: "Notification Pending" | PM |
| 5 | David Christopher LeadingEdge | Status Update: "Assigned From Queue" | Jul 9, 2024 2:57:51 PM |
| 4 | XactNet System | Status Update: "Wind Report Completed" | Jul 9, 2024 12:03:00 PM |
| 3 | TWIA Claims TexasWindstorm | Risk#; Limit of Liability; Coinsurance %; Deductible; Form Numbers; Insured Property and Form Description<br><br>1A; $427,000.00; 80%; $8,540.00; ; Single Family Dwelling; 22306 Isle View Dr, Galveston, TX 77554; null;<br><br>1B; $100,000.00; null%; $2,000.00; ; Single Family Dwelling; 22306 Isle View Dr, Galveston, TX 77554; null; | Jul 8, 2024 10:27:54 PM |
| 2 | XactAnalysis System | Status Update: "Roofing Analysis Exported" File Received by EagleView Roof | Jul 8, 2024 9:28:08 PM |
| 1 | XactNet System | Status Update: "Wind Report Requested" | Jul 8, 2024 9:28:06 PM |

All dates and times are in Central Daylight Savings Time

**Audit Summary Report**

12-Aug-2024 08:03:29 AM

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Home: | (832) 212-6944 |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Business: | |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Estimator: | DAVIDRJM | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1196371 | TWRD0000713215 | WIND | 0 |

| | | | |
|---|---|---|---|
| Date of Loss: | 07-Jul-2024 | Date Received: | 08-Jul-2024 |
| Date Inspected: | 01-Aug-2024 | Date Entered: | 17-Jul-2024 |

Price List: TXGA8X_JUL24
Estimate: DAVID_MOHUN

# Current Audit Report - 12-Aug-2024 08:03:29 AM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

# Previous Audit Report - 11-Aug-2024 01:42:08 PM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

# Previous Audit Report - 09-Aug-2024 07:13:52 PM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments** Original Adjusted Original Adjusted

| Room/Area | Audit Rule(s) | Items in Question | Act/Qty | Act/Qty | Total | Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Audit Report Summary - 12-Aug-2024 08:03:29 AM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Benchmark® Hurricane Report

| | |
|---|---|
| **Date of Report:** | **July 10, 2024 17:00 CDT** |
| **Claim Details:** | |
| Property Address: | 22306 Isle View Dr, Galveston, TX |
| ZIP Code: | 77554 |
| Claim Number: | 1196371 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | WIND |
| Assignment Date: | 7/9/24 |
| Report Period: | 07/07/24 to 07/09/24 |
| Storm Period: | 06/28/24 to 07/09/24 |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.138612 |
| Longitude: | -95.053321 |

**Benchmark® Database record for property address for tropical event: beryl** (2024, AL02)

### Benchmark® Hurricane Winds Near Location

| Distance From Property (Miles) | Maximum 1-minute Sustained Wind (mph) | Maximum 3-second Wind Gust (mph) |
|---|---|---|
| **At Property** | 50 | 81 |
| **Within 1 Mile** | 50 | 81 |
| **Within 5 Miles** | 56 | 81 |

### Benchmark® Hurricane Wind Duration Near Location

| Distance From Property (Miles) | Duration of Tropical Storm Force Wind >= 39 mph (hours) | Duration of Strong Tropical Storm Force Wind >= 50 mph (hours) | Duration of Hurricane Force Wind >= 74 mph (hours) |
|---|---|---|---|
| **At Property** | 7.75 | < 1 | 0.0 |
| **Within 1 Mile** | 7.75 | < 1 | 0.0 |
| **Within 5 Miles** | 8.5 | < 1 | 0.0 |

* Wind values and durations in the above two tables reflect the maximum wind speeds throughout the life of the storm that are >=39 mph; these values do not correspond to a specific date of loss. The report period in the claim detail section reflects the range of dates the storm made landfall in the region of the property.

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

# Benchmark® Hurricane Report

## Description of Wind Measurements

**Damaging weather values**

| Measure | Units | Description | High | Low |
|---|---|---|---|---|
| Maximum Sustained Wind | Miles per Hour (MPH) | Maximum 1-minute average speed at an altitude of 10 meters above the surface. | > 74 mph | < 39 mph |
| Maximum Gust | Miles per Hour (MPH) | Maximum 3-second average wind speed | > 74 mph | < 39 mph |
| Duration | Hours | Duration of 1-minute sustained winds in excess of specific thresholds experienced. Typical threshold values are 39 mph, 50 mph and 74 mph | > 6 | < 1 |

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind Date Of Loss Report

| | |
|---|---|
| **Date of Report:** | **July 10, 2024 17:00 CDT** |
| **Claim Details:** | |
| Property Address: | 22306 Isle View Dr, Galveston, TX |
| ZIP Code: | 77554 |
| Claim Number: | 1196371 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | WIND |
| Assignment Date: | 7/9/24 |
| Report Period: | 7/7/24 - 7/9/24 |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.138612 |
| Longitude: | -95.053321 |

**Wind Date of Loss Analysis from the Benchmark® Database:**

**Summary:** Wind of 40+ mph occurred at the address on the date of loss, the day prior, or day after.

**Benchmark® Database record for property address on date of loss 08 July 2024**

| Measure | Units | Daily Maximum Value At Property Address | Daily Maximum Value Within 1 Mile | Daily Maximum Value Within 5 Miles |
|---|---|---|---|---|
| **Wind Gust Speed** | Miles per Hour (mph) | 80 | 80 | 80 |
| **Duration of Wind > 50 mph** | Hours | 8 | 9 | 9 |

**Benchmark® Weather History near location around date of claim 08 July 2024**

| | Date | At Property Address | | Daily Maximum Value Within 1 Mile | | Daily Maximum Value Within 5 Miles | |
|---|---|---|---|---|---|---|---|
| | | Est. Wind Gust Speed (mph) | Est. Duration > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration > 50 mph |
| **Prior Day** | 7-Jul-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **Date of Loss** | 8-Jul-24 | 80 | 8 | 80 | 9 | 80 | 9 |
| **Day After** | 9-Jul-24 | < 35 | 0 | 35 | 0 | 40 | 0 |

*Estimated wind speed values reflect the maximum value on the calendar day. Estimated wind duration over 50 mph represents the cumulative amount of time over the calendar day that the wind speed exceeded 50 mph.*

**Description of Wind Measurements** **Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Duration of Wind Speed > 50 mph | Hours | Estimated cumulative time within a 24 hour period when straight-line (i.e., non-tornadic) wind speeds at 10 meters above ground level are 50 mph or greater | 1-3 hours | < 1 hour | 0 |
| Wind Speed | Miles per Hour (MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50 mph | - | < 30 mph |

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind Date Of Loss Report

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind History Report

| | |
|---|---|
| **Date of Report:** | **July 10, 2024 17:00 CDT** |
| **Claim Details:** | |
| Property Address: | 22306 Isle View Dr, Galveston, TX |
| ZIP Code: | 77554 |
| Claim Number: | 1196371 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | WIND |
| Assignment Date: | 7/9/24 |
| Report Period: | 01 Jan 2009 - Present |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.138612 |
| Longitude: | -95.053321 |

**Summary:** A significant wind gust occurred at the address on the date inquired.

**Benchmark® Weather History near location since 1 January 2009**

| | | At Property Address | | Within 1 Mile | | Within 5 Miles | |
|---|---|---|---|---|---|---|---|
| | Date | Est. Wind Gust Speed (mph) | Est. Duration (hrs) > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration (hrs) > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration (hrs) > 50 mph |
| **16th Prior Wind Event** | 8-Jun-23 | 60 | < 1 | 60 | < 1 | 60 | < 1 |
| **15th Prior Wind Event** | 3-Oct-23 | 45 | 0 | 50 | < 1 | 65 | < 1 |
| **14th Prior Wind Event** | 3-Jan-24 | 50 | < 1 | 55 | < 1 | 55 | < 1 |
| **13th Prior Wind Event** | 5-Jan-24 | 50 | < 1 | 55 | < 1 | 55 | < 1 |
| **12th Prior Wind Event** | 8-Jan-24 | 55 | < 1 | 60 | < 1 | 60 | < 1 |
| **11th Prior Wind Event** | 12-Jan-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **10th Prior Wind Event** | 21-Mar-24 | 50 | < 1 | 50 | < 1 | 50 | < 1 |
| **9th Prior Wind Event** | 21-Apr-24 | 45 | 0 | 50 | < 1 | 50 | < 1 |
| **8th Prior Wind Event** | 13-May-24 | 50 | < 1 | 50 | < 1 | 50 | < 1 |
| **7th Prior Wind Event** | 28-May-24 | 55 | < 1 | 60 | < 1 | 65 | < 1 |
| **6th Prior Wind Event** | 4-Jun-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **5th Prior Wind Event** | 5-Jun-24 | 50 | < 1 | 55 | < 1 | 55 | < 1 |
| **4th Prior Wind Event** | 18-Jun-24 | 60 | < 1 | 60 | < 1 | 65 | < 1 |
| **3rd Prior Wind Event** | 19-Jun-24 | 45 | 0 | 50 | < 1 | 50 | < 1 |
| **2nd Prior Wind Event** | 20-Jun-24 | 60 | < 1 | 60 | < 1 | 65 | < 1 |
| **1st Prior Wind Event** | 7-Jul-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **Date of Loss** | 8-Jul-24 | 80 | 8 | 80 | 9 | 80 | 9 |
| **Most Severe Wind (1/1/09 to today)** | 8-Jul-24 | 80 | 8 | 80 | 9 | 80 | 9 |

** Additional wind events occurred at the location prior to the earliest event shown
** If additional history is needed, please contact support at 781-761-2305

*Estimated wind speed values reflect the maximum value on the calendar day. Estimated wind duration of 50 mph or greater represents the cumulative amount of time over the calendar day that the wind speed reached or exceeded 50 mph. The most severe wind event date is determined by the estimated wind gust speed.*

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

TWIA 002274

# Benchmark® Wind History Report

**Description of Wind Measurements** **Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Duration of Wind Speed > 50 mph | Hours | Estimated cumulative time within a 24 hour period when straight-line (i.e., non-tornadic) wind speeds at 10 meters above ground level are 50 mph or greater | 1-3 hours | < 1 hour | 0 |
| Wind Speed | Miles per Hour (MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50 mph | - | < 30 mph |

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

## Property Owner / Risk Information

**Policyholder Name**

David Mohun

**Address**

8405 Winningham Ln, Houston, TX 77055-7531 US

**Home Phone**

[redacted]

**Business Phone**

**Mobile Phone**

[redacted]

**Pager**

**Email Address**

[redacted]

