TWIA 002402
Sketch: Risk, Level: Interior

Insured: David Mohun
Claim #: 1196371



TWIA 002404

Sketch: Risk, Level: Dwelling

Insured: David Mohun
Claim #: 1196371



TWIA 002405

Roof Annotation in Sketch: Risk, Level: Dwelling

| FACE | SQ FT | # SQs | Slope - Rise / 12 |
|---|---|---|---|
| F1 | 234.42 | 2.34 | 6.00 |
| F2 | 569.54 | 5.70 | 6.00 |
| F3 | 569.54 | 5.70 | 6.00 |
| F4 | 118.81 | 1.19 | 6.00 |
| F5 | 13.19 | 0.13 | 6.00 |
| F6 | 19.66 | 0.20 | 6.00 |
| F7 | 21.80 | 0.22 | 6.00 |
| F8 | 352.59 | 3.53 | 6.00 |
| F9 | 159.88 | 1.60 | 6.00 |
| F10 | 26.83 | 0.27 | 6.00 |
| F11 | 32.76 | 0.33 | 5.95 |
| F12 | 20.12 | 0.20 | 6.00 |
| F13 | 20.12 | 0.20 | 6.00 |
| F14 | 22.64 | 0.23 | 6.00 |
| F15 | 323.65 | 3.24 | 5.98 |
| F16 | 89.47 | 0.89 | 6.00 |
| F17 | 49.66 | 0.50 | 5.90 |
| F18 | 101.25 | 1.01 | 9.00 |
| Estimated Total: | 2745.95 | 27.46 | |

Sketch: Risk, Level: Interior

Insured: David Mohun
Claim #: 1196371



TWIA 002409

Sketch: Risk, Level: Dwelling

Insured: David Mohun
Claim #: 1196371



TWIA 002410

Roof Annotation in Sketch: Risk, Level: Dwelling

| FACE | SQ FT | # SQs | Slope - Rise / 12 |
|---|---|---|---|
| F1 | 234.42 | 2.34 | 6.00 |
| F2 | 569.54 | 5.70 | 6.00 |
| F3 | 569.54 | 5.70 | 6.00 |
| F4 | 118.81 | 1.19 | 6.00 |
| F5 | 13.19 | 0.13 | 6.00 |
| F6 | 19.66 | 0.20 | 6.00 |
| F7 | 21.80 | 0.22 | 6.00 |
| F8 | 352.59 | 3.53 | 6.00 |
| F9 | 159.88 | 1.60 | 6.00 |
| F10 | 26.83 | 0.27 | 6.00 |
| F11 | 32.76 | 0.33 | 5.95 |
| F12 | 20.12 | 0.20 | 6.00 |
| F13 | 20.12 | 0.20 | 6.00 |
| F14 | 22.64 | 0.23 | 6.00 |
| F15 | 323.65 | 3.24 | 5.98 |
| F16 | 89.47 | 0.89 | 6.00 |
| F17 | 49.66 | 0.50 | 5.90 |
| F18 | 101.25 | 1.01 | 9.00 |
| Estimated Total: | 2745.95 | 27.46 | |

# Price List Variation Usage Report

 8/12/2024 9:02 AM

## Texas Windstorm Insurance Association

**Received Date:**
7/8/2024

**Completed Date:**
8/12/2024

**Operator:**
DAVIDRJM David DeVilbiss

**Estimator:**
LEEO-LECS Lee Olivares

**Checkpoint price list:**
TXGA8X_JUL24 Galveston, TX

**Estimate price list:**
TXGA8X_AUG24 Galveston, TX
Restoration/Service/Remodel

**Claim Number:**
1196371

| | |
|---|---|
| **Price List Item Total** | **25,158.79** |
| **Estimate Line Item Total** | **25,166.69** |
| **Line Item Deviation Total** | **7.90** |

* Totals may be different due to rounding.

**Price List Variation Usage Report**

**Texas Windstorm Insurance Association**



## Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **DRY** | **1/2-** | | | | | |
| + | | 1/2" drywall - hung, taped, ready for texture | 6.00 | SF | 2.86 | 17.16 |
| | | 1/2" drywall - hung, taped, ready for texture | 6.00 | SF | 2.87 | 17.22 |
| | | | | | | **0.06** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **EQC** | **SNDNRS** | | | | | |
| + | | Door numbers/letters - Detach & reset | 5.00 | EA | 13.41 | 67.05 |
| | | Door numbers/letters - Detach & reset | 5.00 | EA | 13.45 | 67.25 |
| | | | | | | **0.20** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.04 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FNC** | **B3** | | | | | |
| + | | Baseboard - 3 1/4" | 10.00 | LF | 4.15 | 41.50 |
| | | Baseboard - 3 1/4" | 10.00 | LF | 4.16 | 41.60 |
| | | | | | | **0.10** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **INS** | **BI12** | | | | | |
| - | | Blown-in insulation - 12" depth - R30 | 6.00 | SF | 1.18 | 7.08 |
| | | Blown-in insulation - 12" depth - R30 | 6.00 | SF | 1.17 | 7.02 |
| | | | | | | **-0.06** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.00 Mkt. Cond. -0.01

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **PNT** | **B** | | | | | |
| + | | Paint baseboard - one coat | 81.83 | LF | 1.27 | 103.92 |
| | | Paint baseboard - one coat | 81.83 | LF | 1.28 | 104.74 |
| | | | | | | **0.82** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

**Price List Variation Usage Report**



**Texas Windstorm Insurance Association**

**Basic Variations**

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **PNT** | **DORT>** | | | | | |
| + | | Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 | EA | 48.92 | 48.92 |
| | | Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 | EA | 48.95 | 48.95 |
| | | | | | | **0.03** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.03 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **PNT** | **FACM1>** | | | | | |
| + | | Paint exterior fascia - 1 coat - metal, 6"- 8" wide | 30.00 | LF | 2.53 | 75.90 |
| | | Paint exterior fascia - 1 coat - metal, 6"- 8" wide | 30.00 | LF | 2.53 | 75.90 |
| | | | | | | **0.00** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. -0.01

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **LAB** | | | | | |
| + | | Siding Installer - per hour | 4.00 | HR | 106.45 | 425.80 |
| | | Siding Installer - per hour | 4.00 | HR | 106.46 | 425.84 |
| | | | | | | **0.04** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

Additional labor allowance to complete a small repair.
Additional labor allowance to complete a small repair.

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **WDWRAP** | | | | | |
| + | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 242.77 | 6,797.56 |
| | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 242.78 | 6,797.84 |
| | | | | | | **0.28** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **WDWRAP** | | | | | |
| - | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 39.49 | 1,105.72 |
| | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 39.59 | 1,108.52 |
| | | | | | | **2.80** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.10 Mkt. Cond. 0.00

TWIA 002414



**Price List Variation Usage Report**

**Texas Windstorm Insurance Association**



**Basic Variations**

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDR** | **SCRN<** | | | | | |
| + | | Window screen, 1 - 9 SF | 8.00 | EA | 41.81 | 334.48 |
| | | Window screen, 1 - 9 SF | 8.00 | EA | 41.83 | 334.64 |
| | | | | | | **0.16** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDR** | **SCRN<** | | | | | |
| - | | Window screen, 1 - 9 SF | 8.00 | EA | 4.51 | 36.08 |
| | | Window screen, 1 - 9 SF | 8.00 | EA | 4.52 | 36.16 |
| | | | | | | **0.08** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Labor Minimum Code | Description | Base Amount | Adjusted Amount |
|---|---|---|---|
| DRYMN-A | Drywall labor minimum | 554.95 | 527.32 |
| | Drywall labor minimum | 556.39 | 528.76 |
| | | | **1.44** |
| FNCMN-A | Finish carpentry labor minimum | 213.31 | 173.21 |
| | Finish carpentry labor minimum | 213.86 | 173.76 |
| | | | **0.55** |
| FNHMN-A | Finish hardware labor minimum | 156.66 | 89.41 |
| | Finish hardware labor minimum | 157.06 | 89.81 |
| | | | **0.40** |
| INSMN-A | Insulation labor minimum | 141.01 | 132.37 |
| | Insulation labor minimum | 141.38 | 132.74 |
| | | | **0.37** |
| WDWMN-A | Window labor minimum | 245.41 | 167.49 |
| | Window labor minimum | 246.04 | 168.12 |
| | | | **0.63** |

**Line Item Deviation** **7.90**

**Texas Windstorm Insurance Association**

**ClaimsReady™ Report**
July 9, 2024

## 22306 Isle View Dr, Galveston, TX 77554



In this 3D model, facets appear as semi-transparent to reveal overhangs.

**Report Details**

Report: 60071629

**Claim Information**

ClaimNumber: 1196371
DateOfLoss: 2024-07-08

**Roof Details**

Total Roof Area = 2,747 sq ft
Total Roof Facets = 18
Predominant Pitch = 6/12
Number of Stories >1
Total Ridges/Hips = 204 ft
Total Valleys = 24 ft
Total Rakes = 14 ft
Total Eaves = 343 ft

**Report Contents**

Images ........................................................1
Length Diagram.............................................4
Pitch Diagram ...............................................5
Area Diagram ................................................6
Notes Diagram ..............................................7
Report Summary ...........................................8

Contact: Texas Windstorm Insurance Association
Company: Texas Windstorm Insurance Association
Address: PO Box 99090
Austin TX 78709
Phone: 555-555-5555

Measurements provided by www.eagleview.com

Certified Accurate
www.eagleview.com/Guarantee.aspx

© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Images

The following aerial images show different angles of this structure for your reference.





© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

North Side




South Side






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

East Side




West Side






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# Length Diagram

Total Line Lengths:
**Ridges = 27 ft**
Hips = 177 ft
Valleys = 24 ft
Rakes = 14 ft
Eaves = 343 ft
Flashing = 101 ft
Step flashing = 56 ft
**Parapets = 0 ft**




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram contains segment lengths (rounded to the nearest whole number) over 5 feet. In some cases, segment labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

TWIA 002420


## Pitch Diagram

Pitch values are shown in inches per foot, and arrows indicate slope direction. The predominant pitch on this roof is 6/12.




©2024 Eagle View Technologies, Inc., All Rights Reserved.




Note: This diagram contains labeled pitches for facet areas larger than 20 square feet. In some cases, pitch labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9). Blue shading indicates a pitch of 3/12 and greater.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

TWIA_MOHUN_LEADING EDGE_000176

## Area Diagram

Total Area = 2,747 sq ft, with 18 facets.




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram shows the square feet of each roof facet (rounded to the nearest foot). The total area in square feet, at the top of this page, is based on the non-rounded values of each roof facet (rounded to the nearest square foot after being totaled).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Notes Diagram

Roof facets are labeled from smallest to largest (A to Z) for easy reference.







©2024 Eagle View Technologies, Inc., All Rights Reserved.



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Report Summary

Below is a measurement summary using the values presented in this report.

### All Structures

| Areas per Pitch | | |
|---|---|---|
| **Roof Pitches** | 6/12 | 9/12 |
| **Area (sq ft)** | 2644.9 | 101.2 |
| **% of Roof** | 96.3% | 3.7% |

The table above lists each pitch on this roof and the total area and percent (both rounded) of the roof with that pitch.

**Waste Calculation Table**

| Waste % | 0% | 10% | 12% | 15% | 17% | 20% | 22% |
|---|---|---|---|---|---|---|---|
| **Area (sq ft)** | 2,747 | 3021.7 | 3076.6 | 3159.1 | 3214.0 | 3296.4 | 3351.3 |
| **Squares** | 27.5 | 30.2 | 30.8 | 31.6 | 32.1 | 33.0 | 33.5 |

This table shows the total roof area and squares (rounded up to the nearest decimal) based upon different waste percentages. The waste factor is subject to the complexity of the roof, individual roofing techniques and your experience. Please consider this when calculating appropriate waste percentages. Note that only roof area is included in these waste calculations. Additional materials needed for ridge, hip, valley, and starter lengths are not included.

### All Structures Totals



Total Roof Facets = 18

**Lengths, Areas and Pitches**

Ridges = 27 ft (2 Ridges)
Hips = 177 ft (14 Hips).
Valleys = 24 ft (3 Valleys)
Rakes † = 14 ft (1 Rakes)
Eaves/Starter ‡ = 343 ft (21 Eaves)
Drip Edge (Eaves + Rakes) = 357 ft (22 Lengths)
Parapet Walls = 0 (0 Lengths).
Flashing = 101 ft (11 Lengths)
Step flashing = 56 ft (12 Lengths)
Predominant Pitch = 6/12
**Total Area (All Pitches) = 2,747 sq ft**

**Property Location**

Longitude = -95.0533409
Latitude = 29.1386008

**Notes**

This was ordered as a residential property. There were no changes to the structure in the past four years.

