TWIA 003001

We do not cover loss resulting directly or indirectly from nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused.

5. Power Failure.

We do not cover loss resulting directly or indirectly from power failure, unless such failure results from direct physical damage to power, heating or cooling equipment located on the described location caused by windstorm or hail.

6. Rain.

We do not cover loss or damage caused by or resulting from rain, whether driven by wind or not, unless direct force of wind or hail makes an opening in a roof or wall and rain enters through this opening and causes the damage.

7. Electricity.

We do not cover loss to electrical devices or wiring caused by electricity resulting from artificial causes.

8. Ordinance or Law.

We do not cover loss or damage caused directly or indirectly by the enforcement of any ordinance or law:

a. Regulating the construction or repair of any property; or

b. Requiring the demolition of any property, including the cost of removing its debris.

9. Mold, Fungi, or Other Microorganisms.

We do not cover loss or damage caused by or resulting from fungi or mold and other microorganisms, except as provided in 9.b.

a. "Fungi or mold and other microorganisms" when used in the policy or in this exclusion means the presence, growth, proliferation, spread or any activity of fungi or mold and other microorganisms.

This exclusion also applies to the cost:

(1) To remove fungi or mold and other microorganisms from covered property covered under this Texas Windstorm Insurance Association policy.

(2) To tear out and replace any part of the building or other covered property as needed to gain access to the fungi or mold and other microorganisms; and

(3) Of testing of air or property to confirm the absence, presence or level of fungi or mold and other microorganisms.

b. This exclusion applies unless the fungi or mold and other microorganisms are located upon the portion of covered property which must be repaired or replaced because of sudden and accidental direct physical damage resulting from wind or hail which would otherwise be covered under this policy. For purposes of this exclusion, sudden and accidental shall include a loss event that is hidden or concealed for a period of time until it is detectable. A hidden loss must be reported to us no later than 30 days after the date it was detected or should have been detected.

c. However, the exception to the exclusion described in "b." above does not include:

(1) the cost to treat, contain, remove or dispose of the fungi or mold and other microorganisms beyond that which is required to repair or replace the covered property physically damaged by water;

(2) the cost of any testing of air or property to confirm the absence, presence or level of fungi, mold and other microorganisms whether performed prior to, during or after the removal, repair, restoration or replacement;

(3) the cost of any decontamination of the covered property covered under this Texas Windstorm Insurance Association policy;

(4) any increase in loss under this Texas Windstorm Insurance Association policy related to loss of use, debris removal, additional living expense, or diminution in value resulting from c. (1), (2), and (3).

10. Asbestos.

We do not cover any loss or damage caused by or resulting from asbestos. We do cover direct physical loss caused by windstorm or hail to covered property containing asbestos materials; however, we do not cover the additional cost or expense to test for, monitor, clean up, remove, contain, treat, abate or assess the effects of asbestos or asbestos-containing materials.



TWIA_MOHUN_UW_000280

## DEDUCTIBLE

We will not pay for loss or damage to any item in any one occurrence until the amount of loss or damage exceeds the Deductible amount shown in the Declarations for that item. We will then pay the amount of loss or damage for that item in excess of the Deductible amount, up to the applicable limit of liability.

## CONDITIONS

1. Policy Period. This policy applies only to loss which occurs during the policy period shown in the Declarations.

2. Insurable Interest and Limit of Liability. Even if more than one person has an insurable interest in the property covered, we will not be liable in any loss:

   a. For an amount greater than the interest of a person insured under this policy; or

   b. For more than the applicable limit of liability.

3. Fraudulent Misrepresentation.

   a. This policy is void as to an insured, if the insured has fraudulently misrepresented in proof of loss or death a fact material to the question of our liability under the policy, and the insured's misrepresentation misled and caused us to waive or lose a valid defense to the policy.

   b. This policy is void as to an insured, if the insured has fraudulently misrepresented in the application for the policy any fact material to the risk, and the insured's misrepresentation contributed to the contingency or event on which the policy became due and payable.

4. Duties After Loss.

   a. Your Duties After Loss.

      (1) In case of a loss to covered property caused by windstorm or hail, you must file a claim with us not later than one year after the date on which the damage to property that is the basis of the claim occurs. The commissioner of insurance, on a showing of good cause by a person insured by us, may extend the one-year period to file a claim for a period not to exceed 180 days. You may also submit with your claim any bids, estimates, reports, photographs, invoices, bills, receipts, inventories, comments, documents, records and other information.

      (2) You must provide us with the information we request under Condition 4.b.(1).

      (3) You must protect the property from further damage.

      (4) You must make reasonable, necessary and temporary repairs to protect the property.

      (5) You must keep an accurate record of repair expenses and proof of payment of any applicable Deductible.

      (6) You must provide us access to the damaged property as often as we reasonably require.

   b. Our Duties After Loss.

      (1) Not later than the 30th day after the date the claim is filed, we may request in writing information that is necessary to determine whether to accept or reject the claim.

      (2) Not later than the 60th day after the date we receive a claim or the 60th day after the date we receive information requested under Condition 4.b.(1), whichever is later, we shall provide you, in writing, notice of the amount of the loss we will pay, if any, and notice that:
      (i) we have accepted coverage for the claim in full;
      (ii) we have accepted coverage for the claim in part and have denied coverage for the claim in part; or
      (iii) we have denied coverage for the claim in full.

      (3) We must, on request, provide you reasonable access to all information relevant to the determination by us concerning the claim. You may copy the information at your own cost or may request that we provide a copy of all or part of the information to you. We may charge you the actual cost incurred by us in providing a copy of the information requested, excluding any amount for labor involved in making any information or copy of information available to you.

5. Loss Payment.

   a. If we notify you under Condition 4.b.(2) that we will pay your claim, or part of your claim, we must make payment not later than the 10th day after we notify you.

   b. If payment of your claim or part of your claim requires the performance of an act by you, we must make payment not later than the 10th day after the date the act is performed.

6. Loss Settlement. Covered property losses are settled as follows:

   a. We will use any guidelines published by the commissioner of insurance under Insurance Code Sec. 2210.578(f) to evaluate and settle claims involving the extent to which a loss to insured property was incurred as a result of wind, waves, tidal surges, or rising waters not caused by waves or surges.

   b. Our liability and payment for covered losses will not exceed the smallest of the following:

      (1) The "actual cash value" of the damaged property;

      (2) The "cost to repair or replace" the damaged property; or

      (3) The specified limit of liability of the policy.

7. Residential Community Property. This policy, subject to all other terms and conditions, when covering residential community property, as defined by state law, shall remain in full force and effect as to the interest of each spouse covered, irrespective of divorce or change of ownership between the spouses until the expiration of the policy or until canceled in accordance with the terms and conditions of this policy.

8. Mortgage Clause (Without Contribution).

   a. The word "mortgagee" includes trustee.

   b. We will pay for any covered loss of or damage to buildings or structures to the mortgagee shown in the Declarations as interests appear.

   c. The mortgagee has the right to receive loss payment even if the mortgagee has started foreclosure or similar action on the building or structure.

   d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgagee has the right to receive loss payment if the mortgagee:

      (1) At our request, pays any premiums due under this policy, if you have failed to do so.

      (2) Submits to us any information we requested from you under Condition 4.b.(1) promptly after receiving notice from us of your failure to do so.

      (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgagee.

   All of the terms of this policy will then apply directly to the mortgagee. Failure of the mortgagee to comply with d.(1), d.(2) or d.(3) above shall void this policy as to the interest of the mortgagee.

   e. If we pay the mortgagee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

      (1) The mortgagee's rights under the mortgage will be transferred to us to the extent of the amount we pay.

      (2) The mortgagee's right to recover the full amount of the mortgagee's claim will not be impaired.

   At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

   f. If this policy is canceled, we will give the mortgagee specifically named in the Declarations written notice of cancellation.

   If we cancel the policy, we will give the mortgagee the same number of days' notice of

cancellation we give you.

If you cancel the policy, we will give the mortgagee notice of cancellation to be effective on the date stated in the notice. The effective date of cancellation cannot be before the 10th day after we mail notice.

We will not give notice of cancellation to any successor or assignee of the mortgagee named in this policy.

g. If the property described under Coverage A (Dwelling) is foreclosed upon under the deed of trust, the mortgagee may cancel this policy of insurance and will be entitled to any unearned premiums from this policy.

   The mortgagee must credit any unearned premium against any deficiency owed by the borrower and return any unearned premium not so credited to the borrower.

9. Other Insurance.

   a. If property covered by this policy is also covered by other insurance, we will pay only the proportion of a loss caused by windstorm or hail under this policy that the limit of liability applying under this policy bears to the total amount of insurance covering the property.

   b. If glass or an item of personal property is insured specifically under any other policy, then this policy applies as excess insurance over the specific insurance.

   c. If a loss covered by this policy is also covered by other insurance in the name of a condominium association, the insurance provided in this policy will be excess over the amount collectible under the other insurance.

10. Limited Judicial Remedies.

    Your access to judicial review of our decisions under this policy is limited by statute.

    a. You may not bring a private lawsuit against us, our agent or representative under Chapters 541 (concerning unfair methods of competition and unfair or deceptive acts or practices) or 542 (concerning processing and settlement of claims), Texas Insurance Code. Subchapter L-1, Chapter 2210, Texas Insurance Code provides the exclusive remedies for claims against us, our agent or our representative.

    b. You may not bring a class action suit against us.

    c. We and our agents or representatives may not be held liable for damages under Chapter 17, Texas Business and Commerce Code (concerning deceptive trade practices), or under any provisions of any law providing for additional damages, punitive damages, or a penalty, except as otherwise specified by the Texas Windstorm Insurance Association Act, Chapter 2210, Texas Insurance Code.

    d. You may not bring a lawsuit against us with reference to a claim for which we have accepted coverage in full, except as provided by Condition 11.

    e. You may not bring a lawsuit against us with reference to the amount of loss we will pay for a claim in full or in part, except as provided by Condition 11.

    f. You may not bring a lawsuit against us with reference to a claim for which we have denied coverage in full or in part, except as provided by Condition 12.

11. Disputes Concerning the Amount of Loss - Exclusive Remedy.

    a. If you dispute the amount we will pay for a claim, your exclusive remedy under this policy is appraisal.

    b. If you choose to demand appraisal, you must do so no later than the 60th day after the date you receive notice from us that we accept coverage for a claim in full or in part as provided by Condition 4.b.(2).

    c. You may request in writing that the 60-day period to demand appraisal be extended:

       (1) not later than the 75th day after the date you receive written notice from us that we accept coverage for a claim in full or in part; and

       (2) we may grant an additional 30-day period in which you may demand appraisal, on a showing of good cause

d. You may request from us a detailed summary of the manner in which we determined the amount of the loss we will pay.

e. If you do not demand appraisal before the 61st day after we notify you that we accept coverage for a claim in full or in part, or before the 31st day after we grant an extension for good cause, you waive your right to contest our determination of the amount of loss we will pay for that claim.

f. Appraisal Process.

(1) If you demand appraisal of the amount we will pay for a claim, you and we will each select a competent and independent appraiser. You shall notify us of your appraiser's identity. We shall notify you of our appraiser's identity within 10 days after we receive notice of your appraiser's identity. The two appraisers will choose a competent and independent umpire. If they cannot agree upon an umpire within 15 days, the commissioner of insurance shall select an umpire from a roster of qualified umpires maintained by the Texas Department of Insurance.

(2) The two appraisers will then determine the amount of loss, stating separately for the portion of the claim for which we have accepted coverage in full or in part:

(i) The "actual cash value" of the damaged property; and

(ii) The "cost to repair or replace" the damaged property.

(3) If you or we request that they do so, the appraisers will also determine the amount of loss for any extensions of coverage for which we have accepted coverage in full or in part.

(4) If the appraisers fail to agree, they will submit their differences to the umpire. An itemized decision agreed to by any two of these three and filed with us will determine the amount of the loss.

(5) You and we are responsible in equal shares for paying the costs incurred or charged in connection with the appraisal, including expenses of the appraisers and umpire. If we pay more than our share of the costs of appraisal, our liability and payment for covered losses shall be reduced by the amount we pay in excess of our share.

g. The appraisal decision is binding upon you and us and is not otherwise reviewable or appealable, unless:

(1) the appraisal decision was obtained by corruption, fraud, or other undue means;

(2) your or our rights were prejudiced by:

(i) evident partiality by an appraisal umpire;

(ii) corruption by an appraiser or umpire; or

(iii) misconduct or willful misbehavior of an appraiser or umpire; or

(3) an appraiser or umpire:

(i) exceeded the appraiser's or umpire's powers;

(ii) refused to postpone the appraisal after a showing of sufficient cause for the postponement;

(iii) refused to consider evidence material to the claim; or

(iv) conducted the appraisal in a manner that substantially prejudiced your or our rights.

h. If you or we believe the appraisal decision is appealable as a result of any reason listed in Condition 11.g., you or we may file a lawsuit to vacate the appraisal decision in a district court in the county in which the loss that is the subject of the appraisal occurred. A lawsuit under this paragraph must be filed not later than two years after the date of an appraisal decision. If the court vacates the appraisal decision, you and we must begin the appraisal process again.

12. Disputes Concerning Denied Coverage –Exclusive Remedy.

a. If you dispute our decision to deny coverage for a claim in full or in part, prior to bringing a lawsuit against us, you must provide notice to us of your intent to bring a lawsuit. You may use a form supplied by us.

b. If you do not provide notice of intent to bring a lawsuit against us within two years after the date you receive notice from us that we denied a claim in full or in part as provided by Condition 4.b.(2), you waive your right to contest our partial or full denial of coverage and you are barred from bringing a lawsuit against us concerning the denial of that claim.

c. As a prerequisite for filing a lawsuit against us, we may require you to submit the dispute to alternative dispute resolution by mediation or moderated settlement conference, as provided by Chapter 154, Texas Civil Practice and Remedies Code. If we require an alternative dispute resolution:

(1) we must request the alternative dispute resolution in writing not later than the 60th day after the date we receive your notice of intent to bring a lawsuit against us; and

(2) except as provided by Condition 12.c.(3), the alternative dispute resolution must be completed not later than the 60th day after the date we request the alternative dispute resolution in writing.

(3) The 60-day period for completion of the alternative dispute resolution can be extended by:

(i) your and our mutual consent; or

(ii) rule adopted by the commissioner of insurance.

d. Mediation.

(1) If we request alternative dispute resolution by mediation and you and we are unable to agree on a mediator, the commissioner of insurance shall select a mediator from a roster of qualified mediators maintained by the Texas Department of Insurance.

(2) If we request alternative dispute resolution by mediation, you and we will be equally responsible for the expenses of mediation.

e. Lawsuit Against Us.

(1) You may bring a lawsuit against us concerning the denial of a claim only if you have notified us of your intent to bring a lawsuit as required by Condition 12.a.

(2) As provided by Condition 12.c., we have 60 days from the receipt of your notice of intent to bring a lawsuit against us to request that you submit your dispute with us to alternative dispute resolution. You may not bring a lawsuit against us prior to the expiration of that 60-day period, unless we waive our right to request alternative dispute resolution of that claim dispute in writing.

(3) If we request alternative dispute resolution as provided by 12.c., you may bring a lawsuit against us if:

(i) the alternative dispute resolution was not completed within 60 days from the date we made the request, and no extension was granted under Condition 12.c.(3);

(ii) the alternative dispute resolution was not completed prior to the expiration of an authorized extension of the 60-day period, as provided by Condition 12.c.; or

(iii) you are not satisfied after completion of the alternative dispute resolution.

(4) You must bring any lawsuit against us concerning the denial of a claim not later than two years after the date on which you receive written notification from us that we have denied a claim in full or in part as provided by Condition 4.b.(2).

(5) You must bring any lawsuit against us concerning the denial of a claim in a district court in the county in which the loss that is the subject of the coverage denial occurred.

(6) If you bring a lawsuit against us concerning the denial of a claim prior to providing notice as required under Condition 12.a., the court shall abate the lawsuit until you provide the notice to us and, if requested

by us, the dispute has been submitted to alternative dispute resolution.

(7) Limitation on Scope of Lawsuit. You may only bring a lawsuit against us concerning the denial of a claim to determine:

(i) whether our denial of coverage was proper; and

(ii) the amount of damage to which you are entitled to recover, if any.

(8) Limitation on Damages Concerning Denied Coverage.

(i) You may recover only:

(a) the covered loss payable under the terms of this policy, less any amount already paid by us for any portion of a covered loss;

(b) prejudgment interest, at the rate provided in Subchapter B, Chapter 304, Texas Finance Code, from the first day after the date specified by Condition 5., by which we were or would have been required to pay an accepted claim in full or in part; and

(c) court costs and reasonable and necessary attorney's fees.

(ii) Nothing in the Texas Windstorm Insurance Association Act, Chapter 2210, Texas Insurance Code, including the limitation on damages described by Condition 12.e.(8)(i), may be construed to limit the consequential damages, or amount of consequential damages, that you may recover under common law in a lawsuit against us.

(iii) You may recover damages in an amount not to exceed two times the damages associated with a covered loss payable under the terms of the policy and any consequential damages recoverable under common law, if you show by clear and convincing evidence that we mishandled your claim to your detriment by intentionally:

(A) failing to meet the deadlines or timelines established in the Texas Windstorm Insurance Association Act under Subchapter L-1, Chapter 2210, Texas Insurance Code, without good cause, including the applicable deadline established for payment of an accepted claim or the accepted portion of a claim;

(B) disregarding applicable guidelines published by the commissioner of insurance under Section 2210.578(f), Texas Insurance Code;

(C) failing to provide written notice that we have accepted or rejected a claim as provided for under Condition 4.b.(2);

(D) rejecting a claim without conducting a reasonable investigation with respect to the claim; or

(E) denying coverage for a claim in full or in part, if our liability has become reasonably clear as a result of our investigation with respect to the portion of the claim that was denied.

For purposes of Condition 12.e.(8)(iii), "intentionally" means actual awareness of the facts surrounding the act or practice listed under Condition 12.e.(8)(iii), coupled with the specific intent that you suffer harm or damages as a result of the act or practice. Specific intent may be inferred from objective manifestations that we acted intentionally or from facts that show that we acted with flagrant disregard of the duty to avoid the acts or practices listed under Condition 12.e.(8)(iii).

13. Commissioner Extension of Deadlines. The commissioner of insurance, on a showing of good cause, may by rule extend any deadline established under policy Condition 4, 5, 6, 11 and 12, including endorsements, and set the number of days by which the deadline is extended.

14. Appeals Other Than Claims Disputes. A person insured under this policy, or their representative, who is aggrieved by an act, ruling or decision by us, may appeal to the commissioner of insurance not later than the 30th day after the date of that act, ruling or decision. This policy condition does not apply to a person who is required to resolve a dispute under Conditions 11 or 12 or a binding arbitration endorsement to this policy.

15. Subrogation (Transfer of Rights of Recovery Against Others to Us). If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing, prior to a loss to your covered property.

16. Abandonment of Property. There can be no abandonment of property to us.

17. Liberalization. If the commissioner of insurance adopts a revision which would broaden or extend the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened or extended coverage will immediately apply to this policy.

18. Waiver or Change of Policy Provisions. This policy contains all the agreements between you and us concerning the insurance afforded. You are authorized to make changes in the terms of this policy with our consent; however, this policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy. Your agent is not our authorized representative.

19. Cancellation.

    a. You may cancel this policy at any time by notifying us in writing of the date cancellation is to take effect. We will send you any refund due when the policy is returned to us. The refund will be pro rata, subject to a policy minimum retained premium in an amount equal to 90 days or $100 whichever is applicable. Payment of the minimum retained premium shall not create or extend coverage beyond the cancellation date that you requested. The minimum retained premium is fully earned on the effective date of the policy and you shall owe to us any unpaid balance of the minimum retained premium.

    b. We may cancel this policy by mailing or delivering to you notice in writing of the date cancellation takes effect. The effective date of cancellation cannot be before the 14th day after we mail or deliver the notice. Our notice of cancellation will state the reason for cancellation and will state that if the refund is not included with the notice, it will be returned on demand. The refund will be pro rata.

20. Assignment. Assignment of your rights and duties under this policy will not be valid unless we give our consent.

21. Death. If you die, we insure:
    a. Your spouse, if a resident of the same household at the time of death; or
    b. The legal representative of the decedent's estate only with respect to the described location.

    Coverage will be provided until the end of the policy period in which you die.

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
Kristen Mohun
8405 Winningham Ln
Houston, TX 77055-7531

# Policy Renewal Offer

Offer Date: 02/15/2020
Offer Reference Number: 000713215-04
Account Number: 000444192
Property Location: 22306 Isle View Drive
Galveston, TX 77554

Agent Name: Steven Wayne Boessling
Agent Phone: (713) 395-7773

Dear David Mohun, Kristen Mohun,

We are pleased to present you with an offer to renew your Texas Windstorm Insurance Association (TWIA) policy. Please confirm your coverage details on the enclosed Renewal Offer Summary. If any changes to your coverage are required, please contact your agent to discuss your options.

If you accept this renewal offer, the current amount due and due date are shown in the table below. Please note that the renewal policy will not be issued until TWIA receives payment. If you do not want to continue your TWIA coverage, you may disregard this renewal offer and your current policy will expire on April 15, 2020 at 12:01 a.m. CT.

| Proposed Coverage Effective Date | Proposed Coverage Expiration Date | Total Premium | Payment Due Date | Amount Due |
|---|---|---|---|---|
| April 15, 2020 12:01 a.m. | April 15, 2021 12:01 a.m. | $3,175.00 | 04/15/2020 | $3,175.00 |

Payment should be sent using the enclosed payment coupon. If TWIA receives payment by the due date listed above, the renewal policy will be issued with the proposed coverage effective date listed above. If payment is received after the due date listed above, there will be a lapse in coverage.

If you have any questions regarding this renewal offer of insurance, premium financing, or wish to pay electronically, please contact your agent. To speak with a TWIA representative please call (800) 788-8247.

Thank you,
Texas Windstorm Insurance Association

TWIA 003011

TEXAS WINDSTORM INSURANCE ASSOCIATION

**Please send your payment with the Payment Coupon on the reverse side of this page in the enclosed envelope to:**

Texas Windstorm Insurance Association
P.O. Box 99090
Austin, TX 78709-9090

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

# Payment Coupon

Detach the payment coupon below and mail to TWIA with a check for the full amount due. Once payment and payment coupon are received, your renewal will be processed according to TWIA underwriting guidelines.

Renewal policies will go into effect without a lapse in coverage if payment is received on or before the expiration date of the existing policy, or if payment is mailed on or before the expiration date of the existing policy by one of the following United States Postal Service (USPS) methods:

- USPS Registered Mail
- USPS Certified Mail
- USPS Priority Mail Express
- Regular mail that is hand-cancelled by USPS

854000194_4.0.0_PRODUCTION_53_32959237: Insured

------------------------------------------------------------------------------------------------------------------------------------------

Please detach and return this portion with your payment.

| | |
|---|---|
| Insured: | David Mohun, Kristen Mohun |
| Reference Number: | 000713215-04 |
| Amount Due: | $3,175.00 |
| **Total Due** | **$3,175.00** |

Please indicate the reference number on your check.

**Make checks payable, and remit payment, to:**

Texas Windstorm Insurance Association
P.O. Box 99090
Austin, Texas 78709-9090

1000000713215040000000317500

TEXAS WINDSTORM INSURANCE ASSOCIATION

## Please read!

# Packet Guide

**Important information about your TWIA insurance is in this packet.**

This is the new TWIA policy renewal packet. Recently, we mailed you a postcard announcing two important changes to how TWIA provides wind and hail insurance. This renewal packet represents both changes:

**Change 1.** There is a new policy renewal packet (this packet) which is a part of the new renewal process. For the first time, TWIA policyholders are receiving a policy renewal offer (inside this packet) directly from TWIA. As long as the property remains in insurable condition, policyholders may renew their policy directly with TWIA.

**Change 2.** There are new TWIA policy contracts as of January 2020. The new policy includes updated coverages, terms, and conditions. Directly behind this page is a “Notice of New TWIA Policy Contract January 2020,” which is an explanation of the changes included in the new TWIA policy.

**What do I do with this packet?**
It is up to you, the policyholder, to decide what to do with this renewal packet. Please note that any mortgage company listed on the policy will also be mailed this packet. Your insurance agent will receive this renewal offer electronically.

Options that you may decide to take regarding this packet include:

- Continuing to work directly with your insurance agent to modify, renew, and pay for your policy
- Mailing payment directly to TWIA to renew your policy

**<u>You may want to contact your agent or TWIA to discuss this change and your options.</u>**

**What documents are included in this packet?**

- A Renewal Offer Letter that outlines the renewal offer
- A Payment Coupon that you should include if you mail in the policy renewal payment
- A Packet Guide (this page)
- A Notice of New TWIA Policy Contract January 2020 that explains changes in the new policy
- A Renewal Offer Summary

**Where did these changes come from and where can I learn more?**
These changes are a result of laws passed by the Texas Legislature in 2019. Visit www.twia.org/changes for more information on these, and other, legislative changes.

**Who can help me with this packet and my renewal?**
Your insurance agent or TWIA can help you. Please contact your agent directly or contact TWIA at (800) 788-8247 or at agentservices@twia.org.

TEXAS WINDSTORM
INSURANCE ASSOCIATION
P.O. Box 99090
Austin, Texas 78709-9090

# Notice of New TWIA Policy Contract January 2020

**Why am I receiving this notice?**

TWIA is required to notify policyholders of any “material changes” made to the TWIA policy contract. This notice fulfills that requirement. The policy changes are reflected in the new TWIA policies effective on or after January 1, 2020. Many of the changes are a result of recent revisions to the Texas Insurance Code by the Texas Legislature.

**What are the policy changes?**

The changes included in the new TWIA policy include updated coverages, terms, and conditions. For your convenience, we have summarized major changes here. More detailed explanations are in the enclosed Notice of Contract Changes.

**Major Change 1. A group of changes that affect TWIA policies with replacement cost coverage.**

**Background: What is replacement cost coverage?**

For policies with replacement cost coverage, claims payments are calculated using the property’s replacement cost value rather than its actual cash value. Replacement cost value is the amount of money needed to replace the property with a similar, new product (i.e. depreciation is not deducted). Actual cash value is the amount of money needed to repair or replace the damaged property at its current market value (i.e. depreciation is deducted). If your policy provides actual cash value coverage you may not receive enough money to cover the full cost of replacing your property after a loss event.

By law, TWIA policies are required to be insured at 80% or more of the replacement cost value of the property to qualify for replacement cost coverage. If a property is not insured to its replacement cost value, any claim for a covered loss is processed at actual cash value.

**Changes Affecting Replacement Cost Coverage:**

- **Replacement Cost Endorsement Forms Automatically Added to Dwelling Policies:** TWIA’s new dwelling policy contract is an actual cash value policy with a replacement cost endorsement automatically added for a dwelling property insured to 80% or more of its replacement cost value. Commercial policies must manually add the replacement cost value endorsement. The replacement cost value endorsements associated with the new policy contract are TWIA-802 (dwelling policies) and TWIA-164 (commercial policies). If these endorsements are not included on your TWIA dwelling or commercial policy, your claim will be processed at actual cash value rather than replacement cost value.
- **Time of Replacement Cost Estimation:** On policies with an effective date before January 1, 2020, the type of loss settlement—replacement cost value vs. actual cash value—is determined at the time a claim is made. With the revised policies, the type of loss settlement will be determined at the time a policy is issued. This will help policyholders, like you, know if their property is adequately insured.

- **Replacement Cost Coverage Claims Timeline:** Policyholders with replacement cost coverage will have 545 days to complete and provide proof of repairs on a claim. This allows for additional time to complete the claim process and preserve the right to request appraisal. Appraisal is the formal process for disputing the amount that TWIA paid on the accepted part of a claim.

- **Proof of Deductible Payment:** TWIA may require policyholders to submit proof they paid the deductible applicable to their claim before any withheld recoverable depreciation is paid. Recoverable depreciation is the difference between a property's replacement cost value and its actual cash value. TWIA claims are paid in two parts: first the actual cash value and then the recoverable depreciation after repairs are completed.

- **Penalty Removed for Policies Without Replacement Cost Coverage:** Policies with an effective date before January 1, 2020 that are not insured to their replacement cost value can be charged a monetary penalty during the claim process. TWIA has removed this penalty from its new policy contract.

**Major Change 2. Extensions of claim deadlines.** In the event of a catastrophic weather event, the Commissioner of Insurance may extend claim deadlines an unlimited number of days.

**Major Change 3. Rules for policy transference.** To more closely align with standard industry practices, the new TWIA policy contract does not allow for coverage to automatically transfer to a third party except in cases where TWIA provides consent. In the event of a policyholder's death, the policy will automatically transfer to either the spouse if they were residing in the same household at time of death, or to the legal representative of the deceased policyholder's estate.

**When will I see these changes in my policy?**

When you renew your TWIA insurance, the new policy will have an effective date on or after January 1, 2020 and will therefore reflect the changes described in this notice.

**What else should I know?**

Although it includes TWIA policy language, this notice is not a policy contract. When your renewal policy is issued, the coverages, terms, and conditions contained in that document will supersede those described in this notice.

Should you have any questions or concerns about these changes, please contact your insurance agent or call TWIA at (800) 788-8247.

TWIA 000017

# Notice Of Contract Changes
## TWIA Dwelling Policy Revisions

We are making some changes to your contract coverage and conditions as part of policy revisions that affect all residential policies with an effective date of January 1, 2020 or after. These changes are outlined below and identified in the column labeled "Change." If after reviewing these changes and explanations, you have any questions, please contact us at (800) 788-8247.

