TWIA 003401

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 4-Roof**

Date Taken:

Taken By: Lee Olivares

5/12 pitch



**Risk/Dwelling/Roof - 5-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 6-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 7-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 8-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 9-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 10-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 11-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

TWIA 003405

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 12-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Roof - 13-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 14-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection.



**Risk/Dwelling/Roof - 15-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection. 0 wind damaged shingles.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 16-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.



**Risk/Dwelling/Roof - 17-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 0 wind damaged shingles.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 18-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 19-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 20-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 21-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 22-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection. 0 wind damaged shingles.



**Risk/Dwelling/Roof - 23-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 24-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 25-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Dwelling/Roof - 26-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 27-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.

TWIA 003413

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Roof - 28-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 0 wind damaged shingles.



**Risk/Dwelling/Roof - 29-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Roof - 30-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- no visible direct wind damages.



**Risk/Dwelling/Roof - 31-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- no visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk/Exterior/Front Elevation - 32-Roof**

Date Taken:

Taken By: Lee Olivares

Elevation overview.



**Risk/Exterior/Front Elevation - 33-Roof**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Front Elevation - 34-Roof**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.



**Risk/Exterior/Front Elevation - 35-Roof**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Exterior/Right Elevation - 36-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.



**Risk/Exterior/Right Elevation - 37-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Elevation overview.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Right Elevation - 38-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.



**Risk/Exterior/Right Elevation - 39-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 40-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window screen.
Visible damage to metal fascia.



**Risk/Exterior/Right Elevation - 41-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to outside corner post.
Visible wind damage to window screen
Visible damage to metal fascia.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 42-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window screen



**Risk/Exterior/Right Elevation - 43-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

TWIA 003421

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Right Elevation - 44-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to metal fascia.



**Risk/Exterior/Right Elevation - 45-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to metal fascia.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Right Elevation - 46-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window screen



**Risk/Exterior/Rear Elevation - 47-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Rear Elevation - 48-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to metal fascia.
Visible damage to outside corner post.
Visible wind damage to window trim.



**Risk/Exterior/Rear Elevation - 49-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window trim.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Rear Elevation - 50-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window trim.



**Risk/Exterior/Rear Elevation - 51-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible wind damage to window trim.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Rear Elevation - 52-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Exterior/Left Elevation - 53-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

TWIA 003426

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 54-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to outside corner post.




**Risk/Exterior/Left Elevation - 55-Left Elevation**

Date Taken:

Taken By: Lee Olivares

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 56-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 57-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

TWIA 003428

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Left Elevation - 58-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 59-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

TWIA 003429

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Exterior/Left Elevation - 60-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 61-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215



**Risk/Exterior/Left Elevation - 62-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Risk/Exterior/Left Elevation - 63-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

TWIA 003431

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215




**Risk/Interior/Game Room - 64-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.




**Risk/Interior/Game Room - 65-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 66-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 67-Game Room**

Date Taken:

Taken By: Lee Olivares

Water damage to window sill and baseboard caused by storm created opening.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Game Room - 68- Game Room**

Date Taken:

Taken By: Lee Olivares

Water damage to window sill and baseboard caused by storm created opening.



**Risk/Interior/Game Room - 69- Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Game Room - 70-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 71-Game Room**

Date Taken:

Taken By: Lee Olivares

Wind pressure caused damage to drywall above window.

TWIA 003435

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 72-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 73-Game Room**

Date Taken:

Taken By: Lee Olivares

Damaged window screen.

TWIA 003436

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 74-Game Room**

Date Taken:

Taken By: Lee Olivares

Water damage to window sill and baseboard caused by storm created opening.



**Risk/Interior/Game Room - 75-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/Game Room - 76-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.



**Risk/Interior/Game Room - 77-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 78-Game Room**

Date Taken:

Taken By: Lee Olivares

Baseboard- visible water damages caused by storm created opening.



**Risk/Interior/Game Room - 82-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun
Claim #: 1196371
Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Game Room - 83-Game Room**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Game Room - 84-Game Room**

Date Taken:

Taken By: Lee Olivares

Damage overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 87-Game Room Closet**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 88-Game Room Closet**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 89-Hallway**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 90-Hallway**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 91-Hallway Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 92-Hallway Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 93-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 94-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 95-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 96-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 97- Living Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 98- Living Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 99-Dining Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 100-Dining Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 101-Kitchen**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 102-Kitchen**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 103-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 104-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 105-Laundry Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 106-Laundry Room**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 107-Half Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.



**Risk/Interior/No damage - 108-Half Bath**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215



**Risk/Interior/No damage - 79-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/No damage - 80-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/No damage - 81-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Interior/Attic - 109-Attic**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

# Photo Sheet

Insured: David Mohun

Claim #: 1196371

Policy #: TWRD0000713215

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Interior/Attic - 110-Attic**

Date Taken:

Taken By: Lee Olivares

Overview- no visible damage.

TWIA 003454

# Price List Variation Usage Report

 8/9/2024 8:13 PM

## Texas Windstorm Insurance Association

**Received Date:**
7/8/2024

**Completed Date:**
8/9/2024

**Operator:**
ROOFBYPR Lee Olivares

**Estimator:**
LEEO-LECS Lee Olivares

**Checkpoint price list:**
TXGA8X_JUL24 Galveston, TX

**Estimate price list:**
TXGA8X_AUG24 Galveston, TX
Restoration/Service/Remodel

**Claim Number:**
1196371

| | |
|---|---|
| **Price List Item Total** | **44,938.00** |
| **Estimate Line Item Total** | **44,945.83** |
| **Line Item Deviation Total** | **7.83** |

* Totals may be different due to rounding.

## Price List Variation Usage Report

## Texas Windstorm Insurance Association



### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **DRY** | **1/2-** | | | | | |
| + | | 1/2" drywall - hung, taped, ready for texture | 6.00 | SF | 2.86 | 17.16 |
| | | 1/2" drywall - hung, taped, ready for texture | 6.00 | SF | 2.87 | 17.22 |
| | | | | | | **0.06** |
| **EQC** | **SNDNRS** | | | | | |
| + | | Door numbers/letters - Detach & reset | 5.00 | EA | 13.41 | 67.05 |
| | | Door numbers/letters - Detach & reset | 5.00 | EA | 13.45 | 67.25 |
| | | | | | | **0.20** |
| **FNC** | **B3** | | | | | |
| + | | Baseboard - 3 1/4" | 10.00 | LF | 4.15 | 41.50 |
| | | Baseboard - 3 1/4" | 10.00 | LF | 4.16 | 41.60 |
| | | | | | | **0.10** |
| **INS** | **BI12** | | | | | |
| - | | Blown-in insulation - 12" depth - R30 | 6.00 | SF | 1.18 | 7.08 |
| | | Blown-in insulation - 12" depth - R30 | 6.00 | SF | 1.17 | 7.02 |
| | | | | | | **-0.06** |
| **PNT** | **B** | | | | | |
| + | | Paint baseboard - one coat | 81.83 | LF | 1.27 | 103.92 |
| | | Paint baseboard - one coat | 81.83 | LF | 1.28 | 104.74 |
| | | | | | | **0.82** |
| **PNT** | **FACM1>** | | | | | |
| + | | Paint exterior fascia - 1 coat - metal, 6"- 8" wide | 330.00 | LF | 2.53 | 834.90 |
| | | Paint exterior fascia - 1 coat - metal, 6"- 8" wide | 330.00 | LF | 2.53 | 834.90 |
| | | | | | | **0.00** |

Unit price differences by item:

| Item | Unit Price Diff. | Mat. | Suppl. | Equip. | Retail Lab. | Mkt. Cond. |
|---|---|---|---|---|---|---|
| DRY 1/2- | | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| EQC SNDNRS | | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 |
| FNC B3 | | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| INS BI12 | | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 |
| PNT B | | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| PNT FACM1> | | 0.00 | 0.00 | 0.00 | 0.01 | -0.01 |

## Price List Variation Usage Report



## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **WDWRAP** | | | | | |
| + | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 242.77 | 6,797.56 |
| | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 242.78 | 6,797.84 |
| | | | | | | **0.28** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **WDWRAP** | | | | | |
| - | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 39.49 | 1,105.72 |
| | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 39.59 | 1,108.52 |
| | | | | | | **2.80** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.10 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDR** | **SCRN<** | | | | | |
| + | | Window screen, 1 - 9 SF | 8.00 | EA | 41.81 | 334.48 |
| | | Window screen, 1 - 9 SF | 8.00 | EA | 41.83 | 334.64 |
| | | | | | | **0.16** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDR** | **SCRN<** | | | | | |
| - | | Window screen, 1 - 9 SF | 8.00 | EA | 4.51 | 36.08 |
| | | Window screen, 1 - 9 SF | 8.00 | EA | 4.52 | 36.16 |
| | | | | | | **0.08** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Labor Minimum Code | Description | Base Amount | Adjusted Amount |
|---|---|---|---|
| DRYMN-A | Drywall labor minimum | 554.95 | 527.32 |
| | Drywall labor minimum | 556.39 | 528.76 |
| | | | **1.44** |
| FNCMN-A | Finish carpentry labor minimum | 213.31 | 173.21 |
| | Finish carpentry labor minimum | 213.86 | 173.76 |
| | | | **0.55** |
| FNHMN-A | Finish hardware labor minimum | 156.66 | 89.41 |
| | Finish hardware labor minimum | 157.06 | 89.81 |
| | | | **0.40** |

**Price List Variation Usage Report**

 8/9/2024 8:13 PM

**Texas Windstorm Insurance Association**

| | | | |
|---|---|---|---|
| INSMN-A | Insulation labor minimum | 141.01 | 132.37 |
| | Insulation labor minimum | 141.38 | 132.74 |
| | | | **0.37** |
| WDWMN-A | Window labor minimum | 245.41 | 167.49 |
| | Window labor minimum | 246.04 | 168.12 |
| | | | **0.63** |
| **Line Item Deviation** | | | **7.83** |

TWIA 003458

**Price List Variation Usage Report**

 8/12/2024 9:02 AM

**Texas Windstorm Insurance Association**

**Received Date:**
7/8/2024

**Completed Date:**
8/12/2024

**Operator:**
DAVIDRJM David DeVilbiss

**Estimator:**
LEEO-LECS Lee Olivares

**Checkpoint price list:**
TXGA8X_JUL24 Galveston, TX

**Estimate price list:**
TXGA8X_AUG24 Galveston, TX
Restoration/Service/Remodel

**Claim Number:**
1196371

| | |
|---|---|
| **Price List Item Total** | **25,158.79** |
| **Estimate Line Item Total** | **25,166.69** |
| **Line Item Deviation Total** | **7.90** |

* Totals may be different due to rounding.

TWIA 003459



**Price List Variation Usage Report**



**Texas Windstorm Insurance Association**

## Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **DRY** | **1/2-** | | | | | |
| + | | 1/2" drywall - hung, taped, ready for texture | 6.00 | SF | 2.86 | 17.16 |
| | | 1/2" drywall - hung, taped, ready for texture | 6.00 | SF | 2.87 | 17.22 |
| | | | | | | **0.06** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.01 | | Mkt. Cond. 0.00 | |
| **EQC** | **SNDNRS** | | | | | |
| + | | Door numbers/letters - Detach & reset | 5.00 | EA | 13.41 | 67.05 |
| | | Door numbers/letters - Detach & reset | 5.00 | EA | 13.45 | 67.25 |
| | | | | | | **0.20** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.04 | | Mkt. Cond. 0.00 | |
| **FNC** | **B3** | | | | | |
| + | | Baseboard - 3 1/4" | 10.00 | LF | 4.15 | 41.50 |
| | | Baseboard - 3 1/4" | 10.00 | LF | 4.16 | 41.60 |
| | | | | | | **0.10** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.01 | | Mkt. Cond. 0.00 | |
| **INS** | **BI12** | | | | | |
| - | | Blown-in insulation - 12" depth - R30 | 6.00 | SF | 1.18 | 7.08 |
| | | Blown-in insulation - 12" depth - R30 | 6.00 | SF | 1.17 | 7.02 |
| | | | | | | **-0.06** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.00 | | Mkt. Cond. -0.01 | |
| **PNT** | **B** | | | | | |
| + | | Paint baseboard - one coat | 81.83 | LF | 1.27 | 103.92 |
| | | Paint baseboard - one coat | 81.83 | LF | 1.28 | 104.74 |
| | | | | | | **0.82** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.01 | | Mkt. Cond. 0.00 | |

TWIA 003460

**Price List Variation Usage Report**

 8/12/2024 9:02 AM

**Texas Windstorm Insurance Association**

**Basic Variations**

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **PNT** | **DORT>** | | | | | |
| + | | Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 | EA | 48.92 | 48.92 |
| | | Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 | EA | 48.95 | 48.95 |
| | | | | | | **0.03** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.03 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **PNT** | **FACM1>** | | | | | |
| + | | Paint exterior fascia - 1 coat - metal, 6"- 8" wide | 30.00 | LF | 2.53 | 75.90 |
| | | Paint exterior fascia - 1 coat - metal, 6"- 8" wide | 30.00 | LF | 2.53 | 75.90 |
| | | | | | | **0.00** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. -0.01

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **LAB** | | | | | |
| + | | Siding Installer - per hour | 4.00 | HR | 106.45 | 425.80 |
| | | Siding Installer - per hour | 4.00 | HR | 106.46 | 425.84 |
| | | | | | | **0.04** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

Additional labor allowance to complete a small repair.
Additional labor allowance to complete a small repair.

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **WDWRAP** | | | | | |
| + | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 242.77 | 6,797.56 |
| | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 242.78 | 6,797.84 |
| | | | | | | **0.28** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **WDWRAP** | | | | | |
| - | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 39.49 | 1,105.72 |
| | | Wrap wood window frame & trim with aluminum sheet | 28.00 | EA | 39.59 | 1,108.52 |
| | | | | | | **2.80** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.10 Mkt. Cond. 0.00

TWIA 003461



**Price List Variation Usage Report**

**Texas Windstorm Insurance Association**



**Basic Variations**

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDR** | **SCRN<** | | | | | |
| + | | Window screen, 1 - 9 SF | 8.00 | EA | 41.81 | 334.48 |
| | | Window screen, 1 - 9 SF | 8.00 | EA | 41.83 | 334.64 |
| | | | | | | **0.16** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **WDR** | **SCRN<** | | | | | |
| - | | Window screen, 1 - 9 SF | 8.00 | EA | 4.51 | 36.08 |
| | | Window screen, 1 - 9 SF | 8.00 | EA | 4.52 | 36.16 |
| | | | | | | **0.08** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Labor Minimum Code | Description | Base Amount | Adjusted Amount |
|---|---|---|---|
| DRYMN-A | Drywall labor minimum | 554.95 | 527.32 |
| | Drywall labor minimum | 556.39 | 528.76 |
| | | | **1.44** |
| FNCMN-A | Finish carpentry labor minimum | 213.31 | 173.21 |
| | Finish carpentry labor minimum | 213.86 | 173.76 |
| | | | **0.55** |
| FNHMN-A | Finish hardware labor minimum | 156.66 | 89.41 |
| | Finish hardware labor minimum | 157.06 | 89.81 |
| | | | **0.40** |
| INSMN-A | Insulation labor minimum | 141.01 | 132.37 |
| | Insulation labor minimum | 141.38 | 132.74 |
| | | | **0.37** |
| WDWMN-A | Window labor minimum | 245.41 | 167.49 |
| | Window labor minimum | 246.04 | 168.12 |
| | | | **0.63** |

**Line Item Deviation** **7.90**

TWIA 003462
TEXAS WINDSTORM INSURANCE ASSOCIATION HEREBY CERTIFIES THIS IS A TRUE COPY

ALICIA STEWART
1820 MARKET ST
GALVESTON, TX 77550-2518

# Texas Windstorm Insurance Association

4801 Southwest Parkway
Building 1, Suite 200, Austin, TX 78735

PO Box 99090 Austin,
TX 78709-9090

www.twia.org
(800) 788-8247

**TWRD0001094575**

TEXAS WINDSTORM INSURANCE ASSOCIATION

**POLICY DECLARATIONS PAGE**
**DWELLING POLICY**

| POLICY NUMBER | EFFECTIVE DATE/TIME | EXPIRATION DATE/TIME |
|---|---|---|
| TWRD0001094575 | 03/02/2024 12:01 a.m. | 03/02/2025 12:01 a.m. |
| **NAME INSURED AND ADDRESS** | | **AGENCY NAME AND LOCATION** |
| ALICIA STEWART<br>1820 MARKET ST<br>GALVESTON TX 77550-2518 | | TEXAS WASATCH INSURANCE SERVICES LP<br>TEXAS WASATCH INSURANCE SERVICES LP (13121)<br>1500 SOLANA BLVD BLDG 4 STE 4500<br>WESTLAKE TX 76262<br>(682) 334-9000 |

**IMPORTANT**
**Early cancellation may result in approximately 25% of your premium being retained by Texas Windstorm Insurance Association.**

**This policy is subject to an immediate surcharge if determined necessary by the Texas Insurance Commissioner. Failure to pay the surcharge will result in cancellation of the policy.**

| LOCATION INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| **LOCATION ADDRESS** | **CONSTRUCTION TYPE** | **YEAR BUILT** | **OCCUPANCY** | **COUNTY** | **TERRITORY CODE** | **COASTAL ZONE** |
| 1820 MARKET STREET<br>Galveston TX 77550 | Frame | 1968 | Primary | Galveston | 8 | Seaward |

**COVERAGES - Windstorm and Hail Only**
In consideration of the stipulations and conditions herein or added hereto which are made a part of this policy, and of the premiums provided, TWIA does insure the insured named above and legal representatives FROM the effective date shown above TO the expiration date shown above at 12:01 a.m. Standard Time at the location of property against direct loss resulting from the perils of Windstorm and Hail only which have a premium inserted opposite thereto and only on the property described and located as provided hereon.

**COVERAGE SUMMARY**

| | | |
|---|---|---|
| **TOTAL PREMIUM AND SURCHARGES:** | | $2,213<br>*Minimum earned premium applies* |
| **DWELLING AND PERSONAL PROPERTY** | **LIMITS** | **PREMIUMS** |
| Coverage A<br>Structure | $386,000 | $4,204 |
| Deductible 5% | $19,300 | -$2,701 |
| Coverage B<br>Personal Property | $50,000 | $196 |
| Deductible 5% | $2,500 | -$117 |
| Indirect Loss Coverage<br>Additional Living Expense<br>Wind Driven Rain<br>Consequential Loss | See Endorsements | $391 |

## POLICY FORMS AND ENDORSEMENTS

| NUMBER | EDITION | NAME | LIMIT | PREMIUMS |
|---|---|---|---|---|
| TWDP | 04/01/2020 | TWIA Dwelling Policy | N/A | Included |
| TWIA-220 | 03/01/2012 | Automatic Adjusted Building Cost Endorsement | N/A | Included |
| TWIA-311 | 04/30/2021 | Extension of Coverage - Additional Living Expense | See Form | Included |
| TWIA-321 | 04/30/2021 | Extension of Coverage - Wind Driven Rain | See Form | Included |
| TWIA-331 | 04/30/2021 | Extension of Coverage - Consequential Loss | See Form | Included |
| TWIA-365 | 11/08/2019 | Conversion to Replacement Cost Coverage B (Personal Property) | N/A | $240 |
| TWIA-802 | 11/08/2019 | Replacement Cost Coverage A (Dwelling) | N/A | Included |

## ADDITIONAL INTERESTS

**NAME AND ADDRESS:**
Prosperity Bank
2424 Market Street
Galveston TX 77550

**INTEREST TYPE:** Mortgagee
**MORTGAGE POSITION:** First Mortgage
**LOAN NUMBER:** 202133760

TEXAS WINDSTORM INSURANCE ASSOCIATION

## Policy Change Notice

| | | | |
|---|---|---|---|
| Date Processed: | 03/06/2024 | Agent Name: | Texas Wasatch Insurance Services LP<br>Texas Wasatch Insurance Services LP (13121) |
| Change Effective Date: | 03/02/2024 | Agent Phone: | (682) 334-9000 |
| Policy Number: | TWRD0001094575 | Agent Address: | 1500 Solana Blvd Bldg 4 Ste 4500<br>Westlake, TX 76262 |
| Policyholder: | Alicia Stewart | | |
| Property Location: | 1820 MARKET STREET<br>Galveston, TX 77550<br>Galveston | | |

| ADDED |
|---|
| Dwelling Additional Interest: Prosperity Bank |

| REMOVED |
|---|
| Dwelling Additional Interest: Prosperity Bank ISAOA/ATIMA |



**Texas Windstorm Insurance Association**

P.O. Box 99090, Austin, Texas 78709-9090

(800) 788-8247 | www.twia.org

TEXAS WINDSTORM INSURANCE ASSOCIATION

**CHANGED**

| | PREVIOUS | NEW |
|---|---|---|
| Dwelling - Actual Cash Value | 260325 | 287924 |
| Dwelling - twia.web.entity.prop.HasCoCIssuedForGlzdStruct_TWIA | | No |
| Dwelling - Repairs or Additions | | No |
| Dwelling - Replacement Cost | 400500 | 442960 |
| Dwelling - Roofing Upgrade | | No |
| Dwelling - twia.web.entity.prop.SB1702EligibilityException_TWIA | | No |
| Dwelling - Structure is certified as superior construction? | | No |
| Structure Coverage Limit | $349,000 | $386,000 |

If you have any questions regarding these changes, please contact your agent or call TWIA at (800) 788-8247.



**Texas Windstorm Insurance Association**

P.O. Box 99090, Austin, Texas 78709-9090

(800) 788-8247 | www.twia.org

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Making Repairs in the Event of a Loss

In the event of a loss, first and foremost, continue to ensure the safety of you and your family. If there is any major structural damage, call authorities before entering the building. After you have filed a claim, make temporary repairs to protect your property.

## Temporary Repairs

After a loss, make temporary repairs as quickly as possible to prevent further damage.

- Before tearing out, removing, or covering over damaged property or debris, take pictures or videotape if possible. Keep any damaged property until the adjuster sees it and approves of disposal.
- Board broken windows, cover openings with a tarp or plastic to prevent additional water damage, and stop interior leaks. Dry out water damaged and wet areas immediately.
- Keep invoices and receipts for your temporary repairs. If your loss is covered by the policy, reasonable costs for temporary repairs are covered.
- Do not make permanent repairs, such as roof replacement or asphalt patches, until the adjuster has made an inspection. The adjuster needs to be able to see the damage and determine if it is from windstorm or hail.

## Permanent Repairs

Whether or not you ultimately have a covered claim, you may need to make permanent structural repairs to your property. To be eligible for insurance through TWIA, many structural repairs must be certified by a Texas Department of Insurance (TDI) appointed qualified inspector or by a Texas licensed professional engineer.

Certificates of Compliance (WPI-8 or WPI-8-C) are issued to certify compliance with the applicable windstorm building code for the area. Without a Certificate of Compliance, TWIA lacks evidence that the structure conforms to the applicable building code, and the structure may be considered ineligible for coverage with TWIA. The WPI-8 certification inspections are done before and during the repair process, if completed by a TDI inspector.