**3rd Party Claimant**

**Address**

**Phone**

**Risk Location**

22306 Isle View Dr, Galveston, TX 77554 US

**Property Access Contact**

David Mohun

**Phone**

[redacted]

## Claim Information

**Type of Loss**

Wind (WIND)

**Claim #**

1196371

**CAT Code**

**Business Unit**

**Date of Loss**

Jul 8, 2024 12:00:00 AM

**Date Received**

Jul 8, 2024 1:00:00 AM

**Appointment Date**

Jul 21, 2024 9:30:00 PM

**Program Location**

Galveston

**Adjuster**

Roof Pro Services - Lee Olivares

**Price List Area**

TXGA8X_JUL24

**Description of Loss and/or Instructions**

From: TWIA - Leading Edge

ASSIGNMENT PROFILE:
Type: Normal
Claim Rep:
Date of Loss: 07/07/2024
Claim Number: 1196371
Insured Name: David Mohun
Day Phone:
Evening Phone: (832) 212-6944

Type of Loss: Wind
Job Type:
Location of Property: 22306 Isle View Dr
Galveston, TX 77554

USA

Instructions:
Service #:10240199; Damage Description:Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage.; Additional Instructions:None; Forms:

Assignment Received by XactAnalysis: 07/17/2024 05:59PM MT
(XactAnalysis ID: 060RFBT)

## Writing Company

**Company**

Leading Edge Claims Service

**Address**

360 S. Nolen Dr., Ste. 100, Southlake, TX 76092 US

## Policy Information

**Policy Type**

Homeowner

**Policy Number**

TWRD0000713215

**Inception Date**

**Effective Date**

Apr 18, 2024

**Expiration Date**

Apr 18, 2025

**Apply Deductible**

Coverage Specific

**Apply Limits**

Yes

| Coverage | Type | Policy Limit | Deductible | Apply To | ITV | Reserve |
|---|---|---|---|---|---|---|
| 1A: Structure | Structural | $427,000.00 | $8,540.00 | R/C | 80.00% | $0.00 |
| 1A: Other Structures | Structural | $42,700.00 | $0.00 | Both | 0.00% | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1B: Personal Property Structural | $100,000.00 | $2,000.00 | Both | 0.00% | $0.00 |

**Is Attention Needed**

No

All dates and times are in Central Daylight Savings Time

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/12/2024 9:02 AM | | |

Price List: TXGA8X_AUG24
Restoration/Service/Remodel
Estimate: DAVID_MOHUN

## Depreciation Summary

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| **CLEANING** | **115.18** | | |
| **CONTENT MANIPULATION** | **60.59** | | |
| **GENERAL DEMOLITION** | **627.50** | | |
| **DRYWALL** | **560.95** | **0.09** | |
| **MISC. EQUIPMENT - COMMERCIAL** | **67.25** | | |
| **FINISH CARPENTRY / TRIMWORK** | **243.46** | **0.59** | |
| **FINISH HARDWARE** | **89.81** | | |
| **INSULATION** | **148.34** | **0.13** | |
| **LABOR ONLY** | **1.41** | | |
| **PAINTING** | **1,413.39** | **41.85** | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| SCAFFOLDING | 2,551.36 | | |
| SIDING | 17,383.45 | 1,504.38 | |
| SOFFIT, FASCIA, & GUTTER | 1,367.66 | 28.14 | |
| WINDOW REGLAZING & REPAIR | 370.80 | 136.67 | |
| WINDOWS - WOOD | 168.12 | | |
| **Total** | **25,169.27** | **1,711.85** | **0.00** |
| **Recoverable Depreciation** | | | **1,711.85** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/12/2024 9:02 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | DAVID_MOHUN |

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

# Ownership Audit

## Estimate: DAVID_MOHUN

| User | Ownership Period | Total Items | Estimate Total |
|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 to 8/11/2024 | 78 | $44,948.41 |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 to 8/12/2024 | 55 | $25,169.27 |

## Session Statistics

| User | Date | Time | Total Items | Estimate Total |
|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 | 23:22:37 to 23:28:17 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/5/2024 | 12:42:57 to 12:45:52 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/6/2024 | 12:05:45 to 18:56:33 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/6/2024 | 21:56:00 to 22:39:07 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 | 09:48:48 to 10:59:25 | 25 | $8,586.09 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 | 18:31:57 to 20:13:00 | 78 | $44,948.41 |
| (ROOFBYPR) Lee Olivares | 8/11/2024 | 14:37:54 to 14:41:29 | 78 | $44,948.41 |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 | 08:36:16 to 09:02:47 | 55 | $25,169.27 |

# Estimate Audit Trail

**Estimate: DAVID_MOHUN**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| () | 7/17/2024 18:59:50 | $0.00 | $0.00 | N/A | Measurement data received from provider EAGLEVIEW.ROOF. PROVIDER |
| (ROOFBYPR) Lee Olivares | 7/17/2024 21:56:24 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 7/30/2024 00:31:43 | $0.00 | $0.00 | N/A | Estimate checked back in |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:21:58 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:28:17 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 12:45:52 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/6/2024 18:54:32 | $0.00 | $0.00 | N/A | Sketch Third Party Roof Usage |
| (ROOFBYPR) Lee Olivares | 8/6/2024 22:12:26 | $0.00 | $0.00 | N/A | Maximum depreciation changed from 100 to 75 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:50:29 | $0.00 | $0.00 | N/A | Tax jurisdiction set to 8. 25% |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:50:29 | $0.00 | $0.00 | N/A | Price list changed from TXGA8X_JUL24 to TXGA8X_AUG24 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:50:33 | $0.00 | $0.00 | N/A | Estimate re-priced (0 items changed) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:56:58 | $0.00 | $1,654.96 | N/A | TWIA_TEX_CEILING_ 2024 (Personal) Macro used (9 items added) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:57:38 | $1,654.96 | $2,032.30 | +22.8 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 10:02:57 | $2,032.30 | $4,150.93 | +104.2 | 9 item(s) pasted from estimate SIDING_ SCAFFOLDING owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 10:41:52 | $4,150.93 | $8,586.09 | +106.8 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 10:59:25 | $8,586.09 | $8,586.09 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:45:18 | $8,586.09 | $49,744.43 | +479.4 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:45:32 | $49,744.43 | $49,973.62 | +0.5 | 1 item(s) pasted from estimate DAVID_ MOHUN owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:16 | $49,973.62 | $42,516.55 | -14.9 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:24 | $42,516.55 | $42,745.74 | +0.5 | 1 item(s) pasted from estimate DAVID_ MOHUN owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:33 | $42,745.74 | $42,968.49 | +0.5 | Estimate total change(s) |

# Estimate Audit Trail

**Estimate: DAVID_MOHUN**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:42 | $42,968.49 | $43,197.68 | +0.5 | 1 item(s) pasted from estimate DAVID_ MOHUN owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:54:20 | $43,197.68 | $44,948.41 | +4.1 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:46 | $44,948.41 | $44,948.41 | 0.0 | Overhead changed from 1 to 1 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:46 | $44,948.41 | $44,948.41 | 0.0 | Overhead changed from 10 to 10 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:47 | $44,948.41 | $44,948.41 | 0.0 | Profit changed from 1 to 1 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:47 | $44,948.41 | $44,948.41 | 0.0 | Profit changed from 10 to 10 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 20:12:53 | $44,948.41 | $44,948.41 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 20:12:59 | $44,948.41 | $46,866.38 | +4.3 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/9/2024 20:12:59 | $46,866.38 | $44,948.41 | -4.1 | Estimate set to complete |
| (ROOFBYPR) Lee Olivares | 8/11/2024 14:37:41 | $44,948.41 | $46,866.38 | +4.3 | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/11/2024 14:41:20 | $46,866.38 | $44,948.41 | -4.1 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/11/2024 14:41:28 | $44,948.41 | $46,866.38 | +4.3 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/11/2024 14:41:28 | $46,866.38 | $44,948.41 | -4.1 | Estimate set to complete |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:36:09 | $44,948.41 | $46,866.38 | +4.3 | Estimate moves to Desktop |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:37:26 | $46,866.38 | $44,948.41 | -4.1 | 1A: Other Structures Deductible changed from 2000 to 2000 |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:37:40 | $44,948.41 | $44,948.41 | 0.0 | 1B: Personal Property Deductible changed from 0 to 2000 |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:37:59 | $44,948.41 | $44,967.89 | 0.0 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:37:59 | $44,967.89 | $44,948.41 | 0.0 | Estimate re-priced (29 items changed) |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:53:57 | $44,948.41 | $27,224.99 | -39.4 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:54:15 | $27,224.99 | $27,437.91 | +0.8 | 2 item(s) pasted from estimate DAVID_ MOHUN owned by DAVIDRJM |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 08:59:19 | $27,437.91 | $25,169.27 | -8.3 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 09:02:38 | $25,169.27 | $25,169.27 | 0.0 | Estimate save (changes made) |
| (DAVIDRJM) David DeVilbiss | 8/12/2024 09:02:46 | $25,169.27 | $22,472.95 | -10.7 | Estimate moves to XA |

# Estimate Audit Trail

**Estimate: DAVID_MOHUN**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (DAVIDRJM) David DeVilbiss | 8/12/2024 09:02:46 | $22,472.95 | $25,169.27 | +12.0 | Estimate set to complete |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/12/2024 9:02 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | DAVID_MOHUN |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**DAVID_MOHUN**

**Risk**

**Exterior**

**Front Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Siding - vinyl | 386.00 SF | 0.51 | 0.00 | 39.38 | 236.24 | (0.00) | 236.24 |
| 2. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 3. Siding - vinyl | 509.30 SF | 4.94 | 89.50 | 521.08 | 3,126.52 | (303.75) | 2,822.77 |
| 4. Soffit - metal/vinyl - Detach & reset | 114.58 SF | 3.47 | 0.28 | 79.58 | 477.45 | (0.00) | 477.45 |
| 5. R&R Wrap wood window frame & trim with aluminum sheet | 5.00 EA | 282.37 | 27.89 | 287.96 | 1,727.70 | (94.65) | 1,633.05 |
| 6. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 7. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 8. Door numbers/letters - Detach & reset | 5.00 EA | 13.45 | 0.00 | 13.46 | 80.71 | (0.00) | 80.71 |
| 9. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 30.00 LF | 2.53 | 0.27 | 15.24 | 91.41 | (2.48) | 88.93 |
| 10. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 11. R&R Window screen, 1 - 9 SF | 5.00 EA | 46.35 | 15.10 | 49.38 | 296.23 | (85.42) | 210.81 |
| **Totals: Front Elevation** | | | **143.78** | **1,325.08** | **7,950.17** | **504.71** | **7,445.46** |