† Rakes are defined as roof edges that are sloped (not level).
‡ Eaves are defined as roof edges that are not sloped and level.



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Online Maps

Online map of property
http://maps.google.com/maps?f=g&source=s_q&hl=en&geocode=&q=22306+Isle+View+Dr,Galveston,TX,77554
Directions from Texas Windstorm Insurance Association to this property
http://maps.google.com/maps?f=d&source=s_d&saddr=PO+Box+99090,Austin,TX,78709&daddr=22306+Isle+View+Dr,Galveston,TX,77554

Enclosed is your ClaimsReady report. Please click the link to supplement your report with a walls report that includes areas of facets and cut-outs, line lengths, a notes diagram, and waste table calculations. Request a walls report.



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# Important Legal Notice and Disclaimer

## Notice and Disclaimer

No Warranty: The Copyrighted Materials are provided to you "as is," and you agree to use it at your own risk.

EagleView Technologies makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise, including but not limited to, content, quality, accuracy, completeness, effectiveness, reliability, fitness for a particular purpose, usefulness, use or results to be obtained from the Copyrighted Materials.

Contractors agree to always conduct a preliminary site survey to verify Roof Report ordered. In the event of an error in a Report, your sole remedy will be a refund of the fees paid by you to obtain this Report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

| | | | |
|---|---|---|---|
| Insured : | David Mohun | Policy No. : | TWRD0000713215 |
| Property Address : | 22306 Isle View Dr, Galveston, TX 77554 | Date of Loss : | 7/8/2024 |
| | | Catastrophe No. : | |
| Mailing Address : | 8405 Winningham Ln, Houston, TX 77055-7531 | Adj. File No. : | |
| Insured Tel. No. : | [redacted] | Loss Amount: | $55,406.38 |

Referral Date | Date Insured Contacted: 7/10/2024 | Date Loss Inspected: 8/1/2024

# Activity Report

**Totals for completed activities**

**Total Hours: 0.00** | **Total Expenses: 0.00** | **Total Travel: 0.00**

| | | | |
|---|---|---|---|
| Insured : | David Mohun | Policy No. : | TWRD0000713215 |
| Property Address : | 22306 Isle View Dr, Galveston, TX 77554 | Date of Loss : | 7/8/2024 |
| | | Catastrophe No. : | |
| Mailing Address : | 8405 Winningham Ln, Houston, TX 77055-7531 | Adj. File No. : | |
| Insured Tel. No. : | [redacted] | Loss Amount: | $55,406.38 |

Referral Date | Date Insured Contacted: 7/10/2024 | Date Loss Inspected: 8/1/2024

## Activity Report

**Totals for completed activities**

**Total Hours: 0.00** **Total Expenses: 0.00** **Total Travel: 0.00**

**Audit Summary Report**

09-Aug-2024 07:13:52 PM

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Home: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Business: | |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Estimator: | DAVIDRJM | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1196371 | TWRD0000713215 | WIND | 0 |

Date of Loss: 07-Jul-2024 Date Received: 08-Jul-2024
Date Inspected: 01-Aug-2024 Date Entered: 17-Jul-2024

Price List: TXGA8X_JUL24
Estimate: DAVID_MOHUN

# Current Audit Report - 09-Aug-2024 07:13:52 PM

**Inspection Audit Findings**
No results found.

| Inspection Audit Adjustments | | | Original | Adjusted | Original | Adjusted | |
|---|---|---|---|---|---|---|---|
| Room/Area | Audit Rule(s) | Items in Question | Act/Qty | Act/Qty | Total | Total | Results |
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

# Audit Report Summary - 09-Aug-2024 07:13:52 PM

**Inspection Audit Findings**
No results found.

| Inspection Audit Adjustments | | | Original | Adjusted | Original | Adjusted | |
|---|---|---|---|---|---|---|---|
| Room/Area | Audit Rule(s) | Items in Question | Act/Qty | Act/Qty | Total | Total | Results |
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

**Audit Summary Report**

11-Aug-2024 01:42:08 PM

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Home: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Business: | |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Estimator: | DAVIDRJM | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1196371 | TWRD0000713215 | WIND | 0 |

Date of Loss: 07-Jul-2024 Date Received: 08-Jul-2024
Date Inspected: 01-Aug-2024 Date Entered: 17-Jul-2024

Price List: TXGA8X_JUL24
Estimate: DAVID_MOHUN

# Current Audit Report - 11-Aug-2024 01:42:08 PM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

# Previous Audit Report - 09-Aug-2024 07:13:52 PM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

# Audit Report Summary - 12-Aug-2024 08:03:29 AM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments** Original Adjusted Original Adjusted

| Room/Area | Audit Rule(s) | Items in Question | Act/Qty | Act/Qty | Total | Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

# Benchmark® Hurricane Report

| | |
|---|---|
| **Date of Report:** | **July 9, 2024 18:04 CDT** |
| **Claim Details:** | |
| Property Address: | 22306 Isle View Dr, Galveston, TX |
| ZIP Code: | 77554 |
| Claim Number: | 1196371 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | WIND |
| Assignment Date: | 7/9/24 |
| Report Period: | 07/07/24 to 07/09/24 |
| Storm Period: | 06/28/24 to 07/09/24 |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.138612 |
| Longitude: | -95.053321 |

**Benchmark® Database record for property address for tropical event: beryl** (2024, AL02)

### Benchmark® Hurricane Winds Near Location

| Distance From Property (Miles) | Maximum 1-minute Sustained Wind (mph) | Maximum 3-second Wind Gust (mph) |
|---|---|---|
| **At Property** | 54 | 81 |
| **Within 1 Mile** | 54 | 81 |
| **Within 5 Miles** | 57 | 81 |

### Benchmark® Hurricane Wind Duration Near Location

| Distance From Property (Miles) | Duration of Tropical Storm Force Wind >= 39 mph (hours) | Duration of Strong Tropical Storm Force Wind >= 50 mph (hours) | Duration of Hurricane Force Wind >= 74 mph (hours) |
|---|---|---|---|
| **At Property** | 5.75 | 1.25 | 0.0 |
| **Within 1 Mile** | 6.0 | 1.25 | 0.0 |
| **Within 5 Miles** | 6.75 | 1.25 | 0.0 |

* Wind values and durations in the above two tables reflect the maximum wind speeds throughout the life of the storm that are >=39 mph; these values do not correspond to a specific date of loss. The report period in the claim detail section reflects the range of dates the storm made landfall in the region of the property.

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

# Benchmark® Hurricane Report

## Description of Wind Measurements

**Damaging weather values**

| Measure | Units | Description | High | Low |
|---|---|---|---|---|
| Maximum Sustained Wind | Miles per Hour (MPH) | Maximum 1-minute average speed at an altitude of 10 meters above the surface. | > 74 mph | < 39 mph |
| Maximum Gust | Miles per Hour (MPH) | Maximum 3-second average wind speed | > 74 mph | < 39 mph |
| Duration | Hours | Duration of 1-minute sustained winds in excess of specific thresholds experienced. Typical threshold values are 39 mph, 50 mph and 74 mph | > 6 | < 1 |

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind Date Of Loss Report

| | |
|---|---|
| **Date of Report:** | **July 8, 2024 21:28 CDT** |
| **Claim Details:** | |
| Property Address: | 22306 Isle View Dr, Galveston, TX |
| ZIP Code: | 77554 |
| Claim Number: | 1196371 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | WIND |
| Assignment Date: | 7/8/24 |
| Report Period: | 7/7/24 - 7/8/24 |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.138612 |
| Longitude: | -95.053321 |

The date of loss is too soon to complete a full report. The data is being returned for today up to 11:00 CDT. Please request the report tomorrow after 10:30 CDT for the complete day's weather activity.

### Wind Date of Loss Analysis from the Benchmark® Database:

**Summary:** Wind of 40+ mph occurred at the address on the date of loss, the day prior, or day after.

**Benchmark® Database record for property address on date of loss** **08 July 2024**

| Measure | Units | Daily Maximum Value At Property Address | Daily Maximum Value Within 1 Mile | Daily Maximum Value Within 5 Miles |
|---|---|---|---|---|
| **Wind Gust Speed** | Miles per Hour (mph) | < 35 | < 35 | < 35 |
| **Duration of Wind > 50 mph** | Hours | 0 | 0 | 0 |

**Benchmark® Weather History near location around date of claim** **08 July 2024**

| | Date | At Property Address | | Daily Maximum Value Within 1 Mile | | Daily Maximum Value Within 5 Miles | |
|---|---|---|---|---|---|---|---|
| | | Est. Wind Gust Speed (mph) | Est. Duration > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration > 50 mph |
| **Prior Day** | 7-Jul-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **Date of Loss** | 8-Jul-24 | < 35 | 0 | < 35 | 0 | < 35 | 0 |
| **Day After** | 9-Jul-24 | NA | NA | NA | NA | NA | NA |

*Estimated wind speed values reflect the maximum value on the calendar day. Estimated wind duration over 50 mph represents the cumulative amount of time over the calendar day that the wind speed exceeded 50 mph.*

**Description of Wind Measurements** **Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Duration of Wind Speed > 50 mph | Hours | Estimated cumulative time within a 24 hour period when straight-line (i.e., non-tornadic) wind speeds at 10 meters above ground level are 50 mph or greater | 1-3 hours | < 1 hour | 0 |
| Wind Speed | Miles per Hour (MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50 mph | - | < 30 mph |

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or errors

# Benchmark® Wind Date Of Loss Report

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind Date Of Loss Report

| | |
|---|---|
| **Date of Report:** | **July 9, 2024 12:02 CDT** |
| **Claim Details:** | |
| Property Address: | 22306 Isle View Dr, Galveston, TX |
| ZIP Code: | 77554 |
| Claim Number: | 1196371 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | WIND |
| Assignment Date: | 7/8/24 |
| Report Period: | 7/7/24 - 7/9/24 |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.138612 |
| Longitude: | -95.053321 |

**Wind Date of Loss Analysis from the Benchmark® Database:**

**Summary:** Wind of 40+ mph occurred at the address on the date of loss, the day prior, or day after.

**Benchmark® Database record for property address on date of loss 08 July 2024**

| Measure | Units | Daily Maximum Value At Property Address | Daily Maximum Value Within 1 Mile | Daily Maximum Value Within 5 Miles |
|---|---|---|---|---|
| **Wind Gust Speed** | Miles per Hour (mph) | 80 | 80 | 80 |
| **Duration of Wind > 50 mph** | Hours | 8 | 9 | 9 |

**Benchmark® Weather History near location around date of claim 08 July 2024**

| | | At Property Address | | Daily Maximum Value Within 1 Mile | | Daily Maximum Value Within 5 Miles | |
|---|---|---|---|---|---|---|---|
| | Date | Est. Wind Gust Speed (mph) | Est. Duration > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration > 50 mph |
| **Prior Day** | 7-Jul-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **Date of Loss** | 8-Jul-24 | 80 | 8 | 80 | 9 | 80 | 9 |
| **Day After** | 9-Jul-24 | < 35 | 0 | < 35 | 0 | < 35 | 0 |

*Estimated wind speed values reflect the maximum value on the calendar day. Estimated wind duration over 50 mph represents the cumulative amount of time over the calendar day that the wind speed exceeded 50 mph.*

**Description of Wind Measurements** — **Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Duration of Wind Speed > 50 mph | Hours | Estimated cumulative time within a 24 hour period when straight-line (i.e., non-tornadic) wind speeds at 10 meters above ground level are 50 mph or greater | 1-3 hours | < 1 hour | 0 |
| Wind Speed | Miles per Hour (MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50 mph | - | < 30 mph |

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind Date Of Loss Report

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind Date Of Loss Report

| | |
|---|---|
| **Date of Report:** | **July 9, 2024 18:04 CDT** |
| **Claim Details:** | |
| Property Address: | 22306 Isle View Dr, Galveston, TX |
| ZIP Code: | 77554 |
| Claim Number: | 1196371 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | WIND |
| Assignment Date: | 7/9/24 |
| Report Period: | 7/7/24 - 7/9/24 |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.138612 |
| Longitude: | -95.053321 |