Coverage descriptions are necessarily brief and focus only on significant changes to wording. For exact terms and conditions, please refer to your policy. In the event of inconsistencies between this notice or your policy, your policy provisions will apply:

| Policy Section | Change | Comments |
|---|---|---|
| **Cover Page** | Flood Insurance: You may also need to consider the purchase of flood insurance. Your insurance policy does not include coverage for damage resulting from a flood even if hurricane winds and rain caused the flood to occur. Without separate flood insurance coverage, you may have uncovered losses caused by a flood. Please discuss the need to purchase separate flood insurance coverage with your insurance agent or insurance company, or visit www.floodsmart.gov. ~~THIS POLICY DOES NOT PROVIDE FLOOD OR WAVE WASH COVERAGE. CONSULT YOUR AGENT FOR AVAILABILITY OF FLOOD COVERAGE.~~ | We added language to clarify that TWIA's Dwelling Policy does not provide coverage for flood damage. |
| **Where you can get information or make a complaint** | If you have a question or a problem with a claim or your premium, contact your insurance company first. You can also get information or file a complaint with the Texas Department of Insurance.<br><br>**Texas Windstorm Insurance Association**<br>To get information or file a complaint with your insurance company:<br>**Call: TWIA at 1-800-788-8247**<br>**Toll-free: 1-800-788-8247**<br>Email: Compliance@twia.org<br>Mail: Attn: Compliance Department<br>P.O. Box 99090<br>Austin, TX 78709-9090<br><br>**The Texas Department of Insurance**<br>To get help with an insurance question, learn about your rights, or file a complaint with the state:<br>Call: 1-800-252-3439<br>Online: www.tdi.texas.gov<br>Email: ConsumerProtection@tdi.texas.gov<br>Mail: MC 111-1A, P.O. Box 149091, Austin, TX 78714-9091<br><br>**To compare policies and prices**<br>Visit **HelpInsure.com** to compare prices and coverages on home and auto insurance policies. The website is a service of the Texas Department of Insurance and the Office of Public Insurance Counsel.<br><br>**Donde puede obtener información o presentar una queja**<br><br>Si tiene una pregunta o un problema con una reclamación o con su prima de seguro, comuníquese primero con su compañía de seguros. Usted también puede obtener información o presentar una queja ante el | We replaced the notice of toll-free telephone numbers and procedures for obtaining information and filing complaints. |

| | | |
|---|---|---|
| | Departamento de Seguros de Texas (Texas Department of Insurance, por su nombre en inglés).<br><br>**Texas Windstorm Insurance Association**<br>Para obtener información o para presentar una queja ante su compañía de seguros:<br>**Llame a: TWIA al 1-800-788-8247**<br>**Teléfono gratuito: 1-800-788-8247**<br>Correo electrónico: Compliance@twia.org<br>Dirección postal:<br>Attn: Compliance Department<br>P.O. Box 99090<br>Austin, TX 78709-9090<br><br>**El Departamento de Seguros de Texas**<br>Para obtener ayuda con una pregunta relacionada con los seguros, para conocer sus derechos o para presentar una queja ante el estado:<br>Llame: 1-800-252-3439<br>En línea: www.tdi.texas.gov<br>Correo electrónico:<br>ConsumerProtection@tdi.texas.gov<br>Dirección postal: MC 111-1A, P.O. Box 149091,<br>Austin, TX 78714-9091<br><br>**Para comparar pólizas y precios**<br>Visite **HelpInsure.com** para comparar precios y coberturas en pólizas de seguro para el hogar y automóvil. El sitio web es un servicio del Departamento de Seguros de Texas y de la Oficina del Asesor Público de Seguros (Office of Public Insurance Counsel, por su nombre en inglés). | |
| **INSURANCE WEBSITE NOTICE** | **To compare policies and prices**<br>Visit **HelpInsure.com** to compare prices and coverages on home and auto insurance policies. The website is a service of the Texas Department of Insurance and the Office of Public Insurance Counsel.<br><br>**AVISO DEL SITIO WEB DE SEGUROS**<br><br>**Para comparar pólizas y precios**<br>Visite **HelpInsure.com** para comparar precios y coberturas en pólizas de seguro para el hogar y automóvil. El sitio web es un servicio del Departamento de Seguros de Texas y de la Oficina del Asesor Público de Seguros (Office of Public Insurance Counsel, por su nombre en inglés). | We added the Insurance Website Notice. |
| **IMPORTANT NOTICE REGARDING RESOLUTION DISPUTES** | You may demand appraisal of "replacement cost" without regard to whether all repairs related to the claim are complete. You must demand appraisal no later than the 30th day after the date you receive notice of our decision regarding your request for replacement cost coverage. | We added a notice related to disputes regarding accepted claims. |
| **IMPORTANT NOTICE REGARDING PAYMENT OF INSURANCE DEDUCTIBLES** | Texas law requires a person insured under a property insurance policy to pay any deductible applicable to a claim made under the policy. It is a violation of Texas law for a seller of goods or services who reasonably expects to be paid wholly or partly from the proceeds of a property insurance claim to knowingly allow the insured person to fail to pay, or assist the insured person's failure to pay, the applicable insurance deductible. | We added a notice regarding payment of insurance deductibles. |

# Notice Of Contract Changes
## TWIA Dwelling Policy Revisions

| | | |
|---|---|---|
| **DEFINITIONS** | "Actual cash value" means the reasonable and necessary amount that you are likely to incur to repair or replace the damaged part of covered property, at the time of loss or damage, with material of like kind and quality and for the same use, subject to a deduction for deterioration and depreciation. "Actual cash value" applies to valuation of damage regardless of whether the property has sustained partial loss or total loss. The "actual cash value" of lost or damaged property may be significantly less than its replacement cost. We will not pay to repair or replace undamaged property due to mismatch of color, discontinued, outdated or obsolete material.<br><br>"Cost to repair or replace" means the reasonable and necessary amount that you are likely to incur to repair or replace the damaged part of covered property, at the time of loss or damage, with material of like kind and quality and for the same use, without a deduction for deterioration and depreciation. We will not pay to repair or replace undamaged property due to mismatch of color, discontinued, outdated or obsolete material. | We added the "Actual Cash Value" definition to the policy.<br><br>We added the "Cost to repair or replace" definition to the policy. |
| **DEDUCTIBLE** | We will not pay for loss or damage to any item in any one occurrence until the amount of loss or damage exceeds the Deductible amount shown in the Declarations for that item. We will then pay the amount of loss or damage for that item in excess of the Deductible amount, up to the applicable limit of liability.~~, after any deduction required by the Coinsurance Condition.~~ | We removed reference to a deduction required by the Coinsurance Condition. |
| **CONDITIONS** | 4. Duties After Loss.<br><br>a. Your Duties After Loss.<br><br>(5) You must keep an accurate record of repair expenses and proof of payment of any applicable Deductible. ~~Upon completion of repairs or replacement, you may submit records, including invoices, bills, statements, and receipts to us for a claim under replacement cost coverage, Condition 6.c.(4).~~ | We added a duty to keep proof of payment of your deductible.<br><br>We removed reference to replacement cost coverage in the TWIA Dwelling Policy.<br><br>Replacement cost coverage is now available through the Replacement Cost Endorsement No. (TWIA) 802 – Replacement Cost Coverage A (Dwelling). |
| **CONDITIONS** | 6. Loss Settlement. Covered property losses are settled as follows:<br><br>b. Our liability and payment for covered losses ~~to personal property, carpeting, outdoor antennas, awnings, fences, and structures other than buildings~~ will not exceed the smallest of the following:<br><br>(1) The "actual cash value" of the damaged property ~~at the time of loss, determined with proper deduction for depreciation~~;<br><br>(2) The "cost to repair or replace" the damaged property ~~with material of like kind and quality~~; or<br><br>(3) The specified limit of liability of the policy. | We removed reference to replacement cost coverage in the TWIA Dwelling Policy.<br><br>Replacement cost coverage is now available through the Replacement Cost Endorsement No. (TWIA) 802 – Replacement Cost Coverage A (Dwelling). |

# Notice of Contract Changes

## TWIA Dwelling Policy Revisions

~~c. Our liability and payment for covered losses to dwelling and other building(s) under Coverage A (Dwelling) will be subject to the following:~~

~~(1) If, at the time of loss, the Coverage A (Dwelling) limit of liability is:~~

~~(a) 80% or more of the full replacement cost of the dwelling, or~~

~~(b) Equal to the maximum amount of insurance otherwise available through us,~~

~~we will pay the repair or replacement cost of the damaged building(s), without deduction for depreciation.~~

~~(2) If, at the time of loss, the Coverage A (Dwelling) limit of liability is:~~

~~(a) Less than 80% of the full replacement cost of the dwelling, and~~

~~(b) Less than the maximum amount of insurance available through us,~~

~~we will pay no more than the replacement cost of the damaged building(s) at the time of loss, less depreciation.~~

~~(3) In determining the amount of insurance required to equal 80% of the full replacement cost of the dwelling, we do not include the value of excavations, underground pipes, underground wiring and foundations which are below the surface of the ground.~~

~~(4) We will pay only the actual cash value of the damaged building(s) until repair or replacement is completed. Repair or replacement must be completed within 545 days of the date we notify you of the amount we will pay under Condition 4.b.(2). Upon completion and documentation of repairs or replacement, we will pay the additional amount claimed under replacement cost coverage, but our payment will not exceed the smallest of the following:~~

~~(a) The limit of liability under this policy applicable to the damaged or destroyed building(s);~~

~~(b) The cost to repair or replace that part of the building(s) damaged, with material of like kind and quality and for the same use and occupancy on the same premises; or~~

~~(c) The amount actually and necessarily spent to repair or replace the damaged building(s), as documented by records, including invoices, bills, statements, and receipts, submitted to us under Condition 4.a.(5).~~

~~d. If you dispute the additional amount we will pay for the repair or replacement of the damaged building(s) under Condition 6.c.(4), you may request that this amount be determined by appraisal under Condition 11. You must demand an appraisal not later than the 60th day after the date you submit records, including invoices, bills, statements, and receipts, to us under Condition 4.a.(5) for the repair or replacement of the damaged building(s).~~

## Notice of Contract Changes

### TWIA Dwelling Policy Revisions

| | | |
|---|---|---|
| **CONDITIONS** | ~~7. Coinsurance~~<br><br>~~a. If a coinsurance percentage is shown in the Declarations, we will not pay the full amount of any loss if the actual cash value of covered property at the time of loss times the coinsurance percentage shown for it in the Declarations is greater than the limit of insurance for the property.~~<br><br>~~Instead, we will determine the most we will pay using the following steps:~~<br><br>~~(1) Multiply the actual cash value of covered property at the time of loss by the coinsurance percentage;~~<br><br>~~(2) Divide the limit of insurance of the property by the figure determined in step (1);~~<br><br>~~(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in step (2); and~~<br><br>~~(4) Subtract the deductible from the figure determined in step (3).~~<br><br>~~We will pay the amount determined in step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.~~<br><br>~~In applying this coinsurance clause we will disregard the value of foundations of buildings which are below the surface of the lowest basement floor or, where there is no basement, which are below the surface of the ground. We will not consider the cost of removal of debris in the determination of actual cash value when applying the coinsurance clause.~~<br><br>~~We will not require a special inventory or appraisal of undamaged property if your total claim for loss is:~~<br><br>~~(1) Less than $10,000 and~~<br><br>~~(2) Less than 5% of the limit of insurance on the described property.~~<br><br>~~This provision does not waive any of the requirements of the coinsurance clause.~~<br><br>~~b. This coinsurance clause does not apply to the dwelling or personal property if the limit of liability is equal to or greater than the total amount of fire insurance in effect at the time of the loss.~~<br><br>~~Coinsurance Examples~~<br><br>~~Example No. 1 (Underinsurance):~~<br><br>~~When:~~<br><br>~~The actual cash value of the property is $125,000~~<br><br>~~The coinsurance percentage for it is 80%~~ | We removed the Coinsurance provisions from the TWIA Dwelling Policy. |

## Notice of Contract Changes

### TWIA Dwelling Policy Revisions

| | | |
|---|---|---|
| | ~~The limit of liability is $80,000~~<br><br>~~The deductible is $800~~<br><br>~~The amount of loss is $25,000~~<br><br>~~Step (1) $125,000 x 80% = $100,000~~<br><br>~~(the minimum amount of insurance to meet your coinsurance requirement)~~<br><br>~~Step (2) $80,000 ÷ $100,000 = .80~~<br><br>~~Step (3) $25,000 x .80 = $20,000~~<br><br>~~Step (4) $20,000 - $800 = $19,200~~<br><br>~~We will pay no more than $19,200. The remaining $5,800 is not covered.~~<br><br>~~Example No. 2 (adequate insurance)~~<br><br>~~When:~~<br><br>~~The actual cash value of the property is $125,000~~<br><br>~~The coinsurance percentage for it is 80%~~<br><br>~~The limit of liability is $100,000~~<br><br>~~The deductible is $1,000~~<br><br>~~The amount of loss is $25,000~~<br><br>~~Step (1) $125,000 x 80% = $100,000~~<br><br>~~(the minimum amount of insurance to meet your coinsurance requirement)~~<br><br>~~Step (2) $100,000 ÷ $100,000 = 1.00~~<br><br>~~Step (3) $25,000 x 1.00 = $25,000~~<br><br>~~Step (4) $25,000 - $1,000 = $24,000~~<br><br>~~We will pay $24,000 of the loss. No penalty applies.~~ | |
| **CONDITIONS** | 10. Limited Judicial Remedies.<br><br>f. Appraisal Process.<br><br>(2) The two appraisers will then determine the amount of loss, stating separately for the portion of the claim for which we have accepted coverage in full or in part: | We revised the Appraisal Process Condition. |

| | | |
|---|---|---|
| | i. The "actual cash value" of the damaged property ~~at the time of loss, determined with proper deduction for depreciation~~; and<br><br>ii. The "cost to repair or replace" the damaged property ~~with material of like kind and quality~~.<br><br>~~(3) If you or we request that they do so, the appraisers will also determine:~~<br><br>~~iii. the full replacement cost of the building at the time of loss for purposes of the Loss Settlement Condition; and~~<br><br>~~iv. the value of the covered property at the time of loss for purposes of the Coinsurance Condition.~~<br><br>~~(4) If you or we request that they do so, the appraisers will also determine the amount that you necessarily spent to repair or replace the damaged property.~~ | |
| **CONDITIONS** | 13. Commissioner Extension of Deadlines. The commissioner of insurance, on a showing of good cause, may by rule extend any deadline established under policy Condition 4, 5,6, 11 and 12, including endorsements, and set the number of days by which the deadline is extended ~~by periods not to exceed 120 days in the aggregate with reference to claims filed during a particular catastrophe year.~~ | We revised the Condition allowing the Commissioner to extend deadlines. |
| **CONDITIONS** | 20. Assignment of your rights and duties under this policy will not be valid unless we give our consent. ~~may not be transferred without our prior written consent except as follows:~~<br><br>~~a. If you die, your rights and duties will be transferred to your legal representative subject to our right to verify your legal representative's authority to act in your behalf.~~<br><br>~~b. If you sell the real property insured by this policy, you may assign your rights and duties under this policy to the new owner. However:~~<br><br>~~(1) The new owner may not change any of the terms of this policy without our prior written consent, and~~<br><br>~~(2) You, the new owner, or your agent shown in the Declarations must notify us in writing of the change in ownership within 30 days after the real estate closing.~~ | We revised the Assignment Condition. |
| **CONDITIONS** | 21. Death. If you die, we insure:<br><br>a. Your spouse, if a resident of the same household at the time of death; or<br><br>b. The legal representative of the decedent's estate only with respect to the described location.<br><br>Coverage will be provided until the end of the policy period in which you die. | We added the Death Condition. |

# Residential Renewal Offer Summary

**Texas Windstorm Insurance Association**

Reference Number: 000713215-04

Requested Renewal Period: Apr 15, 2020 at 12:01 a.m. CT to Apr 15, 2021 at 12:01 a.m. CT

**Name and Mailing Address of Agent:**

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**Name and Mailing Address of Insured:**

David Mohun
Kristen Mohun
8405 Winningham Ln
Houston, TX 77055-7531

**Insured :** David Mohun

## COVERAGES - Windstorm and Hail Only

| Item No. | Coverage A/B | Property and Form Description | | Co-Ins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling*** | | 80% | 2% | $6,680 | | $334,000.00 | $2,866.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Actual Cash Value: $248,319.00, Replacement Cost: $334,000.00, Square Footage: 3122, Year Built: 1992 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $179.00 | | | | 365 | | |
| | | Indirect Loss | $116.00 | | | | 320 | | |
| | | Deductible 2% | -$895.00 | | | | | | |
| | | *Item #1-A forms:* 320 802 220 800 | | | | | | | |
| 1 | B | ***Description: Personal Property located at:*** | | Nil | 2% | $2,000 | | $100,000.00 | $309.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Square Footage: 3122, Year Built: 1992 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $19.00 | | | | 365 | | |
| | | Indirect Loss | $12.00 | | | | 320 | | |
| | | Deductible 2% | -$91.00 | | | | | | |
| | | *Item #1-B forms:* 320 365 | | | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$434,000.00** | **$3,175.00** |
| **Total Surcharges:** | | $0.00 |
| **Total Premium + Total Surcharges:** | | **$3,175.00** |

**Renewal Information**

This renewal offer is based on information TWIA has available through an existing policy and is a preliminary indication of forms and rates for a subsequent year of coverage. This offer is being made so that you can continue your coverage with TWIA more easily, but this offer is not a policy contract. TWIA assumes no responsibility and has no liability for the failure of you or your agent to effect uninterrupted coverage. Coverage will not be bound unless TWIA receives payment prior to April 15, 2020.

IMPORTANT LEGAL NOTICES:

**Evidence of Declination**

By accepting TWIA's renewal offer, you affirm that you or your agent has proof that an insurer has declined to provide wind and hail property coverage to you. This is commonly referred to as a declination. You or your agent must obtain a declination every three years to maintain eligibility for coverage through TWIA.

NOTE: The declination may either be:

- a refusal to offer new or renewal wind and hail coverage on the property, or
- a refusal to offer basic insurance sought by the policyholder that is substantially equivalent to that offered by TWIA.

For example, the lowest deductible offered by a standard market company is greater than that which can be obtained from TWIA. More information on this requirement is available online at: www.twia.org/twia-declination-requirements.

**Flood Insurance Requirement**

In order to be eligible for a TWIA policy, properties located in specified flood zones must provide proof of flood insurance coverage when the following criteria are met:

1. The structure was constructed, altered, remodeled, or enlarged, on or after September 1, 2009;
2. All or any part of the insured property is located within one of the designated National Flood Insurance Program flood zones (V, VE or V1 - V30); and
3. Flood insurance is available for the property under the National Flood Insurance Program.

By accepting TWIA's renewal offer, you affirm that if your property meets the criteria listed above, you have provided proof of flood insurance coverage to your agent. This proof of insurance coverage must be made available to TWIA, if specifically requested. More information on this requirement is available online at: www.twia.org/twia-flood-requirements.

**90 Day Minimum Retained Premium**

Cancellation of the policy will result in a pro-rata refund, subject to a policy minimum retained premium in an amount equal to 90 days or $100, whichever is greater. The minimum retained premium is fully earned on the effective date of the policy.

**Surcharges**

This policy is subject to an immediate surcharge if determined necessary by the Texas Insurance Commissioner. Failure to pay the surcharge will result in cancellation of the policy. Surcharges are non-refundable.

Date generated: February 15, 2020

David Mohun
8405 Winningham Ln
Houston TX, 77055-7531

**1st Notice**

| | |
|---|---|
| **Amount Due**: | $3,165.00 |
| **Due Date:** | 05/01/2019 |

**Date:** 04/17/2019
**Reference Number:** 000713215-03
**Insured:** David Mohun, Kristen Mohun
**Requested Policy Period:** 04/15/2019 to 04/15/2020

See attached for complete property description and coverage details.

| Description | Premium | Amount Due |
|---|---|---|
| 22306 Isle View Drive, Galveston, TX, 77554 | $3,165.00 | |
| **Total Premium** | $3,165.00 | $3,165.00 |
| | | |
| **Amount Due** | | $3,165.00 |

**MAKE CHECKS PAYABLE TO**

Texas Windstorm Insurance Association

Coverage will not be bound until the application and payment are received by Texas Windstorm Insurance Association.

**Additional Notes**

**This document was generated by your agent, payment should be mailed to your agent at the address above.**

678000760_17.0.0_PRODUCTION_27_28939531: Agency

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary

## - Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: April 17, 2019
Reference Number: 000713215-03
Expiring Policy Number: TWIA-000713215-02

Transaction Number: T001590728
Transaction Type: Renewal
Proposed Policy Period: Apr 15, 2019 to Apr 15, 2020
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
David Mohun
Kristen Mohun
8405 Winningham Ln
Houston, TX 77055-7531

**Name & Mailing Address of Insured's Agent:**
Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling***<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F) | 80% | 2% | $6,660 | | $333,000.00 | $2,856.00 |
| | | *Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun; Actual Cash Value: $248,319.00; Replacement Cost: $333,000.00 | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | |
| | | Personal Property Replacement Cost $179.00 | | | | 365 | | |
| | | Indirect Loss $115.00 | | | | 320 | | |
| | | Deductible 2% -$893.00 | | | | | | |
| | | *Item #1-A forms:* 320 220 800 | | | | | | |
| | | *Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company | | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$433,000.00** | **$3,165.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$3,165.00** |

Applicant's Signature ______________________ Date __________

Case 3:26-cv-00271 Document 1-16 Filed 08/13/26 in TXSD Page 29 of 200
TWIA 003029

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|
| | | Amount of Insurance: $311,000.00 | | | | | | |
| 1 | B | ***Description: Personal Property located at:***<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F) | Nil | 2% | $2,000 | | $100,000.00 | $309.00 |
| | | *Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | |
| | | Personal Property Replacement Cost $19.00 | | | | 365 | | |
| | | Indirect Loss $12.00 | | | | 320 | | |
| | | Deductible 2% -$91.00 | | | | | | |
| | | *Item #1-B forms:* 320 365 | | | | | | |
| | | *Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company<br>Amount of Insurance: $311,000.00 | | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.


TWIA_MOHUN_UW_000308

TEXAS WINDSTORM INSURANCE ASSOCIATION

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

# Billing Statement

Date: April 12, 2019
Policy Number: 000713215-03
Insured: David Mohun, Kristen Mohun
Property Location: 22306 Isle View Drive
Galveston, TX 77554

There is no balance due on this policy at this time.

| Date Processed | Transaction Type | Reference # | Description | Due Date | Amount |
|---|---|---|---|---|---|
| 04/12/2019 | Premium | 1002529027 | Policy Issuance | 05/15/2019 | $3,165.00 |
| 04/12/2019 | Payment | TWIINS000300775 | eCheck | -- | -$3,165.00 |
| | | | | **Total Due** | **$0.00** |

Payments received will be applied to the oldest balance first. If you have questions regarding this statement, please call 1-800-788-8247.

Total due does not include pending transactions.

TEXAS WINDSTORM INSURANCE ASSOCIATION

## Payment Coupon

678000551_18.0.0_PRODUCTION_15_28859482: Agency

------------------------------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| Insured: | David Mohun, Kristen Mohun |
| Reference Number: | 000713215-03 |
| Amount Due: | $0.00 |
| **Total Due** | **$0.00** |

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Payment Confirmation for Premium Payment

Thank you for submitting your payment to TWIA for your insurance premium. This email is to confirm that on Apr 12, 2019, you authorized Texas Windstorm Insurance Association to charge the bank account listed below on the scheduled payment date. This transaction will appear on your bank statement as "Texas Windstorm Ins - Prem Pmt".

| | |
|---|---|
| **Payment Confirmation:** | TWIINS000300775 |
| **TWIA Transaction:** | 001590728 |
| **Confirmation Date:** | Apr 12, 2019 |
| **Insured's Name:** | David Mohun |
| **Amount Due:** | $3,165.00 |

---

| | |
|---|---|
| **Total Payment Amount:** | $3,165.00 |
| **Scheduled Payment Date:** | Apr 15, 2019 |

---

| | |
|---|---|
| **Account Holder Name:** | David Mohun |
| **Account Holder Email Address:** | [redacted] |
| **Account Number:** | XXXXXXXXXXXX0939 |
| **Routing Number:** | XXXXXXXX0753 |

If you have questions about this payment, or need assistance, please send an email to accounting@twia.org or call the TWIA Accounting department at 1-800-788-8247.

Thank you for using the TWIA electronic payment system!

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary

## - Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: April 12, 2019
Reference Number: 000713215-03
Expiring Policy Number: TWIA-000713215-02

Transaction Number: T001590728
Transaction Type: Renewal
Proposed Policy Period: Apr 15, 2019 to Apr 15, 2020
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554

**Name & Mailing Address of Insured's Agent:**
Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling*** | | 80% | 2% | $6,660 | | $333,000.00 | $2,856.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554 | | | | | | | |
| | | Risk Item Type: Single Family Dwelling | | | | | | | |
| | | Rate Table: 1 Frame (F) | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good | | | | | | | |
| | | Construction - Date: 01/17/1992; WPI-8 Issued? Yes | | | | | | | |
| | | Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes | | | | | | | |
| | | Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes | | | | | | | |
| | | ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes | | | | | | | |
| | | MSB#: Mohun; Actual Cash Value: $248,319.00; Replacement Cost: $333,000.00 | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $179.00 | | | | 365 | | |
| | | Indirect Loss | $115.00 | | | | 320 | | |
| | | Deductible 2% | -$893.00 | | | | | | |
| | | *Item #1-A forms:* 320 220 800 | | | | | | | |
| | | *Companion Policy Information:* | | | | | | | |
| | | Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00 | | | | | | | |
| | | Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company | | | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$433,000.00** | **$3,165.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$3,165.00** |

Applicant's Signature ______________________ Date ____________

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| | | Amount of Insurance: $311,000.00 | | | | | |
| 1 | B | ***Description: Personal Property located at:***<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F) | Nil | 2% \| $2,000 | | $100,000.00 | $309.00 |
| | | *Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | |
| | | Personal Property Replacement Cost $19.00 | | | 365 | | |
| | | Indirect Loss $12.00 | | | 320 | | |
| | | Deductible 2% -$91.00 | | | | | |
| | | *Item #1-B forms:* 320 365 | | | | | |
| | | *Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company<br>Amount of Insurance: $311,000.00 | | | | | |
| | | - -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- - | | | | | |

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.

TWIA 003035

# Residential Declarations Page

**Texas Windstorm Insurance Association**

**P.O. Box 99090 Austin, Texas 78709-9090**

Policy Number: TWIA-000713215-03

Policy Period: Apr 15, 2019, to Apr 15, 2020
12:01 A.M. Standard Time at the property location

**Name and Mailing Address of Agent:**

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**Name and Mailing Address of Insured:**

David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554

**Early cancellation may result in approximately 25% of your premium being retained by Texas Windstorm Insurance Association.**

**This policy will be subject to an immediate surcharge if determined necessary by the Texas Insurance Commissioner. Failure to pay the surcharge will result in cancellation of the policy.**

**Insured :** David Mohun

## COVERAGES - Windstorm and Hail Only

In consideration of the stipulations and conditions herein or added hereto which are made a part of this policy, and of the premiums provided, TWIA does insure the insured named above and legal representatives FROM the inception date shown above TO the expiration date shown above at 12:01 A.M. Standard Time at the location of property against direct loss resulting from the perils of Windstorm and Hail only which have a premium inserted opposite thereto and only on the property described and located as provided hereon.

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling*** | | 80% | 2% | $6,660 | | $333,000.00 | $2,856.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $179.00 | | | | 365 | | |
| | | Indirect Loss | $115.00 | | | | 320 | | |
| | | Deductible 2% | -$893.00 | | | | | | |
| | | *Item #1-A forms:* 320 220 800 | | | | | | | |
| 1 | B | ***Description: Personal Property located at:*** | | Nil | 2% | $2,000 | | $100,000.00 | $309.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $19.00 | | | | 365 | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$433,000.00** | **$3,165.00** |
| **Total Surcharges:** | | $0.00 |
| **Total Premium + Total Surcharges:** | | **$3,165.00** |

**Original**


TWIA_MOHUN_UW_000314

(This policy contains two parts. To be valid, both parts must be combined and the policy countersigned by the Texas Windstorm Insurance Association.)

TWIA 003036

**COVERAGES - Windstorm and Hail Only** **Attached to and forming part of Policy Number: TWIA-000713215-03**

In consideration of the stipulations and conditions herein or added hereto which are made a part of this policy, and of the premiums provided, TWIA does insure the insured named above and legal representatives FROM the inception date shown above TO the expiration date shown above at 12:01 A.M. Standard Time at the location of property against direct loss resulting from the perils of Windstorm and Hail only which have a premium inserted opposite thereto and only on the property described and located as provided hereon.

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|
| | | Indirect Loss | $12.00 | | | 320 | | |
| | | Deductible 2% | -$91.00 | | | | | |
| | | *Item #1-B forms:* 320 365 | | | | | | |
| | | - -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- - | | | | | | |



(This policy contains two parts. To be valid, both parts must be combined and the policy countersigned by the Texas Windstorm Insurance Association.)

TEXAS WINDSTORM INSURANCE ASSOCIATION

# TWIA Privacy Policy

Protecting your privacy is important to us. We want you to understand what information we collect and how we use it. This notice sets forth our policy for the collection, use, and security of your nonpublic personal financial information.

**Information Collected**
As a part of our business, we may collect "nonpublic personal financial information" about you in order to provide a financial product or service to you. This includes information we receive from you on applications or other forms, information about your transactions with us or others, and information we receive from a consumer reporting agency.

**Information Disclosure**
We may disclose the following kinds of nonpublic personal financial information about you:

- Information we receive from you on application or other forms such as your name, address or other information; and
- Information about your transactions with us such as your policy coverage, limits of liability and premiums.

**Disclosure to Third Parties**
We may disclose nonpublic personal information about you to the following types of third parties:

- Insurers that are eligible under TWIA's clearinghouse process and procedures and have agreed to abide by TWIA's policies regarding use of the disclosed information and researchers.

We may also disclose nonpublic personal financial information about you to nonaffiliated third parties as permitted by law.

**Option to Limit Disclosure**
If you prefer that we not disclose nonpublic personal financial information about you to nonaffiliated third parties, you may direct us not to make those disclosures (other than disclosures permitted by law). Your option to request we not disclose nonpublic personal financial information about you will apply to the windstorm insurance coverage you have obtained from us.

If you wish to limit disclosure, you must complete the enclosed form and return it to TWIA within 30 days of the date this notice was mailed. If you direct us not to disclose nonpublic personal financial information about you (other than as permitted by law), your election will apply to all named insureds on the policy.

If you do not wish to limit disclosure, no action on your part is required.

**Our Security Procedures**
We restrict access to nonpublic personal financial information about you to those persons who need to know that information, to provide products or services to you and disclose such information only for legitimate business or legal reasons. We maintain physical, electronic, and procedural safeguards that comply with federal regulations and applicable state law to protect your nonpublic personal financial information.

This notice has been provided to you pursuant to the Gramm-Leach-Bliley Act and the rules of the Texas Department of Insurance, which require a financial institution, such as an insurer, to notify customers of its privacy practices and procedures on an annual basis.

**Texas Windstorm Insurance Association**
5700 South MoPac Expressway, Building A, Austin, Texas 78749
P.O. Box 99090, Austin, Texas 78709-9090
800-788-8247 / Fax 512-899-4950

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Texas Windstorm Insurance Association
# Disclosure Limitation Reply Form

If you do not want your nonpublic personal financial information disclosed by the Texas Windstorm Insurance Association, please complete the information below and mail the completed form to:

Texas Windstorm Insurance Association
Disclosure Opt Out
P O Box 99090
Austin TX 78709-9090

____ I want to limit the nonpublic personal financial information the Texas Windstorm Insurance Association discloses about me to third parties.

Insured's name: David Mohun

Policy number: TWIA-000713215

Insured's signature: ______________________________

Date: ______________________________

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Clarifying Language Regarding Mold, Fungi, and Other Microorganisms

Please read the following:
All Texas Windstorm Insurance Association (TWIA) policies issued after March 1, 2003 have a clarification added to the exclusion section of the policy. Please read the exclusion below, titled Mold Fungi, or Other Microorganisms. If you have questions relating to this clarification, please call your agent or TWIA at 1-800-788-8247.

This endorsement modifies insurance provided under each policy form listed below:

TWIA Dwelling Policy
TWIA Commercial Policy
TWIA Texas Special Mobile Home Windstorm and Hail Insurance Policy

The following exclusion is added to each policy form as follows:

Exclusion 9. to the TWIA Dwelling Policy,
Exclusion 10. to the TWIA Commercial Policy,
After the second paragraph of SECTION III - SPECIFIC COVERAGE CONDITIONS to the TWIA Texas Special Mobile Home Windstorm and Hail Insurance Policy.

## Mold, Fungi, or Other Microorganisms:

a. Fungi or mold and other microorganisms when used in the policy or in this exclusion means the presence, growth, proliferation, spread or any activity of fungi or mold and other microorganisms.

This exclusion also applies to the cost:

(1) To remove fungi or mold and other microorganisms from covered property covered under this Texas Windstorm Insurance Association policy.
(2) To tear out and replace any part of the building or other covered property as needed to gain access to the fungi or mold and other microorganisms; and
(3) Of testing of air or property to confirm the absense, presence or level of fungi or mold and other microorganisms;

b. This exclusion applies unless the fungi or mold and other microorganisms are located upon the portion of covered property which must be repaired or replaced because of direct physical damage resulting from sudden and accidental wind or hail which would otherwise be covered under this policy. For purposes of this exclusion, sudden and accidental shall include a loss event that is hidden or concealed for a period of time until it is detectable. A hidden loss must be reported to us no later than 30 days after the date it was detected or should have been detected.

c. However, the exception to the exclusion described in b. above does not include:

(1) the cost to treat, contain, remove or dispose of the fungi or mold and other microorganisms beyond that which is required to repair or replace the covered property physically damaged by water;
(2) the cost of any testing of air or property to confirm the absence, presence or level of fungi, mold and other microorganisms whether performed prior to, during or after the removal, repair, restoration or replacement;
(3) the cost of any decontamination of the covered property covered under this Texas Windstorm Insurance Association policy;
(4) any increase in loss under this Texas Windstorm Insurance Association policy related to loss of use, debris removal, additional living expense, or diminution in value resulting from c. (1), (2), and (3).

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Making Repairs in the Event of a Loss

In the event of a loss, first and foremost, continue to ensure the safety of you and your family. If there is any major structural damage, call authorities before entering the building. After you have filed a claim, make temporary repairs to protect your property.

## Temporary Repairs

After a loss, make temporary repairs as quickly as possible to prevent further damage.

- Before tearing out, removing, or covering over damaged property or debris, take pictures or videotape if possible. Keep any damaged property until the adjuster sees it and approves of disposal.
- Board broken windows, cover openings with a tarp or plastic to prevent additional water damage, and stop interior leaks. Dry out water damaged and wet areas immediately.
- Keep invoices and receipts for your temporary repairs. If your loss is covered by the policy, reasonable costs for temporary repairs are covered.
- Do not make permanent repairs, such as roof replacement or asphalt patches, until the adjuster has made an inspection. The adjuster needs to be able to see the damage and determine if it is from windstorm or hail.

## Permanent Repairs

Whether or not you ultimately have a covered claim, you may need to make permanent structural repairs to your property. To be eligible for insurance through TWIA, many structural repairs must be certified by a Texas Department of Insurance (TDI) appointed qualified inspector or by a Texas licensed professional engineer.

Certificates of Compliance (WPI-8 or WPI-8-C) are issued to certify compliance with the applicable windstorm building code for the area. Without a Certificate of Compliance, TWIA lacks evidence that the structure conforms to the applicable building code, and the structure may be considered ineligible for coverage with TWIA. The WPI-8 certification inspections are done before and during the repair process, if completed by a TDI inspector.