For more information about eligibility requirements, visit www.twia.org/windstorm-certification-requirements. The TDI website provides a list of repairs that do not require inspection and certification. For more information or to contact someone with the TDI Windstorm Inspections Program, you can call 800-248-6032 or go to the TDI website at www.tdi.texas.gov.

**Texas Windstorm Insurance Association**
P.O. Box 99090, Austin, Texas 78709-9090
800-788-8247 / Fax 512-899-4950

TEXAS WINDSTORM INSURANCE ASSOCIATION

## How to File a Claim

Please keep this informational sheet in an easily-accessible place or in your emergency contacts file.
Write down your policy number here: ______________________

### Ways to File a Claim

- Call TWIA's 24-hour Claims Center at 800-788-8247
- Visit www.twia.org/ClaimsCenter to report a new claim or check the status of an existing claim from your computer or any mobile device
- Contact your agent

### Information You Will Need to File Your Claim

- Your TWIA policy number
- The best contact information to reach you
- Brief details of what was damaged and how it happened

### After You File a Claim

- Make temporary repairs to protect your property (see "Making Repairs in the Event of a Loss"). Save receipts. Do not make any permanent repairs until you discuss your claim with a TWIA representative.
- TWIA will send you a letter acknowledging your claim and provide the name of the TWIA representative assigned to help with your claim.
- The TWIA representative will call you to discuss your claim and may schedule an adjuster or other expert to inspect your damaged property.
- In instances where an adjuster or expert inspects the damaged property, they will report their findings and recommendations to TWIA.
- The final decision on your claim will be made by TWIA. You will receive a detailed letter explaining TWIA's decision on your claim.
- If you are due a payment for your loss, a check will be issued and sent to you.

### Information to Provide Your TWIA Representative

- **Inventory:** If coverage is provided on your personal or business personal property, provide an inventory of these damaged items. Include a description and age of each item, its original cost, and the estimated replacement cost.
- **Documentation:** Any documentation of the damage you claim. This includes reports, estimates, invoices, receipts, photos, and videos.
- **Other Claims:** Information on any other water damage, structural damage, or previous repairs, whether due to plumbing leaks, flood, air-conditioning system leaks, foundation settlement, or other sources.
- **Additional Information Requested by TWIA:** Within 30 days after the date your claim is reported, TWIA may send a written request for additional information necessary to resolve your claim. Please promptly provide TWIA with the requested information.

**Texas Windstorm Insurance Association**
P.O. Box 99090, Austin, Texas 78709-9090
800-788-8247 / Fax 512-899-4950

# Texas Windstorm Insurance Association

4801 Southwest Parkway, Building 1, Suite 200, Austin, Texas 78735
P.O. Box 99090, Austin, Texas 78709-9090
1-800-788-8247 / Fax 512-899-4950

# TWIA DWELLING POLICY
# WINDSTORM AND HAIL

**THIS POLICY JACKET WITH THE COMMON DECLARATIONS PAGE, COVERAGE PARTS, AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THIS POLICY.**

Flood Insurance: You may also need to consider the purchase of flood insurance. Your insurance policy does not include coverage for damage resulting from a flood even if hurricane winds and rain caused the flood to occur. Without separate flood insurance coverage, you may have uncovered losses caused by a flood. Please discuss the need to purchase separate flood insurance coverage with your insurance agent or insurance company, or visit www.floodsmart.gov.

# Where you can get information or make a complaint

If you have a question or a problem with a claim or your premium, contact your insurance company first. You can also get information or file a complaint with the Texas Department of Insurance.

## Texas Windstorm Insurance Association

To get information or file a complaint with your insurance company:

**Call: TWIA at 1-800-788-8247**
**Toll-free: 1-800-788-8247**
Email: Compliance@twia.org
Mail: Attn: Compliance Department
P.O. Box 99090
Austin, TX 78709-9090

## The Texas Department of Insurance

To get help with an insurance question, learn about your rights, or file a complaint with the state:

Call: 1-800-252-3439
Online: www.tdi.texas.gov
Email: ConsumerProtection@tdi.texas.gov
Mail: Consumer Protection, MC: CO-CP, Texas Department of Insurance, P.O. Box 12030 Austin, TX 78711-2030

## To compare policies and prices

Visit **HelpInsure.com** to compare prices and coverages on home and auto insurance policies. The website is a service of the Texas Department of Insurance and the Office of Public Insurance Counsel.

# Donde puede obtener información o presentar una queja

Si tiene una pregunta o un problema con una reclamación o con su prima de seguro, comuníquese primero con su compañía de seguros. Usted también puede obtener información o presentar una queja ante el Departamento de Seguros de Texas (Texas Department of Insurance, por su nombre en inglés).

## Texas Windstorm Insurance Association

Para obtener información o para presentar una queja ante su compañía de seguros:

**Llame a: TWIA al 1-800-788-8247**
**Teléfono gratuito: 1-800-788-8247**
Correo electrónico: Compliance@twia.org
Dirección postal: Attn: Compliance Department
P.O. Box 99090
Austin, TX 78709-9090

## El Departamento de Seguros de Texas

Para obtener ayuda con una pregunta relacionada con los seguros, para conocer sus derechos o para presentar una queja ante el estado:

Llame: 1-800-252-3439
En línea: www.tdi.texas.gov
Correo electrónico: ConsumerProtection@tdi.texas.gov
Dirección postal: Consumer Protection, MC: CO-CP, Texas Department of Insurance, P.O. Box 12030, Austin, TX 78711-2030

## Para comparar pólizas y precios

Visite **HelpInsure.com** para comparar precios y coberturas en pólizas de seguro para el hogar y automóvil. El sitio web es un servicio del Departamento de Seguros de Texas y de la Oficina del Asesor Público de Seguros (Office of Public Insurance Counsel, por su nombre en inglés).

## INSURANCE WEBSITE NOTICE

### To compare policies and prices

Visit **HelpInsure.com** to compare prices and coverages on home and auto insurance policies. The website is a service of the Texas Department of Insurance and the Office of Public Insurance Counsel.

## AVISO DEL SITIO WEB DE SEGUROS

### Para comparar pólizas y precios

Visite **HelpInsure.com** para comparar precios y coberturas en pólizas de seguro para el hogar y automóvil. El sitio web es un servicio del Departamento de Seguros de Texas y de la Oficina del Asesor Público de Seguros (Office of Public Insurance Counsel, por su nombre en inglés).

TWIA 003473

## IMPORTANT NOTICE ABOUT SUPPLEMENTAL CLAIM PAYMENTS

If you think our estimate of your covered damage is not enough, you can ask for a supplemental (additional) claim payment.

**The first deadline to request a supplemental claim payment is 60 days after the date you receive our letter that tells you how much we will pay. If your policy does not provide replacement cost coverage, this is your only chance to request a supplemental claim payment. The deadline may be extended in some situations by the Commissioner of Insurance and/or TWIA.**

**If your policy provides replacement cost coverage, you have more time to ask for a supplemental claim payment.**

- Your deadline to complete your repairs and request your replacement cost payment is 545 days after you receive our Notice of Acceptance or Partial Acceptance letter that tells you how much we will pay.
- You can ask for a supplemental claim payment even if you have not started or completed your repairs.
- Within 30 days of receiving your replacement cost payment request, TWIA will either accept your request in full, accept your request in part, or reject your request.
- After you receive our letter that says how much we will pay for replacement cost, you have 30 days to tell us if you think the amount we have agreed to pay is not enough. You can then:
  - Ask for a supplemental replacement cost payment; or
  - Request appraisal of your replacement cost.
- If you ask for a supplemental replacement cost payment before the deadline, you can still go forward with appraisal of your replacement cost later if you think the amount we have agreed to pay is not enough.
- We cannot make the replacement cost payment until the repairs have been made.

**You can only have one appraisal. If you have already been through appraisal before making your request for the replacement cost payment, you cannot have another appraisal.**

If you are not sure about a deadline, please contact us as soon as possible. We can help you understand any deadlines that may apply to your claim.

To request a supplemental payment contact us at (800) 788-8247, at Claims Center at www.twia.org/claimscenter, or email claims@twia.org. Please include your claim number with your email.

If you can, tell us why our estimate of your covered damages was not enough. Please send detailed estimates, pictures, contracts with those doing repairs, or any other information you think might help.

- Why it helps: We can decide and issue any payments quickly when we know the repair costs.

Read more about supplemental claim payments and appraisal in Condition 11 of this policy on page 7.

## IMPORTANT NOTICE REGARDING RESOLUTION OF DISPUTES

YOUR ACCESS TO JUDICIAL REVIEW OF OUR DECISIONS UNDER THIS POLICY IS LIMITED BY STATUTE. DISPUTES UNDER THIS POLICY MUST BE RESOLVED THROUGH DISPUTE RESOLUTION PROCEDURES STIPULATED IN THE POLICY CONDITIONS AND THE TEXAS WINDSTORM INSURANCE ASSOCIATION ACT, CHAPTER 2210, TEXAS INSURANCE CODE.

### DISPUTES REGARDING ACCEPTED CLAIMS:

If we accept coverage for the claim in full or part, and you dispute the amount of loss, you must demand appraisal no later than the 60th day after the date you receive notice of our decision regarding your claim, or request a 30-day extension not later than the 75th day after you receive notice of our decision regarding your claim. Otherwise, you waive the right to contest our determination of the amount of loss that we will pay.

You have more time to demand appraisal of how much we will pay you for "replacement cost." You may demand appraisal of "replacement cost" without regard to whether all repairs related to the claim are complete. You must demand appraisal no later than the 30th day after the date you receive notice of our decision regarding your request for replacement cost payment.

An appraisal decision is binding on you and us as to the amount of loss we will pay for a fully accepted claim or the accepted portion of a partially accepted claim. You may file a lawsuit not later than two years after the date of the appraisal decision to vacate an appraisal decision and begin a new appraisal process. Otherwise, you may not bring a lawsuit against us with reference to a claim for which we have accepted coverage in full.

The processes, deadlines, and binding effect of appraisal are further described in policy Condition 11 and Condition 6 (if you have replacement cost coverage).

## DISPUTES REGARDING DENIED CLAIMS:

If we deny coverage for the claim in full or part, and you dispute that determination, you must provide us with notice, not later than two years after the date on which you receive notice of our decision regarding your claim that you intend to bring a lawsuit concerning denial of the claim. Otherwise, you waive the right to contest our denial of the claim, and you are barred from bringing a lawsuit concerning denial of coverage.

We must request alternative dispute resolution (including mediation) not later than the 60th day after we receive your notice of intent to bring a lawsuit. Alternative dispute resolution must be completed not later than the 60th day after we request alternative dispute resolution, unless the period is extended by mutual agreement or by a rule of the commissioner of insurance. If alternative dispute resolution is not completed or you are not satisfied after alternative dispute resolution, you may bring a lawsuit in a district court not later than two years after the date on which you receive notice of our decision regarding your claim. The only issues you may raise in a lawsuit against us are (1) whether our denial of coverage was proper, and (2) the amount of damages permitted under the Texas Windstorm Insurance Association Act, Section 2210.576(b), Texas Insurance Code.

The requirements for notice of intent to bring a lawsuit, alternative dispute resolution, and filing a lawsuit against us are described in policy Condition 12.

## OMBUDSMAN FOR POLICYHOLDERS:

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/Consumer/disasters.html; email ConsumerProtection@tdi.texas.gov; call toll-free 1-855-352-6278; or write to COAST Program – MC CO-CP, Texas Department of Insurance, P.O. Box 12030 Austin, TX 78711-2030

## IMPORTANT NOTICE REGARDING PAYMENT OF INSURANCE DEDUCTIBLES

Texas law requires a person insured under a property insurance policy to pay any deductible applicable to a claim made under the policy. It is a violation of Texas law for a seller of goods or services who reasonably expects to be paid wholly or partly from the proceeds of a property insurance claim to knowingly allow the insured person to fail to pay, or assist the insured person's failure to pay, the applicable insurance deductible.

This notice is for information only and does not become a part or condition of the insurance policy.

TWIA 003475

# TEXAS WINDSTORM INSURANCE ASSOCIATION
# DWELLING POLICY - WINDSTORM AND HAIL


AGREEMENT ..... 1

DEFINITIONS ..... 1

COVERAGES ..... 1

COVERED PROPERTY ..... 1
PROPERTY NOT COVERED ..... 2

EXTENSIONS OF COVERAGE ..... 3

DEBRIS REMOVAL ..... 3
REASONABLE REPAIRS ..... 3
IMPROVEMENTS, ALTERATIONS AND ADDITIONS ..... 3
PROPERTY REMOVED ..... 3

PERILS INSURED AGAINST ..... 3

EXCLUSIONS ..... 3

DEDUCTIBLE ..... 5

CONDITIONS ..... 5

Condition 1: POLICY PERIOD ..... 5
Condition 2: INSURABLE INTEREST AND LIMIT OF LIABILITY ..... 5
Condition 3: FRAUDULENT MISREPRESENTATION ..... 5
Condition 4: DUTIES AFTER LOSS ..... 5
a. YOUR DUTIES AFTER LOSS ..... 5
b. OUR DUTIES AFTER LOSS ..... 5
Condition 5: LOSS PAYMENT ..... 6
Condition 6: LOSS SETTLEMENT ..... 6
Condition 7: RESIDENTIAL COMMUNITY PROPERTY ..... 6
Condition 8: MORTGAGE CLAUSE (Without Contribution) ..... 6
Condition 9: OTHER INSURANCE ..... 7
Condition 10: LIMITED JUDICIAL REMEDIES ..... 7
Condition 11: DISPUTES ABOUT THE AMOUNT OF YOUR COVERED LOSS ..... 7
Condition 12: DISPUTES CONCERNING DENIED COVERAGE – EXCLUSIVE REMEDY ..... 9
Condition 13: COMMISSIONER EXTENSION OF DEADLINES ..... 11
Condition 14: APPEALS OTHER THAN CLAIMS DISPUTES ..... 11
Condition 15: SUBROGATION (TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US) ..... 11
Condition 16: ABANDONMENT OF PROPERTY ..... 11
Condition 17: LIBERALIZATION ..... 11
Condition 18: WAIVER OR CHANGE OF POLICY PROVISIONS ..... 11
Condition 19: CANCELLATION ..... 11
Condition 20: ASSIGNMENT ..... 11
Condition 21: DEATH ..... 11

# Texas Windstorm Insurance Association Dwelling Policy
# Windstorm and Hail

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "we", "us", and "our" refer to the Texas Windstorm Insurance Association. "You" and "your" refer to the named insured shown in the Declarations.

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

**Premium Surcharge:**

The Texas Insurance Commissioner has the authority to determine that a premium surcharge is necessary to pay public securities issued on behalf of TWIA policyholders and to require you to pay this surcharge. This policy will immediately be subject to any non-refundable premium surcharge determined by the Commissioner and implemented by us.

If a surcharge is implemented, we will notify you in writing and include in the notice the amount you must pay. Payment of the surcharge will then be due 120 days after you receive the notice from us. Failure to pay the surcharge by the deadline will result in cancellation of the policy.

## DEFINITIONS

In this policy:

"Actual cash value" means the reasonable and necessary amount that you are likely to incur to repair or replace the damaged part of covered property, at the time of loss or damage, with material of like kind and quality and for the same use, subject to a deduction for deterioration and depreciation. "Actual cash value" applies to valuation of damage regardless of whether the property has sustained partial loss or total loss. The "actual cash value" of lost or damaged property may be significantly less than its replacement cost. We will not pay to repair or replace undamaged property due to mismatch of color, discontinued, outdated or obsolete material.

"Business" includes trade, profession or occupation.

"Cost to repair or replace" means the reasonable and necessary amount that you are likely to incur to repair or replace the damaged part of covered property, at the time of loss or damage, with material of like kind and quality and for the same use, without a deduction for deterioration and depreciation. We will not pay to repair or replace undamaged property due to mismatch of color, discontinued, outdated or obsolete material.

## COVERAGES

### COVERED PROPERTY

This insurance applies to the described location and coverages for which a limit of liability is shown in the Declarations.

### COVERAGE A (Dwelling)

**We cover:**

1. The dwelling on the described location shown in the Declarations, used principally for dwelling purposes, including structures attached to the dwelling, unless listed in the PROPERTY NOT COVERED section of the policy.

2. Materials and supplies located on or next to the described location used to construct, alter or repair the dwelling or other structures on the described location. The total limit of liability for this item is 10% of the Coverage A (Dwelling) limit of liability. This is not additional insurance and does not increase the Coverage A (Dwelling) limit of liability.

3. If not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the described location.

4. Maintenance equipment and supplies, floor coverings, window shades, refrigerators and stoves that you own as a landlord, located on the described location.

5. Other structures on the described location, set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line or similar connection.

   The total limit of liability for other structures is 10%

TWIA 003477

of the Coverage A (Dwelling) limit of liability. This is not additional insurance and does not increase the Coverage A (Dwelling) limit of liability. We do not cover other structures used for business purposes.

6. Other structures specifically described in the Declarations. We do not cover other structures used for business purposes.

**COVERAGE B (Personal Property)**
**We cover:**

Personal property and business personal property owned or used by you or members of your family residing with you while it is on the described location. At your request, we will cover personal property owned by a guest or residence employee while the property is on the described location.

You may use up to 10% of the Coverage B (Personal Property) limit of liability for loss by windstorm or hail to personal property covered under Coverage B (Personal Property) while anywhere in the world. This coverage does not apply to business personal property or property of guests or residence employees. This is not additional insurance and does not increase the Coverage B (Personal Property) limit of liability.

At your request, you may use up to 10% of the Coverage B (Personal Property) limit of liability for loss by windstorm or hail to property of others while in your custody and located on the described location. This is not additional insurance and does not increase the Coverage B (Personal Property) limit of liability.

**PROPERTY NOT COVERED**

**We do not cover:**

1. Animals.
2. Money, currency or bullion.
3. Securities, deeds, or evidences of debt.
4. Records, books of records or manuscripts.
5. Motor or engine propelled vehicles or machines designed for movement on land, including attached machinery or equipment. However, we do cover such vehicles, while located in a fully enclosed building, which are not subject to motor vehicle registration and are:
   a. Devices and equipment for assisting the handicapped.
   b. Power mowers and other lawn and garden equipment not exceeding 18 horsepower.
   c. Golf carts.
   d. Vehicles or machines used for recreational purposes while located on the described location.
6. Aircraft, meaning any device used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo.
7. Watercraft, including outboard motors and furnishings or equipment. However, we do cover watercraft, including outboard motors and furnishings or equipment, while located on land in a fully enclosed building on the described location.
8. Unless specifically described in the Declarations:
   a. Cloth awnings.
   b. Greenhouses and their contents.
   c. Metal screen enclosures and their contents.
   d. Buildings or structures located wholly or partially over water and their contents.
   e. Radio and television towers.
   f. Outside satellite dishes, masts and antennas, including lead-in wiring.
   g. Windmills and wind chargers.
9. Wind turbines.
10. Breakaway walls, or personal property contained within a breakaway wall enclosure. Breakaway wall means a wall that is not a part of the structural support of the building and is intended through its design and construction to collapse under specific lateral loading forces, without causing damage to the elevated portion of the building or supporting foundation systems.
11. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due from the other insurance.

## EXTENSIONS OF COVERAGE

1. Debris Removal.

We will pay your expense for the removal from the described location of:

a. Debris of covered property if windstorm or hail causes the loss.

b. A tree that has damaged covered property if windstorm or hail causes the tree to fall.

This does not increase the limit of liability that applies to the damaged property.

When insurance under another policy applies to the damaged property, we will pay only a proportion of debris removal expense, determined by dividing the limit of liability that applies to the damaged property on this policy by the total limit of liability that applies to the damaged property under both policies, and applying the resulting percentage to the debris removal expense.

2. Reasonable Repairs.

If windstorm or hail causes the loss, we will pay the reasonable cost you incur for necessary repairs made solely to protect covered property from further damage. This coverage does not increase the limit of liability that applies to the property being repaired.

3. Improvements, Alterations and Additions.

a. If you are a tenant of the described location, the Coverage B (Personal Property) limit of liability applies to a loss caused by windstorm or hail to improvements, alterations and additions, made or acquired at your expense, to that part of the described location used only by you.

b. If you are a condominium owner at the described location, the Coverage B (Personal Property) limit of liability applies to a loss caused by windstorm or hail to alterations, fixtures, installations and additions which are part of the building and contained within the unfinished interior surfaces of the perimeter walls, floors and ceilings of the condominium unit, and the exterior surfaces of balconies and terraces of the condominium unit. Coverage B (Personal Property) does not include property in or on the condominium unit which is defined in the condominium's declarations or by-laws as a common element.

This is not additional insurance and does not increase the Coverage B (Personal Property) limit of liability.

4. Property Removed.

We will pay for expense and damage incurred in the removal of covered property from the described location endangered by windstorm or hail. This coverage exists on a pro-rata basis for 30 days at each location to which such property is removed for preservation. This is not additional insurance and does not increase the Coverage B (Personal Property) limit of liability.

## PERILS INSURED AGAINST

We cover direct physical loss to the covered property caused by windstorm or hail unless the loss is excluded in the Exclusions.

## EXCLUSIONS

The following exclusions apply to loss to covered property:

1. Flood.

We do not cover under any and all circumstances loss or damage caused by or resulting from flood, surface water, waves, storm surge, tides, tidal water, tidal waves, tsunami, seiche, overflow of streams or other bodies of water, or spray from any of these, all whether driven by wind or not.

2. Governmental Action.

We do not cover loss caused by the destruction of property by order of governmental authority.

3. War.

We do not cover loss resulting directly or indirectly from war. This includes undeclared war, civil war, insurrection, rebellion, revolution, warlike act by military personnel, destruction or seizure or use for military purpose, and any consequence of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

TWIA 003479

4. Nuclear Hazard.

We do not cover loss resulting directly or indirectly from nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused.

5. Power Failure.

We do not cover loss resulting directly or indirectly from power failure, unless such failure results from direct physical damage to power, heating or cooling equipment located on the described location caused by windstorm or hail.

6. Rain.

We do not cover loss or damage caused by or resulting from rain, whether driven by wind or not, unless direct force of wind or hail makes an opening in a roof or wall and rain enters through this opening and causes the damage.

7. Electricity.

We do not cover loss to electrical devices or wiring caused by electricity resulting from artificial causes.

8. Ordinance or Law.

We do not cover loss or damage caused directly or indirectly by the enforcement of any ordinance or law:

a. Regulating the construction or repair of any property; or

b. Requiring the demolition of any property, including the cost of removing its debris.

9. Mold, Fungi, or Other Microorganisms.

We do not cover loss or damage caused by or resulting from fungi or mold and other microorganisms, except as provided in 9.b.

a. "Fungi or mold and other microorganisms" when used in the policy or in this exclusion means the presence, growth, proliferation, spread or any activity of fungi or mold and other microorganisms.

This exclusion also applies to the cost:

(1) To remove fungi or mold and other microorganisms from covered property covered under this Texas Windstorm Insurance Association policy.