**Right Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12. Siding - vinyl | 48.00 SF | 4.94 | 8.43 | 49.10 | 294.65 | (28.63) | 266.02 |
| 13. Soffit - metal/vinyl - Detach & reset | 110.00 SF | 3.47 | 0.27 | 76.40 | 458.37 | (0.00) | 458.37 |
| 14. R&R Vinyl outside corner post | 85.00 LF | 9.13 | 26.30 | 160.48 | 962.83 | (89.25) | 873.58 |
| 15. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 16. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 17. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 18. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 9.86 | 59.23 | (17.08) | 42.15 |
| **Totals: Right Elevation** | | | **102.14** | **988.34** | **5,929.99** | **352.58** | **5,577.41** |

**Rear Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

### CONTINUED - Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 19. R&R Vinyl outside corner post | 40.00 LF | 9.13 | 12.38 | 75.52 | 453.10 | (42.00) | 411.10 |
| 20. Siding Installer - per hour | 2.00 HR | 106.46 | 0.00 | 42.58 | 255.50 | (0.00) | 255.50 |
| Additional labor allowance to complete a small repair. | | | | | | | |
| 21. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 22. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 23. R&R Window screen, 1 - 9 SF | 2.00 EA | 46.35 | 6.04 | 19.74 | 118.48 | (34.17) | 84.31 |
| **Totals: Rear Elevation** | | | **82.54** | **787.76** | **4,726.49** | **293.79** | **4,432.70** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 24. Remove Siding - vinyl | 826.00 SF | 0.51 | 0.00 | 84.26 | 505.52 | (0.00) | 505.52 |
| 25. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 26. Siding - vinyl | 826.00 SF | 4.94 | 145.15 | 845.12 | 5,070.71 | (492.63) | 4,578.08 |
| 27. Soffit - metal/vinyl - Detach & reset | 101.00 SF | 3.47 | 0.25 | 70.16 | 420.88 | (0.00) | 420.88 |
| 28. R&R Wrap wood window frame & trim with aluminum sheet | 1.00 EA | 282.37 | 5.58 | 57.60 | 345.55 | (18.93) | 326.62 |
| 29. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 30. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| **Totals: Left Elevation** | | | **158.96** | **1,359.72** | **8,158.09** | **520.59** | **7,637.50** |
| **Total: Exterior** | | | **487.42** | **4,460.90** | **26,764.74** | **1,671.67** | **25,093.07** |

### Interior




**Game Room** **Height: 8'**

| | | | |
|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling |
| 1047.79 | SF Walls & Ceiling | 393.13 | SF Floor |
| 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 81.83 | LF Ceil. Perimeter | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 12.12 | 72.71 | (0.00) | 72.71 |
| 32. Mask the floor per square foot - plastic and tape - 4 mil | 393.13 SF | 0.32 | 2.27 | 25.62 | 153.69 | (0.00) | 153.69 |
| 33. Mask and prep for paint - plastic, paper, tape (per LF) | 81.83 LF | 1.79 | 1.82 | 29.66 | 177.96 | (0.00) | 177.96 |
| 34. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 4.10 | 24.64 | (0.08) | 24.56 |
| 35. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 3.22 | 19.36 | (0.13) | 19.23 |
| 36. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 0.96 | 5.80 | (0.10) | 5.70 |
| 37. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 2.42 | 14.45 | (0.01) | 14.44 |
| 38. Paint the walls - two coats | 654.67 SF | 1.25 | 14.04 | 166.46 | 998.84 | (34.04) | 964.80 |
| 39. R&R Quarter round - 3/4" | 10.00 LF | 2.27 | 0.88 | 4.72 | 28.30 | (0.21) | 28.09 |
| 40. R&R Baseboard - 3 1/4" | 10.00 LF | 4.70 | 1.56 | 9.72 | 58.28 | (0.38) | 57.90 |
| 41. Seal & paint base shoe or quarter round | 81.83 LF | 1.08 | 0.88 | 17.86 | 107.12 | (2.13) | 104.99 |
| 42. Paint baseboard - one coat | 81.83 LF | 1.28 | 0.74 | 21.08 | 126.56 | (1.80) | 124.76 |
| 43. Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | 48.95 | 0.54 | 9.90 | 59.39 | (1.30) | 58.09 |
| 44. Final cleaning - construction - Residential | 393.13 SF | 0.29 | 11.29 | 22.80 | 148.10 | (0.00) | 148.10 |
| **Totals: Game Room** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |
| **Total: Interior** | | | **34.98** | **330.64** | **1,995.20** | **40.18** | **1,955.02** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 45. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 627.50 | 0.00 | 125.50 | 753.00 | (0.00) | 753.00 |
| **Totals: Debris Removal** | | | **0.00** | **125.50** | **753.00** | **0.00** | **753.00** |
| **Total: Risk** | | | **522.40** | **4,917.04** | **29,512.94** | **1,711.85** | **27,801.09** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 46. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 105.76 | 634.52 | (0.00) | 634.52 |
| 47. Finish carpentry labor minimum | 1.00 EA | 173.76 | 0.00 | 34.76 | 208.52 | (0.00) | 208.52 |
| 48. Window labor minimum | 1.00 EA | 168.12 | 0.00 | 33.62 | 201.74 | (0.00) | 201.74 |
| 49. Cleaning labor minimum* | 1.00 EA | 1.17 | 0.12 | 0.24 | 1.53 | (0.00) | 1.53 |
| 50. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 0.28 | 1.69 | (0.00) | 1.69 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 51. Finish hardware labor minimum | 1.00 EA | 89.81 | 0.00 | 17.96 | 107.77 | (0.00) | 107.77 |
| 52. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 26.54 | 159.28 | (0.00) | 159.28 |
| **Totals: Labor Minimums Applied** | | | **0.12** | **219.16** | **1,315.05** | **0.00** | **1,315.05** |
| **Line Item Totals: DAVID_MOHUN** | | | **522.52** | **5,136.20** | **30,827.99** | **1,711.85** | **29,116.14** |

| **Additional Charges** | **Charge** |
|---|---|
| Permit | 154.14 |
| **Additional Charges Total** | **$154.14** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling | 1,047.79 | SF Walls and Ceiling |
| 393.13 | SF Floor | 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 81.83 | LF Ceil. Perimeter |
| 393.13 | Floor Area | 420.85 | Total Area | 654.67 | Interior Wall Area |
| 6,016.99 | Exterior Wall Area | 84.50 | Exterior Perimeter of Walls | | |
| 2,745.95 | Surface Area | 27.46 | Number of Squares | 374.83 | Total Perimeter Length |
| 26.99 | Total Ridge Length | 175.85 | Total Hip Length | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 25,169.27 |
| Permit | 154.14 |
| Material Sales Tax | 511.11 |
| Subtotal | 25,834.52 |
| Overhead | 2,583.51 |
| Profit | 2,583.51 |
| Cleaning Sales Tax | 11.41 |
| **Replacement Cost Value** | **$31,012.95** |
| Less Depreciation | (1,711.85) |
| **Actual Cash Value** | **$29,301.10** |
| Less Deductible | (8,540.00) |
| **Net Claim** | **$20,761.10** |
| Total Recoverable Depreciation | 1,711.85 |
| **Net Claim if Depreciation is Recovered** | **$22,472.95** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 2,568.10 | 2,568.10 | 511.11 | 0.00 | 11.41 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | | | |
| | 15.41 | 15.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **2,583.51** | **2,583.51** | **511.11** | **0.00** | **11.41** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: DAVID_MOHUN**

**Area: Risk**

| | | |
|---|---|---|
| **Area: Exterior** | | |
| Front Elevation | 6,481.31 | 25.75% |
| Right Elevation | 4,839.51 | 19.23% |
| Rear Elevation | 3,856.19 | 15.32% |
| Left Elevation | 6,639.41 | 26.38% |
| **Area Subtotal: Exterior** | 21,816.42 | 86.68% |
| **Area: Interior** | | |
| Game Room | 1,629.58 | 6.47% |
| **Area Subtotal: Interior** | 1,629.58 | 6.47% |
| Debris Removal | 627.50 | 2.49% |
| **Area Subtotal: Risk** | 24,073.50 | 95.65% |
| Labor Minimums Applied | 1,095.77 | 4.35% |
| **Subtotal of Areas** | 25,169.27 | 100.00% |
| **Total** | 25,169.27 | 100.00% |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 627.50 | | 627.50 |
| DRYWALL | 560.95 | 0.09 | 560.86 |
| MISC. EQUIPMENT - COMMERCIAL | 67.25 | | 67.25 |
| FINISH CARPENTRY / TRIMWORK | 243.46 | 0.59 | 242.87 |
| FINISH HARDWARE | 89.81 | | 89.81 |
| INSULATION | 148.34 | 0.13 | 148.21 |
| LABOR ONLY | 1.41 | | 1.41 |
| PAINTING | 1,413.39 | 41.85 | 1,371.54 |
| SCAFFOLDING | 2,551.36 | | 2,551.36 |
| SIDING | 17,383.45 | 1,504.38 | 15,879.07 |
| SOFFIT, FASCIA, & GUTTER | 1,367.66 | 28.14 | 1,339.52 |
| WINDOW REGLAZING & REPAIR | 370.80 | 136.67 | 234.13 |
| WINDOWS - WOOD | 168.12 | | 168.12 |
| O&P Items Subtotal | 25,169.27 | 1,711.85 | 23,457.42 |
| Permits and Fees | 154.14 | | 154.14 |
| Material Sales Tax | 511.11 | | 511.11 |
| Overhead | 2,583.51 | | 2,583.51 |
| Profit | 2,583.51 | | 2,583.51 |
| Cleaning Sales Tax | 11.41 | | 11.41 |
| Total | 31,012.95 | 1,711.85 | 29,301.10 |

TWIA 002297

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

# LOSS REPORT

**Final**

Reference: Leading Edge Claims Service
360 S. Nolen Dr., Ste. 100
Southlake, TX 76092
Attention: Claim Examiner
Insured: David Mohun
22306 Isle View Dr
Galveston, TX 77554

Report #: 1
Catastrophe Number:
Policy Number: TWRD0000713215
Claim Number: 1196371
Date of Loss: 7/8/2024
Type of Loss: Wind
File Number:

**ENCLOSURES:**
Estimate, Statement of Loss, Bill for Services, Photos (113), Diagrams

**COVERAGE:**

| | |
|---|---|
| 1A: Structure | $427,000.00 |
| 1A: Other Structures | $42,700.00 |
| 1B: Personal Property | $100,000.00 |

Eff. Dates: From: 4/18/2024 To: 4/18/2025
Mortgagee:
Deductible: $8,540.00
Co-Ins. Policy: Yes ☐ No ☑
Forms:

**GENERAL LOSS REPORT**

INITIAL CONTACT

Who called the insured? Lee Olivares

Method of contact? Phone

Person spoken with on initial contact David Mohun

Inspection Details: Completed inspection at the scheduled time with David Mohun

Mailing address: 8405 Winningham Ln, Houston, TX 77055-7531

Damages Reported: High winds caused damage to the siding and water damage to the game room.