**Wind Date of Loss Analysis from the Benchmark® Database:**

**Summary:** Wind of 40+ mph occurred at the address on the date of loss, the day prior, or day after.

**Benchmark® Database record for property address on date of loss 08 July 2024**

| Measure | Units | Daily Maximum Value At Property Address | Daily Maximum Value Within 1 Mile | Daily Maximum Value Within 5 Miles |
|---|---|---|---|---|
| **Wind Gust Speed** | Miles per Hour (mph) | 80 | 80 | 80 |
| **Duration of Wind > 50 mph** | Hours | 8 | 9 | 9 |

**Benchmark® Weather History near location around date of claim 08 July 2024**

| | | At Property Address | | Daily Maximum Value Within 1 Mile | | Daily Maximum Value Within 5 Miles | |
|---|---|---|---|---|---|---|---|
| | Date | Est. Wind Gust Speed (mph) | Est. Duration > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration > 50 mph |
| **Prior Day** | 7-Jul-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **Date of Loss** | 8-Jul-24 | 80 | 8 | 80 | 9 | 80 | 9 |
| **Day After** | 9-Jul-24 | < 35 | 0 | < 35 | 0 | < 35 | 0 |

*Estimated wind speed values reflect the maximum value on the calendar day. Estimated wind duration over 50 mph represents the cumulative amount of time over the calendar day that the wind speed exceeded 50 mph.*

**Description of Wind Measurements** — **Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Duration of Wind Speed > 50 mph | Hours | Estimated cumulative time within a 24 hour period when straight-line (i.e., non-tornadic) wind speeds at 10 meters above ground level are 50 mph or greater | 1-3 hours | < 1 hour | 0 |
| Wind Speed | Miles per Hour (MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50 mph | - | < 30 mph |

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind Date Of Loss Report

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind History Report

| | | | |
|---|---|---|---|
| **Date of Report:** | **July 8, 2024 21:28 CDT** | | |
| **Claim Details:** | | | |
| Property Address: | 22306 Isle View Dr, Galveston, TX | Agent/Adjuster Name: | XactNet System |
| ZIP Code: | 77554 | Company Name: | TWIA_Leading_Edge |
| Claim Number: | 1196371 | Address: | , |
| Date of Loss: | 7/8/24 | Phone: | None |
| Cause of Loss: | WIND | Email: | None |
| Assignment Date: | 7/8/24 | Latitude: | 29.138612 |
| Report Period: | 01 Jan 2009 - Present | Longitude: | -95.053321 |

The date of loss is too soon to complete a full report. The data is being returned for today up to 11:00 CDT. Please request the report tomorrow after 10:30 CDT for the complete day's weather activity.

**Summary:** Wind greater than 50 mph did not occur at the address on the date inquired. A 55 mph gust occurred on July 07, 2024; i.e., 1 day before the reported date of loss.

### Benchmark® Weather History near location since 1 January 2009

| | | At Property Address | | Within 1 Mile | | Within 5 Miles | |
|---|---|---|---|---|---|---|---|
| | Date | Est. Wind Gust Speed (mph) | Est. Duration (hrs) > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration (hrs) > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration (hrs) > 50 mph |
| **16th Prior Wind Event** | 8-Jun-23 | 60 | < 1 | 60 | < 1 | 60 | < 1 |
| **15th Prior Wind Event** | 3-Oct-23 | 45 | 0 | 50 | < 1 | 65 | < 1 |
| **14th Prior Wind Event** | 3-Jan-24 | 50 | < 1 | 55 | < 1 | 55 | < 1 |
| **13th Prior Wind Event** | 5-Jan-24 | 50 | < 1 | 55 | < 1 | 55 | < 1 |
| **12th Prior Wind Event** | 8-Jan-24 | 55 | < 1 | 60 | < 1 | 60 | < 1 |
| **11th Prior Wind Event** | 12-Jan-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **10th Prior Wind Event** | 21-Mar-24 | 50 | < 1 | 50 | < 1 | 50 | < 1 |
| **9th Prior Wind Event** | 21-Apr-24 | 45 | 0 | 50 | < 1 | 50 | < 1 |
| **8th Prior Wind Event** | 13-May-24 | 50 | < 1 | 50 | < 1 | 50 | < 1 |
| **7th Prior Wind Event** | 28-May-24 | 55 | < 1 | 60 | < 1 | 65 | < 1 |
| **6th Prior Wind Event** | 4-Jun-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **5th Prior Wind Event** | 5-Jun-24 | 50 | < 1 | 55 | < 1 | 55 | < 1 |
| **4th Prior Wind Event** | 18-Jun-24 | 60 | < 1 | 60 | < 1 | 65 | < 1 |
| **3rd Prior Wind Event** | 19-Jun-24 | 45 | 0 | 50 | < 1 | 50 | < 1 |
| **2nd Prior Wind Event** | 20-Jun-24 | 60 | < 1 | 60 | < 1 | 65 | < 1 |
| **1st Prior Wind Event** | 7-Jul-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **Date of Loss** | 8-Jul-24 | < 35 | 0 | < 35 | 0 | < 35 | 0 |
| **Most Severe Wind (1/1/09 to today)** | 14-Sep-21 | 75 | 5 | 80 | 5 | 80 | 5 |

** Additional wind events occurred at the location prior to the earliest event shown
** If additional history is needed, please contact support at 781-761-2305

*Estimated wind speed values reflect the maximum value on the calendar day. Estimated wind duration of 50 mph or greater represents the cumulative amount of time over the calendar day that the wind speed reached or exceeded 50 mph. The most severe wind event date is determined by the estimated wind gust speed.*

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind History Report

**Description of Wind Measurements** **Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Duration of Wind Speed > 50 mph | Hours | Estimated cumulative time within a 24 hour period when straight-line (i.e., non-tornadic) wind speeds at 10 meters above ground level are 50 mph or greater | 1-3 hours | < 1 hour | 0 |
| Wind Speed | Miles per Hour (MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50 mph | - | < 30 mph |

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind History Report

| | |
|---|---|
| **Date of Report:** | **July 9, 2024 12:02 CDT** |
| **Claim Details:** | |
| Property Address: | 22306 Isle View Dr, Galveston, TX |
| ZIP Code: | 77554 |
| Claim Number: | 1196371 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | WIND |
| Assignment Date: | 7/8/24 |
| Report Period: | 01 Jan 2009 - Present |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.138612 |
| Longitude: | -95.053321 |

**Summary:** A significant wind gust occurred at the address on the date inquired.

**Benchmark® Weather History near location since 1 January 2009**

| | | At Property Address | | Within 1 Mile | | Within 5 Miles | |
|---|---|---|---|---|---|---|---|
| | Date | Est. Wind Gust Speed (mph) | Est. Duration (hrs) > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration (hrs) > 50 mph | Est. Wind Gust Speed (mph) | Est. Duration (hrs) > 50 mph |
| **16th Prior Wind Event** | 8-Jun-23 | 60 | < 1 | 60 | < 1 | 60 | < 1 |
| **15th Prior Wind Event** | 3-Oct-23 | 45 | 0 | 50 | < 1 | 65 | < 1 |
| **14th Prior Wind Event** | 3-Jan-24 | 50 | < 1 | 55 | < 1 | 55 | < 1 |
| **13th Prior Wind Event** | 5-Jan-24 | 50 | < 1 | 55 | < 1 | 55 | < 1 |
| **12th Prior Wind Event** | 8-Jan-24 | 55 | < 1 | 60 | < 1 | 60 | < 1 |
| **11th Prior Wind Event** | 12-Jan-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **10th Prior Wind Event** | 21-Mar-24 | 50 | < 1 | 50 | < 1 | 50 | < 1 |
| **9th Prior Wind Event** | 21-Apr-24 | 45 | 0 | 50 | < 1 | 50 | < 1 |
| **8th Prior Wind Event** | 13-May-24 | 50 | < 1 | 50 | < 1 | 50 | < 1 |
| **7th Prior Wind Event** | 28-May-24 | 55 | < 1 | 60 | < 1 | 65 | < 1 |
| **6th Prior Wind Event** | 4-Jun-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **5th Prior Wind Event** | 5-Jun-24 | 50 | < 1 | 55 | < 1 | 55 | < 1 |
| **4th Prior Wind Event** | 18-Jun-24 | 60 | < 1 | 60 | < 1 | 65 | < 1 |
| **3rd Prior Wind Event** | 19-Jun-24 | 45 | 0 | 50 | < 1 | 50 | < 1 |
| **2nd Prior Wind Event** | 20-Jun-24 | 60 | < 1 | 60 | < 1 | 65 | < 1 |
| **1st Prior Wind Event** | 7-Jul-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **Date of Loss** | 8-Jul-24 | 80 | 8 | 80 | 9 | 80 | 9 |
| **Most Severe Wind (1/1/09 to today)** | 8-Jul-24 | 80 | 8 | 80 | 9 | 80 | 9 |

** Additional wind events occurred at the location prior to the earliest event shown
** If additional history is needed, please contact support at 781-761-2305

*Estimated wind speed values reflect the maximum value on the calendar day. Estimated wind duration of 50 mph or greater represents the cumulative amount of time over the calendar day that the wind speed reached or exceeded 50 mph. The most severe wind event date is determined by the estimated wind gust speed.*

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind History Report

**Description of Wind Measurements** **Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Duration of Wind Speed > 50 mph | Hours | Estimated cumulative time within a 24 hour period when straight-line (i.e., non-tornadic) wind speeds at 10 meters above ground level are 50 mph or greater | 1-3 hours | < 1 hour | 0 |
| Wind Speed | Miles per Hour (MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50 mph | - | < 30 mph |

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind History Report

| | | | | |
|---|---|---|---|---|
| **Date of Report:** | **July 9, 2024 18:04 CDT** | | | |
| **Claim Details:** | | | Agent/Adjuster Name: | XactNet System |
| Property Address: | 22306 Isle View Dr, Galveston, TX | | Company Name: | TWIA_Leading_Edge |
| ZIP Code: | 77554 | | Address: | , |
| Claim Number: | 1196371 | | Phone: | None |
| Date of Loss: | 7/8/24 | | Email: | None |
| Cause of Loss: | WIND | | Latitude: | 29.138612 |
| Assignment Date: | 7/9/24 | | Longitude: | -95.053321 |
| Report Period: | 01 Jan 2009 - Present | | | |

**Summary:** A significant wind gust occurred at the address on the date inquired.

**Benchmark® Weather History near location since 1 January 2009**

| | Date | At Property Address Est. Wind Gust Speed (mph) | At Property Address Est. Duration (hrs) > 50 mph | Within 1 Mile Est. Wind Gust Speed (mph) | Within 1 Mile Est. Duration (hrs) > 50 mph | Within 5 Miles Est. Wind Gust Speed (mph) | Within 5 Miles Est. Duration (hrs) > 50 mph |
|---|---|---|---|---|---|---|---|
| **16th Prior Wind Event** | 8-Jun-23 | 60 | < 1 | 60 | < 1 | 60 | < 1 |
| **15th Prior Wind Event** | 3-Oct-23 | 45 | 0 | 50 | < 1 | 65 | < 1 |
| **14th Prior Wind Event** | 3-Jan-24 | 50 | < 1 | 55 | < 1 | 55 | < 1 |
| **13th Prior Wind Event** | 5-Jan-24 | 50 | < 1 | 55 | < 1 | 55 | < 1 |
| **12th Prior Wind Event** | 8-Jan-24 | 55 | < 1 | 60 | < 1 | 60 | < 1 |
| **11th Prior Wind Event** | 12-Jan-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **10th Prior Wind Event** | 21-Mar-24 | 50 | < 1 | 50 | < 1 | 50 | < 1 |
| **9th Prior Wind Event** | 21-Apr-24 | 45 | 0 | 50 | < 1 | 50 | < 1 |
| **8th Prior Wind Event** | 13-May-24 | 50 | < 1 | 50 | < 1 | 50 | < 1 |
| **7th Prior Wind Event** | 28-May-24 | 55 | < 1 | 60 | < 1 | 65 | < 1 |
| **6th Prior Wind Event** | 4-Jun-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **5th Prior Wind Event** | 5-Jun-24 | 50 | < 1 | 55 | < 1 | 55 | < 1 |
| **4th Prior Wind Event** | 18-Jun-24 | 60 | < 1 | 60 | < 1 | 65 | < 1 |
| **3rd Prior Wind Event** | 19-Jun-24 | 45 | 0 | 50 | < 1 | 50 | < 1 |
| **2nd Prior Wind Event** | 20-Jun-24 | 60 | < 1 | 60 | < 1 | 65 | < 1 |
| **1st Prior Wind Event** | 7-Jul-24 | 55 | < 1 | 55 | < 1 | 55 | < 1 |
| **Date of Loss** | 8-Jul-24 | 80 | 8 | 80 | 9 | 80 | 9 |
| **Most Severe Wind (1/1/09 to today)** | 8-Jul-24 | 80 | 8 | 80 | 9 | 80 | 9 |