For more information about eligibility requirements, visit www.twia.org/windstorm-certification-requirements. The TDI website provides a list of repairs that do not require inspection and certification. For more information or to contact someone with the TDI Windstorm Inspections Program, you can call 800-248-6032 or go to the TDI website at www.tdi.state.tx.us.

TEXAS WINDSTORM INSURANCE ASSOCIATION

## How to File a Claim

Please keep this informational sheet in an easily-accessible place or in your emergency contacts file.
Write down your policy number here: ___________________________

## Ways to File a Claim

- Call TWIA's 24-hour Claims Center at 800-788-8247
- Visit www.twia.org/ClaimsCenter to report a new claim or check the status of an existing claim from your computer or any mobile device
- Contact your agent

## Information You Will Need to File Your Claim

- Your TWIA policy number
- The best contact information to reach you
- Brief details of what was damaged and how it happened

## After You File a Claim

- Make temporary repairs to protect your property (see "Making Repairs in the Event of a Loss"). Save receipts. Do not make any permanent repairs until you discuss your claim with a TWIA representative.
- TWIA will send you a letter acknowledging your claim and provide the name of the TWIA representative assigned to help with your claim.
- The TWIA representative will call you to discuss your claim and may schedule an adjuster or other expert to inspect your damaged property.
- In instances where an adjuster or expert inspects the damaged property, they will report their findings and recommendations to TWIA.
- The final decision on your claim will be made by TWIA. You will receive a detailed letter explaining TWIA's decision on your claim.
- If you are due a payment for your loss, a check will be issued and sent to you.

## Information to Provide Your TWIA Representative

- **Inventory:** If coverage is provided on your personal or business personal property, provide an inventory of these damaged items. Include a description and age of each item, its original cost, and the estimated replacement cost.
- **Documentation:** Any documentation of the damage you claim. This includes reports, estimates, invoices, receipts, photos, and videos.
- **Other Claims:** Information on any other water damage, structural damage, or previous repairs, whether due to plumbing leaks, flood, air-conditioning system leaks, foundation settlement, or other sources.
- **Additional Information Requested by TWIA:** Within 30 days after the date your claim is reported, TWIA may send a written request for additional information necessary to resolve your claim. Please promptly provide TWIA with the requested information.

# Texas Windstorm Insurance Association

Windstorm and Hail

## Extensions of Coverage

In consideration of an included additional premium, this policy is extended to provide the following coverages.

**A. Consequential Loss.** Applicable to Primary or Secondary Residences - Dwellings

We cover:

1. property contained in the dwelling or other structure on the described location against loss due to change in temperature as a direct result of physical damage to the dwelling, or any equipment contained in the dwelling, caused by windstorm or hail. The deductible does not apply to this coverage.

2. property contained in the dwelling or other structure on the described location against loss due to change in temperature as a direct result of physical damage to any power, heating or cooling equipment (including connections and supply pipes) not contained in or on the dwelling, caused by windstorm or hail.

   The total limit of liability for the coverage described in A. 2. above is $500.

This is not additional insurance and does not increase the limit of liability for Coverage B (Personal Property).

**B. Additional Living Expense.** Applicable only to Primary Residences - Dwellings

If a covered loss to your Primary Residence caused by windstorm or hail makes your Primary Residence wholly or partially untenantable, we cover additional living expense, meaning any necessary and reasonable increase in living expense you incur so that your household in your Primary Residence can maintain its normal standard of living.

We do not cover expenses that you incur as a result of evacuation or displacement from your Primary Residence due to voluntary or mandatory evacuation, order of civil authority restricting ingress, egress or access, loss or disconnection of utilities, damage or closure of roads, ferries, bridges or infrastructure, or loss that is excluded in the Exclusions of this policy, except to the extent such expenses were incurred because covered damage to your Primary Residence caused by windstorm or hail made your Primary Residence wholly or partially untenantable.

The total limit of liability for all additional living expense is 20% of the limit of liability applicable to Coverage A (Dwelling). This is additional insurance and does not reduce the limit of liability applicable to Coverage A (Dwelling), but the total limit of liability for the Coverage A (Dwelling) limit and the additional living expense limit cannot exceed the maximum limit of liability permitted by law. The deductible does not apply to additional living expense coverage.

Payment will be for the reasonable time required to repair or replace the damage caused by windstorm or hail to your Primary Residence. If you permanently relocate, payment will be for the reasonable time required for your household to become settled. The periods of time for additional living expense are not limited by expiration of this policy.

**C. Wind-Driven Rain Coverage.** Applicable to Primary or Secondary Residences

We cover loss to the dwelling and personal property caused by wind-driven rain whether or not an opening is made in the dwelling by the direct force of wind or hail.

**Primary Residence** means a dwelling where you normally live as your principal residence as of the date of loss and during the majority of the policy period, and that is stipulated as your “Primary Dwelling” on the Residential Declarations Page of this policy.

The coverage provided by these Extensions of Coverage is subject to all other terms, conditions, exclusions, and definitions of the policy to which this endorsement is attached.

# Texas Windstorm Insurance Association

Windstorm and Hail

## Replacement Cost Coverage Endorsement
## Personal Property

In consideration of an included additional premium, policy is amended as follows:

I. This endorsement does not apply to:

A. property which by its inherent nature cannot be replaced;

B. property not maintained in good or workable condition;

C. property, which at the time of loss, is either obsolete or useless to you.

II. Loss Settlement:

A. For covered losses to personal property, we will pay you:

1. The replacement cost of your damaged personal property up to $1,500; and

2. The actual cash value of your remaining damaged personal property not later than the 10th day after we notify you that we will pay the claim.

B. If you repair or replace the damaged personal property within 545 days of the date we notify you of the amount we will pay under Condition 4.b.(2) of the policy, you may make claim for reimbursement on a replacement cost basis for the replacement cost of your personal property exceeding $1,500. Upon completion and documentation of repairs or replacement, we will pay the additional amount claimed under replacement cost coverage, but our liability and payment will not exceed the smallest of the following:

(1) The limit of liability under this policy applicable to the damaged personal property;

(2) The cost to repair or replace the damaged personal property with material of like kind and quality within a reasonable time after the loss; or

(3) The amount actually and necessarily spent to repair or replace the damaged personal property as documented by records, including invoices, bills, statements, and receipts, submitted to us under this endorsement.

C. We will make any payment required by part II.B. not later than the 10th day after your completion and documentation of repairs or replacement.

D. If you dispute the additional amount we pay for the repair or replacement of the damaged personal property under part II.C. of this endorsement, you may request that this amount be determined by appraisal under Condition 11 of the policy. You must demand an appraisal no later than the 60th day after the date we make payment under part II.C..

This Replacement Cost Coverage will not apply unless you have, at the inception date of this policy or at the time of loss, replacement cost coverage in effect on the same property and in the same amount or more, under a companion dwelling, homeowners, farm and ranch owners, or tenant policy to which a windstorm and hail exclusion agreement endorsement is also attached.

All other provisions of the policy, including any applicable deductible, not in conflict with this endorsement remain unchanged. However, if this policy provides replacement cost for the building in which your personal property is located, the exclusion of Replacement Cost Coverage of carpeting and cloth awnings is deleted.

**Prescribed by the Texas Department of Insurance**
**Form No. TWIA - 365 - Replacement Cost Personal Property**
**Effective: November 27, 2011**

**Texas Windstorm Insurance Association**

Windstorm and Hail

# Automatic Adjusted Building Cost Endorsement

It is agreed that the limit of liability on the attached policy for **Coverage A, Dwelling** shall be revised annually by a percentage established by a building cost index, applied to your policy at renewal. The revised limit of liability will be rounded up to the next $1000, subject to the maximum limit of liability permitted by law. You have the right to request modification of this change in the limit of liability.

If your limit of liability change at renewal differs from the revised limit resulting from application of this endorsement, your request will take effect at the inception of the renewal, provided that it is received prior to the beginning of the policy renewal date. Requests for a limit of liability change received after inception of the policy will be processed as an endorsement to the policy, and will not become effective prior to the date received by TWIA.

The limits of liability for Additional Living Expense and other, optional extensions of coverage that are based on the limit of liability for the Dwelling, if applicable, will also be adjusted subject to the maximum limit of liability permitted by law.

It is your responsibility to review your coverage regularly and make sure your dwelling limit of liability is adequate to repair or replace your insured property. This endorsement and any changes that result from it do not guarantee that you will have adequate coverage. Only you can determine the appropriate amount of coverage.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

# Important Notice Regarding the Automatic Adjusted Building Cost Endorsement and your Dwelling Limit of Liability

This notice provides you with an explanation of endorsement, TWIA-220 Automatic Adjusted Building Cost Endorsement that is attached to your policy. The endorsement **automatically adjusts your dwelling limit of liability if your policy is renewed**. This notice **is not** part of your policy. To understand your rights and duties under the policy, please refer to and read the actual language in your policy, including all endorsements forming a part of your policy.

**What changed:** Upon renewal, the coverage amount (limit of liability) for your dwelling will be increased by a percentage that is established by a building cost index for your area. The adjusted limit of liability will be rounded up to the next $1000. The dwelling limit is subject to the maximum limit of liability permitted by law.

The percentage increase in the dwelling limit of liability is established annually. It will be applied to the limit of liability for your dwelling at each renewal. The percentage increase is only an adjustment for inflation to the dwelling limit of liability on your expiring policy and does not ensure that your dwelling is adequately insured for the dwelling's full replacement cost. You should consult with your agent to determine the appropriate amount of coverage for your dwelling.

The automatically adjusted dwelling limit of liability is shown on the renewal application that is sent to your agent approximately 60 days before expiration of your policy.

**Your right/duty:** You have the right to request modification of the automatically adjusted dwelling limit of liability.

If you request modification of the adjusted dwelling limit of liability, your request will take effect on the date a renewal policy becomes effective if it is received by TWIA prior to the effective date of a renewal policy. Your agent must include a valid Marshall & Swift/Boeckh replacement cost calculation with your request to modify the adjusted dwelling limit of liability. Requests for a modification of the adjusted dwelling limit of liability that are received by TWIA on or after the effective date of a renewal policy will become effective the date the request is received by TWIA.

**Other changes:** The limits of liability for Additional Living Expense and other, optional extensions of coverage that are based on the limit of liability for the dwelling, if applicable, will also be adjusted, subject to the maximum limit of liability permitted by law.

**Review your coverage:** It is your responsibility to review your coverage regularly and make sure your dwelling limit of liability is adequate to repair or replace your insured property. This endorsement and any changes that result from it do not guarantee that you will have adequate coverage. Only you can determine the appropriate amount of coverage. Endorsement TWIA-220 does not automatically renew your policy.

You should contact your agent for assistance with renewal of the policy and determining the appropriate amount of coverage.

TWIA 003046

**Texas Windstorm Insurance Association**

Windstorm and Hail

## Amendatory Endorsement

COVERAGES, PROPERTY NOT COVERED is amended to add storm doors as follows:
We do not cover:
Unless specifically described in the Declarations:
a. Cloth awnings.
b. Greenhouses and their contents.
c. Metal screen enclosures and their contents.
d. Building or structures located wholly or partially over water and their contents.
e. Radio and television towers.
f. Outside satellite dishes, masts and antennas, including lead-in wiring.
g. Windmills and wind chargers.
h. Storm doors.



TWIA_MOHUN_UW_000325

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
Kristen Mohun
22306 Isle View Dr
Galveston, TX 77554

# Policy Lapse Notice

| | |
|---|---|
| Date: | March 9, 2019 |
| Policy Number: | TWIA-000713215-02 |
| Insured: | David Mohun, Kristen Mohun |
| Property Location: | 22306 Isle View Drive<br>Galveston, TX 77554 |

Dear David Mohun, Kristen Mohun,

Your Texas Windstorm Insurance Association (TWIA) policy # 000713215-02 is no longer in force, and you may not have coverage.

If you still need coverage with TWIA, you may reapply by contacting a Texas licensed agent. According to our records, your agent's information is:

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024
(713) 395-7773

If you have any questions, please contact your agent or call us at (800) 788-8247. You may also visit our website at www.twia.org.

Sincerely,

Texas Windstorm Insurance Association

Copy: Steven Wayne Boessling

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
Kristen Mohun
22306 Isle View Dr
Galveston, TX 77554

# Policy Expiration Notice

Date: January 14, 2019
Policy Number: TWIA-000713215-02
Named Insured: David Mohun, Kristen Mohun
Expiration Date: February 27, 2019 (12:01 AM Central Time at the property location)
Agent's Name: Steven Wayne Boessling
Agent's Address: 8955 Katy Frwy Ste 206, Houston TX 77024
Agent's Phone: 713-395-7773

Dear David Mohun, Kristen Mohun,

We want to make sure you are aware that your policy will expire on February 27, 2019 at 12:01 AM Central Time. It will not automatically renew. To renew this policy, your insurance agent must send TWIA your payment and policy renewal information before the policy expiration date. If your agent has not already contacted you about policy renewal, we encourage you to contact them as soon as possible to avoid a lapse in coverage. You may contact your agent at 713-395-7773.

If your policy is renewed, TWIA will mail you a policy packet outlining its coverage and terms. If your policy is allowed to expire, TWIA will mail you a Lapse Notice letter informing you that coverage is no longer in effect.

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property Description |
|---|---|---|
| 1 | A | *Property Description: Single Family Dwelling*<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554 |
| 1 | B | *Description: Personal Property located at:*<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554 |
| | | - -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- - |

For assistance, please call Steven Wayne Boessling at 713-395-7773 or TWIA at 1-800-788-8247.

We value your feedback! Tell us about your experience with TWIA by completing our policyholder survey located at https://www.surveymonkey.com/s/TWIAPolicy.

Sincerely,

Texas Windstorm Insurance Association

Copy: Steven Wayne Boessling

# Residential Renewal Application Notice

**Texas Windstorm Insurance Association**

## - Log in to Policy Center to submit application -

Reference Number: 000713215-03

Requested Renewal Period: Feb 27, 2019, to Feb 27, 2020
12:01 A.M. Standard Time at the property location

**Name and Mailing Address of Insured:**

David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554

**Name and Mailing Address of Agent:**

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**Insured :** David Mohun

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling*** | | 80% | 2% | $6,660 | | $333,000.00 | $2,856.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Actual Cash Value: $248,319.00, Replacement Cost: $333,000.00, Square Footage: 3122, Year Built: 1992 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $179.00 | | | | 365 | | |
| | | Indirect Loss | $115.00 | | | | 320 | | |
| | | Deductible 2% | -$893.00 | | | | | | |
| | | *Item #1-A forms:* 320 220 800 | | | | | | | |
| 1 | B | ***Description: Personal Property located at:*** | | Nil | 2% | $2,000 | | $100,000.00 | $309.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Square Footage: 3122, Year Built: 1992 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $19.00 | | | | 365 | | |
| | | Indirect Loss | $12.00 | | | | 320 | | |
| | | Deductible 2% | -$91.00 | | | | | | |
| | | *Item #1-B forms:* 320 365 | | | | | | | |
| | | - -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- - | | | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$433,000.00** | **$3,165.00** |
| **Total Surcharges:** | | $0.00 |
| **Total Premium + Total Surcharges:** | | **$3,165.00** |

## RENEWAL INFORMATION

Renewal Applications are not binding or guaranteed by TWIA. Premium or policy conditions are subject to change and may affect final policy issuance. The renewal application is meant to be a preliminary indication of forms and rates. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect uninterrupted coverage. Continuous coverage will not be bound unless the Renewal Application is submitted to TWIA via the policy administration system with payment prior to February 27, 2019.

IMPORTANT LEGAL NOTICES:

### Evidence of Declination:

An agent submitting a Renewal Application as an offer for insurance with TWIA is responsible for obtaining evidence of a current declination for wind and hail property coverage from a standard market insurer, excluding surplus lines carriers, every three calendar years. With the act of submitting the online Renewal Application for property coverage with TWIA, I, the insured's agent, acting on behalf of the insured, acknowledge I am in possession of the required proof of prior declination for wind and hail property coverage, and it is my intent to keep record of that document. This evidence of a prior declination must be made available to TWIA, if specifically requested.

NOTE: The declination may either be:
- a refusal to offer new or renewal wind and hail coverage on the property, or
- a refusal to offer basic insurance sought by the applicant that is substantially equivalent to that offered by TWIA.

For example, the lowest deductible offered by a standard market company is greater than that which can be obtained from TWIA. (See TWIA Declination Worksheet posted under Documents & Downloads on the TWIA website.)

### Flood Insurance Requirement:

An agent submitting a Renewal Application as an offer for insurance with TWIA is responsible for verifying that a current, in-force flood policy is in effect for the term of the TWIA policy, when required. With the act of submitting a Renewal for property coverage with TWIA, I, the insured's agent, acting on behalf of the insured, acknowledge I am in possession of the required evidence of a companion flood insurance policy that provides coverage during the term of the TWIA policy, and it is my intent to keep record of that documentation. This evidence of an in-force flood policy must be made available to TWIA, if specifically requested. Flood coverage is required for structures constructed, altered, remodeled, or enlarged on or after September 1, 2009, that are located in flood zones V, VE, and V1-V30. The flood insurance requirement does not extend to structures being repaired. (See TWIA Flood Worksheet posted under Documents & Downloads on the TWIA website.)

### 90 Day Minimum Retained Premium:

Please note that cancellation of the policy will result in a pro-rata refund, subject to a policy minimum retained premium in an amount equal to 90 days or $100, whichever is greater. The minimum retained premium is fully earned on the effective date of the policy.

Surcharges are not subject to commission and are non-refundable.

Date Generated: December 29, 2018

TEXAS WINDSTORM INSURANCE ASSOCIATION

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

# Billing Statement

| | |
|---|---|
| Date: | February 7, 2018 |
| Policy Number: | 000713215-02 |
| Insured: | David Mohun, Kristen Mohun |
| Property Location: | 22306 Isle View Drive<br>Galveston, TX 77554 |

There is no balance due on this policy at this time.

| Date Processed | Transaction Type | Reference # | Description | Due Date | Amount |
|---|---|---|---|---|---|
| 01/25/2018 | Payment | 00229 | Check | -- | -$3,156.00 |
| 02/07/2018 | Premium | 1002229258 | Policy Issuance | 03/29/2018 | $3,156.00 |
| | | | | **Total Due** | **$0.00** |

Payments received will be applied to the oldest balance first. If you have questions regarding this statement, please call 1-800-788-8247.

Total due does not include pending transactions.

**Texas Windstorm Insurance Association**
5700 South MoPac Expressway, Building A, Austin, Texas 78749
P.O. Box 99090, Austin, Texas 78709-9090
800-788-8247 / Fax 512-899-4950

TEXAS WINDSTORM INSURANCE ASSOCIATION

## Payment Coupon

678000551_18.0.0_PRODUCTION_15_21139879: Agency

---

| | |
|---|---|
| Insured: | David Mohun, Kristen Mohun |
| Reference Number: | 000713215-02 |
| Amount Due: | $0.00 |
| **Total Due** | **$0.00** |

# Residential Declarations Page

**Texas Windstorm Insurance Association**

**P.O. Box 99090 Austin, Texas 78709-9090**

Policy Number: TWIA-000713215-02

Policy Period: Feb 27, 2018, to Feb 27, 2019
12:01 A.M. Standard Time at the property location

**Name and Mailing Address of Agent:**

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**Name and Mailing Address of Insured:**

David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554

**Early cancellation may result in approximately 25% of your premium being retained by Texas Windstorm Insurance Association.**

**This policy will be subject to an immediate surcharge if determined necessary by the Texas Insurance Commissioner. Failure to pay the surcharge will result in cancellation of the policy.**

**Insured :** David Mohun

## COVERAGES - Windstorm and Hail Only

In consideration of the stipulations and conditions herein or added hereto which are made a part of this policy, and of the premiums provided, TWIA does insure the insured named above and legal representatives FROM the inception date shown above TO the expiration date shown above at 12:01 A.M. Standard Time at the location of property against direct loss resulting from the perils of Windstorm and Hail only which have a premium inserted opposite thereto and only on the property described and located as provided hereon.

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling*** | | 80% | 2% | $6,640 | | $332,000.00 | $2,847.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $178.00 | | | | 365 | | |
| | | Indirect Loss | $115.00 | | | | 320 | | |
| | | Deductible 2% | -$890.00 | | | | | | |
| | | *Item #1-A forms:* 320 220 800 | | | | | | | |
| 1 | B | ***Description: Single Family Dwelling located at:*** | | Nil | 2% | $2,000 | | $100,000.00 | $309.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $19.00 | | | | 365 | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$432,000.00** | **$3,156.00** |
| **Total Surcharges:** | | $0.00 |
| **Total Premium + Total Surcharges:** | | **$3,156.00** |

**Original**

**Part 1, Page 1 of 2**

(This policy contains two parts. To be valid, both parts must be combined and the policy countersigned by the Texas Windstorm Insurance Association.)

**COVERAGES - Windstorm and Hail Only** **Attached to and forming part of Policy Number: TWIA-000713215-02**

In consideration of the stipulations and conditions herein or added hereto which are made a part of this policy, and of the premiums provided, TWIA does insure the insured named above and legal representatives FROM the inception date shown above TO the expiration date shown above at 12:01 A.M. Standard Time at the location of property against direct loss resulting from the perils of Windstorm and Hail only which have a premium inserted opposite thereto and only on the property described and located as provided hereon.

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|
| | | Indirect Loss | $12.00 | | | 320 | | |
| | | Deductible 2% | -$91.00 | | | | | |
| | | *Item #1-B forms:* 320 365 | | | | | | |
| | | - -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- - | | | | | | |



(This policy contains two parts. To be valid, both parts must be combined and the policy countersigned by the Texas Windstorm Insurance Association.)

TEXAS WINDSTORM INSURANCE ASSOCIATION

# TWIA Privacy Policy

Protecting your privacy is important to us. We want you to understand what information we collect and how we use it. This notice sets forth our policy for the collection, use, and security of your nonpublic personal financial information.

**Information Collected**
As a part of our business, we may collect "nonpublic personal financial information" about you in order to provide a financial product or service to you. This includes information we receive from you on applications or other forms, information about your transactions with us or others, and information we receive from a consumer reporting agency.

**Information Disclosure**
We may disclose the following kinds of nonpublic personal financial information about you:

- Information we receive from you on application or other forms such as your name, address or other information; and
- Information about your transactions with us such as your policy coverage, limits of liability and premiums.

**Disclosure to Third Parties**
We may disclose nonpublic personal information about you to the following types of third parties:

- Insurers that are eligible under TWIA's clearinghouse process and procedures and have agreed to abide by TWIA's policies regarding use of the disclosed information and researchers.

We may also disclose nonpublic personal financial information about you to nonaffiliated third parties as permitted by law.

**Option to Limit Disclosure**
If you prefer that we not disclose nonpublic personal financial information about you to nonaffiliated third parties, you may direct us not to make those disclosures (other than disclosures permitted by law). Your option to request we not disclose nonpublic personal financial information about you will apply to the windstorm insurance coverage you have obtained from us.

If you wish to limit disclosure, you must complete the enclosed form and return it to TWIA within 30 days of the date this notice was mailed. If you direct us not to disclose nonpublic personal financial information about you (other than as permitted by law), your election will apply to all named insureds on the policy.

If you do not wish to limit disclosure, no action on your part is required.

**Our Security Procedures**
We restrict access to nonpublic personal financial information about you to those persons who need to know that information, to provide products or services to you and disclose such information only for legitimate business or legal reasons. We maintain physical, electronic, and procedural safeguards that comply with federal regulations and applicable state law to protect your nonpublic personal financial information.

This notice has been provided to you pursuant to the Gramm-Leach-Bliley Act and the rules of the Texas Department of Insurance, which require a financial institution, such as an insurer, to notify customers of its privacy practices and procedures on an annual basis.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Texas Windstorm Insurance Association
# Disclosure Limitation Reply Form

If you do not want your nonpublic personal financial information disclosed by the Texas Windstorm Insurance Association, please complete the information below and mail the completed form to:

Texas Windstorm Insurance Association
Disclosure Opt Out
P O Box 99090
Austin TX 78709-9090

____ I want to limit the nonpublic personal financial information the Texas Windstorm Insurance Association discloses about me to third parties.

Insured's name: David Mohun

Policy number: TWIA-000713215-02

Insured's signature: ______________________________

Date: ______________________________

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Clarifying Language Regarding Mold, Fungi, and Other Microorganisms

Please read the following:
All Texas Windstorm Insurance Association (TWIA) policies issued after March 1, 2003 have a clarification added to the exclusion section of the policy. Please read the exclusion below, titled Mold Fungi, or Other Microorganisms. If you have questions relating to this clarification, please call your agent or TWIA at 1-800-788-8247.

This endorsement modifies insurance provided under each policy form listed below:

TWIA Dwelling Policy
TWIA Commercial Policy
TWIA Texas Special Mobile Home Windstorm and Hail Insurance Policy

The following exclusion is added to each policy form as follows:

Exclusion 9. to the TWIA Dwelling Policy,
Exclusion 10. to the TWIA Commercial Policy,
After the second paragraph of SECTION III - SPECIFIC COVERAGE CONDITIONS to the TWIA Texas Special Mobile Home Windstorm and Hail Insurance Policy.

## Mold, Fungi, or Other Microorganisms:

a. Fungi or mold and other microorganisms when used in the policy or in this exclusion means the presence, growth, proliferation, spread or any activity of fungi or mold and other microorganisms.

This exclusion also applies to the cost:

(1) To remove fungi or mold and other microorganisms from covered property covered under this Texas Windstorm Insurance Association policy.
(2) To tear out and replace any part of the building or other covered property as needed to gain access to the fungi or mold and other microorganisms; and
(3) Of testing of air or property to confirm the absense, presence or level of fungi or mold and other microorganisms;

b. This exclusion applies unless the fungi or mold and other microorganisms are located upon the portion of covered property which must be repaired or replaced because of direct physical damage resulting from sudden and accidental wind or hail which would otherwise be covered under this policy. For purposes of this exclusion, sudden and accidental shall include a loss event that is hidden or concealed for a period of time until it is detectable. A hidden loss must be reported to us no later than 30 days after the date it was detected or should have been detected.

c. However, the exception to the exclusion described in b. above does not include:

(1) the cost to treat, contain, remove or dispose of the fungi or mold and other microorganisms beyond that which is required to repair or replace the covered property physically damaged by water;
(2) the cost of any testing of air or property to confirm the absence, presence or level of fungi, mold and other microorganisms whether performed prior to, during or after the removal, repair, restoration or replacement;
(3) the cost of any decontamination of the covered property covered under this Texas Windstorm Insurance Association policy;
(4) any increase in loss under this Texas Windstorm Insurance Association policy related to loss of use, debris removal, additional living expense, or diminution in value resulting from c. (1), (2), and (3).

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Making Repairs in the Event of a Loss

In the event of a loss, first and foremost, continue to ensure the safety of you and your family. If there is any major structural damage, call authorities before entering the building. After you have filed a claim, make temporary repairs to protect your property.

## Temporary Repairs

After a loss, make temporary repairs as quickly as possible to prevent further damage.

- Before tearing out, removing, or covering over damaged property or debris, take pictures or videotape if possible. Keep any damaged property until the adjuster sees it and approves of disposal.
- Board broken windows, cover openings with a tarp or plastic to prevent additional water damage, and stop interior leaks. Dry out water damaged and wet areas immediately.
- Keep invoices and receipts for your temporary repairs. If your loss is covered by the policy, reasonable costs for temporary repairs are covered.
- Do not make permanent repairs, such as roof replacement or asphalt patches, until the adjuster has made an inspection. The adjuster needs to be able to see the damage and determine if it is from windstorm or hail.

## Permanent Repairs

Whether or not you ultimately have a covered claim, you may need to make permanent structural repairs to your property. To be eligible for insurance through TWIA, many structural repairs must be certified by a Texas Department of Insurance (TDI) appointed qualified inspector or by a Texas licensed professional engineer.

Certificates of Compliance (WPI-8 or WPI-8-C) are issued to certify compliance with the applicable windstorm building code for the area. Without a Certificate of Compliance, TWIA lacks evidence that the structure conforms to the applicable building code, and the structure may be considered ineligible for coverage with TWIA. The WPI-8 certification inspections are done before and during the repair process, if completed by a TDI inspector.

For more information about eligibility requirements, visit www.twia.org/windstorm-certification-requirements. The TDI website provides a list of repairs that do not require inspection and certification. For more information or to contact someone with the TDI Windstorm Inspections Program, you can call 800-248-6032 or go to the TDI website at www.tdi.state.tx.us.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# How to File a Claim

Please keep this informational sheet in an easily-accessible place or in your emergency contacts file.
Write down your policy number here: ______________________________

## Ways to File a Claim

- Call TWIA's 24-hour Claims Center at 800-788-8247
- Visit www.twia.org/ClaimsCenter to report a new claim or check the status of an existing claim from your computer or any mobile device
- Contact your agent

## Information You Will Need to File Your Claim

- Your TWIA policy number
- The best contact information to reach you
- Brief details of what was damaged and how it happened

## After You File a Claim

- Make temporary repairs to protect your property (see "Making Repairs in the Event of a Loss"). Save receipts. Do not make any permanent repairs until you discuss your claim with a TWIA representative.
- TWIA will send you a letter acknowledging your claim and provide the name of the TWIA representative assigned to help with your claim.
- The TWIA representative will call you to discuss your claim and may schedule an adjuster or other expert to inspect your damaged property.
- In instances where an adjuster or expert inspects the damaged property, they will report their findings and recommendations to TWIA.
- The final decision on your claim will be made by TWIA. You will receive a detailed letter explaining TWIA's decision on your claim.
- If you are due a payment for your loss, a check will be issued and sent to you.

## Information to Provide Your TWIA Representative

- **Inventory:** If coverage is provided on your personal or business personal property, provide an inventory of these damaged items. Include a description and age of each item, its original cost, and the estimated replacement cost.
- **Documentation:** Any documentation of the damage you claim. This includes reports, estimates, invoices, receipts, photos, and videos.
- **Other Claims:** Information on any other water damage, structural damage, or previous repairs, whether due to plumbing leaks, flood, air-conditioning system leaks, foundation settlement, or other sources.
- **Additional Information Requested by TWIA:** Within 30 days after the date your claim is reported, TWIA may send a written request for additional information necessary to resolve your claim. Please promptly provide TWIA with the requested information.

**Texas Windstorm Insurance Association**
5700 South MoPac Expressway, Building A, Austin, Texas 78749
P.O. Box 99090, Austin, Texas 78709-9090
800-788-8247 / Fax 512-899-4950

# Texas Windstorm Insurance Association

Windstorm and Hail

## Extensions of Coverage

In consideration of an included additional premium, this policy is extended to provide the following coverages.

**A.** **Consequential Loss.** Applicable to Primary or Secondary Residences - Dwellings

We cover:

1. property contained in the dwelling or other structure on the described location against loss due to change in temperature as a direct result of physical damage to the dwelling, or any equipment contained in the dwelling, caused by windstorm or hail. The deductible does not apply to this coverage.

2. property contained in the dwelling or other structure on the described location against loss due to change in temperature as a direct result of physical damage to any power, heating or cooling equipment (including connections and supply pipes) not contained in or on the dwelling, caused by windstorm or hail.

   The total limit of liability for the coverage described in A. 2. above is $500.

This is not additional insurance and does not increase the limit of liability for Coverage B (Personal Property).

**B.** **Additional Living Expense.** Applicable only to Primary Residences - Dwellings

If a covered loss to your Primary Residence caused by windstorm or hail makes your Primary Residence wholly or partially untenantable, we cover additional living expense, meaning any necessary and reasonable increase in living expense you incur so that your household in your Primary Residence can maintain its normal standard of living.

We do not cover expenses that you incur as a result of evacuation or displacement from your Primary Residence due to voluntary or mandatory evacuation, order of civil authority restricting ingress, egress or access, loss or disconnection of utilities, damage or closure of roads, ferries, bridges or infrastructure, or loss that is excluded in the Exclusions of this policy, except to the extent such expenses were incurred because covered damage to your Primary Residence caused by windstorm or hail made your Primary Residence wholly or partially untenantable.

The total limit of liability for all additional living expense is 20% of the limit of liability applicable to Coverage A (Dwelling). This is additional insurance and does not reduce the limit of liability applicable to Coverage A (Dwelling), but the total limit of liability for the Coverage A (Dwelling) limit and the additional living expense limit cannot exceed the maximum limit of liability permitted by law. The deductible does not apply to additional living expense coverage.

Payment will be for the reasonable time required to repair or replace the damage caused by windstorm or hail to your Primary Residence. If you permanently relocate, payment will be for the reasonable time required for your household to become settled. The periods of time for additional living expense are not limited by expiration of this policy.

**C.** **Wind-Driven Rain Coverage.** Applicable to Primary or Secondary Residences

We cover loss to the dwelling and personal property caused by wind-driven rain whether or not an opening is made in the dwelling by the direct force of wind or hail.