(2) To tear out and replace any part of the building or other covered property as needed to gain access to the fungi or mold and other microorganisms; and

(3) Of testing of air or property to confirm the absence, presence or level of fungi or mold and other microorganisms.

b. This exclusion applies unless the fungi or mold and other microorganisms are located upon the portion of covered property which must be repaired or replaced because of sudden and accidental direct physical damage resulting from wind or hail which would otherwise be covered under this policy. For purposes of this exclusion, sudden and accidental shall include a loss event that is hidden or concealed for a period of time until it is detectable. A hidden loss must be reported to us no later than 30 days after the date it was detected or should have been detected.

c. However, the exception to the exclusion described in "b." above does not include:

(1) the cost to treat, contain, remove or dispose of the fungi or mold and other microorganisms beyond that which is required to repair or replace the covered property physically damaged by water;

(2) the cost of any testing of air or property to confirm the absence, presence or level of fungi, mold and other microorganisms whether performed prior to, during or after the removal, repair, restoration or replacement;

(3) the cost of any decontamination of the covered property covered under this Texas Windstorm Insurance Association policy;

(4) any increase in loss under this Texas Windstorm Insurance Association policy related to loss of use, debris removal, additional living expense, or diminution in value resulting from c. (1), (2), and (3).

10. Asbestos.

We do not cover any loss or damage caused by or resulting from asbestos. We do cover direct physical loss caused by windstorm or hail to covered property containing asbestos materials; however, we do not cover the additional cost or expense to test for, monitor, clean up, remove, contain, treat, abate or assess the effects of asbestos or asbestos-containing materials.

## DEDUCTIBLE

We will not pay for loss or damage to any item in any one occurrence until the amount of loss or damage exceeds the Deductible amount shown in the Declarations for that item. We will then pay the amount of loss or damage for that item in excess of the Deductible amount, up to the applicable limit of liability.

## CONDITIONS

1. Policy Period. This policy applies only to loss which occurs during the policy period shown in the Declarations.

2. Insurable Interest and Limit of Liability. Even if more than one person has an insurable interest in the property covered, we will not be liable in any loss:

   a For an amount greater than the interest of a person insured under this policy; or

   b. For more than the applicable limit of liability.

3. Fraudulent Misrepresentation.

   a. This policy is void as to an insured, if the insured has fraudulently misrepresented in proof of loss or death a fact material to the question of our liability under the policy, and the insured's misrepresentation misled and caused us to waive or lose a valid defense to the policy.

   b. This policy is void as to an insured, if the insured has fraudulently misrepresented in the application for the policy any fact material to the risk, and the insured's misrepresentation contributed to the contingency or event on which the policy became due and payable.

4. Duties After Loss.

   a. Your Duties After Loss.

      (1) In case of a loss to covered property caused by windstorm or hail, you must file a claim with us not later than one year after the date on which the damage to property that is the basis of the claim occurs. The commissioner of insurance, on a showing of good cause by a person insured by us, may extend the one-year period to file a claim for a period not to exceed 180 days. You may also submit with your claim any bids, estimates, reports, photographs, invoices, bills, receipts, inventories, comments, documents, records and other information.

      (2) You must provide us with the information we request under Condition 4.b.(1).

      (3) You must protect the property from further damage.

      (4) You must make reasonable, necessary and temporary repairs to protect the property.

      (5) You must keep an accurate record of repair expenses and proof of payment of any applicable Deductible.

      (6) You must provide us access to the damaged property as often as we reasonably require.

   b. Our Duties After Loss.

      (1) Not later than the 30th day after the date the claim is filed, we may request in writing information that is necessary to determine whether to accept or reject the claim.

      (2) Not later than the 60th day after the date we receive a claim or the 60th day after the date we receive information requested under Condition 4.b.(1), whichever is later, we shall provide you, in writing, notice of the amount of the loss we will pay, if any, and notice that:
         (i) we have accepted coverage for the claim in full;
         (ii) we have accepted coverage for the claim in part and have denied coverage for the claim in part; or
         (iii) we have denied coverage for the claim in full.

      (3) We must, on request, provide you reasonable access to all information relevant to the determination by us concerning the claim. You may copy the information at your own cost or may request that we provide a copy of all or part of the information to you. We may charge you the actual cost incurred by us in providing a copy of the information

TWIA 003481

requested, excluding any amount for labor involved in making any information or copy of information available to you.

5. Loss Payment.

a. If we notify you under Condition 4.b.(2) that we will pay your claim, or part of your claim, we must make payment not later than the 10th day after we notify you.

b. If payment of your claim or part of your claim requires the performance of an act by you, we must make payment not later than the 10th day after the date the act is performed.

6. Loss Settlement. Covered property losses are settled as follows:

a. We will use any guidelines published by the commissioner of insurance under Insurance Code Sec. 2210.578(f) to evaluate and settle claims involving the extent to which a loss to insured property was incurred as a result of wind, waves, tidal surges, or rising waters not caused by waves or surges.

b. Our liability and payment for covered losses will not exceed the smallest of the following:

(1) The “actual cash value” of the damaged property;

(2) The “cost to repair or replace” the damaged property; or

(3) The specified limit of liability of the policy.

7. Residential Community Property. This policy, subject to all other terms and conditions, when covering residential community property, as defined by state law, shall remain in full force and effect as to the interest of each spouse covered, irrespective of divorce or change of ownership between the spouses until the expiration of the policy or until canceled in accordance with the terms and conditions of this policy.

8. Mortgage Clause (Without Contribution).

a. The word "mortgagee" includes trustee.

b. We will pay for any covered loss of or damage to buildings or structures to the mortgagee shown in the Declarations as interests appear.

c. The mortgagee has the right to receive loss payment even if the mortgagee has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgagee has the right to receive loss payment if the mortgagee:

(1) At our request, pays any premiums due under this policy, if you have failed to do so.

(2) Submits to us any information we requested from you under Condition 4.b.(1) promptly after receiving notice from us of your failure to do so.

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgagee.

All of the terms of this policy will then apply directly to the mortgagee. Failure of the mortgagee to comply with d.(1), d.(2) or d.(3) above shall void this policy as to the interest of the mortgagee.

e. If we pay the mortgagee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

(1) The mortgagee's rights under the mortgage will be transferred to us to the extent of the amount we pay.

(2) The mortgagee's right to recover the full amount of the mortgagee's claim will not be impaired.

At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If this policy is canceled, we will give the mortgagee specifically named in the Declarations written notice of cancellation.



TWIA_STEWART_POLICY_000020

TWIA 003482

If we cancel the policy, we will give the mortgagee the same number of days' notice of cancellation we give you.

If you cancel the policy, we will give the mortgagee notice of cancellation to be effective on the date stated in the notice. The effective date of cancellation cannot be before the 10th day after we mail notice.

We will not give notice of cancellation to any successor or assignee of the mortgagee named in this policy.

g. If the property described under Coverage A (Dwelling) is foreclosed upon under the deed of trust, the mortgagee may cancel this policy of insurance and will be entitled to any unearned premiums from this policy.

The mortgagee must credit any unearned premium against any deficiency owed by the borrower and return any unearned premium not so credited to the borrower.

9. Other Insurance.

a. If property covered by this policy is also covered by other insurance, we will pay only the proportion of a loss caused by windstorm or hail under this policy that the limit of liability applying under this policy bears to the total amount of insurance covering the property.

b. If glass or an item of personal property is insured specifically under any other policy, then this policy applies as excess insurance over the specific insurance.

c. If a loss covered by this policy is also covered by other insurance in the name of a condominium association, the insurance provided in this policy will be excess over the amount collectible under the other insurance.

10. Limited Judicial Remedies.

Your access to judicial review of our decisions under this policy is limited by statute.

a. You may not bring a private lawsuit against us, our agent or representative under Chapters 541 (concerning unfair methods of competition and unfair or deceptive acts or practices) or 542 (concerning processing and settlement of claims), Texas Insurance Code. Subchapter L-1, Chapter 2210, Texas Insurance Code provides the exclusive remedies for claims against us, our agent or our representative.

b. You may not bring a class action suit against us.

c. We and our agents or representatives may not be held liable for damages under Chapter 17, Texas Business and Commerce Code (concerning deceptive trade practices), or under any provisions of any law providing for additional damages, punitive damages, or a penalty, except as otherwise specified by the Texas Windstorm Insurance Association Act, Chapter 2210, Texas Insurance Code.

d. You may not bring a lawsuit against us with reference to a claim for which we have accepted coverage in full, except as provided by Condition 11.

e. You may not bring a lawsuit against us with reference to the amount of loss we will pay for a claim in full or in part, except as provided by Condition 11.

f. You may not bring a lawsuit against us with reference to a claim for which we have denied coverage in full or in part, except as provided by Condition 12.

11. Disputes About the Amount of Your Covered Loss.

a. If you disagree with the amount paid on your claim for your covered loss:

(1) You may request supplemental (additional) payments on covered or accepted items. Your deadline to ask for a supplemental (additional) payment is the same as your deadline for appraisal.

(2) If we are unable to agree on a supplemental (additional) payment, you may demand appraisal.

(3) Appraisal is your exclusive remedy or only way to resolve a disagreement about the amount we will pay for your covered damages.

b. If you choose to demand appraisal, you must do



TWIA_STEWART_POLICY_000021

so no later than the 60th day after the date you receive notice from us that we accept coverage for a claim in full or in part as provided by Condition 4.b.(2).

c. You may request in writing that the 60-day period to demand appraisal be extended:

(1) not later than the 75th day after the date you receive written notice from us that we accept coverage for a claim in full or in part; and

(2) we may grant an additional 30-day period in which you may demand appraisal, on a showing of good cause

d. You may request from us a detailed summary of the manner in which we determined the amount of the loss we will pay.

e. If you do not demand appraisal before the 61st day after we notify you that we accept coverage for a claim in full or in part, or before the 31st day after we grant an extension for good cause, you waive your right to contest our determination of the amount of loss we will pay for that claim.

f. Appraisal Process.

(1) If you demand appraisal of the amount we will pay for a claim, you and we will each select a competent and independent appraiser. You shall notify us of your appraiser's identity. We shall notify you of our appraiser's identity within 10 days after we receive notice of your appraiser's identity. The two appraisers will choose a competent and independent umpire. If they cannot agree upon an umpire within 15 days, the commissioner of insurance shall select an umpire from a roster of qualified umpires maintained by the Texas Department of Insurance.

(2) The two appraisers will then determine the amount of loss, stating separately for the portion of the claim for which we have accepted coverage in full or in part:

(i) The "actual cash value" of the damaged property; and

(ii) The "cost to repair or replace" the damaged property.

(3) If you or we request that they do so, the appraisers will also determine the amount of loss for any extensions of coverage for which we have accepted coverage in full or in part.

(4) If the appraisers fail to agree, they will submit their differences to the umpire. An itemized decision agreed to by any two of these three and filed with us will determine the amount of the loss.

(5) You and we are responsible in equal shares for paying the costs incurred or charged in connection with the appraisal, including expenses of the appraisers and umpire. If we pay more than our share of the costs of appraisal, our liability and payment for covered losses shall be reduced by the amount we pay in excess of our share.

g. The appraisal decision is binding upon you and us and is not otherwise reviewable or appealable, unless:

(1) the appraisal decision was obtained by corruption, fraud, or other undue means;

(2) your or our rights were prejudiced by:

(i) evident partiality by an appraisal umpire;

(ii) corruption by an appraiser or umpire; or

(iii) misconduct or willful misbehavior of an appraiser or umpire; or

(3) an appraiser or umpire:

(i) exceeded the appraiser's or umpire's powers;

(ii) refused to postpone the appraisal after a showing of sufficient cause for the postponement;

(iii) refused to consider evidence material to the claim; or

(iv) conducted the appraisal in a manner that substantially prejudiced your or our rights.

TWIA 003484

h. If you or we believe the appraisal decision is appealable as a result of any reason listed in Condition 11.g., you or we may file a lawsuit to vacate the appraisal decision in a district court in the county in which the loss that is the subject of the appraisal occurred. A lawsuit under this paragraph must be filed not later than two years after the date of an appraisal decision. If the court vacates the appraisal decision, you and we must begin the appraisal process again.

12. Disputes Concerning Denied Coverage -Exclusive Remedy.

a. If you dispute our decision to deny coverage for a claim in full or in part, prior to bringing a lawsuit against us, you must provide notice to us of your intent to bring a lawsuit. You may use a form supplied by us.

b. If you do not provide notice of intent to bring a lawsuit against us within two years after the date you receive notice from us that we denied a claim in full or in part as provided by Condition 4.b.(2), you waive your right to contest our partial or full denial of coverage and you are barred from bringing a lawsuit against us concerning the denial of that claim.

c. As a prerequisite for filing a lawsuit against us, we may require you to submit the dispute to alternative dispute resolution by mediation or moderated settlement conference, as provided by Chapter 154, Texas Civil Practice and Remedies Code. If we require an alternative dispute resolution:

(1) we must request the alternative dispute resolution in writing not later than the 60th day after the date we receive your notice of intent to bring a lawsuit against us; and

(2) except as provided by Condition 12.c.(3), the alternative dispute resolution must be completed not later than the 60th day after the date we request the alternative dispute resolution in writing.

(3) The 60-day period for completion of the alternative dispute resolution can be extended by:

(i) your and our mutual consent; or

(ii) rule adopted by the commissioner of insurance.

d. Mediation.

(1) If we request alternative dispute resolution by mediation and you and we are unable to agree on a mediator, the commissioner of insurance shall select a mediator from a roster of qualified mediators maintained by the Texas Department of Insurance.

(2) If we request alternative dispute resolution by mediation, you and we will be equally responsible for the expenses of mediation.

e. Lawsuit Against Us.

(1) You may bring a lawsuit against us concerning the denial of a claim only if you have notified us of your intent to bring a lawsuit as required by Condition 12.a.

(2) As provided by Condition 12.c., we have 60 days from the receipt of your notice of intent to bring a lawsuit against us to request that you submit your dispute with us to alternative dispute resolution. You may not bring a lawsuit against us prior to the expiration of that 60-day period, unless we waive our right to request alternative dispute resolution of that claim dispute in writing.

(3) If we request alternative dispute resolution as provided by 12.c., you may bring a lawsuit against us if:

(i) the alternative dispute resolution was not completed within 60 days from the date we made the request, and no extension was granted under Condition 12.c.(3);

(ii) the alternative dispute resolution was not completed prior to the expiration of an authorized extension of the 60-day period, as provided by Condition 12.c.; or

(iii) you are not satisfied after completion of the alternative dispute resolution.



TWIA_STEWART_POLICY_000023

TWIA 003485

(4) You must bring any lawsuit against us concerning the denial of a claim not later than two years after the date on which you receive written notification from us that we have denied a claim in full or in part as provided by Condition 4.b.(2).

(5) You must bring any lawsuit against us concerning the denial of a claim in a district court in the county in which the loss that is the subject of the coverage denial occurred.

(6) If you bring a lawsuit against us concerning the denial of a claim prior to providing notice as required under Condition 12.a., the court shall abate the lawsuit until you provide the notice to us and, if requested by us, the dispute has been submitted to alternative dispute resolution.

(7) Limitation on Scope of Lawsuit. You may only bring a lawsuit against us concerning the denial of a claim to determine:

(i) whether our denial of coverage was proper; and

(ii) the amount of damage to which you are entitled to recover, if any.

(8) Limitation on Damages Concerning Denied Coverage.

(i) You may recover only:

(a) the covered loss payable under the terms of this policy, less any amount already paid by us for any portion of a covered loss;

(b) prejudgment interest, at the rate provided in Subchapter B, Chapter 304, Texas Finance Code, from the first day after the date specified by Condition 5., by which we were or would have been required to pay an accepted claim in full or in part; and

(c) court costs and reasonable and necessary attorney's fees.

(ii) Nothing in the Texas Windstorm Insurance Association Act, Chapter 2210, Texas Insurance Code, including the limitation on damages described by Condition 12.e.(8)(i), may be construed to limit the consequential damages, or amount of consequential damages, that you may recover under common law in a lawsuit against us.

(iii) You may recover damages in an amount not to exceed two times the damages associated with a covered loss payable under the terms of the policy and any consequential damages recoverable under common law, if you show by clear and convincing evidence that we mishandled your claim to your detriment by intentionally:

(A) failing to meet the deadlines or timelines established in the Texas Windstorm Insurance Association Act under Subchapter L-1, Chapter 2210, Texas Insurance Code, without good cause, including the applicable deadline established for payment of an accepted claim or the accepted portion of a claim;

(B) disregarding applicable guidelines published by the commissioner of insurance under Section 2210.578(f), Texas Insurance Code;

(C) failing to provide written notice that we have accepted or rejected a claim as provided for under Condition 4.b.(2);

(D) rejecting a claim without conducting a reasonable investigation with respect to the claim; or

(E) denying coverage for a claim in full or in part, if our liability has become reasonably clear as a result of our investigation with respect to the portion of the claim that was denied.

For purposes of Condition 12.e.(8)(iii), "intentionally" means actual awareness of the facts surrounding the act or practice listed under Condition 12.e.(8)(iii), coupled with the specific

TWIA 003486

intent that you suffer harm or damages as a result of the act or practice. Specific intent may be inferred from objective manifestations that we acted intentionally or from facts that show that we acted with flagrant disregard of the duty to avoid the acts or practices listed under Condition 12.e.(8)(iii).

13. Commissioner Extension of Deadlines. The commissioner of insurance, on a showing of good cause, may by rule extend any deadline established under policy Condition 4, 5, 6, 11 and 12, including endorsements, and set the number of days by which the deadline is extended.

14. Appeals Other Than Claims Disputes. A person insured under this policy, or their representative, who is aggrieved by an act, ruling or decision by us, may appeal to the commissioner of insurance not later than the 30th day after the date of that act, ruling or decision. This policy condition does not apply to a person who is required to resolve a dispute under Conditions 11 or 12 or a binding arbitration endorsement to this policy.

15. Subrogation (Transfer of Rights of Recovery Against Others to Us). If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing, prior to a loss to your covered property.

16. Abandonment of Property. There can be no abandonment of property to us.

17. Liberalization. If the commissioner of insurance adopts a revision which would broaden or extend the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened or extended coverage will immediately apply to this policy.

18. Waiver or Change of Policy Provisions. This policy contains all the agreements between you and us concerning the insurance afforded. You are authorized to make changes in the terms of this policy with our consent; however, this policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy. Your agent is not our authorized representative.

19. Cancellation.

   a. You may cancel this policy at any time by notifying us in writing of the date cancellation is to take effect. We will send you any refund due when the policy is returned to us. The refund will be pro rata, subject to a policy minimum retained premium in an amount equal to 90 days or $100 whichever is applicable. Payment of the minimum retained premium shall not create or extend coverage beyond the cancellation date that you requested. The minimum retained premium is fully earned on the effective date of the policy and you shall owe to us any unpaid balance of the minimum retained premium.

   b. We may cancel this policy by mailing or delivering to you notice in writing of the date cancellation takes effect. The effective date of cancellation cannot be before the 14th day after we mail or deliver the notice. Our notice of cancellation will state the reason for cancellation and will state that if the refund is not included with the notice, it will be returned on demand. The refund will be pro rata.

20. Assignment. Assignment of your rights and duties under this policy will not be valid unless we give our consent.

21. Death. If you die, we insure:

   a. Your spouse, if a resident of the same household at the time of death; or

   b. The legal representative of the decedent's estate only with respect to the described location.

   Coverage will be provided until the end of the policy period in which you die.



TWIA_STEWART_POLICY_000025

# Texas Windstorm Insurance Association

Windstorm and Hail

## Automatic Adjusted Building Cost Endorsement

It is agreed that the limit of liability on the attached policy for **Coverage A, Dwelling** shall be revised annually by a percentage established by a building cost index, applied to your policy at renewal. The revised limit of liability will be rounded up to the next $1000, subject to the maximum limit of liability permitted by law. You have the right to request modification of this change in the limit of liability.

If your limit of liability change at renewal differs from the revised limit resulting from application of this endorsement, your request will take effect at the inception of the renewal, provided that it is received prior to the beginning of the policy renewal date. Requests for a limit of liability change received after inception of the policy will be processed as an endorsement to the policy, and will not become effective prior to the date received by TWIA.

The limits of liability for Additional Living Expense and other, optional extensions of coverage that are based on the limit of liability for the Dwelling, if applicable, will also be adjusted subject to the maximum limit of liability permitted by law.

It is your responsibility to review your coverage regularly and make sure your dwelling limit of liability is adequate to repair or replace your insured property. This endorsement and any changes that result from it do not guarantee that you will have adequate coverage. Only you can determine the appropriate amount of coverage.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

TEXAS WINDSTORM INSURANCE ASSOCIATION

## Important Notice About the Automatic Adjusted Building Cost Endorsement and Your Dwelling Limit of Liability

This notice provides you with an explanation of the Automatic Adjusted Building Cost Endorsement (TWIA-220) that is attached to your policy. The endorsement automatically adjusts your dwelling limit of liability if your policy is renewed. This adjustment is a standard insurance industry practice.

This notice **is not** part of your policy. This notice is also not the endorsement. To understand your rights and duties under the policy, please refer to and read your policy, including all endorsements.

**What the Endorsement Does:** If you renew your policy, the coverage amount (limit of liability) for your dwelling will be automatically adjusted by a percentage. This percentage varies by location and is tied to a building cost index. Your policy's adjusted limit of liability will be rounded up to the next $1000. The limit is subject to the maximum limit of liability permitted by law.

The adjustment is designed to help ensure the limit of liability amount keeps pace with increases to local building costs. It does not ensure that your dwelling is adequately insured for the dwelling's full replacement cost.

The limits of liability of any additional coverages you have selected that are based on the limit of liability for the dwelling, will also be adjusted, subject to the maximum limit of liability permitted by law.

**Your Rights:** You have the right to request a modification to your dwelling limit of liability. To request a modification, please contact your agent. Lowering the limit of liability may affect eligibility for replacement cost coverage.

If you request a modification to your dwelling limit of liability, your request will take effect on the date a renewal policy becomes effective. Requests for a modification of the adjusted dwelling limit of liability that are received by TWIA on or after the effective date of a renewal policy will become effective the date the request is received by TWIA.

**Review Your Coverage:** Please review your coverage regularly with your agent and make sure your dwelling limit of liability is adequate to repair or replace your insured property. Only you can determine the appropriate amount of coverage and the endorsement will not guarantee that you have adequate coverage.

**Texas Windstorm Insurance Association**
PO Box 99090, Austin, TX 78709-9090
(800) 788-8247 | www.twia.org

**TEXAS WINDSTORM INSURANCE ASSOCIATION**
**Windstorm and Hail**

**Endorsement No. (TWIA) 311**

**Extension of Coverage – Additional Living Expense**

In consideration an included additional premium, this policy is extended to provide the following coverage:

A. **Additional Living Expense.** Applicable only to Primary Residences – Dwellings

If a covered loss to your Primary Residence caused by windstorm or hail makes your Primary Residence wholly or partially untenantable, we cover additional living expense. Additional living expense is any necessary and reasonable increase in living expense you incur so that your household in your Primary Residence can maintain its normal standard of living.