Insured has email? Thebestbayhouse@gmail.com

Language Interpreter needed? No

INSPECTION

Discussed claim damages, reviewed items on FNOL Damage Description: Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage
Confirmed DOL with insured of: Jul 8, 2024, 12:00:00 AM

Reviewed prior claims: None provided in Xactanalysis
Reviewed Underwriting Report: None provided in Xactanalysis
Reviewed WPI-8: 2030881 / Certified March 3, 2016

COVERAGE A (DWELLING AND OTHER STRUCTURES)

Roof
Age / Material / Layers / Reparability / Decking: 8 / 30 year architectural /1 / Yes / 1/2 CDX

Front slope: visible damage consistent with wind.
Right slope: No visible damage consistent with wind.

Rear slope: No visible damage consistent with wind.
Left slope: No visible damage consistent with wind.

Soft metals and other roof elements: No visible damage consistent with wind.

Exterior
Siding / Age / Material: Vinyl Siding with wood siding under it / 14 yrs

Front elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged and missing window screens caused by high winds. Wind damage to fascia, soffits, and window wraps.

Right elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged window screens caused by high winds. Wind damage to fascia,

Rear elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged a window screens caused by high winds.

Interior damage consistent with wind damage to siding and exposed felt.
Left elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged window wrap caused by high winds.

Siding was manually added using hover measurements. Elevations to breakaway walls were not included as part of the estimate.

Interior
Interior inspection: Yes

Does the property appear vacant? No

Attic inspected: Yes

Interior damage consistent with wind damage to siding.
321 Endorsement in place.

List damages by room:

Game room: Water damage to wall and baseboard caused by storm created opening on siding.

COVERAGE B (PERSONAL PROPERTY): None claimed or observed at the time of inspection.

Estimate Summary

Depreciation (and basis for that depreciation): Depreciation on this claim is set based on age and condition using Xactimate's depreciation tool. Dwelling roof at 8 years per discussion with Insured and visible condition at the time of inspection. Siding at 8 years per discussion with Insured and visible condition at the time of inspection.

Overhead and profit were added. Job will require coordination and supervision due to complexity of scope of work.

Salvage? No salvage opportunities were observed as the damaged items hold no value.
Subrogation? No Subrogation opportunity was observed as the damages are weather related.

Coverage Summary
Reported date of Loss: 7/8/2024

DOL consistent with weather data? – Yes, the Benchmark report does show wind gusts with 80+ wind gusts at location on the reported DOL.

Cause of Loss: WIND

Policy in Force? Yes, 4/18/2024 - 4/18/2025

Damages Accepted:
Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris.
Damaged and missing window screens caused by high winds.

Interior damage consistent with wind damage to siding and exposed felt

Damages NOT Accepted:
None:

Damages observed, but NOT claimed:
None

Attorney/Public Adjuster involvement? None at the time of this report.

Contractor involvement? None at the time of this report.

Closing conversation with the insured: After my inspection, I spoke to the Insured, explained the scope of damages observed, and advised that TWIA retains all authority on the claim and would contact them soon.

Closing Notes
Underwriting Risk Referral attached? None
Pending or unresolved exposures: None

**STATEMENT OF LOSS:**

| Item | RCV | Dep | ACV | Limit |
|---|---|---|---|---|
| 1A: Structure | $31,012.95 | $1,711.85 | $29,301.10 | $22,472.95 |
| 1A: Other Structures | $0.00 | $0.00 | $0.00 | $0.00 |
| 1B: Personal Property | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $31,012.95 | $1,711.85 | $29,301.10 | |

| | |
|---|---|
| Deductible | 8,540.00 |
| Less Prior Payments | $0.00 |
| Claim Payable | $22,472.95 |
| Due Insured | **$22,472.95** |
| Recoverable Depreciation Totals: | $1,711.85 |
| Non-Recoverable Depreciation Totals: | $0.00 |
| Net Claim Without Rec. Depreciation: | $20,761.10 |

**RECOMMENDATIONS:**

I recommend payment to Insured in the ACV amount of $20,761.10.

8/12/2024

TWIA Claims Examiner Date

Open All | Close All

Korylee Horstmeyer, Korylee Horstmeyer Jul 9, 2024

## Assignee Information

### Assignee

Korylee Horstmeyer - Korylee Horstmeyer

Address: 4299 CR 242, Palmyra, MO 63461

### Contact Methods

Email: khorstmeyer@leadingedgeclaims.com

- Email: koryhorstmeyer@aol.com
- Email: korylee.horstmeyer@ptsemail.com
- Office: (573) 673-7647

### Adjuster Address

KORYHORS@CPKQ3.KO
RYLEE.HORSTMEYER

### Project Manager

unassigned

### Xactimate® Profile

TWIA

### Office Levels

State: Texas

Program Loc.: Galveston

### Organization Levels

none found

### Desk Adjuster

TexasWindstorm - Patrick Morales

p.morales20241015@twia.org

**Estimate Reviewer**

- Tom Spillman

Office: (817) 767-2108 Ext:8238

tspillman@leadingedgeclaims.com

**Estimate Reviewer**

- TWIA Claims

claims@twia.org

# XactAnalysis Status

| | Date Updated |
|---|---|
| Assignment Entered Queue | Jul 8, 2024 9:28:04 PM |
| Assignment Received | Jul 9, 2024 2:57:51 PM |
| Adjuster Notified | *email*<br>Sent Email to koryhorstmeyer@aol.com<br>Jul 9, 2024 2:57:52 PM<br>*email*<br>Sent Email to khorstmeyer@leadingedgeclaims.com<br>Jul 9, 2024 2:57:52 PM |
| Assignment Delivered | Jul 9, 2024 2:57:58 PM |
| Estimate Returned to XactAnalysis | |
| Correction Returned to XactAnalysis | |
| Cancellation Received | |
| Adjuster Notified of Cancellation | |
| Assignment Rejected | |
| Assignment Reassigned | Jul 17, 2024 6:59:44 PM |

### Workflow Status

| | | Date Updated |
|---|---|---|
| Customer Contacted | | Jul 10, 2024 6:35:05 PM |
| Site Inspected | | |
| Planned Inspection Date | | |
| Leading Edge Reviewer | **Tom Spillman** | |
| Leading Edge Review Completed | **Reviewer Assigned** | Jul 8, 2024 9:28:11 PM |
| TWIA - Leading Edge Review Completed | **Reviewer Assigned** | Jul 8, 2024 9:28:11 PM |
| Job Sold | | |
| Job Started | | |
| Job Completed | | |
| Job Not Sold | | |
| File Status | **Open** | |
| Collaboration Status | | |
| Attention Status | **Attention not needed** | |

**Approval Status**

**Date Updated**

Change QA Status
Change Client Status
All dates and times are in Central Daylight Savings Time

HOVER **Complete Measurements**

22306 Isle View Drive
GALVESTON, TX 77554




VIEW 3D MODEL

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided “as is.” HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 13126373**
DAVID MOHUN
1 AUG 2024

TWIA 002304

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

SUMMARY

| **Areas** | **Siding** | **Other** |
|---|---|---|
| Facades | 3051 ft² | 130 ft² |
| Openings | 504 ft² | 40 ft² |
| Trims* | 197 ft² | 192 ft² |
| Unknown (no photos)* | - | - |
| Total | 3752 ft² | 362 ft² |

*Any trim or unknown material that touches siding is included in the 'Siding' column. If it does not touch siding, then it's included in the 'Other' column.

| **Openings** | **Siding** | **Other** |
|---|---|---|
| Quantity | 23 | 2 |
| Tops Length | 76′ 11″ | 7′ 8″ |
| Sills Length | 73′ 3″ | 7′ 8″ |
| Sides Length | 218′ 1″ | 1′ 8″ |
| Total Perimeter | 368′ 2″ | 17′ |

| **Corners** | **Siding** | **Other** |
|---|---|---|
| Inside Qty | 7 | 0 |
| Inside Length | 36′ 5″ | - |
| Outside Qty | 24 | 0 |
| Outside Length | 191′ 10″ | - |

| **Accessories** | **Siding** | **Other** |
|---|---|---|
| Shutter Qty | 0 | 0 |
| Shutter Area | 0 ft² | 0 ft² |
| Vents Qty | 1 | 0 |
| Vents Area | 2 ft² | 0 ft² |

| **Trim** | **Siding** | **Other** |
|---|---|---|
| Level Starter | 385′ 8″ | 23′ 4″ |
| Sloped Trim | 83′ 10″ | 2′ 4″ |
| Vertical Trim | 28′ 5″ | 11′ 6″ |

| **Roofline** | **Length** | **Avg. Depth** | **Soffit Area** |
|---|---|---|---|
| Eaves Fascia | 347′ 2″ | - | - |
| Level Frieze Board | 431′ 11″ | 1′ 10″ | 675 ft² |
| Rakes Fascia | 19′ | - | - |
| Sloped Frieze Board | 16′ | - | 0 ft² |

## SIDING WASTE TOTALS

| **Siding & Trim Only*** | **Area** | **Squares** |
|---|---|---|
| Zero Waste | 3207 ft² | 32¼ |
| +10% | 3528 ft² | 35½ |
| +18% | 3784 ft² | 38 |

| **+ Openings < 20ft²** | **Area** | **Squares** |
|---|---|---|
| Zero Waste | 3484 ft² | 35 |
| +10% | 3834 ft² | 38½ |
| +18% | 4109 ft² | 41¼ |

| **+ Openings < 33ft²** | **Area** | **Squares** |
|---|---|---|
| Zero Waste | 3648 ft² | 36½ |
| +10% | 4014 ft² | 40¼ |
| +18% | 4303 ft² | 43¼ |

*The first three rows of the Siding Waste Factor table are calculated using the total ft² of siding facades, ft² of trim touching siding, and ft² of unknowns touching siding.



© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

TWIA 002305

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

ROOF SUMMARY

| Roof | Area | Total | Length |
|---|---|---|---|
| Roof Facets | 2796 ft² | 19 | - |
| Ridges / Hips | - | 19 | 208′ 3″ |
| Valleys | - | 3 | 21′ 5″ |
| Rakes | - | 3 | 19′ |
| Eaves | - | 22 | 347′ 2″ |
| Flashing | - | 13 | 88′ 4″ |
| Step Flashing | - | 20 | 57′ 10″ |
| Drip Edge/Perimeter | - | - | 366′ 2″ |

| Roof Pitch* | Area | Percentage |
|---|---|---|
| 6 / 12 | 2214 ft² | 79.18% |
| 5 / 12 | 439 ft² | 15.7% |
| 9 / 12 | 79 ft² | 2.83% |
| 3 / 12 | 64 ft² | 2.29% |



**Example Waste Factor Calculations**

| | Zero Waste | +5% | +10% | +15% | +20% |
|---|---|---|---|---|---|
| **Area** | 2796 ft² | 2936 ft² | 3076 ft² | 3215 ft² | 3355 ft² |
| **Squares** | 28 | 29⅔ | 31 | 32⅓ | 33⅔ |

The table above provides the total roof area of a given property using waste percentages as noted. Please consider that area values and specific waste factors can be influenced by the size and complexity of the property, captured image quality, specific roofing techniques, and your own level of expertise. Additional square footage for Hip, Ridge, and Starter shingles are not included in this waste factor and will require additional materials. This table is only intended to make common waste calculations easier and should not be interpreted as recommendations.

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be registered trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.


TWIA_MOHUN_LEADING EDGE_000061

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

## MEASUREMENT KEY






© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

TWIA 002307

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

FOOTPRINT




Number of Stories: > 1

Footprint Perimeter: 131′ 9″

Footprint Area: 329 $ft^2$

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 13126373**
DAVID MOHUN
1 AUG 2024



TWIA_MOHUN_LEADING EDGE_000063

TWIA 002308

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

SIDING PER ELEVATION

BACK



FRONT

Number of Stories: > 1




**Siding Per Elevation**

| FRONT | | | RIGHT | | | LEFT | | | BACK | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SI-1 | - | 61 ft² | SI-3 | - | 237 ft² | SI-25 | - | 15 ft² | SI-14 | - | 31 ft² |
| SI-2 | - | 282 ft² | SI-8 | - | 77 ft² | SI-26 | - | 42 ft² | SI-16 | - | 129 ft² |
| SI-4 | - | 58 ft² | SI-9 | - | 194 ft² | SI-27 | - | 23 ft² | SI-17 | - | 19 ft² |
| SI-5 | - | 37 ft² | SI-10 | - | 232 ft² | SI-28 | - | 30 ft² | SI-18 | - | 16 ft² |
| SI-6 | - | 46 ft² | SI-11 | - | 211 ft² | SI-29 | - | 261 ft² | SI-19 | - | 30 ft² |
| SI-7 | - | 40 ft² | SI-12 | - | 27 ft² | SI-30 | - | 441 ft² | SI-20 | - | 72 ft² |
| | | | SI-13 | - | 2 ft² | SI-31 | - | 230 ft² | SI-21 | - | 133 ft² |
| | | | SI-15 | - | 21 ft² | | | | SI-22 | - | 19 ft² |
| | | | | | | | | | SI-23 | - | 21 ft² |
| | | | | | | | | | SI-24 | - | 14 ft² |
| **524 ft²** | | | **1001 ft²** | | | **1042 ft²** | | | **484 ft²** | | |

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

TWIA_MOHUN_LEADING EDGE_000064

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

SOFFIT

**Soffit Summary**

| Depth | Type | Count | Total Length | Total Area |
|---|---|---|---|---|
| 6″ - 12″ | eaves | 4 | 41′ 11″ | 27 ft² |
| | - | 2 | 44′ 6″ | 37 ft² |
| 12″ - 18″ | eaves | 19 | 312′ 9″ | 411 ft² |
| | - | 2 | 2′ 4″ | 3 ft² |
| 24″ - 48″ | eaves | 4 | 16′ 11″ | 37 ft² |
| | - | 1 | 10′ 1″ | 57 ft² |
| > 48″ | eaves | 2 | 28′ 7″ | 200 ft² |
| | - | 4 | 65′ 7″ | 1363 ft² |
| | | **Totals** | **522′ 7″** | **2136 ft²** |




Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 13126373**
DAVID MOHUN
10/03/2024

**Soffit Breakdown**

| num | Type | Depth | Length | Area | Pitch |
|---|---|---|---|---|---|
| 1 | eave | 17″ | 27′ 2″ | 38 ft² | 6 / 12 |
| 2 | eave | 15″ | 8′ 4″ | 10 ft² | 5 / 12 |
| 3 | eave | 17″ | 43′ 9″ | 60 ft² | 6 / 12 |
| 4 | eave | 15″ | 53′ 1″ | 66 ft² | 5 / 12 |
| 5 | eave | 7″ | 7′ 1″ | 4 ft² | 5 / 12 |
| 6 | eave | 17″ | 4′ 4″ | 6 ft² | 6 / 12 |
| 7 | eave | 85″ | 22′ 5″ | 158 ft² | 5 / 12 |
| 8 | eave | 7″ | 23′ 7″ | 14 ft² | 5 / 12 |
| 9 | eave | 15″ | 25′ 11″ | 32 ft² | 6 / 12 |
| 10 | eave | 17″ | 7′ 7″ | 10 ft² | 6 / 12 |
| 11 | eave | 17″ | 18′ 7″ | 26 ft² | 6 / 12 |
| 12 | eave | 7″ | 2′ | 1 ft² | 6 / 12 |
| 13 | eave | 12″ | 2′ 7″ | 3 ft² | 6 / 12 |
| 14 | eave | 35″ | 2′ | 3 ft² | 6 / 12 |
| 15 | eave | 24″ | 5′ 1″ | 8 ft² | 6 / 12 |
| 16 | eave | 9″ | 9′ 3″ | 7 ft² | 6 / 12 |
| 17 | eave | 17″ | 7′ 7″ | 10 ft² | 6 / 12 |
| 18 | eave | 14″ | 3′ 8″ | 3 ft² | 6 / 12 |
| 19 | eave | 17″ | 4′ 4″ | 6 ft² | 6 / 12 |

| num | Type | Depth | Length | Area | Pitch |
|---|---|---|---|---|---|
| 20 | eave | 32″ | 4′ 8″ | 6 ft² | 6 / 12 |
| 21 | eave | 15″ | 22′ | 28 ft² | 6 / 12 |
| 22 | eave | 17″ | 43′ 9″ | 60 ft² | 6 / 12 |
| 23 | eave | 81″ | 6′ 2″ | 42 ft² | 9 / 12 |
| 24 | eave | 18″ | 6′ 1″ | 9 ft² | 3 / 12 |
| 25 | eave | 14″ | 6′ 8″ | 8 ft² | 3 / 12 |
| 26 | eave | 15″ | 4′ 10″ | 6 ft² | 3 / 12 |
| 27 | eave | 15″ | 14′ 7″ | 18 ft² | 6 / 12 |
| 28 | eave | 46″ | 5′ 2″ | 20 ft² | 9 / 12 |
| 29 | eave | 15″ | 8′ 1″ | 10 ft² | 6 / 12 |
| 30 | - | 163″ | 7′ 9″ | 106 ft² | 6 / 12 |
| 31 | - | 10″ | 25′ 3″ | 22 ft² | 5 / 12 |
| 32 | - | 163″ | 12′ 5″ | 169 ft² | 5 / 12 |
| 33 | - | 37″ | 10′ 1″ | 57 ft² | 6 / 12 |
| 34 | - | 300″ | 24′ 1″ | 601 ft² | 6 / 12 |
| 35 | - | 9″ | 19′ 3″ | 15 ft² | 6 / 12 |
| 36 | - | 15″ | 3″ | 0 ft² | 6 / 12 |
| 37 | - | 16″ | 2′ 1″ | 3 ft² | 6 / 12 |
| 38 | - | 275″ | 21′ 4″ | 487 ft² | 6 / 12 |

Ø Feature is too small to label on the plan diagram

- Feature could not be labelled with complete certainty

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

TWIA 002311

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

FRONT




© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by HOVER

**PROPERTY ID: 13126373**
DAVID MOHUN
10/03/2024



TWIA_MOHUN_LEADING EDGE_000067

TWIA 002312

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

FRONT-RIGHT




© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by HOVER

**PROPERTY ID: 13126373**
DAVID MOHUN
10/30/2024



TWIA_MOHUN_LEADING EDGE_000068

TWIA 002313

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

RIGHT




© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by HOVER

**PROPERTY ID: 13126373**
DAVID MOHUN
10/08/2024



TWIA_MOHUN_LEADING EDGE_000069

TWIA 002314

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

RIGHT-BACK




Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 13126373**
DAVID MOHUN
10/30/2024



TWIA_MOHUN_LEADING EDGE_000070

TWIA 002315

HOVER Complete Measurements

22306 Isle View Drive, Galveston...

BACK







© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by HOVER

PROPERTY ID: 13126373
DAVID MOHUN
10/08/2024



TWIA_MOHUN_LEADING EDGE_000071

TWIA 002316

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

BACK-LEFT




© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by HOVER

**PROPERTY ID: 13126373**
DAVID MOHUN
10/30/2024



TWIA_MOHUN_LEADING EDGE_000072

TWIA 002317

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

LEFT






© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 13126373**
DAVID MOHUN
10/30/2024



TWIA_MOHUN_LEADING EDGE_000073

TWIA 002318

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

LEFT-FRONT




Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 13126373**
DAVID MOHUN
10/30/2024



TWIA_MOHUN_LEADING EDGE_000074

**Siding**

| Facade | Area | Inside Corners | Outside Corners | Openings | Shutters | Vents |
|---|---|---|---|---|---|---|
| SI-1 | 61 ft² | - | 2 | 1 | - | - |
| SI-2 | 282 ft² | - | 2 | 3 | - | - |
| SI-3 | 237 ft² | - | 2 | 1 | - | - |
| SI-4 | 58 ft² | - | 1 | - | - | - |
| SI-5 | 37 ft² | - | - | - | - | - |
| SI-6 | 46 ft² | 1 | 1 | - | - | - |
| SI-7 | 40 ft² | 1 | 1 | - | - | - |
| SI-8 | 77 ft² | 1 | 1 | - | - | - |
| SI-9 | 194 ft² | - | 2 | 1 | - | - |
| SI-10 | 232 ft² | - | 2 | - | - | - |
| SI-11 | 211 ft² | 1 | 1 | 2 | - | - |
| SI-12 | 27 ft² | 1 | 1 | - | - | - |
| SI-13 | 2 ft² | 1 | 1 | - | - | - |
| SI-14 | 31 ft² | 1 | 2 | 1 | - | - |
| SI-15 | 21 ft² | - | 2 | 1 | - | - |
| SI-16 | 129 ft² | - | 2 | - | - | - |
| SI-17 | 19 ft² | 1 | 1 | - | - | - |
| SI-18 | 16 ft² | - | 2 | 1 | - | - |
| SI-19 | 30 ft² | 1 | 2 | 1 | - | - |


© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**Siding (cont.)**

| Facade | Area | Inside Corners | Outside Corners | Openings | Shutters | Vents |
|---|---|---|---|---|---|---|
| SI-20 | 72 ft$^2$ | - | 2 | 4 | - | - |
| SI-21 | 133 ft$^2$ | 1 | 1 | 4 | - | - |
| SI-22 | 19 ft$^2$ | 1 | 1 | - | - | - |
| SI-23 | 21 ft$^2$ | - | 2 | - | - | - |
| SI-24 | 14 ft$^2$ | - | 2 | 1 | - | - |
| SI-25 | 15 ft$^2$ | 1 | 1 | 1 | - | - |
| SI-26 | 42 ft$^2$ | - | 2 | - | - | - |
| SI-27 | 23 ft$^2$ | 1 | 1 | - | - | - |
| SI-28 | 30 ft$^2$ | 1 | - | - | - | - |
| SI-29 | 261 ft$^2$ | - | 2 | - | - | 1 |
| SI-30 | 441 ft$^2$ | - | 3 | 1 | - | - |
| SI-31 | 230 ft$^2$ | - | 2 | - | - | - |
| Total | 3051 ft$^2$ | 14 | 47 | 23 | 0 | 1 |

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**Wrap**

| Facade | Area | Openings | Shutters | Vents |
|---|---|---|---|---|
| WR-1 | 130 $ft^2$ | 2 | - | - |
| Total | 130 $ft^2$ | 2 | 0 | 0 |

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

TWIA 002322

HOVER Complete Measurements

22306 Isle View Drive, Galveston...

SIDING

**Facades**

| | | Trim | | | Corners | | Roofline | | Openings | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Facade** | **Area** | **Level Starter** | **Sloped** | **Vertical** | **Inside** | **Outside** | **Level Frieze Board** | **Sloped Frieze Board** | **Tops** | **Sills** | **Sides** |
| SI-1 | 61 ft² | 2′ 10″ | - | - | - | 21′ 1″ | 12′ 3″ | - | 9′ 5″ | - | 14′ 5″ |
| SI-2 | 282 ft² | 38′ 1″ | - | 4′ 2″ | - | 20′ 6″ | 6′ 10″ | - | 2′ 9″ | 10′ 5″ | 26′ 2″ |
| SI-3 | 237 ft² | 24′ 9″ | - | - | - | 21′ 1″ | 24′ 9″ | - | 3′ 4″ | 3′ 4″ | 14′ 2″ |
| SI-4 | 58 ft² | 9′ 5″ | - | - | - | 7′ 9″ | 9′ 5″ | - | - | - | 6′ 2″ |
| SI-5 | 37 ft² | 1′ 10″ | 8′ 8″ | 3′ 11″ | - | - | 9′ 8″ | - | - | - | 5′ 1″ |
| SI-6 | 46 ft² | 5′ 11″ | - | 7′ 10″ | - | 7′ 10″ | 5′ 11″ | - | - | - | - |
| SI-7 | 40 ft² | 5′ 2″ | - | - | 7′ 10″ | 7′ 10″ | 5′ 2″ | - | - | - | - |
| SI-8 | 77 ft² | 1′ 4″ | 16′ 3″ | 6″ | - | 10′ 3″ | 14′ 4″ | - | - | - | - |
| SI-9 | 194 ft² | 11′ | 10′ 6″ | 11″ | - | 18′ 11″ | 6′ 5″ | 16′ | 1′ 5″ | 1′ 5″ | 8′ 6″ |
| SI-10 | 232 ft² | 35′ 2″ | 5′ 9″ | - | - | 13′ 4″ | 40′ 6″ | - | - | - | - |
| SI-11 | 211 ft² | 23′ 3″ | - | - | 10′ 3″ | 10′ 3″ | 23′ 3″ | - | 5′ 11″ | 5′ 11″ | 18′ 3″ |
| SI-12 | 27 ft² | - | 8′ | 6″ | 4′ 3″ | 8′ 1″ | 7′ 4″ | - | - | - | - |
| SI-13 | 2 ft² | 2′ 4″ | - | - | 11″ | 11″ | 2′ 4″ | - | - | - | - |
| SI-14 | 31 ft² | 5′ 8″ | - | - | 10′ 3″ | 12′ | 5′ 8″ | - | 3′ | 3′ | 14′ 2″ |
| SI-15 | 21 ft² | 3′ 8″ | - | - | - | 20′ 6″ | 3′ 8″ | - | 2′ 11″ | 2′ 11″ | 11′ 5″ |
| SI-16 | 129 ft² | 12′ 3″ | - | - | - | 21′ 1″ | 12′ 3″ | - | - | - | - |
| SI-17 | 19 ft² | 11″ | 3′ 5″ | - | 4′ 3″ | 5′ 7″ | 4′ 1″ | - | - | - | - |
| SI-18 | 16 ft² | 3′ 3″ | - | - | - | 20′ 6″ | 3′ 3″ | - | 2′ 11″ | 2′ 11″ | 11′ 5″ |

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



TWIA_MOHUN_LEADING EDGE_000078

TWIA 002323


**Facades (cont.)**

| | | Trim | | | Corners | | Roofline | | Openings | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Facade | Area | Level Starter | Sloped | Vertical | Inside | Outside | Level Frieze Board | Sloped Frieze Board | Tops | Sills | Sides |
| SI-19 | 30 ft² | 9′ 8″ | - | - | 11″ | 19′ 7″ | 9′ 8″ | - | 4′ 5″ | 4′ 5″ | 11′ 5″ |
| SI-20 | 72 ft² | 10′ 2″ | 6′ 6″ | - | - | 14′ 4″ | 18′ 1″ | - | 13′ 11″ | 12′ | 18′ 2″ |
| SI-21 | 133 ft² | 22′ 10″ | - | 1′ 10″ | 9′ 4″ | 9′ 4″ | 22′ 10″ | - | 15′ 8″ | 15′ 8″ | 26′ 6″ |
| SI-22 | 19 ft² | - | 4′ 4″ | - | 3′ 10″ | 5′ 7″ | 4′ 1″ | - | - | - | - |
| SI-23 | 21 ft² | 23′ 1″ | - | - | - | 1′ 10″ | 23′ 1″ | - | - | - | - |
| SI-24 | 14 ft² | 3′ 3″ | - | - | - | 18′ 8″ | 3′ 3″ | - | 2′ 11″ | 2′ 11″ | 11′ 5″ |
| SI-25 | 15 ft² | 3′ 4″ | - | - | 9′ 4″ | 9′ 4″ | 3′ 4″ | - | 2′ 11″ | 2′ 11″ | 11′ 5″ |
| SI-26 | 42 ft² | 6′ 11″ | 10′ 6″ | 6″ | - | 8′ 8″ | 15′ 2″ | - | - | - | - |
| SI-27 | 23 ft² | 3′ 8″ | 4′ 1″ | 6″ | 3′ 10″ | 6′ 3″ | 7′ 4″ | - | - | - | - |
| SI-28 | 30 ft² | 3′ 10″ | - | 7′ 10″ | 7′ 10″ | - | 3′ 10″ | - | - | - | - |
| SI-29 | 261 ft² | 24′ 9″ | - | - | - | 21′ 1″ | 24′ 9″ | - | - | - | - |
| SI-30 | 441 ft² | 52′ 7″ | - | - | - | 20′ 6″ | 52′ 7″ | - | 5′ 6″ | 5′ 6″ | 9′ 5″ |
| SI-31 | 230 ft² | 35′ | 5′ 10″ | - | - | 13′ 4″ | 40′ 6″ | - | - | - | - |
| Total* | 3051 ft² | 385′ 8″ | 83′ 10″ | 28′ 5″ | 36′ 5″ | 191′ 10″ | 425′ 4″ | 16′ | 76′ 11″ | 73′ 3″ | 218′ 1″ |

*Totals de-duplicate any line segments that are shared between multiple facades, and as a result may not represent a total summation of the corresponding column.

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.


TWIA_MOHUN_LEADING EDGE_000079

## Example Waste Factor Calculations

### SIDING & TRIM ONLY

| | Zero Waste | +10% | +18% |
|---|---|---|---|
| SI-1 | 61 ft² | 67 ft² | 72 ft² |
| SI-2 | 282 ft² | 310 ft² | 333 ft² |
| SI-3 | 237 ft² | 261 ft² | 280 ft² |
| SI-4 | 58 ft² | 64 ft² | 68 ft² |
| SI-5 | 37 ft² | 41 ft² | 44 ft² |
| SI-6 | 46 ft² | 51 ft² | 54 ft² |
| SI-7 | 40 ft² | 44 ft² | 47 ft² |
| SI-8 | 77 ft² | 85 ft² | 91 ft² |
| SI-9 | 194 ft² | 213 ft² | 229 ft² |
| SI-10 | 232 ft² | 255 ft² | 274 ft² |
| SI-11 | 211 ft² | 232 ft² | 249 ft² |
| SI-12 | 27 ft² | 30 ft² | 32 ft² |
| SI-13 | 2 ft² | 2 ft² | 2 ft² |
| SI-14 | 31 ft² | 34 ft² | 37 ft² |
| SI-15 | 21 ft² | 23 ft² | 25 ft² |
| SI-16 | 129 ft² | 142 ft² | 152 ft² |

### + OPENINGS < 20FT²

| | Zero Waste | +10% | +18% |
|---|---|---|---|
| SI-1 | 61 ft² | 67 ft² | 72 ft² |
| SI-2 | 296 ft² | 326 ft² | 349 ft² |
| SI-3 | 237 ft² | 261 ft² | 280 ft² |
| SI-4 | 58 ft² | 64 ft² | 68 ft² |
| SI-5 | 37 ft² | 41 ft² | 44 ft² |
| SI-6 | 46 ft² | 51 ft² | 54 ft² |
| SI-7 | 40 ft² | 44 ft² | 47 ft² |
| SI-8 | 77 ft² | 85 ft² | 91 ft² |
| SI-9 | 202 ft² | 222 ft² | 238 ft² |
| SI-10 | 232 ft² | 255 ft² | 274 ft² |
| SI-11 | 230 ft² | 253 ft² | 271 ft² |
| SI-12 | 27 ft² | 30 ft² | 32 ft² |
| SI-13 | 2 ft² | 2 ft² | 2 ft² |
| SI-14 | 49 ft² | 54 ft² | 58 ft² |
| SI-15 | 33 ft² | 36 ft² | 39 ft² |
| SI-16 | 129 ft² | 142 ft² | 152 ft² |