** Additional wind events occurred at the location prior to the earliest event shown
** If additional history is needed, please contact support at 781-761-2305

*Estimated wind speed values reflect the maximum value on the calendar day. Estimated wind duration of 50 mph or greater represents the cumulative amount of time over the calendar day that the wind speed reached or exceeded 50 mph. The most severe wind event date is determined by the estimated wind gust speed.*

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Wind History Report

**Description of Wind Measurements** **Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Duration of Wind Speed > 50 mph | Hours | Estimated cumulative time within a 24 hour period when straight-line (i.e., non-tornadic) wind speeds at 10 meters above ground level are 50 mph or greater | 1-3 hours | < 1 hour | 0 |
| Wind Speed | Miles per Hour (MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50 mph | - | < 30 mph |

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun
Property: 22306 Isle View Dr
Galveston, TX 77554
Home: 8405 Winningham Ln
Houston, TX 77055-7531

Cell: [redacted]
Home: [redacted]
E-mail: [redacted]

Claim Rep.: TWIA Claims Examiner
Business: (800) 788-8247
E-mail: claims@twia.org

Estimator: Lee Olivares
Business: 4508 Colleyville Blvd, Suite C
Colleyville, TX 76034
Business: (817) 767-2108
E-mail: claims@leadingedgeclaims.com

Reference:
Company: Leading Edge Claims Service
Business: 4508 Colleyville Blvd, Ste C
Colleyville, TX 76034
Business: (817) 767-2108

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

Date Contacted: 7/10/2024 6:35 PM
Date of Loss: 7/8/2024 12:00 AM
Date Received: 7/8/2024 1:00 AM
Date Inspected: 8/1/2024 9:00 AM
Date Entered: 7/17/2024 6:59 PM
Date Est. Completed: 8/9/2024 8:12 PM

Price List: TXGA8X_AUG24
Restoration/Service/Remodel
Estimate: DAVID_MOHUN

## Depreciation Summary

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| CLEANING | 115.18 | | |
| CONTENT MANIPULATION | 60.59 | | |
| GENERAL DEMOLITION | 775.23 | | |
| DRYWALL | 560.95 | 0.09 | |
| MISC. EQUIPMENT - COMMERCIAL | 67.25 | | |
| FINISH CARPENTRY / TRIMWORK | 243.46 | 0.59 | |
| FINISH HARDWARE | 89.81 | | |
| INSULATION | 148.34 | 0.13 | |
| LABOR ONLY | 1.41 | | |
| PAINTING | 2,123.44 | 65.30 | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| SCAFFOLDING | 5,102.72 | | |
| SIDING | 33,371.75 | 2,881.07 | |
| SOFFIT, FASCIA, & GUTTER | 1,749.36 | 28.14 | |
| WINDOW REGLAZING & REPAIR | 370.80 | 136.67 | |
| WINDOWS - WOOD | 168.12 | | |
| **Total** | **44,948.41** | **3,111.99** | **0.00** |
| **Recoverable Depreciation** | | | **3,111.99** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/11/2024 2:41 PM | | |

Price List: TXGA8X_AUG24
Restoration/Service/Remodel
Estimate: DAVID_MOHUN

## Depreciation Summary

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| **CLEANING** | **115.18** | | |
| **CONTENT MANIPULATION** | **60.59** | | |
| **GENERAL DEMOLITION** | **775.23** | | |
| **DRYWALL** | **560.95** | **0.09** | |
| **MISC. EQUIPMENT - COMMERCIAL** | **67.25** | | |
| **FINISH CARPENTRY / TRIMWORK** | **243.46** | **0.59** | |
| **FINISH HARDWARE** | **89.81** | | |
| **INSULATION** | **148.34** | **0.13** | |
| **LABOR ONLY** | **1.41** | | |
| **PAINTING** | **2,123.44** | **65.30** | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| SCAFFOLDING | 5,102.72 | | |
| SIDING | 33,371.75 | 2,881.07 | |
| SOFFIT, FASCIA, & GUTTER | 1,749.36 | 28.14 | |
| WINDOW REGLAZING & REPAIR | 370.80 | 136.67 | |
| WINDOWS - WOOD | 168.12 | | |
| **Total** | **44,948.41** | **3,111.99** | **0.00** |
| **Recoverable Depreciation** | | | **3,111.99** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | ([redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/9/2024 8:12 PM | | |

Price List: TXGA8X_AUG24
Restoration/Service/Remodel
Estimate: DAVID_MOHUN

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

# Ownership Audit

## Estimate: DAVID_MOHUN

| User | Ownership Period | Total Items | Estimate Total |
|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 to 8/9/2024 | 78 | $44,948.41 |

## Session Statistics

| User | Date | Time | Total Items | Estimate Total |
|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 | 23:22:37 to 23:28:17 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/5/2024 | 12:42:57 to 12:45:52 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/6/2024 | 12:05:45 to 18:56:33 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/6/2024 | 21:56:00 to 22:39:07 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 | 09:48:48 to 10:59:25 | 25 | $8,586.09 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 | 18:31:57 to 20:13:00 | 78 | $44,948.41 |

# Estimate Audit Trail

**Estimate: DAVID_MOHUN**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| () | 7/17/2024 18:59:50 | $0.00 | $0.00 | N/A | Measurement data received from provider EAGLEVIEW.ROOF.PROVIDER |
| (ROOFBYPR) Lee Olivares | 7/17/2024 21:56:24 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 7/30/2024 00:31:43 | $0.00 | $0.00 | N/A | Estimate checked back in |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:21:58 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:28:17 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 12:45:52 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/6/2024 18:54:32 | $0.00 | $0.00 | N/A | Sketch Third Party Roof Usage |
| (ROOFBYPR) Lee Olivares | 8/6/2024 22:12:26 | $0.00 | $0.00 | N/A | Maximum depreciation changed from 100 to 75 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:50:29 | $0.00 | $0.00 | N/A | Tax jurisdiction set to 8.25% |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:50:29 | $0.00 | $0.00 | N/A | Price list changed from TXGA8X_JUL24 to TXGA8X_AUG24 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:50:33 | $0.00 | $0.00 | N/A | Estimate re-priced (0 items changed) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:56:58 | $0.00 | $1,654.96 | N/A | TWIA_TEX_CEILING_2024 (Personal) Macro used (9 items added) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:57:38 | $1,654.96 | $2,032.30 | +22.8 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 10:02:57 | $2,032.30 | $4,150.93 | +104.2 | 9 item(s) pasted from estimate SIDING_SCAFFOLDING owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 10:41:52 | $4,150.93 | $8,586.09 | +106.8 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 10:59:25 | $8,586.09 | $8,586.09 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:45:18 | $8,586.09 | $49,744.43 | +479.4 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:45:32 | $49,744.43 | $49,973.62 | +0.5 | 1 item(s) pasted from estimate DAVID_MOHUN owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:16 | $49,973.62 | $42,516.55 | -14.9 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:24 | $42,516.55 | $42,745.74 | +0.5 | 1 item(s) pasted from estimate DAVID_MOHUN owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:33 | $42,745.74 | $42,968.49 | +0.5 | Estimate total change(s) |

# Estimate Audit Trail

**Estimate: DAVID_MOHUN**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:42 | $42,968.49 | $43,197.68 | +0.5 | 1 item(s) pasted from estimate DAVID_ MOHUN owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:54:20 | $43,197.68 | $44,948.41 | +4.1 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:46 | $44,948.41 | $44,948.41 | 0.0 | Overhead changed from 1 to 1 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:46 | $44,948.41 | $44,948.41 | 0.0 | Overhead changed from 10 to 10 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:47 | $44,948.41 | $44,948.41 | 0.0 | Profit changed from 1 to 1 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:47 | $44,948.41 | $44,948.41 | 0.0 | Profit changed from 10 to 10 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 20:12:53 | $44,948.41 | $44,948.41 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 20:12:59 | $44,948.41 | $46,866.38 | +4.3 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/9/2024 20:12:59 | $46,866.38 | $44,948.41 | -4.1 | Estimate set to complete |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/11/2024 2:41 PM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | DAVID_MOHUN |

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

# Ownership Audit

## Estimate: DAVID_MOHUN

| User | Ownership Period | Total Items | Estimate Total |
|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 to 8/11/2024 | 78 | $44,948.41 |

## Session Statistics

| User | Date | Time | Total Items | Estimate Total |
|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 | 23:22:37 to 23:28:17 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/5/2024 | 12:42:57 to 12:45:52 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/6/2024 | 12:05:45 to 18:56:33 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/6/2024 | 21:56:00 to 22:39:07 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 | 09:48:48 to 10:59:25 | 25 | $8,586.09 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 | 18:31:57 to 20:13:00 | 78 | $44,948.41 |
| (ROOFBYPR) Lee Olivares | 8/11/2024 | 14:37:54 to 14:41:29 | 78 | $44,948.41 |

# Estimate Audit Trail

**Estimate: DAVID_MOHUN**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| () | 7/17/2024 18:59:50 | $0.00 | $0.00 | N/A | Measurement data received from provider EAGLEVIEW.ROOF.PROVIDER |
| (ROOFBYPR) Lee Olivares | 7/17/2024 21:56:24 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 7/30/2024 00:31:43 | $0.00 | $0.00 | N/A | Estimate checked back in |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:21:58 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:28:17 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 12:45:52 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/6/2024 18:54:32 | $0.00 | $0.00 | N/A | Sketch Third Party Roof Usage |
| (ROOFBYPR) Lee Olivares | 8/6/2024 22:12:26 | $0.00 | $0.00 | N/A | Maximum depreciation changed from 100 to 75 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:50:29 | $0.00 | $0.00 | N/A | Tax jurisdiction set to 8.25% |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:50:29 | $0.00 | $0.00 | N/A | Price list changed from TXGA8X_JUL24 to TXGA8X_AUG24 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:50:33 | $0.00 | $0.00 | N/A | Estimate re-priced (0 items changed) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:56:58 | $0.00 | $1,654.96 | N/A | TWIA_TEX_CEILING_2024 (Personal) Macro used (9 items added) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 09:57:38 | $1,654.96 | $2,032.30 | +22.8 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 10:02:57 | $2,032.30 | $4,150.93 | +104.2 | 9 item(s) pasted from estimate SIDING_SCAFFOLDING owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 10:41:52 | $4,150.93 | $8,586.09 | +106.8 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 10:59:25 | $8,586.09 | $8,586.09 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:45:18 | $8,586.09 | $49,744.43 | +479.4 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:45:32 | $49,744.43 | $49,973.62 | +0.5 | 1 item(s) pasted from estimate DAVID_MOHUN owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:16 | $49,973.62 | $42,516.55 | -14.9 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:24 | $42,516.55 | $42,745.74 | +0.5 | 1 item(s) pasted from estimate DAVID_MOHUN owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:33 | $42,745.74 | $42,968.49 | +0.5 | Estimate total change(s) |

# Estimate Audit Trail

**Estimate: DAVID_MOHUN**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:47:42 | $42,968.49 | $43,197.68 | +0.5 | 1 item(s) pasted from estimate DAVID_ MOHUN owned by |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:54:20 | $43,197.68 | $44,948.41 | +4.1 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:46 | $44,948.41 | $44,948.41 | 0.0 | Overhead changed from 1 to 1 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:46 | $44,948.41 | $44,948.41 | 0.0 | Overhead changed from 10 to 10 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:47 | $44,948.41 | $44,948.41 | 0.0 | Profit changed from 1 to 1 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 19:55:47 | $44,948.41 | $44,948.41 | 0.0 | Profit changed from 10 to 10 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 20:12:53 | $44,948.41 | $44,948.41 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 20:12:59 | $44,948.41 | $46,866.38 | +4.3 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/9/2024 20:12:59 | $46,866.38 | $44,948.41 | -4.1 | Estimate set to complete |
| (ROOFBYPR) Lee Olivares | 8/11/2024 14:37:41 | $44,948.41 | $46,866.38 | +4.3 | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/11/2024 14:41:20 | $46,866.38 | $44,948.41 | -4.1 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/11/2024 14:41:28 | $44,948.41 | $46,866.38 | +4.3 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/11/2024 14:41:28 | $46,866.38 | $44,948.41 | -4.1 | Estimate set to complete |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/9/2024 8:12 PM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | DAVID_MOHUN |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**DAVID_MOHUN**