**Primary Residence** means a dwelling where you normally live as your principal residence as of the date of loss and during the majority of the policy period, and that is stipulated as your "Primary Dwelling" on the Residential Declarations Page of this policy.

The coverage provided by these Extensions of Coverage is subject to all other terms, conditions, exclusions, and definitions of the policy to which this endorsement is attached.

# Texas Windstorm Insurance Association
Windstorm and Hail

## Replacement Cost Coverage Endorsement
## Personal Property

In consideration of an included additional premium, policy is amended as follows:

I. This endorsement does not apply to:

A. property which by its inherent nature cannot be replaced;

B. property not maintained in good or workable condition;

C. property, which at the time of loss, is either obsolete or useless to you.

II. Loss Settlement:

A. For covered losses to personal property, we will pay you:

1. The replacement cost of your damaged personal property up to $1,500; and

2. The actual cash value of your remaining damaged personal property not later than the 10th day after we notify you that we will pay the claim.

B. If you repair or replace the damaged personal property within 545 days of the date we notify you of the amount we will pay under Condition 4.b.(2) of the policy, you may make claim for reimbursement on a replacement cost basis for the replacement cost of your personal property exceeding $1,500. Upon completion and documentation of repairs or replacement, we will pay the additional amount claimed under replacement cost coverage, but our liability and payment will not exceed the smallest of the following:

(1) The limit of liability under this policy applicable to the damaged personal property;

(2) The cost to repair or replace the damaged personal property with material of like kind and quality within a reasonable time after the loss; or

(3) The amount actually and necessarily spent to repair or replace the damaged personal property as documented by records, including invoices, bills, statements, and receipts, submitted to us under this endorsement.

C. We will make any payment required by part II.B. not later than the 10th day after your completion and documentation of repairs or replacement.

D. If you dispute the additional amount we pay for the repair or replacement of the damaged personal property under part II.C. of this endorsement, you may request that this amount be determined by appraisal under Condition 11 of the policy. You must demand an appraisal no later than the 60th day after the date we make payment under part II.C..

This Replacement Cost Coverage will not apply unless you have, at the inception date of this policy or at the time of loss, replacement cost coverage in effect on the same property and in the same amount or more, under a companion dwelling, homeowners, farm and ranch owners, or tenant policy to which a windstorm and hail exclusion agreement endorsement is also attached.

All other provisions of the policy, including any applicable deductible, not in conflict with this endorsement remain unchanged. However, if this policy provides replacement cost for the building in which your personal property is located, the exclusion of Replacement Cost Coverage of carpeting and cloth awnings is deleted.

**Texas Windstorm Insurance Association**
Windstorm and Hail

# Automatic Adjusted Building Cost Endorsement

It is agreed that the limit of liability on the attached policy for **Coverage A, Dwelling** shall be revised annually by a percentage established by a building cost index, applied to your policy at renewal. The revised limit of liability will be rounded up to the next $1000, subject to the maximum limit of liability permitted by law. You have the right to request modification of this change in the limit of liability.

If your limit of liability change at renewal differs from the revised limit resulting from application of this endorsement, your request will take effect at the inception of the renewal, provided that it is received prior to the beginning of the policy renewal date. Requests for a limit of liability change received after inception of the policy will be processed as an endorsement to the policy, and will not become effective prior to the date received by TWIA.

The limits of liability for Additional Living Expense and other, optional extensions of coverage that are based on the limit of liability for the Dwelling, if applicable, will also be adjusted subject to the maximum limit of liability permitted by law.

It is your responsibility to review your coverage regularly and make sure your dwelling limit of liability is adequate to repair or replace your insured property. This endorsement and any changes that result from it do not guarantee that you will have adequate coverage. Only you can determine the appropriate amount of coverage.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Important Notice Regarding the Automatic Adjusted Building Cost Endorsement and your Dwelling Limit of Liability

This notice provides you with an explanation of endorsement, TWIA-220 Automatic Adjusted Building Cost Endorsement that is attached to your policy. The endorsement **automatically adjusts your dwelling limit of liability if your policy is renewed**. This notice **is not** part of your policy. To understand your rights and duties under the policy, please refer to and read the actual language in your policy, including all endorsements forming a part of your policy.

**What changed:** Upon renewal, the coverage amount (limit of liability) for your dwelling will be increased by a percentage that is established by a building cost index for your area. The adjusted limit of liability will be rounded up to the next $1000. The dwelling limit is subject to the maximum limit of liability permitted by law.

The percentage increase in the dwelling limit of liability is established annually. It will be applied to the limit of liability for your dwelling at each renewal. The percentage increase is only an adjustment for inflation to the dwelling limit of liability on your expiring policy and does not ensure that your dwelling is adequately insured for the dwelling's full replacement cost. You should consult with your agent to determine the appropriate amount of coverage for your dwelling.

The automatically adjusted dwelling limit of liability is shown on the renewal application that is sent to your agent approximately 60 days before expiration of your policy.

**Your right/duty:** You have the right to request modification of the automatically adjusted dwelling limit of liability.

If you request modification of the adjusted dwelling limit of liability, your request will take effect on the date a renewal policy becomes effective if it is received by TWIA prior to the effective date of a renewal policy. Your agent must include a valid Marshall & Swift/Boeckh replacement cost calculation with your request to modify the adjusted dwelling limit of liability. Requests for a modification of the adjusted dwelling limit of liability that are received by TWIA on or after the effective date of a renewal policy will become effective the date the request is received by TWIA.

**Other changes:** The limits of liability for Additional Living Expense and other, optional extensions of coverage that are based on the limit of liability for the dwelling, if applicable, will also be adjusted, subject to the maximum limit of liability permitted by law.

**Review your coverage:** It is your responsibility to review your coverage regularly and make sure your dwelling limit of liability is adequate to repair or replace your insured property. This endorsement and any changes that result from it do not guarantee that you will have adequate coverage. Only you can determine the appropriate amount of coverage. Endorsement TWIA-220 does not automatically renew your policy.

You should contact your agent for assistance with renewal of the policy and determining the appropriate amount of coverage.

TWIA 003064

**Texas Windstorm Insurance Association**

Windstorm and Hail

## Amendatory Endorsement

COVERAGES, PROPERTY NOT COVERED is amended to add storm doors as follows:
We do not cover:
Unless specifically described in the Declarations:
a. Cloth awnings.
b. Greenhouses and their contents.
c. Metal screen enclosures and their contents.
d. Building or structures located wholly or partially over water and their contents.
e. Radio and television towers.
f. Outside satellite dishes, masts and antennas, including lead-in wiring.
g. Windmills and wind chargers.
h. Storm doors.



**TWIA_MOHUN_UW_000343**

TEXAS WINDSTORM INSURANCE ASSOCIATION

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

# Billing Statement

Date: January 26, 2018
Policy Number: TWIA-000713215-01
Insured: David Mohun, Kristen Mohun
Property Location: 22306 Isle View Drive
Galveston, TX 77554

There is no balance due on this policy at this time.

| Date Processed | Transaction Type | Reference # | Description | Due Date | Amount |
|---|---|---|---|---|---|
| 02/27/2017 | Payment | 00199 | Check | -- | -$2,999.00 |
| 03/01/2017 | Premium | 1001920142 | Policy Issuance | 03/31/2017 | $2,999.00 |
| | | | | **Total Due** | **$0.00** |

Payments received will be applied to the oldest balance first. If you have questions regarding this statement, please call 1-800-788-8247.

Total due does not include pending transactions.

TEXAS WINDSTORM INSURANCE ASSOCIATION

## Payment Coupon

678000551_18.0.0_PRODUCTION_15_20874131: Agency

------------------------------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| Insured: | David Mohun, Kristen Mohun |
| Reference Number: | 000713215-01 |
| Amount Due: | $0.00 |
| **Total Due** | **$0.00** |

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
Kristen Mohun
22306 Isle View Dr
Galveston, TX 77554

# Policy Expiration Notice

Date: January 14, 2018
Policy Number: TWIA-000713215-01
Named Insured: David Mohun, Kristen Mohun
Expiration Date: February 27, 2018 (12:01 AM Central Time at the property location)
Agent's Name: Steven Wayne Boessling
Agent's Address: 8955 Katy Frwy Ste 206, Houston TX 77024
Agent's Phone: 713-395-7773

Dear David Mohun, Kristen Mohun,

**Your policy will expire on February 27, 2018 at 12:01 AM Central Time; it does not automatically renew.**

In order to renew your policy coverage, your agent must submit the payment and renewal application to TWIA before February 27, 2018. We encourage you to contact your agent to avoid a lapse in coverage.

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property Description |
|---|---|---|
| 1 | A | *Property Description: Single Family Dwelling*<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554 |
| 1 | B | *Description: Personal Property located at:*<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554 |
| | | - -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -- - |

For assistance, please call Steven Wayne Boessling at 713-395-7773 or TWIA at 1-800-788-8247.

We value your feedback! Tell us about your experience with TWIA by completing our policyholder survey located at https://www.surveymonkey.com/s/TWIAPolicy.

Sincerely,

Texas Windstorm Insurance Association

Copy: Steven Wayne Boessling

**Texas Windstorm Insurance Association**
5700 South MoPac Expressway, Building A, Austin, Texas 78749
P.O. Box 99090, Austin, Texas 78709-9090
800-788-8247 / Fax 512-899-4950

David Mohun
22306 Isle View dr
Galveston TX, 77554

**1st Notice**

| | |
|---|---|
| **Amount Due**: | $3,156.00 |
| **Due Date:** | 01/12/2018 |

**Date:** 12/29/2017
**Reference Number:** 000713215-02
**Insured:** David Mohun, Kristen Mohun
**Requested Policy Period:** 02/27/2018 to 02/27/2019

See attached for complete property description and coverage details.

| Description | Premium | Amount Due |
|---|---|---|
| 22306 Isle View Drive, Galveston, TX, 77554 | $3,156.00 | |
| **Total Premium** | $3,156.00 | $3,156.00 |
| | | |
| **Amount Due** | | $3,156.00 |

**MAKE CHECKS PAYABLE TO**

Texas Windstorm Insurance Association

Coverage will not be bound until the application and payment are received by Texas Windstorm Insurance Association.

**Additional Notes**

**This document was generated by your agent, payment should be mailed to your agent at the address above.**

678000760_17.0.0_PRODUCTION_27_20232741: Agency

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary

## - Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: December 29, 2017
Reference Number: 000713215-02
Expiring Policy Number: TWIA-000713215-01

Transaction Number: T001187815
Transaction Type: Renewal
Proposed Policy Period: Feb 27, 2018 to Feb 27, 2019
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554

**Name & Mailing Address of Insured's Agent:**
Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling***<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F) | 80% | 2% \| $6,640 | | $332,000.00 | $2,847.00 |
| | | *Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun; Actual Cash Value: $248,319.00; Replacement Cost: $332,000.00 | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | |
| | | Personal Property Replacement Cost $178.00 | | | 365 | | |
| | | Indirect Loss $115.00 | | | 320 | | |
| | | Deductible 2% -$890.00 | | | | | |
| | | *Item #1-A forms:* 320 220 800 | | | | | |
| | | *Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$432,000.00** | **$3,156.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$3,156.00** |

Applicant's Signature ____________________ Date __________

Case 3:26-cv-00271 Document 1-16 Filed 08/13/26 in TXSD Page 70 of 200
TWIA 003070

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| | | Amount of Insurance: $311,000.00 | | | | | |
| 1 | B | ***Description: Personal Property located at:***<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F) | Nil | 2% \| $2,000 | | $100,000.00 | $309.00 |
| | | *Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | |
| | | Personal Property Replacement Cost $19.00 | | | 365 | | |
| | | Indirect Loss $12.00 | | | 320 | | |
| | | Deductible 2% -$91.00 | | | | | |
| | | *Item #1-B forms:* 320 365 | | | | | |
| | | *Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company<br>Amount of Insurance: $311,000.00 | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.


TWIA_MOHUN_UW_000349

TEXAS WINDSTORM INSURANCE ASSOCIATION

## Payment Coupon

Please print and detach the payment coupon below and mail to TWIA with a check for the full amount due. Once payment and payment coupon are received, your application will be processed according to TWIA underwriting guidelines.

678000551_18.0.0_PRODUCTION_10_20232608: Agency

------------------------------------------------------------

**Please detach and return this portion with your payment.**

| | |
|---|---|
| Insured: | David Mohun, Kristen Mohun |
| Reference Number: | 000713215-02 |
| Amount Due: | $3,156.00 |
| **Total Due** | **$3,156.00** |

Please indicate the reference number on your check.

**Make checks payable, and remit payment to:** **Texas Windstorm Insurance Association**
**P.O. Box 99090**
**Austin, Texas 78709-9090**

W000713215020000000315600

TWIA 003072

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary

## - Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: December 29, 2017
Reference Number: 000713215-02
Expiring Policy Number: TWIA-000713215-01

Transaction Number: T001187815
Transaction Type: Renewal
Proposed Policy Period: Feb 27, 2018 to Feb 27, 2019
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554

**Name & Mailing Address of Insured's Agent:**
Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling***<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F) | 80% | 2% \| $6,640 | | $332,000.00 | $2,847.00 |
| | | *Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun; Actual Cash Value: $248,319.00; Replacement Cost: $332,000.00 | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | |
| | | Personal Property Replacement Cost $178.00 | | | 365 | | |
| | | Indirect Loss $115.00 | | | 320 | | |
| | | Deductible 2% -$890.00 | | | | | |
| | | *Item #1-A forms:* 320 220 800 | | | | | |
| | | *Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$432,000.00** | **$3,156.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$3,156.00** |

Applicant's Signature ______________________ Date __________


TWIA_MOHUN_UW_000351

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| | | Amount of Insurance: $311,000.00 | | | | | |
| 1 | B | ***Description: Personal Property located at:***<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun<br>*Adjustment amounts included in the premium for each item:* | Nil | 2% \| $2,000 | | $100,000.00 | $309.00 |
| | | Personal Property Replacement Cost $19.00 | | | 365 | | |
| | | Indirect Loss $12.00 | | | 320 | | |
| | | Deductible 2% -$91.00 | | | | | |
| | | *Item #1-B forms:* 320 365<br>*Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company<br>Amount of Insurance: $311,000.00 | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.

David Mohun
22306 Isle View dr
Galveston TX, 77554

**1st Notice**

| | |
|---|---|
| **Amount Due**: | $3,156.00 |
| **Due Date:** | 01/12/2018 |

**Date:** 12/29/2017
**Reference Number:** 000713215-02
**Insured:** David Mohun, Kristen Mohun
**Requested Policy Period:** 02/27/2018 to 02/27/2019

See attached for complete property description and coverage details.

| Description | Premium | Amount Due |
|---|---|---|
| 22306 Isle View Drive, Galveston, TX, 77554 | $3,156.00 | |
| **Total Premium** | $3,156.00 | $3,156.00 |
| | | |
| **Amount Due** | | $3,156.00 |

**MAKE CHECKS PAYABLE TO**

Texas Windstorm Insurance Association

Coverage will not be bound until the application and payment are received by Texas Windstorm Insurance Association.

**Additional Notes**

---

**This document was generated by your agent, payment should be mailed to your agent at the address above.**

678000760_17.0.0_PRODUCTION_27_20231514: Agency

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary

## - Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: December 29, 2017
Reference Number: 000713215-02
Expiring Policy Number: TWIA-000713215-01

Transaction Number: T001187815
Transaction Type: Renewal
Proposed Policy Period: Feb 27, 2018 to Feb 27, 2019
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554

**Name & Mailing Address of Insured's Agent:**
Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling***<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun; Actual Cash Value: $248,319.00; Replacement Cost: $332,000.00 | 80% | 2% \| $6,640 | | $332,000.00 | $2,847.00 |
| | | *Adjustment amounts included in the premium for each item:* | | | | | |
| | | Personal Property Replacement Cost $178.00 | | | 365 | | |
| | | Indirect Loss $115.00 | | | 320 | | |
| | | Deductible 2% -$890.00 | | | | | |
| | | *Item #1-A forms:* 320 220 800 | | | | | |
| | | *Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$432,000.00** | **$3,156.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$3,156.00** |

Applicant's Signature ____________________ Date __________

Case 3:26-cv-00271 Document 1-16 Filed 08/13/26 in TXSD Page 76 of 200
TWIA 003076

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| | | Amount of Insurance: $311,000.00 | | | | | |
| 1 | B | ***Description: Personal Property located at:*** 22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun | Nil | 2% \| $2,000 | | $100,000.00 | $309.00 |
| | | *Adjustment amounts included in the premium for each item:* | | | | | |
| | | Personal Property Replacement Cost $19.00 | | | 365 | | |
| | | Indirect Loss $12.00 | | | 320 | | |
| | | Deductible 2% -$91.00 | | | | | |
| | | *Item #1-B forms:* 320 365 | | | | | |
| | | *Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company<br>Amount of Insurance: $311,000.00 | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.


TWIA_MOHUN_UW_000355

TWIA 003077

# Residential Renewal Application Notice

**Texas Windstorm Insurance Association**

## - Log in to Policy Center to submit application -

Reference Number: 000713215-02

Requested Renewal Period: Feb 27, 2018, to Feb 27, 2019
12:01 A.M. Standard Time at the property location

**Name and Mailing Address of Insured:**

David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554

**Name and Mailing Address of Agent:**

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**Insured :** David Mohun

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling*** | | 80% | 2% | $6,640 | | $332,000.00 | $2,847.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Actual Cash Value: $248,319.00, Replacement Cost: $332,000.00, Square Footage: 3122, Year Built: 1992 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $178.00 | | | | 365 | | |
| | | Indirect Loss | $115.00 | | | | 320 | | |
| | | Deductible 2% | -$890.00 | | | | | | |
| | | *Item #1-A forms:* 320 220 800 | | | | | | | |
| 1 | B | ***Description: Single Family Dwelling located at:*** | | Nil | 2% | $2,000 | | $100,000.00 | $309.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Square Footage: 3122, Year Built: 1992 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $19.00 | | | | 365 | | |
| | | Indirect Loss | $12.00 | | | | 320 | | |
| | | Deductible 2% | -$91.00 | | | | | | |
| | | *Item #1-B forms:* 320 365 | | | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$432,000.00** | **$3,156.00** |
| **Total Surcharges:** | | $0.00 |
| **Total Premium + Total Surcharges:** | | **$3,156.00** |

**Renewal Application Notice - Not a binder or a Policy**


TWIA_MOHUN_UW_000356

## RENEWAL INFORMATION

Renewal Applications are not binding or guaranteed by TWIA. Premium or policy conditions are subject to change and may affect final policy issuance. The renewal application is meant to be a preliminary indication of forms and rates. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect uninterrupted coverage. Continuous coverage will not be bound unless the Renewal Application is submitted to TWIA via the policy administration system with payment prior to February 27, 2018.

IMPORTANT LEGAL NOTICES:

### Evidence of Declination:

An agent submitting a Renewal Application as an offer for insurance with TWIA is responsible for obtaining evidence of a current declination for wind and hail property coverage from a standard market insurer, excluding surplus lines carriers, every three calendar years. With the act of submitting the online Renewal Application for property coverage with TWIA, I, the insured's agent, acting on behalf of the insured, acknowledge I am in possession of the required proof of prior declination for wind and hail property coverage, and it is my intent to keep record of that document. This evidence of a prior declination must be made available to TWIA, if specifically requested.

NOTE: The declination may either be:
- a refusal to offer new or renewal wind and hail coverage on the property, or
- a refusal to offer basic insurance sought by the applicant that is substantially equivalent to that offered by TWIA.

For example, the lowest deductible offered by a standard market company is greater than that which can be obtained from TWIA. (See TWIA Declination Worksheet posted under Documents & Downloads on the TWIA website.)

### Flood Insurance Requirement:

An agent submitting a Renewal Application as an offer for insurance with TWIA is responsible for verifying that a current, in-force flood policy is in effect for the term of the TWIA policy, when required. With the act of submitting a Renewal for property coverage with TWIA, I, the insured's agent, acting on behalf of the insured, acknowledge I am in possession of the required evidence of a companion flood insurance policy that provides coverage during the term of the TWIA policy, and it is my intent to keep record of that documentation. This evidence of an in-force flood policy must be made available to TWIA, if specifically requested. Flood coverage is required for structures constructed, altered, remodeled, or enlarged on or after September 1, 2009, that are located in flood zones V, VE, and V1-V30. The flood insurance requirement does not extend to structures being repaired. (See TWIA Flood Worksheet posted under Documents & Downloads on the TWIA website.)

### 90 Day Minimum Retained Premium:

Please note that cancellation of the policy will result in a pro-rata refund, subject to a policy minimum retained premium in an amount equal to 90 days or $100, whichever is greater. The minimum retained premium is fully earned on the effective date of the policy.

Surcharges are not subject to commission and are non-refundable.

Date Generated: December 29, 2017

TEXAS WINDSTORM INSURANCE ASSOCIATION

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

# Billing Statement

Date: March 1, 2017
Policy Number: TWIA-000713215-01
Insured: David Mohun, Kristen Mohun
Property Location: 22306 Isle View Drive
Galveston, TX 77554

There is no balance due on this policy at this time.

| Date Processed | Transaction Type | Reference # | Description | Due Date | Amount |
|---|---|---|---|---|---|
| 02/27/2017 | Payment | 00199 | Check | -- | -$2,999.00 |
| 03/01/2017 | Premium | 1001920142 | Policy Issuance | 03/31/2017 | $2,999.00 |
| | | | | **Total Due** | **$0.00** |

Payments received will be applied to the oldest balance first. If you have questions regarding this statement, please call 1-800-788-8247.

Total due does not include pending transactions.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Payment Coupon

678000551_18.0.0_PRODUCTION_15_10369164: Agency

-----------------------------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| Insured: | David Mohun, Kristen Mohun |
| Reference Number: | 000713215-01 |
| Amount Due: | $0.00 |
| **Total Due** | **$0.00** |

TEXAS WINDSTORM INSURANCE ASSOCIATION

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

# Billing Statement

Date: March 1, 2017
Policy Number: TWIA-000713215-01
Insured: David Mohun, Kristen Mohun
Property Location: 22306 Isle View Drive
Galveston, TX 77554

There is no balance due on this policy at this time.

| Date Processed | Transaction Type | Reference # | Description | Due Date | Amount |
|---|---|---|---|---|---|
| 02/27/2017 | Payment | 00199 | Check | -- | -$2,999.00 |
| 03/01/2017 | Premium | 1001920142 | Policy Issuance | 03/31/2017 | $2,999.00 |
| | | | | **Total Due** | **$0.00** |

Payments received will be applied to the oldest balance first. If you have questions regarding this statement, please call 1-800-788-8247.

Total due does not include pending transactions.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Payment Coupon

678000551_18.0.0_PRODUCTION_15_10368735: Agency

-----------------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| Insured: | David Mohun, Kristen Mohun |
| Reference Number: | 000713215-01 |
| Amount Due: | $0.00 |
| **Total Due** | **$0.00** |

# Residential Declarations Page

**Texas Windstorm Insurance Association**

**P.O. Box 99090 Austin, Texas 78709-9090**

Policy Number: TWIA-000713215-01

Policy Period: Feb 27, 2017, to Feb 27, 2018
12:01 A.M. Standard Time at the property location

**Name and Mailing Address of Agent:**

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**Name and Mailing Address of Insured:**

David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554

**Early cancellation may result in approximately 25% of your premium being retained by Texas Windstorm Insurance Association.**

**This policy will be subject to an immediate surcharge if determined necessary by the Texas Insurance Commissioner. Failure to pay the surcharge will result in cancellation of the policy.**

**Insured :** David Mohun

## COVERAGES - Windstorm and Hail Only

In consideration of the stipulations and conditions herein or added hereto which are made a part of this policy, and of the premiums provided, TWIA does insure the insured named above and legal representatives FROM the inception date shown above TO the expiration date shown above at 12:01 A.M. Standard Time at the location of property against direct loss resulting from the perils of Windstorm and Hail only which have a premium inserted opposite thereto and only on the property described and located as provided hereon.

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % \| | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling*** | | 80% | 2% | $6,622 | | $331,092.00 | $2,705.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $169.00 | | | | 365 | | |
| | | Indirect Loss | $109.00 | | | | 320 | | |
| | | Deductible 2% | -$845.00 | | | | | | |
| | | *Item #1-A forms:* 320 220 800 | | | | | | | |
| 1 | B | ***Description: Single Family Dwelling located at:*** | | Nil | 2% | $2,000 | | $100,000.00 | $294.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $18.00 | | | | 365 | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$431,092.00** | **$2,999.00** |
| **Total Surcharges:** | | $0.00 |
| **Total Premium + Total Surcharges:** | | **$2,999.00** |

**Original**





(This policy contains two parts. To be valid, both parts must be combined and the policy countersigned by the Texas Windstorm Insurance Association.)

**COVERAGES - Windstorm and Hail Only** **Attached to and forming part of Policy Number: TWIA-000713215-01**

In consideration of the stipulations and conditions herein or added hereto which are made a part of this policy, and of the premiums provided, TWIA does insure the insured named above and legal representatives FROM the inception date shown above TO the expiration date shown above at 12:01 A.M. Standard Time at the location of property against direct loss resulting from the perils of Windstorm and Hail only which have a premium inserted opposite thereto and only on the property described and located as provided hereon.

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|
| | | Indirect Loss | $12.00 | | | 320 | | |
| | | Deductible 2% | -$87.00 | | | | | |
| | | *Item #1-B forms:* 320 365 | | | | | | |
| | | - -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- - | | | | | | |



(This policy contains two parts. To be valid, both parts must be combined and the policy countersigned by the Texas Windstorm Insurance Association.)

TWIA 003085

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Important information about Replacement Cost Coverage

*This letter is intended to provide policyholders information to better understand their TWIA coverage.*

You must be insured to 80% or more of the full replacement cost of your home at the time of loss to qualify for Replacement Cost Coverage. This is often referred to as the Insurance to Value (ITV) Ratio.

**Why is Replacement Cost Coverage important?** If you qualify for Replacement Cost Coverage, you qualify to receive payment for the full amount of repairs, less your deductible and subject to your policy limits. If you do not qualify for replacement cost coverage, your policy benefits may not cover the full cost of your repairs in the event of a loss.

As part of the application process, your agent prepared an estimate for the replacement cost of your home. Based on data provided to TWIA by your agent and from other independent sources, the estimated replacement cost of your home is $331,092. This is the estimated amount that would be necessary to rebuild your home in the event of a total loss. This estimate should be used to determine the amount of insurance needed for your home.

The below table illustrates the effect that this amount has on your eligibility for Replacement Cost Coverage based on your current insurance amount.

| Location Address | Insurance Amount | Estimated Replacement Cost 1 | ITV Ratio | Qualifies for Replacement Cost Coverage 2 |
|---|---|---|---|---|
| 22306 Isle View Drive, Galveston, TX, 77554 | $331,092 | $331,092 | 100% | Yes |

If your ITV Ratio in the above table is less than 80% you may not meet the criteria to qualify for Replacment Cost Coverage in the event of a loss, including both full and partial losses.

It is important to provide your agent accurate information about your property, including information about updates, repairs, or additions. Any changes to the property could affect the full replacement cost of your home; this in turn would affect the amount of insurance you need in order to maintain replacement cost coverage and ensure that you have adequate coverage for potential losses.

***It is always a good idea to review your coverage amounts with your agent regularly to be sure that you have the coverage amount you need.***

For more information on Replacement Cost Coverage requirements, refer to your policy, visit our Insurance to Value information page at www.TWIA.org/ITV/, discuss with your agent, or call us at 800-788-8247.

1. The Replacement Cost value is an initial estimate based on information provided by your agent and obtained from other independent sources.
2. In the event of a loss, TWIA will recalculate the Replacement Cost during the claim process. There is a possibility that the new Replacement Cost could differ to an extent that the costs to repair damage to your home no longer qualify for Replacement Cost Coverage.

This notice is for information only and does not become a part or condition of the insurance policy.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# TWIA Privacy Policy

Protecting your privacy is important to us. We want you to understand what information we collect and how we use it. This notice sets forth our policy for the collection, use, and security of your nonpublic personal financial information.

**Information Collected**

As a part of our business, we may collect "nonpublic personal financial information" about you in order to provide a financial product or service to you. This includes information we receive from you on applications or other forms, information about your transactions with us or others, and information we receive from a consumer reporting agency.

**Information Disclosure**

We may disclose the following kinds of nonpublic personal financial information about you:

- Information we receive from you on application or other forms such as your name, address or other information; and
- Information about your transactions with us such as your policy coverage, limits of liability and premiums.

**Disclosure to Third Parties**

We may disclose nonpublic personal information about you to the following types of third parties:

- Insurers that are eligible under TWIA's clearinghouse process and procedures and have agreed to abide by TWIA's policies regarding use of the disclosed information and researchers.

We may also disclose nonpublic personal financial information about you to nonaffiliated third parties as permitted by law.

**Option to Limit Disclosure**

If you prefer that we not disclose nonpublic personal financial information about you to nonaffiliated third parties, you may direct us not to make those disclosures (other than disclosures permitted by law). Your option to request we not disclose nonpublic personal financial information about you will apply to the windstorm insurance coverage you have obtained from us.

If you wish to limit disclosure, you must complete the enclosed form and return it to TWIA within 30 days of the date this notice was mailed. If you direct us not to disclose nonpublic personal financial information about you (other than as permitted by law), your election will apply to all named insureds on the policy.

If you do not wish to limit disclosure, no action on your part is required.

**Our Security Procedures**

We restrict access to nonpublic personal financial information about you to those persons who need to know that information, to provide products or services to you and disclose such information only for legitimate business or legal reasons. We maintain physical, electronic, and procedural safeguards that comply with federal regulations and applicable state law to protect your nonpublic personal financial information.

This notice has been provided to you pursuant to the Gramm-Leach-Bliley Act and the rules of the Texas Department of Insurance, which require a financial institution, such as an insurer, to notify customers of its privacy practices and procedures on an annual basis.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Texas Windstorm Insurance Association
# Disclosure Limitation Reply Form

If you do not want your nonpublic personal financial information disclosed by the Texas Windstorm Insurance Association, please complete the information below and mail the completed form to:

Texas Windstorm Insurance Association
Disclosure Opt Out
P O Box 99090
Austin TX 78709-9090

____ I want to limit the nonpublic personal financial information the Texas Windstorm Insurance Association discloses about me to third parties.

Insured's name: David Mohun

Policy number: TWIA-000713215-01

Insured's signature: ______________________________

Date: ______________________________

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Clarifying Language Regarding Mold, Fungi, and Other Microorganisms

Please read the following:
All Texas Windstorm Insurance Association (TWIA) policies issued after March 1, 2003 have a clarification added to the exclusion section of the policy. Please read the exclusion below, titled Mold Fungi, or Other Microorganisms. If you have questions relating to this clarification, please call your agent or TWIA at 1-800-788-8247.

This endorsement modifies insurance provided under each policy form listed below:

TWIA Dwelling Policy
TWIA Commercial Policy
TWIA Texas Special Mobile Home Windstorm and Hail Insurance Policy

The following exclusion is added to each policy form as follows:

Exclusion 9. to the TWIA Dwelling Policy,
Exclusion 10. to the TWIA Commercial Policy,
After the second paragraph of SECTION III - SPECIFIC COVERAGE CONDITIONS to the TWIA Texas Special Mobile Home Windstorm and Hail Insurance Policy.

## Mold, Fungi, or Other Microorganisms:

a. Fungi or mold and other microorganisms when used in the policy or in this exclusion means the presence, growth, proliferation, spread or any activity of fungi or mold and other microorganisms.

This exclusion also applies to the cost:

(1) To remove fungi or mold and other microorganisms from covered property covered under this Texas Windstorm Insurance Association policy.
(2) To tear out and replace any part of the building or other covered property as needed to gain access to the fungi or mold and other microorganisms; and
(3) Of testing of air or property to confirm the absense, presence or level of fungi or mold and other microorganisms;

b. This exclusion applies unless the fungi or mold and other microorganisms are located upon the portion of covered property which must be repaired or replaced because of direct physical damage resulting from sudden and accidental wind or hail which would otherwise be covered under this policy. For purposes of this exclusion, sudden and accidental shall include a loss event that is hidden or concealed for a period of time until it is detectable. A hidden loss must be reported to us no later than 30 days after the date it was detected or should have been detected.

c. However, the exception to the exclusion described in b. above does not include:

(1) the cost to treat, contain, remove or dispose of the fungi or mold and other microorganisms beyond that which is required to repair or replace the covered property physically damaged by water;
(2) the cost of any testing of air or property to confirm the absence, presence or level of fungi, mold and other microorganisms whether performed prior to, during or after the removal, repair, restoration or replacement;
(3) the cost of any decontamination of the covered property covered under this Texas Windstorm Insurance Association policy;
(4) any increase in loss under this Texas Windstorm Insurance Association policy related to loss of use, debris removal, additional living expense, or diminution in value resulting from c. (1), (2), and (3).