We do not cover additional living expense that you incur as a result of evacuation or displacement from the described location due to voluntary or mandatory evacuation, order of civil authority restricting ingress, egress or access, loss or disconnection of utilities, damage or closure of roads, ferries, bridges or infrastructures, or loss that is excluded in the Exclusions of this policy, except to the extent such expenses were incurred because covered damage to your Primary Residence caused by windstorm or hail made your Primary Residence wholly or partially untenantable.

The total limit of liability for all additional living expense is 20% of the limit of liability applicable to Coverage A (Dwelling). If your policy was issued for tenant personal property of a dwelling and does not include a limit of liability applicable to the dwelling, the total limit of liability for all additional living expense is 20% of the limit of liability applicable to Coverage B (Personal Property). This is additional insurance and does not reduce the limit of liability applicable to Coverage A (Dwelling), but the total limit of liability for the Coverage A (Dwelling) limit and the additional living expense limit cannot exceed the maximum limit of liability permitted by law. The deductible does not apply to additional living expense coverage.

Payment will be for the reasonable time required to repair or replace the damage caused by windstorm or hail to your Primary Residence. If you permanently relocate, payment will be for the reasonable time required for your household to become settled. The periods of time for additional living expense are not limited by expiration of this policy.

**Primary Residence** means a dwelling where you normally live as your principal residence as of the date of loss and during the majority of the policy period, and that is stipulated as your "Primary Dwelling" on the Declarations of this policy.

The coverage provided by this Extension of Coverage is subject to all other terms, conditions, exclusions, and definitions of the policy to which this endorsement is attached.

**TEXAS WINDSTORM INSURANCE ASSOCIATION**
**Windstorm and Hail**

**Endorsement No. (TWIA) 321**

**Extension of Coverage – Wind-Driven Rain**

In consideration of an included additional premium, this policy is extended to provide coverage for the following:

A. **Wind-Driven Rain**. Applicable to Primary or Secondary Residences – Dwellings

We cover loss to the dwelling and personal property caused by wind-driven rain whether or not an opening is made in the dwelling by the direct force of wind or hail.

The coverage provided by this Extension of Coverage is subject to all other terms, conditions, exclusions, and definitions of the policy to which this endorsement is attached.

TWIA 003491

**TEXAS WINDSTORM INSURANCE ASSOCIATION**
**Windstorm and Hail**

## Endorsement No. (TWIA) 331

## Extension of Coverage – Consequential Loss

In consideration of an included additional premium, this policy is extended to provide the following coverage:

A. **Consequential Loss.** Applicable to Primary or Secondary Residences – Dwellings

We cover personal property as follows:

1. Property contained in the dwelling or other structure on the described location against loss due to change in temperature as a direct result of physical damage to the dwelling, or any equipment contained in the dwelling, caused by windstorm or hail. The deductible does not apply to this coverage.

2. To the extent not covered by A.1 above, personal property against loss due to utility failure if the failure is a result of physical damage caused by windstorm or hail to power, heating or cooling equipment situated on the premises where the covered property is located.

3. To the extent not covered by A.1 or A.2 above, property contained in the dwelling or other structure on the described location against loss due to changes in temperature as a direct result of physical damage to any power, heating or cooling equipment (including connections and supply pipes) not contained in or on the dwelling, caused by windstorm or hail.

The total limit of liability for the coverage described in A.3. above is $500.

This is not additional insurance and does not increase the limit of liability for Coverage B (Personal Property).

The coverage provided by this Extension of Coverage is subject to all other terms, conditions, exclusions, and definitions of the policy to which this endorsement is attached.



TWIA_STEWART_POLICY_000030

**TEXAS WINDSTORM INSURANCE ASSOCIATION**
**Windstorm and Hail**

## Endorsement No. (TWIA) 365 – Replacement Cost Coverage B (Personal Property)

This endorsement applies only to those Items of Coverage for which this Endorsement No. (TWIA) 365 is scheduled on the Declarations page.

This endorsement will not apply unless you have, at the inception date of this policy, replacement cost coverage in effect on the same property and in the same amount or more, under a companion dwelling, homeowners, farm and ranch owners, condominium owners, or tenant policy to which a windstorm and hail exclusion agreement endorsement is also attached.

In consideration of an included additional premium, the following sections of your TWIA DWELLING POLICY are changed by this endorsement.

**Your Duties After Loss Condition 4.a.(5) is replaced by the following:**

4. Duties After Loss.
   a. Your Duties After Loss.
      (5) You must keep an accurate record of repair expenses and proof of payment of any applicable Deductible. Upon completion of repairs or replacement, you may submit reasonable proof of repair expenses and payment of any applicable Deductible, including invoices, bills, statements, receipts, canceled checks, money order receipts, credit card statements, and a copy of an executed installment plan contract or other financing arrangement that requires full payment of the Deductible over time.

**Our Duties After Loss Settlement Condition 4.b.(2). is replaced by the following:**

4. Duties After Loss.
   b. Our Duties After Loss.
      (2) Not later than the 60th day after the date we receive a claim or the 60th day after the date we receive information requested under Condition 4.b.(1), whichever is later, we shall provide you, in writing, notice of the amount of the loss we will pay, if any, and notice that:
      (i) we have accepted coverage for the claim in full;
      (ii) we have accepted coverage for the claim in part and have denied coverage for the claim in part; or
      (iii) we have denied coverage for the claim in full.

      If we accept coverage for your claim under Coverage B (Personal Property) in full or part, our notification under this subsection will notify you of the deadlines for completion and documentation of repairs and for demanding appraisal of the "replacement cost" under Condition 6.d.

**The following section d. is added to Loss Settlement Condition 6.:**

6. Loss Settlement.
   d. Our liability and payment for covered losses to personal property under Coverage B (Personal Property) is modified as follows:

      (1) We will pay the smallest of the following:
         (a) The "replacement cost", meaning the amount actually and necessarily spent to repair or replace the damaged personal property; or
         (b) The specified limit of liability of the policy.

**TEXAS WINDSTORM INSURANCE ASSOCIATION**
**Windstorm and Hail**

(2) We will pay no more than the "actual cash value" until repair or replacement is completed and documentation of "replacement cost" and payment of any applicable Deductible is submitted to us under Condition 4.a.(5).

(3) You may request payment of "replacement cost" by submitting documentation to us of the completion of repairs or replacement, the "replacement cost", and payment of the Deductible not later than the 545th day after the date we notify you of the amount we will pay under Condition 4.b.(2).

(4) Not later than the 30th day after the date that we receive documentation from you under Condition 6.d.(3), we will provide you, in writing, notice of:
  (a) the amount we will pay under Condition 6.d.(1); and
  b) the deadline to request appraisal of the "replacement cost" under Condition 6.d.(6).

(5) If we notify you under Condition 6.d.(4) that we will pay your claim, or part of your claim, we must make payment not later than the 10th day after we notify you.

(6) If you have not completed appraisal under Condition 11. of the amount we will pay under Condition 4.b.(2) and you dispute the amount we will pay for "replacement cost", you may demand appraisal of the "replacement cost" not later than the 30th day after the date you receive notice from us under Condition 6.d.(4). You may demand appraisal of "replacement cost" under this subsection without regard to whether all repairs related to the claim are complete. If you demand appraisal of "replacement cost" under this subsection, the appraisal will be conducted as follows:
  (a) You and we will each select a competent and independent appraiser. You shall notify us of your appraiser's identity. We shall notify you of our appraiser's identity within 10 days after we receive notice of your appraiser's identity. The two appraisers will choose a competent and independent umpire. If they cannot agree upon an umpire within 15 days, the commissioner of insurance shall select an umpire from a roster of qualified umpires maintained by the Texas Department of Insurance.
  (b) The two appraisers will then determine the "replacement cost." If the appraisers fail to agree, they will submit their differences to the umpire. An itemized decision agreed to by any two of these three and filed with us will determine the "replacement cost".
  (c) You and we are responsible in equal shares for paying the costs incurred or charged in connection with the appraisal, including expenses of the appraisers and umpire. If we pay more than our share of the costs of appraisal, our liability and payment for covered losses shall be reduced by the amount we pay in excess of our share.
  (d) The appraisal decision is binding upon you and us and is not otherwise reviewable or appealable except as provided by Condition 11.g. and 11.h.

**TEXAS WINDSTORM INSURANCE ASSOCIATION**
**Windstorm and Hail**

**The following is added to the DEDUCTIBLE clause:**

We may refuse to pay Replacement Cost Coverage under this endorsement until we receive reasonable proof of payment by you of any Deductible applicable to the claim. Reasonable proof of payment includes a canceled check, money order receipt, credit card statement, and a copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time.

All other terms and conditions of the policy apply.

**TEXAS WINDSTORM INSURANCE ASSOCIATION**
**Windstorm and Hail**

## Endorsement No. (TWIA) 802 – Replacement Cost Coverage A (Dwelling)

This endorsement applies only to those Items of Coverage for which this Endorsement No. (TWIA) 802 is scheduled on the Declarations Page.

**Your Duties After Loss Condition 4.a.(5) is replaced by the following:**

4. Duties After Loss.
   a. Your Duties After Loss.
      (5) You must keep an accurate record of repair expenses and proof of payment of any applicable Deductible. Upon Completion of repairs or replacement, you may submit reasonable proof of repair expenses and payment of any applicable Deductible, including invoices, bills, statements, receipts, canceled checks, money order receipts, credit card statements, and a copy of an executed installment plan contract or other financing arrangement that requires full payment of the Deductible over time.

**Our Duties After Loss Settlement Condition 4.b.(2). is replaced by the following:**

4. Duties After Loss.
   b. Our Duties After Loss.
      (2) Not later than the 60th day after the date we receive a claim or the 60th day after the date we receive information requested under Condition 4.b.(1), whichever is later, we shall provide you, in writing, notice of the amount of the loss we will pay, if any, and notice that:
         (i) we have accepted coverage for the claim in full;
         (ii) we have accepted coverage for the claim in part and have denied coverage for the claim in part; or
         (iii) we have denied coverage for the claim in full.

      If we accept coverage for your claim under Coverage A (Dwelling) in full or part, our notification under this subsection will notify you of the deadlines for completion and documentation of repairs and for demanding appraisal of the "replacement cost" under Condition 6.c.

**The following section c. is added to Loss Settlement Condition 6.:**

6. Loss Settlement.
c. Our liability and payment for covered losses to dwelling and other building(s) under Coverage A (Dwelling), excluding outdoor antennas, fences, and structures other than buildings, is modified as follows:

   (1) We will pay the smallest of the following:
      (a) The "replacement cost", meaning the amount actually and necessarily spent to repair or replace the damaged dwelling and other building(s); or
      (b) The specified limit of liability of the policy.

   (2) We will pay no more than the "actual cash value" until repair or replacement is completed and documentation of "replacement cost" and payment of any applicable Deductible is submitted to us under Condition 4.a.(5).

   (3) You may request payment of "replacement cost" by submitting documentation to us of the completion of repairs or replacement, the "replacement cost", and payment of the Deductible not later than the 545th day after the date we notify you of the amount we will pay under Condition 4.b.(2).

(4) Not later than the 30th day after the date that we receive documentation from you under Condition 6.c.(3), we will provide you, in writing, notice of:
  (a) the amount we will pay under Condition 6.c.(1); and
  (b) the deadline to request appraisal of the "replacement cost" under Condition 6.c.(6).

(5) If we notify you under Condition 6.c.(4) that we will pay your claim, or part of your claim, we must make payment not later than the 10th day after we notify you.

(6) If you have not completed appraisal under Condition 11. of the amount we will pay under Condition 4.b.(2) and you dispute the amount we will pay for "replacement cost", you may demand appraisal of the "replacement cost" not later than the 30th day after the date you receive notice from us under Condition 6.c.(4). You may demand appraisal of "replacement cost" under this subsection without regard to whether all repairs related to the claim are complete. If you demand appraisal of "replacement cost" under this subsection, the appraisal will be conducted as follows:
  (a) You and we will each select a competent and independent appraiser. You shall notify us of your appraiser's identity. We shall notify you of our appraiser's identity within 10 days after we receive notice of your appraiser's identity. The two appraisers will choose a competent and independent umpire. If they cannot agree upon an umpire within 15 days, the commissioner of insurance shall select an umpire from a roster of qualified umpires maintained by the Texas Department of Insurance.
  (b) The two appraisers will then determine the "replacement cost." If the appraisers fail to agree, they will submit their differences to the umpire. An itemized decision agreed to by any two of these three and filed with us will determine the "replacement cost".
  (c) You and we are responsible in equal shares for paying the costs incurred or charged in connection with the appraisal, including expenses of the appraisers and umpire. If we pay more than our share of the costs of appraisal, our liability and payment for covered losses shall be reduced by the amount we pay in excess of our share.
  (d) The appraisal decision is binding upon you and us and is not otherwise reviewable or appealable except as provided by Condition 11.g. and 11.h.

**The following is added to the DEDUCTIBLE clause:**

We may refuse to pay Replacement Cost Coverage under this endorsement until we receive reasonable proof of payment by you of any Deductible applicable to the claim. Reasonable proof of payment includes a canceled check, money order receipt, credit card statement, and a copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time.

All other terms and conditions of the policy apply.

TEXAS WINDSTORM INSURANCE ASSOCIATION

# TWIA Privacy Policy

Protecting your privacy is important to us. We want you to understand what information we collect and how we use it. This notice sets forth our policy for the collection, use, and security of your nonpublic personal financial information.

**Information Collected**
As a part of our business, we may collect "nonpublic personal financial information" about you in order to provide a financial product or service to you. This includes information we receive from you on applications or other forms, information about your transactions with us or others, and information we receive from a consumer reporting agency.

**Information Disclosure**
We may disclose the following kinds of nonpublic personal financial information about you:

- Information we receive from you on application or other forms such as your name, address or other information; and
- Information about your transactions with us such as your policy coverage, limits of liability and premiums.

**Disclosure to Third Parties**
We may disclose nonpublic personal information about you to the following types of third parties:

- Insurers that are eligible under TWIA's clearinghouse process and procedures and have agreed to abide by TWIA's policies regarding use of the disclosed information and researchers.

We may also disclose nonpublic personal financial information about you to nonaffiliated third parties as permitted by law.

**Option to Limit Disclosure**
If you prefer that we not disclose nonpublic personal financial information about you to nonaffiliated third parties, you may direct us not to make those disclosures (other than disclosures permitted by law). Your option to request we not disclose nonpublic personal financial information about you will apply to the windstorm insurance coverage you have obtained from us.

If you wish to limit disclosure, you must complete the enclosed form and return it to TWIA within 30 days of the date this notice was mailed. If you direct us not to disclose nonpublic personal financial information about you (other than as permitted by law), your election will apply to all named insureds on the policy.

If you do not wish to limit disclosure, no action on your part is required.

**Our Security Procedures**
We restrict access to nonpublic personal financial information about you to those persons who need to know that information, to provide products or services to you and disclose such information only for legitimate business or legal reasons. We maintain physical, electronic, and procedural safeguards that comply with federal regulations and applicable state law to protect your nonpublic personal financial information.

This notice has been provided to you pursuant to the Gramm-Leach-Bliley Act and the rules of the Texas Department of Insurance, which require a financial institution, such as an insurer, to notify customers of its privacy practices and procedures on an annual basis.

**Texas Windstorm Insurance Association**
P.O. Box 99090, Austin, Texas 78709-9090
800-788-8247 / Fax 512-899-4950

TWIA 003498

# Texas Windstorm Insurance Association
# Disclosure Limitation Reply Form

If you do not want your nonpublic personal financial information disclosed by the Texas Windstorm Insurance Association, please complete the information below and mail the completed form to:

Texas Windstorm Insurance Association
Disclosure Opt Out
P O Box 99090
Austin TX 78709-9090

____ I want to limit the nonpublic personal financial information the Texas Windstorm Insurance Association discloses about me to third parties.

Insured's name: Alicia Stewart

Policy number: TWRD0001094575

Insured's signature: ______________________________

Date: ______________________________



TWIA_STEWART_POLICY_000037

[redacted]

Claim: 1196488

## Summary

**Basics**

Open 372 days
Both Wind & Hail

**Financials**

| | |
|---|---|
| Losses Paid | $7,149.50 |
| Expenses Paid | $1,550.00 |
| Outstanding Reserves | [redacted] |
| Total Incurred | [redacted] |

**XA Estimate**

| | |
|---|---|
| XA Estimate RCV | $30,816.74 |
| XA Estimate ACV | $26,449.50 |

[redacted]

[redacted]

## Loss Details

| | |
|---|---|
| Loss Date | 07/08/2024 12:01 AM |
| Date Reported | 07/08/2024 |
| Date of Acceptance | 08/15/2024 (334 days ago) |
| Loss Location | 1820 MARKET STREET, Galveston, TX 77550 |
| Description | SIDING AND SHINGLES |

## Services

## Exposures

TWIA 003500
[redacted]

Claim: 1196488

| ⃠ | # | Risk Item | Exposure Type | Coverage Subtype | Claimant | Assigned To | Outstanding Reserves | Paid | Recoveries |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 1:Primary Residence 1820 MARKET STREET | Coverage A | Structure | Alicia Stewart | Quannerick Swim | [redacted] | $1,550.00 | - |
| | 2 | 1:Primary Residence 1820 MARKET STREET | Other Structures | Other Structure | Alicia Stewart | Quannerick Swim | $839.82 | $7,149.50 | - |

## Parties Involved

| Name | Roles | Phone |
|---|---|---|
| Michael Fridman | Insured Representative | 409-762-5000 |
| Shaun Hodge - Attorney | Insured Representative | 409-762-5000 |
| Hodge Law Firm | Insured Representative | 409-762-5000 |
| Korylee Horstmeyer | Service Participant | 573-673-7647 |
| Leading Edge Claims Service | Check Payee, Service Vendor, Adjusting Firm | 817-767-2108 |
| Lee Olivares | Service Participant | 956-578-3719 |
| Prosperity Bank | Check Payee, Additional Interest | |
| Alicia Stewart | Claimant, Reporter, Main Contact, Insured, Claimant, Check Payee | 409-771-6303 |
| Texas Wasatch Insurance Services LP | Agent | 682-334-9000 |

## Planned Activities

| Due | Priority | Subject | Assigned To |
|---|---|---|---|
| 07/17/2025 | Normal | Abatement Revew/Letter | Quannerick Swim |
| [redacted] | [redacted] | [redacted] | [redacted] |
| 11/23/2025 | Normal | 90th Day Prior to 545 Expiration | Deja Arnett |
| 01/22/2026 | Normal | 30th Day Prior to 545 Expiration | Deja Arnett |
| 02/22/2026 | Normal | 545 End Date | Deja Arnett |

## Associated Claims

[redacted]

Claim: 1196488

# Latest Notes

| | |
|---|---|
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Status Report |
| Linked Documents | |
| Text | Sent LOR Ack Letter to attorney<br><br>ACTION PLAN<br>Send certified copy of policy to attorney<br>Review claim<br>Request information identifying dispute details<br>Once received, review documents to determine possible supplement, stand on decision, and/or impasse<br>Remit appropriate disposition letter based on review findings |
| Security Type | Claims Center Only |
| | -Quannerick Swim (07/10/2025 11:03 AM) |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted]

Claim: 1196488

[redacted]

| | |
|---|---|
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Status Report |
| Linked Documents | |
| Text | Acknowledgement of claim assignment. LOR received from attorney.<br><br>ACTION PLAN<br>Risk indicators/parties involved have been updated<br>Remit LOR Ack Letter to attorney<br>Review claim<br>Request information identifying dispute details<br>Once received, review documents to determine possible supplement, stand on decision, and/or impasse<br>Remit appropriate disposition letter based on review findings |
| Security Type | Claims Center Only |
| | -Quannerick Swim (07/09/2025 8:59 AM) |
| Topic | Contact |
| Subtopic | Support |
| Subject | Action Plan |
| Linked Documents | |
| Text | Rec'd Atty LOR (and RFI) from Hodge Law Firm.<br>CE to update risk indicators and parties involved.<br>CE to acknowledge LOR and send appropriate docs. |
| Security Type | Claims Center Only |
| | -Demetrius Gardner (07/08/2025 4:52 PM) |
| Topic | Claim Review |

[redacted]

Claim: 1196488

| | |
|---|---|
| Subtopic | Claims Examiner |
| Subject | Action Plan |
| Linked Documents | |
| Text | 545 Review Notes – Full Acceptance w/RCC |

| | | |
|---|---|---|
| Date of Loss | 07/08/2024 | |
| Date Reported | 07/08/2024 | |
| Date of Disposition | 08/15/2024 | mailed |
| 60th Day Post Disposition | 10/24/2024 | TWIA 60_90 RCC Letter |
| 90th Day Prior to 545 Expiration | 11/23/2025 | TWIA 60_90 RCC Letter |
| 30th Day Prior to 545 Expiration | 1/22/2026 | Final Disposition Letter |
| 545 End Date | 2/22/2026 | TWIA 60_545 Closing Letter |

Services completed yes

Fee bill issued accurately: yes

Payments issued accurately: yes

Reviewed documents in file: yes

Unnecessary exposures closed: yes

***545 REVIEW ***

This is an RCV policy.

Insured has 545 days from the date of the disposition letter to dispute the amount of loss.