### + OPENINGS < 33FT²

| | Zero Waste | +10% | +18% |
|---|---|---|---|
| SI-1 | 61 ft² | 67 ft² | 72 ft² |
| SI-2 | 336 ft² | 370 ft² | 396 ft² |
| SI-3 | 257 ft² | 283 ft² | 303 ft² |
| SI-4 | 58 ft² | 64 ft² | 68 ft² |
| SI-5 | 37 ft² | 41 ft² | 44 ft² |
| SI-6 | 46 ft² | 51 ft² | 54 ft² |
| SI-7 | 40 ft² | 44 ft² | 47 ft² |
| SI-8 | 77 ft² | 85 ft² | 91 ft² |
| SI-9 | 202 ft² | 222 ft² | 238 ft² |
| SI-10 | 232 ft² | 255 ft² | 274 ft² |
| SI-11 | 230 ft² | 253 ft² | 271 ft² |
| SI-12 | 27 ft² | 30 ft² | 32 ft² |
| SI-13 | 2 ft² | 2 ft² | 2 ft² |
| SI-14 | 49 ft² | 54 ft² | 58 ft² |
| SI-15 | 33 ft² | 36 ft² | 39 ft² |
| SI-16 | 129 ft² | 142 ft² | 152 ft² |

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

TWIA 002325


| | SIDING & TRIM ONLY (CONT.) | | | + OPENINGS < 20FT² | | | + OPENINGS < 33FT² | | |
|---|---|---|---|---|---|---|---|---|---|
| | Zero Waste | +10% | +18% | Zero Waste | +10% | +18% | Zero Waste | +10% | +18% |
| SI-17 | 19 ft² | 21 ft² | 22 ft² | 19 ft² | 21 ft² | 22 ft² | 19 ft² | 21 ft² | 22 ft² |
| SI-18 | 16 ft² | 18 ft² | 19 ft² | 28 ft² | 31 ft² | 33 ft² | 28 ft² | 31 ft² | 33 ft² |
| SI-19 | 30 ft² | 33 ft² | 35 ft² | 30 ft² | 33 ft² | 35 ft² | 50 ft² | 55 ft² | 59 ft² |
| SI-20 | 72 ft² | 79 ft² | 85 ft² | 120 ft² | 132 ft² | 142 ft² | 120 ft² | 132 ft² | 142 ft² |
| SI-21 | 133 ft² | 146 ft² | 157 ft² | 151 ft² | 166 ft² | 178 ft² | 214 ft² | 235 ft² | 253 ft² |
| SI-22 | 19 ft² | 21 ft² | 22 ft² | 19 ft² | 21 ft² | 22 ft² | 19 ft² | 21 ft² | 22 ft² |
| SI-23 | 21 ft² | 23 ft² | 25 ft² | 21 ft² | 23 ft² | 25 ft² | 21 ft² | 23 ft² | 25 ft² |
| SI-24 | 14 ft² | 15 ft² | 17 ft² | 26 ft² | 29 ft² | 31 ft² | 26 ft² | 29 ft² | 31 ft² |
| SI-25 | 15 ft² | 17 ft² | 18 ft² | 27 ft² | 30 ft² | 32 ft² | 27 ft² | 30 ft² | 32 ft² |
| SI-26 | 42 ft² | 46 ft² | 50 ft² | 42 ft² | 46 ft² | 50 ft² | 42 ft² | 46 ft² | 50 ft² |
| SI-27 | 23 ft² | 25 ft² | 27 ft² | 23 ft² | 25 ft² | 27 ft² | 23 ft² | 25 ft² | 27 ft² |
| SI-28 | 30 ft² | 33 ft² | 35 ft² | 30 ft² | 33 ft² | 35 ft² | 30 ft² | 33 ft² | 35 ft² |
| SI-29 | 261 ft² | 287 ft² | 308 ft² | 261 ft² | 287 ft² | 308 ft² | 261 ft² | 287 ft² | 308 ft² |
| SI-30 | 441 ft² | 485 ft² | 520 ft² | 441 ft² | 485 ft² | 520 ft² | 462 ft² | 508 ft² | 545 ft² |
| SI-31 | 230 ft² | 253 ft² | 271 ft² | 230 ft² | 253 ft² | 271 ft² | 230 ft² | 253 ft² | 271 ft² |
| Trims | 156 ft² | 172 ft² | 184 ft² | 260 ft² | 286 ft² | 307 ft² | 260 ft² | 286 ft² | 307 ft² |


© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.
TWIA_MOHUN_LEADING EDGE_000081

**SIDING & TRIM ONLY (CONT.)**

| | Zero Waste | +10% | +18% |
|---|---|---|---|
| **Total** | 3207 $ft^2$ | 3528 $ft^2$ | 3784 $ft^2$ |

**+ OPENINGS < 20FT²**

| Zero Waste | +10% | +18% |
|---|---|---|
| 3484 $ft^2$ | 3834 $ft^2$ | 4109 $ft^2$ |

**+ OPENINGS < 33FT²**

| Zero Waste | +10% | +18% |
|---|---|---|
| 3648 $ft^2$ | 4014 $ft^2$ | 4303 $ft^2$ |

The first Siding Waste Factor table is calculated using the total $ft^2$ of siding facades, $ft^2$ of trim touching siding, and $ft^2$ of unknowns touching siding.

The tables above provide the area of siding on a given property, segmented by individual and in sum total form. Values include openings (doors & windows) and waste percentages as noted. Please consider that area values and specific waste factors can be influenced by the size and complexity of the property, captured image quality, specific siding techniques, and your own level of expertise. Accessories are not included in these values and may require additional material.

These tables are only intended to make common waste calculations easier and should not be interpreted as recommendations.

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

TWIA 002327


**Windows**

| Group | Group Width x Height | Group United Inches | Opening | Width x Height | United Inches | Area |
|---|---|---|---|---|---|---|
| WG-1 | 35″ x 35″ | 70″ | W-101 | 35″ x 35″ | 70″ | 8 $ft^2$ |
| WG-2 | 27″ x 73″ | 100″ | W-202 | 27″ x 73″ | 100″ | 14 $ft^2$ |
| WG-3 | 86″ x 73″ | 158″ | W-203 | 39″ x 73″ | 112″ | 20 $ft^2$ |
| | | | W-204 | 39″ x 73″ | 112″ | 20 $ft^2$ |
| WG-4 | 30″ x 35″ | 65″ | W-205 | 30″ x 35″ | 65″ | 7 $ft^2$ |
| WG-5 | 29″ x 62″ | 91″ | W-206 | 29″ x 62″ | 91″ | 12 $ft^2$ |
| WG-6 | 29″ x 62″ | 91″ | W-207 | 29″ x 62″ | 91″ | 12 $ft^2$ |
| WG-7 | 29″ x 62″ | 91″ | W-208 | 29″ x 62″ | 91″ | 12 $ft^2$ |
| WG-8 | 47″ x 62″ | 109″ | W-209 | 47″ x 62″ | 109″ | 20 $ft^2$ |
| WG-9 | 29″ x 62″ | 91″ | W-210 | 29″ x 62″ | 91″ | 12 $ft^2$ |
| WG-10 | 29″ x 62″ | 91″ | W-211 | 29″ x 62″ | 91″ | 12 $ft^2$ |
| WG-11 | 145″ x 68″ | 213″ | W-212 | 44″ x 68″ | 113″ | 21 $ft^2$ |
| | | | W-213 | 44″ x 68″ | 113″ | 21 $ft^2$ |
| | | | W-214 | 44″ x 68″ | 113″ | 21 $ft^2$ |
| WG-12 | 60″ x 50″ | 110″ | W-215 | 60″ x 50″ | 110″ | 21 $ft^2$ |
| WG-13 | 86″ x 73″ | 158″ | W-316 | 39″ x 73″ | 112″ | 20 $ft^2$ |
| | | | W-317 | 39″ x 73″ | 112″ | 20 $ft^2$ |

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

TWIA_MOHUN_LEADING EDGE_000083

TWIA 002328


**Windows (cont.)**

| Group | Group Width x Height | Group United Inches | Opening | Width x Height | United Inches | Area |
|---|---|---|---|---|---|---|
| WG-14 | 77″ x 49″ | 126″ | W-318 | 35″ x 49″ | 84″ | 12 ft$^2$ |
| | | | W-319 | 35″ x 49″ | 84″ | 12 ft$^2$ |
| WG-15 | 77″ x 49″ | 126″ | W-320 | 35″ x 49″ | 84″ | 12 ft$^2$ |
| | | | W-321 | 35″ x 49″ | 84″ | 12 ft$^2$ |
| | | | Total | - | 2034″ | 321 ft$^2$ |

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.


TWIA_MOHUN_LEADING EDGE_000084

## Doors

| Opening | Width x Height |
|---|---|
| D-1 | 108″ x 84″ |
| D-2 | 36″ x 80″ |
| D-3 | 32″ x 80″ |
| D-4 | 32″ x 80″ |

*Door height and width have been snapped to standard

## Entire Doors

| Opening | Width x Height | Area |
|---|---|---|
| D-1 | 109″ x 85″ | 64 $ft^2$ |
| D-2 | 36″ x 81″ | 20 $ft^2$ |
| D-3 | 32″ x 81″ | 18 $ft^2$ |
| D-4 | 33″ x 81″ | 18 $ft^2$ |
| Total | - | 120 $ft^2$ |

*Total door square footage includes entire door package (e.g. with transoms, sidelites, etc.)

Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

ROOF MEASUREMENTS

| Roof | Length |
|---|---|
| Ridges (RI) | 23′ 7″ |
| Hips (H) | 184′ 8″ |
| Valleys (V) | 21′ 5″ |
| Rakes (RA) | 19′ |
| Eaves (E) | 347′ 2″ |
| Flashing (F)* | 88′ 4″ |
| Step Flashing (SF)* | 57′ 10″ |
| Transition Line (TL) | - |

*Please view the 3D model for more detail (e.g. flashing, step flashing and some other roof lines may be difficult to see on the PDF)



Powered by HOVER

© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

TWIA 002331



**Roof Facets**

| Facet | Area | Pitch |
|---|---|---|
| RF-1 | 79 ft² | 9/12 |
| RF-2 | 27 ft² | 6/12 |
| RF-3 | 28 ft² | 5/12 |
| RF-4 | 310 ft² | 6/12 |
| RF-5 | 411 ft² | 5/12 |
| RF-6 | 21 ft² | 3/12 |
| RF-7 | 272 ft² | 6/12 |
| RF-8 | 564 ft² | 6/12 |
| RF-9 | 21 ft² | 3/12 |
| RF-10 | 22 ft² | 3/12 |
| RF-11 | 564 ft² | 6/12 |
| RF-12 | 100 ft² | 6/12 |
| RF-13 | 17 ft² | 6/12 |
| RF-14 | 148 ft² | 6/12 |
| RF-15 | 51 ft² | 6/12 |
| RF-16 | 17 ft² | 6/12 |
| RF-17 | 9 ft² | 6/12 |
| RF-18 | 9 ft² | 6/12 |
| RF-19 | 126 ft² | 6/12 |






© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



TWIA_MOHUN_LEADING EDGE_000087

TWIA 002332

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...
ROOF AREA




| Roof | Facets | Total |
|---|---|---|
| Total | 19 | 2796 ft² |



© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



TWIA_MOHUN_LEADING EDGE_000088

TWIA 002333

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

ROOF PITCH

| Roof Pitch | Area | Percentage |
|---|---|---|
| 6 / 12 | 2214 ft² | 79.18% |
| 5 / 12 | 439 ft² | 15.7% |
| 9 / 12 | 79 ft² | 2.83% |
| 3 / 12 | 64 ft² | 2.29% |





© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.