**Risk**

**Exterior**

**Front Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Siding - vinyl | 386.00 SF | 0.51 | 0.00 | 39.38 | 236.24 | (0.00) | 236.24 |
| 2. Remove Siding - beveled - pine or equal (clapboard) | 509.30 SF | 0.51 | 0.00 | 51.94 | 311.68 | (0.00) | 311.68 |
| 3. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 4. Siding - vinyl | 509.30 SF | 4.94 | 89.50 | 521.08 | 3,126.52 | (303.75) | 2,822.77 |
| 5. R&R Vinyl J trim | 101.08 LF | 5.30 | 6.84 | 108.52 | 651.08 | (23.21) | 627.87 |
| 6. Soffit - metal/vinyl - Detach & reset | 114.58 SF | 3.47 | 0.28 | 79.58 | 477.45 | (0.00) | 477.45 |
| 7. R&R Vinyl outside corner post | 38.75 LF | 9.13 | 11.99 | 73.16 | 438.94 | (40.69) | 398.25 |
| 8. R&R Wrap wood window frame & trim with aluminum sheet | 5.00 EA | 282.37 | 27.89 | 287.96 | 1,727.70 | (94.65) | 1,633.05 |
| 9. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 10. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 11. Door numbers/letters - Detach & reset | 5.00 EA | 13.45 | 0.00 | 13.46 | 80.71 | (0.00) | 80.71 |
| 12. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 30.00 LF | 2.53 | 0.27 | 15.24 | 91.41 | (2.48) | 88.93 |
| 13. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 14. R&R Window screen, 1 - 9 SF | 5.00 EA | 46.35 | 15.10 | 49.38 | 296.23 | (85.42) | 210.81 |
| **Totals: Front Elevation** | | | **162.61** | **1,558.70** | **9,351.87** | **568.61** | **8,783.26** |

**Right Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 15. Remove Siding - vinyl | 840.40 SF | 0.51 | 0.00 | 85.72 | 514.32 | (0.00) | 514.32 |
| 16. Remove Siding - beveled - pine or equal (clapboard) | 840.40 SF | 0.51 | 0.00 | 85.72 | 514.32 | (0.00) | 514.32 |
| 17. R&R House wrap (air/moisture barrier) | 840.40 SF | 0.45 | 13.17 | 78.28 | 469.63 | (14.90) | 454.73 |
| 18. Siding - vinyl | 840.40 SF | 4.94 | 147.68 | 859.86 | 5,159.12 | (501.21) | 4,657.91 |
| 19. R&R Vinyl J trim | 85.00 LF | 5.30 | 5.75 | 91.28 | 547.53 | (19.52) | 528.01 |
| 20. Soffit - metal/vinyl - Detach & reset | 110.00 SF | 3.47 | 0.27 | 76.40 | 458.37 | (0.00) | 458.37 |
| 21. R&R Vinyl outside corner post | 85.00 LF | 9.13 | 26.30 | 160.48 | 962.83 | (89.25) | 873.58 |
| 22. R&R Vinyl inside corner post | 14.50 LF | 7.89 | 3.00 | 23.50 | 140.91 | (10.19) | 130.72 |
| 23. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 24. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Right Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 25. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 26. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 100.00 LF | 2.53 | 0.91 | 50.78 | 304.69 | (8.25) | 296.44 |
| 27. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 28. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 9.86 | 59.23 | (17.08) | 42.15 |
| **Totals: Right Elevation** | | | **264.22** | **2,426.94** | **14,561.18** | **878.02** | **13,683.16** |

**Rear Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 29. Remove Siding - vinyl | 1,004.30 SF | 0.51 | 0.00 | 102.44 | 614.63 | (0.00) | 614.63 |
| 30. Remove Siding - beveled - pine or equal (clapboard) | 1,004.30 SF | 0.51 | 0.00 | 102.44 | 614.63 | (0.00) | 614.63 |
| 31. R&R House wrap (air/moisture barrier) | 1,004.30 SF | 0.45 | 15.74 | 93.52 | 561.20 | (17.81) | 543.39 |
| 32. Siding - vinyl | 1,004.30 SF | 4.94 | 176.48 | 1,027.54 | 6,165.26 | (598.96) | 5,566.30 |
| 33. R&R Vinyl J trim | 126.50 LF | 5.30 | 8.56 | 135.80 | 814.82 | (29.04) | 785.78 |
| 34. Soffit - metal/vinyl - Detach & reset | 110.00 SF | 3.47 | 0.27 | 76.40 | 458.37 | (0.00) | 458.37 |
| 35. R&R Vinyl outside corner post | 85.00 LF | 9.13 | 26.30 | 160.48 | 962.83 | (89.25) | 873.58 |
| 36. R&R Vinyl inside corner post | 14.50 LF | 7.89 | 3.00 | 23.50 | 140.91 | (10.19) | 130.72 |
| 37. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 38. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 39. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 40. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 100.00 LF | 2.53 | 0.91 | 50.78 | 304.69 | (8.25) | 296.44 |
| 41. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 42. R&R Window screen, 1 - 9 SF | 2.00 EA | 46.35 | 6.04 | 19.74 | 118.48 | (34.17) | 84.31 |
| **Totals: Rear Elevation** | | | **301.42** | **2,697.70** | **16,186.05** | **1,005.29** | **15,180.76** |

**Left Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

## CONTINUED - Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 43. Remove Siding - vinyl | 826.00 SF | 0.51 | 0.00 | 84.26 | 505.52 | (0.00) | 505.52 |
| 44. Remove Siding - beveled - pine or equal (clapboard) | 826.00 SF | 0.51 | 0.00 | 84.26 | 505.52 | (0.00) | 505.52 |
| 45. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 46. Siding - vinyl | 826.00 SF | 4.94 | 145.15 | 845.12 | 5,070.71 | (492.63) | 4,578.08 |
| 47. R&R Vinyl J trim | 207.58 LF | 5.30 | 14.04 | 222.84 | 1,337.06 | (47.66) | 1,289.40 |
| 48. Soffit - metal/vinyl - Detach & reset | 101.00 SF | 3.47 | 0.25 | 70.16 | 420.88 | (0.00) | 420.88 |
| 49. R&R Vinyl outside corner post | 40.00 LF | 9.13 | 12.38 | 75.52 | 453.10 | (42.00) | 411.10 |
| 50. R&R Vinyl inside corner post | 3.83 LF | 7.89 | 0.79 | 6.22 | 37.23 | (2.69) | 34.54 |
| 51. R&R Wrap wood window frame & trim with aluminum sheet | 1.00 EA | 282.37 | 5.58 | 57.60 | 345.55 | (18.93) | 326.62 |
| 52. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 53. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 54. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 100.00 LF | 2.53 | 0.91 | 50.78 | 304.69 | (8.25) | 296.44 |
| **Totals: Left Elevation** | | | **187.08** | **1,799.34** | **10,795.69** | **621.19** | **10,174.50** |
| **Total: Exterior** | | | **915.33** | **8,482.68** | **50,894.79** | **3,073.11** | **47,821.68** |

## Interior




**Game Room** **Height: 8'**

| | | | |
|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling |
| 1047.79 | SF Walls & Ceiling | 393.13 | SF Floor |
| 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 81.83 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 12.12 | 72.71 | (0.00) | 72.71 |
| 56. Mask the floor per square foot - plastic and tape - 4 mil | 393.13 SF | 0.32 | 2.27 | 25.62 | 153.69 | (0.00) | 153.69 |
| 57. Mask and prep for paint - plastic, paper, tape (per LF) | 81.83 LF | 1.79 | 1.82 | 29.66 | 177.96 | (0.00) | 177.96 |
| 58. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 4.10 | 24.64 | (0.08) | 24.56 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Game Room**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 59. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 3.22 | 19.36 | (0.13) | 19.23 |
| 60. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 0.96 | 5.80 | (0.10) | 5.70 |
| 61. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 2.42 | 14.45 | (0.01) | 14.44 |
| 62. Paint the walls - two coats | 654.67 SF | 1.25 | 14.04 | 166.46 | 998.84 | (34.04) | 964.80 |
| 63. R&R Quarter round - 3/4" | 10.00 LF | 2.27 | 0.88 | 4.72 | 28.30 | (0.21) | 28.09 |
| 64. R&R Baseboard - 3 1/4" | 10.00 LF | 4.70 | 1.56 | 9.72 | 58.28 | (0.38) | 57.90 |
| 65. Seal & paint base shoe or quarter round | 81.83 LF | 1.08 | 0.88 | 17.86 | 107.12 | (2.13) | 104.99 |
| 66. Paint baseboard - one coat | 81.83 LF | 1.28 | 0.74 | 21.08 | 126.56 | (1.80) | 124.76 |
| 67. Final cleaning - construction - Residential | 393.13 SF | 0.29 | 11.29 | 22.80 | 148.10 | (0.00) | 148.10 |
| **Totals: Game Room** | | | **34.44** | **320.74** | **1,935.81** | **38.88** | **1,896.93** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Interior** | | | **34.44** | **320.74** | **1,935.81** | **38.88** | **1,896.93** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 775.23 | 0.00 | 155.04 | 930.27 | (0.00) | 930.27 |
| **Totals: Debris Removal** | | | **0.00** | **155.04** | **930.27** | **0.00** | **930.27** |
| **Total: Risk** | | | **949.77** | **8,958.46** | **53,760.87** | **3,111.99** | **50,648.88** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 69. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 105.76 | 634.52 | (0.00) | 634.52 |
| 70. Finish carpentry labor minimum | 1.00 EA | 173.76 | 0.00 | 34.76 | 208.52 | (0.00) | 208.52 |
| 71. Window labor minimum | 1.00 EA | 168.12 | 0.00 | 33.62 | 201.74 | (0.00) | 201.74 |
| 72. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 0.28 | 1.69 | (0.00) | 1.69 |
| 73. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 26.54 | 159.28 | (0.00) | 159.28 |
| 74. Cleaning labor minimum* | 1.00 EA | 1.17 | 0.12 | 0.24 | 1.53 | (0.00) | 1.53 |
| 75. Finish hardware labor minimum | 1.00 EA | 89.81 | 0.00 | 17.96 | 107.77 | (0.00) | 107.77 |

TWIA 002465

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Labor Minimums Applied** | | | **0.12** | **219.16** | **1,315.05** | **0.00** | **1,315.05** |
| **Line Item Totals: DAVID_MOHUN** | | | **949.89** | **9,177.62** | **55,075.92** | **3,111.99** | **51,963.93** |

| Additional Charges | Charge |
|---|---|
| Permit | 275.38 |
| **Additional Charges Total** | **$275.38** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling | 1,047.79 | SF Walls and Ceiling |
| 393.13 | SF Floor | 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 81.83 | LF Ceil. Perimeter |
| 393.13 | Floor Area | 420.85 | Total Area | 654.67 | Interior Wall Area |
| 6,016.99 | Exterior Wall Area | 84.50 | Exterior Perimeter of Walls | | |
| 2,745.95 | Surface Area | 27.46 | Number of Squares | 374.83 | Total Perimeter Length |
| 26.99 | Total Ridge Length | 175.85 | Total Hip Length | | |



TWIA_MOHUN_LEADING EDGE_000221

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 44,948.41 |
| Permit | 275.38 |
| Material Sales Tax | 938.48 |
| Subtotal | 46,162.27 |
| Overhead | 4,616.35 |
| Profit | 4,616.35 |
| Cleaning Sales Tax | 11.41 |
| **Replacement Cost Value** | **$55,406.38** |
| Less Depreciation | (3,111.99) |
| **Actual Cash Value** | **$52,294.39** |
| Less Deductible | (8,540.00) |
| **Net Claim** | **$43,754.39** |
| Total Recoverable Depreciation | 3,111.99 |
| **Net Claim if Depreciation is Recovered** | **$46,866.38** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 4,588.81 | 4,588.81 | 938.48 | 0.00 | 11.41 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | | | |
| | 27.54 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **4,616.35** | **4,616.35** | **938.48** | **0.00** | **11.41** | **0.00** | **0.00** | **0.00** |