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Important Notice for Insureds

**Your Texas Windstorm Insurance Association (TWIA) policy covers direct physical loss to the covered property caused by windstorm or hail unless the loss is excluded in the Exclusions. In case of a loss, note the following:**

If a windstorm or hail loss occurs immediately notify your agent:

- **TWIA does not have insurance agents.** Your insurance agent acts only on your behalf and has no right to act or speak on behalf of TWIA.
- Once your agent has filed your claim with TWIA, we will assign your claim to an independent claim adjusting firm in your area.
- TWIA will send you a letter acknowledging your claim and give you the name of the adjusting firm.
- The adjuster will call you for an appointment to inspect the damaged property.
- If you have any questions before an adjuster has contacted you, contact the assigned adjusting firm.

**Temporary Repairs**

Please make temporary repairs and dry-out/protect your property as quickly as possible after a loss to prevent further damage. Do not make permanent repairs, such as a roof replacement or asphalt patches until the adjuster has made an inspection. **The adjuster needs to be able to see the damage** and determine if it is from windstorm or hail.

Before tearing out, removing or covering over damaged property or debris, take pictures or videotapes if possible. Keep any damaged property until the adjuster sees it and approves of disposal.

Cover openings with a tarp or plastic to prevent additional water damage, and dry out water damaged/wet areas immediately.

If your loss is covered by the policy, reasonable costs for temporary repairs are covered, so be sure to keep invoices and receipts.

**You must provide the adjuster with the following information and documentation:**

- **Proof of Loss:** Within 91 days after the date of TWIA's claim acknowledgment, unless we extend the time in writing, you must submit a signed, sworn Proof of Loss form. The TWIA adjuster will provide you with this form.
- **Inventory:** If coverage is provided on your personal property (Dwelling policy) or Business Personal Property (Commercial policy), you must provide a detailed inventory of all damaged or destroyed personal property. Include a description and age of each item, their cost at the time of purchase and their estimated replacement cost today. Again, document with photos if necessary.
- **Documentation:** Provide information and documentation relating to the damage you claim or any other insurance claims you have made relating to the damage. This includes reports, estimates, invoices, receipts, photos, and videos.
- **Other Claims:** Provide information and documentation concerning any other water damage, structural damage and repairs you have had, whether due to plumbing leaks, flood, air-conditioning system leaks, foundation settlement, or other sources.

The adjuster will report their findings to TWIA with their recommendations.

**Texas Windstorm Insurance Association**
5700 South MoPac Expressway, Building A, Austin, Texas 78749
P.O. Box 99090, Austin, Texas 78709-9090
800-788-8247 / Fax 512-899-4950

- **The final decision on your claim will be made by TWIA.**

- If you are due a payment for your loss, a check will be issued and sent to you.

To qualify for insurance through TWIA, most permanent repairs must be inspected by a Texas Department of Insurance (TDI) inspector or by a Texas licensed professional engineer. The TDI inspection must verify compliance with the building codes. The TDI inspector (or engineer) must inspect during the repair/replacement process and will issue a **WPI-8 certificate** when repairs are completed and meet the windstorm code. Please call your county's local Windstorm Inspection Office to make an appointment prior to beginning the repairs, but after materials are delivered to the worksite and the work has been scheduled. You can call 1-800-248-6032 or 512-322-2203 for more details and information about the inspection process or you can go to the TDI website at www.tdi.state.tx.us/. Additional information regarding the Windstorm Inspection Program can be found there.

If you disagree with a decision on your loss, please advise and discuss with the adjuster and submit any additional information and documents you have that support your claim. You may appeal any act, ruling or decision made by TWIA by filing a complaint with the commissioner of insurance not later than the 30th day after the date of that act, ruling, or decision. A hearing, if requested, will be held in the county in which the insured property is located or in Travis County, whichever you choose. In addition, you may bring an action against the association in the county where your covered property is located or in a district court in Travis County. A person may not proceed under both remedies for the same act, ruling, or decision. (Refer to the Dispute Resolution section of your policy for more details.)

**Note:** This page is not a part of your policy and is not intended to be a complete description of all your rights and responsibilities under your policy. Refer to the provision "Duties After Loss" under the CONDITIONS section in your policy for specific policy requirements. This page is not intended to address every provision in your policy.

# Texas Windstorm Insurance Association

Windstorm and Hail

## Extensions of Coverage

In consideration of an included additional premium, this policy is extended to provide the following coverages.

**A. Consequential Loss.** Applicable to Primary or Secondary Residences - Dwellings

We cover:

1. property contained in the dwelling or other structure on the described location against loss due to change in temperature as a direct result of physical damage to the dwelling, or any equipment contained in the dwelling, caused by windstorm or hail. The deductible does not apply to this coverage.

2. property contained in the dwelling or other structure on the described location against loss due to change in temperature as a direct result of physical damage to any power, heating or cooling equipment (including connections and supply pipes) not contained in or on the dwelling, caused by windstorm or hail.

   The total limit of liability for the coverage described in A. 2. above is $500.

This is not additional insurance and does not increase the limit of liability for Coverage B (Personal Property).

**B. Additional Living Expense.** Applicable only to Primary Residences - Dwellings

If a covered loss to your Primary Residence caused by windstorm or hail makes your Primary Residence wholly or partially untenantable, we cover additional living expense, meaning any necessary and reasonable increase in living expense you incur so that your household in your Primary Residence can maintain its normal standard of living.

We do not cover expenses that you incur as a result of evacuation or displacement from your Primary Residence due to voluntary or mandatory evacuation, order of civil authority restricting ingress, egress or access, loss or disconnection of utilities, damage or closure of roads, ferries, bridges or infrastructure, or loss that is excluded in the Exclusions of this policy, except to the extent such expenses were incurred because covered damage to your Primary Residence caused by windstorm or hail made your Primary Residence wholly or partially untenantable.

The total limit of liability for all additional living expense is 20% of the limit of liability applicable to Coverage A (Dwelling). This is additional insurance and does not reduce the limit of liability applicable to Coverage A (Dwelling), but the total limit of liability for the Coverage A (Dwelling) limit and the additional living expense limit cannot exceed the maximum limit of liability permitted by law. The deductible does not apply to additional living expense coverage.

Payment will be for the reasonable time required to repair or replace the damage caused by windstorm or hail to your Primary Residence. If you permanently relocate, payment will be for the reasonable time required for your household to become settled. The periods of time for additional living expense are not limited by expiration of this policy.

**C. Wind-Driven Rain Coverage.** Applicable to Primary or Secondary Residences

We cover loss to the dwelling and personal property caused by wind-driven rain whether or not an opening is made in the dwelling by the direct force of wind or hail.

**Primary Residence** means a dwelling where you normally live as your principal residence as of the date of loss and during the majority of the policy period, and that is stipulated as your “Primary Dwelling” on the Residential Declarations Page of this policy.

The coverage provided by these Extensions of Coverage is subject to all other terms, conditions, exclusions, and definitions of the policy to which this endorsement is attached.

**Texas Windstorm Insurance Association**
Windstorm and Hail

# Replacement Cost Coverage Endorsement
# Personal Property

In consideration of an included additional premium, policy is amended as follows:

I. This endorsement does not apply to:

A. property which by its inherent nature cannot be replaced;

B. property not maintained in good or workable condition;

C. property, which at the time of loss, is either obsolete or useless to you.

II. Loss Settlement:

A. For covered losses to personal property, we will pay you:

1. The replacement cost of your damaged personal property up to $1,500; and

2. The actual cash value of your remaining damaged personal property not later than the 10th day after we notify you that we will pay the claim.

B. If you repair or replace the damaged personal property within 545 days of the date we notify you of the amount we will pay under Condition 4.b.(2) of the policy, you may make claim for reimbursement on a replacement cost basis for the replacement cost of your personal property exceeding $1,500. Upon completion and documentation of repairs or replacement, we will pay the additional amount claimed under replacement cost coverage, but our liability and payment will not exceed the smallest of the following:

(1) The limit of liability under this policy applicable to the damaged personal property;

(2) The cost to repair or replace the damaged personal property with material of like kind and quality within a reasonable time after the loss; or

(3) The amount actually and necessarily spent to repair or replace the damaged personal property as documented by records, including invoices, bills, statements, and receipts, submitted to us under this endorsement.

C. We will make any payment required by part II.B. not later than the 10th day after your completion and documentation of repairs or replacement.

D. If you dispute the additional amount we pay for the repair or replacement of the damaged personal property under part II.C. of this endorsement, you may request that this amount be determined by appraisal under Condition 11 of the policy. You must demand an appraisal no later than the 60th day after the date we make payment under part II.C..

This Replacement Cost Coverage will not apply unless you have, at the inception date of this policy or at the time of loss, replacement cost coverage in effect on the same property and in the same amount or more, under a companion dwelling, homeowners, farm and ranch owners, or tenant policy to which a windstorm and hail exclusion agreement endorsement is also attached.

All other provisions of the policy, including any applicable deductible, not in conflict with this endorsement remain unchanged. However, if this policy provides replacement cost for the building in which your personal property is located, the exclusion of Replacement Cost Coverage of carpeting and cloth awnings is deleted.

**Prescribed by the Texas Department of Insurance**
**Form No. TWIA - 365 - Replacement Cost Personal Property**
**Effective: November 27, 2011**

**Texas Windstorm Insurance Association**
Windstorm and Hail

# Automatic Adjusted Building Cost Endorsement

It is agreed that the limit of liability on the attached policy for **Coverage A, Dwelling** shall be revised annually by a percentage established by a building cost index, applied to your policy at renewal. The revised limit of liability will be rounded up to the next $1000, subject to the maximum limit of liability permitted by law. You have the right to request modification of this change in the limit of liability.

If your limit of liability change at renewal differs from the revised limit resulting from application of this endorsement, your request will take effect at the inception of the renewal, provided that it is received prior to the beginning of the policy renewal date. Requests for a limit of liability change received after inception of the policy will be processed as an endorsement to the policy, and will not become effective prior to the date received by TWIA.

The limits of liability for Additional Living Expense and other, optional extensions of coverage that are based on the limit of liability for the Dwelling, if applicable, will also be adjusted subject to the maximum limit of liability permitted by law.

It is your responsibility to review your coverage regularly and make sure your dwelling limit of liability is adequate to repair or replace your insured property. This endorsement and any changes that result from it do not guarantee that you will have adequate coverage. Only you can determine the appropriate amount of coverage.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Important Notice Regarding the Automatic Adjusted Building Cost Endorsement and your Dwelling Limit of Liability

This notice provides you with an explanation of endorsement, TWIA-220 Automatic Adjusted Building Cost Endorsement that is attached to your policy. The endorsement **automatically adjusts your dwelling limit of liability if your policy is renewed**. This notice **is not** part of your policy. To understand your rights and duties under the policy, please refer to and read the actual language in your policy, including all endorsements forming a part of your policy.

**What changed:** Upon renewal, the coverage amount (limit of liability) for your dwelling will be increased by a percentage that is established by a building cost index for your area. The adjusted limit of liability will be rounded up to the next $1000. The dwelling limit is subject to the maximum limit of liability permitted by law.

The percentage increase in the dwelling limit of liability is established annually. It will be applied to the limit of liability for your dwelling at each renewal. The percentage increase is only an adjustment for inflation to the dwelling limit of liability on your expiring policy and does not ensure that your dwelling is adequately insured for the dwelling's full replacement cost. You should consult with your agent to determine the appropriate amount of coverage for your dwelling.

The automatically adjusted dwelling limit of liability is shown on the renewal application that is sent to your agent approximately 60 days before expiration of your policy.

**Your right/duty:** You have the right to request modification of the automatically adjusted dwelling limit of liability.

If you request modification of the adjusted dwelling limit of liability, your request will take effect on the date a renewal policy becomes effective if it is received by TWIA prior to the effective date of a renewal policy. Your agent must include a valid Marshall & Swift/Boeckh replacement cost calculation with your request to modify the adjusted dwelling limit of liability. Requests for a modification of the adjusted dwelling limit of liability that are received by TWIA on or after the effective date of a renewal policy will become effective the date the request is received by TWIA.

**Other changes:** The limits of liability for Additional Living Expense and other, optional extensions of coverage that are based on the limit of liability for the dwelling, if applicable, will also be adjusted, subject to the maximum limit of liability permitted by law.

**Review your coverage:** It is your responsibility to review your coverage regularly and make sure your dwelling limit of liability is adequate to repair or replace your insured property. This endorsement and any changes that result from it do not guarantee that you will have adequate coverage. Only you can determine the appropriate amount of coverage. Endorsement TWIA-220 does not automatically renew your policy.

You should contact your agent for assistance with renewal of the policy and determining the appropriate amount of coverage.

# Texas Windstorm Insurance Association

Windstorm and Hail

## Amendatory Endorsement

COVERAGES, PROPERTY NOT COVERED is amended to add storm doors as follows:
We do not cover:
Unless specifically described in the Declarations:
a. Cloth awnings.
b. Greenhouses and their contents.
c. Metal screen enclosures and their contents.
d. Building or structures located wholly or partially over water and their contents.
e. Radio and television towers.
f. Outside satellite dishes, masts and antennas, including lead-in wiring.
g. Windmills and wind chargers.
h. Storm doors.

**Prescribed by the Texas Department of Insurance**
**Form No. TWIA - 800 - Amendatory Endorsement**
**Effective: April 1, 2016**

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Payment Coupon

Please print and detach the payment coupon below and mail to TWIA with a check for the full amount due. Once payment and payment coupon are received, your application will be processed according to TWIA underwriting guidelines.

678000551_18.0.0_PRODUCTION_10_10197989: Agency

------------------------------------------------------------------------------------------------------------------------------------------

**Please detach and return this portion with your payment.**

| | |
|---|---|
| Insured: | David Mohun, Kristen Mohun |
| Reference Number: | 000713215-01 |
| Amount Due: | $2,999.00 |
| **Total Due** | **$2,999.00** |

Please indicate the reference number on your check.

**Make checks payable, and remit payment to:** **Texas Windstorm Insurance Association**
**P.O. Box 99090**
**Austin, Texas 78709-9090**

0000713215010000000299900

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary

## - Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: February 16, 2017
Reference Number: 000713215-01

Transaction Number: T000793901
Transaction Type: Submission
Proposed Policy Period: Feb 22, 2017 to Feb 22, 2018
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554

**Name & Mailing Address of Insured's Agent:**
Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling***<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F) | | 80% | 2% | $6,622 | | $331,092.00 | $2,705.00 |
| | | *Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun; Actual Cash Value: $248,319.00; Replacement Cost: $331,092.00 | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $169.00 | | | | 365 | | |
| | | Indirect Loss | $109.00 | | | | 320 | | |
| | | Deductible 2% | -$845.00 | | | | | | |
| | | *Item #1-A forms:* ITV 320 220 800 | | | | | | | |
| | | *Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company | | | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$431,092.00** | **$2,999.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$2,999.00** |

Applicant's Signature ____________________ Date __________

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| | | Amount of Insurance: $311,000.00 | | | | | |
| 1 | B | ***Description: Personal Property located at:***<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F) | Nil | 2% $2,000 | | $100,000.00 | $294.00 |
| | | *Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | |
| | | Personal Property Replacement Cost $18.00 | | | 365 | | |
| | | Indirect Loss $12.00 | | | 320 | | |
| | | Deductible 2% -$87.00 | | | | | |
| | | *Item #1-B forms:* 320 365 | | | | | |
| | | *Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company<br>Amount of Insurance: $311,000.00 | | | | | |
| | | - -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- - | | | | | |

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.

TWIA 003099

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary Preview

## - Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: February 16, 2017
Reference Number: 000713215-01

Transaction Number: T000793901
Transaction Type: Submission
Proposed Policy Period: Feb 22, 2017 to Feb 22, 2018
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554

**Name & Mailing Address of Insured's Agent:**
Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling***<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F) | | 80% | 2% | $6,622 | | $331,092.00 | $2,705.00 |
| | | *Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun; Actual Cash Value: $248,319.00; Replacement Cost: $331,092.00 | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $169.00 | | | | 365 | | |
| | | Indirect Loss | $109.00 | | | | 320 | | |
| | | Deductible 2% | -$845.00 | | | | | | |
| | | *Item #1-A forms:* ITV 320 220 800 | | | | | | | |
| | | *Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company | | | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$431,092.00** | **$2,999.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$2,999.00** |

Applicant's Signature ____________________ Date __________


TWIA_MOHUN_UW_000378

Case 3:26-cv-00271 Document 1-16 Filed 08/13/26 in TXSD Page 100 of 200
TWIA 003100

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % \| Amt | | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| | | Amount of Insurance: $311,000.00 | | | | | | | |
| 1 | B | ***Description: Personal Property located at:***<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F) | | Nil | 2% | $2,000 | | $100,000.00 | $294.00 |
| | | *Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $18.00 | | | | 365 | | |
| | | Indirect Loss | $12.00 | | | | 320 | | |
| | | Deductible 2% | -$87.00 | | | | | | |
| | | *Item #1-B forms:* 320 365 | | | | | | | |
| | | *Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company<br>Amount of Insurance: $311,000.00 | | | | | | | |
| | | - -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- - | | | | | | | |

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.


TWIA_MOHUN_UW_000379

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024
713-395-7773

David Mohun
22306 Isle View dr
Galveston TX, 77554

**1st Notice**

| | |
|---|---|
| **Amount Due**: | $2,999.00 |
| **Due Date:** | 03/02/2017 |

**Date:** 02/16/2017
**Reference Number:** 000713215-01
**Insured:** David Mohun, Kristen Mohun
**Requested Policy Period:** 02/22/2017 to 02/22/2018

See attached for complete property description and coverage details.

| Description | Premium | Amount Due |
|---|---|---|
| 22306 Isle View Drive, Galveston, TX, 77554 | $2,999.00 | |
| **Total Premium** | $2,999.00 | $2,999.00 |
| | | |
| **Amount Due** | | $2,999.00 |

**MAKE CHECKS PAYABLE TO**

Texas Windstorm Insurance Association

Coverage will not be bound until the application and payment are received by Texas Windstorm Insurance Association.

**Additional Notes**

**This document was generated by your agent, payment should be mailed to your agent at the address above.**

678000760_16.0.0_PRODUCTION_27_10140281: Agency

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary Preview

## - Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: February 16, 2017
Reference Number: 000713215-01

Transaction Number: T000793901
Transaction Type: Submission
Proposed Policy Period: Feb 22, 2017 to Feb 22, 2018
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554

**Name & Mailing Address of Insured's Agent:**
Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling***<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F) | 80% | 2% | $6,622 | | $331,092.00 | $2,705.00 |
| | | *Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun; Actual Cash Value: $248,319.00; Replacement Cost: $331,092.00 | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | |
| | | Personal Property Replacement Cost $169.00 | | | | 365 | | |
| | | Indirect Loss $109.00 | | | | 320 | | |
| | | Deductible 2% -$845.00 | | | | | | |
| | | *Item #1-A forms:* ITV 320 220 800 | | | | | | |
| | | *Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company | | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$431,092.00** | **$2,999.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$2,999.00** |

Applicant's Signature ______________________ Date __________

Case 3:26-cv-00271 Document 1-16 Filed 08/13/26 in TXSD Page 103 of 200
TWIA 003103

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % \| Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|
| | | Amount of Insurance: $311,000.00 | | | | | |
| 1 | B | ***Description: Personal Property located at:*** 22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F) | Nil | 2% $2,000 | | $100,000.00 | $294.00 |
| | | *Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | |
| | | Personal Property Replacement Cost $18.00 | | | 365 | | |
| | | Indirect Loss $12.00 | | | 320 | | |
| | | Deductible 2% -$87.00 | | | | | |
| | | *Item #1-B forms:* 320 365 | | | | | |
| | | *Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company<br>Amount of Insurance: $311,000.00 | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.


TWIA_MOHUN_UW_000382

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Residential Transaction Summary Preview

- Not a Binder or Policy -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuances. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibility and has no liability for failure of the insured or their agent to effect coverage.

Date Quoted: February 16, 2017
Reference Number: 000713215-01

Transaction Number: T000793901
Transaction Type: Submission
Proposed Policy Period: Feb 22, 2017 to Feb 22, 2018
12:01 A.M. Standard Time at the property location

**Name & Mailing Address of Insured(s):**
David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554

**Name & Mailing Address of Insured's Agent:**
Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling***<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F) | 80% | 2% | $6,622 | | $331,092.00 | $2,705.00 |
| | | *Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun; Actual Cash Value: $248,319.00; Replacement Cost: $331,092.00 | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | |
| | | Personal Property Replacement Cost $169.00 | | | | 365 | | |
| | | Indirect Loss $109.00 | | | | 320 | | |
| | | Deductible 2% -$845.00 | | | | | | |
| | | *Item #1-A forms:* ITV 320 220 800 | | | | | | |
| | | *Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company | | | | | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$431,092.00** | **$2,999.00** |
| **Total Surcharges:** | | **$0.00** |
| **Total Amount Due to TWIA:** | | **$2,999.00** |

Applicant's Signature _______________ Date _______________

TWIA 003105

| Item No. | Coverage A/B | Property and Form Description | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|
| | | Amount of Insurance: $311,000.00 | | | | | | |
| 1 | B | ***Description: Personal Property located at:***<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554<br>Risk Item Type: Single Family Dwelling<br>Rate Table: 1 Frame (F)<br>*Underwriting Details:*<br>Stories: 2; Roof: Shingles, Asphalt/Fiberglass; Exterior Walls: Siding, Cement Fiber; Occupancy: Secondary Dwelling; Superior Construction? No; Total Area (sq ft): 3122; Structure Condition: Very Good<br>Construction - Date: 01/17/1992; WPI-8 Issued? Yes<br>Additions - Date: 03/27/2010; Description: Replace doors; WPI-8 Issued? Yes<br>Subsequent Repairs - Date: 02/03/2016; Description: Full Re-roof; WPI-8 Issued? Yes<br>ReRoof - Date: 06/07/2002; Type: Full; WPI-8 Issued? Yes<br>MSB#: Mohun<br>*Adjustment amounts included in the premium for each item:* | Nil | 2% | $2,000 | | $100,000.00 | $294.00 |
| | | Personal Property Replacement Cost $18.00 | | | | 365 | | |
| | | Indirect Loss $12.00 | | | | 320 | | |
| | | Deductible 2% -$87.00 | | | | | | |
| | | *Item #1-B forms:* 320 365<br>*Companion Policy Information:*<br>Policy type: Flood<br>Company: Allstate Insurance Company<br>Amount of Insurance: $250,000.00<br>Policy Type: HO/Condo Unit Owner/FRO/TDP-3/TFR-3<br>Company: Allstate Insurance Company<br>Amount of Insurance: $311,000.00 | | | | | | |

- -- -- -- -- -- -- -- -- End of Items Schedule -- -- -- -- -- -- -- -- -

Premiums quoted here are not binding or guaranteed by TWIA. Premium and policy conditions are subject to change and may affect final policy issuance. All applications are subject to underwriter review. This quote is intended to provide agents with a convenient way of comparing rates for different coverages. TWIA assumes no responsibilty and has no liability for failure of the insured or their agents to effect coverage.



TWIA_MOHUN_UW_000384

TWIA 003106

Please detach and return this portion with your payment.

| | |
|---|---|
| Insured: | David Mohun, Kristen Mohun |
| Reference Number: | 000713215-04 |
| Amount Due: | $3,175.00 |
| **Total Due** | **$3,175.00** |

RECEIVED

MAR 09 2020

Texas Windstorm Insurance Association

Please indicate the reference number on your check.

**Make checks payable, and remit payment, to:**

Texas Windstorm Insurance Association
P.O. Box 99090
Austin, Texas 78709-9090

[redacted]

**DAVID MOHUN OR**
**KRISTEN MOHUN**
8405 WINNINGHAM LN
HOUSTON, TX 77055-7531

[redacted]

3-1-20
DATE

Pay to the Order of Texas Windstorm Insurance Assocation $ 3,175.00

Three thousand one hundred seventy five 00/100 DOLLARS

Photo Safe Deposit® Details on back

Comerica Bank

Platinum Circle

Comerica Bank
www.comerica.com

For 00071321 5-04

KM

MP

[redacted]

Harland Clarke

8405 Winningham
Houston, TX 77055

NORTH HOUSTON TX 773

06 MAR 2020 PM 2 L

USA FOREVER

78709-909090

TWIA 003109

# Residential Declarations Page

**Texas Windstorm Insurance Association**

**P.O. Box 99090 Austin, Texas 78709-9090**

Policy Number: TWIA-000713215-03

Policy Period: Apr 15, 2019, to Apr 15, 2020
12:01 A.M. Standard Time at the property location

**Name and Mailing Address of Agent:**

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**Name and Mailing Address of Insured:**

David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554

**Early cancellation may result in approximately 25% of your premium being retained by Texas Windstorm Insurance Association.**

**This policy will be subject to an immediate surcharge if determined necessary by the Texas Insurance Commissioner. Failure to pay the surcharge will result in cancellation of the policy.**

**Insured :** David Mohun

## COVERAGES - Windstorm and Hail Only

In consideration of the stipulations and conditions herein or added hereto which are made a part of this policy, and of the premiums provided, TWIA does insure the insured named above and legal representatives FROM the inception date shown above TO the expiration date shown above at 12:01 A.M. Standard Time at the location of property against direct loss resulting from the perils of Windstorm and Hail only which have a premium inserted opposite thereto and only on the property described and located as provided hereon.

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling*** | | 80% | 2% | $6,660 | | $333,000.00 | $2,856.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $179.00 | | | | 365 | | |
| | | Indirect Loss | $115.00 | | | | 320 | | |
| | | Deductible 2% | -$893.00 | | | | | | |
| | | *Item #1-A forms:* 320 220 800 | | | | | | | |
| 1 | B | ***Description: Personal Property located at:*** | | Nil | 2% | $2,000 | | $100,000.00 | $309.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $19.00 | | | | 365 | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$433,000.00** | **$3,165.00** |
| **Total Surcharges:** | | $0.00 |
| **Total Premium + Total Surcharges:** | | **$3,165.00** |

**Original**



(This policy contains two parts. To be valid, both parts must be combined and the policy countersigned by the Texas Windstorm Insurance Association.)

TWIA_MOHUN_UW_000388

678000447 100.0.0 PRODUCTION 1 28859455: Insured

DUPLEX

David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554



35 Piece

BOC-2

TEXAS WINDSTORM
INSURANCE ASSOCIATION
P.O. Box 99090, Austin, Texas 78709-9090

PRESORTED
FIRST CLASS

PITNEY BOWES
US POSTAGE
$01.08⁶
APR 16 2019
ZIP 78749
02 1T
3007?387

04/16/2019

RECEIVED
MAY 10 2019
Texas Windstorm
Insurance Association

IA

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 78709909090 2091N127190-00893

U.S. POSTAGE PITNEY BOWES
ZIP 78744 $ 000.31³
02 4W
0000345791 APR 16 2019

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
Kristen Mohun
22306 Isle View Dr
Galveston, TX 77554

# Policy Lapse Notice

Date: March 9, 2019
Policy Number: TWIA-000713215-02
Insured: David Mohun, Kristen Mohun
Property Location: 22306 Isle View Drive
Galveston, TX 77554

Dear David Mohun, Kristen Mohun,

Your Texas Windstorm Insurance Association (TWIA) policy # 000713215-02 is no longer in force, and you may not have coverage.

If you still need coverage with TWIA, you may reapply by contacting a Texas licensed agent. According to our records, your agent's information is:

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024
(713) 395-7773

If you have any questions, please contact your agent or call us at (800) 788-8247. You may also visit our website at www.twia.org.

Sincerely,

Texas Windstorm Insurance Association

Copy: Steven Wayne Boessling

TEXAS WINDSTORM INSURANCE ASSOCIATION
P.O. Box 99090, Austin, Texas 78709-9090

PRESORTED FIRST CLASS

US POSTAGE $00.412 MAR 12 2019 ZIP 78749 02 1T 3007387

RECEIVED
MAR 21 2019
Texas Windstorm Insurance Association

UTF

NIXIE 773 DE 1270 0003/19/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

NSNK1:9400920593 UTF BC: 78709909090 *0593-04958-19-17
78709>9090

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
Kristen Mohun
22306 Isle View Dr
Galveston, TX 77554

# Policy Expiration Notice

| | |
|---|---|
| Date: | January 14, 2019 |
| Policy Number: | TWIA-000713215-02 |
| Named Insured: | David Mohun, Kristen Mohun |
| Expiration Date: | February 27, 2019 (12:01 AM Central Time at the property location) |
| Agent's Name: | Steven Wayne Boessling |
| Agent's Address: | 8955 Katy Frwy Ste 206, Houston TX 77024 |
| Agent's Phone: | 713-395-7773 |

Dear David Mohun, Kristen Mohun,

We want to make sure you are aware that your policy will expire on February 27, 2019 at 12:01 AM Central Time. It will not automatically renew. To renew this policy, your insurance agent must send TWIA your payment and policy renewal information before the policy expiration date. If your agent has not already contacted you about policy renewal, we encourage you to contact them as soon as possible to avoid a lapse in coverage. You may contact your agent at 713-395-7773.

If your policy is renewed, TWIA will mail you a policy packet outlining its coverage and terms. If your policy is allowed to expire, TWIA will mail you a Lapse Notice letter informing you that coverage is no longer in effect.

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property Description |
|---|---|---|
| 1 | A | *Property Description: Single Family Dwelling*<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554 |
| 1 | B | *Description: Personal Property located at:*<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554 |
| | | ---------- End of Items Schedule ---------- |

For assistance, please call Steven Wayne Boessling at 713-395-7773 or TWIA at 1-800-788-8247.

We value your feedback! Tell us about your experience with TWIA by completing our policyholder survey located at https://www.surveymonkey.com/s/TWIAPolicy.

Sincerely,

Texas Windstorm Insurance Association

Copy: Steven Wayne Boessling

TEXAS WINDSTORM
INSURANCE ASSOCIATION
P.O. Box 99090, Austin, Texas 78709-9090

PRESORTED
FIRST CLASS

PITNEY BOWES
US POSTAGE
$00.408
JAN 16 2019
ZIP 78749
02 1T
3007387

RECEIVED
JAN 29 2019
Texas Windstorm
Insurance Association

RECEIVED
JAN 28 2019
Texas Windstorm
Insurance Association

[redacted]

NIXIE 773 DE 1 0001/26/19

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF BC: 78709909090 *0610-01968-18-45

~~7753433333~~90

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
Kristen Mohun
22306 Isle View Dr
Galveston, TX 77554

## Inspection Notice

Date: February 8, 2018
Insured: David Mohun, Kristen Mohun
Policy Number: TWIA-000713215-02
Property Location: 22306 Isle View Drive
Galveston, TX 77554
Item Number: 1 A

Dear David Mohun, Kristen Mohun,

An inspection of the property listed above will be made to determine if the physical condition of the structure(s) meets reasonable underwriting standards, and is eligible for coverage through TWIA. The inspection will encompass only the exterior of the home and will include the roof.

We have contacted Information Providers, Inc. to make a physical inspection of the property to determine its condition.

Inspections are typically made within 45 days. During peak demand, the inspection may occur outside the 45 day window.

For assistance, please call Steven Wayne Boessling at 713-395-7773 or TWIA at 1-800-788-8247.

We value your feedback! Tell us about your experience with TWIA by completing our policyholder survey located at https://www.surveymonkey.com/s/TWIAPolicy.

Sincerely,

Texas Windstorm Insurance Association

Copy: Steven Wayne Boessling

TEXAS WINDSTORM
INSURANCE ASSOCIATION
P.O. Box 99090
Austin, Texas 78709-9090

MDG2018 00000003 01

David Mohun
Kristen Mohun
22306 Isle View Dr
Galveston, TX 77554

000000 01 02 000003 000007 R

TWIA 003118

FIRST CLASS

U.S. POSTAGE PITNEY BOWES

ZIP 60563 $ 000.47⁰
02 1W
0001389991 FEB 12 2018

RECEIVED

MAR 12 2018

Texas Windstorm
Insurance Association

NIXIE 773 DE 1310 7203/09/18

RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78709999999 *1793-01954-09-21

0013039201052880001

78709>9990
77554$9999

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
Kristen Mohun
22306 Isle View Dr
Galveston, TX 77554

# Policy Expiration Notice

Date: January 14, 2018
Policy Number: TWIA-000713215-01
Named Insured: David Mohun, Kristen Mohun
Expiration Date: February 27, 2018 (12:01 AM Central Time at the property location)
Agent's Name: Steven Wayne Boessling
Agent's Address: 8955 Katy Frwy Ste 206, Houston TX 77024
Agent's Phone: 713-395-7773

Dear David Mohun, Kristen Mohun,

**Your policy will expire on February 27, 2018 at 12:01 AM Central Time; it does not automatically renew.**

In order to renew your policy coverage, your agent must submit the payment and renewal application to TWIA before February 27, 2018. We encourage you to contact your agent to avoid a lapse in coverage.