[redacted]
Claim: 1196488

| | |
|---|---|
| | Reviewed disposition letter. Letter accurately reflects claim decision.<br><br>Date the disposition letter was mailed insured was on 08/15/2024<br><br>Insured has 545 days to dispute the amount of loss. Dispute must be received on or before 02/21/2026<br><br>Calendared:<br><br>60th day post disposition (Initial 545 letter)<br><br>90th day prior to 545 expiration (Reminder letter)<br><br>30th day prior to 545 expiration<br><br>545 End date |
| Security Type | Claims Center Only |
| | -Deja Arnett (12/20/2024 8:52 AM) |
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | Review claim for LOR from atty, it has been requested numerous times and nothing has been received. Transferring claim to RCC group, if LOR is received claim will be transfer back. |
| Security Type | Claims Center Only |
| | -Viviana Elvira (12/11/2024 5:01 PM) |
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | Review claim for LOR from atty, nothing has been received. P/C to Shaun Hodge with Hodge Law Firm @409-762-5000, no answer LMOVM advising that since no LOR or dispute docs were received claim will be return to its prior status. |
| Security Type | Claims Center Only |

[redacted]



-Viviana Elvira (12/04/2024 3:58 PM)

| | |
|---|---|
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | Received new claim, reviewed claim and no LOR has been received by attorney. Sent email to Hodge Law Firm and CC insured.<br><br>Action Plan:<br>Follow up activity set up |
| Security Type | Claims Center Only |
| | -Viviana Elvira (11/23/2024 5:10 PM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | RECEIVED NEW CLAIM<br>REVIEWED CLAIM FILE<br>ATTY SENT EMAIL STATING REPRESENTATION BUT NO OFFICIAL LOR<br>PRIOR CE SENT REQUEST ALONG WITH RFI - NO DOCUMENTS HAVE BEEN RECEIVED |
| Security Type | Claims Center Only |
| | -Shari Love (10/26/2024 4:04 PM) |
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Email to Hodge Law Firm and cc to the NI<br><br>Good morning:<br><br>Please provide a Letter of Representation to move the claim forward.<br><br>Thank you |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/16/2024 8:57 AM) |

[redacted]



| | |
|---|---|
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | FILE REVIEW<br><br>CE to send RFI for dispute information to be submitted and request the actual Letter of Representation from the Atty |
| Security Type | Claims Center Only |
| | -Jimmy Lovett (10/12/2024 12:07 PM) |
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Email to the Attorney Shaun Hodge<br><br>Good morning:<br><br>Please provide TWIA with an official letter of representation.<br><br>Thank you |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/10/2024 10:35 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Requested a Certified Copy of the Policy |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/10/2024 9:21 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Sent to TL An Acknowledgement letter without a named appraiser for review. |

[redacted]

Claim: 1196488

| | |
|---|---|
| | When approved it will be sent by mail and the email to the Insureds attorney |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/10/2024 9:00 AM) |
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | OBC to the Attorney Shaun Hodge 409-762-5000 there was no answer unable to leave a v/m. |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/10/2024 8:07 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Sent to TL for review the RFI letter |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/10/2024 8:04 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Initial Review for Abatement OR Appraisal File Note<br><br>>>CLAIM INFORMATION<< Alicia Stewart Claim # 1196488 Policy # TWRD0001094575<br><br>>>Policy Details<<<br>Policy: TWIA Residential<br>Endorsements:<br>TWIA-220 Adjusted Building Cost Endorsement<br>TWIA-311 Extension of Coverage for ALE<br>TWIA-321 Extension of Coverage for Wind Driven Rain<br>TWIA-331 Extension of Coverage for Consequential Loss<br>TWIA-365 Replacement Cost for Coverage b<br>TWIA-802 Replacement Cost Coverage<br>Coverage A Limit: $386,000 |

[redacted]



Coverage A Deductible: $19,300
Coverage A Valuation is: Replacement Cost
Policy Period: 03/02/2024 – 03/02/2025
Date of Loss: 07/08/2024
FNOL Description: Damaged siding and shingles

>>Prior Claim Information<<
Claim # 869748214402
AMERICAN STRATEGIC INS CO This is a freezing claim.
Date of Loss: 02/17/2021
Loss Detail: Freezing the payment was $1,452.

>>TIMELINE<<
07/08/2024…Date of Loss
07/08/2024…First Notice of Loss
08/15/2024…Date Disposition Issued
10/03/2024…Date Dispute Acknowledged (Abatement/Appraisal)
04/02/2026 Last Day for Recoverable Depreciation (545 days from Disposition, if RCV endorsed)
04/02/2026…Last Date for Appraisal Request on Accepted Damage

>>PARTIES INVOLVED<<

Insured's Attorney: Shaun Hodge
Insured's Attorney Firm: Hodge Law Firm
Insured's Attorney Estimate: $0.00

>>TWIA Disposition<<
Full Acceptance

Accepted: Dwelling Roof, exterior siding, interior water damage to the garage.

Denied: None

Observed But Not Claimed: None

>>Current Loss Adjustment<<
Dwelling:
Replacement Cost Value…………….……… $16,846.91
Less Recoverable Depreciation…………… $2,368.37
Less Non-Recoverable Depreciation…… $0.00
Actual Cash Value……………………………… $14,478.54

[redacted]

Claim: 1196488

Less Deductible…………………………………... $14,478.54
NET……………………………………….…………..$0.00

Other structures:
Replacement Cost Value……………..……… $13,969.83
Less Recoverable Depreciation…………… $1,998.87
Less Non-Recoverable Depreciation…… $1,159.05
Actual Cash Value……………………………… $7,149.50
Less Deductible…………………………………... $4,821.46
NET……………………………………….…………..$7,149.50

HERE IS WHERE I NEED YOU TO INCLUDE A CLAIM REVIEW OF WHAT WE'VE DONE, WHAT WE HAVE RECEIVED AND WHAT YOUR THOUGHTS ARE

Review of the file shows that coverage has been extended for the dwelling roof, flat roof, front/right/left elevation siding. Detached garage roof, siding, and interior OSB along with fence repairs

The insured hired an Attorney and demanded appraisal but no information has been submitted to know what the dispute is.

I called Shaun Hodge attorney. He has nothing to submit at this time as he has not had the property scoped. Information to be submitted

>>CLAIM EXAMINER EVALUATION <<
Dispute is Timely within 545 days of disposition.

ACTION PLAN
Request CCOP
Send Atty LOR and Appraisal Acknowledgement no named appraiser letters
Set task for information to be received.
Upon receipt and review of POL and /or estimate from PA, will determine possible resolution through impasse, supplement, or appraisal.

>>ABATEMENT INFORMATION<<
Sending abatement letter acknowledging insured has preserved the right to appraisal.
Sending ROR/RFI noting duties and requesting:
1) documentation (estimate/photos) from contractor.
2) documentation (estimate/photos/expert documentation) from attorney.

Security Type: Claims Center Only

-Larry Sanders (10/10/2024 7:35 AM)

Topic: Claim Review

[redacted]

Claim: 1196488

| | |
|---|---|
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Reviewed with TL File review |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/08/2024 4:36 PM) |

| | |
|---|---|
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Sent the Letter of Acknowledgement to Shawn Hodge (Hodge Lawe Firm).<br>Sent Appraisal Acknowledgement to Shawn Hodge (Hodge Lawe Firm). |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/07/2024 9:16 AM) |

| | |
|---|---|
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Action Plan |
| Linked Documents | |
| Text | Sent to TL for review<br>1. Acknowledgement of LOR<br>2. Appraisal Acknowledgement<br>3. TWIA Initial Review for Abatement OR Appraisal File Note<br><br>Setting Activity for follow up. |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/04/2024 2:03 PM) |
| Topic | Contact |
| Subtopic | Support |
| Subject | Action Plan |
| Linked Documents | |
| Text | Rec'd appraisal request – no named appraiser" from the insured Hodge Law Firm, PLLC.<br>CE to update risk indicators and parties involved<br>CE to acknowledge appraisal demand and send appropriate docs<br><br>TWIA policy with 7/8/24 DOL<br><br>Disposition was full acceptance.<br><br>Accepted:<br>- Wind damage to the roof<br>- Wind damage to the exterior<br>- Interior water damage to the garage<br><br><br>CE to review. |
| Security Type | Claims Center Only |
| | -Demetrius Gardner (10/03/2024 4:39 PM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Investigation |

| | |
|---|---|
| Linked Documents | |
| Text | Received a call from ni, went over an estimate with her and getting estimates from contractors and move forward with repairs. |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (09/06/2024 3:14 PM) |
| Topic | |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | . |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/28/2024 5:55 PM) |
| Topic | |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | . |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/28/2024 5:54 PM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | TWIA 545 TEMPLATE FOR RCV POLICIES (deadline starts from date disposition letter was distributed). There may be different deadlines as personal property disposition letter may have a different date.<br>If there is a letter for personal property, then a separate RCV Review Note should be entered.<br><br>RCV Review Notes<br>Date of Loss 07/08/2024<br>Date Reported 07/08/2024<br>Date of Acceptance Cov A/Cov B 08/15/2024 mailed<br><br>60th Day Post Disposition 10/14/2024 545 Letter<br>90th Day Prior to 545 Expiration 11/13/2025 545 Reminder Letter<br>30th Day Prior to 545 Expiration 1/12/2026 Call / Final Disposition Letter<br>545 End Date 2/11/2026 |

| | |
|---|---|
| | Services completed yes<br>Fee bill issued accurately: yes<br>Payments issued accurately: yes<br>Reviewed documents in file: yes<br>Unnecessary exposures closed: yes<br><br>Damages Accepted: (Review disposition letter for details)<br>• Dwelling roof<br>• Exterior siding<br>• Interior water damage to garage.<br><br>Damages Denied: none<br><br>***545 REVIEW ***<br>This is an RCV policy.<br>Insured has 545 days from the date disposition letter was sent to dispute decision.<br>Reviewed settlement letter. Letter accurately reflects claim decision.<br>Date of disposition letter sent to insured is: 08/15/2024<br><br>Total Coverage A reserve set: $2,368.37 dwelling + 839.82 other structures<br><br>Set Activity:<br>60th day post disposition (Initial 545 letter)<br>90th day prior to 545 expiration (Reminder letter)<br>30th day prior to 545 expiration (Call to insured and Final Disposition Letter)<br>545 End date |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/27/2024 9:44 AM) |
| Topic | Contact |
| Subtopic | Call Center |
| Subject | Status Report |
| Linked Documents | |
| Text | Received call from insured Alicia requesting adjuster contact. Warm transfer v/m |
| Security Type | Claims Center Only |
| | -Steve Grasich (08/15/2024 3:09 PM) |
| Topic | Inbound |
| Subtopic | XactAnalysis |

| | |
|---|---|
| Linked Documents | |
| Text | XactAnalysis QA Approved to:David DeVilbiss |
| Security Type | Claims Center Only |
| | -Super User (08/15/2024 11:57 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Action Plan |
| Linked Documents | |
| Text | File to RCC |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/15/2024 9:42 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Disposition |
| Linked Documents | |
| Text | Disposition<br>Payment<br>Received and reviewed the Field Adjuster Report and estimate. After review I approved the estimate as submitted and agree with the recommendations.<br><br>Called Alicia Stewart at phone 409-771-6303_ and reviewed the adjuster estimate, payment amount. I Mailed out wind certification (WPI-8) process.. Requested payment for the 7,149.50amount.<br>I sincerely appreciate your taking the time to speak with me regarding your claim. To better serve our customers, we would appreciate your thoughts about your claims experience. Please visit<br>https://research.net/s/twia<br><br>A copy of the field adjuster estimate, and disposition letter were mailed to the policyholder, and were sent to the agent via the portals Claims Center.<br>File to RCC |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/15/2024 9:41 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |

| | |
|---|---|
| Text | ISO REPORT<br>Reason(s) for match: LOCATION OF LOSS<br>NAME<br>PHONE<br>Insuring Company: AMERICAN STRATEGIC INS CO<br>Claim Number: 869748214402<br>Date/Time of Loss: 02/17/2021<br>Policy Number: TXL897936<br>Policy Type: PERSONAL PROPERTY HOMEOWNERS<br>Inception Date: 12/27/2020 Expiration Date: 12/27/2021<br>Insuring Co. Address: 1 ASI WAY<br>ST PETERSBURG, FL 33702<br>Insuring Co. Phone: (866) 274-5677<br>Company Received Date: 02/22/2021<br>Loss Description: FRZ - FREEZING<br>Location of Loss: 1820 MARKET ST<br>GALVESTON, TX<br>US |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/15/2024 9:31 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Based on information gathered, the cause of loss is: Wind<br>Applicable Endorsement(s):<br>TWDP TWIA Dwelling Policy<br>TWIA-220 Automatic Adjusted Building Cost Endorsement<br>TWIA-311 Extension of Coverage - Additional Living Expense<br>TWIA-321 Extension of Coverage - Wind Driven Rain<br>TWIA-331 Extension of Coverage - Consequential Loss<br>TWIA-365 Conversion to Replacement Cost Coverage B (Personal Property)<br>TWIA-802 Replacement Cost Coverage A (Dwelling)<br>Endorsement(s) applied correctly? Yes<br>Weather data supports DOL/Damages? Yes, Hurricane Beryl July 08, 2024<br>Policy in force for correct DOL? Yes<br>Ownership/CAD issues reviewed? Yes<br>Reviewed IA report: Yes<br>Accepting Cause of Loss based on the following: report does show wind gusts with 80+ wind gusts at location on the reported DOL<br>Coverage is in question for the following items: none |

| | |
|---|---|
| | Activity to Supervisor: none<br>Requesting engineer to assist in resolving causation issue: n/a<br>Requesting denial letter approval based on the following: n/a |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/15/2024 8:57 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Damages |
| Linked Documents | |
| Text | Damage Reported on FNOL: SIDING AND SHINGLES<br>Plus additional damage reported on initial call: none<br>Plus additional damage pointed out by Insured/contractor during IA Inspection: Wind damage to the Dwelling roof. Wind damaged siding on the front, right, and left elevations. To be repaired. Wind damage to roof, exterior siding, and interior water staining of detached garage.<br>Damages NOT Accepted: none<br>Damage observed but not claimed by insured/contractor: None<br><br>Is this the Primary Dwelling? Yes<br>Is the Dwelling uninhabitable? no<br>ALE Summary: n/a<br>Has the ALE Worksheet been completed - Housing/Utilities/Food/Other Costs? none<br>Estimated time to restore occupancy: not known<br><br>Inspection Results<br>Roof:<br>Front slope: Roof inspection 3 wind damaged shingles due to high winds and flying debris. Right slope: Roof inspection 5 wind damaged shingles due to high winds and flying debris. Rear slope: Roof inspection. 10 wind damaged shingles due to high winds and flying debris. Left slope: Roof inspection 1 wind damaged shingles due to high winds and flying debris.<br><br>Inspection revealed scattered damage consistent with wind to all directional slopes of the shingled roof surface. Due to the age and condition of the roof, it is not repairable. For these reasons, spot repairs are not likely to be successful and replacement of the shingled roof is recommended.<br><br>Soft metals and other roof elements: No visible damage consistent with wind<br>Exterior:<br>Front elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Right elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Rear elevation: No visible damage consistent with wind. Left elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. |

| | |
|---|---|
| | Interior: No damage consistent with storm.<br>Attic: No access<br>Other Structures:<br>Detached garage: High winds caused impact damage to modified bitumen. High winds caused exterior damage to the siding. Many pieces of siding are damaged from flying debris, other pieces have blown loose and are missing. Wind damage found to overhead door opening wraps. Fence: Left run sustained wind damage to fencing and gate opener. Most of the fence can be detached and reset with damaged slats replaced, then refinish entire fence. Fence is solely owned by the insured.<br>Personal Property:<br>None claimed or observed at the time of inspection.<br><br>Summary for Dwelling<br>Total: 16,846.91<br>Dep: 2,368.37<br>ACV/RCV: 14,478.54<br>Ded: 14,478.54<br>Net: 0<br>Net + Dep: 2,368.37<br><br>Summary for Other Structures<br>Total: 13,969.83<br>Dep: -1,159.05, 839.82<br>ACV/RCV: 11,970.96<br>Ded: 4,821.46<br>Net: 7149.50<br>Net + Dep: 7989.32<br><br>O&P included? no<br>RCC/Depreciation Recoverable? Yes Paid? no<br>Any Subro/Salvage issues? no<br><br>Payment of $7,149.50 to be discussed with insured and issued to Prosperity Bank Insured/Lienholder.<br>Invoice amount appropriate for current fee schedule? 1,550.00 |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/15/2024 8:56 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Damages |
| Linked Documents | |

| | |
|---|---|
| Text | Estimate and documents are now uploaded in Xactanalysis. I will work this claim today |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/15/2024 7:21 AM) |
| Topic | Contact |
| Subtopic | |
| Subject | |
| Linked Documents | |
| Text | XactAnalysis Independent Adjuster Inspected the site |
| Security Type | Claims Center Only |
| | -Super User (08/01/2024 11:14 PM) |
| Topic | Contact |
| Subtopic | |
| Subject | |
| Linked Documents | |
| Text | Independent Adjuster contacted the customer |
| Security Type | Claims Center Only |
| | -Super User (08/01/2024 11:14 PM) |
| Topic | |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | . |
| Security Type | Claims Center Only |
| | -Tarandus Jones (07/22/2024 4:47 PM) |
| Topic | Inbound |
| Subtopic | XactAnalysis |
| Linked Documents | |
| Text | XactAnalysis adjuster has been assigned Lee Olivares |
| Security Type | Claims Center Only |
| | -Super User (07/17/2024 7:02 PM) |
| Topic | |

| | |
|---|---|
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | . |
| Security Type | Claims Center Only |
| | -Tarandus Jones (07/17/2024 8:13 AM) |

| | |
|---|---|
| Topic | |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | *** FILE OWNERSHIP: *TARANDUS JONES**<br>***FIRST NOTICE OF LOSS REVIEW***<br>Reviewed FNOL: SIDING AND SHINGLES<br>More than one year between DOL and FNOL? No<br><br>***CAD CONFIRMATION***<br>Policyholder listed as owner in CAD: Not in CAD<br><br>***PICTOMETRY REVIEW***<br>Reviewed Pictometry: Yes<br>Is the roof complex? (tile, steep, etc.): 2 story steep<br>WPI-8s: N/A<br><br>*** UNDERWRITING REVIEW ***<br>Reviewed underwriting file: None on file<br>Is this the new edition of the policy? 04/01/2020<br>Prior Policies: Renewal : 0007197231 (2023-03-02), Renewal : 0010628213 (2024-03-02)<br>Last underwriting inspection occurred on: N/A<br>Is it relevant to the current claim (if yes, how so)? N/A<br>Endorsements:<br>TWDP TWIA Dwelling Policy<br><br>TWIA-220 Automatic Adjusted Building Cost Endorsement<br><br>TWIA-311 Extension of Coverage - Additional Living Expense<br><br>TWIA-321 Extension of Coverage - Wind Driven Rain<br><br>TWIA-331 Extension of Coverage - Consequential Loss |

| | |
|---|---|
| | TWIA-365 Conversion to Replacement Cost Coverage B (Personal Property)<br><br>TWIA-802 Replacement Cost Coverage A (Dwelling<br><br><br>Condo Policy? No<br>If yes, request IA to secure By-Laws and submit with their report.<br><br>*** PRIOR CLAIM REVIEW***<br>Dropped any relevant documentation into the file and shared with the IA for their review: No related priors<br>Are there any concerns that need to be discussed with the IA? (Prior claims, steep roof, two-story, etc.) N/A<br><br>***ACTION PLAN ***<br>-Monitor for XA docs from IA, follow up in 7 days if not received<br>-Review XA docs when received<br>-Prepare settlement/denial<br>-Process expense payment(s)<br>-Close or set for RCC Pending |
| Security Type | Claims Center Only<br>-Tarandus Jones (07/13/2024 5:30 PM) |

| | |
|---|---|
| Topic | Contact |
| Subtopic | |
| Subject | |
| Linked Documents | |
| Text | Independent Adjuster contacted the customer |
| Security Type | Claims Center Only |
| | -Super User (07/10/2024 8:00 PM) |
| Topic | Inbound |
| Subtopic | XactAnalysis |
| Linked Documents | |
| Text | XactAnalysis adjuster has been assigned Korylee Horstmeyer |
| Security Type | Claims Center Only |
| | -Super User (07/09/2024 2:56 PM) |

# Claim Status

## General Status

| | |
|---|---|
| Loss Type | Property |
| Line of Business | Homeowners Line |
| Claim Segment | Property - mid complexity |
| Claim Status | Open |
| Date Reported | 07/08/2024 11:21 PM |
| Create Date | 07/08/2024 |
| Date of Acceptance | 08/15/2024 |
| Days Open | 372 |
| Assigned To | Quannerick Swim |
| Primary Group | Residential ADR 3 |
| Special Claim Permission | |
| Claim Validation Level | Ability to pay |
| Subrogation Status | |
| Salvage Status | |

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

| [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|
| [redacted] | | | |

Claim: 1196488

| | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

Claim: 1196488

| [redacted] | | |
|---|---|---|
| [redacted] | | |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

| | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

| | |
|---|---|
| [redacted] | |
| [redacted] | [redacted] |

## Workplan

| | | Due | Priority | Status | Subject | Exposures | Ext Owner | Assigned To | XA Estimate RCV | XA Estimate ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 07/17/2025 | Normal | Open | Abatement Revew/Letter | | | Quannerick Swim | | |
| | | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | | |
| | | 11/23/2025 | Normal | Open | 90th Day Prior to 545 Expiration | | | Deja Arnett | | |
| | | 01/22/2026 | Normal | Open | 30th Day Prior to 545 Expiration | | | Deja Arnett | | |
| | | 02/22/2026 | Normal | Open | 545 End Date | | | Deja Arnett | | |

## Activity Detail for Claim 1196488

Claim: 1196488

**Details**

| | |
|---|---|
| Subject | Abatement Revew/Letter |
| Description | |
| Activity Pattern Code | general_reminder |
| Related To | Claim |
| Due Date | 07/17/2025 |
| Escalation Date | |
| Priority | Normal |
| Calendar Importance | Medium |
| Mandatory | No |
| Status | Open |
| Externally Owned | No |
| External Owner | |

**Activity Assignment**

| | |
|---|---|
| Assigned To | Quannerick Swim |
| Assigned Group | Residential ADR 3 |
| Assigned By | Quannerick Swim |
| Assign Date | 07/09/2025 |

**Documents**

**Activity Tracking**

| | |
|---|---|
| Completion/Skipped date | |
| Completed by | |
| Recurring | No |

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

## Activity Detail for Claim 1196488

**Details**

| | |
|---|---|
| Subject | 90th Day Prior to 545 Expiration |
| Description | |
| Activity Pattern Code | general_reminder |
| Related To | Claim |
| Due Date | 11/23/2025 |
| Escalation Date | |
| Priority | Normal |
| Calendar Importance | Medium |
| Mandatory | No |
| Status | Open |
| Externally Owned | No |
| External Owner | |

**Activity Assignment**

| | |
|---|---|
| Assigned To | Deja Arnett |
| Assigned Group | RCC - Commercial (TWIA) |
| Assigned By | Demetrius Gardner |
| Assign Date | 07/08/2025 |

**Documents**

**Activity Tracking**

| | |
|---|---|
| Completion/Skipped date | |
| Completed by | |
| Recurring | No |

**Details**

| | |
|---|---|
| Subject | 30th Day Prior to 545 Expiration |
| Description | |
| Activity Pattern Code | general_reminder |
| Related To | Claim |
| Due Date | 01/22/2026 |
| Escalation Date | |
| Priority | Normal |
| Calendar Importance | Medium |
| Mandatory | No |
| Status | Open |
| Externally Owned | No |
| External Owner | |

**Activity Assignment**

| | |
|---|---|
| Assigned To | Deja Arnett |
| Assigned Group | RCC - Commercial (TWIA) |
| Assigned By | Demetrius Gardner |
| Assign Date | 07/08/2025 |

**Documents**

**Activity Tracking**

| | |
|---|---|
| Completion/Skipped date | |
| Completed by | |
| Recurring | No |

Claim: 1196488

**Details**

| | |
|---|---|
| Subject | 545 End Date |
| Description | |
| Activity Pattern Code | general_reminder |
| Related To | Claim |
| Due Date | 02/22/2026 |
| Escalation Date | |
| Priority | Normal |
| Calendar Importance | Medium |
| Mandatory | No |
| Status | Open |
| Externally Owned | No |
| External Owner | |

**Activity Assignment**

| | |
|---|---|
| Assigned To | Deja Arnett |
| Assigned Group | RCC - Commercial (TWIA) |
| Assigned By | Demetrius Gardner |
| Assign Date | 07/08/2025 |

**Documents**

**Activity Tracking**

| | |
|---|---|
| Completion/Skipped date | |
| Completed by | |
| Recurring | No |