TWIA_MOHUN_LEADING EDGE_000089

TWIA 002334

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

PHOTOS

















© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



TWIA_MOHUN_LEADING EDGE_000090

HOVER **Complete Measurements**

# 22306 Isle View Drive, Galveston...

PHOTOS










© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



**PROPERTY ID: 13126373**
DAVID MOHUN
1 AUG 2024

TWIA 002336

HOVER **Complete Measurements**

22306 Isle View Drive, Galveston...

PHOTOS







© 2024 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



TWIA_MOHUN_LEADING EDGE_000092

TWIA 002337

LE
LEADING EDGE
LEADING THE WAY IN TIMES OF CRISIS!

360 S. Nolen Dr. Suite 100
Southlake, TX 76092

Tax ID: 26-0317491

**Claim Number: 1196371**
Policy Number: TWRD0000713215
Date of Loss: July 8, 2024

Invoice Number: 158123
Adjuster: Lee Roland Olivares
Invoice Date: August 12, 2024

| | | | |
|---|---|---|---|
| Invoice To: | Texas Windstorm Insurance Assoc.<br>4801 Southwest Parkway<br>Austin, TX 78735<br>Attention: | Insured: | David Mohun<br>8405 Winningham Ln<br>Houston, TX 77055 |
| Office: | TWIA - HURRICANE | Location: | 22306 Isle View Dr<br>Galveston, TX 77554<br>Gross Loss: $31,012.95 |

| | | |
|---|---|---|
| Adjuster Fees | | |
| Tier Billing | $25,000.01 - $50,000.00 | $1,500.00 |
| Adjuster Expenses | | |
| Adjuster Equipment Fee | 1.00 each @ $25.00 | $25.00 |
| Adjuster Fuel Fee | 1.00 each @ $25.00 | $25.00 |
| Hover Elevation Report | 1.00 1 @ $117.04 | $117.04 |

| | | |
|---|---|---|
| Sub Total | | $1,667.04 |
| Tax | | $0.00 |
| **Grand Total** | **Invoice Number: 158123** | **$1,667.04** |

We appreciate your business and thank you for your Partnership!

# LOSS RECAP

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Policy No. : | TWRD0000713215 |
| Property Address : | 22306 Isle View Dr, Galveston, TX 77554 | Date of Loss : | 7/8/2024 |
| Mailing Address : | 8405 Winningham Ln, Houston, TX 77055-7531 | Catastrophe No. : | |
| Insured Tel. No. : | [redacted] | Adj. File No. : | |
| Adjusting Company : | | Adj. No. : | |
| Adj. Address : | | Adj. Phone No. : | (800) 788-8247 |

Date Loss Assigned: 7/8/2024 01:00 Date Insured Contacted: 7/10/2024 18:35 Date Loss Inspected: 8/1/2024 09:00

| | Replacement Cost Loss | Recov. Depr. | Non-recov. Deprec. | ACV Loss | Deductible Applied | Insur. Carried Req. % | ACV Claim | Potential Suppl. Claim | RC Claim | Valuation RCV | Valuation ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A: Structure | 31,012.95 | 1,711.85 | 0.00 | 29,301.10 | 8,540.00 | 100 \| 100 | 20,761.10 | 1,711.85 | 22,472.95 | 0.00 | 0.00 |
| 1A: Other Structures | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 \| 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1B: Personal Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 \| 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTALS** | **$31,012.95** | **$1,711.85** | **$0.00** | **$29,301.10** | **$8,540.00** | | **$20,761.10** | **$1,711.85** | **$22,472.95** | | |

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215




**Risk/Dwelling - 1-Risk**

Date Taken:

Taken By: Lee Olivares

22306 Isle View Dr




**Risk/Dwelling - 2-Risk**

Date Taken:

Taken By: Lee Olivares

Verification.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 3-Roof**

Date Taken:

Taken By: Lee Olivares

Single Layer-Drip edge/gutter apron




**Risk/Dwelling/Roof - 4-Roof**

Date Taken:

Taken By: Lee Olivares

5/12 pitch

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 5-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 6-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 7-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 8-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 9-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 10-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 11-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 12-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 13-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 14-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Roof - 15-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection. 0 wind damaged shingles.



**Risk/Dwelling/Roof - 16-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk/Dwelling/Roof - 17-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 0 wind damaged shingles.



**Risk/Dwelling/Roof - 18-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 19-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 20-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 21-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.




**Risk/Dwelling/Roof - 22-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection. 0 wind damaged shingles.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 23-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 24-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 25-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 26-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 27-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.




**Risk/Dwelling/Roof - 28-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 0 wind damaged shingles.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 29-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 30-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 31-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- no visible direct wind damages.




**Risk/Exterior/Front Elevation - 32-Roof**

Date Taken:

Taken By: Lee Olivares

Elevation overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Front Elevation - 33-Roof**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.



**Risk/Exterior/Front Elevation - 34-Roof**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Front Elevation - 35-Roof**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.




**Risk/Exterior/Right Elevation - 36-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 37-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Elevation overview.



**Risk/Exterior/Right Elevation - 38-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 39-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.



**Risk/Exterior/Right Elevation - 40-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window screen.
Visible damage to metal fascia.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 41-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to outside corner post.
Visible wind damage to window screen
Visible damage to metal fascia.



**Risk/Exterior/Right Elevation - 42-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window screen

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 43-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Exterior/Right Elevation - 44-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to metal fascia.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Right Elevation - 45-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to metal fascia.



**Risk/Exterior/Right Elevation - 46-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window screen

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Rear Elevation - 47-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Exterior/Rear Elevation - 48-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to metal fascia.
Visible damage to outside corner post.
Visible wind damage to window trim.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Rear Elevation - 49-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window trim.



**Risk/Exterior/Rear Elevation - 50-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window trim.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Rear Elevation - 51-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window trim.



**Risk/Exterior/Rear Elevation - 52-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 53- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Exterior/Left Elevation - 54- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to outside corner post.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk/Exterior/Left Elevation - 55-Left Elevation**

Date Taken:

Taken By: Lee Olivares



**Risk/Exterior/Left Elevation - 56-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 57-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 58-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 59-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 60-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 61- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 62- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 63- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.




**Risk/Interior/Game Room - 64- Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk/Interior/Game Room - 65-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 66-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Game Room - 67- Game Room**

Date Taken:

Taken By: Lee Olivares

Water damage to window sill and baseboard caused by storm created opening.



**Risk/Interior/Game Room - 68- Game Room**

Date Taken:

Taken By: Lee Olivares

Water damage to window sill and baseboard caused by storm created opening.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 69-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 70-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 71-Game Room**

Date Taken:

Taken By: Lee Olivares

Wind pressure caused damage to drywall above window.



**Risk/Interior/Game Room - 72-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 73-Game Room**

Date Taken:

Taken By: Lee Olivares

Damaged window screen.



**Risk/Interior/Game Room - 74-Game Room**

Date Taken:

Taken By: Lee Olivares

Water damage to window sill and baseboard caused by storm created opening.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 75-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.



**Risk/Interior/Game Room - 76-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 77- Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.



**Risk/Interior/Game Room - 78- Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 79-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 80-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 81- Game Room**

Date Taken:

Taken By: Lee Olivares

Damage overview.



**Risk/Interior/No damage - 82- Game Room Closet**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090



**Risk/Interior/No damage - 83-Game Room Closet**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 84-Hallway**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 85-Hallway**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 86-Hallway Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 87-Hallway Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 88-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 89-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 90-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 91-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 92-Living Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 93- Living Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 94- Dining Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Interior/No damage - 95-Dining Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 96-Kitchen**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 97-Kitchen**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 98-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 99-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 100-Laundry Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Interior/No damage - 101-Laundry Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 102-Half Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 103-Half Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 104-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 105-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/No damage - 106-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Attic - 107-Attic**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/Attic - 108-Attic**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**109-EastImage.JPG**

Date Taken:

Taken By: EagleView




**110-NorthImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**111-SouthImage.JPG**

Date Taken:

Taken By: EagleView




**112-TopImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215




**113-WestImage.JPG**

Date Taken:

Taken By: EagleView

TWIA 002397
Sketch: Risk, Level: Interior

Insured: David Mohun
Claim #: 1196371



TWIA 002399

Sketch: Risk, Level: Dwelling

Insured: David Mohun
Claim #: 1196371



TWIA 002400

Roof Annotation in Sketch: Risk, Level: Dwelling

| FACE | SQ FT | # SQs | Slope - Rise / 12 |
|---|---|---|---|
| F1 | 234.42 | 2.34 | 6.00 |
| F2 | 569.54 | 5.70 | 6.00 |
| F3 | 569.54 | 5.70 | 6.00 |
| F4 | 118.81 | 1.19 | 6.00 |
| F5 | 13.19 | 0.13 | 6.00 |
| F6 | 19.66 | 0.20 | 6.00 |
| F7 | 21.80 | 0.22 | 6.00 |
| F8 | 352.59 | 3.53 | 6.00 |
| F9 | 159.88 | 1.60 | 6.00 |
| F10 | 26.83 | 0.27 | 6.00 |
| F11 | 32.76 | 0.33 | 5.95 |
| F12 | 20.12 | 0.20 | 6.00 |
| F13 | 20.12 | 0.20 | 6.00 |
| F14 | 22.64 | 0.23 | 6.00 |
| F15 | 323.65 | 3.24 | 5.98 |
| F16 | 89.47 | 0.89 | 6.00 |
| F17 | 49.66 | 0.50 | 5.90 |
| F18 | 101.25 | 1.01 | 9.00 |
| Estimated Total: | 2745.95 | 27.46 | |