TWIA 002468

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: DAVID_MOHUN**

**Area: Risk**

| | | |
|---|---|---|
| **Area: Exterior** | | |
| **Front Elevation** | 7,630.56 | 16.98% |
| **Right Elevation** | 11,870.02 | 26.41% |
| **Rear Elevation** | 13,186.93 | 29.34% |
| **Left Elevation** | 8,809.27 | 19.60% |
| **Area Subtotal: Exterior** | 41,496.78 | 92.32% |
| **Area: Interior** | | |
| **Game Room** | 1,580.63 | 3.52% |
| **Area Subtotal: Interior** | 1,580.63 | 3.52% |
| **Debris Removal** | 775.23 | 1.72% |
| **Area Subtotal: Risk** | 43,852.64 | 97.56% |
| **Labor Minimums Applied** | 1,095.77 | 2.44% |
| **Subtotal of Areas** | 44,948.41 | 100.00% |
| **Total** | 44,948.41 | 100.00% |



TWIA_MOHUN_LEADING EDGE_000224

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 775.23 | | 775.23 |
| DRYWALL | 560.95 | 0.09 | 560.86 |
| MISC. EQUIPMENT - COMMERCIAL | 67.25 | | 67.25 |
| FINISH CARPENTRY / TRIMWORK | 243.46 | 0.59 | 242.87 |
| FINISH HARDWARE | 89.81 | | 89.81 |
| INSULATION | 148.34 | 0.13 | 148.21 |
| LABOR ONLY | 1.41 | | 1.41 |
| PAINTING | 2,123.44 | 65.30 | 2,058.14 |
| SCAFFOLDING | 5,102.72 | | 5,102.72 |
| SIDING | 33,371.75 | 2,881.07 | 30,490.68 |
| SOFFIT, FASCIA, & GUTTER | 1,749.36 | 28.14 | 1,721.22 |
| WINDOW REGLAZING & REPAIR | 370.80 | 136.67 | 234.13 |
| WINDOWS - WOOD | 168.12 | | 168.12 |
| O&P Items Subtotal | 44,948.41 | 3,111.99 | 41,836.42 |
| Permits and Fees | 275.38 | | 275.38 |
| Material Sales Tax | 938.48 | | 938.48 |
| Overhead | 4,616.35 | | 4,616.35 |
| Profit | 4,616.35 | | 4,616.35 |
| Cleaning Sales Tax | 11.41 | | 11.41 |
| Total | 55,406.38 | 3,111.99 | 52,294.39 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | [redacted] | |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business:<br>E-mail: | (800) 788-8247<br>claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/11/2024 2:41 PM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | DAVID_MOHUN |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**DAVID_MOHUN**

**Risk**

**Exterior**

**Front Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Siding - vinyl | 386.00 SF | 0.51 | 0.00 | 39.38 | 236.24 | (0.00) | 236.24 |
| 2. Remove Siding - beveled - pine or equal (clapboard) | 509.30 SF | 0.51 | 0.00 | 51.94 | 311.68 | (0.00) | 311.68 |
| 3. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 4. Siding - vinyl | 509.30 SF | 4.94 | 89.50 | 521.08 | 3,126.52 | (303.75) | 2,822.77 |
| 5. R&R Vinyl J trim | 101.08 LF | 5.30 | 6.84 | 108.52 | 651.08 | (23.21) | 627.87 |
| 6. Soffit - metal/vinyl - Detach & reset | 114.58 SF | 3.47 | 0.28 | 79.58 | 477.45 | (0.00) | 477.45 |
| 7. R&R Vinyl outside corner post | 38.75 LF | 9.13 | 11.99 | 73.16 | 438.94 | (40.69) | 398.25 |
| 8. R&R Wrap wood window frame & trim with aluminum sheet | 5.00 EA | 282.37 | 27.89 | 287.96 | 1,727.70 | (94.65) | 1,633.05 |
| 9. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 10. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 11. Door numbers/letters - Detach & reset | 5.00 EA | 13.45 | 0.00 | 13.46 | 80.71 | (0.00) | 80.71 |
| 12. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 30.00 LF | 2.53 | 0.27 | 15.24 | 91.41 | (2.48) | 88.93 |
| 13. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 14. R&R Window screen, 1 - 9 SF | 5.00 EA | 46.35 | 15.10 | 49.38 | 296.23 | (85.42) | 210.81 |
| **Totals: Front Elevation** | | | **162.61** | **1,558.70** | **9,351.87** | **568.61** | **8,783.26** |

**Right Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 15. Remove Siding - vinyl | 840.40 SF | 0.51 | 0.00 | 85.72 | 514.32 | (0.00) | 514.32 |
| 16. Remove Siding - beveled - pine or equal (clapboard) | 840.40 SF | 0.51 | 0.00 | 85.72 | 514.32 | (0.00) | 514.32 |
| 17. R&R House wrap (air/moisture barrier) | 840.40 SF | 0.45 | 13.17 | 78.28 | 469.63 | (14.90) | 454.73 |
| 18. Siding - vinyl | 840.40 SF | 4.94 | 147.68 | 859.86 | 5,159.12 | (501.21) | 4,657.91 |
| 19. R&R Vinyl J trim | 85.00 LF | 5.30 | 5.75 | 91.28 | 547.53 | (19.52) | 528.01 |
| 20. Soffit - metal/vinyl - Detach & reset | 110.00 SF | 3.47 | 0.27 | 76.40 | 458.37 | (0.00) | 458.37 |
| 21. R&R Vinyl outside corner post | 85.00 LF | 9.13 | 26.30 | 160.48 | 962.83 | (89.25) | 873.58 |
| 22. R&R Vinyl inside corner post | 14.50 LF | 7.89 | 3.00 | 23.50 | 140.91 | (10.19) | 130.72 |
| 23. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 24. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Right Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 25. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 26. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 100.00 LF | 2.53 | 0.91 | 50.78 | 304.69 | (8.25) | 296.44 |
| 27. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 28. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 9.86 | 59.23 | (17.08) | 42.15 |
| **Totals: Right Elevation** | | | **264.22** | **2,426.94** | **14,561.18** | **878.02** | **13,683.16** |

**Rear Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 29. Remove Siding - vinyl | 1,004.30 SF | 0.51 | 0.00 | 102.44 | 614.63 | (0.00) | 614.63 |
| 30. Remove Siding - beveled - pine or equal (clapboard) | 1,004.30 SF | 0.51 | 0.00 | 102.44 | 614.63 | (0.00) | 614.63 |
| 31. R&R House wrap (air/moisture barrier) | 1,004.30 SF | 0.45 | 15.74 | 93.52 | 561.20 | (17.81) | 543.39 |
| 32. Siding - vinyl | 1,004.30 SF | 4.94 | 176.48 | 1,027.54 | 6,165.26 | (598.96) | 5,566.30 |
| 33. R&R Vinyl J trim | 126.50 LF | 5.30 | 8.56 | 135.80 | 814.82 | (29.04) | 785.78 |
| 34. Soffit - metal/vinyl - Detach & reset | 110.00 SF | 3.47 | 0.27 | 76.40 | 458.37 | (0.00) | 458.37 |
| 35. R&R Vinyl outside corner post | 85.00 LF | 9.13 | 26.30 | 160.48 | 962.83 | (89.25) | 873.58 |
| 36. R&R Vinyl inside corner post | 14.50 LF | 7.89 | 3.00 | 23.50 | 140.91 | (10.19) | 130.72 |
| 37. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 38. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 39. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 40. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 100.00 LF | 2.53 | 0.91 | 50.78 | 304.69 | (8.25) | 296.44 |
| 41. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 42. R&R Window screen, 1 - 9 SF | 2.00 EA | 46.35 | 6.04 | 19.74 | 118.48 | (34.17) | 84.31 |
| **Totals: Rear Elevation** | | | **301.42** | **2,697.70** | **16,186.05** | **1,005.29** | **15,180.76** |

**Left Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

### CONTINUED - Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 43. Remove Siding - vinyl | 826.00 SF | 0.51 | 0.00 | 84.26 | 505.52 | (0.00) | 505.52 |
| 44. Remove Siding - beveled - pine or equal (clapboard) | 826.00 SF | 0.51 | 0.00 | 84.26 | 505.52 | (0.00) | 505.52 |
| 45. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 46. Siding - vinyl | 826.00 SF | 4.94 | 145.15 | 845.12 | 5,070.71 | (492.63) | 4,578.08 |
| 47. R&R Vinyl J trim | 207.58 LF | 5.30 | 14.04 | 222.84 | 1,337.06 | (47.66) | 1,289.40 |
| 48. Soffit - metal/vinyl - Detach & reset | 101.00 SF | 3.47 | 0.25 | 70.16 | 420.88 | (0.00) | 420.88 |
| 49. R&R Vinyl outside corner post | 40.00 LF | 9.13 | 12.38 | 75.52 | 453.10 | (42.00) | 411.10 |
| 50. R&R Vinyl inside corner post | 3.83 LF | 7.89 | 0.79 | 6.22 | 37.23 | (2.69) | 34.54 |
| 51. R&R Wrap wood window frame & trim with aluminum sheet | 1.00 EA | 282.37 | 5.58 | 57.60 | 345.55 | (18.93) | 326.62 |
| 52. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 53. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 54. Paint exterior fascia - 1 coat - metal, 6"- 8" wide | 100.00 LF | 2.53 | 0.91 | 50.78 | 304.69 | (8.25) | 296.44 |
| **Totals: Left Elevation** | | | **187.08** | **1,799.34** | **10,795.69** | **621.19** | **10,174.50** |
| **Total: Exterior** | | | **915.33** | **8,482.68** | **50,894.79** | **3,073.11** | **47,821.68** |

### Interior




**Game Room** **Height: 8'**

| | | | |
|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling |
| 1047.79 | SF Walls & Ceiling | 393.13 | SF Floor |
| 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 81.83 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 12.12 | 72.71 | (0.00) | 72.71 |
| 56. Mask the floor per square foot - plastic and tape - 4 mil | 393.13 SF | 0.32 | 2.27 | 25.62 | 153.69 | (0.00) | 153.69 |
| 57. Mask and prep for paint - plastic, paper, tape (per LF) | 81.83 LF | 1.79 | 1.82 | 29.66 | 177.96 | (0.00) | 177.96 |
| 58. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 4.10 | 24.64 | (0.08) | 24.56 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Game Room**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 59. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 3.22 | 19.36 | (0.13) | 19.23 |
| 60. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 0.96 | 5.80 | (0.10) | 5.70 |
| 61. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 2.42 | 14.45 | (0.01) | 14.44 |
| 62. Paint the walls - two coats | 654.67 SF | 1.25 | 14.04 | 166.46 | 998.84 | (34.04) | 964.80 |
| 63. R&R Quarter round - 3/4" | 10.00 LF | 2.27 | 0.88 | 4.72 | 28.30 | (0.21) | 28.09 |
| 64. R&R Baseboard - 3 1/4" | 10.00 LF | 4.70 | 1.56 | 9.72 | 58.28 | (0.38) | 57.90 |
| 65. Seal & paint base shoe or quarter round | 81.83 LF | 1.08 | 0.88 | 17.86 | 107.12 | (2.13) | 104.99 |
| 66. Paint baseboard - one coat | 81.83 LF | 1.28 | 0.74 | 21.08 | 126.56 | (1.80) | 124.76 |
| 67. Final cleaning - construction - Residential | 393.13 SF | 0.29 | 11.29 | 22.80 | 148.10 | (0.00) | 148.10 |
| **Totals: Game Room** | | | **34.44** | **320.74** | **1,935.81** | **38.88** | **1,896.93** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Interior** | | | **34.44** | **320.74** | **1,935.81** | **38.88** | **1,896.93** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 775.23 | 0.00 | 155.04 | 930.27 | (0.00) | 930.27 |
| **Totals: Debris Removal** | | | **0.00** | **155.04** | **930.27** | **0.00** | **930.27** |
| **Total: Risk** | | | **949.77** | **8,958.46** | **53,760.87** | **3,111.99** | **50,648.88** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 69. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 105.76 | 634.52 | (0.00) | 634.52 |
| 70. Finish carpentry labor minimum | 1.00 EA | 173.76 | 0.00 | 34.76 | 208.52 | (0.00) | 208.52 |
| 71. Window labor minimum | 1.00 EA | 168.12 | 0.00 | 33.62 | 201.74 | (0.00) | 201.74 |
| 72. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 0.28 | 1.69 | (0.00) | 1.69 |
| 73. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 26.54 | 159.28 | (0.00) | 159.28 |
| 74. Cleaning labor minimum* | 1.00 EA | 1.17 | 0.12 | 0.24 | 1.53 | (0.00) | 1.53 |
| 75. Finish hardware labor minimum | 1.00 EA | 89.81 | 0.00 | 17.96 | 107.77 | (0.00) | 107.77 |