**COVERAGES - Windstorm and Hail Only**

| Item No. | Coverage A/B | Property Description |
|---|---|---|
| 1 | A | *Property Description: Single Family Dwelling*<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554 |
| 1 | B | *Description: Personal Property located at:*<br>22306 Isle View Drive, Galveston, Galveston County, TX, 77554 |
| | | ---------- End of Items Schedule ---------- |

For assistance, please call Steven Wayne Boessling at 713-395-7773 or TWIA at 1-800-788-8247.

We value your feedback! Tell us about your experience with TWIA by completing our policyholder survey located at https://www.surveymonkey.com/s/TWIAPolicy.

Sincerely,

Texas Windstorm Insurance Association

Copy: Steven Wayne Boessling

TWIA 003120

TEXAS WINDSTORM INSURANCE ASSOCIATION
P.O. Box 99090, Austin, Texas 78709-9090

PRESORTED FIRST CLASS

PITNEY BOWES
US POSTAGE $00.40³
JAN 16 2018
ZIP 78749
02 1T
3007387

01/16/2018

RECEIVED
JAN 29 2018
Texas Windstorm Insurance Association

NIXIE 773 DE 1270 0001/26/18

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF BC: 78709909090 *0393-00292-26-21

4 LQW-NAB0 975940

Please detach and return this portion with your payment.

| | |
|---|---|
| Insured: | David Mohun, Kristen Mohun |
| Reference Number: | 000713215-02 |
| Amount Due: | $3,156.00 |
| **Total Due** | **$3,156.00** |

RECEIVED

JAN 25 2018

Texas Windstorm Insurance Association

Please indicate the reference number on your check.

**Make checks payable, and remit payment, to:** **Texas Windstorm Insurance Association**
**P.O. Box 99090**
**Austin, Texas 78709-9090**

[redacted]

[redacted]

**DAVID MOHUN OR**
**KRISTEN MOHUN**
8405 WINNINGHAM LN
HOUSTON, TX 77055-7531

Jan. 2, 2018
DATE

Pay to the Order of Texas Windstorm Insurance Ass $ 3,156.00

Three thousand One hundred & Fifty Six ~ DOLLARS

Photo Safe Deposit® Details on back

Comerica Bank

Platinum Circle

Comerica Bank
www.comerica.com

For 22806 Isle View Drive

MP

[redacted]

Harland Clarke

Allstate.
You're in good hands.

8955 KATY FREEWAY
SUITE 206
HOUSTON, TX 77024

NORTH HOUSTON TX 773
23 JAN 2018 PM 4 L

USA FOREVER

TWIA
PO Box 99090
Austin, TX 78709-9090

78709-909090

# Residential Declarations Page

**Texas Windstorm Insurance Association**

**P.O. Box 99090 Austin, Texas 78709-9090**

Policy Number: TWIA-000713215-01

Policy Period: Feb 27, 2017, to Feb 27, 2018
12:01 A.M. Standard Time at the property location

**Name and Mailing Address of Agent:**

Steven Wayne Boessling
8955 Katy Frwy Ste 206
Houston, TX 77024

**Name and Mailing Address of Insured:**

David Mohun
Kristen Mohun
22306 Isle View dr
Galveston, TX 77554

**Early cancellation may result in approximately 25% of your premium being retained by Texas Windstorm Insurance Association.**

**This policy will be subject to an immediate surcharge if determined necessary by the Texas Insurance Commissioner. Failure to pay the surcharge will result in cancellation of the policy.**

**Insured :** David Mohun

## COVERAGES - Windstorm and Hail Only

In consideration of the stipulations and conditions herein or added hereto which are made a part of this policy, and of the premiums provided, TWIA does insure the insured named above and legal representatives FROM the inception date shown above TO the expiration date shown above at 12:01 A.M. Standard Time at the location of property against direct loss resulting from the perils of Windstorm and Hail only which have a premium inserted opposite thereto and only on the property described and located as provided hereon.

| Item No. | Coverage A/B | Property and Form Description | | Coins % | Per Item / Per Occurrence Deductible % | Amt | Form Number | Limit of Liability | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A | ***Property Description: Single Family Dwelling*** | | 80% | 2% | $6,622 | | $331,092.00 | $2,705.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $169.00 | | | | 365 | | |
| | | Indirect Loss | $109.00 | | | | 320 | | |
| | | Deductible 2% | -$845.00 | | | | | | |
| | | *Item #1-A forms:* 320 220 800 | | | | | | | |
| 1 | B | ***Description: Single Family Dwelling located at:*** | | Nil | 2% | $2,000 | | $100,000.00 | $294.00 |
| | | 22306 Isle View Drive, Galveston, Galveston County, TX, 77554 | | | | | | | |
| | | *Underwriting Details:* | | | | | | | |
| | | Stories: 2; Construction: Frame; Roof: Shingles, Asphalt/ Fiberglass; Occupancy: Secondary Dwelling | | | | | | | |
| | | *Adjustment amounts included in the premium for each item:* | | | | | | | |
| | | Personal Property Replacement Cost | $18.00 | | | | 365 | | |

| | | |
|---|---|---|
| **Total Limit / Total Premium:** | **$431,092.00** | **$2,999.00** |
| **Total Surcharges:** | | $0.00 |
| **Total Premium + Total Surcharges:** | | **$2,999.00** |

**Original**

**Part 1, Page 1 of 2**

(This policy contains two parts. To be valid, both parts must be combined and the policy countersigned by the Texas Windstorm Insurance Association.)

TEXAS WINDSTORM
INSURANCE ASSOCIATION
P.O. Box 99090, Austin, Texas 78709-9090

PRESORTED
FIRST CLASS

PITNEY BOWES
US POSTAGE
$01.47⁰
MAR 03 2017
ZIP 78749
02 1T
30073867

03/03/2017 AUSTIN TX 78744

RECEIVED
MAR 10 2017
TEXAS WINDSTORM
INSURANCE ASSOCIATION

NIXIE 773 DE 1 0003/08/17
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 78709909090 2091N067170-00142

U.S. POSTAGE PITNEY BOWES
ZIP 78744 $ 000.16⁸
02 1W
0001367125 MAR 03 2017

**Please detach and return this portion with your payment.**

| | |
|---|---|
| Insured: | David Mohun, Kristen Mohun |
| Reference Number: | 000713215-01 |
| Amount Due: | $2,999.00 |
| **Total Due** | **$2,999.00** |

RECEIVED
FEB 27 2017
Texas Windstorm Insurance Association

Please indicate the reference number on your check.

**Make checks payable, and remit payment, to:** **Texas Windstorm Insurance Association**
**P.O. Box 99090**
**Austin, Texas 78709-9090**

[redacted]

[redacted]

Feb. 21, 2017
Date

Pay to the Order of TWIA $ 2,999.00

Two thousand Nine hundred & Nine Nine Dollars

Security Features Details on Back

Comerica Bank

Comerica Bank
www.comerica.com

For Windstorm

MP

[redacted]

8955 Katy Frwy #206
Houston, Tx 77024

NORTH HOUSTON TX 773
23 FEB 2017 PM 9 L




TWIA
P.O. Box 99090
Austin, TX 78709-9090

78709-909090

FROM: <customerservice@eagleview.com>
TO: riskmanagementrpts@twia.org
SENT: Friday, March 03, 2017 1:30:42 PM Central Standard Time
SUBJECT: Risk Management Report for Policy #000713215-01
ATTACHMENTS: 17137595.PDF;
==========================================================

FILENO: 000713215




# PROPERTY RISK MANAGEMENT REPORT

## Custom Residential Report

Report Date: March 3, 2017

Property: 22306 Isle View Drive, Galveston, TX 77554

Policy #: 000713215-01

PREPARED FOR:
Risk Management Ordering
Texas Windstorm Insurance Association
PO Box 99090
Austin TX 78709

EAGLEVIEW TECHNOLOGIES

# Property Risk Management Report

22306 Isle View Drive , Galveston, TX 77554 — March 3, 2017




## REPORT DETAILS

| | |
|---|---|
| Report: | 17137595 |
| Policy: | 000713215-01 |
| Renewal Date: | N/A |
| Date of Photo: | 1/22/2016 |
| Geocode: | 29.1386247, -95.0533604 |

## BUILDING SUMMARY

| | |
|---|---|
| Year Built: | 1992 |
| Number of Stories: | 2 |
| Estimated Living Area: | 2,909 sq. ft. |
| Garage Area: | 312 sq. ft. |

## REPORT CONTENTS

Report Images........................................................ 2
Living Area Diagram................................................. 5
Structural & Property Observations .................................. 7

## PREPARED FOR:

Texas Windstorm Insurance Association

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright ©2008-2017 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

EAGLEVIEW TECHNOLOGIES

Property Risk Management Report

22306 Isle View Drive , Galveston, TX 77554 March 3, 2017

# REPORT IMAGES

Report #: 17137595
Geocode: 29.1386247, -95.0533604

The following aerial images show different angles of this structure for your reference. Additional images may have been used in the creation of this report and not included in this final document.



Area View

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright ©2008-2017 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436 8,[illegible]; [illegible],170,8[illegible]; [illegible],515,[illegible]25. Other Patents Pending.

Property Risk Management Report

EAGLEVIEW TECHNOLOGIES

22306 Isle View Drive , Galveston, TX 77554 March 3, 2017

# REPORT IMAGES

Report #: 17137595
Geocode: 29.1386247, -95.0533604

The following aerial images show different angles of this structure for your reference. Additional images may have been used in the creation of this report and not included in this final document.




North View




South View

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright ©2008-2017 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

EAGLEVIEW TECHNOLOGIES

Property Risk Management Report

22306 Isle View Drive , Galveston, TX 77554 March 3, 2017

# REPORT IMAGES

Report #: 17137595
Geocode: 29.1386247, -95.0533604

The following aerial images show different angles of this structure for your reference. Additional images may have been used in the creation of this report and not included in this final document.







East View

West View

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

**Copyright ©2008-2017 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.**

EAGLEVIEW TECHNOLOGIES

Property Risk Management Report

22306 Isle View Drive , Galveston, TX 77554 March 3, 2017

# LIVING AREA DIAGRAM

Report #: 17137595
Geocode: 29.1386247, -95.0533604

Total Estimated Living Area: 2,909 sq. ft.
Number of Stories: 2

**First Floor**

- = Living Area
- = Garage
- = Porch
- = Deck
- = Patio
- = Footprint
- = Carport




© 2017 EagleView Technologies, Inc.

Note: Any garage area that is underneath the first floor living area is indicated with a pink dotted grid.

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright ©2008-2017 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

Property Risk Management Report

22306 Isle View Drive , Galveston, TX 77554 March 3, 2017

# LIVING AREA DIAGRAM

Report #: 17137595
Geocode: 29.1386247, -95.0533604

Total Estimated Living Area: 2,909 sq. ft.
Number of Stories: 2

**Second Floor**

= Living Area
= Garage
= Porch
= Deck
= Patio
= Footprint
= Carport




This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright ©2008-2017 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

EAGLEVIEW TECHNOLOGIES

# Property Risk Management Report

22306 Isle View Drive, Galveston, TX 77554 | March 3, 2017

## STRUCTURAL & PROPERTY OBSERVATIONS

Report #: 17137595
Geocode: 29.1386247, -95.0533604

## MEASUREMENTS CONFIDENCE RATING: ■ ■ □

This rating was determined based on: Low Resolution Images, Ambiguous Building Features

- ■ ■ ■ - **High**: Straightforward construction, quality images, little to no tree coverage.
- ■ ■ - **Medium**: Some image interference either with the image quality or obstructions, possibly more complicated architecture.
- ■ - **Low**: Some or all side views missing, low image quality, high amounts of image obstruction, with a possibility of new or difficult architecture.

### STRUCTURAL OBSERVATIONS

| | |
|---|---|
| Carport Area: | N/A |
| Chimney Count: | 0 |
| Corners: | 8 |
| Deck Area: | 691 sq. ft. |
| Dwelling Type: | Single Family |
| Estimated Roof Pitch: | 1-5 |
| Estimated Total Living Area: | 2,909 sq. ft. |
| Garage Area - Basement: | 312 sq. ft. |
| Number of Stories: | 2 |
| Outbuilding Count: | 0 |
| Outbuilding Total Area: | N/A |
| Patio Area: | 259 sq. ft. |
| Porch Area: | 180 sq. ft. |
| Roof Shape: | Hip |
| Structure Footprint: | 1,980 sq. ft. |
| Year Built: | 1992 |

### PROPERTY OBSERVATIONS

| | |
|---|---|
| Commercial Exposure Dist.: | 0 |
| EagleView Roof Report: | Yes |
| EagleView Wall Report: | No |
| Flood Hazard Zone: | AE |
| Hot Tub: | None Detected |
| Parcel Elevation: | N/A |
| Pool: | None Detected |
| Roof Age: | 2016 |
| Roof Age Confidence: | High |
| Slope on Property: | None Detected |
| Vegetation Distance: | 0 |
| Vegetation Type: | None Detected |
| Water Hazard Distance: | 103 |
| WPI-8 Certificate: | Certificate |

*For more information, please see our .* ***Glossary of Terms***

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

**Copyright ©2008-2017 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.**

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
Kristen Mohun
22306 Isle View Dr
Galveston, TX 77554

## Inspection Notice

| | |
|---|---|
| Date: | February 8, 2018 |
| Insured: | David Mohun, Kristen Mohun |
| Policy Number: | TWIA-000713215-02 |
| Property Location: | 22306 Isle View Drive<br>Galveston, TX 77554 |
| Item Number: | 1 A |

Dear David Mohun, Kristen Mohun,

An inspection of the property listed above will be made to determine if the physical condition of the structure(s) meets reasonable underwriting standards, and is eligible for coverage through TWIA. The inspection will encompass only the exterior of the home and will include the roof.

We have contacted Information Providers, Inc. to make a physical inspection of the property to determine its condition.

Inspections are typically made within 45 days. During peak demand, the inspection may occur outside the 45 day window.

For assistance, please call Steven Wayne Boessling at 713-395-7773 or TWIA at 1-800-788-8247.

We value your feedback! Tell us about your experience with TWIA by completing our policyholder survey located at https://www.surveymonkey.com/s/TWIAPolicy.

Sincerely,

Texas Windstorm Insurance Association

Copy: Steven Wayne Boessling

**Texas Windstorm Insurance Association**
5700 South MoPac Expressway, Building A, Austin, Texas 78749
P.O. Box 99090, Austin, Texas 78709-9090
800-788-8247 / Fax 512-899-4950

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Inspection Request

| | |
|---|---|
| Date: | February 8, 2018 |
| Insured: | David Mohun, Kristen Mohun |
| Inspection ID: | 59279 |
| Policy Number: | TWIA-000713215-02 |
| Item No.: | 1-A |
| Property Address: | 22306 Isle View Drive<br>Galveston, TX 77554 |
| Building No.: | N/A |
| Unit No.: | N/A |
| Additional Description of Structure: | Secondary - 2 Stories - 3122 Sq Ft. |
| Agent's Name: | Steven Wayne Boessling |
| Agent's Address: | 8955 Katy Frwy Ste 206, Houston, TX 77024 |
| Agent's Telephone No.: | 713-395-7773 |
| Inspection Firm: | Information Providers, Inc. |
| Special Instructions: | Please order inspection to verify age/condition of entire roof/structure, and to verify if the siding repairs were completed as required. |

**Texas Windstorm Insurance Association**
5700 South MoPac Expressway, Building A, Austin, Texas 78749
P.O. Box 99090, Austin, Texas 78709-9090
800-788-8247 / Fax 512-899-4950

FROM: <ecr@useipi.com>
TO: roofinspections@twia.org
SENT: Wednesday, February 21, 2018 11:36:21 PM Central Standard Time
SUBJECT: Inspection for policy 000713215
ATTACHMENTS: 000713215.pdf;
============================================================

FILENO: 000713215

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

# Information Providers, Inc.

**Wind and Roof Dwelling Observation Survey**

| | | | |
|---|---|---|---|
| Policy Number: | 000713215 | IPI Case Number: | 7845837 |
| Insured: | MOHUN, DAVID OR KRISTEN | Inspection Date: | 2/15/2018 |
| Property Address: | 22306 ISLE VIEW DR | Agent Name: | STEVEN WAYNE BOESSLING |
| | | Customer Name: | TEXAS WIND INS. ASSOC. |
| | Galveston, TX 77554 | Customer Account: | TWIPTX |
| Coverage Amount: | | Replacement Cost: | $280,479 |

## DWELLING DESCRIPTION

☒ There are Special Attention or Customer Instruction Comments

1. ☐ Interview obtained  If so, whom? ____________  ☐ Tenant Occupied
2. ☐ Unable to confirm address
3. Type of Dwelling: ☒ 1 Family ☐ 2 Family ☐ 3 Family ☐ 4 Family ☐ More than 4 Family
4. Number of Stories: ☐ 1 ☒ 1½ ☐ 2 ☐ 2½ ☐ 3 ☐ Bi-Level ☐ Tri-Level
5. Year Built: 1990 ☒ Estimated ☐ Actual
6. Foundation: ☐ Basement ☐ Slab ☐ Crawl Space ☒ Pier & Post
7. Construction: ☒ Frame ☐ Masonry Veneer ☐ Masonry ☐ Other: ____________

## DWELLING PROTECTION

8. ☐ Dwelling outside city limits  Distance from city: ________ miles

## DWELLING AND PREMISE CONCERNS

9. ☐ Paint chipping/peeling
10. ☐ Exterior wall/siding concerns
11. ☐ Broken window(s)
12. ☐ Gutter problems
13. ☐ For Sale / For Rent
14. ☐ Suspicion of synthetic stucco (EIFS)
15. ☐ Step problems
16. ☐ Porch problems
17. ☐ Railing problems
18. ☐ Foundation cracked
19. ☐ Open foundation
20. ☐ Visible renovations underway
21. ☐ Vacant
22. ☐ Seasonal
23. ☐ Log Home
24. ☐ Mobile Home
25. ☐ Business on Premises
26. ☐ Outbuildings on premises ☐ Outbuildings in need of paint or repair
☐ Outbuildings 400 to 599 sq. ft. ☐ Outbuildings 600 to 799 sq. ft. ☐ Outbuildings 800 sq. ft. or larger

## 27. ROOF COVERING TYPE

☐ Comp Shingle (3-Tab)
☐ Comp Shingle (T-Loc)
☒ Comp Shingle (Dimensional)
☐ Wood Shakes
☐ Rolled Composition Roofing
☐ Other: ____________
☐ Concrete Tile
☐ Clay Tile
☐ Metal
☐ Wood Shingles
☐ Modified Bitumen

## 28. ROOF VENTILATION

☒ Ridge Vent
☒ Soffit Vent
☐ Eave Vent
☒ Roof Vent
☐ None

## 29. HOUSE FACES

☐ North
☒ South
☐ East
☐ West

**Number of Layers:** 1

## NOTED ROOF PROBLEMS

30. ☐ Composition over wood
31. ☐ Hail damaged flue cap/roof vents
32. ☐ Exposed fasteners
33. ☐ Buried flashings/penetrations
34. ☐ Missing/Damaged storm collar
35. ☐ Fasteners pushed through shingles
36. ☐ Insulation Problems
37. ☐ Valley Concerns
38. ☐ Wind damaged shingle
39. ☐ Exposed Felt
40. ☐ Granule Loss
41. ☐ Defective Product
42. ☐ Storm nailed ridge and/or rake
43. ☐ Missing Shingles
44. ☐ Overhanging Tree Limb (not touching)
45. ☐ Overhanging Tree Limb (touching)
46. ☐ Shingles Cupping
47. ☐ Shingles Curling
48. ☐ Shingles Cracking
49. ☐ Shingles Chunking
50. ☐ Shingles Blistering
51. ☐ Impact marks on shingles
52. ☐ Excessive Splits

If Impact marks on shingles or Excessive Splits checked, indicate:
Slope location of Test Square(s) (i.e., north & west): ____________ # of hits/splits per Test Square: ____________

## 53. ROOF RATING

☒ **1** - Roof is in excellent condition
☐ **2** - Roof has minor problems
☐ **3** - Roof has repairable problems
☐ **4** - Roof has major problems
☐ **5** - Roof problems extreme

## 54. ROOF REPAIR INFORMATION

Estimated life remaining (in years): 19
☐ The severity of the conditions noted indicate that a loss is potentially imminent unless repairs/replacement of the roof are made.
Estimated Cost to repair roof: $ ____________

Does the roof have patchwork? ☐ Yes ☒ No
Estimate the cumulative square footage of combined patchwork: _____ Sq. Ft.

You agree that your request for this report is permitted by law and that you intend to use the report only for a purpose permitted by the Fair Credit Reporting Act and local law and no other purpose. This report is based upon observation and information provided to us. For the fee charged we do not assume any liability arising out of the use of this report by you or others. No third party beneficiaries of this Report, including but not limited to the property owner, are intended and none shall be construed. You or any other user of this report agree to hold us harmless from any liability arising from the use of this report.

**Information Providers, Inc.** **Wind and Roof Dwelling Observation Survey**

| | | | |
|---|---|---|---|
| Policy Number: | 000713215 | IPI Case Number: | 7845837 |
| Insured: | MOHUN, DAVID OR KRISTEN | Inspection Date: | 2/15/2018 |
| Property Address: | 22306 ISLE VIEW DR | Agent Name: | STEVEN WAYNE BOESSLING |
| | | Customer Name: | TEXAS WIND INS. ASSOC. |
| | Galveston, TX 77554 | Customer Account: | TWIPTX |
| Coverage Amount: | | Replacement Cost: | $280,479 |

## 66. ESTIMATED AGE and CONDITION CHART

| Est Age by Slope | Slope 1 | Slope 2 | Slope 3 | Slope 4 | Slope 5 | Slope 6 | Slope 7 | Slope 8 |
|---|---|---|---|---|---|---|---|---|
| 0 - 5 Years | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 6 - 10 Years | ☒ | ☒ | ☒ | ☒ | ☒ | ☒ | ☐ | ☐ |
| 10 - 15 Years | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 16 - 20 Years | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 20+ Years | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Slope Condition** | | | | | | | | |
| Very Good | ☒ | ☒ | ☒ | ☒ | ☒ | ☒ | ☐ | ☐ |
| Good | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Fair | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Poor | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

## COMMENTS

**Special Attention: The roof age is estimated at 5-6 years old in good condition. Structure is in good condition. The exterior measurement indicates the total living area is 2421 sq. ft. Could not verify if siding repairs were completed, although, could not find any siding that appeared to need repair.**

**Remarks: Obtained roof survey from ground due to height of the dwelling.**

You agree that your request for this report is permitted by law and that you intend to use the report only for a purpose permitted by the Fair Credit Reporting Act and local law and for no other purpose. IPI reports are based on observation and information provided to us. For the fee charged we do not assume any liability arising out of the use of this report by you or others. No third party beneficiaries of this Report, including but not limited to the property owner, are intended and none shall be construed. You or any other user of this report agree to hold us harmless from any liability arising from the use of this report.

**Information Providers, Inc** Case Number: 7645831 Insured: MOHUN, DAVID OR KRISTEN
WRSMSR - RCT Location: 1 Policy Number: 000713215

# NISN EXTERIOR REPLACEMENT COST WORKSHEET - RCT PAGE 1

## MAIN SECTION

**Style** (Indicate Number of Stories if a special style is selected.)

☐ 1 Story
☒ 1½ Stories
☐ 2 Story
☐ 2½ Stories
☐ 3 Story
☐ Ranch
☐ Bungalow
☐ Rambler
☐ Queen Anne
☐ Cape-Cod
☐ Colonial
☐ Contemporary
☐ Mediterranean
☐ Federal Colonial
☐ Southwest Adobe
☐ Substandard/Subsidized
☐ Cottage
☐ Bi-Level
☐ Back Split
☐ Raised Ranch
☐ Split Foyer
☐ Split Level
☐ Tri-Level
☐ Row House End
☐ Row House Center
☐ Town House End
☐ Town House Center
☐ Victorian
☐ Ornate Victorian
☐ Condo/Co-op

Year Built: 1990

Construction Type
☐ Pre - 1930 (Vintage)
☐ Pre - 1940 (Vintage)
☒ Standard
☐ Standard - Vintage

Number of Stories
☐ 1 ☒ 1.5
☐ 2 ☐ 2.5
☐ 3 ☐ 3.5
☐ 4

Number of Families
☒ 1
☐ 2
☐ 3
☐ 4

## WING 1

Year Built:

Construction Type
☐ Pre - 1930 (Vintage)
☐ Pre - 1940 (Vintage)
☐ Standard
☐ Standard - Vintage

Style
☐ 1 Story
☐ 1½ Stories
☐ 2 Story
☐ 2½ Stories
☐ 3 Story

## WING 2

Year Built:

Construction Type
☐ Pre - 1930 (Vintage)
☐ Pre - 1940 (Vintage)
☐ Standard
☐ Standard - Vintage

Style
☐ 1 Story
☐ 1½ Stories
☐ 2 Story
☐ 2½ Stories
☐ 3 Story

**Foundation** (Enter percentages across for the Main Section and each Wing.)

| Foundation | Main Section | | Wing 1 | | Wing 2 | |
|---|---|---|---|---|---|---|
| Basement: | ☐ Daylight | 0 % | ☐ Daylight | % | ☐ Daylight | % |
| Finished Basement: | ☐ Custom Finish | 0 % | ☐ Custom Finish | % | ☐ Custom Finish | % |
| Slab: | | 0 % | | % | | % |
| Crawl Space: | | 0 % | | % | | % |
| Pier Foundation: | | 100 % | | % | | % |
| Hillside: NOTE: You must specify both slope and access. See the Hillside sections for choices. | | 0 % | | % | | % |
| Cathedral Ceilings: | | 0 % | | % | | % |
| Total Living Area: | | 2421 | Total Living Area: | | Total Living Area: | |

## SPECIAL CONDITIONS

☐ Square Shape
☒ Rectangular Shape
☐ Irregular Shape
☐ Very Irregular Shape
☐ Elaborate Roof

## HILLSIDE SLOPE

☐ 0 to 15 Degrees
☐ 15 to 30 Degrees
☐ 30 to 45 Degrees
☐ More than 45 Degrees

## HILLSIDE ACCESS

☐ Mountain Region
☒ Flat Area/Easy Access Roads
☐ Slightly Congested Roads
☐ Narrow Roads/Hillside Area
☐ Difficult Access/Steep Terrain
☐ Island Access, Short Distance
☐ Island Access, Long Distance
☐ Elevator Access
☐ Isolated Rural Area

## EXTERIOR WALLS

| | | | | | |
|---|---|---|---|---|---|
| Vinyl Siding | 100% | Brick & Block | ____% | Stone Veneer | ____% |
| Aluminum Siding | ____% | Brick & Block - Custom Brick | ____% | Stone Veneer - Custom | ____% |
| Steel Siding | ____% | Solid Stone | ____% | Stone & Block | ____% |
| Hardboard Siding | ____% | Solid Stone - Custom | ____% | Stone & Block - Custom Stone | ____% |
| Brick Veneer | ____% | Solid Stone - 12" | ____% | Block (painted) | ____% |
| Brick Veneer - Custom | ____% | Solid Stone - Custom - 12" | ____% | Painted Decorative Block | ____% |
| Solid Brick | ____% | Solid Stone - 18" | ____% | Poured Concrete | ____% |
| Solid Brick - Custom | ____% | Solid Stone - Custom - 18" | ____% | 4-6 inch Concrete Walls | ____% |
| Stucco on Frame | ____% | Steel on Masonry | ____% | Solid Brownstone | ____% |
| Stucco on Block | ____% | Aluminum on Masonry | ____% | Window Wall | ____% |
| Wood Siding | ____% | Clapboard on Masonry | ____% | Greenhouse Wall | ____% |
| Wood Shakes | ____% | Hardboard on Masonry | ____% | Cement Fiber Shingles | ____% |
| Clapboard | ____% | New England Shingle on Masonry | ____% | Ext. Insulated & Finish System (EIFS) | ____% |
| Clapboard - Redwood | ____% | Cement Fiber Shingle on Masonry | ____% | Logs | ____% |
| T-111 Siding | ____% | Cement Fiber Siding on Masonry | ____% | Logs - Solid | ____% |
| New England Shingle | ____% | Vinyl on Masonry | ____% | Logs - Custom Cedar | ____% |
| Victorian Scalloped Shakes | ____% | Wood Siding on Masonry | ____% | Barn Plank | ____% |
| Plywood Siding (only) | ____% | Slump Block | ____% | Adobe | ____% |
| | | | | Cement Fiber Siding | ____% |

## ROOFING

| | | | | | |
|---|---|---|---|---|---|
| Asphalt/Fiberglass Shingle | ____% | Mission Tile | ____% | Plexiglas Roofing | ____% |
| Steel Roofing | ____% | Spanish Tile | ____% | Foam Roofing | ____% |
| Tin | ____% | Rubber | ____% | Aluminum, Corrugated | ____% |
| Wood Shake | ____% | Copper | ____% | Aluminum, Shingle | ____% |
| Slate | ____% | Wood Shingles | ____% | Aluminum, Standing Beam | ____% |
| Built-up/Tar & Gravel | ____% | New England Pine Shingle | ____% | Rolled Roof Single Ply | ____% |
| Clay Tile | ____% | Victorian Scalloped Shake | ____% | Steel, Standing Beam | ____% |
| Concrete Tile | ____% | Fiberglass Panel | ____% | Architectural Shingles | 100% |

## ATTACHED STRUCTURES / DETACHED STRUCTURES

| Garages/Carports/Decks/Patios | | Porches/Breezeways/Misc. | | Garages/Enclosures | | Miscellaneous | |
|---|---|---|---|---|---|---|---|
| Description | Area | Description | Area | Description | Area | Description | Qty. |
| **Open Porch** | 260 | | | | | | |
| **Enclosed Porch** | 120 | | | | | | |
| **Wood Deck** | 70 | | | | | | |

**SPECIAL ITEMS** (Windows, Shutters, Doors, Skylights, Solar, Skirting)

| Description | Qty. | Description | Qty. |
|---|---|---|---|
| | | | |

TWIA_MOHUN_UW_000422

For exterior reports, you must indicate existence of fireplaces and central air conditioning on RCT Page 2.