## Loss Details

**Details**

| | |
|---|---|
| What Happened? | SIDING AND SHINGLES |
| Loss Date | 07/08/2024 12:01 AM |
| Loss Cause | Both Wind & Hail |
| Catastrophe | 04 024 - Beryl 2024 - 07/07/2024 - 07/09/2024 |

**Notification and Contact**

| | |
|---|---|
| First Notice Suit? | |
| Through what method is the claim being reported? | Call Center |
| Reported By | Alicia Stewart |
| Relationship to Insured | Self/Insured |

**Main Contact for the Claim**

| | |
|---|---|
| Same Person? | Primary Insured |
| Main Contact | Alicia Stewart |
| Relationship to Insured | Self/Insured |
| Date Reported | 07/08/2024 11:21 PM |

**Damage Type** Wind/Hail

**Are emergency services requested?**

**Loss Location**

1820 MARKET STREET, Galveston, TX 77550

# Incidents

Dwelling
SIDING AND SHINGLES

Other Structures

SIDING AND SHINGLES

**Claims History - Claims Center**

| Claim Number | Policy Number | Loss Date | Loss Cause | Loss Type | Description |
|---|---|---|---|---|---|
| 1196488 | TWRD0001094575 | 07/08/2024 | Both Wind & Hail | Property | SIDING AND SHINGLES |

## Wind/Hail

**Exterior Damage** **Yes**

**Interior Damage** **No**

**Personal Property Damage** **No**

**Has This Damage Made Your Home Unlivable?** **No**

## Additional Information

**Witnesses**

**Official Reports**

**ISO**

**Status**

| | |
|---|---|
| Status | Sent |
| Date sent to ISO | 08/15/2024 9:30 AM |
| Last response from ISO | 08/15/2024 9:30 AM |

| Insurer | Insurer Phone | Claim/Exposure Number | Loss Date | Policy Number | Received |
|---|---|---|---|---|---|
| AMERICAN STRATEGIC INS CO | +1-866-2745677 | 869748214402 | | TXL897936 | 08/15/2024 9:30 AM |
| AMERICAN STRATEGIC INS CO | +1-866-2745677 | 1088543224402 | | TXL1043990 | 08/15/2024 9:30 AM |

## Associations

## Special Investigation Details

**Claims Director Score** **378**

**Supervisor Review**
Refer claim to SIU team No

## Exposures

| # | Risk Item | Exposure Type | Coverage Subtype | Claimant | Assigned To | Status | Outstanding Reserves | Paid |
|---|---|---|---|---|---|---|---|---|
| 2 | 1:Primary Residence 1820 MARKET STREET | Other Structures | Other Structure | Alicia Stewart | Quannerick Swim | Open | $839.82 | $7,149.50 |
| 1 | 1:Primary Residence 1820 MARKET STREET | Coverage A | Structure | Alicia Stewart | Quannerick Swim | Open | [redacted] | $1,550.00 |

## (2) - Other Structure - Alicia Stewart

**Details**

**Exposure**
Exposure Type Other Structures
Primary Coverage Structure
Coverage Subtype Other Structure
Risk Item 1:Primary Residence 1820 MARKET STREET
Assigned To Quannerick Swim
Group Residential ADR 3
Status Open

| | |
|---|---|
| Create Date | 08/15/2024 |
| Validation Level | Ability to pay |

**Incident Overview**

| | |
|---|---|
| Incident | SIDING AND SHINGLES |

**Segmentation**

| | |
|---|---|
| Segment | Property - mid complexity |

**Financials**

| | |
|---|---|
| Outstanding Reserves | $839.82 |
| Total Paid | $7,149.50 |
| Total Recoveries | - |
| Net Total Incurred | $7,989.32 |

## (1) - Structure - Alicia Stewart

**Details**

**Exposure**

| | |
|---|---|
| Exposure Type | Coverage A |
| Primary Coverage | Structure |
| Coverage Subtype | Structure |
| Risk Item | 1:Primary Residence 1820 MARKET STREET |
| Assigned To | Quannerick Swim |
| Group | Residential ADR 3 |
| Status | Open |
| Create Date | 07/08/2024 |
| Validation Level | Ability to pay |

**Claimant**

| | |
|---|---|
| Claimant | Alicia Stewart |
| Contact Prohibited? | No |

Claim: 1196488

| | |
|---|---|
| Primary Phone | 409-771-6303 |
| Address | 1820 Market St, Galveston, TX 77550-2518 |

**Incident Overview**

| | |
|---|---|
| Incident | SIDING AND SHINGLES |

**Segmentation**

| | |
|---|---|
| Segment | Property - mid complexity |

**Financials**

| | |
|---|---|
| Outstanding Reserves | [redacted] |
| Total Paid | $1,550.00 |
| Total Recoveries | - |
| Net Total Incurred | [redacted] |

## Contacts

| Name | Roles | Email Address | Phone | Address | City | State | ZIP Code |
|---|---|---|---|---|---|---|---|
| Michael Fridman | Insured Representative | mfridmar | 409-762-5000 | | | | |
| Shaun Hodge - Attorney | Insured Representative | shodge@ | 409-762-5000 | | | | |
| Hodge Law Firm | Insured Representative | shodge@ | 409-762-5000 | 1301 Market St | Galveston | Texas | 77550-2624 |
| Korylee Horstmeyer | Service Participant | koryhors | 573-673-7647 | | | | |
| Leading Edge Claims Service | Adjusting Firm, Check Payee, Service Vendor | twiaclaim | 817-767-2108 | 360 S Nolen Dr Ste 100 | Southlake | Texas | 76092-8098 |
| Lee Olivares | Service Participant | roofbypr | 956-578-3719 | | | | |
| Prosperity Bank | Additional Interest, Check Payee | | | 2424 Market Street | Galveston | Texas | 77550 |
| Alicia Stewart | Check Payee, Claimant, Insured, Main Contact, Reporter | ahsintere | 409-771-6303 | 1820 Market St | Galveston | Texas | 77550-2518 |

Claim: 1196488

| Name | Roles | Email Address | Phone | Address | City | State | ZIP Code |
|---|---|---|---|---|---|---|---|
| Texas Wasatch Insurance Services LP | Agent | service@ | 682-334-9000 | 1500 Solana Blvd Bldg 4 Ste 4500 | Westlake | Texas | 76262 |

## Contacts

This contact is not linked to the Address Book

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| 1196488 | Insured Representative | |

**Person**

Name Michael Fridman
First Name Michael
Middle Name
Last Name Fridman
Preferred Method of Communication Phone
Preferred Method of Correspondence Email
Preferred Language English

**Phone**

Primary Phone Work
Work Phone 409-762-5000
Home
Mobile
Fax

**E-mail**

Main mfridman@hodgefirm.com

Alternate

**Additional Info**

Date of Birth

Guardian

**Primary Address**

Location

Address Type

Location Description

Valid until

Address Validation Status Not Validated

**Notes**

| Primary | Type | |
|---|---|---|
| true | | |

## Contacts

This contact is not linked to the Address Book

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| 1196488 | Insured Representative | NI Attorney |

**Person**

Name Shaun Hodge - Attorney

| | |
|---|---|
| First Name | Shaun |
| Middle Name | |
| Last Name | Hodge - Attorney |
| Preferred Method of Communication | Email |
| Preferred Method of Correspondence | Email |
| Preferred Language | English |

**Phone**

| | |
|---|---|
| Primary Phone | Work |
| Work Phone | 409-762-5000 |
| Home | |
| Mobile | |
| Fax | 409-763-2300 |

**E-mail**

| | |
|---|---|
| Main | shodge@hodgefirm.com |
| Alternate | |

**Additional Info**

| | |
|---|---|
| Date of Birth | |
| Guardian | |

**Primary Address**

| | |
|---|---|
| Location | |
| Address Type | |
| Location Description | |
| Valid until | |
| Address Validation Status | Not Validated |

**Notes**

| Primary | Type | |
|---|---|---|
| true | | |

# Contacts

This contact is not linked to the Address Book

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| 1196488 | Insured Representative | |

**Company**

Name: Hodge Law Firm

**Primary Address**

Location: 1301 Market St Galveston, TX 77550-2624

Address Type

Location Description

Valid until

Address Validation Status: Validated

**Contact Info**

Primary Contact

Work: 409-762-5000

Fax: 409-763-2300

Main Email: shodge@hodgefirm.com

Alternate Email

**Additional Emails**

**Notes** **Attorney for the Insured**

| Primary | Type | |
|---|---|---|
| true | | 1301 Market St, Galveston, TX 77550-2624 |

# Contacts

This contact is not linked to the Address Book

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| 1196488 | Service Participant | |

**Person**

| | |
|---|---|
| Name | Korylee Horstmeyer |
| First Name | |
| Middle Name | |
| Last Name | Korylee Horstmeyer |
| Preferred Method of Communication | Phone |
| Preferred Method of Correspondence | Mail |
| Preferred Language | English |

**Phone**

| | |
|---|---|
| Primary Phone | |
| Work Phone | 573-673-7647 |
| Home | |
| Mobile | |

Fax

**E-mail**

Main koryhorstmeyer@aol.com

Alternate

**Additional Info**

Date of Birth

Guardian

**Primary Address**

Location

Address Type

Location Description

Valid until

Address Validation Status

**Notes**

## Contacts

This contact is linked to the Address Book and is in sync

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| 1196488 | Check Payee | |

Claim: 1196488

| Related To | Role | Comments |
|---|---|---|
| 1196488 | Service Vendor | |
| SIDING AND SHINGLES | Adjusting Firm | |

**Vendor (Company)**

| | |
|---|---|
| Name | Leading Edge Claims Service |
| Description | |

**Primary Address**

| | |
|---|---|
| Location | 360 S Nolen Dr Ste 100 Southlake, TX 76092-8098 |
| Address Type | |
| Location Description | |
| Valid until | |
| Address Validation Status | Validated |

**Contact Info**

| | |
|---|---|
| Primary Contact | Tom Spillman |
| Work | 817-767-2108 |
| Fax | 800-752-3124 |
| Main Email | twiaclaims@leadingedgeclaims.com |
| Alternate Email | tspillman@leadingedgeclaims.com |

**Additional Emails**

| Additional Email |
|---|
| tbird@leadingedgeclaims.com |
| rcalvert@leadingedgeclaims.com |
| tspillman@leadingedgeclaims.com |
| bdunn@leadingedgeclaims.com |
| byork@leadingedgeclaims.com |
| cramsey@leadingedgeclaims.com |
| bmears@leadingedgeclaims.com |
| dchristopher@leadingedgeclaims.com |

| Additional Email |
|---|
| thansen@leadingedgeclaims.com |

**Notes**

| Primary | Type | |
|---|---|---|
| true | | 360 S Nolen Dr Ste 100, Southlake, TX 76092-8098 |
| false | Business | 1704 Tennison Pkwy, Ste 120, Colleyville, TX 76034-6297 |

| Name | Relation to Contact |
|---|---|
| Tom Spillman | Primary Contact |

# Contacts

This contact is not linked to the Address Book

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| 1196488 | Service Participant | |

**Person**

| | |
|---|---|
| Name | Lee Olivares |
| First Name | |
| Middle Name | |
| Last Name | Lee Olivares |
| Preferred Method of Communication | Phone |
| Preferred Method of Correspondence | Mail |
| Preferred Language | English |

**Phone**

| | |
|---|---|
| Primary Phone | |
| Work Phone | 956-578-3719 |
| Home | |
| Mobile | |
| Fax | |

**E-mail**

| | |
|---|---|
| Main | roofbypros@gmail.com |
| Alternate | |

**Additional Info**

| | |
|---|---|
| Date of Birth | |
| Guardian | |

**Primary Address**

| | |
|---|---|
| Location | |
| Address Type | |
| Location Description | |
| Valid until | |
| Address Validation Status | |

**Notes**

# Contacts

This contact is linked to the Address Book and is in sync

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| 1196488 | Check Payee | |
| TWRD0001094575 | Additional Interest | |

**Company**

Name: Prosperity Bank

**Primary Address**

Location: 2424 Market Street Galveston, TX 77550
Address Type: Mailing
Location Description
Valid until
Address Validation Status: Not Validated

**Contact Info**

Primary Contact
Work
Fax
Main Email
Alternate Email

**Additional Emails**

Claim: 1196488

**Notes**

| Primary | Type | |
|---|---|---|
| true | Mailing | 2424 Market Street, Galveston, TX 77550 |

# Contacts

This contact is linked to the Address Book and is in sync

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| (1) - Structure - Alicia Stewart | Claimant | |
| 1196488 | Reporter | |
| 1196488 | Main Contact | |
| TWRD0001094575 | Insured | |
| (2) - Other Structure - Alicia Stewart | Claimant | |
| 1196488 | Check Payee | |

**Person**

| | |
|---|---|
| Name | Alicia Stewart |
| First Name | Alicia |
| Middle Name | |
| Last Name | Stewart |
| Preferred Method of Communication | Phone |
| Preferred Method of Correspondence | Mail |
| Preferred Language | English |

**Phone**

| | |
|---|---|
| Primary Phone | Mobile |
| Contact Prohibited? | No |
| Work Phone | |
| Home | [redacted] |
| Mobile | [redacted] |
| Fax | |

**E-mail**

| | |
|---|---|
| Main | [redacted] |
| Alternate | [redacted] |

**Additional Info**

| | |
|---|---|
| Date of Birth | |
| Guardian | |

**Primary Address**

| | |
|---|---|
| Location | 1820 Market St Galveston, TX 77550-2518 |
| Address Type | Mailing |
| Location Description | |
| Valid until | |
| Address Validation Status | Validated |

**Notes**

| Primary | Type | |
|---|---|---|
| true | Mailing | 1820 Market St, Galveston, TX 77550-2518 |

## Contacts

This contact is not linked to the Address Book

**To add claim correspondence,click on address tab**

Roles

| Related To | Role | Comments |
|---|---|---|
| TWRD0001094575 | Agent | |

**Company**

Name: Texas Wasatch Insurance Services LP

**Primary Address**

Location: 1500 Solana Blvd Bldg 4 Ste 4500 Westlake, TX 76262
Address Type: Mailing
Location Description
Valid until
Address Validation Status

**Contact Info**

Primary Contact: General Mailbox
Work: 682-334-9000
Fax
Main Email: service@goosehead.com
Alternate Email

**Additional Emails**

**Notes**

| Primary | Type | |
|---|---|---|
| true | Mailing | 1500 Solana Blvd Bldg 4 Ste 4500, Westlake, TX 76262 |

| Name | Relation to Contact |
|---|---|
| General Mailbox | Primary Contact |

# Policy: General

**Basic Information**

| | |
|---|---|
| Policy Number | TWRD0001094575 |
| Renewed from Policy | |
| Type | Dwelling and Personal Property |
| Effective Date | 03/02/2024 |
| Expiration Date | 03/02/2025 |
| Cancellation Date | |
| Status | In force |
| Verified Policy | Yes |
| CE Username | |

**Insured**

| | |
|---|---|
| Name | Alicia Stewart |

| | |
|---|---|
| Primary Address | 1820 Market St, Galveston, TX 77550-2518 |
| Account Name | Alicia Stewart |
| Additional Insured | |

**Agent**

| | |
|---|---|
| Name | Texas Wasatch Insurance Services LP |
| Producer Code of Record | 17288W001 |

**Other**

Notes

## Policy-level Coverages

## Policy: Endorsements

| # | Description | Comments | Risk Item(s) |
|---|---|---|---|
| TWDP | TWIA Dwelling Policy | | |
| TWIA-220 | Automatic Adjusted Building Cost Endorsement | | |
| TWIA-311 | Extension of Coverage - Additional Living Expense | | |
| TWIA-321 | Extension of Coverage - Wind Driven Rain | | |
| TWIA-331 | Extension of Coverage - Consequential Loss | | |
| TWIA-365 | Conversion to Replacement Cost Coverage B (Personal Property) | | |
| TWIA-802 | Replacement Cost Coverage A (Dwelling) | | |

## Endorsement Details

| | |
|---|---|
| Form Number | TWDP |
| Description | TWIA Dwelling Policy |
| Comments | |
| Risk Item(s) | |

## Endorsement Details

| | |
|---|---|
| Form Number | TWIA-220 |
| Description | Automatic Adjusted Building Cost Endorsement |
| Comments | |
| Risk Item(s) | |

## Endorsement Details

| | |
|---|---|
| Form Number | TWIA-311 |
| Description | Extension of Coverage - Additional Living Expense |
| Comments | |
| Risk Item(s) | |

## Endorsement Details

| | |
|---|---|
| Form Number | TWIA-321 |

| | |
|---|---|
| Description | Extension of Coverage - Wind Driven Rain |
| Comments | |
| Risk Item(s) | |

## Endorsement Details

| | |
|---|---|
| Form Number | TWIA-331 |
| Description | Extension of Coverage - Consequential Loss |
| Comments | |
| Risk Item(s) | |

## Endorsement Details

| | |
|---|---|
| Form Number | TWIA-365 |
| Description | Conversion to Replacement Cost Coverage B (Personal Property) |
| Comments | |
| Risk Item(s) | |

## Endorsement Details

| | |
|---|---|
| Form Number | TWIA-802 |
| Description | Replacement Cost Coverage A (Dwelling) |
| Comments | |
| Risk Item(s) | |

## Policy: Aggregate Limits

## Financials: Summary

## Exposure

| | | Open Recovery Reserves | Outstanding Reserves | Future Payments | Total Paid | Recoveries | Total Incurred |
|---|---|---|---|---|---|---|---|
| Claim Total | | | [redacted] | | $8,699.50 | | [redacted] |

## Exposure only

| | | Open Recovery Reserves | Outstanding Reserves | Future Payments | Total Paid | Recoveries | Total Incurred |
|---|---|---|---|---|---|---|---|
| Claim Total | | | [redacted] | | $8,699.50 | | [redacted] |

## Claimant

| | | Open Recovery Reserves | Outstanding Reserves | Future Payments | Total Paid | Recoveries | Total Incurred |
|---|---|---|---|---|---|---|---|
| Claim Total | | | [redacted] | | $8,699.50 | | [redacted] |

## Coverage

| | | Open Recovery Reserves | Outstanding Reserves | Future Payments | Total Paid | Recoveries | Total Incurred |
|---|---|---|---|---|---|---|---|
| Claim Total | | | [redacted] | | $8,699.50 | | [redacted] |

## Claim Cost only

## Reserving Currency

| | | Open Recovery Reserves | Outstanding Reserves | Future Payments | Total Paid | Recoveries | Total Incurred |
|---|---|---|---|---|---|---|---|
| USD | | | [redacted] | | $8,699.50 | | [redacted] |

## Recovery Category

# Financials: Transactions

| Type | Date | Amount | | Risk Item | Exposure | Exposure Type | Coverage Subtype | Cost Type | Cost Category | Status | User |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserve | 07/08/2024 | $7,600.00 | | 1: Re 18 M. ST | 1 | Cc A | St | Indemnity | ACV | Submitting | Christina Lee |
| Reserve | 07/08/2024 | $1,000.00 | | 1: Re 18 M. ST | 1 | Cc A | St | Expense - A&O | Field Adjusting Service | Submitting | Christina Lee |
| Reserve | 08/15/2024 | ($7,600.00) | | 1: Re 18 M. ST | 1 | Cc A | St | Indemnity | ACV | Submitting | Jacqualynn Boykin |
| Reserve | 08/15/2024 | $550.00 | | 1: Re 18 M. ST | 1 | Cc A | St | Expense - A&O | Field Adjusting Service | Submitting | Jacqualynn Boykin |
| Reserve | 08/15/2024 | $2,368.37 | | 1: Re 18 M. ST | 1 | Cc A | St | Indemnity | RCC | Submitting | Jacqualynn Boykin |
| Reserve | 08/15/2024 | $7,149.50 | | 1: Re 18 M. ST | 2 | Ot St | Ot St | Indemnity | ACV | Submitting | Jacqualynn Boykin |
| Reserve | 08/15/2024 | $839.82 | | 1: Re 18 M. ST | 2 | Ot St | Ot St | Indemnity | RCC | Submitting | Jacqualynn Boykin |

Claim: 1196488

| Type | Date | Amount | | Risk Item | Exposure | Exposure Type | Coverage | Cost Type | Cost Category | Status | User |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 08/15/2024 | $1,550.00 | | 1:l<br>Re<br>18<br>M.<br>ST | 1 | Cc<br>A | St | Expense - A&O | Field Adjusting Service | Submitted | Jacqualynn Boykin |
| Payment | 08/15/2024 | $7,149.50 | | 1:l<br>Re<br>18<br>M.<br>ST | 2 | Ot<br>St | Ot<br>St | Indemnity | ACV | Submitted | Jacqualynn Boykin |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

## Reserve Details

**Details**

| | |
|---|---|
| Exposure | (1) - Structure - Alicia Stewart |
| Coverage | Structure |
| Cost Type | Indemnity |
| Cost Category | ACV |
| Comments | Automatic reserves |
| Open Reserves | [redacted] |
| Amount | $7,600.00 |

**Tracking**

| | |
|---|---|
| Status | Submitting |
| Created By | Christina Lee |

Claim: 1196488

| | |
|---|---|
| Created Via | |
| Created On | 07/08/2024 |
| Booking Date | 07/08/2024 |

**Approval History**

**Reserves in Group**

| Exposure | Risk Item | Coverage | Cost Type | Cost Category | Open Reserves | Amount |
|---|---|---|---|---|---|---|
| (1) - Structure - Alicia Stewart | 1:Primary Residence 1820 MARKET STREET | Structure | Expense - A&O | Field Adjusting Service | - | $1,000.00 |
| (1) - Structure - Alicia Stewart | 1:Primary Residence 1820 MARKET STREET | Structure | Indemnity | ACV | [redacted] | $7,600.00 |
| **Total:** | | | | | | **$8,600.00** |

# Reserve Details

**Details**

| | |
|---|---|
| Exposure | (1) - Structure - Alicia Stewart |
| Coverage | Structure |
| Cost Type | Expense - A&O |
| Cost Category | Field Adjusting Service |
| Comments | Automatic reserves |
| Open Reserves | - |
| Amount | $1,000.00 |

**Tracking**

| | |
|---|---|
| Status | Submitting |

Claim: 1196488

| | |
|---|---|
| Created By | Christina Lee |
| Created Via | |
| Created On | 07/08/2024 |
| Booking Date | 07/08/2024 |

**Approval History**

**Reserves in Group**

| Exposure | Risk Item | Coverage | Cost Type | Cost Category | Open Reserves | Amount |
|---|---|---|---|---|---|---|
| (1) - Structure - Alicia Stewart | 1:Primary Residence 1820 MARKET STREET | Structure | Expense - A&O | Field Adjusting Service | - | $1,000.00 |
| (1) - Structure - Alicia Stewart | 1:Primary Residence 1820 MARKET STREET | Structure | Indemnity | ACV | [redacted] | $7,600.00 |
| **Total:** | | | | | | **$8,600.00** |

# Reserve Details

**Details**

| | |
|---|---|
| Exposure | (1) - Structure - Alicia Stewart |
| Coverage | Structure |
| Cost Type | Indemnity |
| Cost Category | ACV |
| Comments | |
| Open Reserves | [redacted] |
| Amount | ($7,600.00) |