TWIA 002476

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Labor Minimums Applied** | | | **0.12** | **219.16** | **1,315.05** | **0.00** | **1,315.05** |
| **Line Item Totals: DAVID_MOHUN** | | | **949.89** | **9,177.62** | **55,075.92** | **3,111.99** | **51,963.93** |

| **Additional Charges** | **Charge** |
|---|---|
| Permit | 275.38 |
| **Additional Charges Total** | **$275.38** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling | 1,047.79 | SF Walls and Ceiling |
| 393.13 | SF Floor | 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 81.83 | LF Ceil. Perimeter |
| 393.13 | Floor Area | 420.85 | Total Area | 654.67 | Interior Wall Area |
| 6,016.99 | Exterior Wall Area | 84.50 | Exterior Perimeter of Walls | | |
| 2,745.95 | Surface Area | 27.46 | Number of Squares | 374.83 | Total Perimeter Length |
| 26.99 | Total Ridge Length | 175.85 | Total Hip Length | | |



TWIA_MOHUN_LEADING EDGE_000232

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 44,948.41 |
| Permit | 275.38 |
| Material Sales Tax | 938.48 |
| Subtotal | 46,162.27 |
| Overhead | 4,616.35 |
| Profit | 4,616.35 |
| Cleaning Sales Tax | 11.41 |
| **Replacement Cost Value** | **$55,406.38** |
| Less Depreciation | (3,111.99) |
| **Actual Cash Value** | **$52,294.39** |
| Less Deductible | (8,540.00) |
| **Net Claim** | **$43,754.39** |
| Total Recoverable Depreciation | 3,111.99 |
| **Net Claim if Depreciation is Recovered** | **$46,866.38** |

Lee Olivares

TWIA 002478

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 4,588.81 | 4,588.81 | 938.48 | 0.00 | 11.41 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | | | |
| | 27.54 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **4,616.35** | **4,616.35** | **938.48** | **0.00** | **11.41** | **0.00** | **0.00** | **0.00** |



TWIA_MOHUN_LEADING EDGE_000234

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: DAVID_MOHUN**

**Area: Risk**

| | | |
|---|---|---|
| **Area: Exterior** | | |
| **Front Elevation** | **7,630.56** | **16.98%** |
| **Right Elevation** | **11,870.02** | **26.41%** |
| **Rear Elevation** | **13,186.93** | **29.34%** |
| **Left Elevation** | **8,809.27** | **19.60%** |
| **Area Subtotal: Exterior** | **41,496.78** | **92.32%** |
| **Area: Interior** | | |
| **Game Room** | **1,580.63** | **3.52%** |
| **Area Subtotal: Interior** | **1,580.63** | **3.52%** |
| **Debris Removal** | **775.23** | **1.72%** |
| **Area Subtotal: Risk** | **43,852.64** | **97.56%** |
| **Labor Minimums Applied** | **1,095.77** | **2.44%** |
| **Subtotal of Areas** | **44,948.41** | **100.00%** |
| **Total** | **44,948.41** | **100.00%** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 775.23 | | 775.23 |
| DRYWALL | 560.95 | 0.09 | 560.86 |
| MISC. EQUIPMENT - COMMERCIAL | 67.25 | | 67.25 |
| FINISH CARPENTRY / TRIMWORK | 243.46 | 0.59 | 242.87 |
| FINISH HARDWARE | 89.81 | | 89.81 |
| INSULATION | 148.34 | 0.13 | 148.21 |
| LABOR ONLY | 1.41 | | 1.41 |
| PAINTING | 2,123.44 | 65.30 | 2,058.14 |
| SCAFFOLDING | 5,102.72 | | 5,102.72 |
| SIDING | 33,371.75 | 2,881.07 | 30,490.68 |
| SOFFIT, FASCIA, & GUTTER | 1,749.36 | 28.14 | 1,721.22 |
| WINDOW REGLAZING & REPAIR | 370.80 | 136.67 | 234.13 |
| WINDOWS - WOOD | 168.12 | | 168.12 |
| **O&P Items Subtotal** | 44,948.41 | 3,111.99 | 41,836.42 |
| **Permits and Fees** | 275.38 | | 275.38 |
| **Material Sales Tax** | 938.48 | | 938.48 |
| **Overhead** | 4,616.35 | | 4,616.35 |
| **Profit** | 4,616.35 | | 4,616.35 |
| **Cleaning Sales Tax** | 11.41 | | 11.41 |
| **Total** | 55,406.38 | 3,111.99 | 52,294.39 |

TWIA 002481

**Texas Windstorm**
**Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

# LOSS REPORT

**Final**

| | | | |
|---|---|---|---|
| Reference: | Leading Edge Claims Service<br>4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | Report #: | 1 |
| | | Catastrophe Number: | |
| Attention: | Claim Examiner | Policy Number: | TWRD0000713215 |
| | | Claim Number: | 1196371 |
| Insured: | David Mohun<br>22306 Isle View Dr<br>Galveston, TX 77554 | Date of Loss: | 7/8/2024 |
| | | Type of Loss: | Wind |
| | | File Number: | |

**ENCLOSURES:**

Estimate, Statement of Loss, Photos (113), Diagrams

**COVERAGE:**

| | | | |
|---|---|---|---|
| 1A: Structure | $427,000.00 | Eff. Dates: | From: 4/18/2024 To: 4/18/2025 |
| 1B: Personal Property | $100,000.00 | Mortgagee: | |
| | | Deductible: | $8,540.00 |
| | | Co-Ins. Policy: | Yes ☐ No ☑ |
| | | Forms: | |

**STATEMENT OF LOSS:**

| Item | RCV | Dep | ACV | Limit |
|---|---|---|---|---|
| 1A: Structure | $55,406.38 | $3,111.99 | $52,294.39 | $46,866.38 |
| 1B: Personal Property | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $55,406.38 | $3,111.99 | $52,294.39 | |

| | |
|---|---|
| Deductible | 8,540.00 |
| Less Prior Payments | $0.00 |
| Claim Payable | $46,866.38 |
| Due Insured | **$46,866.38** |
| Recoverable Depreciation Totals: | $3,111.99 |
| Non-Recoverable Depreciation Totals: | $0.00 |
| Net Claim Without Rec. Depreciation: | $43,754.39 |

**RECOMMENDATIONS:**

I recommend payment to Insured in the ACV amount of $43,754.39.

8/9/2024

TWIA Claims Examiner Date

Texas Windstorm
Insurance Association
P.O. Box 99090
Austin, TX 78709-9090

# LOSS REPORT

**Final**

| | | | |
|---|---|---|---|
| Reference: | Leading Edge Claims Service<br>4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | Report #: | 1 |
| | | Catastrophe Number: | |
| | | Policy Number: | TWRD0000713215 |
| Attention: | Claim Examiner | Claim Number: | 1196371 |
| Insured: | David Mohun<br>22306 Isle View Dr<br>Galveston, TX 77554 | Date of Loss: | 7/8/2024 |
| | | Type of Loss: | Wind |
| | | File Number: | |

**ENCLOSURES:**

Estimate, Statement of Loss, Photos (113), Diagrams

**COVERAGE:**

| | | | |
|---|---|---|---|
| 1A: Structure | $427,000.00 | Eff. Dates: | From: 4/18/2024 To: 4/18/2025 |
| 1B: Personal Property | $100,000.00 | Mortgagee: | |
| | | Deductible: | $8,540.00 |
| | | Co-Ins. Policy: | Yes ☐ No ☑ |
| | | Forms: | |

**GENERAL LOSS REPORT**

INITIAL CONTACT

Who called the insured? Lee Olivares

Method of contact? Phone

Person spoken with on initial contact David Mohun

Inspection Details: Completed inspection at the scheduled time with David Mohun

Mailing address: 8405 Winningham Ln, Houston, TX 77055-7531

Damages Reported: High winds caused damage to the siding and water damage to the game room.

Insured has email? Thebestbayhouse@gmail.com

Language Interpreter needed? No

INSPECTION

Discussed claim damages, reviewed items on FNOL Damage Description: Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage
Confirmed DOL with insured of: Jul 8, 2024, 12:00:00 AM

Reviewed prior claims: None provided in Xactanalysis
Reviewed Underwriting Report: None provided in Xactanalysis
Reviewed WPI-8: 2030881 / Certified March 3, 2016

COVERAGE A (DWELLING AND OTHER STRUCTURES)

Roof
Age / Material / Layers / Reparability / Decking: 8 / 30 year architectural /1 / Yes / 1/2 CDX

Front slope: visible damage consistent with wind.
Right slope: No visible damage consistent with wind.

TWIA 002483

Rear slope: No visible damage consistent with wind.
Left slope: No visible damage consistent with wind.

Soft metals and other roof elements: No visible damage consistent with wind.

Exterior
Siding / Age / Material: Vinyl Siding with wood siding under it / 14 yrs

Front elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged and missing window screens caused by high winds.
Interior damage consistent with wind damage to siding and exposed felt.
Right elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged and missing window screens caused by high winds.
Interior damage consistent with wind damage to siding and exposed felt.
Rear elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged and missing window screens caused by high winds.
Interior damage consistent with wind damage to siding and exposed felt.
Left elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged and missing window screens caused by high winds.
Interior damage consistent with wind damage to siding and exposed felt.

Siding was manually added using hover measurements. Elevations to breakaway walls were not included as part of the estimate.

Interior
Interior inspection: Yes
If not permitted, did the insured sign the waiver? N/A

Does the property appear vacant? No
If so, how long has it been vacant? N/A

Attic inspected: Yes

List damages by room:
Game room: Water damage to wall and baseboard caused by storm created opening on siding.

COVERAGE B (PERSONAL PROPERTY): None claimed or observed at the time of inspection.

Estimate Summary

Depreciation (and basis for that depreciation): Depreciation on this claim is set based on age and condition using Xactimate's depreciation tool. Dwelling roof at 8 years per discussion with Insured and visible condition at the time of inspection. Siding at 8 years per discussion with Insured and visible condition at the time of inspection.

Overhead and profit were added. Job will require coordination and supervision due to complexity of scope of work.

Salvage? No salvage opportunities were observed as the damaged items hold no value.
Subrogation? No Subrogation opportunity was observed as the damages are weather related.

Coverage Summary
Reported date of Loss: 7/8/2024

DOL consistent with weather data? – Yes, the Benchmark report does show wind gusts with 80+ wind gusts at location on the reported DOL.

Cause of Loss: WIND

Policy in Force? Yes, 4/18/2024 - 4/18/2025

Damages Accepted: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Damaged and missing window screens caused by high winds.
Interior damage consistent with wind damage to siding and exposed felt.

Damages NOT Accepted: None:

Damages observed, but NOT claimed: None

Attorney/Public Adjuster involvement? None at the time of this report.

Contractor involvement? None at the time of this report.

Closing conversation with the insured: After my inspection, I spoke to the Insured, explained the scope of damages observed, and advised that TWIA retains all authority on the claim and would contact them soon.

Closing Notes
Underwriting Risk Referral attached? None
Pending or unresolved exposures: None

**STATEMENT OF LOSS:**

| Item | RCV | Dep | ACV | Limit |
|---|---|---|---|---|
| 1A: Structure | $55,406.38 | $3,111.99 | $52,294.39 | $46,866.38 |
| 1B: Personal Property | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $55,406.38 | $3,111.99 | $52,294.39 | |

| | |
|---|---|
| Deductible | 8,540.00 |
| Less Prior Payments | $0.00 |
| Claim Payable | $46,866.38 |
| Due Insured | **$46,866.38** |
| Recoverable Depreciation Totals: | $3,111.99 |
| Non-Recoverable Depreciation Totals: | $0.00 |
| Net Claim Without Rec. Depreciation: | $43,754.39 |

**RECOMMENDATIONS:**

I recommend payment to Insured in the ACV amount of $43,754.39.