2/21/2018 5:36:21 PM (GMT-06:00)
Case 3:26-cv-00271 Document 1-16 Filed 08/13/26 in TXSD Page 144 of 200
TWIA 003144



# NISN INTERIOR REPLACEMENT COST WORKSHEET

## FLOORING

| Item | % |
|---|---|
| Hardwood | 11 % |
| Carpet over Hardwood (acrylic/nylon) | % |
| Carpet over Hardwood (custom acrylic) | % |
| Carpet over Hardwood (wool/berber) | % |
| Wall to wall Carpet (acrylic/nylon) | 77 % |
| Wall to wall Carpet (custom acrylic) | % |
| Wall to wall Carpet (wool/berber) | % |
| Vinyl | 7 % |
| Ceramic Tile | 5 % |
| Ceramic Tile - Imported | % |
| Laminated Flooring | % |
| Parquet | % |
| Plank | % |
| Plywood Only | % |
| Marble Tile | % |
| Mural Tile | % |
| Flagstone | % |
| Brick | % |
| Slate | % |
| Terrazzo Tile | % |
| Stone | % |
| Granite | % |
| Cork | % |

## CEILINGS

| Item | % |
|---|---|
| Drywall | 100 % |
| Drywall - Textured | % |
| Plaster | % |
| Plaster - Textured | % |
| Plaster - Horsehair | % |
| Acoustical | % |
| Spray Acoustical | % |
| Wood | % |
| Tongue & Groove | % |
| Millwork | % |
| Plank | % |
| Plywood Only | % |
| Tin | % |
| Mirrors | % |
| Carpet | % |
| Stucco Finish | % |
| Recessed Lighting | % |
| Marble | % |
| Metal | % |

## WALL COVERINGS

| Item | % |
|---|---|
| Paint | 95 % |
| Sponge Coat | % |
| Marble Paint | % |
| Vinyl Wallpaper | 5 % |
| Foil Wallpaper | % |
| Grass Cloth Paper | % |
| Ceramic Tile | % |
| Imp. Ceramic Tile | % |
| Marble Tile | % |
| Sheet Paneling | % |
| Wood Paneling | % |
| Tongue & Groove | % |
| Millwork | % |
| Bookcase Walls | % |
| Knotty Pine | % |
| Mirrors | % |
| Brick Facing | % |
| Stone Facing | % |
| Terrazzo | % |
| Carpet | % |
| Corkboard | % |
| Pegboard | % |

## PARTITIONS

| Item | % |
|---|---|
| Drywall | 100 % |
| Drywall - Textured | % |
| Plaster | % |
| Plaster - Textured | % |
| Plaster - Horsehair | % |
| Studs Only | % |
| Plywood Only | % |
| Block | % |
| Brick and Block | % |
| Stone and Block | % |
| Adobe | % |
| Solid Brick | % |
| Solid Stone | % |

## MISCELLANEOUS

| Item | % |
|---|---|
| Interior Sprinklers | % |
| Cent. Burglar Alarm | % |
| Central Vacuum | % |
| Intercom System | % |
| Cent. Fire Alarm | % |
| Central Stereo | % |
| Elevator | |
| Wireless Security | |

## INTERIOR ITEMS

| Description | Qty. | Description | Qty. |
|---|---|---|---|
| Kitchen - Basic | | Fireplace - Single | |
| Kitchen - Builder's Grade | 1 | Fireplace - Double | |
| Kitchen - Semi-Custom | | Fireplace - Triple | |
| Kitchen - Custom | | Wood Stove - Free Standing | |
| Kitchen - Designer | | Fireplace - 0 Clearance Insert | |
| Full Bath - Basic | | Gas Fireplace | |
| Full Bath - Builder's Grade | 2 | Direct Vent Fireplace | |
| Full Bath - Semi-Custom | | Kiva | |
| Full Bath - Custom | | French Doors *(count each door)* | |
| Full Bath - Designer | | Hot Tub | |
| Half Bath - Basic | | Jacuzzi | |
| Half Bath - Builder's Grade | 1 | Wet Bar | |
| Half Bath - Semi-Custom | | Vanity - Custom Installed | |
| Half Bath - Custom | | Metal Spiral Staircase | |
| Half Bath - Designer | | Wood Spiral Staircase | |
| ¾ Bath - Basic | | Sauna | |
| ¾ Bath - Builder's Grade | | Ceiling Fan - Average | |
| ¾ Bath - Semi-Custom | | Ceiling Fan - Custom | |
| ¾ Bath - Custom | | Ceiling Fan - Deluxe | |
| ¾ Bath - Designer | | | |

## HVAC

| Description | Qty. |
|---|---|
| Electric Heat Pump | |
| Evaporative Coolers | |
| Evaporative Windows | |
| Additional Furnace | |
| Air Exchanger Unit | |

| Item | % |
|---|---|
| Heating System - Avg. Cost | % |
| Central Air - Avg. Cost | % |
| Heat & Central Air - Avg. Cost | 100 % |
| Heating - Electric | % |
| Heating - Gas | % |
| Heating - Oil | % |
| Heating - Gas Hot Air | % |
| Heating - Gas Hot Water | % |
| Heating - Oil Hot Air | % |
| Heating - Oil Hot Water | % |
| Heating - Oil Radiators | % |
| Heating - Propane Hot Air | % |
| Heating - Propane Hot Water | % |
| Radiant Floor Heating | % |
| Central Air - Same Ducts | % |
| Central Air - Separate Ducts | % |
| Attic Fan | % |
| Electrical Thermal Storage Unit | % |






# Information Providers, Inc.

RCT Report

| | | | |
|---|---|---|---|
| Policy Number: | 000713215 | IPI Case Number: | 7845837 |
| Insured: | MOHUN, DAVID OR KRISTEN | Inspection Date: | 2/15/2018 |
| Property Address: | 22306 ISLE VIEW DR | Agent Name: | STEVEN WAYNE BOESSLING |
| | | Customer Name: | TEXAS WIND INS. ASSOC. |
| | Galveston, TX 77554 | Customer Account: | TWIPTX |
| Coverage Amount: | | Replacement Cost: | $280,479 |

## Cost Estimate

| | |
|---|---|
| Subtotal | 257,320 |
| Debris Removal | $7,720 |
| Architect Fees | $15,439 |
| **Total Insurable Replacement Cost** | **$280,479** |
| Depreciation | |
| **Primary Structure Actual Cash Value** | **$280,479** |

| Category | Labor | Equipment | Material | Total |
|---|---|---|---|---|
| Sitework | | | | |
| Foundations | 10,869 | 106 | 38,219 | 49,194 |
| Slab on Grade | | | | |
| Framing | 22,617 | | 23,282 | 45,899 |
| Roofing | 3,542 | | 7,491 | 11,033 |
| Exterior Walls | 10,677 | | 19,323 | 30,000 |
| Partitions | 9,341 | | 6,372 | 15,713 |
| Wall Finishes | 6,542 | | 7,031 | 13,573 |
| Floor Finishes | 3,063 | | 7,644 | 10,707 |
| Ceiling Finishes | 3,291 | 27 | 1,335 | 4,653 |
| Equipment | 2,308 | | 14,735 | 17,043 |
| Conveying Systems | | | | |
| Plumbing Systems | 8,806 | | 12,376 | 21,182 |
| HVAC Systems | 7,219 | | 7,239 | 14,458 |
| Electrical Systems | 5,718 | | 4,481 | 10,199 |
| Attached Structures | 5,306 | 1 | 8,359 | 13,666 |
| General Conditions | | | | |
| **Subtotal** | **$ 99,299** | **$ 134** | **$ 157,887** | **$ 257,320** |

| Property Description | Main Home | Wing 1 | Wing 2 |
|---|---|---|---|
| Year Built | 1990 (Standard) | | |
| Predominant Style | 1 1/2 Story | | |
| Number of Stories | 1.5 | | |
| Total Living Area | 2,421 | | |
| % Cathedral Ceilings | | | |
| % Slab | | | |
| % Crawl Space | | | |
| % Basement | | | |
| % Basement Finished | | | |
| % Pier Foundation | 100% | | |
| % Hillside Foundation | | | |
| Basement Type | | | |
| Basement Finished Type | | | |
| Slope | | | |
| Shape | Rectangular or Slightly Irregular | | |
| Site Access | Flat Area/Easy Access Roads | | |

| | | | |
|---|---|---|---|
| ------------- | EXTERIOR WALLS | ------------- | INTERIOR ITEMS |
| 100% | Vinyl Siding | 1 | Kitchen, Builder's Grade |
| ------------- | ROOFING | 2 | Full Bath, Builder's Grade |
| 100% | Architectural Shingles | 1 | Half Bath, Builder's Grade |
| ------------- | ATTACHED STRUCTURES | ------------- | HVAC |
| 260 | Open Porch | 100% | Heat/Central Air Conditioning, Avg Cost |
| 120 | Enclosed Porch | | |
| 70 | Wood Deck | | |
| ------------- | PARTITIONS | | |
| 100% | Drywall | | |
| ------------- | WALL COVERINGS | | |
| 95% | Paint | | |
| 5% | Vinyl Wallpaper | | |
| ------------- | CEILINGS | | |
| 100% | Drywall | | |
| ------------- | FLOORING | | |
| 11% | Hardwood | | |
| 77% | Wall to Wall Carpet (acrylic/nylon) | | |
| 7% | Vinyl | | |
| 5% | Ceramic Tile | | |




**Address Verification**



**Home - Front**



Home - Rear



Home - Rear



Home - Rear/Underneath



Left Side



Right Side



Slope 1



**Slope 2**



**Slope 3**



Slope 4



Slope 5



**Slope 6**

**UW NOTES Mohun TWRD0000713215**

Notes

| Info | Details |
|---|---|
| **Author:**<br>Policy Conversion<br>**Topic:**<br>General<br>**Security Level:**<br>Internal Only<br>**Related To:**<br>-- Policy :<br>TWRD0000713215 | Nov 16, 2022 1:48 PM<br>**WPI8**<br>Author: Melissa Rosson (mrosson)<br>3/3/2016 - House<br>Entire Re-Roof<br><br>3/24/2010 - House<br>Replace Entry Door<br><br>8/6/2002 - House<br>Entire Re-Roof<br><br>Add Re-Roof info correctly to Policy |
| **Author:**<br>Policy Conversion<br>**Topic:**<br>General<br>**Security Level:**<br>Internal Only<br>**Related To:**<br>-- Policy :<br>TWRD0000713215 | Apr 14, 2021 4:25 PM<br>**Follow up**<br>Author: Carolina Hernandez (carolina)<br>OK to issue per Laura<br>Removed block and issued |
| **Author:**<br>Policy Conversion<br>**Topic:**<br>General<br>**Security Level:**<br>Internal Only<br>**Related To:**<br>-- Policy :<br>TWRD0000713215 | May 22, 2019 3:42 PM<br>**Returned mail for insured added on 04/12/2019**<br>Author: Eliana DeLaGarza (edelagarza20210319)<br>Sent activity to the agent for the insured ret mail added on 04/12/2019.<br>Ret mail has been destroyed |
| **Author:**<br>Policy Conversion<br>**Topic:**<br>General<br>**Security Level:**<br>Internal Only<br>**Related To:**<br>-- Policy :<br>TWRD0000713215 | Apr 3, 2019 10:13 AM<br>**Returned mail for insured added on 03/09/2019**<br>Author: Eliana DeLaGarza (edelagarza20210319)<br>Sent activity to the agent for the insured ret mail added on 03/09/2019.<br>Ret mail has been destroyed |
| **Author:**<br>Policy Conversion | Feb 20, 2019 2:40 PM<br>**Returned mail for insured added on 01/14/2019** |

| | |
|---|---|
| **Topic:** General **Security Level:** Internal Only **Related To:** -- Policy : TWRD0000713215 | Author: Nicole Herrera (nherrera)<br>Sent activity to the agent for the insured ret mail added on 01/14/2019. Ret mail has been destroyed |
| **Author:** Policy Conversion **Topic:** General **Security Level:** Internal Only **Related To:** -- Policy : TWRD0000713215 | May 23, 2018 1:16 PM<br>**Adding open activity as FYI**<br>Author: Emery Ferguson (eferguson)<br>Activity is a notice for AO to update Sq Ft info. Could not reach AO. As we do not cancel over these issues, I am closing the activity and re-adding as FYI. No need for NOC. |
| **Author:** Policy Conversion **Topic:** General **Security Level:** Internal Only **Related To:** -- Policy : TWRD0000713215 | Mar 27, 2018 3:15 PM<br>**Returned mail for the Insd added on 02/07/18.**<br>Author: Denise Tovar (DTovar)<br>Sent activity to the agent for INSD RTN Mail added 02/07/18. RTN Mail has been destroyed. |
| **Author:** Policy Conversion **Topic:** General **Security Level:** Internal Only **Related To:** -- Policy : TWRD0000713215 | Mar 9, 2018 7:46 AM<br>**INSPECTION REVIEW PROCESSED**<br>Author: Emery Ferguson (eferguson)<br>CoC on file for 92 constr, 02 reroof, 2010 door replacement, 2016 reroof.<br><br>I initially requested this inspection to verify that the requested siding repairs were completed after cancellation under prior 000417885-01. Inspection verifies repairs. These were minor. No CoC needed.<br><br>Address correct. Constr date is 1992 per insp, CAD, and CoC. Building and roof material match. # of stories is accurate.<br><br>Reviewed in google and EV, compared with prior claim. No major changes warranting CoC aside from 2016 reroof. We already have this cert.<br><br>Sq fooage discrepancy 3122 on app vs. 2421 in insp. Sending activity to AO to verify.<br><br>Currently no repairs or requests for documentation needed. No letter or photos being sent at this time. |

| | |
|---|---|
| **Author:**<br>Policy Conversion<br>**Topic:**<br>General<br>**Security Level:**<br>Internal Only<br>**Related To:**<br>-- Policy :<br>TWRD0000713215 | Feb 2, 2018 2:30 PM<br>**Returned mail for insured added on 1/14/18**<br>Author: Nicole Herrera (nherrera)<br>Sent activity to the agent for the insured ret mail added on 1/14/18. Ret mail has been destroyed |
| **Author:**<br>Policy Conversion<br>**Topic:**<br>General<br>**Security Level:**<br>Internal Only<br>**Related To:**<br>-- Policy :<br>TWRD0000713215 | Jun 23, 2017 1:30 PM<br>**Clean Up**<br>Author: Micah Luke Williams (mlwilliams20200520)<br>Closed old "Mailing address verification required" activity |
| **Author:**<br>Policy Conversion<br>**Topic:**<br>General<br>**Security Level:**<br>Internal Only<br>**Related To:**<br>-- Policy :<br>TWRD0000713215 | Mar 22, 2017 4:11 PM<br>**Returned mail for the Insd added on 03/01/2017.**<br>Author: Denise Tovar (DTovar)<br>Sent activity to the agent for INSD RTN Mail added 03/01/2017. RTN Mail has been destroyed. |

**PRIOR LOSSES_CLAIMS Mohun TWRD0000713215**


Desktop | Account | Policy | Contact | Search | Administration
Go to (Alt+/)

TWIA Policy File Dwelling and Personal Property **David Mohun** Account: A000444192 Policy: **TWRD0000713215** In Force (Expiration: 04/18/2026) Claim

Risk Analysis

UW Referral Reasons | UW Issues | Prior Policies | Claims | Prior Losses | UW Checklist

**Prior Losses**

| Chargeable | Source | Loss Date | Claim Number | Match Description | Total Loss Amount | Policy Number | Status |
|---|---|---|---|---|---|---|---|
| Yes | ClaimCenter | 07/08/2024 | 1196371 | Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage. | $20,761.10 | TWRD0000713215 | Open |



Desktop | Account | Policy | Contact | Search | Administration

TWIA Policy File Dwelling and Personal Property David Mohun Account: A000444192 Policy: TWRD0000713215 In Force (Expiration: 04/18/2026) Claim

Risk Analysis

UW Referral Reasons | UW Issues | Prior Policies | Claims | Prior Losses | UW Checklist

Search by Loss Date

- Since: Any
- From: 07/14/2024
- To: 07/14/2025

Search Reset

Policy Period: All

| Policy Period | Loss Date | Claim Number | Status | Total Incurred |
|---|---|---|---|---|
| 04/18/2024 - 04/18/2025 | 07/08/2024 | 1196371 | Open | $69,639.99 |
| | | | | $69,639.99 |

Claim Details

View Claim in Claim System

| | |
|---|---|
| Policy Period Start | 04/18/2024 |
| Policy Period End | 04/18/2025 |
| Claim Number | 1196371 |
| Loss Date | 07/08/2024 |
| Loss Cause | Wind |
| Status | Open |
| Description | Wind damage at the house. Siding on the front of the house is known, have not fully been able to assess the rest of the house for damage. |

| | |
|---|---|
| Litigation | No |
| Injuries | No |
| Remaining Reserves | $47,211.85 |
| Paid to Date | $22,428.14 |
| Total Incurred | $69,639.99 |
| Recoveries | - |

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun & Kristen Mohun
c/o Hodge Law Firm, PLLC
1301 Market St
Galveston, TX 77550-2624
Sent via email: shodge@hodgefirm.com

## Request for Information

Date: October 10, 2024
Insured: David Mohun & Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location: 22306 Isle View Dr, Galveston, TX 77554

Dear Hodge Law Firm,

We are evaluating your claim for items in dispute and need additional information. If you have already provided this information to TWIA or the adjuster, please disregard this letter.

**Please provide the following information or let us know if there is none.**

- Documentation of Damage: Provide any records and information that you have relating to the cause of the damage or the cost of repairing the damaged property, including any bids, estimates, reports, photographs, and any written descriptions of the property or the damage.

- Temporary Repairs: Provide any invoices, bills, statements, and receipts showing any repair cost you incurred to protect the property from further damage.

- Debris Removal: Provide any photographs, invoices, bills, statements and receipts showing any expense for the removal of debris from your property.

- Other Information: Any other information you have that you believe is important for us to know about your claim or the damaged property.

We make every effort to resolve your claim promptly, accurately, and to your satisfaction. We will consider all information that you provide and notify you of our claims decision.

In the following pages, we provide additional information to help you understand the claims process:

- Repairs
- Legal notices

If you have questions, please contact me or visit

https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html from your computer or mobile device to send me a message, view and upload documents and photos, and access the details and status of your claim.

Sincerely,

Melissa Carl
Examiner | Claim Dept
Texas Windstorm Insurance Association
Direct | 512-686-0971
Email | claims@twia.org

Please visit https://www.research.net/s/TWIA to provide feedback about your claims experience. Your input will help us improve our services.

## IF AND WHEN YOU MAKE PERMANENT REPAIRS

Whether or not you ultimately have a covered claim, you may need to make permanent structural repairs to your property. To be eligible for insurance through TWIA, many structural repairs must be certified by a TDI appointed qualified inspector or by a Texas licensed professional engineer. Certificates of Compliance (WPI-8 or WPI-8-C) are issued to certify compliance with the applicable windstorm building code for the area. Without a Certificate of Compliance, TWIA lacks evidence that the structure conforms to the applicable building code, and the structure may be considered ineligible for coverage with TWIA. The WPI-8 certification inspections are done before and during the repair process, if completed by a TDI inspector. For more information about eligibility requirements, visit www.twia.org. The TDI website provides a list of repairs that do not require inspection and certification.

For more information or to contact someone with the TDI Windstorm Inspections Program:

Phone: (800) 248-6032
Email: Windstorm@tdi.texas.gov
Mail: TDI Windstorm Inspections Program
PO Box 149104
Austin, TX 78714-9104
Online: http://www.tdi.texas.gov/wind/index.html

## LEGAL NOTICES

The selection of any company to perform repair or replacement work to your property is the sole decision of the property owner. The inclusion of any promotional materials by TWIA does not represent an endorsement by Texas Windstorm Insurance Association (TWIA) of any product, individual, or company.

TWIA provides no expressed or implied warranties or guarantees as to the quality, cost, or effectiveness of the product(s) provided and work performed by any contractor(s), their employee(s), or subcontractor(s).

The actions taken by TWIA in evaluating your claim were intended to establish the coverage available to you under the policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions, or requirements of the policy or any of your rights or the rights of the Texas Windstorm Insurance Association under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. Texas Windstorm Insurance Association expressly reserves all rights under the policy, at law and in equity, whether or not expressly identified in this letter.

## OTHER RESOURCES

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program – MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departmento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Program, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones

de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis al 1-855-352-6278; o escriba al Programa COAST Program – MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

TEXAS WINDSTORM
INSURANCE ASSOCIATION

P.O. Box 99090
Austin, Texas 78709-9090

MDG2026 00000019 02

Hodge Law Firm, PLLC
1301 Market St
Galveston, TX 77550-2624

000000 01 08 000019 000155 P

TEXAS WINDSTORM INSURANCE ASSOCIATION

Hodge Law Firm, PLLC
1301 Market St
Galveston, Texas 77550-2624

# Cover Page

Date: January 14, 2026
Insured: David Mohun, Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371

Dear David Mohun, Kristen Mohun,

Please see attached:

000000 02.08 000019 000156 P

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun and Kristen Mohun
8405 Winningham Ln
Houston, TX 77055-7531

# Reminder Notice

Date: 1/9/2026
Insured: David Mohun and Kristen Mohun
Policy Number: TWRD0000713215]
Claim Number: C
Loss Location: 22306 Isle View Dr, Galveston, TX 77554

Dear David Mohun and Kristen Mohun,

We are writing to discuss a claim submitted to Texas Windstorm Insurance Association (TWIA). Please read this document carefully because it provides specific information concerning how your TWIA claim is processed.

Texas Windstorm Insurance Association (TWIA) received notice of your claim on 7/8/2024. We inspected your property and assessed the damage covered under your TWIA policy. TWIA issued payments totaling $20,761.10 to you for the accepted damage.

We want to confirm all your reported damage has been addressed. If you have realized additional damage, it is important to notify TWIA as soon as possible. It is equally important to perform the necessary repairs promptly to protect your property from further damage.

Please review the attached disposition letter which explains what our payment was based on. In addition, our records show TWIA withheld depreciation in the amount of $1,711.85 to submit a request for the release of depreciation, please send us the following:

1. The final detailed invoice for the completed repairs.

2. Proof of payment of your deductible ($8,540.00) to the contractor. This can be in the form of a cancelled check (front and back), cashier's check, money order receipt or credit card statement. Or, as an alternative, you may provide a copy of a signed detailed installment contract between you

and your contractor showing the details of the work being performed and cost of repairs. Please note a handwritten notice of cash payments are not considered proof of payments.

3. Proof the actual cash value payments totaling ($20,761.10) were used toward the replacement purchases were paid to the contractor. This can be in the form of a cancelled check (front and back), money order receipt or credit card statements. **Please note a handwritten notice of cash payments are not considered proof of payments.**

4. Proof of the completed or nearly completed work which you are claiming the withheld depreciation. This can be photos of all the repairs or WPI8 certificate if applicable.

The submission of documentation to release the depreciation must be received no later than the 545th day after the date we notify you of the amount we will pay. This deadline expires 2/13/2026.

We are here to help you through the claims process so you can recover as quickly as possible. If you have any questions or concerns, please contact us.

**IF YOU DISAGREE WITH THE AMOUNT OF LOSS**

We want you to understand our determination regarding your claim. You may request a detailed summary of how we determined the amount of loss we will pay. The amount of loss may include the cost to repair or replace covered property, business income loss, business personal property or contents, and other covered items. Please contact us at www.twia.org/claimscenter. You may also call us at (800) 788-8247 or email claims@twia.org. Please include your claim number, name, and contact information on all communications.

Appraisal
Appraisal is a formal process to handle disputes over the amount of a covered loss. In an appraisal, you and TWIA will each hire an independent person to determine the amount of the loss payable under the policy. Please be aware you will share the costs of the appraisal process equally with TWIA.

If there are still disagreements between the two appraisers, the appraisers will submit to an umpire they choose. If the appraisers cannot agree, then the Commissioner of Insurance will choose the umpire. The final appraisal decision is binding.

How to request appraisal

1. Submit a request. Call your TWIA claims examiner to request appraisal or send your request via email to TWIA at claims@twia.org or mail to PO Box 99090, Austin, TX 78709-9090, Attention: Appraisal Request.



000000 03 08 000019 000157 P

2. Follow deadlines for appraisal. You have 60 days from the date of our Notice of Claims Acceptance to demand appraisal on the amount of loss that TWIA will pay. You may request the 60-day period to request appraisal be extended for 30 days. You'll need to file a written request with TWIA demonstrating good cause for why the period should be extended within 75 days. If you do not request appraisal within the deadline, you waive your right to contest TWIA's determination of the amount of loss.

If you have questions, please contact us at (800) 788-8247 or claims@twia.org. You can also visit our claim handling system, (Claims Center), at www.twia.org/claimscenter/ from your computer or mobile device. There, you can send messages, view and upload documents and photographs, and access the details of your claim.

Respectfully,
Julia Morales Fernandes
Examiner | Claim Dept
Texas Windstorm Insurance Association
Email | claims@twia.org

Enclosures:
- Copy of Disposition letter

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun & Kristen Mohun
c/o Hodge Law Firm, PLLC
1301 Market St
Galveston, TX 77550-2624
Sent via email: shodge@hodgefirm.com

## Request for Information

Date: October 10, 2024
Insured: David Mohun & Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location: 22306 Isle View Dr, Galveston, TX 77554

Dear Hodge Law Firm,

We are evaluating your claim for items in dispute and need additional information. If you have already provided this information to TWIA or the adjuster, please disregard this letter.

**Please provide the following information or let us know if there is none.**

- Documentation of Damage: Provide any records and information that you have relating to the cause of the damage or the cost of repairing the damaged property, including any bids, estimates, reports, photographs, and any written descriptions of the property or the damage.
- Temporary Repairs: Provide any invoices, bills, statements, and receipts showing any repair cost you incurred to protect the property from further damage.
- Debris Removal: Provide any photographs, invoices, bills, statements and receipts showing any expense for the removal of debris from your property.
- Other Information: Any other information you have that you believe is important for us to know about your claim or the damaged property.

We make every effort to resolve your claim promptly, accurately, and to your satisfaction. We will consider all information that you provide and notify you of our claims decision.



**Texas Windstorm Insurance Association**
PO Box 99090 Austin, TX 78709-9090
(800) 788-8247 | www.twia.org

In the following pages, we provide additional information to help you understand the claims process:

- Repairs
- Legal notices

If you have questions, please contact me or visit

https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html from your computer or mobile device to send me a message, view and upload documents and photos, and access the details and status of your claim.

Sincerely,

Melissa Carl
Examiner | Claim Dept
Texas Windstorm Insurance Association
Direct | 512-686-0971
Email | claims@twia.org

Please visit https://www.research.net/s/TWIA to provide feedback about your claims experience. Your input will help us improve our services.

## IF AND WHEN YOU MAKE PERMANENT REPAIRS

Whether or not you ultimately have a covered claim, you may need to make permanent structural repairs to your property. To be eligible for insurance through TWIA, many structural repairs must be certified by a TDI appointed qualified inspector or by a Texas licensed professional engineer. Certificates of Compliance (WPI-8 or WPI-8-C) are issued to certify compliance with the applicable windstorm building code for the area. Without a Certificate of Compliance, TWIA lacks evidence that the structure conforms to the applicable building code, and the structure may be considered ineligible for coverage with TWIA. The WPI-8 certification inspections are done before and during the repair process, if completed by a TDI inspector. For more information about eligibility requirements, visit www.twia.org. The TDI website provides a list of repairs that do not require inspection and certification.

For more information or to contact someone with the TDI Windstorm Inspections Program:

Phone: (800) 248-6032
Email: Windstorm@tdi.texas.gov
Mail: TDI Windstorm Inspections Program
PO Box 149104
Austin, TX 78714-9104
Online: http://www.tdi.texas.gov/wind/index.html

## LEGAL NOTICES

The selection of any company to perform repair or replacement work to your property is the sole decision of the property owner. The inclusion of any promotional materials by TWIA does not represent an endorsement by Texas Windstorm Insurance Association (TWIA) of any product, individual, or company.

TWIA provides no expressed or implied warranties or guarantees as to the quality, cost, or effectiveness of the product(s) provided and work performed by any contractor(s), their employee(s), or subcontractor(s).

The actions taken by TWIA in evaluating your claim were intended to establish the coverage available to you under the policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions, or requirements of the policy or any of your rights or the rights of the Texas Windstorm Insurance Association under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. Texas Windstorm Insurance Association expressly reserves all rights under the policy, at law and in equity, whether or not expressly identified in this letter.

## OTHER RESOURCES

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program – MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departmento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Program, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones

000000 05 08 000019 000159 P

de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis al 1-855-352-6278; o escriba al Programa COAST Program – MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
Kristen Mohun
8405 Winningham Ln.
Houston, TX 77055-7531

# Important: Response to Your Claim Submission

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371

You recently submitted a claim to Texas Windstorm Insurance Association (TWIA). Please read this document carefully because it provides specific information concerning how your TWIA claim is processed.

After carefully reviewing the details of your claim, we have reached a determination. The enclosed Notice of Claim Acceptance provides important details of our determination which includes any claim payment amount.

We are here to help you through the claims process so you can recover as quickly as possible. If you have any questions or concerns, please contact us.

**Contact Options:**
TWIA's Claims Center offers you instant online access to your claim information and services, including the option to message the team handling your claim at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. If you would prefer to speak with us directly, we also have a 24-hour claims customer care line at (800) 788-8247.

**Enclosures:**

- Notice of Claim Acceptance
- If and When You Make Repairs
- If You Disagree with the Amount of Loss
- Legal Notice
- Our Estimate of Your Repairs



000000 06 08 000019 000160 P

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Notice of Claim Acceptance

Date: August 14, 2024
Insured: David and Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location(s): 22306 Isle View Dr, Galveston, TX 77554

Dear David and Kristen Mohun,

This letter is to inform you that we have accepted your dwelling claim in full. We estimate the amount of loss we will pay is $22,472.95. We are issuing a payment of $20,761.10 to you which represents the amount of loss, less depreciation.

We understand your property was damaged by wind or hail on July 08, 2024. We confirmed your policy covers the following damages:

- Damage to the siding
- Damage to the window screens and wraps
- Damage to the soffit and fascia
- Damage to the game room

Please review the enclosed estimate, which explains how we determined the amount of loss. We are mailing your check separately. It could take 7-10 business days to receive your check. We estimate an additional amount of up to $1,711.85 is available to you as recoverable depreciation when we receive documentation for the cost and completion of repairs.

**If you request the recoverable depreciation you will need to show proof you have paid your deductible.** This can be in the form of a cancelled check, money order receipt, credit card statement, or copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time. No depreciation will be released without proof of payment of your deductible.

**How we came up with your claim payment amount:**

- Your claim payment amount is based on an estimate to repair your property, minus non-recoverable depreciation, if applicable, and your deductible.
- The estimate is based on covered damages we found and any information you gave to us.

- **This is only an estimate of what it will cost to repair your property and it is possible the total cost may be different.**

**Your next steps:**

- Provide our estimate to whomever will perform the work and begin repairs.
- If you agree with the amount of loss, begin work.
- If our estimate is not enough, contact TWIA and request a supplemental payment. This must be done within 545 days of this notice.
- If additional damages are discovered while making repairs, please contact TWIA. You have one year from the date of loss to present these to TWIA.

**There are mandated timelines associated with disputing the amount of the loss we will pay. See the section titled <u>IF YOU DISAGREE WITH THE AMOUNT OF LOSS</u> for more details.**

If you intend to claim any of the damages listed above, or if you have other questions, please contact us at 800-788-8247. You can also visit Claims Center at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html/
from your computer or mobile device to send a message, view and upload documents and photos and access the details of your claim.

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247**

Sincerely,

Patrick Morales
Claims Examiner
claims@twia.org

Please visit https://research.net/s/twia to provide feedback about your claims experience. Your input is valuable and will help us improve our services.

000000 07 08 000019 000161 P

## HOW TO REQUEST YOUR RECOVERABLE DEPRECIATION

Replacement Cost Coverage pays the amount actually and necessarily spent to repair or replace the covered damaged property. The amount of recoverable depreciation you can receive is limited to the replacement cost. To submit your request for recoverable depreciation, please send us a copy of all paid invoices, bills, receipts, and proof of deductible payment showing the amounts you've paid. We will issue the additional amounts owed no later than 40 days after receiving your documentation. Your documentation for the cost and completion of repairs must be received within 545 days of the date that you receive this notice.

## IF AND WHEN YOU MAKE REPAIRS

Whether your claim is covered or not, you may still need to make repairs to your property. Those repairs may require a Certificate of Compliance. Policyholders are responsible for costs incurred in obtaining a Certificate of Compliance.

A Certificate of Compliance confirms a structure meets the windstorm building code for the area and is an eligibility requirement for coverage with TWIA.

**To be eligible for insurance through TWIA:**

- Many structural repairs must be certified by the Texas Department of Insurance (TDI) or a Texas licensed professional engineer.
- TDI issues Certificates of Compliance (WPI-8) for repairs that are in progress. See TDI's website for more information, including a list of repairs that do not need certification: www.tdi.texas.gov/wind/index.html

  **TDI contact information**
  Phone: (800) 248-6032
  Email: windstorm@tdi.texas.gov
  Mail: TDI Windstorm Inspections Program, P.O. Box 149104, Austin, TX 78714-9104
- For other information about TWIA eligibility: www.twia.org/coverage-eligibility

## IF YOU DISAGREE WITH THE AMOUNT OF LOSS

We want you to understand our determination regarding your claim. You may request a detailed summary of how we determined the amount of loss we will pay. The amount of loss may include the cost to repair or replace covered property, business income loss, business personal property or contents, and other covered items. Please contact us at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. You may also call us at (800) 788-8247 or email claims@twia.org. Please include your claim number, name, and contact information on all communications.

## Appraisal

Appraisal is a formal process to handle disputes over the amount of a covered loss. In an appraisal, you and TWIA will each hire an independent person to determine the amount of the loss payable under the policy. Please be aware you will share the costs of the appraisal process equally with TWIA.

If there are still disagreements between the two appraisers, the appraisers will submit to an umpire they choose. If the appraisers cannot agree, then the Commissioner of Insurance will choose the umpire. The final appraisal decision is binding.

## How to request appraisal

1. **Submit a request.** Call your examiner to request appraisal, or send your request via email to TWIA at claims@twia.org or mail to PO Box 99090, Austin, TX 78709-9090, Attention: Appraisal Request.

2. **Follow deadlines for appraisal.**

   - You have 60 days from the date you receive this notice to demand appraisal on the amount of loss that TWIA will pay
   - Because you have replacement cost coverage you may still request appraisal for qualifying items up to the 545-day deadline to provide documentation of cost and completion of repairs.
   - You may request appraisal regardless of whether repairs have been completed or not.

   You may request the 60-day period to request appraisal be extended for 30 days. You'll need to file a written request with TWIA demonstrating good cause for why the period should be extended within 75 days. **If you do not request appraisal within the deadline, you waive your right to contest TWIA's determination of the amount of loss**

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

000000 08 08 000019 000162 P

## LEGAL NOTICE

TWIA's evaluation was intended to establish the coverage available to you under your policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions or requirements of the policy or any of your rights or the rights of TWIA under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. TWIA expressly reserves all rights under the policy, at law and in equity whether or not expressly identified in this letter.