**Tracking**

Claim: 1196488

| | |
|---|---|
| Status | Submitting |
| Created By | Jacqualynn Boykin |
| Created Via | |
| Created On | 08/15/2024 |
| Booking Date | 08/15/2024 |

**Approval History**

**Reserves in Group**

| Exposure | Risk Item | Coverage | Cost Type | Cost Category | Open Reserves | Amount |
|---|---|---|---|---|---|---|
| (1) - Structure - Alicia Stewart | 1:Primary Residence 1820 MARKET STREET | Structure | Expense - A&O | Field Adjusting Service | - | $550.00 |
| (1) - Structure - Alicia Stewart | 1:Primary Residence 1820 MARKET STREET | Structure | Indemnity | RCC | $2,368.37 | $2,368.37 |
| (1) - Structure - Alicia Stewart | 1:Primary Residence 1820 MARKET STREET | Structure | Indemnity | ACV | [redacted] | ($7,600.00) |
| **Total:** | | | | | | **($4,681.63)** |

# Reserve Details

**Details**

| | |
|---|---|
| Exposure | (1) - Structure - Alicia Stewart |
| Coverage | Structure |
| Cost Type | Expense - A&O |
| Cost Category | Field Adjusting Service |

| | |
|---|---|
| Comments | |
| Open Reserves | - |
| Amount | $550.00 |

**Tracking**

| | |
|---|---|
| Status | Submitting |
| Created By | Jacqualynn Boykin |
| Created Via | |
| Created On | 08/15/2024 |
| Booking Date | 08/15/2024 |

**Approval History**

**Reserves in Group**

| Exposure | Risk Item | Coverage | Cost Type | Cost Category | Open Reserves | Amount |
|---|---|---|---|---|---|---|
| (1) - Structure - Alicia Stewart | 1:Primary Residence 1820 MARKET STREET | Structure | Expense - A&O | Field Adjusting Service | - | $550.00 |
| (1) - Structure - Alicia Stewart | 1:Primary Residence 1820 MARKET STREET | Structure | Indemnity | RCC | $2,368.37 | $2,368.37 |
| (1) - Structure - Alicia Stewart | 1:Primary Residence 1820 MARKET STREET | Structure | Indemnity | ACV | [redacted] | ($7,600.00) |
| **Total:** | | | | | | **($4,681.63)** |

## Reserve Details

**Details**

Claim: 1196488

| | |
|---|---|
| Exposure | (1) - Structure - Alicia Stewart |
| Coverage | Structure |
| Cost Type | Indemnity |
| Cost Category | RCC |
| Comments | |
| Open Reserves | $2,368.37 |
| Amount | $2,368.37 |

**Tracking**

| | |
|---|---|
| Status | Submitting |
| Created By | Jacqualynn Boykin |
| Created Via | |
| Created On | 08/15/2024 |
| Booking Date | 08/15/2024 |

**Approval History**

**Reserves in Group**

| Exposure | Risk Item | Coverage | Cost Type | Cost Category | Open Reserves | Amount |
|---|---|---|---|---|---|---|
| (1) - Structure - Alicia Stewart | 1:Primary Residence 1820 MARKET STREET | Structure | Expense - A&O | Field Adjusting Service | - | $550.00 |
| (1) - Structure - Alicia Stewart | 1:Primary Residence 1820 MARKET STREET | Structure | Indemnity | RCC | $2,368.37 | $2,368.37 |
| (1) - Structure - Alicia Stewart | 1:Primary Residence 1820 MARKET STREET | Structure | Indemnity | ACV | [redacted] | ($7,600.00) |
| **Total:** | | | | | | **($4,681.63)** |

# Reserve Details

**Details**

| | |
|---|---|
| Exposure | (2) - Other Structure - Alicia Stewart |
| Coverage | Structure |
| Cost Type | Indemnity |
| Cost Category | ACV |
| Comments | |
| Open Reserves | - |
| Amount | $7,149.50 |

**Tracking**

| | |
|---|---|
| Status | Submitting |
| Created By | Jacqualynn Boykin |
| Created Via | |
| Created On | 08/15/2024 |
| Booking Date | 08/15/2024 |

**Approval History**

**Reserves in Group**

| Exposure | Risk Item | Coverage | Cost Type | Cost Category | Open Reserves | Amount |
|---|---|---|---|---|---|---|
| (2) - Other Structure - Alicia Stewart | 1:Primary Residence 1820 MARKET STREET | Structure | Indemnity | ACV | - | $7,149.50 |
| **Total:** | | | | | | **$7,149.50** |

# Reserve Details

**Details**

| | |
|---|---|
| Exposure | (2) - Other Structure - Alicia Stewart |
| Coverage | Structure |
| Cost Type | Indemnity |
| Cost Category | RCC |
| Comments | |
| Open Reserves | $839.82 |
| Amount | $839.82 |

**Tracking**

| | |
|---|---|
| Status | Submitting |
| Created By | Jacqualynn Boykin |
| Created Via | |
| Created On | 08/15/2024 |
| Booking Date | 08/15/2024 |

**Approval History**

**Reserves in Group**

| Exposure | Risk Item | Coverage | Cost Type | Cost Category | Open Reserves | Amount |
|---|---|---|---|---|---|---|
| (2) - Other Structure - Alicia Stewart | 1:Primary Residence 1820 MARKET STREET | Structure | Indemnity | RCC | $839.82 | $839.82 |
| **Total:** | | | | | | **$839.82** |

# Payment Details

**Details**

| | |
|---|---|
| Exposure | (1) - Structure - Alicia Stewart |
| Coverage | Structure |
| Cost Type | Expense - A&O |
| Cost Category | Field Adjusting Service |
| Payment Type | Partial |
| Comments | 1196488 |
| Open Reserves | - |
| Amount | $1,550.00 |
| Line Items | |

| Category | Other | Comments | Amount |
|---|---|---|---|
| Field Adjusting Services | | | $1,550.00 |

**Check Details**

| | |
|---|---|
| Status | Cleared |
| Pay To | Leading Edge Claims Service |
| Net Amount | $1,550.00 |
| Scheduled Send Date | 08/15/2024 |
| Issue Date | 08/15/2024 |
| Check Number | 300402391 |
| Bank Account | Chase |
| Payment Method | Check |
| Invoice Number | |

**Tracking**

| | |
|---|---|
| Status | Submitted |
| Created By | Jacqualynn Boykin |
| Created On | 08/15/2024 |
| Booking Date | 08/15/2024 |

**Approval History**

## Payment Details

**Details**

| | |
|---|---|
| Exposure | (2) - Other Structure - Alicia Stewart |
| Coverage | Structure |
| Cost Type | Indemnity |
| Cost Category | ACV |
| Payment Type | Partial |
| Comments | 1196488 |
| Open Reserves | - |
| Amount | $7,149.50 |
| Line Items | |

| Category | Other | Comments | Amount |
|---|---|---|---|
| ACV | | | $7,149.50 |

**Check Details**

| | |
|---|---|
| Status | Cleared |
| Pay To | Alicia Stewart & Prosperity Bank |
| Net Amount | $7,149.50 |
| Scheduled Send Date | 08/15/2024 |
| Issue Date | 08/15/2024 |
| Check Number | 300402432 |
| Bank Account | Chase |
| Payment Method | Check |

| | |
|---|---|
| Invoice Number | |

**Tracking**

| | |
|---|---|
| Status | Submitted |
| Created By | Jacqualynn Boykin |
| Created On | 08/15/2024 |
| Booking Date | 08/15/2024 |

**Approval History**

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

Claim: 1196488

[redacted] [redacted]

[redacted]

[redacted]

## Financials: Checks

| Check Number | Pay To | Gross Amount | Issue Date | Scheduled Send Date | Status | Bulk Invoice |
|---|---|---|---|---|---|---|
| 300402391 | Leading Edge Claims Service | $1,550.00 | 08/15/2024 | 08/15/2024 | Cleared | |
| 300402432 | Alicia Stewart & Prosperity Bank | $7,149.50 | 08/15/2024 | 08/15/2024 | Cleared | |

# Check Details

**Check**

| | |
|---|---|
| Pay To The Order Of | Leading Edge Claims Service |
| Mailing Address | -:360 S Nolen Dr Ste 100, Southlake, TX 76092-8098 |
| Memo 1 | Payment explanation sent separately. |
| Memo 2 | |

**Payment Details**

| | |
|---|---|
| Gross Amount | $1,550.00 |
| Tax Reporting | Reportable |

**Details**

| | |
|---|---|
| Check Number | 300402391 |
| Bank Account | Chase |
| Invoice Number | |
| Bulk Invoice | |
| Claimant | Alicia Stewart |
| Comments | |
| Joint Payees | |

| Payee | Type | Payee Tax ID |
|---|---|---|
| Leading Edge Claims Service | Vendor | |

**Instructions**

| | |
|---|---|
| Recipient | Leading Edge Claims Service |
| Payment Method | Check |
| Check Delivery | Standard |

**Tracking**

| | |
|---|---|
| Status | Cleared |
| Issue Date | 08/15/2024 |
| Cleared Date | 08/28/2024 |
| When To Pay | 08/15/2024 |
| Created By | Jacqualynn Boykin |

Claim: 1196488

Created On 08/15/2024
Approval History

**Claim Payment Calculator**

Replacement Cost Value (RCV) -
Less Recoverable Depreciation -
Less Non-Recoverable Depreciation -
Actual Cash Value (ACV) -
Less Deductible -
Less Advance Payments -
Payment Due -
Payments

| Scheduled Send Date | Amount | | Exposure | Risk Item | Coverage Type | Subtype | Cost Type | Cost Category | Status | Pmt Type | Transaction ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/15/2024 | $1,550.00 | | 1 | 1:I Re 18 M. ST | Co A | St | Expense - A&O | Field Adjusting Service | Submitted | Partial | |

Documents Linked to Checks

## Check Details

**Check**

Pay To The Order Of Alicia Stewart & Prosperity Bank
Mailing Address Mailing:1820 Market St, Galveston, TX 77550-2518

Claim: 1196488

| | |
|---|---|
| Memo 1 | Payment explanation sent separately. |
| Memo 2 | |

**Payment Details**

| | |
|---|---|
| Gross Amount | $7,149.50 |
| Tax Reporting | Not reportable |

**Details**

| | |
|---|---|
| Check Number | 300402432 |
| Bank Account | Chase |
| Invoice Number | |
| Bulk Invoice | |
| Claimant | Alicia Stewart |
| Comments | |
| Joint Payees | |

| Payee | Type | Payee Tax ID |
|---|---|---|
| Prosperity Bank | Other | |
| Alicia Stewart | Insured | |

**Instructions**

| | |
|---|---|
| Recipient | Alicia Stewart |
| Payment Method | Check |
| Check Delivery | Standard |

**Tracking**

| | |
|---|---|
| Status | Cleared |
| Issue Date | 08/15/2024 |
| Cleared Date | 10/04/2024 |
| When To Pay | 08/15/2024 |
| Created By | Jacqualynn Boykin |
| Created On | 08/15/2024 |
| Approval History | |

Claim: 1196488

**Claim Payment Calculator**

| | |
|---|---|
| Replacement Cost Value (RCV) | - |
| Less Recoverable Depreciation | - |
| Less Non-Recoverable Depreciation | - |
| Actual Cash Value (ACV) | - |
| Less Deductible | - |
| Less Advance Payments | - |
| Payment Due | - |

Payments

| Scheduled Send Date | Amount | | Exposure | Risk Item | Coverage Type | Coverage Subtype | Cost Type | Cost Category | Status | Pmt Type | Transaction ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/15/2024 | $7,149.50 | | 2 | 1:I Re 18 M. ST | Ot St | Ot St | Indemnity | ACV | Submitted | Partial | |

Documents Linked to Checks

## Latest Notes

| | |
|---|---|
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Status Report |
| Linked Documents | |
| Text | Sent LOR Ack Letter to attorney |

| | |
|---|---|
| | ACTION PLAN<br>Send certified copy of policy to attorney<br>Review claim<br>Request information identifying dispute details<br>Once received, review documents to determine possible supplement, stand on decision, and/or impasse<br>Remit appropriate disposition letter based on review findings |
| Security Type | Claims Center Only |
| | -Quannerick Swim (07/10/2025 11:03 AM) |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted] [redacted]

| | |
|---|---|
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Status Report |
| Linked Documents | |
| Text | Acknowledgement of claim assignment. LOR received from attorney.<br><br>ACTION PLAN<br>Risk indicators/parties involved have been updated<br>Remit LOR Ack Letter to attorney<br>Review claim<br>Request information identifying dispute details<br>Once received, review documents to determine possible supplement, stand on decision, and/or impasse<br>Remit appropriate disposition letter based on review findings |
| Security Type | Claims Center Only |
| | -Quannerick Swim (07/09/2025 8:59 AM) |
| Topic | Contact |
| Subtopic | Support |
| Subject | Action Plan |
| Linked Documents | |
| Text | Rec'd Atty LOR (and RFI) from Hodge Law Firm.<br>CE to update risk indicators and parties involved.<br>CE to acknowledge LOR and send appropriate docs. |
| Security Type | Claims Center Only |
| | -Demetrius Gardner (07/08/2025 4:52 PM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Action Plan |
| Linked Documents | |
| Text | 545 Review Notes – Full Acceptance w/RCC<br><br>Date of Loss 07/08/2024<br><br>Date Reported 07/08/2024 |

| | | |
|---|---|---|
| Date of Disposition | 08/15/2024 | mailed |
| 60th Day Post Disposition | 10/24/2024 | TWIA 60_90 RCC Letter |
| 90th Day Prior to 545 Expiration | 11/23/2025 | TWIA 60_90 RCC Letter |
| 30th Day Prior to 545 Expiration | 1/22/2026 | Final Disposition Letter |
| 545 End Date | 2/22/2026 | TWIA 60_545 Closing Letter |

Services completed yes

Fee bill issued accurately: yes

Payments issued accurately: yes

Reviewed documents in file: yes

Unnecessary exposures closed: yes

***545 REVIEW ***

This is an RCV policy.

Insured has 545 days from the date of the disposition letter to dispute the amount of loss.

Reviewed disposition letter. Letter accurately reflects claim decision.

Date the disposition letter was mailed insured was on 08/15/2024

Insured has 545 days to dispute the amount of loss. Dispute must be received on or before 02/21/2026

| | |
|---|---|
| | Calendared: |
| | 60th day post disposition (Initial 545 letter) |
| | 90th day prior to 545 expiration (Reminder letter) |
| | 30th day prior to 545 expiration |
| | 545 End date |
| Security Type | Claims Center Only |
| | -Deja Arnett (12/20/2024 8:52 AM) |
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | Review claim for LOR from atty, it has been requested numerous times and nothing has been received. Transferring claim to RCC group, if LOR is received claim will be transfer back. |
| Security Type | Claims Center Only |
| | -Viviana Elvira (12/11/2024 5:01 PM) |
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | Review claim for LOR from atty, nothing has been received. P/C to Shaun Hodge with Hodge Law Firm @409-762-5000, no answer LMOVM advising that since no LOR or dispute docs were received claim will be return to its prior status. |
| Security Type | Claims Center Only |
| | -Viviana Elvira (12/04/2024 3:58 PM) |
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | Received new claim, reviewed claim and no LOR has been received by attorney. Sent email to Hodge Law Firm and CC insured. |

| | |
|---|---|
| | Action Plan:<br>Follow up activity set up |
| Security Type | Claims Center Only |
| | -Viviana Elvira (11/23/2024 5:10 PM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | RECEIVED NEW CLAIM<br>REVIEWED CLAIM FILE<br>ATTY SENT EMAIL STATING REPRESENTATION BUT NO OFFICIAL LOR<br>PRIOR CE SENT REQUEST ALONG WITH RFI - NO DOCUMENTS HAVE BEEN RECEIVED |
| Security Type | Claims Center Only |
| | -Shari Love (10/26/2024 4:04 PM) |
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Email to Hodge Law Firm and cc to the NI<br><br>Good morning:<br><br>Please provide a Letter of Representation to move the claim forward.<br><br>Thank you |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/16/2024 8:57 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | FILE REVIEW<br><br>CE to send RFI for dispute information to be submitted and request the actual Letter of Representation from the Atty |
| Security Type | Claims Center Only |

| | |
|---|---|
| | -Jimmy Lovett (10/12/2024 12:07 PM) |
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Email to the Attorney Shaun Hodge<br><br>Good morning:<br><br>Please provide TWIA with an official letter of representation.<br><br>Thank you |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/10/2024 10:35 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Requested a Certified Copy of the Policy |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/10/2024 9:21 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Sent to TL An Acknowledgement letter without a named appraiser for review.<br>When approved it will be sent by mail and the email to the Insureds attorney |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/10/2024 9:00 AM) |
| Topic | Contact |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |

| | |
|---|---|
| Text | OBC to the Attorney Shaun Hodge 409-762-5000 there was no answer unable to leave a v/m. |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/10/2024 8:07 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Sent to TL for review the RFI letter |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/10/2024 8:04 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Initial Review for Abatement OR Appraisal File Note<br><br>>>CLAIM INFORMATION<< Alicia Stewart Claim # 1196488 Policy # TWRD0001094575<br><br>>>Policy Details<<<br>Policy: TWIA Residential<br>Endorsements:<br>TWIA-220 Adjusted Building Cost Endorsement<br>TWIA-311 Extension of Coverage for ALE<br>TWIA-321 Extension of Coverage for Wind Driven Rain<br>TWIA-331 Extension of Coverage for Consequential Loss<br>TWIA-365 Replacement Cost for Coverage b<br>TWIA-802 Replacement Cost Coverage<br>Coverage A Limit: $386,000<br>Coverage A Deductible: $19,300<br>Coverage A Valuation is: Replacement Cost<br>Policy Period: 03/02/2024 – 03/02/2025<br>Date of Loss: 07/08/2024<br>FNOL Description: Damaged siding and shingles<br><br>>>Prior Claim Information<<<br>Claim # 869748214402<br>AMERICAN STRATEGIC INS CO This is a freezing claim.<br>Date of Loss: 02/17/2021 |

Loss Detail: Freezing the payment was $1,452.

>>TIMELINE<<
07/08/2024…Date of Loss
07/08/2024…First Notice of Loss
08/15/2024…Date Disposition Issued
10/03/2024…Date Dispute Acknowledged (Abatement/Appraisal)
04/02/2026 Last Day for Recoverable Depreciation (545 days from Disposition, if RCV endorsed)
04/02/2026…Last Date for Appraisal Request on Accepted Damage

>>PARTIES INVOLVED<<

Insured's Attorney: Shaun Hodge
Insured's Attorney Firm: Hodge Law Firm
Insured's Attorney Estimate: $0.00

>>TWIA Disposition<<
Full Acceptance

Accepted: Dwelling Roof, exterior siding, interior water damage to the garage.

Denied: None

Observed But Not Claimed: None

>>Current Loss Adjustment<<
Dwelling:
Replacement Cost Value……………..……… $16,846.91
Less Recoverable Depreciation…………… $2,368.37
Less Non-Recoverable Depreciation…… $0.00
Actual Cash Value……………………………… $14,478.54
Less Deductible………………………………….. $14,478.54
NET……………………………………….……………$0.00

Other structures:
Replacement Cost Value……………..……… $13,969.83
Less Recoverable Depreciation…………… $1,998.87
Less Non-Recoverable Depreciation…… $1,159.05
Actual Cash Value……………………………… $7,149.50
Less Deductible………………………………….. $4,821.46
NET……………………………………….……………$7,149.50

| | |
|---|---|
| | HERE IS WHERE I NEED YOU TO INCLUDE A CLAIM REVIEW OF WHAT WE'VE DONE, WHAT WE HAVE RECEIVED AND WHAT YOUR THOUGHTS ARE<br><br>Review of the file shows that coverage has been extended for the dwelling roof, flat roof, front/right/left elevation siding. Detached garage roof, siding, and interior OSB along with fence repairs<br><br>The insured hired an Attorney and demanded appraisal but no information has been submitted to know what the dispute is.<br><br>I called Shaun Hodge attorney. He has nothing to submit at this time as he has not had the property scoped. Information to be submitted<br><br>>>CLAIM EXAMINER EVALUATION <<<br>Dispute is Timely within 545 days of disposition.<br><br>ACTION PLAN<br>Request CCOP<br>Send Atty LOR and Appraisal Acknowledgement no named appraiser letters<br>Set task for information to be received.<br>Upon receipt and review of POL and /or estimate from PA, will determine possible resolution through impasse, supplement, or appraisal.<br><br>>>ABATEMENT INFORMATION<<<br>Sending abatement letter acknowledging insured has preserved the right to appraisal.<br>Sending ROR/RFI noting duties and requesting:<br>1) documentation (estimate/photos) from contractor.<br>2) documentation (estimate/photos/expert documentation) from attorney. |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/10/2024 7:35 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Reviewed with TL File review |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/08/2024 4:36 PM) |
| Topic | Contact |

| | |
|---|---|
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Sent the Letter of Acknowledgement to Shawn Hodge (Hodge Lawe Firm).<br>Sent Appraisal Acknowledgement to Shawn Hodge (Hodge Lawe Firm). |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/07/2024 9:16 AM) |

| | |
|---|---|
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Action Plan |
| Linked Documents | |
| Text | Sent to TL for review<br>1. Acknowledgement of LOR<br>2. Appraisal Acknowledgement<br>3. TWIA Initial Review for Abatement OR Appraisal File Note<br><br>Setting Activity for follow up. |
| Security Type | Claims Center Only |
| | -Larry Sanders (10/04/2024 2:03 PM) |
| Topic | Contact |
| Subtopic | Support |
| Subject | Action Plan |
| Linked Documents | |
| Text | Rec'd appraisal request – no named appraiser" from the insured Hodge Law Firm, PLLC.<br>CE to update risk indicators and parties involved<br>CE to acknowledge appraisal demand and send appropriate docs<br><br>TWIA policy with 7/8/24 DOL<br><br>Disposition was full acceptance.<br><br>Accepted:<br>- Wind damage to the roof<br>- Wind damage to the exterior<br>- Interior water damage to the garage<br><br><br>CE to review. |
| Security Type | Claims Center Only |
| | -Demetrius Gardner (10/03/2024 4:39 PM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Investigation |

| | |
|---|---|
| Linked Documents | |
| Text | Received a call from ni, went over an estimate with her and getting estimates from contractors and move forward with repairs. |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (09/06/2024 3:14 PM) |
| Topic | |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | . |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/28/2024 5:55 PM) |
| Topic | |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | . |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/28/2024 5:54 PM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | TWIA 545 TEMPLATE FOR RCV POLICIES (deadline starts from date disposition letter was distributed). There may be different deadlines as personal property disposition letter may have a different date.<br>If there is a letter for personal property, then a separate RCV Review Note should be entered.<br><br>RCV Review Notes<br>Date of Loss 07/08/2024<br>Date Reported 07/08/2024<br>Date of Acceptance Cov A/Cov B 08/15/2024 mailed<br><br>60th Day Post Disposition 10/14/2024 545 Letter<br>90th Day Prior to 545 Expiration 11/13/2025 545 Reminder Letter<br>30th Day Prior to 545 Expiration 1/12/2026 Call / Final Disposition Letter<br>545 End Date 2/11/2026 |