TWIA Claims Examiner

8/11/2024
Date

TWIA 002485

# LOSS RECAP

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Policy No. : | TWRD0000713215 |
| Property Address : | 22306 Isle View Dr, Galveston, TX 77554 | Date of Loss : | 7/8/2024 |
| Mailing Address : | 8405 Winningham Ln, Houston, TX 77055-7531 | Catastrophe No. : | |
| Insured Tel. No. : | [redacted] | Adj. File No. : | |
| Adjusting Company : | | Adj. No. : | |
| Adj. Address : | | Adj. Phone No. : | (800) 788-8247 |

Date Loss Assigned: 7/8/2024 01:00 Date Insured Contacted: 7/10/2024 18:35 Date Loss Inspected: 8/1/2024 09:00

| | Replacement Cost Loss | Recov. Depr. | Non-recov. Deprec. | ACV Loss | Deductible Applied | Insur. Carried Req. % | ACV Claim | Potential Suppl. Claim | RC Claim | Valuation RCV | Valuation ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A: Structure | 55,406.38 | 3,111.99 | 0.00 | 52,294.39 | 8,540.00 | 100 \| 100 | 43,754.39 | 3,111.99 | 46,866.38 | 0.00 | 0.00 |
| 1B: Personal Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 \| 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTALS** | **$55,406.38** | **$3,111.99** | **$0.00** | **$52,294.39** | **$8,540.00** | | **$43,754.39** | **$3,111.99** | **$46,866.38** | | |

# LOSS RECAP

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Policy No. : | TWRD0000713215 |
| Property Address : | 22306 Isle View Dr, Galveston, TX 77554 | Date of Loss : | 7/8/2024 |
| Mailing Address : | 8405 Winningham Ln, Houston, TX 77055-7531 | Catastrophe No. : | |
| Insured Tel. No. : | [redacted] | Adj. File No. : | |
| Adjusting Company : | | Adj. No. : | |
| Adj. Address : | | Adj. Phone No. : | (800) 788-8247 |

Date Loss Assigned: 7/8/2024 01:00 Date Insured Contacted: 7/10/2024 18:35 Date Loss Inspected: 8/1/2024 09:00

| | Replacement Cost Loss | Recov. Depr. | Non-recov. Deprec. | ACV Loss | Deductible Applied | Insur. Carried Req. % | ACV Claim | Potential Suppl. Claim | RC Claim | Valuation RCV | Valuation ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A: Structure | 55,406.38 | 3,111.99 | 0.00 | 52,294.39 | 8,540.00 | 100 \| 100 | 43,754.39 | 3,111.99 | 46,866.38 | 0.00 | 0.00 |
| 1B: Personal Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 \| 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTALS** | **$55,406.38** | **$3,111.99** | **$0.00** | **$52,294.39** | **$8,540.00** | | **$43,754.39** | **$3,111.99** | **$46,866.38** | | |

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215




**Risk - 111-EastImage.JPG**

Date Taken:

Taken By: EagleView




**Risk - 112-NorthImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk - 113-SouthImage.JPG**

Date Taken:

Taken By: EagleView




**Risk - 114-TopImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215




**Risk - 115-WestImage.JPG**

Date Taken:

Taken By: EagleView




**Risk/Dwelling - 1-Risk**

Date Taken:

Taken By: Lee Olivares

22306 Isle View Dr

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215




**Risk/Dwelling - 2-Risk**

Date Taken:

Taken By: Lee Olivares

Verification.



**Risk/Dwelling/Roof - 3-Roof**

Date Taken:

Taken By: Lee Olivares

Single Layer-Drip edge/gutter apron

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 4-Roof**

Date Taken:

Taken By: Lee Olivares

5/12 pitch



**Risk/Dwelling/Roof - 5-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 6-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 7-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 8-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 9-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 10-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 11-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 12-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 13-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 14-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection.




**Risk/Dwelling/Roof - 15-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection. 0 wind damaged shingles.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 16-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.




**Risk/Dwelling/Roof - 17-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 0 wind damaged shingles.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 18-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 19-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 20-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 21-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.

TWIA 002500

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 22-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection. 0 wind damaged shingles.



**Risk/Dwelling/Roof - 23-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.


TWIA_MOHUN_LEADING EDGE_000256

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 24-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 25-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 26-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 27-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk/Dwelling/Roof - 28-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 0 wind damaged shingles.



**Risk/Dwelling/Roof - 29-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 30-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 31-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Exterior/Front Elevation - 32-Roof**

Date Taken:

Taken By: Lee Olivares

Elevation overview.



**Risk/Exterior/Front Elevation - 33-Roof**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Exterior/Front Elevation - 34-Roof**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.



**Risk/Exterior/Front Elevation - 35-Roof**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215




**Risk/Exterior/Right Elevation - 36-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.



**Risk/Exterior/Right Elevation - 37-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Elevation overview.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Right Elevation - 38-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.



**Risk/Exterior/Right Elevation - 39-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 40-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window screen.
Visible damage to metal fascia.



**Risk/Exterior/Right Elevation - 41-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to outside corner post.
Visible wind damage to window screen
Visible damage to metal fascia.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 42-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window screen



**Risk/Exterior/Right Elevation - 43-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 44-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to metal fascia.



**Risk/Exterior/Right Elevation - 45-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to metal fascia.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 46-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window screen



**Risk/Exterior/Rear Elevation - 47-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Rear Elevation - 48-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to metal fascia.
Visible damage to outside corner post.
Visible wind damage to window trim.



**Risk/Exterior/Rear Elevation - 49-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window trim.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Rear Elevation - 50-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window trim.



**Risk/Exterior/Rear Elevation - 51-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window trim.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Rear Elevation - 52-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Exterior/Left Elevation - 53-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 54-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to outside corner post.




**Risk/Exterior/Left Elevation - 55-Left Elevation**

Date Taken:

Taken By: Lee Olivares

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 56- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 57- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 58-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 59-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Left Elevation - 60- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 61- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 62-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 63-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk/Interior/Game Room - 64-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.




**Risk/Interior/Game Room - 65-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 66-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 67-Game Room**

Date Taken:

Taken By: Lee Olivares

Water damage to window sill and baseboard caused by storm created opening.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 68-Game Room**

Date Taken:

Taken By: Lee Olivares

Water damage to window sill and baseboard caused by storm created opening.



**Risk/Interior/Game Room - 69-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

TWIA 002524

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Game Room - 70-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 71-Game Room**

Date Taken:

Taken By: Lee Olivares

Wind pressure caused damage to drywall above window.


TWIA_MOHUN_LEADING EDGE_000280

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 72-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 73-Game Room**

Date Taken:

Taken By: Lee Olivares

Damaged window screen.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 74-Game Room**

Date Taken:

Taken By: Lee Olivares

Water damage to window sill and baseboard caused by storm created opening.



**Risk/Interior/Game Room - 75-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 76-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.



**Risk/Interior/Game Room - 77-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 78-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.



**Risk/Interior/Game Room - 82-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 83-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 84-Game Room**

Date Taken:

Taken By: Lee Olivares

Damage overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Interior/No damage - 87-Game Room Closet**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 88-Game Room Closet**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

TWIA 002531

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 89-Hallway**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 90-Hallway**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 91-Hallway Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 92-Hallway Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 93- Bedroom 1**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 94- Bedroom 1**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 95- Bedroom 2**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 96- Bedroom 2**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 97-Living Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 98-Living Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 99-Dining Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 100-Dining Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 101-Kitchen**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 102-Kitchen**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 103-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 104-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 105-Laundry Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 106-Laundry Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 107-Half Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 108-Half Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 79-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/No damage - 80-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Interior/No damage - 81-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Attic - 109-Attic**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Attic - 110-Attic**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk - 111-EastImage.JPG**

Date Taken:

Taken By: EagleView




**Risk - 112-NorthImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215




**Risk - 113-SouthImage.JPG**

Date Taken:

Taken By: EagleView




**Risk - 114-TopImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk - 115-WestImage.JPG**

Date Taken:

Taken By: EagleView




**Risk/Dwelling - 1-Risk**

Date Taken:

Taken By: Lee Olivares

22306 Isle View Dr

TWIA 002547

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk/Dwelling - 2-Risk**

Date Taken:

Taken By: Lee Olivares

Verification.



**Risk/Dwelling/Roof - 3-Roof**

Date Taken:

Taken By: Lee Olivares

Single Layer-Drip edge/gutter apron



TWIA_MOHUN_LEADING EDGE_000303

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk/Dwelling/Roof - 4-Roof**

Date Taken:

Taken By: Lee Olivares

5/12 pitch



**Risk/Dwelling/Roof - 5-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 6-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 7-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 8-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 9-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 10-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 11-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 12-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 13-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 14-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection.



**Risk/Dwelling/Roof - 15-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection. 0 wind damaged shingles.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 16-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.



**Risk/Dwelling/Roof - 17-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 0 wind damaged shingles.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 18-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 19-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 20-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 21-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk/Dwelling/Roof - 22-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection. 0 wind damaged shingles.



**Risk/Dwelling/Roof - 23-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 24-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 25-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 26-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 27-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Roof - 28-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 0 wind damaged shingles.



**Risk/Dwelling/Roof - 29-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 30-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 31-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215




**Risk/Exterior/Front Elevation - 32-Roof**

Date Taken:

Taken By: Lee Olivares

Elevation overview.



**Risk/Exterior/Front Elevation - 33-Roof**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Front Elevation - 34-Roof**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.



**Risk/Exterior/Front Elevation - 35-Roof**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215




**Risk/Exterior/Right Elevation - 36-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.



**Risk/Exterior/Right Elevation - 37-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Elevation overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 38-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.



**Risk/Exterior/Right Elevation - 39-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 40-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window screen.
Visible damage to metal fascia.



**Risk/Exterior/Right Elevation - 41-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to outside corner post.
Visible wind damage to window screen
Visible damage to metal fascia.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 42-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window screen



**Risk/Exterior/Right Elevation - 43-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Right Elevation - 44-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to metal fascia.



**Risk/Exterior/Right Elevation - 45-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to metal fascia.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 46-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window screen



**Risk/Exterior/Rear Elevation - 47-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Rear Elevation - 48-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to metal fascia.
Visible damage to outside corner post.
Visible wind damage to window trim.



**Risk/Exterior/Rear Elevation - 49-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window trim.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Rear Elevation - 50-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window trim.



**Risk/Exterior/Rear Elevation - 51-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window trim.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Rear Elevation - 52-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Exterior/Left Elevation - 53-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 54-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to outside corner post.




**Risk/Exterior/Left Elevation - 55-Left Elevation**

Date Taken:

Taken By: Lee Olivares

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 56-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 57-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 58- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 59- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 60-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 61-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Left Elevation - 62-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 63-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk/Interior/Game Room - 64-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.




**Risk/Interior/Game Room - 65-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Game Room - 66- Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 67- Game Room**

Date Taken:

Taken By: Lee Olivares

Water damage to window sill and baseboard caused by storm created opening.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 68-Game Room**

Date Taken:

Taken By: Lee Olivares

Water damage to window sill and baseboard caused by storm created opening.



**Risk/Interior/Game Room - 69-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Game Room - 70-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 71-Game Room**

Date Taken:

Taken By: Lee Olivares

Wind pressure caused damage to drywall above window.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 72- Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 73- Game Room**

Date Taken:

Taken By: Lee Olivares

Damaged window screen.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 74-Game Room**

Date Taken:

Taken By: Lee Olivares

Water damage to window sill and baseboard caused by storm created opening.



**Risk/Interior/Game Room - 75-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Game Room - 76- Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.



**Risk/Interior/Game Room - 77- Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Game Room - 78-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.



**Risk/Interior/Game Room - 82-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Game Room - 83-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 84-Game Room**

Date Taken:

Taken By: Lee Olivares

Damage overview.

TWIA 002587

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 87-Game Room Closet**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 88-Game Room Closet**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.


TWIA_MOHUN_LEADING EDGE_000343

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 89-Hallway**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 90-Hallway**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 91- Hallway Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 92- Hallway Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 93-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 94-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 95-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 96-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 97-Living Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 98-Living Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 99-Dining Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 100-Dining Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 101-Kitchen**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 102-Kitchen**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 103-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 104-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 105-Laundry Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 106-Laundry Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 107-Half Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 108-Half Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 79-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/No damage - 80-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 81-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Attic - 109-Attic**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Attic - 110-Attic**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.