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
C/O Hodge Law Firm, Pllc
1301 Market Street
Galveston, Texas 77550

Sent via email to: shodge@hodgefirm.com

# Appraisal Acknowledgment

Date: October 3, 2024
Insured: David Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Loss Location: 22306 Isle View Dr, Galveston, TX 77554

Dear Hodge Law Firm:

This will acknowledge receipt of communication from you stating you dispute the amount of loss Texas Windstorm insurance Association (TWIA) will pay on the above-referenced claim.

With this letter we acknowledge you have triggered your right to appraisal. Appraisal is your exclusive remedy to dispute the amount of loss we will pay for covered damages. We agree to appraise only those items covered under the policy which were identified on the Notice of Claim Acceptance.

If you are disputing items other than those identified in our estimate, please provide a detailed estimate or receipts for repairs/replacement of those items so that we can make a determination of coverage or whether the additional items can be included in the appraisal.

Your next step is to submit additional information in support of your costs if you have not done so already. If there is nothing further to present, you would need to select an appraiser and submit their information to TWIA. You can always discuss the matter further with your claim examiner if you do not wish to proceed with appraisal.

Texas Windstorm Insurance Association agrees to Appraisal for the amount of loss we will pay for items that we **accepted** as covered under your TWIA policy. Please refer to your policy for additional information. The policy and the rules and regulations under Title 28 outline responsibilities for the **costs** of the appraisal as outlined below:

TEXAS WINDSTORM INSURANCE ASSOCIATION

Under the heading "CONDITIONS", your TWIA Dwelling Policy – Windstorm and Hail states in part:

*11. Disputes About the Amount of Your Covered Loss.*

*…*

*f. Appraisal Process.*

*(5) You and we are responsible in equal shares for paying the costs incurred or charged in connection with the appraisal, including expenses of the appraisers and umpire. If we pay more than our share of the costs of appraisal, our liability and payment for covered losses shall be reduced by the amount we pay in excess of our share.*

Title 28 of the Texas Administrative Code states in part:

***§5.4211. Appraisal Process.***

*…*

*(d) Appraiser fee information. No later than five days after hiring an appraiser, each party must tell the other party the fees to be charged by the appraiser.*

***§5.4221. Appraisal Process – Costs.***

*(a) One-half per party. Each party must pay one-half of all reasonable and necessary costs incurred or charged in connection with the appraisal, including:*

*(1) appraisers' fees;*

*(2) umpire's fee; and*

(3) umpire's travel costs.

(b) No umpire fee before work begins. If the parties settle before the umpire begins work, the umpire may not charge a fee.

(c) Department not responsible. The department is not responsible for any appraisal costs.

Appraisals must be conducted as provided by your policy, as described in Condition 11(f) and follow the Rules set forth under Title 28 of the Texas Administrative Code, Sections §5.4200, §5.4212 through §5.4222, and §5.4252.

§5.4211 of Texas Administrative Code Chapter 28 places certain time limits on the appraisers and umpire. Within 15 days of both appraisers being named, they must disclose their projected fees and agree on an umpire. Within 90 days of both appraisers being named, they must reach a signed agreement between them stating the amount of loss, as described in the policy.

TEXAS WINDSTORM INSURANCE ASSOCIATION

If the two appraisers are unable to reach an agreement within the 90-day limit, the umpire must become involved. Once the umpire is involved, the appraisers and umpire have 60 days to reach a signed agreement between any two of the three stating the amount of the loss, as described in the policy. If the umpire is unable to reach an agreement with either appraiser within 60 days, a new umpire will be named and given 60 days to reach an agreement.

For Commercial policies, the 90-day limit for the appraisers will be extended to 120 days and the 60-day limit for the umpire(s) will be extended to 90 days. However, any further extensions of the time limits shown above can only be granted by written agreement between the insured and TWIA.

Lastly, if you are disputing items that have been denied, your remedy for those portions of your claim is Lawsuit. Please refer to your policy for additional information. Should you have questions regarding your claim or the appraisal process, please contact us at (800) 788-8247 or claims@twia.org.

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247.**

Sincerely,

Melissa Carl
Examiner | Claim Dept
Texas Windstorm Insurance Association
Direct | 512-686-0971
Email | claims@twia.org

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | David Mohun | Cell: | [redacted] |
| Property: | 22306 Isle View Dr<br>Galveston, TX 77554 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 8405 Winningham Ln<br>Houston, TX 77055-7531 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 4508 Colleyville Blvd, Ste C<br>Colleyville, TX 76034 | | |

**Claim Number:** 1196371 **Policy Number:** TWRD0000713215 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 6:35 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 8/1/2024 9:00 AM | Date Entered: | 7/17/2024 6:59 PM |
| Date Est. Completed: | 8/9/2024 8:12 PM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | DAVID_MOHUN |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

TWIA 003181

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**DAVID_MOHUN**

**Risk**

**Exterior**

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Siding - vinyl | 386.00 SF | 0.51 | 0.00 | 39.38 | 236.24 | (0.00) | 236.24 |
| 2. Remove Siding - beveled - pine or equal (clapboard) | 509.30 SF | 0.51 | 0.00 | 51.94 | 311.68 | (0.00) | 311.68 |
| 3. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 4. Siding - vinyl | 509.30 SF | 4.94 | 89.50 | 521.08 | 3,126.52 | (303.75) | 2,822.77 |
| 5. R&R Vinyl J trim | 101.08 LF | 5.30 | 6.84 | 108.52 | 651.08 | (23.21) | 627.87 |
| 6. Soffit - metal/vinyl - Detach & reset | 114.58 SF | 3.47 | 0.28 | 79.58 | 477.45 | (0.00) | 477.45 |
| 7. R&R Vinyl outside corner post | 38.75 LF | 9.13 | 11.99 | 73.16 | 438.94 | (40.69) | 398.25 |
| 8. R&R Wrap wood window frame & trim with aluminum sheet | 5.00 EA | 282.37 | 27.89 | 287.96 | 1,727.70 | (94.65) | 1,633.05 |
| 9. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 10. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 11. Door numbers/letters - Detach & reset | 5.00 EA | 13.45 | 0.00 | 13.46 | 80.71 | (0.00) | 80.71 |
| 12. Paint exterior fascia - 1 coat - metal, 6"- 8" wide | 30.00 LF | 2.53 | 0.27 | 15.24 | 91.41 | (2.48) | 88.93 |
| 13. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 14. R&R Window screen, 1 - 9 SF | 5.00 EA | 46.35 | 15.10 | 49.38 | 296.23 | (85.42) | 210.81 |
| **Totals: Front Elevation** | | | **162.61** | **1,558.70** | **9,351.87** | **568.61** | **8,783.26** |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 15. Remove Siding - vinyl | 840.40 SF | 0.51 | 0.00 | 85.72 | 514.32 | (0.00) | 514.32 |
| 16. Remove Siding - beveled - pine or equal (clapboard) | 840.40 SF | 0.51 | 0.00 | 85.72 | 514.32 | (0.00) | 514.32 |
| 17. R&R House wrap (air/moisture barrier) | 840.40 SF | 0.45 | 13.17 | 78.28 | 469.63 | (14.90) | 454.73 |
| 18. Siding - vinyl | 840.40 SF | 4.94 | 147.68 | 859.86 | 5,159.12 | (501.21) | 4,657.91 |
| 19. R&R Vinyl J trim | 85.00 LF | 5.30 | 5.75 | 91.28 | 547.53 | (19.52) | 528.01 |
| 20. Soffit - metal/vinyl - Detach & reset | 110.00 SF | 3.47 | 0.27 | 76.40 | 458.37 | (0.00) | 458.37 |
| 21. R&R Vinyl outside corner post | 85.00 LF | 9.13 | 26.30 | 160.48 | 962.83 | (89.25) | 873.58 |
| 22. R&R Vinyl inside corner post | 14.50 LF | 7.89 | 3.00 | 23.50 | 140.91 | (10.19) | 130.72 |
| 23. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 24. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |

TWIA 003182

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Right Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 25. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 26. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 100.00 LF | 2.53 | 0.91 | 50.78 | 304.69 | (8.25) | 296.44 |
| 27. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 28. R&R Window screen, 1 - 9 SF | 1.00 EA | 46.35 | 3.02 | 9.86 | 59.23 | (17.08) | 42.15 |
| **Totals: Right Elevation** | | | **264.22** | **2,426.94** | **14,561.18** | **878.02** | **13,683.16** |

**Rear Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 29. Remove Siding - vinyl | 1,004.30 SF | 0.51 | 0.00 | 102.44 | 614.63 | (0.00) | 614.63 |
| 30. Remove Siding - beveled - pine or equal (clapboard) | 1,004.30 SF | 0.51 | 0.00 | 102.44 | 614.63 | (0.00) | 614.63 |
| 31. R&R House wrap (air/moisture barrier) | 1,004.30 SF | 0.45 | 15.74 | 93.52 | 561.20 | (17.81) | 543.39 |
| 32. Siding - vinyl | 1,004.30 SF | 4.94 | 176.48 | 1,027.54 | 6,165.26 | (598.96) | 5,566.30 |
| 33. R&R Vinyl J trim | 126.50 LF | 5.30 | 8.56 | 135.80 | 814.82 | (29.04) | 785.78 |
| 34. Soffit - metal/vinyl - Detach & reset | 110.00 SF | 3.47 | 0.27 | 76.40 | 458.37 | (0.00) | 458.37 |
| 35. R&R Vinyl outside corner post | 85.00 LF | 9.13 | 26.30 | 160.48 | 962.83 | (89.25) | 873.58 |
| 36. R&R Vinyl inside corner post | 14.50 LF | 7.89 | 3.00 | 23.50 | 140.91 | (10.19) | 130.72 |
| 37. R&R Wrap wood window frame & trim with aluminum sheet | 11.00 EA | 282.37 | 61.36 | 633.50 | 3,800.93 | (208.24) | 3,592.69 |
| 38. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 39. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 40. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 100.00 LF | 2.53 | 0.91 | 50.78 | 304.69 | (8.25) | 296.44 |
| 41. R&R Fascia - metal - 8" | 10.00 LF | 7.93 | 2.76 | 16.42 | 98.48 | (9.38) | 89.10 |
| 42. R&R Window screen, 1 - 9 SF | 2.00 EA | 46.35 | 6.04 | 19.74 | 118.48 | (34.17) | 84.31 |
| **Totals: Rear Elevation** | | | **301.42** | **2,697.70** | **16,186.05** | **1,005.29** | **15,180.76** |

**Left Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

### CONTINUED - Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 43. Remove Siding - vinyl | 826.00 SF | 0.51 | 0.00 | 84.26 | 505.52 | (0.00) | 505.52 |
| 44. Remove Siding - beveled - pine or equal (clapboard) | 826.00 SF | 0.51 | 0.00 | 84.26 | 505.52 | (0.00) | 505.52 |
| 45. R&R House wrap (air/moisture barrier) | 509.30 SF | 0.45 | 7.98 | 47.44 | 284.61 | (9.03) | 275.58 |
| 46. Siding - vinyl | 826.00 SF | 4.94 | 145.15 | 845.12 | 5,070.71 | (492.63) | 4,578.08 |
| 47. R&R Vinyl J trim | 207.58 LF | 5.30 | 14.04 | 222.84 | 1,337.06 | (47.66) | 1,289.40 |
| 48. Soffit - metal/vinyl - Detach & reset | 101.00 SF | 3.47 | 0.25 | 70.16 | 420.88 | (0.00) | 420.88 |
| 49. R&R Vinyl outside corner post | 40.00 LF | 9.13 | 12.38 | 75.52 | 453.10 | (42.00) | 411.10 |
| 50. R&R Vinyl inside corner post | 3.83 LF | 7.89 | 0.79 | 6.22 | 37.23 | (2.69) | 34.54 |
| 51. R&R Wrap wood window frame & trim with aluminum sheet | 1.00 EA | 282.37 | 5.58 | 57.60 | 345.55 | (18.93) | 326.62 |
| 52. Labor to set up and take down scaffold - per section | 14.00 EA | 30.69 | 0.00 | 85.94 | 515.60 | (0.00) | 515.60 |
| 53. Scaffold - per section (per week) | 14.00 WK | 60.43 | 0.00 | 169.20 | 1,015.22 | (0.00) | 1,015.22 |
| 14 sections are needed for a week based on the leaner feet and height. | | | | | | | |
| 54. Paint exterior fascia - 1 coat - metal, 6"-8" wide | 100.00 LF | 2.53 | 0.91 | 50.78 | 304.69 | (8.25) | 296.44 |
| **Totals: Left Elevation** | | | **187.08** | **1,799.34** | **10,795.69** | **621.19** | **10,174.50** |
| **Total: Exterior** | | | **915.33** | **8,482.68** | **50,894.79** | **3,073.11** | **47,821.68** |

### Interior




**Game Room** **Height: 8'**

| | | | |
|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling |
| 1047.79 | SF Walls & Ceiling | 393.13 | SF Floor |
| 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 81.83 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55. Contents - move out then reset | 1.00 EA | 60.59 | 0.00 | 12.12 | 72.71 | (0.00) | 72.71 |
| 56. Mask the floor per square foot - plastic and tape - 4 mil | 393.13 SF | 0.32 | 2.27 | 25.62 | 153.69 | (0.00) | 153.69 |
| 57. Mask and prep for paint - plastic, paper, tape (per LF) | 81.83 LF | 1.79 | 1.82 | 29.66 | 177.96 | (0.00) | 177.96 |
| 58. R&R 1/2" drywall - hung, taped, ready for texture | 6.00 SF | 3.37 | 0.32 | 4.10 | 24.64 | (0.08) | 24.56 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Game Room**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 59. R&R Blown-in insulation - 12" depth - R30 | 6.00 SF | 2.60 | 0.54 | 3.22 | 19.36 | (0.13) | 19.23 |
| 60. Seal the surface area w/latex based stain blocker - one coat | 6.00 SF | 0.80 | 0.04 | 0.96 | 5.80 | (0.10) | 5.70 |
| 61. Texture drywall - light hand texture | 9.00 SF | 1.33 | 0.06 | 2.42 | 14.45 | (0.01) | 14.44 |
| 62. Paint the walls - two coats | 654.67 SF | 1.25 | 14.04 | 166.46 | 998.84 | (34.04) | 964.80 |
| 63. R&R Quarter round - 3/4" | 10.00 LF | 2.27 | 0.88 | 4.72 | 28.30 | (0.21) | 28.09 |
| 64. R&R Baseboard - 3 1/4" | 10.00 LF | 4.70 | 1.56 | 9.72 | 58.28 | (0.38) | 57.90 |
| 65. Seal & paint base shoe or quarter round | 81.83 LF | 1.08 | 0.88 | 17.86 | 107.12 | (2.13) | 104.99 |
| 66. Paint baseboard - one coat | 81.83 LF | 1.28 | 0.74 | 21.08 | 126.56 | (1.80) | 124.76 |
| 67. Final cleaning - construction - Residential | 393.13 SF | 0.29 | 11.29 | 22.80 | 148.10 | (0.00) | 148.10 |
| **Totals: Game Room** | | | **34.44** | **320.74** | **1,935.81** | **38.88** | **1,896.93** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Interior** | | | **34.44** | **320.74** | **1,935.81** | **38.88** | **1,896.93** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 775.23 | 0.00 | 155.04 | 930.27 | (0.00) | 930.27 |
| **Totals: Debris Removal** | | | **0.00** | **155.04** | **930.27** | **0.00** | **930.27** |
| **Total: Risk** | | | **949.77** | **8,958.46** | **53,760.87** | **3,111.99** | **50,648.88** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 69. Drywall labor minimum | 1.00 EA | 528.76 | 0.00 | 105.76 | 634.52 | (0.00) | 634.52 |
| 70. Finish carpentry labor minimum | 1.00 EA | 173.76 | 0.00 | 34.76 | 208.52 | (0.00) | 208.52 |
| 71. Window labor minimum | 1.00 EA | 168.12 | 0.00 | 33.62 | 201.74 | (0.00) | 201.74 |
| 72. General labor - labor minimum | 1.00 EA | 1.41 | 0.00 | 0.28 | 1.69 | (0.00) | 1.69 |
| 73. Insulation labor minimum | 1.00 EA | 132.74 | 0.00 | 26.54 | 159.28 | (0.00) | 159.28 |
| 74. Cleaning labor minimum* | 1.00 EA | 1.17 | 0.12 | 0.24 | 1.53 | (0.00) | 1.53 |
| 75. Finish hardware labor minimum | 1.00 EA | 89.81 | 0.00 | 17.96 | 107.77 | (0.00) | 107.77 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Labor Minimums Applied** | | | **0.12** | **219.16** | **1,315.05** | **0.00** | **1,315.05** |
| **Line Item Totals: DAVID_MOHUN** | | | **949.89** | **9,177.62** | **55,075.92** | **3,111.99** | **51,963.93** |

| Additional Charges | Charge |
|---|---|
| Permit | 275.38 |
| **Additional Charges Total** | **$275.38** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 654.67 | SF Walls | 393.13 | SF Ceiling | 1,047.79 | SF Walls and Ceiling |
| 393.13 | SF Floor | 43.68 | SY Flooring | 81.83 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 81.83 | LF Ceil. Perimeter |
| 393.13 | Floor Area | 420.85 | Total Area | 654.67 | Interior Wall Area |
| 6,016.99 | Exterior Wall Area | 84.50 | Exterior Perimeter of Walls | | |
| 2,745.95 | Surface Area | 27.46 | Number of Squares | 374.83 | Total Perimeter Length |
| 26.99 | Total Ridge Length | 175.85 | Total Hip Length | | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 44,948.41 |
| Permit | 275.38 |
| Material Sales Tax | 938.48 |
| Subtotal | 46,162.27 |
| Overhead | 4,616.35 |
| Profit | 4,616.35 |
| Cleaning Sales Tax | 11.41 |
| **Replacement Cost Value** | **$55,406.38** |
| Less Depreciation | (3,111.99) |
| **Actual Cash Value** | **$52,294.39** |
| Less Deductible | (8,540.00) |
| **Net Claim** | **$43,754.39** |
| Total Recoverable Depreciation | 3,111.99 |
| **Net Claim if Depreciation is Recovered** | **$46,866.38** |

Lee Olivares

TWIA 003187

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 4,588.81 | 4,588.81 | 938.48 | 0.00 | 11.41 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | | | |
| | 27.54 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **4,616.35** | **4,616.35** | **938.48** | **0.00** | **11.41** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: DAVID_MOHUN**

**Area: Risk**

| | | |
|---|---|---|
| **Area: Exterior** | | |
| **Front Elevation** | **7,630.56** | **16.98%** |
| **Right Elevation** | **11,870.02** | **26.41%** |
| **Rear Elevation** | **13,186.93** | **29.34%** |
| **Left Elevation** | **8,809.27** | **19.60%** |
| **Area Subtotal: Exterior** | **41,496.78** | **92.32%** |
| **Area: Interior** | | |
| **Game Room** | **1,580.63** | **3.52%** |
| **Area Subtotal: Interior** | **1,580.63** | **3.52%** |
| **Debris Removal** | **775.23** | **1.72%** |
| **Area Subtotal: Risk** | **43,852.64** | **97.56%** |
| **Labor Minimums Applied** | **1,095.77** | **2.44%** |
| **Subtotal of Areas** | **44,948.41** | **100.00%** |
| **Total** | **44,948.41** | **100.00%** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 115.18 | | 115.18 |
| CONTENT MANIPULATION | 60.59 | | 60.59 |
| GENERAL DEMOLITION | 775.23 | | 775.23 |
| DRYWALL | 560.95 | 0.09 | 560.86 |
| MISC. EQUIPMENT - COMMERCIAL | 67.25 | | 67.25 |
| FINISH CARPENTRY / TRIMWORK | 243.46 | 0.59 | 242.87 |
| FINISH HARDWARE | 89.81 | | 89.81 |
| INSULATION | 148.34 | 0.13 | 148.21 |
| LABOR ONLY | 1.41 | | 1.41 |
| PAINTING | 2,123.44 | 65.30 | 2,058.14 |
| SCAFFOLDING | 5,102.72 | | 5,102.72 |
| SIDING | 33,371.75 | 2,881.07 | 30,490.68 |
| SOFFIT, FASCIA, & GUTTER | 1,749.36 | 28.14 | 1,721.22 |
| WINDOW REGLAZING & REPAIR | 370.80 | 136.67 | 234.13 |
| WINDOWS - WOOD | 168.12 | | 168.12 |
| O&P Items Subtotal | 44,948.41 | 3,111.99 | 41,836.42 |
| Permits and Fees | 275.38 | | 275.38 |
| Material Sales Tax | 938.48 | | 938.48 |
| Overhead | 4,616.35 | | 4,616.35 |
| Profit | 4,616.35 | | 4,616.35 |
| Cleaning Sales Tax | 11.41 | | 11.41 |
| Total | 55,406.38 | 3,111.99 | 52,294.39 |

KO1122080912-2

# Isla Del Sol

18 Augusta Pines Dr.
Ste. 210C
Spring • TX • 77389

Phone (346) 328-2775
https://athena.cincwebaxis.com

March 06, 2025



David C. Mohun QIE I
Kristen Mohun QIE I
8405 Winningham Ln
C/O David & Kristen Mohun
Houston, TX 77055

**RE: Isla Del Sol**

**Friendly Reminder for 22306 Isle View**

Dear David C. Mohun QIE I & Kristen Mohun QIE I:

We are inspecting the properties within your community pursuant to the request of your Board of Directors. These inspections are to alert homeowners about covenant violations so that they might be corrected. An inspection of your community occurred on 11/25/2024. It was noted that the following action(s) is necessary:

**Exterior Maintenance**

**Please let management company know when repairs will be made.**
This violation is pursuant to the Declaration of Covenants, Conditions & Restrictions (CCR's) for your community. For more information on this violation, please reference your Governing Documents in your Homeowner Portal at https://athena.cincwebaxis.com.

As required by the covenants, please take the necessary action to correct this situation as soon as possible. This item will be escalated on April 20, 2025 if not corrected.

Thank you for your cooperation in this important matter. If you have any questions, please contact us at (346) 328-2775 or email your manager directly at stacy@athenamgmt.com. You can access a copy of your governing documents through the homeowner portal by going to https://athena.cincwebaxis.com.

Sincerely,

Stacy Everett
stacy@athenamgmt.com
Management Agent for Isla Del Sol

TEXAS WINDSTORM INSURANCE ASSOCIATION

David Mohun
8405 Winningham Ln
Houston, Texas 77055-7531

# Receipt of Claim

Date: July 9, 2024
Insured: David Mohun, Kristen Mohun
Policy Number: TWRD0000713215
Claim Number: 1196371
Dear David Mohun, Kristen Mohun,

We received notice on July 8, 2024 that your property sustained windstorm or hail damages on July 8, 2024.

You should receive a call from a TWIA representative to confirm the details of your claim and review policy information with you. You may also be contacted to set up a time to inspect your damaged property. If we have already assigned representatives to assist you with your claim, they will be indicated in the Important Claim Contact Information on the following page.

The enclosed documents include a summary of your policy details, helpful information about what to expect during the claim process, and an explanation of the resources available to you.

If you have questions, please contact us at 800-788-8247 or visit the Claims Center at www.twia.org/claimscenter from your computer or mobile device to send us a message, view and upload documents and photos, and access the details of your claim.

Si desea una copia en español, por favor de contactarnos en el (800) 788-8247.

Sincerely,

Texas Windstorm Insurance Association

Your input will help us improve our services. Please take a few moments to scan the QR code below or visit https://www.research.net/s/TWIA to provide feedback about your claims experience.

# Important Claim Contact Information

**TWIA Claims Department**
(800) 788-8247
www.twia.org/claimscenter

**TWIA Claims Examiner**
TWIA Catastrophe Team 1
800-788-8247

**Adjuster***
Leading Edge Claims Service
4508 Colleyville Blvd Ste C
Colleyville, TX 76034-3966
Phone: 817-767-2108
Fax: 800-752-3124

**Insured Information**
David Mohun, Kristen Mohun
8405 Winningham Ln
Houston, TX 77055-7531
Home: 832-212-6944
Cell: 832-212-6944
Email: Thebestbayhouse@gmail.com

**Agency Information**
Steven W Boessling
8955 Katy Frwy Ste 201
Houston, TX 77024
Phone: 7133957773
Email: sboessling@allstate.com

* If not shown, may be assigned at a later date

Visit the Claims Center at www.twia.org/claimscenter from your computer or mobile device to send us a message, view and upload documents and photos, and access the details of your claim.

## Summary of Policy Details

Verify the information below, including the mortgage company and mailing address listed to ensure they are correct. If there are any errors, please contact your agent.

| Item | Limit of Liability | Coins % | Deductible | Form Numbers | Insured Property and Form Description |
|---|---|---|---|---|---|
| 1A | $427,000.00 | 80% | $8,540.00 | 802<br>331<br>321 | Property Description: Single Family Dwelling<br><br>22306 Isle View Dr, Galveston, TX 77554<br><br>Occupancy: |
| 1B | $100,000.00 | N/A | $2,000.00 | 365<br>331<br>321 | Property Description: Single Family Dwelling<br><br>22306 Isle View Dr, Galveston, TX 77554<br><br>Occupancy: |

# WHAT TO EXPECT DURING THE CLAIMS PROCESS

During the processing of your claim, we want you to know what to expect and have all the resources you need. You also need to know a few steps to take, such as documenting damages, documenting temporary repairs you make, and allowing for an inspection of your property, which may be conducted by a TWIA-assigned insurance adjuster.

**Request for Information.** Please assist TWIA in fully evaluating and determining coverage for your claimed damages by providing us with any documents you believe are related to your loss. Please forward to us as soon as possible any of the following documents:

- Invoices, bills, or receipts for any temporary repairs you make to protect your property from further loss
- Repair estimates for the insured structures that list labor and material costs separately for each damaged item
- Expert reports you may have relating to the damage including any structural engineer reports
- Photographs of damaged structures or property and any pre-loss photos of the same items
- List or inventory of damaged personal property (or business personal property if a commercial property)
- Property appraisals, pre-loss inspection reports, and real estate disclosure documents
- Any other information you believe will assist TWIA in resolving your claim

Please remember that, if assigned, an adjuster will come to the property to inspect and document your claim. Any information you want to provide to TWIA can be given to the adjuster. Please keep in mind that you must notify TWIA of any damage that you are claiming within one year from the date the damage occurred.

You may provide your information to TWIA:

- Online: Log in or register to use Claims Center at www.twia.org/claimscenter
- If you are unable to access Claims Center, please contact your Claims Examiner for alternative methods. Their name and contact information can be found in the Important Claim Contact Information section of this letter.

**Making Temporary Repairs.** If there is ongoing damage to your property, you may need to take steps to prevent additional loss. You must complete temporary repairs that are reasonable and necessary to protect the property from further damage. Please keep a record of these repair expenses, and provide it to TWIA.

**Conducting a Property Inspection.** For many claims, it is necessary to assign an adjuster to inspect the damaged property. If we assign someone to inspect your property, he or she will contact you to schedule an appointment. The adjuster will need to see the damaged property before it is permanently repaired or removed. If that is not possible, take pictures before tearing out, removing, or covering over any damaged property or debris. Keep any damaged property in your possession until the adjuster inspects it.

**Adjuster Findings & TWIA's Decision.** If assigned, the adjuster will report their findings to us, as well as any information you provided in support of your claim. We may need to obtain more information from you or, in some cases, assign experts such as engineers, in order to thoroughly evaluate your claim and provide you with a decision. Once our evaluation is complete, we will provide an explanation of our decision and any payment due.

# IF AND WHEN YOU MAKE PERMANENT REPAIRS

Whether or not you ultimately have a covered claim, you may need to make permanent structural repairs to your property. To be eligible for insurance through TWIA, many structural repairs must be certified by a Texas Department of Insurance (TDI) inspector or by a TDI-approved Texas licensed professional engineer through the TDI Windstorm Inspection Program. This program is administered by TDI, not TWIA. The certification verifies compliance with the building codes, and inspections are done before and during the repair process if completed by a TDI inspector. TDI will issue a Certificate of Compliance (WPI-8) for repairs that comply with the applicable windstorm building code for the area. Without a WPI-8, TWIA lacks evidence that the structure conforms to the applicable building code, and the structure may be considered ineligible for coverage with TWIA. For more information about eligibility requirements, visit www.twia.org. The TDI website provides a list of repairs that do not require inspection and certification.

For more information or to contact someone with the TDI Windstorm Inspection Program:

**1-800-248-6032**
P.O. Box 12030
Austin, TX 78711-2030
Fax: 512-490-1051
Web: http://www.tdi.texas.gov/wind/index.html
Email: windstorm@tdi.texas.gov

## OTHER RESOURCES

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at https://tdi.texas.gov/consumer/disasters.html; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 12030, Austin, TX 78711-2030.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en https://tdi.texas.gov/consumer/disasters.html; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 12030 Austin, TX 78711-2030.

TEXAS WINDSTORM INSURANCE ASSOCIATION HEREBY CERTIFIES THIS IS A TRUE COPY

DAVID MOHUN
8405 WINNINGHAM LN
HOUSTON, TX 77055-7531

# Texas Windstorm Insurance Association

4801 Southwest Parkway
Building 1, Suite 200, Austin, TX 78735

PO Box 99090 Austin,
TX 78709-9090

www.twia.org
(800) 788-8247

**TWRD0000713215**

TEXAS WINDSTORM INSURANCE ASSOCIATION

**POLICY DECLARATIONS PAGE**
**DWELLING POLICY**

| POLICY NUMBER | EFFECTIVE DATE/TIME | EXPIRATION DATE/TIME |
|---|---|---|
| TWRD0000713215 | 04/18/2024 12:01 a.m. | 04/18/2025 12:01 a.m. |

| NAME INSURED AND ADDRESS | AGENCY NAME AND LOCATION |
|---|---|
| DAVID MOHUN<br>KRISTEN MOHUN<br>8405 WINNINGHAM LN<br>HOUSTON TX 77055-7531 | STEVEN W BOESSLING<br>STEVEN WAYNE BOESSLING (0673)<br>8955 KATY FRWY STE 206<br>HOUSTON TX 77024<br>(713) 395-7773 |

**IMPORTANT**
**Early cancellation may result in approximately 25% of your premium being retained by Texas Windstorm Insurance Association.**

**This policy is subject to an immediate surcharge if determined necessary by the Texas Insurance Commissioner. Failure to pay the surcharge will result in cancellation of the policy.**

| LOCATION INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| **LOCATION ADDRESS** | **CONSTRUCTION TYPE** | **YEAR BUILT** | **OCCUPANCY** | **COUNTY** | **TERRITORY CODE** | **COASTAL ZONE** |
| 22306 Isle View Dr<br>Galveston TX 77554 | Frame | 1992 | Secondary Residence | Galveston | 8 | Seaward |

**COVERAGES - Windstorm and Hail Only**
In consideration of the stipulations and conditions herein or added hereto which are made a part of this policy, and of the premiums provided, TWIA does insure the insured named above and legal representatives FROM the effective date shown above TO the expiration date shown above at 12:01 a.m. Standard Time at the location of property against direct loss resulting from the perils of Windstorm and Hail only which have a premium inserted opposite thereto and only on the property described and located as provided hereon.

**COVERAGE SUMMARY**

| | | |
|---|---|---|
| **TOTAL PREMIUM AND SURCHARGES:** | | $4,168<br>*Minimum earned premium applies* |
| **DWELLING AND PERSONAL PROPERTY** | **LIMITS** | **PREMIUMS** |
| <u>Coverage A</u><br>Structure | $427,000 | $4,651 |
| Deductible 2% | $8,540 | -$1,202 |
| <u>Coverage B</u><br>Personal Property | $100,000 | $387 |
| Deductible 2% | $2,000 | -$96 |
| <u>Indirect Loss Coverage</u><br>Wind Driven Rain<br>Consequential Loss | See Endorsements | $168 |

## POLICY FORMS AND ENDORSEMENTS

| NUMBER | EDITION | NAME | LIMIT | PREMIUMS |
|---|---|---|---|---|
| TWDP | 04/01/2020 | TWIA Dwelling Policy | N/A | Included |
| TWIA-220 | 03/01/2012 | Automatic Adjusted Building Cost Endorsement | N/A | Included |
| TWIA-321 | 04/30/2021 | Extension of Coverage - Wind Driven Rain | See Form | Included |
| TWIA-331 | 04/30/2021 | Extension of Coverage - Consequential Loss | See Form | Included |
| TWIA-365 | 11/08/2019 | Conversion to Replacement Cost Coverage B (Personal Property) | N/A | $260 |
| TWIA-802 | 11/08/2019 | Replacement Cost Coverage A (Dwelling) | N/A | Included |

## ADDITIONAL NAMED INSUREDS

**NAME AND ADDRESS:**
Kristen Mohun
8405 Winningham Ln
Houston TX 77055-7531

**Relationship:** Spouse