| | |
|---|---|
| | Services completed yes<br>Fee bill issued accurately: yes<br>Payments issued accurately: yes<br>Reviewed documents in file: yes<br>Unnecessary exposures closed: yes<br><br>Damages Accepted: (Review disposition letter for details)<br>• Dwelling roof<br>• Exterior siding<br>• Interior water damage to garage.<br><br>Damages Denied: none<br><br>***545 REVIEW ***<br>This is an RCV policy.<br>Insured has 545 days from the date disposition letter was sent to dispute decision.<br>Reviewed settlement letter. Letter accurately reflects claim decision.<br>Date of disposition letter sent to insured is: 08/15/2024<br><br>Total Coverage A reserve set: $2,368.37 dwelling + 839.82 other structures<br><br>Set Activity:<br>60th day post disposition (Initial 545 letter)<br>90th day prior to 545 expiration (Reminder letter)<br>30th day prior to 545 expiration (Call to insured and Final Disposition Letter)<br>545 End date |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/27/2024 9:44 AM) |
| Topic | Contact |
| Subtopic | Call Center |
| Subject | Status Report |
| Linked Documents | |
| Text | Received call from insured Alicia requesting adjuster contact. Warm transfer v/m |
| Security Type | Claims Center Only |
| | -Steve Grasich (08/15/2024 3:09 PM) |
| Topic | Inbound |
| Subtopic | XactAnalysis |

| | |
|---|---|
| Linked Documents | |
| Text | XactAnalysis QA Approved to:David DeVilbiss |
| Security Type | Claims Center Only |
| | -Super User (08/15/2024 11:57 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Action Plan |
| Linked Documents | |
| Text | File to RCC |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/15/2024 9:42 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Disposition |
| Linked Documents | |
| Text | Disposition<br>Payment<br>Received and reviewed the Field Adjuster Report and estimate. After review I approved the estimate as submitted and agree with the recommendations.<br><br>Called Alicia Stewart at phone 409-771-6303_ and reviewed the adjuster estimate, payment amount. I Mailed out wind certification (WPI-8) process.. Requested payment for the 7,149.50amount.<br>I sincerely appreciate your taking the time to speak with me regarding your claim. To better serve our customers, we would appreciate your thoughts about your claims experience. Please visit<br>https://research.net/s/twia<br><br>A copy of the field adjuster estimate, and disposition letter were mailed to the policyholder, and were sent to the agent via the portals Claims Center.<br>File to RCC |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/15/2024 9:41 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |

| | |
|---|---|
| Text | ISO REPORT<br>Reason(s) for match: LOCATION OF LOSS<br>NAME<br>PHONE<br>Insuring Company: AMERICAN STRATEGIC INS CO<br>Claim Number: 869748214402<br>Date/Time of Loss: 02/17/2021<br>Policy Number: TXL897936<br>Policy Type: PERSONAL PROPERTY HOMEOWNERS<br>Inception Date: 12/27/2020 Expiration Date: 12/27/2021<br>Insuring Co. Address: 1 ASI WAY<br>ST PETERSBURG, FL 33702<br>Insuring Co. Phone: (866) 274-5677<br>Company Received Date: 02/22/2021<br>Loss Description: FRZ - FREEZING<br>Location of Loss: 1820 MARKET ST<br>GALVESTON, TX<br>US |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/15/2024 9:31 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Coverage |
| Linked Documents | |
| Text | Based on information gathered, the cause of loss is: Wind<br>Applicable Endorsement(s):<br>TWDP TWIA Dwelling Policy<br>TWIA-220 Automatic Adjusted Building Cost Endorsement<br>TWIA-311 Extension of Coverage - Additional Living Expense<br>TWIA-321 Extension of Coverage - Wind Driven Rain<br>TWIA-331 Extension of Coverage - Consequential Loss<br>TWIA-365 Conversion to Replacement Cost Coverage B (Personal Property)<br>TWIA-802 Replacement Cost Coverage A (Dwelling)<br>Endorsement(s) applied correctly? Yes<br>Weather data supports DOL/Damages? Yes, Hurricane Beryl July 08, 2024<br>Policy in force for correct DOL? Yes<br>Ownership/CAD issues reviewed? Yes<br>Reviewed IA report: Yes<br>Accepting Cause of Loss based on the following: report does show wind gusts with 80+ wind gusts at location on the reported DOL<br>Coverage is in question for the following items: none |

| | |
|---|---|
| | Activity to Supervisor: none<br>Requesting engineer to assist in resolving causation issue: n/a<br>Requesting denial letter approval based on the following: n/a |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/15/2024 8:57 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Damages |
| Linked Documents | |
| Text | Damage Reported on FNOL: SIDING AND SHINGLES<br>Plus additional damage reported on initial call: none<br>Plus additional damage pointed out by Insured/contractor during IA Inspection: Wind damage to the Dwelling roof. Wind damaged siding on the front, right, and left elevations. To be repaired. Wind damage to roof, exterior siding, and interior water staining of detached garage.<br>Damages NOT Accepted: none<br>Damage observed but not claimed by insured/contractor: None<br><br>Is this the Primary Dwelling? Yes<br>Is the Dwelling uninhabitable? no<br>ALE Summary: n/a<br>Has the ALE Worksheet been completed - Housing/Utilities/Food/Other Costs? none<br>Estimated time to restore occupancy: not known<br><br>Inspection Results<br>Roof:<br>Front slope: Roof inspection 3 wind damaged shingles due to high winds and flying debris. Right slope: Roof inspection 5 wind damaged shingles due to high winds and flying debris. Rear slope: Roof inspection. 10 wind damaged shingles due to high winds and flying debris. Left slope: Roof inspection 1 wind damaged shingles due to high winds and flying debris.<br><br>Inspection revealed scattered damage consistent with wind to all directional slopes of the shingled roof surface. Due to the age and condition of the roof, it is not repairable. For these reasons, spot repairs are not likely to be successful and replacement of the shingled roof is recommended.<br><br>Soft metals and other roof elements: No visible damage consistent with wind<br>Exterior:<br>Front elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Right elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. Rear elevation: No visible damage consistent with wind. Left elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris. |

TWIA 003590


Interior: No damage consistent with storm.
Attic: No access
Other Structures:
Detached garage: High winds caused impact damage to modified bitumen. High winds caused exterior damage to the siding. Many pieces of siding are damaged from flying debris, other pieces have blown loose and are missing. Wind damage found to overhead door opening wraps. Fence: Left run sustained wind damage to fencing and gate opener. Most of the fence can be detached and reset with damaged slats replaced, then refinish entire fence. Fence is solely owned by the insured.
Personal Property:
None claimed or observed at the time of inspection.

Summary for Dwelling
Total: 16,846.91
Dep: 2,368.37
ACV/RCV: 14,478.54
Ded: 14,478.54
Net: 0
Net + Dep: 2,368.37

Summary for Other Structures
Total: 13,969.83
Dep: -1,159.05, 839.82
ACV/RCV: 11,970.96
Ded: 4,821.46
Net: 7149.50
Net + Dep: 7989.32

O&P included? no
RCC/Depreciation Recoverable? Yes Paid? no
Any Subro/Salvage issues? no

Payment of $7,149.50 to be discussed with insured and issued to Prosperity Bank Insured/Lienholder.
Invoice amount appropriate for current fee schedule? 1,550.00

| | |
|---|---|
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/15/2024 8:56 AM) |
| Topic | Claim Review |
| Subtopic | Claims Examiner |
| Subject | Damages |
| Linked Documents | |

| | |
|---|---|
| Text | Estimate and documents are now uploaded in Xactanalysis. I will work this claim today |
| Security Type | Claims Center Only |
| | -Jacqualynn Boykin (08/15/2024 7:21 AM) |
| Topic | Contact |
| Subtopic | |
| Subject | |
| Linked Documents | |
| Text | XactAnalysis Independent Adjuster Inspected the site |
| Security Type | Claims Center Only |
| | -Super User (08/01/2024 11:14 PM) |
| Topic | Contact |
| Subtopic | |
| Subject | |
| Linked Documents | |
| Text | Independent Adjuster contacted the customer |
| Security Type | Claims Center Only |
| | -Super User (08/01/2024 11:14 PM) |
| Topic | |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | . |
| Security Type | Claims Center Only |
| | -Tarandus Jones (07/22/2024 4:47 PM) |
| Topic | Inbound |
| Subtopic | XactAnalysis |
| Linked Documents | |
| Text | XactAnalysis adjuster has been assigned Lee Olivares |
| Security Type | Claims Center Only |
| | -Super User (07/17/2024 7:02 PM) |
| Topic | |

| | |
|---|---|
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | . |
| Security Type | Claims Center Only |
| | -Tarandus Jones (07/17/2024 8:13 AM) |
| Topic | |
| Subtopic | Claims Examiner |
| Subject | Investigation |
| Linked Documents | |
| Text | *** FILE OWNERSHIP: *TARANDUS JONES**<br>***FIRST NOTICE OF LOSS REVIEW***<br>Reviewed FNOL: SIDING AND SHINGLES<br>More than one year between DOL and FNOL? No<br><br>***CAD CONFIRMATION***<br>Policyholder listed as owner in CAD: Not in CAD<br><br>***PICTOMETRY REVIEW***<br>Reviewed Pictometry: Yes<br>Is the roof complex? (tile, steep, etc.): 2 story steep<br>WPI-8s: N/A<br><br>*** UNDERWRITING REVIEW ***<br>Reviewed underwriting file: None on file<br>Is this the new edition of the policy? 04/01/2020<br>Prior Policies: Renewal : 0007197231 (2023-03-02), Renewal : 0010628213 (2024-03-02)<br>Last underwriting inspection occurred on: N/A<br>Is it relevant to the current claim (if yes, how so)? N/A<br>Endorsements:<br>TWDP TWIA Dwelling Policy<br><br>TWIA-220 Automatic Adjusted Building Cost Endorsement<br><br>TWIA-311 Extension of Coverage - Additional Living Expense<br><br>TWIA-321 Extension of Coverage - Wind Driven Rain<br><br>TWIA-331 Extension of Coverage - Consequential Loss |

| | |
|---|---|
| | TWIA-365 Conversion to Replacement Cost Coverage B (Personal Property)<br><br>TWIA-802 Replacement Cost Coverage A (Dwelling<br><br><br>Condo Policy? No<br>If yes, request IA to secure By-Laws and submit with their report.<br><br>*** PRIOR CLAIM REVIEW***<br>Dropped any relevant documentation into the file and shared with the IA for their review: No related priors<br>Are there any concerns that need to be discussed with the IA? (Prior claims, steep roof, two-story, etc.) N/A<br><br>***ACTION PLAN ***<br>-Monitor for XA docs from IA, follow up in 7 days if not received<br>-Review XA docs when received<br>-Prepare settlement/denial<br>-Process expense payment(s)<br>-Close or set for RCC Pending |
| Security Type | Claims Center Only |
| | -Tarandus Jones (07/13/2024 5:30 PM) |

| | |
|---|---|
| Topic | Contact |
| Subtopic | |
| Subject | |
| Linked Documents | |
| Text | Independent Adjuster contacted the customer |
| Security Type | Claims Center Only |
| | -Super User (07/10/2024 8:00 PM) |
| Topic | Inbound |
| Subtopic | XactAnalysis |
| Linked Documents | |
| Text | XactAnalysis adjuster has been assigned Korylee Horstmeyer |
| Security Type | Claims Center Only |
| | -Super User (07/09/2024 2:56 PM) |

## Documents

| | Name | Description | Document Type | Security Type | Status | Author | Date Modified | Hidden |
|---|---|---|---|---|---|---|---|---|
| | 1196488 Stewart - Certified Copy of Policy | Certified Copy of Policy | Claim-General | Claims Center Only | Final | Quannerick Swim | 07/14/202 12:26 PM | |
| | DOCUMENTS REQUEST - ALICIA STEWART - 1196488 - TWRD0001094575 | twia.litigation@twia.org | Email | Claims Center Only | Final | Quannerick Swim | 07/10/202 11:02 AM | |
| | 1196488 Stewart - LOR Acknowledgement | Email: LOR Ack Letter to attorney | Email | Portal Public | Final | Quannerick Swim | 07/10/202 11:00 AM | |
| | 1196488 Stewart - LOR Acknowledgement | LOR Acknowledgement | Claim-General | Claims Center Only | Final | Quannerick Swim | 07/10/202 10:57 AM | |
| | Attorney NOIS, Clm. # 1196488, Alicia Stewart | Attorney NOIS, Clm. # 1196488, Alicia Stewart | Email | Claims Center Only | Final | claims@twia.org | 07/09/202 9:23 AM | |
| | FW: Notices of Intent to File Legal Action, Claim Number 1196488 | FW: Notices of Intent to File Legal Action, Claim Number 1196488 | Email | Claims Center Only | Final | claims@twia.org | 07/08/202 5:07 PM | |

Claim: 1196488

| | Name | Description | Document Type | Security Type | Status | Author | Date Modified | Hidden |
|---|---|---|---|---|---|---|---|---|
| | Attorney LOR (2nd Copy), Clm. # 1196488, Alicia Stewart | Attorney LOR (2nd Copy), Clm. # 1196488, Alicia Stewart | Email | Claims Center Only | Final | claims@twia.org | 07/08/202 5:07 PM | |
| | FW: Letters of Representation, Claim Numbe 1196488 | FW: Letters of Representation, Claim Numbe 1196488 | Email | Claims Center Only | Final | claims@twia.org | 07/08/202 4:08 PM | |
| | Claim 1196488 | Email: CE requesting LOR from attorney | Email | Portal Public | Final | Viviana Elvira | 11/23/202 5:09 PM | |
| | 1196488 Stewart LOR Needed | Email: CE requesting LOR from attorney | Email | Claims Center Only | Final | Larry Sanders | 10/16/202 8:57 AM | |
| | Letter of Representation | Email: CE requesting LOR from insured | Email | Claims Center Only | Final | Larry Sanders | 10/15/202 6:15 PM | |
| | LOR Needed | Email: CE requesting LOR from attorney | Email | Claims Center Only | Final | Larry Sanders | 10/15/202 6:10 PM | |
| | TWIA Certified Policy TWRD0001094575 Alicia Stewart | Certified Copy of the Policy | Claim-General | Claims Center Only | Final | Larry Sanders | 10/10/202 1:59 PM | |
| | Please Provide a LOR | Email: CE requesting LOR from attorney | Email | Claims Center Only | Final | Larry Sanders | 10/10/202 10:36 AM | |
| | Appraisal Acknowledgement | shodge@hodgefirm.com | Email | Portal Public | Final | Larry Sanders | 10/07/202 9:23 AM | |
| | Appraisal Acknowledgemnt | Appraisal Acknowledgement | Claim-General | Portal Public | Final | Larry Sanders | 10/07/202 9:20 AM | |
| | LOR Acknowledgement | Email: LOR Ack Letter to attorney | Email | Claims Center Only | Final | Larry Sanders | 10/07/202 9:13 AM | |
| | LOR Acknowledgement | LOR Acknowledgement | Claim-General | Claims Center Only | Final | Larry Sanders | 10/07/202 9:11 AM | |
| | 1196488 Stewart Ack of Atty LOR | LOR Acknowledgement | Claim-General | Portal Public | Final | Larry Sanders | 10/07/202 9:01 AM | |
| | Attorney LOR & Appraisal Request, Clm. # 1196488, Alicia Stewart | Attorney LOR & Appraisal Request, Clm. # 1196488, Alicia Stewart | Email | Claims Center Only | Final | claims@twia.org | 10/03/202 5:14 PM | |
| | FW: Alicia Stewart (Stuart) - Claim Number 1196488 | FW: Alicia Stewart (Stuart) - Claim Number 1196488 | Email | Claims Center Only | Final | claims@twia.org | 10/03/202 5:09 PM | |

Claim: 1196488

| | Name | Description | Document Type | Security Type | Status | Author | Date Modified | Hidden |
|---|---|---|---|---|---|---|---|---|
| | Cover Letter | Sent by mail | Claim-General | Portal Public | Final | Jacqualynn Boykin | 08/27/202 9:27 AM | |
| | WPI-8 Flyer | WPI-8 Flyer | Claim-General | Claims Center Only | Final | Jacqualynn Boykin | 08/27/202 9:25 AM | |
| | Alicia Stewart TW - Full Acc with Payment RCC HB | Full Acceptance w/RCC | Claim-General | Claims Center Only | Final | Jacqualynn Boykin | 08/27/202 9:25 AM | |
| | 1196488_20240815_11_57_27_824_-2 | LOSS RECAP Report | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/15/202 11:57 AM | |
| | 1196488_20240815_11_57_27_022_-2 | VARIATION REPORT | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/15/202 11:57 AM | |
| | 1196488_20240815_11_57_26_229_-2 | Estimate Audit Summary Report | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/15/202 11:57 AM | |
| | 1196488_20240815_11_57_25_524_-2 | Hail Date of Loss Report | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/15/202 11:57 AM | |
| | 1196488_20240815_11_57_24_831_-2 | DEPRECIATION SUMMARY Report | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/15/202 11:57 AM | |
| | 1196488_20240815_11_57_23_734_-2 | Final Draft with/without Removal Depreciation Report | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/15/202 11:57 AM | |
| | 1196488_20240815_11_57_18_535_-2 | PHOTO REPORT | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/15/202 11:57 AM | |
| | 1196488_20240815_11_57_18_058_-2 | IA INVOICE | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/15/202 11:57 AM | |
| | 1196488_20240815_11_57_17_548_-2 | ESTIMATE AUDIT REPORT | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/15/202 11:57 AM | |

Claim: 1196488

| | Name | Description | Document Type | Security Type | Status | Author | Date Modified | Hidden |
|---|---|---|---|---|---|---|---|---|
| | 1196488_20240815_11_57_17_131_-2 | GENERAL LOSS REPORT | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/15/202 11:57 AM | |
| | 1196488_20240815_11_57_16_764_-2 | ACTIVITY REPORT | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/15/202 11:57 AM | |
| | 1196488_20240815_11_57_16_298_-2 | 60072834 | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/15/202 11:57 AM | |
| | 1196488_20240815_11_57_15_867_-2 | Roof Measurement Analysis | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/15/202 11:57 AM | |
| | 1196488_20240815_11_57_15_573_-2 | Hail History Report | Adjuster Report | Claims Center Only | Final | Lee Olivares | 08/15/202 11:57 AM | |
| | Cover letter | Sent by mail | Claim-General | Portal Public | Final | Jacqualynn Boykin | 08/15/202 9:39 AM | |
| | ISOMatchReport-2024-08-15-09-30-40. | ISOMatchReport-2024-08-15-09-30-40. | ISO match report | Claims Center Only | Final | | 08/15/202 9:30 AM | |
| | Alicia Stewart TW - Full Acc with Payment RCC HB | Full Acceptance w/RCC | Claim-General | Claims Center Only | Final | Jacqualynn Boykin | 08/15/202 9:14 AM | |
| | WPI-8 Flyer | WPI-8 Flyer | Email | Claims Center Only | Final | Jacqualynn Boykin | 08/15/202 8:58 AM | |
| | Invoice 158047 | Invoice 158047 | Claim-General | Claims Center Only | Final | Jacqualynn Boykin | 08/15/202 8:25 AM | |
| | Stewart General Loss Report | Stewart General Loss Report | Claim-General | Claims Center Only | Final | Jacqualynn Boykin | 08/15/202 8:24 AM | |
| | Stewart photo report | Stewart photo report | Claim-General | Claims Center Only | Final | Jacqualynn Boykin | 08/15/202 8:24 AM | |
| | Stewart Final Draft with_without Removal Depreciation | | Claim-General | Claims Center Only | Final | Jacqualynn Boykin | 08/15/202 8:23 AM | |
| | Automatic reply: TWIA Claim 1196488 Created on TWRD0001094575 | Automatic reply: TWIA Claim 1196488 Created on TWRD0001094575 | Email | Claims Center Only | Final | claims@twia.org | 07/09/202 7:05 AM | |

Claim: 1196488

| | Name | Description | Document Type | Security Type | Status | Author | Date Modified | Hidden |
|---|---|---|---|---|---|---|---|---|
| | Receipt of Claim | Sent by mail | Claim-General | Portal Public | Final | System User | 07/09/202 12:25 AM | |
| | ISOMatchReport-2024-07-08-23-21-42. | ISOMatchReport-2024-07-08-23-21-42. | ISO match report | Claims Center Only | Final | | 07/08/202 11:21 PM | |

## Snapshot: Loss Details

| | |
|---|---|
| General Loss Description | SIDING AND SHINGLES |
| Date of Loss | 07/08/2024 12:01 AM |
| Loss Cause | Both Wind & Hail |

**Notification and Contact**

| | |
|---|---|
| Reported By | Alicia Stewart |
| Main Contact | Alicia Stewart |
| Relationship to Insured | Self |
| Date Reported | 07/08/2024 |
| First Notice Suit? | |
| Through what method is the claim being reported? | Call Center |
| Coverage in Question? | No |

**Damage Type**

Wind/Hail

**Loss Location**

| | |
|---|---|
| Loss Location | 1820 MARKET STREET, Galveston, TX 77550 |
| Catastrophe | 04 024 - Beryl 2024 - 07/07/2024 - 07/09/2024 |

**Occupancy at Time of Loss:**

Was the Loss Location Rented or Leased?

Was the Loss Location Vacant or Unoccupied?

List Full Names of All Occupants

## Wind/Hail

| | |
|---|---|
| **Exterior Damage** | **Yes** |
| **Interior Damage** | **No** |
| **Personal Property Damage** | **No** |
| **Has This Damage Made Your Home Unlivable?** | **No** |
| **Are emergency services requested?** | **No** |

## Additional Information

**Witnesses**

**Official Reports**

Claim: 1196488

## Snapshot: Parties Involved

| Name | Roles | Contact Prohibited? | Phone | Address | City | State | ZIP Code |
|---|---|---|---|---|---|---|---|
| Alicia Stewart | Insured, Main Contact, Reporter | No | 4097716303 | 1820 Market St | Galveston | Texas | 77550-2518 |
| Prosperity Bank | Additional Interest | No | | 2424 Market Street | Galveston | Texas | 77550 |
| Texas Wasatch Insurance Services LP | Agent | No | 6823349000 | 1500 Solana Blvd Bldg 4 Ste 4500 | Westlake | Texas | 76262 |

## Snapshot: Policy

### General

**Basic Information**

| | |
|---|---|
| Policy Number | TWRD0001094575 |
| Type | Dwelling and Personal Property |
| Effective Date | 03/02/2024 12:01 AM |
| Expiration Date | 03/02/2025 12:01 AM |
| Cancellation Date | |
| Status | In force |

**Insured**

| | |
|---|---|
| Name | Alicia Stewart |
| Address | 1820 Market St, Galveston, TX 77550-2518 |

**Additional Insured**

**Agent**

| | |
|---|---|
| Name | Texas Wasatch Insurance Services LP |
| Producer Code | 17288W001 |