Claim: 1196488

**Other**

Notes

# Policy-level Coverages

# Coverage Terms

**Locations**

| Location Number | Location Description | Address | Lienholders | Has Listed Item(s) |
|---|---|---|---|---|
| 1 | | 1820 MARKET STREET, Galveston, TX 77550 | | No |

**Endorsements**

| # | Description | Effective Date | Expiration Date | Comments | Risk Item(s) |
|---|---|---|---|---|---|
| TWDP | TWIA Dwelling Policy | 03/02/2024 12:01 AM | 03/02/2025 12:01 AM | | |
| TWIA-220 | Automatic Adjusted Building Cost Endorsement | 03/02/2024 12:01 AM | 03/02/2025 12:01 AM | | |
| TWIA-311 | Extension of Coverage - Additional Living Expense | 03/02/2024 12:01 AM | 03/02/2025 12:01 AM | | |
| TWIA-321 | Extension of Coverage - Wind Driven Rain | 03/02/2024 12:01 AM | 03/02/2025 12:01 AM | | |
| TWIA-331 | Extension of Coverage - Consequential Loss | 03/02/2024 12:01 AM | 03/02/2025 12:01 AM | | |
| TWIA-365 | Conversion to Replacement Cost | 03/02/2024 12:01 AM | 03/02/2025 12:01 AM | | |

| # | Description | Effective Date | Expiration Date | Comments | Risk Item(s) |
|---|---|---|---|---|---|
| | Coverage B (Personal Property) | | | | |
| TWIA-802 | Replacement Cost Coverage A (Dwelling) | 03/02/2024 12:01 AM | 03/02/2025 12:01 AM | | |

## Snapshot: Exposures

## Snapshot: Notes

## Snapshot: Documents

## Snapshot: Additional Fields

## History

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| Viewed | Entire claim | Quannerick Swim | 07/14/2025 12:25 PM | | |

Claim: 1196488

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| Data change | Entire claim | Quannerick Swim | 07/10/2025 11:02 AM | Document description changed from "shodge@hodgefirm.com" to "Email: LOR Ack Letter to attorney" | |
| Viewed | Entire claim | Quannerick Swim | 07/10/2025 10:49 AM | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| Data change | Entire claim | Quannerick Swim | 07/09/2025 9:12 AM | Document description changed from "Alicia Stewart TW - Full Acc with Payment RCC HB" to "Full Acceptance w/RCC" | |
| Data change | Entire claim | Quannerick Swim | 07/09/2025 9:12 AM | Document description changed from "shodge@hodgefirm.com" to "Email: CE requesting LOR from attorney" | |
| Data change | Entire claim | Quannerick Swim | 07/09/2025 9:11 AM | Document description changed from "shodge@hodgefirm.com" to "Email: CE requesting LOR from attorney" | |
| Data change | Entire claim | Quannerick Swim | 07/09/2025 9:11 AM | Document description changed from "ahsinterests@gmail.com" to "Email: CE requesting LOR from insured" | |
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| Data change | Entire claim | Quannerick Swim | 07/09/2025 9:11 AM | Document description changed from "shodge@hodgefirm.com" to "Email: CE requesting LOR from attorney" | |
| Data change | Entire claim | Quannerick Swim | 07/09/2025 9:10 AM | Document description changed from "shodge@hodgefirm.com" to "Email: CE requesting LOR from attorney" | |
| Data change | Entire claim | Quannerick Swim | 07/09/2025 9:10 AM | Document description changed from "shodge@hodgefirm.com" to "Email: LOR Ack Letter to attorney" | |
| Viewed | Entire claim | Jolena Stephens | 07/09/2025 9:02 AM | | |

Claim: 1196488

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Data change | Entire claim | Quannerick Swim | 07/09/2025 8:59 AM | New Contact 'Michael Fridman' has been added by : Quannerick Swim | |
| Data change | Entire claim | Quannerick Swim | 07/09/2025 8:57 AM | 'Shaun Hodge - Attorney' contact has been updated by 'Quannerick Swim' : [LastName] | |
| Viewed | Entire claim | Quannerick Swim | 07/09/2025 8:56 AM | | |
| | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| [redacted] | [redacted] | [redacted] | [redacted] | | |
| Viewed | Entire claim | Fatima Skalski | 06/24/2025 9:38 AM | | |
| Data change | Entire claim | System User | 06/06/2025 11:27 AM | 'Leading Edge Claims Service' contact has been updated by 'System User' : [VendorAvailabilityExt] | |
| Data change | Entire claim | System User | 06/06/2025 11:25 AM | 'Leading Edge Claims Service' contact has been updated by 'System User' : [VendorAvailabilityExt] | |
| Data change | Entire claim | System User | 06/06/2025 11:23 AM | 'Leading Edge Claims Service' contact has been updated by 'System User' : [SpecialistServicesExt, VendorAvailabilityExt] | |
| Data change | Entire claim | System User | 05/02/2025 3:51 PM | 'Leading Edge Claims Service' contact has been updated by 'System User' : [VendorAvailabilityExt][GeocodeStatus] | |
| Viewed | Entire claim | Deja Arnett | 12/20/2024 8:51 AM | | |

Claim: 1196488

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Viewed | Entire claim | Gilbert Garcia | 12/19/2024 5:15 PM | | |
| Data change | Entire claim | Deja Arnett | 12/19/2024 2:29 PM | Document description changed from "Alicia Stewart TW - Full Acc with Payment RCC HB" to "Full Acceptance w/RCC" | |
| Viewed | Entire claim | Deja Arnett | 12/19/2024 2:20 PM | | |
| | Entire claim | Gilbert Garcia | 12/18/2024 2:10 PM | TWIA Claim Rep Sent to XA Leading Edge Claims Service | |

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Assigned | Entire claim | Gilbert Garcia | 12/18/2024 2:10 PM | Assigned to user Deja Arnett in group RCC - Commercial (TWIA) | |
| Assigned | (1) - Structure - Alicia Stewart | Gilbert Garcia | 12/18/2024 2:10 PM | Assigned to user Deja Arnett in group RCC - Commercial (TWIA) | |
| Assigned | (2) - Other Structure - Alicia Stewart | Gilbert Garcia | 12/18/2024 2:10 PM | Assigned to user Deja Arnett in group RCC - Commercial (TWIA) | |
| Viewed | Entire claim | Gilbert Garcia | 12/18/2024 2:09 PM | | |
| | Entire claim | Viviana Elvira | 12/11/2024 5:09 PM | TWIA Claim Rep Sent to XA Leading Edge Claims Service | |
| Assigned | Entire claim | Viviana Elvira | 12/11/2024 5:09 PM | Assigned to user Gilbert Garcia in group RCC - Res-3 High Complexity (TWIA) | |
| Assigned | (1) - Structure - Alicia Stewart | Viviana Elvira | 12/11/2024 5:09 PM | Assigned to user Gilbert Garcia in group RCC - Res-3 High Complexity (TWIA) | |
| Assigned | (2) - Other Structure - Alicia Stewart | Viviana Elvira | 12/11/2024 5:09 PM | Assigned to user Gilbert Garcia in group RCC - Res-3 High Complexity (TWIA) | |
| Viewed | Entire claim | Viviana Elvira | 12/11/2024 4:56 PM | | |
| Viewed | Entire claim | Jimmy Lovett | 12/06/2024 9:08 AM | | |
| Viewed | Entire claim | Viviana Elvira | 12/04/2024 3:09 PM | | |
| Viewed | Entire claim | Jimmy Lovett | 11/25/2024 7:59 AM | | |
| Viewed | Entire claim | Viviana Elvira | 11/23/2024 4:40 PM | | |
| Viewed | Entire claim | Viviana Elvira | 11/20/2024 3:36 PM | | |
| Viewed | Entire claim | Viviana Elvira | 11/15/2024 5:31 PM | | |
| | Entire claim | Jimmy Lovett | 11/15/2024 8:30 AM | TWIA Claim Rep Sent to XA Leading Edge Claims Service | |

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Assigned | (1) - Structure - Alicia Stewart | Jimmy Lovett | 11/15/2024 8:30 AM | Assigned to user Viviana Elvira in group Residential ADR | |
| Assigned | (2) - Other Structure - Alicia Stewart | Jimmy Lovett | 11/15/2024 8:30 AM | Assigned to user Viviana Elvira in group Residential ADR | |
| Assigned | Entire claim | Jimmy Lovett | 11/15/2024 8:30 AM | Assigned to user Viviana Elvira in group Residential ADR | |
| Viewed | Entire claim | Jimmy Lovett | 11/15/2024 8:29 AM | | |

Claim: 1196488

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Viewed | Entire claim | Jimmy Lovett | 10/26/2024 4:09 PM | | |
| Viewed | Entire claim | Shari Love | 10/26/2024 3:57 PM | | |
| Viewed | Entire claim | Jolena Stephens | 10/24/2024 9:55 AM | | |
| | Entire claim | Emma Bourgeois | 10/17/2024 3:35 PM | TWIA Claim Rep Sent to XA Leading Edge Claims Service | |
| Assigned | (1) - Structure - Alicia Stewart | Emma Bourgeois | 10/17/2024 3:34 PM | Assigned to user Shari Love in group Residential ADR | |
| Assigned | (2) - Other Structure - Alicia Stewart | Emma Bourgeois | 10/17/2024 3:34 PM | Assigned to user Shari Love in group Residential ADR | |
| Assigned | Entire claim | Emma Bourgeois | 10/17/2024 3:34 PM | Assigned to user Shari Love in group Residential ADR | |
| Viewed | Entire claim | Larry Sanders | 10/16/2024 8:54 AM | | |
| Viewed | Entire claim | Larry Sanders | 10/15/2024 5:35 PM | | |
| Viewed | Entire claim | Jimmy Lovett | 10/12/2024 11:57 AM | | |
| Viewed | Entire claim | Judy Anderson | 10/10/2024 11:24 AM | | |
| Viewed | Entire claim | Kristen Nemier | 10/10/2024 8:57 AM | | |
| Data change | Entire claim | Larry Sanders | 10/10/2024 7:30 AM | New Contact 'Shaun Hodge' has been added by : Larry Sanders | |
| Viewed | Entire claim | Larry Sanders | 10/10/2024 7:27 AM | | |
| Viewed | Entire claim | Jolena Stephens | 10/08/2024 1:44 PM | | |
| Viewed | Entire claim | Larry Sanders | 10/08/2024 11:27 AM | | |

Claim: 1196488

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Viewed | Entire claim | Gilbert Garcia | 10/08/2024 8:32 AM | | |
| Viewed | Entire claim | Larry Sanders | 10/07/2024 8:54 AM | | |
| Viewed | Entire claim | Larry Sanders | 10/06/2024 6:54 AM | | |
| Viewed | Entire claim | Jimmy Lovett | 10/05/2024 4:47 PM | | |

Claim: 1196488

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Check Edited | 1:Primary Residence 1820 MARKET STREET | Super User | 10/05/2024 8:45 AM | Check request for : Indemnity, ACV, 7149.50 usd was edited [Status, ClearedTimeExt] ( Scheduled Send Date: 2024-08-15, Gross: 7149.50 usd, PayTo: Alicia Stewart & Prosperity Bank) | |
| Check Cleared | Entire claim | ClaimCenter | 10/05/2024 8:45 AM | Check number 300402432 dated 10/05/2024 08:45:12 Central Daylight Time cleared by bank on 10/05/2024 08:45:12 Central Daylight Time. Integration RecordID:610858 | |
| Data change | Entire claim | Larry Sanders | 10/04/2024 11:16 AM | New Contact 'Hodge Law Firm' has been added by : Larry Sanders | |
| Viewed | Entire claim | Larry Sanders | 10/04/2024 10:48 AM | | |
| | Entire claim | Demetrius Gardner | 10/03/2024 4:41 PM | TWIA Claim Rep Sent to XA Leading Edge Claims Service | |
| Assigned | (1) - Structure - Alicia Stewart | Demetrius Gardner | 10/03/2024 4:41 PM | Assigned to user Larry Sanders in group Residential ADR | |
| Assigned | (2) - Other Structure - Alicia Stewart | Demetrius Gardner | 10/03/2024 4:41 PM | Assigned to user Larry Sanders in group Residential ADR | |
| Assigned | Entire claim | Demetrius Gardner | 10/03/2024 4:41 PM | Assigned to user Larry Sanders in group Residential ADR | |
| Viewed | Entire claim | Demetrius Gardner | 10/03/2024 4:38 PM | | |
| Viewed | Entire claim | Jolena Stephens | 10/03/2024 4:33 PM | | |
| Viewed | Entire claim | James Paul | 10/03/2024 4:19 PM | | |
| | Entire claim | Wayne Evans | 09/14/2024 9:41 AM | TWIA Claim Rep Sent to XA Leading Edge Claims Service | |
| Assigned | Entire claim | Wayne Evans | 09/14/2024 9:41 AM | Assigned to user Nina LaFond in group TW CET Pilot - Wayne Evans | |
| Assigned | (1) - Structure - Alicia Stewart | Wayne Evans | 09/14/2024 9:41 AM | Assigned to user Nina LaFond in group TW CET Pilot - Wayne Evans | |
| Assigned | (2) - Other Structure - Alicia Stewart | Wayne Evans | 09/14/2024 9:41 AM | Assigned to user Nina LaFond in group TW CET Pilot - Wayne Evans | |

Claim: 1196488

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Viewed | Entire claim | Jacqualynn Boykin | 09/13/2024 1:36 PM | | |
| Viewed | Entire claim | Jacqualynn Boykin | 09/06/2024 2:05 PM | | |
| Viewed | Entire claim | Latreia Reese | 09/06/2024 1:59 PM | | |
| Check Edited | 1:Primary Residence 1820 MARKET STREET | Super User | 08/29/2024 8:46 AM | Check request for : Expense - A&O, Field Adjusting Service, 1550.00 usd was edited [Status, ClearedTimeExt] ( Scheduled Send Date: 2024-08-15, Gross: 1550.00 usd, PayTo: Leading Edge Claims Service) | |
| Check Cleared | Entire claim | ClaimCenter | 08/29/2024 8:46 AM | Check number 300402391 dated 08/29/2024 08:46:43 Central Daylight Time cleared by bank on 08/29/2024 08:46:43 Central Daylight Time. Integration RecordID:610809 | |

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Viewed | Entire claim | Jacqualynn Boykin | 08/28/2024 5:54 PM | | |
| Viewed | Entire claim | Jacqualynn Boykin | 08/27/2024 9:18 AM | | |
| Check Edited | 1:Primary Residence 1820 MARKET STREET | Super User | 08/15/2024 6:01 PM | Check request for : Indemnity, ACV, 7149.50 usd was edited [Status, IssueDate, CheckNumber] ( Scheduled Send Date: 2024-08-15, Gross: 7149.50 usd, PayTo: Alicia Stewart & Prosperity Bank) | |
| Check Issued | Entire claim | ClaimCenter | 08/15/2024 6:01 PM | Check number 300402432 issued on 08/15/2024 06:01:48 Central Daylight Time. Integration RecordID:610858 | |
| Check Edited | 1:Primary Residence 1820 MARKET STREET | Super User | 08/15/2024 6:01 PM | Check request for : Expense - A&O, Field Adjusting Service, 1550.00 usd was edited [Status, IssueDate, CheckNumber] ( Scheduled Send Date: 2024-08-15, Gross: 1550.00 usd, PayTo: Leading Edge Claims Service) | |
| Check Issued | Entire claim | ClaimCenter | 08/15/2024 6:01 PM | Check number 300402391 issued on 08/15/2024 06:01:41 Central Daylight Time. Integration RecordID:610809 | |
| Check Edited | 1:Primary Residence 1820 MARKET STREET | System User | 08/15/2024 5:01 PM | Check request for : Indemnity, ACV, 7149.50 usd was edited [Status] ( Scheduled Send Date: 2024-08-15, Gross: 7149.50 usd, PayTo: Alicia Stewart & Prosperity Bank) | |
| Check Edited | 1:Primary Residence 1820 MARKET STREET | System User | 08/15/2024 5:01 PM | Check request for : Expense - A&O, Field Adjusting Service, 1550.00 usd was edited [Status] ( Scheduled Send Date: 2024-08-15, Gross: 1550.00 usd, PayTo: Leading Edge Claims Service) | |
| Viewed | Entire claim | Steve Grasich | 08/15/2024 3:08 PM | | |
| Assigned | Entire claim | Super User | 08/15/2024 11:57 AM | XactAnalysis QA Approved to 1820 MARKET STREET, Galveston, TX 77550 | |
| Imported | Entire claim | Super User | 08/15/2024 11:57 AM | Document Received from XA 1196488_20240815_11_57_27_824_-2052498014 | |
| Imported | Entire claim | Super User | 08/15/2024 11:57 AM | Document Received from XA 1196488_20240815_11_57_27_022_-2052498013 | |
| Imported | Entire claim | Super User | 08/15/2024 11:57 AM | Document Received from XA 1196488_20240815_11_57_26_229_-2052498012 | |
| Imported | Entire claim | Super User | 08/15/2024 11:57 AM | Document Received from XA 1196488_20240815_11_57_25_524_-2052498011 | |

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Imported | Entire claim | Super User | 08/15/2024 11:57 AM | Document Received from XA 1196488_20240815_11_57_24_831_-2052498010 | |
| Imported | Entire claim | Super User | 08/15/2024 11:57 AM | Document Received from XA 1196488_20240815_11_57_23_734_-2052498009 | |
| Imported | Entire claim | Super User | 08/15/2024 11:57 AM | Document Received from XA 1196488_20240815_11_57_18_535_-2052498008 | |
| Imported | Entire claim | Super User | 08/15/2024 11:57 AM | Document Received from XA 1196488_20240815_11_57_18_058_-2052498007 | |
| Imported | Entire claim | Super User | 08/15/2024 11:57 AM | Document Received from XA 1196488_20240815_11_57_17_548_-2052498006 | |
| Imported | Entire claim | Super User | 08/15/2024 11:57 AM | Document Received from XA 1196488_20240815_11_57_17_131_-2052498005 | |

TWIA 003614

Claim: 1196488

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Imported | Entire claim | Super User | 08/15/2024 11:57 AM | Document Received from XA 1196488_20240815_11_57_16_764_-2052498004 | |
| Imported | Entire claim | Super User | 08/15/2024 11:57 AM | Document Received from XA 1196488_20240815_11_57_16_298_-2052498003 | |
| Imported | Entire claim | Super User | 08/15/2024 11:57 AM | Document Received from XA 1196488_20240815_11_57_15_867_-2052498002 | |
| Imported | Entire claim | Super User | 08/15/2024 11:57 AM | Document Received from XA 1196488_20240815_11_57_15_573_-2052498001 | |
| New check created | 1:Primary Residence 1820 MARKET STREET | Jacqualynn Boykin | 08/15/2024 9:45 AM | New Check Requested for: Indemnity, ACV, 7149.50 usd ( Scheduled Send Date: 2024-08-15, Gross: 7149.50 usd, PayTo: Alicia Stewart & Prosperity Bank) | |
| New check created | 1:Primary Residence 1820 MARKET STREET | Jacqualynn Boykin | 08/15/2024 9:43 AM | New Check Requested for: Expense - A&O, Field Adjusting Service, 1550.00 usd ( Scheduled Send Date: 2024-08-15, Gross: 1550.00 usd, PayTo: Leading Edge Claims Service) | |
| Data change | Entire claim | Jacqualynn Boykin | 08/15/2024 9:42 AM | 'Leading Edge Claims Service' contact has been updated by 'Jacqualynn Boykin' : [PostalCode, County, AddressType, AddressLine1, City] | |
| Reserves Created | 1:Primary Residence 1820 MARKET STREET | Jacqualynn Boykin | 08/15/2024 9:36 AM | New Reserves created for: Indemnity, RCC, 839.82 usd | |
| Reserves Created | 1:Primary Residence 1820 MARKET STREET | Jacqualynn Boykin | 08/15/2024 9:36 AM | New Reserves created for: Indemnity, ACV, 7149.50 usd | |
| Assigned | (2) - Other Structure - Alicia Stewart | Jacqualynn Boykin | 08/15/2024 9:30 AM | Assigned to user Jacqualynn Boykin in group TW CET Pilot - Wayne Evans | |
| Opened | (2) - Other Structure - Alicia Stewart | Jacqualynn Boykin (via null) | 08/15/2024 9:30 AM | New exposure created | |
| Reserves Changed | 1:Primary Residence 1820 MARKET STREET | Jacqualynn Boykin | 08/15/2024 9:29 AM | Reserves changed on: Indemnity, ACV, -7600.00 usd | |
| Reserves Changed | 1:Primary Residence 1820 MARKET STREET | Jacqualynn Boykin | 08/15/2024 9:29 AM | Reserves changed on: Expense - A&O, Field Adjusting Service, 550.00 usd | |
| Reserves Created | 1:Primary Residence 1820 MARKET STREET | Jacqualynn Boykin | 08/15/2024 9:29 AM | New Reserves created for: Indemnity, RCC, 2368.37 usd | |
| Viewed | Entire claim | Jacqualynn Boykin | 08/15/2024 7:20 AM | | |

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| | Entire claim | Wayne Evans | 08/02/2024 10:31 AM | TWIA Claim Rep Sent to XA Leading Edge Claims Service | |
| Assigned | Entire claim | Wayne Evans | 08/02/2024 10:30 AM | Assigned to user Jacqualynn Boykin in group TW CET Pilot - Wayne Evans | |
| Assigned | (1) - Structure - Alicia Stewart | Wayne Evans | 08/02/2024 10:30 AM | Assigned to user Jacqualynn Boykin in group TW CET Pilot - Wayne Evans | |
| Viewed | Entire claim | Super User | 08/01/2024 11:14 PM | XactAnalysis Independent Adjuster Inspected the site | |
| Viewed | Entire claim | Super User | 08/01/2024 11:14 PM | XactAnalysis Independent Adjuster contacted the customer | |

Claim: 1196488

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Activity due date changed | Entire claim | Tarandus Jones | 07/22/2024 4:47 PM | Activity [AWAITING VENDOR REPORT] target date changed from 07/22/2024 to 07/29/2024 | |
| Viewed | Entire claim | Tarandus Jones | 07/22/2024 4:47 PM | | |
| Assigned | Entire claim | Super User | 07/17/2024 7:02 PM | Independent Adjuster has reassigned to 1820 MARKET STREET, Galveston, TX 77550 | |
| Data change | Entire claim | Super User | 07/17/2024 7:02 PM | New Contact 'Lee Olivares' has been added by : Super User | |
| Viewed | Entire claim | Tarandus Jones | 07/17/2024 8:13 AM | | |
| Viewed | Entire claim | Tarandus Jones | 07/13/2024 5:24 PM | | |
| Viewed | Entire claim | Tarandus Jones | 07/12/2024 5:56 PM | | |
| Flagged | Entire claim | System User | 07/11/2024 5:31 PM | Flag set: Overdue urgent priority activity: New Claim - Review and Triage Needed | |
| Assigned | Entire claim | David Harkin | 07/11/2024 7:15 AM | Assigned to user Tarandus Jones in group TW CET Pilot - Wayne Evans | |
| Assigned | (1) - Structure - Alicia Stewart | David Harkin | 07/11/2024 7:15 AM | Assigned to user Tarandus Jones in group TW CET Pilot - Wayne Evans | |
| Viewed | Entire claim | Super User | 07/10/2024 8:00 PM | XactAnalysis Independent Adjuster contacted the customer | |
| | Entire claim | Jamye Peper | 07/10/2024 8:12 AM | TWIA Claim Rep Sent to XA Leading Edge Claims Service | |
| Assigned | Entire claim | Jamye Peper | 07/10/2024 8:11 AM | Assigned to user Tarandus Jones in group TWIA CAT (Beryl) | |
| Assigned | (1) - Structure - Alicia Stewart | Jamye Peper | 07/10/2024 8:11 AM | Assigned to user Tarandus Jones in group TWIA CAT (Beryl) | |
| Assigned | Entire claim | Super User | 07/09/2024 2:56 PM | Independent Adjuster assigned to 1820 MARKET STREET, Galveston, TX 77550 | |
| Data change | Entire claim | Super User | 07/09/2024 2:56 PM | New Contact 'Korylee Horstmeyer' has been added by : Super User | |

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| | Entire claim | Christina Lee | 07/08/2024 11:21 PM | Assignment Request sent to Leading Edge for 1820 MARKET STREET, Galveston, TX 77550 | |
| Reserves Created | 1:Primary Residence 1820 MARKET STREET | Christina Lee | 07/08/2024 11:21 PM | New Reserves created for: Indemnity, ACV, 7600.00 usd | |
| Reserves Created | 1:Primary Residence 1820 MARKET STREET | Christina Lee | 07/08/2024 11:21 PM | New Reserves created for: Expense - A&O, Field Adjusting Service, 1000.00 usd | |
| Data change | Entire claim | Christina Lee | 07/08/2024 11:21 PM | New Contact 'Leading Edge Claims Service' has been added by : Christina Lee | |

| Type | Related To | User | Event Time Stamp | Description | Link |
|---|---|---|---|---|---|
| Reserves Created | (1) - Structure - Alicia Stewart | Christina Lee | 07/08/2024 11:21 PM | Set initial default reserves as required for financial reporting. Initial default reserves are determined actuarially from the historical average of the expenditure on similar claims. Reserves for this claim will be adjusted as more detailed information is received and evaluated. | |
| Assigned | Entire claim | Christina Lee | 07/08/2024 11:21 PM | Assigned to user TWIA Catastrophe Team 1 in group TWIA CAT (Beryl) | |
| Assigned | (1) - Structure - Alicia Stewart | Christina Lee | 07/08/2024 11:21 PM | Assigned to user TWIA Catastrophe Team 1 in group TWIA CAT (Beryl) | |
| Opened | Entire claim | Christina Lee | 07/08/2024 11:21 PM | New claim saved | |
| Opened | (1) - Structure - Alicia Stewart | Christina Lee (via null) | 07/08/2024 11:21 PM | New exposure saved | |
| Guidewire catastrophe rules | Entire claim | Christina Lee | 07/08/2024 11:21 PM | The Catastrophe, "04 024 - Beryl 2024 - 07/07/2024 - 07/09/2024", was identified | |

Jordanne Brisby

| | |
|---|---|
| From: | Accounts Payable |
| Sent: | Monday, July 14, 2025 5:34 PM |
| To: | TWIA.Litigation; Accounts Payable |
| Subject: | RE: DOCUMENT REQUEST, Clm. # 1196488, Alicia Stewart, Policy # TWRD0001094575 |
| Attachments: | 300402391.pdf; 300402432.pdf |

Hello,

Both checks have cleared the bank. Please find the check images attached.

With gratitude,
Ashley Laundry
Accounting Specialist | Accounting
Texas Windstorm Insurance Association
Texas FAIR Plan Association
alaundry@twia.org

From: TWIA.Litigation <TWIA.Litigation@TWIA.ORG>
Sent: Monday, July 14, 2025 4:18 PM
To: Accounts Payable <accountspayable@twia.org>
Cc: TWIA.Litigation <TWIA.Litigation@TWIA.ORG>
Subject: FW: DOCUMENT REQUEST, Clm. # 1196488, Alicia Stewart, Policy # TWRD0001094575

Good afternoon,

Please provide copies of the following checks:

| Check Number | Pay To | Gross Amount | Issue Date | Scheduled Send Date | Status |
|---|---|---|---|---|---|
| 300402391 | Leading Edge Claims Service | $1,550.00 | 08/15/2024 | 08/15/2024 | Cleared |
| 300402432 | Alicia Stewart & Prosperity Bank | $7,149.50 | 08/15/2024 | 08/15/2024 | Cleared |

Thank you,

Jordanne Brisby
Claims Coordinator | Claims
Texas Windstorm Insurance Association
Texas FAIR Plan Association

j.brisby@twia.org
Direct | 512-686-0350

TWIA | 800-788-8247
TFPA | 800-979-6440
Facebook | LinkedIn

---

From: TWIA.Litigation <TWIA.Litigation@TWIA.ORG>
Sent: Wednesday, July 9, 2025 10:16 AM
To: TWIA.Litigation <TWIA.Litigation@TWIA.ORG>
Cc: Vicki McDonald <v.mcdonald@TWIA.ORG>
Subject: DOCUMENT REQUEST, Clm. # 1196488, Alicia Stewart, Policy # TWRD0001094575

Please provide a Complete copy of :

Claim File
U/W File
Certified Copy of the Policy
Copy of Cancelled Checks
Claim Notes

NOTE: Please make sure that each individual document is no larger than 50 MB.
Also, please put the claim number at the beginning of the document title.

Thank you.

Respectfully,

Jolena Stephens
Claims Administrative Specialist | Claims
Texas Windstorm Insurance Association
Texas FAIR Plan Association

jstephens@twia.org
Direct | 737-931-1822
TWIA | 800-788-8247
TFPA | 800-979-6440
Facebook | LinkedIn

Print

Check/Serial#:300402391 Account#:771822595 Amount: 1,550.00

TEXAS WINDSTORM INSURANCE ASSN
800-788-8247
P.O. BOX 99090
AUSTIN TX 78709-9090

CHECK NUMBER: [redacted]

August 15 2024

PAY TO THE [redacted] ORDER OF: [redacted] LEADING EDGE CLAIMS SERVICE [redacted]

AMOUNT
$1,550.00

One Thousand Five Hundred Fifty And 00/100 Dollars

Payment explanation sent separately

POLICY NUMBER: TWRD00C1004575
CLAIM NUMBER: 1106489

Authorized Signatures

[redacted]

111301122< 20240827
First Financial Bank
Drawer#/Trans#: 11613/0011
HIN: 900516550000209

PAY TO THE ORDER OF
FIRST FINANCIAL BANK, NA
FOR DEPOSIT ONLY
Leading Edge Claims Service

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Print

Check/Serial#:300402432 Account#:771822595 Amount: 7,149.50

TEXAS WINDSTORM INSURANCE ASSN
800-788-8247
P.O. BOX 99090
AUSTIN TX 78709-9090

CHECK NUMBER [redacted]

32-61
1113

PAY TO THE ORDER OF: ALICIA STEWART & PROSPERITY BANK
1820 MARKET ST
GALVESTON TX 77550-2518
[redacted]

AMOUNT
$7,149.50

Seven Thousand One Hundred Forty-Nine And 50/100 Dollars

Payments explanation sent separately

POLICY NUMBER: TWRD0001094075
CLAIM NUMBER: 1196482

JPMorgan Chase Bank NA Dallas, TX

Authorized Signature

[redacted]

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Prosperity Bank
>113122655<
0059
Galveston - 59
10-04-2024
8057352856

**Larry Sanders**

---

**From:** TWIA Claims System <claims@twia.org>
**Sent:** 7 Oct 2024 09:23:31 AM
**To:** shodge@hodgefirm.com
**Subject:** Appraisal Acknowledgement
**Attachments:** Appraisal Acknowledgemnt

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

October 7, 2024

Good morning:

Please review the attached letter Acknowledgement Letter for Appraisal.

Thank you

Larry Sanders
512-686-0882

Stewart, Alicia
c/o Shaun w. Hodge
1301 Market Street
Galveston, TX. 77550

# Appraisal Acknowledgment

Date: 10/05/2024
Insured: Stewart, Alicia
Policy Number: TWRD0001094575
Claim Number: 1196488
Loss Location(s): 1820 Market St. Galveston, TX 77550

Dear Alicia Stewart,

This will acknowledge receipt of communication from you stating you dispute the amount of loss Texas Windstorm insurance Association (TWIA) will pay on the above-referenced claim.

As we understand the matter, you dispute the costs for the following items: Dwelling roof, Dwelling flat roof, vinyl siding. Other Structures Garage flat roof, vinyl siding and fencing.

With this letter we acknowledge you have triggered your right to appraisal. Appraisal is your exclusive remedy to dispute the amount of loss we will pay for covered damages. We agree to appraise only those items covered under the policy which were identified on the Notice of Claim Acceptance.
If you are disputing items other than those identified in our estimate, please provide a detailed estimate or receipts for repairs/replacement of those items so that we can make a determination of coverage or whether the additional items can be included in the appraisal.

Additionally, although we have received your demand for appraisal, no information has been provided to know what you are disputing.

Please provide overview photos and close-ups of the disputed damage. Please label the photos stating what damage exists. Please provide a detailed estimate along with a statement of damages to coincide with the photos. Forward us any other evidence you have of your loss including estimates, reports, receipts, invoices, photographs, and a description of all loss and damage that you claim.

Your next step is to submit additional information in support of your costs if you have not done so already. If there is nothing further to present, you would need to select an appraiser and submit their information

to TWIA. You can always discuss the matter further with your claim examiner if you do not wish to proceed with appraisal.

Texas Windstorm Insurance Association agrees to Appraisal for the amount of loss we will pay for items that we **accepted** as covered under your TWIA policy. Please refer to your policy for additional information. The policy and the rules and regulations under Title 28 outline responsibilities for the **costs** of the appraisal as outlined below:

Under the heading "CONDITIONS", your TWIA Residential Policy – Windstorm and Hail states in part:

*11. Disputes Concerning the Amount of Loss - Exclusive Remedy.*

*…*

*f. Appraisal Process.*

*(5) You and we are responsible in equal shares for paying the costs incurred or charged in connection with the appraisal, including expenses of the appraisers and umpire. If we pay more than our share of the costs of appraisal, our liability and payment for covered losses shall be reduced by the amount we pay in excess of our share.*

Title 28 of the Texas Administrative Code states in part:

***§5.4211. Appraisal Process.***

*…*

*(e) Appraiser fee information. No later than five days after hiring an appraiser, each party must tell the other party the fees to be charged by the appraiser.*

***§5.4221. Appraisal Process – Costs.***

*(a) One-half per party. Each party must pay one-half of all reasonable and necessary costs incurred or charged in connection with the appraisal, including:*

*(1) appraisers' fees;*

*(2) umpire's fee; and*

(3) umpire's travel costs.

(b) No umpire fee before work begins. If the parties settle before the umpire begins work, the umpire may not charge a fee.

TWIA 003626

TEXAS WINDSTORM INSURANCE ASSOCIATION

(c) Department not responsible. The department is not responsible for any appraisal costs.

Appraisals must be conducted as provided by your policy, as described in Condition 11(f) and follow the Rules set forth under Title 28 of the Texas Administrative Code, Sections §5.4200, §5.4212 through §5.4222, and §5.4252.

§5.4211 of Texas Administrative Code Chapter 28 places certain time limits on the appraisers and umpire. Within 15 days of both appraisers being named, they must disclose their projected fees and agree on an umpire. Within 90 days of both appraisers being named, they must reach a signed agreement between them stating the amount of loss, as described in the policy.

If the two appraisers are unable to reach an agreement within the 90-day limit, the umpire must become involved. Once the umpire is involved, the appraisers and umpire have 60 days to reach a signed agreement between any two of the three stating the amount of the loss, as described in the policy. If the umpire is unable to reach an agreement with either appraiser within 60 days, a new umpire will be named and given 60 days to reach an agreement.

For Commercial policies, the 90-day limit for the appraisers will be extended to 120 days and the 60-day limit for the umpire(s) will be extended to 90 days. However, any further extensions of the time limits shown above can only be granted by written agreement between the insured and TWIA.

Lastly, if you are disputing items that have been denied, your remedy for those portions of your claim is Lawsuit. Please refer to your policy for additional information. Should you have questions regarding your claim or the appraisal process, please contact us at (800) 788-8247 or claims@twia.org.

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247.**

Sincerely,

Larry Sanders
Claims Examiner
claims@twia.org

CC: Agent, Texas Wasatch Insurance (via Agent Portal)

Jordanne Brisby

| | |
|---|---|
| From: | TWIA.Litigation <TWIA.Litigation@TWIA.ORG> |
| Sent: | Tuesday, July 8, 2025 5:41 PM |
| To: | Demetrius Gardner |
| Cc: | TWIA.special; Edward Suita; Mark Trimble; Jolena Stephens |
| Subject: | Attorney LOR (2nd Copy), Clm. # 1196488, Alicia Stewart |
| Attachments: | Letter of Representation (Stewart).pdf |

Hi Demetrius,

TWIA has received an Attorney Letter of Representation submitted by Hodge Law Firm.
We previously received a Hodge Law LOR October 3, 2024.

Respectfully,

Shamika Bratchett
Claims Administrative Specialist | Claims
Texas Windstorm Insurance Association
Texas FAIR Plan Association

sbratchett@TWIA.ORG
Direct | 512-899-4939
TWIA | 800-788-8247
TFPA | 800-979-6440
Facebook | LinkedIn

---

From: Steven Yood <s.yood@TWIA.ORG>
Sent: Tuesday, July 8, 2025 3:18 PM
To: TWIA.special <twia.special@TWIA.ORG>
Cc: TWIA.Litigation <TWIA.Litigation@TWIA.ORG>
Subject: FW: Letters of Representation, Claim Numbers 1201253

Steven Yood
Claims Coordinator | Claims
Texas Windstorm Insurance Association
Texas FAIR Plan Association

s.yood@twia.org
Direct | 512-505-2112
TWIA | 800-788-8247
TFPA | 800-979-6440
Facebook | LinkedIn

---

From: Michael Fridman <mfridman@hodgefirm.com>
Sent: Tuesday, July 8, 2025 3:44 PM
To: claims@twia.org

Cc: David Salyer <dpsalyer@mapalaw.com>; Shaun Hodge <shodge@hodgefirm.com>
Subject: Letters of Representation, Claim Numbers 1201253, 1196371 & 1196488

CAUTION: This email originated from outside of the organization. Do not reply with sensitive information or click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Please find letters of representation attached.

Thanks,
Michael

Michael Fridman
**HODGE LAW FIRM, PLLC**
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
(409) 762-5000
Fax: (409) 763-2300
mfridman@hodgefirm.com
hodgefirm.com

*This e-mail message and any files or attachments transmitted with it contain confidential and private information which is protected by the attorney-client and work-product privileges. This information is intended only for use by the recipient. Disclosure, copying, distribution, or taking any action on the contents of this e-mail is legally prohibited. If you have received this e-mail in error, please communicate with the sender immediately and destroy the original.*

THE HODGE LAW FIRM
Your Justice is Our Passion

1301 Market Street
Galveston, TX 77550
(409) 762-5000
Fax (409) 763-2300
WWW.HODGEFIRM.COM

July 8, 2025

*VIA EMAIL: claims@twia.org*
Texas Windstorm Insurance Association
4801 Southwest Parkway, Building 1, Suite 200
Austin, TX 78735
P.O. Box 99090, Austin, TX 78709

Re:

| | |
|---|---|
| Insured: | Stewart, Alicia |
| Policy Number: | TWRD0001094575 |
| Claim Number: | 1196488 |
| Loss Location: | 1820 Market St. Galveston, TX |

**LETTER OF REPRESENTATION**

This letter serves as notice of my representation of Alicia Stewart for the above-referenced claim number. All communications should be directed to my attention. If you have any questions, please feel free to contact my office.

Sincerely,

Shaun W. Hodge

Jordanne Brisby

| | |
|---|---|
| From: | TWIA.Litigation <TWIA.Litigation@TWIA.ORG> |
| Sent: | Thursday, October 3, 2024 5:36 PM |
| To: | Demetrius Gardner |
| Cc: | TWIA.special; Edward Suita; Mark Trimble; Jolena Stephens |
| Subject: | Attorney LOR & Appraisal Request, Clm. # 1196488, Alicia Stewart |

Hi Demetrius,

TWIA has received a revised Attorney LOR and Appraisal Request submitted by Hodge Law Firm, PLLC.

Please note – no attachments were included in the email.

Respectfully,

Jolena Stephens
Claims Administrative Specialist | Claims
Texas Windstorm Insurance Association
Texas FAIR Plan Association

jstephens@twia.org
Direct | 737-931-1822
TWIA | 800-788-8247
TFPA | 800-979-6440
Facebook | LinkedIn

From: James Paul <jpaul@TWIA.ORG>
Sent: Thursday, October 3, 2024 4:20 PM
To: TWIA.Litigation <TWIA.Litigation@TWIA.ORG>
Cc: TWIA.special <twia.special@TWIA.ORG>
Subject: FW: Alicia Stewart (Stuart) - Claim Number 1196488

From: Shaun Hodge <shodge@hodgefirm.com>
Sent: Thursday, October 3, 2024 4:05 PM
To: TWIA Claims System <claims@twia.org>
Subject: Alicia Stewart (Stuart) - Claim Number 1196488

CAUTION: This email originated from outside of the organization. Do not reply with sensitive information or click links or open attachments unless you recognize the sender and know the content is safe.

Please accept this as notice of my representation concerning the above referenced claim. To the extent of the accepted damages the insured invokes the appraisal process and requests that the appraisal be abated as we try to resolve the claim.

Thanks,

Shaun W. Hodge
HODGE LAW FIRM, PLLC
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
(409) 762-5000
Fax: (409) 763-2300
shodge@hodgefirm.com
hodgefirm.com

This e-mail message and any files or attachments transmitted with it contain confidential and private information which is protected by the attorney-client and work-product privileges. This information is intended only for use by the recipient. Disclosure, copying, distribution, or taking any action on the contents of this e-mail is legally prohibited. If you have received this e-mail in error, please communicate with the sender immediately and destroy the original.

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

From: Michael Fridman <mfridman@hodgefirm.com>
Sent: Tuesday, July 8, 2025 4:49 PM
To: claims@twia.org
Cc: David Salyer <dpsalyer@mapalaw.com>; Shaun Hodge <shodge@hodgefirm.com>
Subject: Notices of Intent to File Legal Action, Claim Number 1196488

CAUTION: This email originated from outside of the organization. Do not reply with sensitive information or click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Please find notices of intent to file legal action attached.

Thanks,
Michael

Michael Fridman
**HODGE LAW FIRM, PLLC**
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
(409) 762-5000
Fax: (409) 763-2300
mfridman@hodgefirm.com
hodgefirm.com

*This e-mail message and any files or attachments transmitted with it contain confidential and private information which is protected by the attorney-client and work-product privileges. This information is intended only for use by the recipient. Disclosure, copying, distribution, or taking any action on the contents of this e-mail is legally prohibited. If you have received this e-mail in error, please communicate with the sender immediately and destroy the original.*

# NOTICE OF INTENT TO FILE LEGAL ACTION

If you disagree with TWIA's coverage determination on your denied claim, you may sign and date the form below and return it to us to provide your notice of intent to sue. You are not required to use this form to provide notice of intent to sue.

By providing notice of intent to sue, you are stating the following:

- I have received TWIA's NOTICE OF DENIAL IN PART.
- I am providing this form to TWIA as my notice of intent to bring a legal action against TWIA concerning the denial of my claim.

NAME: Stewart, Alicia

CLAIM NUMBER: 1196488

POLICYHOLDER SIGNATURE: [signature] Hodge Law Firm, PLLC for the Insured

DATE: July 8, 2025

Please return this form to TWIA by mail or email:

MAIL
Attn. Appraisal Request
P.O. Box 99090
Austin, TX 78709-9090

EMAIL
claims@twia.org

**Viviana Elvira**

---

**From:** TWIA Claims System <claims@twia.org>
**Sent:** 23 Nov 2024 05:09:54 PM
**To:** shodge@hodgefirm.com
**Cc:** ahsinterests@gmail.com
**Subject:** Claim 1196488

November 23, 2024

Hello,

Please provide a Letter of Representation to move the claim forward.

Regards,
Viviana Elvira
Claims Examiner | Claims
Texas Windstorm Insurance Association
Claims@TWIA.org
Direct | 737-931-1768
TWIA | 800-788-8247

Viviana Elvira
737-931-1768

TEXAS WINDSTORM INSURANCE ASSOCIATION

Alicia Stewart
1820 Market St
Galveston, Texas 77550-2518

# Cover Letter

Date: August 27, 2024
Insured: Alicia Stewart
Policy Number: TWRD0001094575
Claim Number: 1196488

Dear Alicia Stewart,

I sincerely appreciate your taking the time to speak with me regarding your claim. To better serve our customers, we would appreciate your thoughts about your claims experience. Please visit https://research.net/s/twia please see attached documents

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Alicia Stewart | Cell: | [redacted] |
| Property: | 1820 MARKET STREET<br>Galveston, TX 77550 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 1820 Market St<br>Galveston, TX 77550-2518 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196488 **Policy Number:** TWRD0001094575 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 8:00 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 7/30/2024 4:00 PM | Date Entered: | 7/17/2024 6:58 PM |
| Date Est. Completed: | 8/10/2024 8:14 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ALICIA_STEWART |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**ALICIA_STEWART**

**Risk**

**Dwelling**




### Dwelling Main Roof

| | | | |
|---|---|---|---|
| 1867.18 | Surface Area | 18.67 | Number of Squares |
| 116.48 | Total Hip Length | 4.18 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 18.67 SQ | 65.32 | 0.00 | 1,219.52 | (0.00) | 1,219.52 |
| 2. R&R Drip edge | 164.00 LF | 3.08 | 15.69 | 520.81 | (86.97) | 433.84 |
| 3. Asphalt starter - universal starter course | 164.00 LF | 1.89 | 7.58 | 317.54 | (68.88) | 248.66 |
| 4. Roofing felt - 15 lb. | 18.67 SQ | 32.32 | 12.51 | 615.92 | (113.70) | 502.22 |
| 5. Laminated - comp. shingle rfg. - w/out felt | 19.67 SQ | 254.31 | 225.68 | 5,227.96 | (1,458.94) | 3,769.02 |
| Auto Calculated Waste: 5.3%, 1.00SQ | | | | | | |
| Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8", Bundle Rounding: 0.1%, 0.01SQ - (included in waste calculation above) | | | | | | |
| 6. R&R Hip / Ridge cap - Standard profile - composition shingles | 120.66 LF | 8.38 | 29.56 | 1,040.69 | (191.13) | 849.56 |
| 7. R&R Flashing - pipe jack - lead | 1.00 EA | 88.60 | 4.10 | 92.70 | (22.73) | 69.97 |
| 8. Detach & Reset Roof mount power attic vent | 1.00 EA | 161.33 | 0.00 | 161.33 | (0.00) | 161.33 |
| 9. Remove Additional charge for high roof (2 stories or greater) | 18.67 SQ | 6.32 | 0.00 | 117.99 | (0.00) | 117.99 |
| 10. Additional charge for high roof (2 stories or greater) | 18.67 SQ | 18.82 | 0.00 | 351.37 | (0.00) | 351.37 |
| 11. Gutter / downspout - Detach & reset | 284.00 LF | 5.17 | 0.00 | 1,468.28 | (0.00) | 1,468.28 |
| **Totals: Dwelling Main Roof** | | | **295.12** | **11,134.11** | **1,942.35** | **9,191.76** |




### Master Bedroom Roof

| | | | |
|---|---|---|---|
| 811.62 | Surface Area | 8.12 | Number of Squares |
| 54.60 | Total Hip Length | 3.92 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 12. Remove Laminated - comp. shingle rfg (per SHINGLE) | 9.00 EA | 6.58 | 0.00 | 59.22 | (0.00) | 59.22 |
| 13. Laminated - comp. shingle rfg (per SHINGLE) | 9.00 EA | 16.14 | 2.26 | 147.52 | (3.66) | 143.86 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Master Bedroom Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| The roof waste % is not available. The calculation contains values that may result in an inaccurate waste %. | | | | | | |
| 14. R&R Hip / Ridge cap - High profile - composition shingles | 5.00 LF | 9.80 | 1.81 | 50.81 | (2.93) | 47.88 |
| **Totals: Master Bedroom Roof** | | | **4.07** | **257.55** | **6.59** | **250.96** |

**Flat Roof**




155.86 Surface Area | 1.56 Number of Squares

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 15. R&R Modified bitumen roof | 1.56 SQ | 452.43 | 18.48 | 724.27 | (89.59) | 634.68 |
| 16. R&R Bitumen roof - Add. base sheet - self-adhering | 1.56 SQ | 134.08 | 9.87 | 219.03 | (31.91) | 187.12 |
| 17. R&R Drip edge/gutter apron | 40.00 LF | 3.19 | 4.19 | 131.79 | (11.61) | 120.18 |
| 18. Gutter / downspout - Detach & reset | 75.00 LF | 5.17 | 0.00 | 387.75 | (0.00) | 387.75 |
| **Totals: Flat Roof** | | | **32.54** | **1,462.84** | **133.11** | **1,329.73** |

**Exterior**

**Front Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 19. R&R Siding - vinyl | 96.00 SF | 5.45 | 16.87 | 540.07 | (57.25) | 482.82 |
| 20. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 21. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Front Elevation** | | | **32.34** | **1,437.88** | **109.75** | **1,328.13** |

**Right Elevation**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 22. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 23. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Right Elevation** | | | **15.47** | **897.81** | **52.50** | **845.31** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 24. R&R Siding - vinyl | 120.00 SF | 5.45 | 21.09 | 675.09 | (71.57) | 603.52 |
| 25. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 26. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Left Elevation** | | | **36.56** | **1,572.90** | **124.07** | **1,448.83** |
| **Total: Exterior** | | | **84.37** | **3,908.59** | **286.32** | **3,622.27** |
| **Total: Dwelling** | | | **416.10** | **16,763.09** | **2,368.37** | **14,394.72** |
| **Total: Risk** | | | **416.10** | **16,763.09** | **2,368.37** | **14,394.72** |

## Other Structures

## Detach Garage




### Detach Garage Roof

684.63 Surface Area

6.85 Number of Squares

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 27. R&R Modified bitumen roof - hot mopped | 5.28 SQ | 483.95 | 73.96 | 2,629.21 | (358.60) | 2,270.61 |
| 28. R&R Drip edge/gutter apron | 92.00 LF | 3.19 | 9.64 | 303.12 | (26.71) | 276.41 |
| **Totals: Detach Garage Roof** | | | **83.60** | **2,932.33** | **385.31** | **2,547.02** |

### Exterior

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 29. R&R House wrap (air/moisture barrier) | 657.00 SF | 0.45 | 10.30 | 305.95 | (11.65) | 294.30 |
| 30. R&R Siding - vinyl | 657.00 SF | 5.45 | 115.45 | 3,696.10 | (391.83) | 3,304.27 |
| 31. R&R Custom bent aluminum (PER LF) | 44.00 LF | 26.08 | 13.50 | 1,161.02 | (45.83) | 1,115.19 |
| **Totals: Exterior** | | | **139.25** | **5,163.07** | **449.31** | **4,713.76** |

## Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 32. R&R Sheathing - OSB - 1/2" | 120.00 SF | 2.46 | 6.44 | 301.64 | (5.20) | 296.44 |
| **Totals: Interior** | | | **6.44** | **301.64** | **5.20** | **296.44** |
| **Total: Detach Garage** | | | **229.29** | **8,397.04** | **839.82** | **7,557.22** |

## Fencing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 33. Seal & paint - wood fence/gate | 768.00 SF | 1.44 | 20.91 | 1,126.83 | <101.38> | 1,025.45 |
| 34. Paint/finish - fence post - wood | 14.00 EA | 24.78 | 1.54 | 348.46 | <7.45> | 341.01 |
| 35. R&R Post - wood - 4" x 4" treated lumber | 14.00 EA | 73.39 | 28.90 | 1,056.36 | <175.14> | 881.22 |
| 36. Vinyl fence panel - Detach & reset - per panel / section | 12.00 EA | 49.86 | 0.00 | 598.32 | <0.00> | 598.32 |
| 37. R&R Wood fence slat 5' - 6' high - treated | 24.00 EA | 7.01 | 6.18 | 174.42 | <37.44> | 136.98 |
| 38. R&R Electric gate opener | 1.00 EA | 1,820.94 | 115.17 | 1,936.11 | <837.64> | 1,098.47 |
| **Totals: Fencing** | | | **172.70** | **5,240.50** | **1,159.05** | **4,081.45** |

## Debris Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 39. Single axle dump truck - per load - including dump fees | 1.00 EA | 254.71 | 0.00 | 254.71 | (0.00) | 254.71 |
| **Totals: Debris Removal** | | | **0.00** | **254.71** | **0.00** | **254.71** |
| **Total: Other Structures** | | | **401.99** | **13,892.25** | **1,998.87** | **11,893.38** |

**Labor Minimums Applied**

TWIA 003643

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 40. Framing labor minimum | 1.00 EA | 8.08 | 0.00 | 8.08 | (0.00) | 8.08 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **8.08** | **0.00** | **8.08** |
| **Line Item Totals: ALICIA_STEWART** | | | **818.09** | **30,663.42** | **4,367.24** | **26,296.18** |

| Additional Charges | Charge |
|---|---|
| Permit | 83.82 |
| Permit | 69.50 |
| **Additional Charges Total** | **$153.32** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 3,902.12 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 3,519.29 | Surface Area | 35.19 | Number of Squares | 0.00 | Total Perimeter Length |
| 8.10 | Total Ridge Length | 171.09 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| 1A: Structure | 16,763.09 | 54.67% | 14,478.54 | 54.74% |
| 1A: Other Structures | 13,900.33 | 45.33% | 11,970.96 | 45.26% |
| 1B: Personal Property | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 30,663.42 | 100.00% | 26,449.50 | 100.00% |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 16,346.99 |
| Permit | 83.82 |
| Material Sales Tax | 416.10 |
| **Replacement Cost Value** | **$16,846.91** |
| Less Depreciation | (2,368.37) |
| **Actual Cash Value** | **$14,478.54** |
| Less Deductible | (14,478.54) |
| **Net Claim** | **$0.00** |
| Total Recoverable Depreciation | 2,368.37 |
| **Net Claim if Depreciation is Recovered** | **$2,368.37** |

Lee Olivares

TWIA 003645

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Other Structures

| | | |
|---|---|---|
| Line Item Total | | 13,498.34 |
| Permit | | 69.50 |
| Material Sales Tax | | 401.99 |
| **Replacement Cost Value** | | **$13,969.83** |
| Less Depreciation | | (1,998.87) |
| **Actual Cash Value** | | **$11,970.96** |
| Less Deductible | | (4,821.46) |
| **Net Claim** | | **$7,149.50** |
| Total Depreciation | 1,998.87 | |
| Less Non-Recoverable Depreciation | <1,159.05> | |
| Total Recoverable Depreciation | | 839.82 |
| **Net Claim if Depreciation is Recovered** | | **$7,989.32** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes

| | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 818.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **818.09** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: ALICIA_STEWART**

**Area: Risk**

| | | | |
|---|---|---|---|
| **Area: Dwelling** | | | |
| **Dwelling Main Roof** | | **10,838.99** | **36.32%** |
| Coverage: 1A: Structure | 100.00% = | 10,838.99 | |
| **Master Bedroom Roof** | | **253.48** | **0.85%** |
| Coverage: 1A: Structure | 100.00% = | 253.48 | |
| **Flat Roof** | | **1,430.30** | **4.79%** |
| Coverage: 1A: Structure | 100.00% = | 1,430.30 | |
| **Area: Exterior** | | | |
| **Front Elevation** | | **1,405.54** | **4.71%** |
| Coverage: 1A: Structure | 100.00% = | 1,405.54 | |
| **Right Elevation** | | **882.34** | **2.96%** |
| Coverage: 1A: Structure | 100.00% = | 882.34 | |
| **Left Elevation** | | **1,536.34** | **5.15%** |
| Coverage: 1A: Structure | 100.00% = | 1,536.34 | |
| **Area Subtotal: Exterior** | | **3,824.22** | **12.81%** |
| Coverage: 1A: Structure | 100.00% = | 3,824.22 | |
| **Area Subtotal: Dwelling** | | **16,346.99** | **54.77%** |
| Coverage: 1A: Structure | 100.00% = | 16,346.99 | |
| **Area Subtotal: Risk** | | **16,346.99** | **54.77%** |
| Coverage: 1A: Structure | 100.00% = | 16,346.99 | |

**Area: Other Structures**

| | | | |
|---|---|---|---|
| **Area: Detach Garage** | | | |
| **Detach Garage Roof** | | **2,848.73** | **9.54%** |
| Coverage: 1A: Other Structures | 100.00% = | 2,848.73 | |
| **Exterior** | | **5,023.82** | **16.83%** |
| Coverage: 1A: Other Structures | 100.00% = | 5,023.82 | |
| **Interior** | | **295.20** | **0.99%** |
| Coverage: 1A: Other Structures | 100.00% = | 295.20 | |
| **Area Subtotal: Detach Garage** | | **8,167.75** | **27.37%** |
| Coverage: 1A: Other Structures | 100.00% = | 8,167.75 | |
| **Fencing** | | **5,067.80** | **16.98%** |
| Coverage: 1A: Other Structures | 100.00% = | 5,067.80 | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| **Debris Removal** | | **254.71** | **0.85%** |
| Coverage: 1A: Other Structures | 100.00% = | 254.71 | |
| **Area Subtotal: Other Structures** | | **13,490.26** | **45.20%** |
| Coverage: 1A: Other Structures | 100.00% = | 13,490.26 | |
| **Labor Minimums Applied** | | **8.08** | **0.03%** |
| Coverage: 1A: Other Structures | 100.00% = | 8.08 | |
| **Subtotal of Areas** | | **29,845.33** | **100.00%** |
| Coverage: 1A: Structure | 54.77% = | 16,346.99 | |
| Coverage: 1A: Other Structures | 45.23% = | 13,498.34 | |
| **Total** | | **29,845.33** | **100.00%** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **GENERAL DEMOLITION** | | | **254.71** | | **254.71** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 254.71 | | |
| **FENCING** | | | **3,614.96** | **1,050.22** | **2,564.74** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 3,614.96 | | |
| **FRAMING & ROUGH CARPENTRY** | | | **303.28** | **5.20** | **298.08** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 303.28 | | |
| **PAINTING** | | | **1,452.84** | **108.83** | **1,344.01** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 1,452.84 | | |
| **ROOFING** | | | **13,515.47** | **2,467.36** | **11,048.11** |
| Coverage: 1A: Structure | @ | 78.92% = | 10,666.74 | | |
| Coverage: 1A: Other Structures | @ | 21.08% = | 2,848.73 | | |
| **SIDING** | | | **8,848.04** | **735.63** | **8,112.41** |
| Coverage: 1A: Structure | @ | 43.22% = | 3,824.22 | | |
| Coverage: 1A: Other Structures | @ | 56.78% = | 5,023.82 | | |
| **SOFFIT, FASCIA, & GUTTER** | | | **1,856.03** | | **1,856.03** |
| Coverage: 1A: Structure | @ | 100.00% = | 1,856.03 | | |
| **Subtotal** | | | **29,845.33** | **4,367.24** | **25,478.09** |
| **Permits and Fees** | | | **153.32** | | **153.32** |
| Coverage: 1A: Structure | @ | 54.67% = | 83.82 | | |
| Coverage: 1A: Other Structures | @ | 45.33% = | 69.50 | | |
| **Material Sales Tax** | | | **818.09** | | **818.09** |
| Coverage: 1A: Structure | @ | 50.86% = | 416.10 | | |
| Coverage: 1A: Other Structures | @ | 49.14% = | 401.99 | | |
| **Total** | | | **30,816.74** | **4,367.24** | **26,449.50** |

TEXAS WINDSTORM INSURANCE ASSOCIATION

Alicia Stewart
1820 Market Street
Galveston, TX 77550

# Important: Response to Your Claim Submission

Date: August 15, 2024
Insured: Alicia Stewart
Policy Number: TWRD0001094575
Claim Number: 1196488

You recently submitted a claim to Texas Windstorm Insurance Association (TWIA). Please read this document carefully because it provides specific information concerning how your TWIA claim is processed.

After carefully reviewing the details of your claim, we have reached a determination. The enclosed Notice of Claim Acceptance provides important details of our determination which includes any claim payment amount.

We are here to help you through the claims process so you can recover as quickly as possible. If you have any questions or concerns, please contact us.

**Contact Options:**
TWIA's Claims Center offers you instant online access to your claim information and services, including the option to message the team handling your claim at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. If you would prefer to speak with us directly, we also have a 24-hour claims customer care line at (800) 788-8247.

**Enclosures:**

- Notice of Claim Acceptance
- If and When You Make Repairs
- If You Disagree with the Amount of Loss
- Legal Notice
- Our Estimate of Your Repairs

# Notice of Claim Acceptance

Date: August 15, 2024
Insured: Alicia Stewart
Policy Number: TWRD0001094575
Claim Number: 1196488
Loss Location(s): 1820 Market Street, Galveston, Tx 77550

Dear Alicia Stewart,

This letter is to inform you that we have accepted your dwelling and other structures claim in full. We estimate the amount of loss we will pay is $10,357.69. We are issuing a payment of $7,149.50 to you which represents the amount of loss, less depreciation.

We understand your property was damaged by wind or hail on July 08, 2024. We confirmed your policy covers the following damages:

Dwelling roof
Exterior siding
Interior water damage to garage.

Please review the enclosed estimate, which explains how we determined the amount of loss. We are mailing your check separately. It could take 7-10 business days to receive your check. We estimate an additional amount of up to $3,208.19 is available to you as recoverable depreciation when we receive documentation for the cost and completion of repairs.

**If you request the recoverable depreciation you will need to show proof you have paid your deductible.** This can be in the form of a cancelled check, money order receipt, credit card statement, or copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time. No depreciation will be released without proof of payment of your deductible.

**How we came up with your claim payment amount:**

- Your claim payment amount is based on an estimate to repair your property, minus non-recoverable depreciation, if applicable, and your deductible.
- The estimate is based on covered damages we found and any information you gave to us.
- **This is only an estimate of what it will cost to repair your property and it is possible the total cost may be different.**

**Your next steps:**

- Provide our estimate to whomever will perform the work and begin repairs.
- If you agree with the amount of loss, begin work.
- If our estimate is not enough, contact TWIA and request a supplemental payment. This must be done within 545 days of this notice.
- If additional damages are discovered while making repairs, please contact TWIA. You have one year from the date of loss to present these to TWIA.

**There are mandated timelines associated with disputing the amount of the loss we will pay. See the section titled IF YOU DISAGREE WITH THE AMOUNT OF LOSS for more details.**

**Other observed damages**

During the inspection of your property, our adjuster also noticed other damages but it's our understanding you're not making a claim for the following:

- None

If you intend to claim any of the damages listed above, or if you have other questions, please contact us at 800-788-8247. You can also visit Claims Center at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html/
from your computer or mobile device to send a message, view and upload documents and photos and access the details of your claim.

This document was sent via e-mail to:
ahsinterests@gmail.com

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247**

Sincerely,

Jacqualynn Boykin
Claims Examiner
claims@twia.org

Please visit https://research.net/s/twia to provide feedback about your claims experience. Your input is valuable and will help us improve our services.

## HOW TO REQUEST YOUR RECOVERABLE DEPRECIATION

Replacement Cost Coverage pays the amount actually and necessarily spent to repair or replace the covered damaged property. The amount of recoverable depreciation you can receive is limited to the replacement cost. To submit your request for recoverable depreciation, please send us a copy of all paid invoices, bills, receipts, and proof of deductible payment showing the amounts you've paid. We will issue the additional amounts owed no later than 40 days after receiving your documentation. Your documentation for the cost and completion of repairs must be received within 545 days of the date that you receive this notice.

## IF AND WHEN YOU MAKE REPAIRS

Whether your claim is covered or not, you may still need to make repairs to your property. Those repairs may require a Certificate of Compliance. Policyholders are responsible for costs incurred in obtaining a Certificate of Compliance.

A Certificate of Compliance confirms a structure meets the windstorm building code for the area and is an eligibility requirement for coverage with TWIA.

**To be eligible for insurance through TWIA**:

- Many structural repairs must be certified by the Texas Department of Insurance (TDI) or a Texas licensed professional engineer.
- TDI issues Certificates of Compliance (WPI-8) for repairs that are in progress. See TDI's website for more information, including a list of repairs that do not need certification: www.tdi.texas.gov/wind/index.html

  **TDI contact information**
  Phone: (800) 248-6032
  Email: windstorm@tdi.texas.gov
  Mail: TDI Windstorm Inspections Program, P.O. Box 149104, Austin, TX 78714-9104
- For other information about TWIA eligibility: www.twia.org/coverage-eligibility

## IF YOU DISAGREE WITH THE AMOUNT OF LOSS

We want you to understand our determination regarding your claim. You may request a detailed summary of how we determined the amount of loss we will pay. The amount of loss may include the cost to repair or replace covered property, business income loss, business personal property or contents, and other covered items. Please contact us at

https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. You may also call us at (800) 788-8247 or email claims@twia.org. Please include your claim number, name, and contact information on all communications.

**Appraisal**

Appraisal is a formal process to handle disputes over the amount of a covered loss. In an appraisal, you and TWIA will each hire an independent person to determine the amount of the loss payable under the policy. Please be aware you will share the costs of the appraisal process equally with TWIA.

If there are still disagreements between the two appraisers, the appraisers will submit to an umpire they choose. If the appraisers cannot agree, then the Commissioner of Insurance will choose the umpire. The final appraisal decision is binding.

**How to request appraisal**

1. **Submit a request.** Call your examiner to request appraisal, or send your request via email to TWIA at claims@twia.org or mail to PO Box 99090, Austin, TX 78709-9090, Attention: Appraisal Request.

2. **Follow deadlines for appraisal.**

   - You have 60 days from the date you receive this notice to demand appraisal on the amount of loss that TWIA will pay
   - Because you have replacement cost coverage you may still request appraisal for qualifying items up to the 545-day deadline to provide documentation of cost and completion of repairs.
   - You may request appraisal regardless of whether repairs have been completed or not.

   You may request the 60-day period to request appraisal be extended for 30 days. You'll need to file a written request with TWIA demonstrating good cause for why the period should be extended within 75 days. **If you do not request appraisal within the deadline, you waive your right to contest TWIA's determination of the amount of loss**

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

## LEGAL NOTICE

TWIA's evaluation was intended to establish the coverage available to you under your policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions or requirements of the policy or any of your rights or the rights of TWIA under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. TWIA expressly reserves all rights under the policy, at law and in equity whether or not expressly identified in this letter.

**Texas Windstorm Insurance Association**
PO Box 99090 Austin, TX 78709-9090
(800) 788-8247 | www.twia.org

# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)




### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

**TDI** | Texas Department of Insurance


# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)




### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

**TDI** | Texas Department of Insurance

# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI | Departamento de Seguros de Texas**

cb002ES.0919

# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI | Departamento de Seguros de Texas**

cb002ES

TEXAS WINDSTORM INSURANCE ASSOCIATION

Alicia Stewart
1820 Market St
Galveston, Texas 77550-2518

# Cover Letter

Date: August 15, 2024
Insured: Alicia Stewart
Policy Number: TWRD0001094575
Claim Number: 1196488

Dear Alicia Stewart,

I sincerely appreciate your taking the time to speak with me regarding your claim. To better serve our customers, we would appreciate your thoughts about your claims experience. Please visit https://research.net/s/twia Please see attached documents.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Alicia Stewart | Cell: | [redacted] |
| Property: | 1820 MARKET STREET<br>Galveston, TX 77550 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 1820 Market St<br>Galveston, TX 77550-2518 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196488 **Policy Number:** TWRD0001094575 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 8:00 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 7/30/2024 4:00 PM | Date Entered: | 7/17/2024 6:58 PM |
| Date Est. Completed: | 8/10/2024 8:14 AM | | |

Price List: TXGA8X_AUG24
Restoration/Service/Remodel
Estimate: ALICIA_STEWART

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**ALICIA_STEWART**

**Risk**

**Dwelling**




### Dwelling Main Roof

| | | | |
|---|---|---|---|
| 1867.18 | Surface Area | 18.67 | Number of Squares |
| 116.48 | Total Hip Length | 4.18 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 18.67 SQ | 65.32 | 0.00 | 1,219.52 | (0.00) | 1,219.52 |
| 2. R&R Drip edge | 164.00 LF | 3.08 | 15.69 | 520.81 | (86.97) | 433.84 |
| 3. Asphalt starter - universal starter course | 164.00 LF | 1.89 | 7.58 | 317.54 | (68.88) | 248.66 |
| 4. Roofing felt - 15 lb. | 18.67 SQ | 32.32 | 12.51 | 615.92 | (113.70) | 502.22 |
| 5. Laminated - comp. shingle rfg. - w/out felt | 19.67 SQ | 254.31 | 225.68 | 5,227.96 | (1,458.94) | 3,769.02 |
| Auto Calculated Waste: 5.3%, 1.00SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8", Bundle Rounding: 0.1%, 0.01SQ - (included in waste calculation above) | | | | | | |
| 6. R&R Hip / Ridge cap - Standard profile - composition shingles | 120.66 LF | 8.38 | 29.56 | 1,040.69 | (191.13) | 849.56 |
| 7. R&R Flashing - pipe jack - lead | 1.00 EA | 88.60 | 4.10 | 92.70 | (22.73) | 69.97 |
| 8. Detach & Reset Roof mount power attic vent | 1.00 EA | 161.33 | 0.00 | 161.33 | (0.00) | 161.33 |
| 9. Remove Additional charge for high roof (2 stories or greater) | 18.67 SQ | 6.32 | 0.00 | 117.99 | (0.00) | 117.99 |
| 10. Additional charge for high roof (2 stories or greater) | 18.67 SQ | 18.82 | 0.00 | 351.37 | (0.00) | 351.37 |
| 11. Gutter / downspout - Detach & reset | 284.00 LF | 5.17 | 0.00 | 1,468.28 | (0.00) | 1,468.28 |
| **Totals: Dwelling Main Roof** | | | **295.12** | **11,134.11** | **1,942.35** | **9,191.76** |




### Master Bedroom Roof

| | | | |
|---|---|---|---|
| 811.62 | Surface Area | 8.12 | Number of Squares |
| 54.60 | Total Hip Length | 3.92 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 12. Remove Laminated - comp. shingle rfg (per SHINGLE) | 9.00 EA | 6.58 | 0.00 | 59.22 | (0.00) | 59.22 |
| 13. Laminated - comp. shingle rfg (per SHINGLE) | 9.00 EA | 16.14 | 2.26 | 147.52 | (3.66) | 143.86 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Master Bedroom Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| The roof waste % is not available. The calculation contains values that may result in an inaccurate waste %. | | | | | | |
| 14. R&R Hip / Ridge cap - High profile - composition shingles | 5.00 LF | 9.80 | 1.81 | 50.81 | (2.93) | 47.88 |
| **Totals: Master Bedroom Roof** | | | **4.07** | **257.55** | **6.59** | **250.96** |

**Flat Roof**




155.86 Surface Area | 1.56 Number of Squares

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 15. R&R Modified bitumen roof | 1.56 SQ | 452.43 | 18.48 | 724.27 | (89.59) | 634.68 |
| 16. R&R Bitumen roof - Add. base sheet - self-adhering | 1.56 SQ | 134.08 | 9.87 | 219.03 | (31.91) | 187.12 |
| 17. R&R Drip edge/gutter apron | 40.00 LF | 3.19 | 4.19 | 131.79 | (11.61) | 120.18 |
| 18. Gutter / downspout - Detach & reset | 75.00 LF | 5.17 | 0.00 | 387.75 | (0.00) | 387.75 |
| **Totals: Flat Roof** | | | **32.54** | **1,462.84** | **133.11** | **1,329.73** |

**Exterior**

**Front Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 19. R&R Siding - vinyl | 96.00 SF | 5.45 | 16.87 | 540.07 | (57.25) | 482.82 |
| 20. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 21. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Front Elevation** | | | **32.34** | **1,437.88** | **109.75** | **1,328.13** |

**Right Elevation**

TWIA 003664

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 22. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 23. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Right Elevation** | | | **15.47** | **897.81** | **52.50** | **845.31** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 24. R&R Siding - vinyl | 120.00 SF | 5.45 | 21.09 | 675.09 | (71.57) | 603.52 |
| 25. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 26. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Left Elevation** | | | **36.56** | **1,572.90** | **124.07** | **1,448.83** |
| **Total: Exterior** | | | **84.37** | **3,908.59** | **286.32** | **3,622.27** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total: Dwelling** | | | **416.10** | **16,763.09** | **2,368.37** | **14,394.72** |
| **Total: Risk** | | | **416.10** | **16,763.09** | **2,368.37** | **14,394.72** |

## Other Structures

## Detach Garage




### Detach Garage Roof

684.63 Surface Area

6.85 Number of Squares

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 27. R&R Modified bitumen roof - hot mopped | 5.28 SQ | 483.95 | 73.96 | 2,629.21 | (358.60) | 2,270.61 |
| 28. R&R Drip edge/gutter apron | 92.00 LF | 3.19 | 9.64 | 303.12 | (26.71) | 276.41 |
| **Totals: Detach Garage Roof** | | | **83.60** | **2,932.33** | **385.31** | **2,547.02** |

### Exterior

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 29. R&R House wrap (air/moisture barrier) | 657.00 SF | 0.45 | 10.30 | 305.95 | (11.65) | 294.30 |
| 30. R&R Siding - vinyl | 657.00 SF | 5.45 | 115.45 | 3,696.10 | (391.83) | 3,304.27 |
| 31. R&R Custom bent aluminum (PER LF) | 44.00 LF | 26.08 | 13.50 | 1,161.02 | (45.83) | 1,115.19 |
| **Totals: Exterior** | | | **139.25** | **5,163.07** | **449.31** | **4,713.76** |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 32. R&R Sheathing - OSB - 1/2" | 120.00 SF | 2.46 | 6.44 | 301.64 | (5.20) | 296.44 |
| **Totals: Interior** | | | **6.44** | **301.64** | **5.20** | **296.44** |
| **Total: Detach Garage** | | | **229.29** | **8,397.04** | **839.82** | **7,557.22** |

### Fencing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 33. Seal & paint - wood fence/gate | 768.00 SF | 1.44 | 20.91 | 1,126.83 | <101.38> | 1,025.45 |
| 34. Paint/finish - fence post - wood | 14.00 EA | 24.78 | 1.54 | 348.46 | <7.45> | 341.01 |
| 35. R&R Post - wood - 4" x 4" treated lumber | 14.00 EA | 73.39 | 28.90 | 1,056.36 | <175.14> | 881.22 |
| 36. Vinyl fence panel - Detach & reset - per panel / section | 12.00 EA | 49.86 | 0.00 | 598.32 | <0.00> | 598.32 |
| 37. R&R Wood fence slat 5' - 6' high - treated | 24.00 EA | 7.01 | 6.18 | 174.42 | <37.44> | 136.98 |
| 38. R&R Electric gate opener | 1.00 EA | 1,820.94 | 115.17 | 1,936.11 | <837.64> | 1,098.47 |
| **Totals: Fencing** | | | **172.70** | **5,240.50** | **1,159.05** | **4,081.45** |

### Debris Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 39. Single axle dump truck - per load - including dump fees | 1.00 EA | 254.71 | 0.00 | 254.71 | (0.00) | 254.71 |
| **Totals: Debris Removal** | | | **0.00** | **254.71** | **0.00** | **254.71** |
| **Total: Other Structures** | | | **401.99** | **13,892.25** | **1,998.87** | **11,893.38** |

**Labor Minimums Applied**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 40. Framing labor minimum | 1.00 EA | 8.08 | 0.00 | 8.08 | (0.00) | 8.08 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **8.08** | **0.00** | **8.08** |
| **Line Item Totals: ALICIA_STEWART** | | | **818.09** | **30,663.42** | **4,367.24** | **26,296.18** |

| Additional Charges | Charge |
|---|---|
| Permit | 83.82 |
| Permit | 69.50 |
| **Additional Charges Total** | **$153.32** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 3,902.12 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 3,519.29 | Surface Area | 35.19 | Number of Squares | 0.00 | Total Perimeter Length |
| 8.10 | Total Ridge Length | 171.09 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| 1A: Structure | 16,763.09 | 54.67% | 14,478.54 | 54.74% |
| 1A: Other Structures | 13,900.33 | 45.33% | 11,970.96 | 45.26% |
| 1B: Personal Property | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 30,663.42 | 100.00% | 26,449.50 | 100.00% |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 16,346.99 |
| Permit | 83.82 |
| Material Sales Tax | 416.10 |
| **Replacement Cost Value** | **$16,846.91** |
| Less Depreciation | (2,368.37) |
| **Actual Cash Value** | **$14,478.54** |
| Less Deductible | (14,478.54) |
| **Net Claim** | **$0.00** |
| Total Recoverable Depreciation | 2,368.37 |
| **Net Claim if Depreciation is Recovered** | **$2,368.37** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Other Structures

| | | |
|---|---|---|
| Line Item Total | | 13,498.34 |
| Permit | | 69.50 |
| Material Sales Tax | | 401.99 |
| **Replacement Cost Value** | | **$13,969.83** |
| Less Depreciation | | (1,998.87) |
| **Actual Cash Value** | | **$11,970.96** |
| Less Deductible | | (4,821.46) |
| **Net Claim** | | **$7,149.50** |
| Total Depreciation | 1,998.87 | |
| Less Non-Recoverable Depreciation | <1,159.05> | |
| Total Recoverable Depreciation | | 839.82 |
| **Net Claim if Depreciation is Recovered** | | **$7,989.32** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes

| | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 818.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | | | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **818.09** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

TWIA 003670

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: ALICIA_STEWART**

**Area: Risk**

| | | | |
|---|---|---|---|
| **Area: Dwelling** | | | |
| **Dwelling Main Roof** | | **10,838.99** | **36.32%** |
| Coverage: 1A: Structure | 100.00% = | 10,838.99 | |
| **Master Bedroom Roof** | | **253.48** | **0.85%** |
| Coverage: 1A: Structure | 100.00% = | 253.48 | |
| **Flat Roof** | | **1,430.30** | **4.79%** |
| Coverage: 1A: Structure | 100.00% = | 1,430.30 | |
| **Area: Exterior** | | | |
| **Front Elevation** | | **1,405.54** | **4.71%** |
| Coverage: 1A: Structure | 100.00% = | 1,405.54 | |
| **Right Elevation** | | **882.34** | **2.96%** |
| Coverage: 1A: Structure | 100.00% = | 882.34 | |
| **Left Elevation** | | **1,536.34** | **5.15%** |
| Coverage: 1A: Structure | 100.00% = | 1,536.34 | |
| **Area Subtotal: Exterior** | | **3,824.22** | **12.81%** |
| Coverage: 1A: Structure | 100.00% = | 3,824.22 | |
| **Area Subtotal: Dwelling** | | **16,346.99** | **54.77%** |
| Coverage: 1A: Structure | 100.00% = | 16,346.99 | |
| **Area Subtotal: Risk** | | **16,346.99** | **54.77%** |
| Coverage: 1A: Structure | 100.00% = | 16,346.99 | |

**Area: Other Structures**

| | | | |
|---|---|---|---|
| **Area: Detach Garage** | | | |
| **Detach Garage Roof** | | **2,848.73** | **9.54%** |
| Coverage: 1A: Other Structures | 100.00% = | 2,848.73 | |
| **Exterior** | | **5,023.82** | **16.83%** |
| Coverage: 1A: Other Structures | 100.00% = | 5,023.82 | |
| **Interior** | | **295.20** | **0.99%** |
| Coverage: 1A: Other Structures | 100.00% = | 295.20 | |
| **Area Subtotal: Detach Garage** | | **8,167.75** | **27.37%** |
| Coverage: 1A: Other Structures | 100.00% = | 8,167.75 | |
| **Fencing** | | **5,067.80** | **16.98%** |
| Coverage: 1A: Other Structures | 100.00% = | 5,067.80 | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| **Debris Removal** | | **254.71** | **0.85%** |
| Coverage: 1A: Other Structures | 100.00% = | 254.71 | |
| **Area Subtotal: Other Structures** | | **13,490.26** | **45.20%** |
| Coverage: 1A: Other Structures | 100.00% = | 13,490.26 | |
| **Labor Minimums Applied** | | **8.08** | **0.03%** |
| Coverage: 1A: Other Structures | 100.00% = | 8.08 | |
| **Subtotal of Areas** | | **29,845.33** | **100.00%** |
| Coverage: 1A: Structure | 54.77% = | 16,346.99 | |
| Coverage: 1A: Other Structures | 45.23% = | 13,498.34 | |
| **Total** | | **29,845.33** | **100.00%** |

TWIA 003672

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **GENERAL DEMOLITION** | | | **254.71** | | **254.71** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 254.71 | | |
| **FENCING** | | | **3,614.96** | **1,050.22** | **2,564.74** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 3,614.96 | | |
| **FRAMING & ROUGH CARPENTRY** | | | **303.28** | **5.20** | **298.08** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 303.28 | | |
| **PAINTING** | | | **1,452.84** | **108.83** | **1,344.01** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 1,452.84 | | |
| **ROOFING** | | | **13,515.47** | **2,467.36** | **11,048.11** |
| Coverage: 1A: Structure | @ | 78.92% = | 10,666.74 | | |
| Coverage: 1A: Other Structures | @ | 21.08% = | 2,848.73 | | |
| **SIDING** | | | **8,848.04** | **735.63** | **8,112.41** |
| Coverage: 1A: Structure | @ | 43.22% = | 3,824.22 | | |
| Coverage: 1A: Other Structures | @ | 56.78% = | 5,023.82 | | |
| **SOFFIT, FASCIA, & GUTTER** | | | **1,856.03** | | **1,856.03** |
| Coverage: 1A: Structure | @ | 100.00% = | 1,856.03 | | |
| **Subtotal** | | | **29,845.33** | **4,367.24** | **25,478.09** |
| **Permits and Fees** | | | **153.32** | | **153.32** |
| Coverage: 1A: Structure | @ | 54.67% = | 83.82 | | |
| Coverage: 1A: Other Structures | @ | 45.33% = | 69.50 | | |
| **Material Sales Tax** | | | **818.09** | | **818.09** |
| Coverage: 1A: Structure | @ | 50.86% = | 416.10 | | |
| Coverage: 1A: Other Structures | @ | 49.14% = | 401.99 | | |
| **Total** | | | **30,816.74** | **4,367.24** | **26,449.50** |

TWIA 003673

# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)




### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

**TDI** | Texas Department of Insurance


# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)






### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

**TDI** | Texas Department of Insurance

TWIA 003674

# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI | Departamento de Seguros de Texas**

cb002ES.0919


# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI | Departamento de Seguros de Texas**


cb002ES

TEXAS WINDSTORM INSURANCE ASSOCIATION

Alicia Stewart
1820 Market Street
Galveston, TX 77550

# Important: Response to Your Claim Submission

Date: August 15, 2024
Insured: Alicia Stewart
Policy Number: TWRD0001094575
Claim Number: 1196488

You recently submitted a claim to Texas Windstorm Insurance Association (TWIA). Please read this document carefully because it provides specific information concerning how your TWIA claim is processed.

After carefully reviewing the details of your claim, we have reached a determination. The enclosed Notice of Claim Acceptance provides important details of our determination which includes any claim payment amount.

We are here to help you through the claims process so you can recover as quickly as possible. If you have any questions or concerns, please contact us.

**Contact Options:**
TWIA's Claims Center offers you instant online access to your claim information and services, including the option to message the team handling your claim at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. If you would prefer to speak with us directly, we also have a 24-hour claims customer care line at (800) 788-8247.

**Enclosures:**

- Notice of Claim Acceptance
- If and When You Make Repairs
- If You Disagree with the Amount of Loss
- Legal Notice
- Our Estimate of Your Repairs

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Notice of Claim Acceptance

Date: August 15, 2024
Insured: Alicia Stewart
Policy Number: TWRD0001094575
Claim Number: 1196488
Loss Location(s): 1820 Market Street, Galveston, Tx 77550

Dear Alicia Stewart,

This letter is to inform you that we have accepted your dwelling and other structures claim in full. We estimate the amount of loss we will pay is $10,357.69. We are issuing a payment of $7,149.50 to you which represents the amount of loss, less depreciation.

We understand your property was damaged by wind or hail on July 08, 2024. We confirmed your policy covers the following damages:

Dwelling roof
Exterior siding
Interior water damage to garage.

Please review the enclosed estimate, which explains how we determined the amount of loss. We are mailing your check separately. It could take 7-10 business days to receive your check. We estimate an additional amount of up to $3,208.19 is available to you as recoverable depreciation when we receive documentation for the cost and completion of repairs.

**If you request the recoverable depreciation you will need to show proof you have paid your deductible.** This can be in the form of a cancelled check, money order receipt, credit card statement, or copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time. No depreciation will be released without proof of payment of your deductible.

**How we came up with your claim payment amount:**

- Your claim payment amount is based on an estimate to repair your property, minus non-recoverable depreciation, if applicable, and your deductible.
- The estimate is based on covered damages we found and any information you gave to us.
- **This is only an estimate of what it will cost to repair your property and it is possible the total cost may be different.**

**Your next steps:**

- Provide our estimate to whomever will perform the work and begin repairs.
- If you agree with the amount of loss, begin work.
- If our estimate is not enough, contact TWIA and request a supplemental payment. This must be done within 545 days of this notice.
- If additional damages are discovered while making repairs, please contact TWIA. You have one year from the date of loss to present these to TWIA.

**There are mandated timelines associated with disputing the amount of the loss we will pay. See the section titled IF YOU DISAGREE WITH THE AMOUNT OF LOSS for more details.**

**Other observed damages**

During the inspection of your property, our adjuster also noticed other damages but it's our understanding you're not making a claim for the following:

- None

If you intend to claim any of the damages listed above, or if you have other questions, please contact us at 800-788-8247. You can also visit Claims Center at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html/
from your computer or mobile device to send a message, view and upload documents and photos and access the details of your claim.

This document was sent via e-mail to:
ahsinterests@gmail.com

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247**

Sincerely,

Jacqualynn Boykin
Claims Examiner
claims@twia.org

Please visit https://research.net/s/twia to provide feedback about your claims experience. Your input is valuable and will help us improve our services.

## HOW TO REQUEST YOUR RECOVERABLE DEPRECIATION

Replacement Cost Coverage pays the amount actually and necessarily spent to repair or replace the covered damaged property. The amount of recoverable depreciation you can receive is limited to the replacement cost. To submit your request for recoverable depreciation, please send us a copy of all paid invoices, bills, receipts, and proof of deductible payment showing the amounts you've paid. We will issue the additional amounts owed no later than 40 days after receiving your documentation. Your documentation for the cost and completion of repairs must be received within 545 days of the date that you receive this notice.

## IF AND WHEN YOU MAKE REPAIRS

Whether your claim is covered or not, you may still need to make repairs to your property. Those repairs may require a Certificate of Compliance. Policyholders are responsible for costs incurred in obtaining a Certificate of Compliance.

A Certificate of Compliance confirms a structure meets the windstorm building code for the area and is an eligibility requirement for coverage with TWIA.

**To be eligible for insurance through TWIA**:

- Many structural repairs must be certified by the Texas Department of Insurance (TDI) or a Texas licensed professional engineer.
- TDI issues Certificates of Compliance (WPI-8) for repairs that are in progress. See TDI's website for more information, including a list of repairs that do not need certification: www.tdi.texas.gov/wind/index.html

  **TDI contact information**
  Phone: (800) 248-6032
  Email: windstorm@tdi.texas.gov
  Mail: TDI Windstorm Inspections Program, P.O. Box 149104, Austin, TX 78714-9104
- For other information about TWIA eligibility: www.twia.org/coverage-eligibility

## IF YOU DISAGREE WITH THE AMOUNT OF LOSS

We want you to understand our determination regarding your claim. You may request a detailed summary of how we determined the amount of loss we will pay. The amount of loss may include the cost to repair or replace covered property, business income loss, business personal property or contents, and other covered items. Please contact us at

https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. You may also call us at (800) 788-8247 or email claims@twia.org. Please include your claim number, name, and contact information on all communications.

TWIA 003680

**Appraisal**

Appraisal is a formal process to handle disputes over the amount of a covered loss. In an appraisal, you and TWIA will each hire an independent person to determine the amount of the loss payable under the policy. Please be aware you will share the costs of the appraisal process equally with TWIA.

If there are still disagreements between the two appraisers, the appraisers will submit to an umpire they choose. If the appraisers cannot agree, then the Commissioner of Insurance will choose the umpire. The final appraisal decision is binding.

**How to request appraisal**

1. **Submit a request.** Call your examiner to request appraisal, or send your request via email to TWIA at claims@twia.org or mail to PO Box 99090, Austin, TX 78709-9090, Attention: Appraisal Request.

2. **Follow deadlines for appraisal.**

    - You have 60 days from the date you receive this notice to demand appraisal on the amount of loss that TWIA will pay
    - Because you have replacement cost coverage you may still request appraisal for qualifying items up to the 545-day deadline to provide documentation of cost and completion of repairs.
    - You may request appraisal regardless of whether repairs have been completed or not.

    You may request the 60-day period to request appraisal be extended for 30 days. You'll need to file a written request with TWIA demonstrating good cause for why the period should be extended within 75 days. **If you do not request appraisal within the deadline, you waive your right to contest TWIA's determination of the amount of loss**

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

## LEGAL NOTICE



TWIA_STEWART_CLAIM FILE_000182

TWIA's evaluation was intended to establish the coverage available to you under your policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions or requirements of the policy or any of your rights or the rights of TWIA under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. TWIA expressly reserves all rights under the policy, at law and in equity whether or not expressly identified in this letter.

**Quannerick Swim**

---

**From:** TWIA Claims System <claims@twia.org>
**Sent:** 10 Jul 2025 11:02:36 AM
**To:** twia.litigation@twia.org
**Subject:** DOCUMENTS REQUEST - ALICIA STEWART - 1196488 - TWRD0001094575

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

July 10, 2025

If you would please provide a certified copy of the policy as requested by the attorney of the insured, that would be greatly appreciated.

Thank you,

Quannerick Swim
737-931-1757

Jordanne Brisby

From: James Paul <jpaul@TWIA.ORG>
Sent: Thursday, October 3, 2024 5:20 PM
To: TWIA.Litigation
Cc: TWIA.special
Subject: FW: Alicia Stewart (Stuart) - Claim Number 1196488

---

From: Shaun Hodge <shodge@hodgefirm.com>
Sent: Thursday, October 3, 2024 4:05 PM
To: TWIA Claims System <claims@twia.org>
Subject: Alicia Stewart (Stuart) - Claim Number 1196488

CAUTION: This email originated from outside of the organization. Do not reply with sensitive information or click links or open attachments unless you recognize the sender and know the content is safe.

Please accept this as notice of my representation concerning the above referenced claim. To the extent of the accepted damages the insured invokes the appraisal process and requests that the appraisal be abated as we try to resolve the claim.

Thanks,

Shaun W. Hodge
HODGE LAW FIRM, PLLC
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
(409) 762-5000
Fax: (409) 763-2300
shodge@hodgefirm.com
hodgefirm.com

This e-mail message and any files or attachments transmitted with it contain confidential and private information which is protected by the attorney-client and work-product privileges. This information is intended only for use by the recipient. Disclosure, copying, distribution, or taking any action on the contents of this e-mail is legally prohibited. If you have received this e-mail in error, please communicate with the sender immediately and destroy the original.

Jordanne Brisby

From: Steven Yood <s.yood@TWIA.ORG>
Sent: Tuesday, July 8, 2025 4:19 PM
To: TWIA.special
Cc: TWIA.Litigation
Subject: FW: Letters of Representation, Claim Numbe 1196488
Attachments: Letter of Representation (Bell).pdf; Letter of Representation (Mohun).pdf; Letter of Representation (Stewart).pdf

Steven Yood
Claims Coordinator | Claims
Texas Windstorm Insurance Association
Texas FAIR Plan Association

s.yood@twia.org
Direct | 512-505-2112
TWIA | 800-788-8247
TFPA | 800-979-6440
Facebook | LinkedIn

---

From: Michael Fridman <mfridman@hodgefirm.com>
Sent: Tuesday, July 8, 2025 3:44 PM
To: claims@twia.org
Cc: David Salyer <dpsalyer@mapalaw.com>; Shaun Hodge <shodge@hodgefirm.com>
Subject: Letters of Representation, Claim Numbers 1201253, 1196371 & 1196488

CAUTION: This email originated from outside of the organization. Do not reply with sensitive information or click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Please find letters of representation attached.

Thanks,
Michael

Michael Fridman
**HODGE LAW FIRM, PLLC**
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
(409) 762-5000
Fax: (409) 763-2300
mfridman@hodgefirm.com
hodgefirm.com

*This e-mail message and any files or attachments transmitted with it contain confidential and private information which is protected by the attorney-client and work-product privileges. This information is intended only for use by the recipient. Disclosure,*

*copying, distribution, or taking any action on the contents of this e-mail is legally prohibited. If you have received this e-mail in error, please communicate with the sender immediately and destroy the original.*

THE HODGE LAW FIRM
Your Justice is Our Passion

1301 Market Street
Galveston, TX 77550
(409) 762-5000
Fax (409) 763-2300
WWW.HODGEFIRM.COM

July 8, 2025

*VIA EMAIL: claims@twia.org*
Texas Windstorm Insurance Association
4801 Southwest Parkway, Building 1, Suite 200
Austin, TX 78735
P.O. Box 99090, Austin, TX 78709

Re:

| | |
|---|---|
| Insured: | Ernestine Bell |
| Policy Number: | TWRD0000619955 |
| Claim Number: | 1201253 |
| Loss Location: | 16704 Ponce De Leon, Jamaica Beach, TX |

**LETTER OF REPRESENTATION**

This letter serves as notice of my representation of Ernestine Bell for the above-referenced claim number. All communications should be directed to my attention. If you have any questions, please feel free to contact my office.

Sincerely,

Shaun W. Hodge

THE HODGE LAW FIRM
*Your Justice is Our Passion*

1301 Market Street
Galveston, TX 77550
(409) 762-5000
Fax (409) 763-2300
www.hodgefirm.com

July 8, 2025

*VIA EMAIL: claims@twia.org*
Texas Windstorm Insurance Association
4801 Southwest Parkway, Building 1, Suite 200
Austin, TX 78735
P.O. Box 99090, Austin, TX 78709

Re:

| | |
|---|---|
| Insured: | David Mohun, Kristen Mohun |
| Policy Number: | TWRD0000713215 |
| Claim Number: | 1196371 |
| Loss Location: | 22306 Isle View Dr Galveston, TX |

**LETTER OF REPRESENTATION**

This letter serves as notice of my representation of David and Kristen Mohun for the above-referenced claim number. All communications should be directed to my attention. If you have any questions, please feel free to contact my office.

Sincerely,

Shaun W. Hodge

THE HODGE LAW FIRM
*Your Justice is Our Passion*

1301 Market Street
Galveston, TX 77550
(409) 762-5000
Fax (409) 763-2300
www.hodgefirm.com

July 8, 2025

*VIA EMAIL: claims@twia.org*
Texas Windstorm Insurance Association
4801 Southwest Parkway, Building 1, Suite 200
Austin, TX 78735
P.O. Box 99090, Austin, TX 78709

Re:

| | |
|---|---|
| Insured: | Stewart, Alicia |
| Policy Number: | TWRD0001094575 |
| Claim Number: | 1196488 |
| Loss Location: | 1820 Market St. Galveston, TX |

**LETTER OF REPRESENTATION**

This letter serves as notice of my representation of Alicia Stewart for the above-referenced claim number. All communications should be directed to my attention. If you have any questions, please feel free to contact my office.

Sincerely,

Shaun W. Hodge

**Larry Sanders**

---

**From:** TWIA Claims System <claims@twia.org>
**Sent:** 15 Oct 2024 06:15:20 PM
**To:** [redacted]
**Subject:** Letter of Representation

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

October 15, 2024

Good afternoon:

We have not received a Letter of Representation from your Attorney.
This is a requirement if we are going to appraisal.

Thank you.

Larry Sanders
512-686-0882

**Larry Sanders**

---

| | |
|---|---|
| **From:** | TWIA Claims System <claims@twia.org> |
| **Sent:** | 7 Oct 2024 09:13:01 AM |
| **To:** | shodge@hodgefirm.com |
| **Subject:** | LOR Acknowledgement |
| **Attachments:** | LOR Acknowledgement |

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

October 7, 2024

Good morning:

We received your Letter of Representation. Please review our Letter of Acknowledgement.

Thank you

Larry Sanders
512-686-0882

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

Stewart, Alicia
c/o Shaun w. Hodge
1301 Market Street
Galveston, TX. 77550

Sent via email to:
shodge@hodgefirm.com

# Acknowledgement of Letter of Representation

Date: 10/05/2024
Insured: Stewart, Alicia
Policy Number: TWRD0001094575
Claim Number: 1196488
Loss Location(s): 1820 Market St. Galveston, TX 77550

To Hodge Law Firm:

This will acknowledge receipt of your correspondence dated October 3, 2024, advising of your representation of Alicia Stewart on the above-referenced claim. For your convenience, we have included a complete copy of our original Notice of Acceptance in Part dated August 27, 2024, and our related estimate for repairs.

A certified copy of the policy pertaining to the above referenced policy has been requested and will be forwarded upon receipt.

It is our understanding that your client disagrees with TWIA's coverage determinations. We ask that you submit any documentation you may have related to your claim. Once this documentation is received, we will review it and determine if any changes to the claim determinations can be made. It may be possible that after reviewing these documents, we may request additional information from you on behalf of our mutual client, or that a reinspection of the insured location may be necessary.

Should you have any questions in the interim, please do not hesitate to contact me directly at 512-686-0882.

Sincerely,

Larry Sanders
Claims Examiner
Texas Windstorm Insurance Association
Phone: XXX | Fax: 800-979-6442
Email | claims@twia.org

CC: Agent, Texas Wasatch Insurance (via Agent Portal)

TEXAS WINDSTORM INSURANCE ASSOCIATION

**Larry Sanders**

---

**From:** TWIA Claims System <claims@twia.org>
**Sent:** 15 Oct 2024 06:10:22 PM
**To:** shodge@hodgefirm.com
**Subject:** LOR Needed

October 15, 2024

Good afternoon:

Please provide a LOR so we may move forward with the claim.

Thank you

Larry Sanders
512-686-0882

Jordanne Brisby

| | |
|---|---|
| From: | Steven Yood <s.yood@TWIA.ORG> |
| Sent: | Tuesday, July 8, 2025 5:19 PM |
| To: | TWIA.special |
| Cc: | TWIA.Litigation |
| Subject: | FW: Notices of Intent to File Legal Action, Claim Number 1196488 |
| Attachments: | TWIA Intent to Litigate (Mohun).pdf; TWIA Intent to Litigate (Stewart).pdf; TWIA Intent to Litigate (Bell).pdf |

Steven Yood
Claims Coordinator | Claims
Texas Windstorm Insurance Association
Texas FAIR Plan Association

s.yood@twia.org
Direct | 512-505-2112
TWIA | 800-788-8247
TFPA | 800-979-6440
Facebook | LinkedIn

---

From: Michael Fridman <mfridman@hodgefirm.com>
Sent: Tuesday, July 8, 2025 4:49 PM
To: claims@twia.org
Cc: David Salyer <dpsalyer@mapalaw.com>; Shaun Hodge <shodge@hodgefirm.com>
Subject: Notices of Intent to File Legal Action, Claim Number 1196488

CAUTION: This email originated from outside of the organization. Do not reply with sensitive information or click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Please find notices of intent to file legal action attached.

Thanks,
Michael

Michael Fridman
**HODGE LAW FIRM, PLLC**
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
(409) 762-5000
Fax: (409) 763-2300
mfridman@hodgefirm.com
hodgefirm.com

*This e-mail message and any files or attachments transmitted with it contain confidential and private information which is protected by the attorney-client and work-product privileges. This information is intended only for use by the recipient. Disclosure,*

*copying, distribution, or taking any action on the contents of this e-mail is legally prohibited. If you have received this e-mail in error, please communicate with the sender immediately and destroy the original.*

# NOTICE OF INTENT TO FILE LEGAL ACTION

If you disagree with TWIA's coverage determination on your denied claim, you may sign and date the form below and return it to us to provide your notice of intent to sue. You are not required to use this form to provide notice of intent to sue.

By providing notice of intent to sue, you are stating the following:

- I have received TWIA's NOTICE OF DENIAL IN PART.
- I am providing this form to TWIA as my notice of intent to bring a legal action against TWIA concerning the denial of my claim.

NAME: Stewart, Alicia

CLAIM NUMBER: 1196488

POLICYHOLDER SIGNATURE: [signature] Hodge Law Firm, PLLC for the Insured

DATE: July 8, 2025

Please return this form to TWIA by mail or email:

MAIL
Attn. Appraisal Request
P.O. Box 99090
Austin, TX 78709-9090

EMAIL
claims@twia.org

# NOTICE OF INTENT TO FILE LEGAL ACTION

If you disagree with TWIA's coverage determination on your denied claim, you may sign and date the form below and return it to us to provide your notice of intent to sue. You are not required to use this form to provide notice of intent to sue.

By providing notice of intent to sue, you are stating the following:

- I have received TWIA's NOTICE OF DENIAL IN PART.
- I am providing this form to TWIA as my notice of intent to bring a legal action against TWIA concerning the denial of my claim.

NAME: Ernestine Bell

CLAIM NUMBER: 1201253

POLICYHOLDER SIGNATURE: [signature] Hodge Law Firm, PLLC for the Insured

DATE: July 8, 2025

Please return this form to TWIA by mail or email:

MAIL
Attn. Appraisal Request
P.O. Box 99090
Austin, TX 78709-9090

EMAIL
claims@twia.org

# NOTICE OF INTENT TO FILE LEGAL ACTION

If you disagree with TWIA's coverage determination on your denied claim, you may sign and date the form below and return it to us to provide your notice of intent to sue. You are not required to use this form to provide notice of intent to sue.

By providing notice of intent to sue, you are stating the following:

- I have received TWIA's NOTICE OF DENIAL IN PART.
- I am providing this form to TWIA as my notice of intent to bring a legal action against TWIA concerning the denial of my claim.

NAME: David Mohun, Kristen Mohun

CLAIM NUMBER: 1196371

POLICYHOLDER SIGNATURE: [signature] Hodge Law Firm, PLLC for the Insured

DATE: July 8, 2025

Please return this form to TWIA by mail or email:

MAIL
Attn. Appraisal Request
P.O. Box 99090
Austin, TX 78709-9090

EMAIL
claims@twia.org

**Larry Sanders**

---

**From:** TWIA Claims System <claims@twia.org>
**Sent:** 10 Oct 2024 10:36:54 AM
**To:** shodge@hodgefirm.com
**Subject:** Please Provide a LOR

October 10, 2024

Good morning:

Please provide TWIA with an official letter of representation.

Thank you

Larry Sanders
512-686-0882

Jordanne Brisby

| | |
|---|---|
| From: | Service <service@goosehead.com> |
| Sent: | Tuesday, July 9, 2024 12:22 AM |
| To: | TWIA Claims System |
| Subject: | Automatic reply: TWIA Claim 1196488 Created on TWRD0001094575 |

CAUTION: This email originated from outside of the organization. Do not reply with sensitive information or click links or open attachments unless you recognize the sender and know the content is safe.

We're on it!

We received your service request and typically respond within 3 business days.

If you need immediate assistance, visit our website below to chat or schedule a call with our service team.

Thank you for trusting Goosehead with your insurance needs. We will be in touch soon.

©2022 Goosehead Insurance. All rights reserved.

# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)




### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

TDI | Texas Department of Insurance


# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)






### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

TDI | Texas Department of Insurance

TWIA 003702

# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI | Departamento de Seguros de Texas**

cb002ES.0919

¿Va a construir o reparar una casa en la costa de Texas?

Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al 1-800-248-6032, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o 1-800-788-8247.

TDI | Departamento de Seguros de Texas

cb002ES

TWIA 003703

# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)




* Includes only the part of Harris County east of Highway 146.

### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

TDI | Texas Department of Insurance


# Building or repairing a home on the Texas coast?

## You might need an inspection to get wind and hail insurance

If you're building or repairing a home on the Texas coast, you'll likely need an inspection to buy or keep coverage through the Texas Windstorm Insurance Association (TWIA).

The inspection verifies that the project meets building codes and can withstand high winds and hail.

### Who needs an inspection?

You must have an inspection if you're building a new house, making major repairs or additions, or repairing or replacing your roof in any of Texas' 14 coastal-area counties. (See map at right.)




* Includes only the part of Harris County east of Highway 146.

### Call TDI before you begin work.

A Texas Department of Insurance (TDI) windstorm inspector might be able to inspect your project for free. Call our Windstorm Inspections Office at **1-800-248-6032**, option 4.

Depending on the type of project, you might have to hire a TDI-approved inspector or licensed engineer to do the inspection.

### Learn more.

Learn more about windstorm inspections at www.tdi.texas.gov/wind.

Learn more about TWIA coverage and inspections at twia.org or by calling **1-800-788-8247**.

TDI | Texas Department of Insurance

Case 3:26-cv-00271 Document 1-19 Filed 08/13/26 in TXSD Page 104 of 200
TWIA 003704

# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI | Departamento de Seguros de Texas**

cb002ES.0919


# ¿Va a construir o reparar una casa en la costa de Texas?

**Usted podría necesitar una inspección para obtener un seguro contra ventarrones y granizo**

Si va a construir o reparar una casa en la costa de Texas, lo más probable es que necesite una inspección para comprar o para mantener una cobertura a través de la Asociación de Seguros Contra Tormentas de Texas (Texas Windstorm Insurance Association -TWIA).

La inspección verifica que el proyecto cumpla con los códigos inmobiliarios y que puede soportar fuertes vientos y granizo.

## ¿Quién necesita obtener la inspección?

Usted debe obtener una inspección si está construyendo una nueva casa, o si va a realizar reparaciones o ampliaciones grandes, o si va a reparar o reemplazar su techo en cualquiera de los 14 condados de la zona costera de Texas. (Consulte el mapa a la derecha).




## Llame a TDI antes de comenzar el trabajo.

Un inspector especializado en tormentas del Departamento de Seguros de Texas (Texas Department of Insurance -TDI) podría inspeccionar su proyecto de forma gratuita. Llame a nuestra Oficina de Inspecciones por Tormentas (Windstorm Inspections Office) al **1-800-248-6032**, opción 4.

Dependiendo del tipo de proyecto, es posible que usted deba contratar a un inspector aprobado por TDI o a un ingeniero con licencia para que realice la inspección.

## Obtenga más información.

Obtenga más información sobre las inspecciones por tormentas en www.tdi.texas.gov/wind.

Obtenga más información sobre las inspecciones y cobertura de TWIA en twia.org o **1-800-788-8247**.

**TDI | Departamento de Seguros de Texas**


cb002ES

TWIA_STEWART_CLAIM FILE_000206

**Quannerick Swim**

---

| | |
|---|---|
| **From:** | TWIA Claims System <claims@twia.org> |
| **Sent:** | 10 Jul 2025 11:00:14 AM |
| **To:** | shodge@hodgefirm.com |
| **Cc:** | mfridman@hodgefirm.com |
| **Subject:** | 1196488 Stewart - LOR Acknowledgement |
| **Attachments:** | 1196488 Stewart - LOR Acknowledgement |

TWIA TEXAS WINDSTORM INSURANCE ASSOCIATION

July 10, 2025

This correspondence is in response to documents you submitted on the above referenced claim. Please see attached acknowledgment letter confirming your representation of the insured.

If you have any documentation prepared identifying the specific areas in dispute of the coverage determination, we ask that you remit them for us to review.

Please feel free to contact me with any questions.

Thank you,

Quanerick Swim
Claims Examiner
Texas Windstorm Insurance Association
Texas FAIR Plan Association

q.swim@twia.org
Direct | 737-931-1757
TWIA | 800-788-8247
TFPA | 800-979-6440
Facebook | LinkedIn

Quannerick Swim
737-931-1757

TEXAS WINDSTORM INSURANCE ASSOCIATION

Alicia Stewart
c/o Hodge Law Firm, PLLC
1301 Market Street
Galveston, Texas 77550

(Sent via email to: shodge@hodgefirm.com)

# Acknowledgement of Letter of Representation

Date: July 10, 2025
Insured: Alicia Stewart
Policy Number: TWRD0001094575
Claim Number: 1196488
Loss Location: 1820 Market Street, Galveston, Tx 77550

Dear Alicia Stewart:

Texas Windstorm Insurance Association (TWIA) has received correspondence from Shaun Hodge at Hodge Law Firm, PLLC, dated July 8, 2025, advising of their representation of you regarding your TWIA claim that occurred on July 8, 2024. TWIA will communicate with your attorney regarding this claim.

Although we have received the letter of representation, it included no information regarding the specific claim or dispute you are presenting.

TWIA wants to consider all evidence that is relevant to your claim and to resolve your claim as promptly as possible. We will consider all evidence that you provide and let you know if we can change our position.

We ask that all documentation related to your claim be presented as soon as possible so that we can evaluate your concerns without delay.

The types of information that help us understand what you are claiming includes, but is not limited to:

- Written documentation identifying all damage being claimed.
- Any inspection reports, engineering reports, and/or estimate of damages prepared in connection with the current claim; including all photos taken to support the claim and the name of person(s) who inspected the property and prepared the report(s).
- Explanations and documentation of any temporary repairs made after the current loss.

If you are now claiming damage that has not yet been accepted or denied by TWIA, please be sure to include information regarding the additional claimed damage as well. You have one year from the date of loss to present the additional damage claim to TWIA.

Once this documentation is received, we will review it and determine if any changes to the claim determinations can be made. It may be possible that after reviewing the documents, we may request additional information from you, or that a re-inspection of the damaged property may be necessary.

If you have any questions, you or your representative can contact TWIA to discuss your concerns.

Sincerely,

Quanerick Swim
Examiner | Claims Department
**Texas Windstorm Insurance Association**
Direct | 737-931-1757
Email | claims@twia.org

ENCL: Legal Notice

CC: Texas Wasatch Insurance Services LP, Agent (via Agent Portal)

**LEGAL NOTICE**

Actions taken by TWIA to investigate your claim are intended to establish the coverage available to you under your TWIA policy, if any, for the damage reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions, and requirements of the policy or any of the rights of either the insured or TWIA under the policy. Texas Windstorm Insurance Association expressly reserves all rights under the policy, at law and in equity, whether or not expressly identified in this letter.

Stewart, Alicia
c/o Shaun w. Hodge
1301 Market Street
Galveston, TX. 77550

Sent via email to:
shodge@hodgefirm.com

# Acknowledgement of Letter of Representation

Date: 10/05/2024
Insured: Stewart, Alicia
Policy Number: TWRD0001094575
Claim Number: 1196488
Loss Location(s): 1820 Market St. Galveston, TX 77550

To Hodge Law Firm:

This will acknowledge receipt of your correspondence dated October 3, 2024, advising of your representation of Alicia Stewart on the above-referenced claim. For your convenience, we have included a complete copy of our original Notice of Acceptance in Part dated August 27, 2024, and our related estimate for repairs.

A certified copy of the policy pertaining to the above referenced policy has been requested and will be forwarded upon receipt.

It is our understanding that your client disagrees with TWIA's coverage determinations. We ask that you submit any documentation you may have related to your claim. Once this documentation is received, we will review it and determine if any changes to the claim determinations can be made. It may be possible that after reviewing these documents, we may request additional information from you on behalf of our mutual client, or that a reinspection of the insured location may be necessary.

Should you have any questions in the interim, please do not hesitate to contact me directly at 512-686-0882.

Sincerely,

Larry Sanders
Claims Examiner
Texas Windstorm Insurance Association
Phone: XXX | Fax: 800-979-6442
Email | claims@twia.org

CC: Agent, Texas Wasatch Insurance (via Agent Portal)

Texas Windstorm Insurance Association
PO Box 99090 Austin, TX 78709-9090
(800) 788-8247 | www.twia.org

**Larry Sanders**

---

**From:** TWIA Claims System <claims@twia.org>
**Sent:** 16 Oct 2024 08:57:16 AM
**To:** shodge@hodgefirm.com
**Cc:** [redacted]
**Subject:** 1196488 Stewart LOR Needed

October 16, 2024

Good morning:

Please provide a Letter of Representation to move the claim forward.

Thank you

Larry Sanders
512-686-0882

Please include claim number in subject line and
claims@twia.org on any claim correspondence or documents.
PO Box 99090 Austin, TX 78709-9090
(800) 788-8247 | www.twia.org

TEXAS WINDSTORM INSURANCE ASSOCIATION

Alicia Stewart
1820 Market Street
Galveston, TX 77550

# Important: Response to Your Claim Submission

Date: August 15, 2024
Insured: Alicia Stewart
Policy Number: TWRD0001094575
Claim Number: 1196488

You recently submitted a claim to Texas Windstorm Insurance Association (TWIA). Please read this document carefully because it provides specific information concerning how your TWIA claim is processed.

After carefully reviewing the details of your claim, we have reached a determination. The enclosed Notice of Claim Acceptance provides important details of our determination which includes any claim payment amount.

We are here to help you through the claims process so you can recover as quickly as possible. If you have any questions or concerns, please contact us.

**Contact Options:**
TWIA's Claims Center offers you instant online access to your claim information and services, including the option to message the team handling your claim at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. If you would prefer to speak with us directly, we also have a 24-hour claims customer care line at (800) 788-8247.

**Enclosures:**

- Notice of Claim Acceptance
- If and When You Make Repairs
- If You Disagree with the Amount of Loss
- Legal Notice
- Our Estimate of Your Repairs

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Notice of Claim Acceptance

Date: August 15, 2024
Insured: Alicia Stewart
Policy Number: TWRD0001094575
Claim Number: 1196488
Loss Location(s): 1820 Market Street, Galveston, Tx 77550

Dear Alicia Stewart,

This letter is to inform you that we have accepted your dwelling and other structures claim in full. We estimate the amount of loss we will pay is $10,357.69. We are issuing a payment of $7,149.50 to you which represents the amount of loss, less depreciation.

We understand your property was damaged by wind or hail on July 08, 2024. We confirmed your policy covers the following damages:

Dwelling roof
Exterior siding
Interior water damage to garage.

Please review the enclosed estimate, which explains how we determined the amount of loss. We are mailing your check separately. It could take 7-10 business days to receive your check. We estimate an additional amount of up to $3,208.19 is available to you as recoverable depreciation when we receive documentation for the cost and completion of repairs.

**If you request the recoverable depreciation you will need to show proof you have paid your deductible.** This can be in the form of a cancelled check, money order receipt, credit card statement, or copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time. No depreciation will be released without proof of payment of your deductible.

**How we came up with your claim payment amount:**

- Your claim payment amount is based on an estimate to repair your property, minus non-recoverable depreciation, if applicable, and your deductible.
- The estimate is based on covered damages we found and any information you gave to us.
- **This is only an estimate of what it will cost to repair your property and it is possible the total cost may be different.**

**Your next steps:**

- Provide our estimate to whomever will perform the work and begin repairs.
- If you agree with the amount of loss, begin work.
- If our estimate is not enough, contact TWIA and request a supplemental payment. This must be done within 545 days of this notice.
- If additional damages are discovered while making repairs, please contact TWIA. You have one year from the date of loss to present these to TWIA.

**There are mandated timelines associated with disputing the amount of the loss we will pay. See the section titled IF YOU DISAGREE WITH THE AMOUNT OF LOSS for more details.**

**Other observed damages**

During the inspection of your property, our adjuster also noticed other damages but it's our understanding you're not making a claim for the following:

- None

If you intend to claim any of the damages listed above, or if you have other questions, please contact us at 800-788-8247. You can also visit Claims Center at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html/
from your computer or mobile device to send a message, view and upload documents and photos and access the details of your claim.

This document was sent via e-mail to:
ahsinterests@gmail.com

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247**

Sincerely,

Jacqualynn Boykin
Claims Examiner
claims@twia.org

Please visit https://research.net/s/twia to provide feedback about your claims experience. Your input is valuable and will help us improve our services.

## HOW TO REQUEST YOUR RECOVERABLE DEPRECIATION

Replacement Cost Coverage pays the amount actually and necessarily spent to repair or replace the covered damaged property. The amount of recoverable depreciation you can receive is limited to the replacement cost. To submit your request for recoverable depreciation, please send us a copy of all paid invoices, bills, receipts, and proof of deductible payment showing the amounts you've paid. We will issue the additional amounts owed no later than 40 days after receiving your documentation. Your documentation for the cost and completion of repairs must be received within 545 days of the date that you receive this notice.

## IF AND WHEN YOU MAKE REPAIRS

Whether your claim is covered or not, you may still need to make repairs to your property. Those repairs may require a Certificate of Compliance. Policyholders are responsible for costs incurred in obtaining a Certificate of Compliance.

A Certificate of Compliance confirms a structure meets the windstorm building code for the area and is an eligibility requirement for coverage with TWIA.

**To be eligible for insurance through TWIA**:

- Many structural repairs must be certified by the Texas Department of Insurance (TDI) or a Texas licensed professional engineer.
- TDI issues Certificates of Compliance (WPI-8) for repairs that are in progress. See TDI's website for more information, including a list of repairs that do not need certification: www.tdi.texas.gov/wind/index.html

  **TDI contact information**
  Phone: (800) 248-6032
  Email: windstorm@tdi.texas.gov
  Mail: TDI Windstorm Inspections Program, P.O. Box 149104, Austin, TX 78714-9104
- For other information about TWIA eligibility: www.twia.org/coverage-eligibility

## IF YOU DISAGREE WITH THE AMOUNT OF LOSS

We want you to understand our determination regarding your claim. You may request a detailed summary of how we determined the amount of loss we will pay. The amount of loss may include the cost to repair or replace covered property, business income loss, business personal property or contents, and other covered items. Please contact us at

https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. You may also call us at (800) 788-8247 or email claims@twia.org. Please include your claim number, name, and contact information on all communications.

**Appraisal**

Appraisal is a formal process to handle disputes over the amount of a covered loss. In an appraisal, you and TWIA will each hire an independent person to determine the amount of the loss payable under the policy. Please be aware you will share the costs of the appraisal process equally with TWIA.

If there are still disagreements between the two appraisers, the appraisers will submit to an umpire they choose. If the appraisers cannot agree, then the Commissioner of Insurance will choose the umpire. The final appraisal decision is binding.

**How to request appraisal**

1. **Submit a request.** Call your examiner to request appraisal, or send your request via email to TWIA at claims@twia.org or mail to PO Box 99090, Austin, TX 78709-9090, Attention: Appraisal Request.

2. **Follow deadlines for appraisal.**

    - You have 60 days from the date you receive this notice to demand appraisal on the amount of loss that TWIA will pay
    - Because you have replacement cost coverage you may still request appraisal for qualifying items up to the 545-day deadline to provide documentation of cost and completion of repairs.
    - You may request appraisal regardless of whether repairs have been completed or not.

    You may request the 60-day period to request appraisal be extended for 30 days. You'll need to file a written request with TWIA demonstrating good cause for why the period should be extended within 75 days. **If you do not request appraisal within the deadline, you waive your right to contest TWIA's determination of the amount of loss**

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

## LEGAL NOTICE

TWIA's evaluation was intended to establish the coverage available to you under your policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions or requirements of the policy or any of your rights or the rights of TWIA under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. TWIA expressly reserves all rights under the policy, at law and in equity whether or not expressly identified in this letter.

TEXAS WINDSTORM INSURANCE ASSOCIATION

Alicia Stewart
1820 Market Street
Galveston, TX 77550

# Important: Response to Your Claim Submission

Date: August 15, 2024
Insured: Alicia Stewart
Policy Number: TWRD0001094575
Claim Number: 1196488

You recently submitted a claim to Texas Windstorm Insurance Association (TWIA). Please read this document carefully because it provides specific information concerning how your TWIA claim is processed.

After carefully reviewing the details of your claim, we have reached a determination. The enclosed Notice of Claim Acceptance provides important details of our determination which includes any claim payment amount.

We are here to help you through the claims process so you can recover as quickly as possible. If you have any questions or concerns, please contact us.

**Contact Options:**
TWIA's Claims Center offers you instant online access to your claim information and services, including the option to message the team handling your claim at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. If you would prefer to speak with us directly, we also have a 24-hour claims customer care line at (800) 788-8247.

**Enclosures:**

- Notice of Claim Acceptance
- If and When You Make Repairs
- If You Disagree with the Amount of Loss
- Legal Notice
- Our Estimate of Your Repairs

TEXAS WINDSTORM INSURANCE ASSOCIATION

# Notice of Claim Acceptance

Date: August 15, 2024
Insured: Alicia Stewart
Policy Number: TWRD0001094575
Claim Number: 1196488
Loss Location(s): 1820 Market Street, Galveston, Tx 77550

Dear Alicia Stewart,

This letter is to inform you that we have accepted your dwelling and other structures claim in full. We estimate the amount of loss we will pay is $10,357.69. We are issuing a payment of $7,149.50 to you which represents the amount of loss, less depreciation.

We understand your property was damaged by wind or hail on July 08, 2024. We confirmed your policy covers the following damages:

Dwelling roof
Exterior siding
Interior water damage to garage.

Please review the enclosed estimate, which explains how we determined the amount of loss. We are mailing your check separately. It could take 7-10 business days to receive your check. We estimate an additional amount of up to $3,208.19 is available to you as recoverable depreciation when we receive documentation for the cost and completion of repairs.

**If you request the recoverable depreciation you will need to show proof you have paid your deductible.** This can be in the form of a cancelled check, money order receipt, credit card statement, or copy of an executed installment plan contract or other financing arrangement that requires full payment of the deductible over time. No depreciation will be released without proof of payment of your deductible.

**How we came up with your claim payment amount:**

- Your claim payment amount is based on an estimate to repair your property, minus non-recoverable depreciation, if applicable, and your deductible.
- The estimate is based on covered damages we found and any information you gave to us.
- **This is only an estimate of what it will cost to repair your property and it is possible the total cost may be different.**

**Your next steps:**

- Provide our estimate to whomever will perform the work and begin repairs.
- If you agree with the amount of loss, begin work.
- If our estimate is not enough, contact TWIA and request a supplemental payment. This must be done within 545 days of this notice.
- If additional damages are discovered while making repairs, please contact TWIA. You have one year from the date of loss to present these to TWIA.

**There are mandated timelines associated with disputing the amount of the loss we will pay. See the section titled IF YOU DISAGREE WITH THE AMOUNT OF LOSS for more details.**

**Other observed damages**
During the inspection of your property, our adjuster also noticed other damages but it's our understanding you're not making a claim for the following:

- None

If you intend to claim any of the damages listed above, or if you have other questions, please contact us at 800-788-8247. You can also visit Claims Center at https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html/
from your computer or mobile device to send a message, view and upload documents and photos and access the details of your claim.

This document was sent via e-mail to:
ahsinterests@gmail.com

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247**

Sincerely,

Jacqualynn Boykin
Claims Examiner
claims@twia.org

Please visit https://research.net/s/twia to provide feedback about your claims experience. Your input is valuable and will help us improve our services.

## HOW TO REQUEST YOUR RECOVERABLE DEPRECIATION

Replacement Cost Coverage pays the amount actually and necessarily spent to repair or replace the covered damaged property. The amount of recoverable depreciation you can receive is limited to the replacement cost. To submit your request for recoverable depreciation, please send us a copy of all paid invoices, bills, receipts, and proof of deductible payment showing the amounts you've paid. We will issue the additional amounts owed no later than 40 days after receiving your documentation. Your documentation for the cost and completion of repairs must be received within 545 days of the date that you receive this notice.

## IF AND WHEN YOU MAKE REPAIRS

Whether your claim is covered or not, you may still need to make repairs to your property. Those repairs may require a Certificate of Compliance. Policyholders are responsible for costs incurred in obtaining a Certificate of Compliance.

A Certificate of Compliance confirms a structure meets the windstorm building code for the area and is an eligibility requirement for coverage with TWIA.

**To be eligible for insurance through TWIA**:

- Many structural repairs must be certified by the Texas Department of Insurance (TDI) or a Texas licensed professional engineer.
- TDI issues Certificates of Compliance (WPI-8) for repairs that are in progress. See TDI's website for more information, including a list of repairs that do not need certification: www.tdi.texas.gov/wind/index.html

  **TDI contact information**
  Phone: (800) 248-6032
  Email: windstorm@tdi.texas.gov
  Mail: TDI Windstorm Inspections Program, P.O. Box 149104, Austin, TX 78714-9104
- For other information about TWIA eligibility: www.twia.org/coverage-eligibility

## IF YOU DISAGREE WITH THE AMOUNT OF LOSS

We want you to understand our determination regarding your claim. You may request a detailed summary of how we determined the amount of loss we will pay. The amount of loss may include the cost to repair or replace covered property, business income loss, business personal property or contents, and other covered items. Please contact us at

https://portal.texasfairplan.org/CustomerEngage-Account_Management/dist/html/index.html. You may also call us at (800) 788-8247 or email claims@twia.org. Please include your claim number, name, and contact information on all communications.

**Appraisal**

Appraisal is a formal process to handle disputes over the amount of a covered loss. In an appraisal, you and TWIA will each hire an independent person to determine the amount of the loss payable under the policy. Please be aware you will share the costs of the appraisal process equally with TWIA.

If there are still disagreements between the two appraisers, the appraisers will submit to an umpire they choose. If the appraisers cannot agree, then the Commissioner of Insurance will choose the umpire. The final appraisal decision is binding.

**How to request appraisal**

1. **Submit a request.** Call your examiner to request appraisal, or send your request via email to TWIA at claims@twia.org or mail to PO Box 99090, Austin, TX 78709-9090, Attention: Appraisal Request.

2. **Follow deadlines for appraisal.**

   - You have 60 days from the date you receive this notice to demand appraisal on the amount of loss that TWIA will pay
   - Because you have replacement cost coverage you may still request appraisal for qualifying items up to the 545-day deadline to provide documentation of cost and completion of repairs.
   - You may request appraisal regardless of whether repairs have been completed or not.

   You may request the 60-day period to request appraisal be extended for 30 days. You'll need to file a written request with TWIA demonstrating good cause for why the period should be extended within 75 days. **If you do not request appraisal within the deadline, you waive your right to contest TWIA's determination of the amount of loss**

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at www.tdi.texas.gov/consumer/COAST; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091, Austin, TX 78714-9091.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en www.tdi.texas.gov/consumer/COAST; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 149091 Austin, TX 78714-9091.

## LEGAL NOTICE

TWIA's evaluation was intended to establish the coverage available to you under your policy, if any, for the damage you reported. Those actions shall not in any way change, waive, invalidate, or forfeit any of the terms, conditions or requirements of the policy or any of your rights or the rights of TWIA under the policy. No express or implied waiver of rights should be inferred from this letter or our attempts to investigate the claim. TWIA expressly reserves all rights under the policy, at law and in equity whether or not expressly identified in this letter.

**Texas Windstorm Insurance Association**

**ClaimsReady™ Report**
July 9, 2024

## 1820 MARKET STREET, Galveston, TX 77550



In this 3D model, facets appear as semi-transparent to reveal overhangs.

### Report Details

Report: 60072834

**Claim Information**

ClaimNumber: 1196488
DateOfLoss: 2024-07-08

### Roof Details

Total Roof Area = 3,520 sq ft
Total Roof Facets = 15
Predominant Pitch = 6/12
Number of Stories >1
Total Ridges/Hips = 180 ft
Total Valleys = 0 ft
Total Rakes = 31 ft
Total Eaves = 357 ft

### Report Contents

Images ....................1
Length Diagram....................4
Pitch Diagram ....................5
Area Diagram ....................6
Notes Diagram ....................7
Report Summary ....................8

Contact: Texas Windstorm Insurance Association
Company: Texas Windstorm Insurance Association
Address: PO Box 99090
Austin TX 78709
Phone: 555-555-5555

Measurements provided by www.eagleview.com

Certified Accurate
www.eagleview.com/Guarantee.aspx

© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# Images

The following aerial images show different angles of this structure for your reference.





© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

North Side




South Side





© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

East Side




West Side





© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Length Diagram

Total Line Lengths:
Ridges = 9 ft
Hips = 171 ft
Valleys = 0 ft
Rakes = 31 ft
Eaves = 357 ft
Flashing = 98 ft
Step flashing = 25 ft
Parapets = 0 ft




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram contains segment lengths (rounded to the nearest whole number) over 5 feet. In some cases, segment labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Pitch Diagram

Pitch values are shown in inches per foot, and arrows indicate slope direction. The predominant pitch on this roof is 6/12.




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram contains labeled pitches for facet areas larger than 20 square feet. In some cases, pitch labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9). Blue shading indicates a pitch of 3/12 and greater. Gray shading indicates flat, 1/12 or 2/12 pitches. If present, a value of "F" indicates a flat facet (no pitch).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Area Diagram

Total Area = 3,520 sq ft, with 15 facets.




Note: This diagram shows the square feet of each roof facet (rounded to the nearest foot). The total area in square feet, at the top of this page, is based on the non-rounded values of each roof facet (rounded to the nearest square foot after being totaled).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Notes Diagram

Roof facets are labeled from smallest to largest (A to Z) for easy reference.





© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# Report Summary

Below is a measurement summary using the values presented in this report.

## All Structures

| Areas per Pitch | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Roof Pitches** | 0/12 | 1/12 | 2/12 | 3/12 | 6/12 | 8/12 | 12/12 |
| **Area (sq ft)** | 684.6 | 155.9 | 417.5 | 384.2 | 1867.2 | 5.6 | 4.3 |
| **% of Roof** | 19.4% | 4.4% | 11.9% | 10.9% | 53% | 0.2% | 0.1% |

The table above lists each pitch on this roof and the total area and percent (both rounded) of the roof with that pitch.

**Waste Calculation Table**

| **Waste %** | **0%** | **10%** | **12%** | **15%** | **17%** | **20%** | **22%** |
|---|---|---|---|---|---|---|---|
| **Area (sq ft)** | 3,520 | 3,872 | 3942.4 | 4,048 | 4118.4 | 4,224 | 4294.4 |
| **Squares** | 35.2 | 38.7 | 39.4 | 40.5 | 41.2 | 42.2 | 42.9 |

This table shows the total roof area and squares (rounded up to the nearest decimal) based upon different waste percentages. The waste factor is subject to the complexity of the roof, individual roofing techniques and your experience. Please consider this when calculating appropriate waste percentages. Note that only roof area is included in these waste calculations. Additional materials needed for ridge, hip, valley, and starter lengths are not included.

**All Structures Totals**



Total Roof Facets = 15

**Lengths, Areas and Pitches**

Ridges = 9 ft (2 Ridges)
Hips = 171 ft (10 Hips).
Valleys = 0 ft (0 Valleys)
Rakes † = 31 ft (3 Rakes)
Eaves/Starter ‡ = 357 ft (16 Eaves)
Drip Edge (Eaves + Rakes) = 388 ft (19 Lengths)
Parapet Walls = 0 (0 Lengths).
Flashing = 98 ft (6 Lengths)
Step flashing = 25 ft (3 Lengths)
Predominant Pitch = 6/12
**Total Area (All Pitches) = 3,520 sq ft**

**Property Location**

Longitude = -94.7888419
Latitude = 29.3069241

**Notes**

This was ordered as a residential property. There were no changes to the structure in the past four years.

**Measurements by Structure**

| Structure | Area (sq ft) | Ridges (ft) | Hips (ft) | Valleys (ft) | Rakes (ft) | Eaves (ft) | Flashing (ft) | Step Flashing (ft) | Parapets (ft) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2836 | 8 | 170 | 0 | 30 | 262 | 50 | 24 | 0 |
| 2 | 685 | 0 | 0 | 0 | 0 | 94 | 48 | 0 | 0 |

All values in this table are rounded up to the nearest foot for each separate structure. Measurement totals displayed elsewhere in this report are added together before rounding which may cause totals to differ.

† Rakes are defined as roof edges that are sloped (not level).
‡ Eaves are defined as roof edges that are not sloped and level.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Online Maps

Online map of property
http://maps.google.com/maps?f=g&source=s_q&hl=en&geocode=&q=1820+MARKET+STREET,Galveston,TX,77550
Directions from Texas Windstorm Insurance Association to this property
http://maps.google.com/maps?f=d&source=s_d&saddr=PO+Box+99090,Austin,TX,78709&daddr=1820+MARKET+STREET,Galveston,TX,77550

Enclosed is your ClaimsReady report. Please click the link to supplement your report with a walls report that includes areas of facets and cut-outs, line lengths, a notes diagram, and waste table calculations. Request a walls report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# Important Legal Notice and Disclaimer

## Notice and Disclaimer

No Warranty: The Copyrighted Materials are provided to you "as is," and you agree to use it at your own risk.

EagleView Technologies makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise, including but not limited to, content, quality, accuracy, completeness, effectiveness, reliability, fitness for a particular purpose, usefulness, use or results to be obtained from the Copyrighted Materials.

Contractors agree to always conduct a preliminary site survey to verify Roof Report ordered. In the event of an error in a Report, your sole remedy will be a refund of the fees paid by you to obtain this Report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

| | | | |
|---|---|---|---|
| Insured : | Alicia Stewart | Policy No. : | TWRD0001094575 |
| Property Address : | 1820 MARKET STREET, Galveston, TX 77550 | Date of Loss : | 7/8/2024 |
| | | Catastrophe No. : | |
| Mailing Address : | 1820 Market St, Galveston, TX 77550-2518 | Adj. File No. : | |
| Insured Tel. No. : | [redacted] | Loss Amount: | $30,816.74 |

Referral Date | Date Insured Contacted: 7/10/2024 | Date Loss Inspected: 7/30/2024

## Activity Report

**Totals for completed activities**

**Total Hours: 0.00** **Total Expenses: 0.00** **Total Travel: 0.00**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Alicia Stewart | Cell: | [redacted] |
| Property: | 1820 MARKET STREET<br>Galveston, TX 77550 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 1820 Market St<br>Galveston, TX 77550-2518 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196488 **Policy Number:** TWRD0001094575 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 8:00 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 7/30/2024 4:00 PM | Date Entered: | 7/17/2024 6:58 PM |
| Date Est. Completed: | 8/10/2024 8:14 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ALICIA_STEWART |

## Depreciation Summary

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| **GENERAL DEMOLITION** | **254.71** | | |
| **FENCING** | **3,614.96** | **1,050.22** | **1,050.22** |
| **FRAMING & ROUGH CARPENTRY** | **303.28** | **5.20** | |
| **PAINTING** | **1,452.84** | **108.83** | **108.83** |
| **ROOFING** | **13,515.47** | **2,467.36** | |
| **SIDING** | **8,848.04** | **735.63** | |
| **SOFFIT, FASCIA, & GUTTER** | **1,856.03** | | |
| **Total** | **29,845.33** | **4,367.24** | **1,159.05** |
| **Recoverable Depreciation** | | | **3,208.19** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Alicia Stewart | Cell: | [redacted] |
| Property: | 1820 MARKET STREET<br>Galveston, TX 77550 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 1820 Market St<br>Galveston, TX 77550-2518 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196488 **Policy Number:** TWRD0001094575 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 8:00 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 7/30/2024 4:00 PM | Date Entered: | 7/17/2024 6:58 PM |
| Date Est. Completed: | 8/10/2024 8:14 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ALICIA_STEWART |

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

# Ownership Audit

## Estimate: ALICIA_STEWART

| User | Ownership Period | Total Items | Estimate Total |
|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 to 8/10/2024 | 81 | $73,246.37 |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 to 8/10/2024 | 46 | $29,845.33 |

## Session Statistics

| User | Date | Time | Total Items | Estimate Total |
|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 | 23:08:58 to 23:14:00 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/5/2024 | 12:39:31 to 12:46:00 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 | 22:42:27 to 02:21:22 | 81 | $73,246.37 |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 | 07:25:20 to 08:14:29 | 46 | $29,845.33 |

# Estimate Audit Trail

**Estimate: ALICIA_STEWART**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| () | 7/17/2024 18:59:31 | $0.00 | $0.00 | N/A | Measurement data received from provider EAGLEVIEW.ROOF. PROVIDER |
| (ROOFBYPR) Lee Olivares | 7/17/2024 21:56:35 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 7/30/2024 00:31:38 | $0.00 | $0.00 | N/A | Estimate checked back in |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:06:15 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:14:00 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 12:46:00 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 13:32:05 | $0.00 | $0.00 | N/A | Estimate checked back in |
| (ROOFBYPR) Lee Olivares | 8/9/2024 22:42:17 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/9/2024 22:44:34 | $0.00 | $0.00 | N/A | Sketch Third Party Roof Usage |
| (ROOFBYPR) Lee Olivares | 8/9/2024 22:58:56 | $0.00 | $775.23 | N/A | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:02:57 | $775.23 | $775.23 | 0.0 | Other Structures Deductible changed from 0 to 2500 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:12 | $775.23 | $775.23 | 0.0 | 1A: Other Structures Deductible changed from 2500 to 2500 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:36 | $775.23 | $775.23 | 0.0 | Tax jurisdiction set to 8. 25% |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:36 | $775.23 | $775.23 | 0.0 | Price list changed from TXGA8X_JUL24 to TXGA8X_AUG24 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:39 | $775.23 | $775.23 | 0.0 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:39 | $775.23 | $775.23 | 0.0 | Estimate re-priced (1 items changed) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:53 | $775.23 | $775.23 | 0.0 | Overhead changed from 1 to 1 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:53 | $775.23 | $775.23 | 0.0 | Overhead changed from 10 to 10 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:55 | $775.23 | $775.23 | 0.0 | Profit changed from 1 to 1 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:55 | $775.23 | $775.23 | 0.0 | Profit changed from 10 to 10 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:04:04 | $775.23 | $775.23 | 0.0 | Maximum depreciation changed from 100 to 75 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:12:35 | $775.23 | $1,550.46 | +100.0 | Estimate total change(s) |

# Estimate Audit Trail

**Estimate: ALICIA_STEWART**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:14:31 | $1,550.46 | $10,208.11 | +558.4 | TWIA_LAM_ROOF_ 2024 (Personal) Macro used (13 items added) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:24:51 | $10,208.11 | $15,854.34 | +55.3 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:25:33 | $15,854.34 | $16,958.82 | +7.0 | 1 item(s) pasted from estimate SCOPE_ SHEET owned by |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:25:45 | $16,958.82 | $12,180.61 | -28.2 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:25:52 | $12,180.61 | $13,111.97 | +7.6 | 2 item(s) pasted from estimate ALICIA_ STEWART owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:34:40 | $13,111.97 | $13,880.80 | +5.9 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:43:56 | $13,880.80 | $22,024.00 | +58.7 | 15 item(s) pasted from estimate DAVID_ SIDING owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:56:15 | $22,024.00 | $27,255.72 | +23.8 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:56:40 | $27,255.72 | $40,559.81 | +48.8 | 14 item(s) pasted from estimate ALICIA_ STEWART owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:05:42 | $40,559.81 | $40,816.21 | +0.6 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:07:12 | $40,816.21 | $53,355.06 | +30.7 | 14 item(s) pasted from estimate ALICIA_ STEWART owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:15:04 | $53,355.06 | $51,988.96 | -2.6 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:15:47 | $51,988.96 | $56,109.37 | +7.9 | 3 item(s) pasted from estimate ALICIA_ STEWART owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:19:14 | $56,109.37 | $54,740.84 | -2.4 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:25:06 | $54,740.84 | $65,861.24 | +20.3 | 13 item(s) pasted from estimate ALICIA_ STEWART owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:33:06 | $65,861.24 | $60,195.91 | -8.6 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:38:50 | $60,195.91 | $60,335.78 | +0.2 | 4 item(s) pasted from estimate SCOPE_ SHEET owned by |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:42:11 | $60,335.78 | $60,336.20 | 0.0 | 1 item(s) pasted from estimate SCOPE_ SHEET owned by |

# Estimate Audit Trail

**Estimate: ALICIA_STEWART**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:50:36 | $60,336.20 | $71,731.06 | +18.9 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:50:36 | $71,731.06 | $71,731.06 | 0.0 | Estimate re-priced (45 items changed) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:18:20 | $71,731.06 | $73,246.37 | +2.1 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:18:21 | $73,246.37 | $73,246.37 | 0.0 | Estimate re-priced (48 items changed) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:19:02 | $73,246.37 | $73,246.37 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:19:04 | $73,246.37 | $73,246.37 | 0.0 | Estimate set to not complete |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:19:04 | $73,246.37 | $73,246.37 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:19:27 | $73,246.37 | $73,246.37 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:21:22 | $73,246.37 | $70,345.28 | -4.0 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:21:22 | $70,345.28 | $73,246.37 | +4.1 | Estimate set to complete |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:25:09 | $73,246.37 | $70,345.28 | -4.0 | Estimate moves to Desktop |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:28:00 | $70,345.28 | $73,246.37 | +4.1 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:28:00 | $73,246.37 | $73,246.37 | 0.0 | Estimate re-priced (48 items changed) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:28:10 | $73,246.37 | $73,246.37 | 0.0 | Overhead changed from 0 to 0 |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:28:11 | $73,246.37 | $73,246.37 | 0.0 | Profit changed from 0 to 0 |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:48:04 | $73,246.37 | $60,080.29 | -18.0 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:48:08 | $60,080.29 | $61,059.99 | +1.6 | 2 item(s) pasted from estimate ALICIA_ STEWART owned by |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:48:23 | $61,059.99 | $61,485.83 | +0.7 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:49:50 | $61,485.83 | $62,368.17 | +1.4 | 3 item(s) pasted from estimate ALICIA_ STEWART owned by DAVIDRJM |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:50:02 | $62,368.17 | $48,852.18 | -21.7 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:53:06 | $48,852.18 | $49,734.52 | +1.8 | 3 item(s) pasted from estimate ALICIA_ STEWART owned by DAVIDRJM |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:53:23 | $49,734.52 | $50,257.72 | +1.1 | 1 item(s) pasted from estimate ALICIA_ STEWART owned by |

# Estimate Audit Trail

**Estimate: ALICIA_STEWART**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (DAVIDRJM) David DeVilbiss | 8/10/2024 08:12:09 | $50,257.72 | $29,845.33 | -40.6 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 08:14:22 | $29,845.33 | $29,845.33 | 0.0 | Estimate save (changes made) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 08:14:29 | $29,845.33 | $10,357.69 | -65.3 | Estimate moves to XA |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 08:14:29 | $10,357.69 | $29,845.33 | +188.1 | Estimate set to complete |

**Audit Summary Report**

10-Aug-2024 07:15:47 AM

| | | | |
|---|---|---|---|
| Insured: | Alicia Stewart | Home: | [redacted] |
| Property: | 1820 MARKET STREET<br>Galveston, TX 77550 | Business: | |
| Home: | 1820 Market St<br>Galveston, TX 77550-2518 | | |
| Estimator: | DAVIDRJM | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1196488 | TWRD0001094575 | WIND | 0 |

Date of Loss: 07-Jul-2024 Date Received: 08-Jul-2024
Date Inspected: 30-Jul-2024 Date Entered: 17-Jul-2024

Price List: TXGA8X_JUL24
Estimate: ALICIA_STEWART

Current Audit Report - 10-Aug-2024 07:15:47 AM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

Previous Audit Report - 10-Aug-2024 01:23:11 AM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

Audit Report Summary - 10-Aug-2024 07:15:47 AM

**Inspection Audit Findings**
No results found.

TWIA 003747

**Inspection Audit Adjustments**

| Room/Area | Audit Rule(s) | Items in Question | Original Act/Qty | Adjusted Act/Qty | Original Total | Adjusted Total | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Alicia Stewart | Cell: | [redacted] |
| Property: | 1820 MARKET STREET<br>Galveston, TX 77550 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 1820 Market St<br>Galveston, TX 77550-2518 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196488 **Policy Number:** TWRD0001094575 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 8:00 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 7/30/2024 4:00 PM | Date Entered: | 7/17/2024 6:58 PM |
| Date Est. Completed: | 8/10/2024 8:14 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ALICIA_STEWART |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**ALICIA_STEWART**

**Risk**

**Dwelling**




### Dwelling Main Roof

| | | | |
|---|---|---|---|
| 1867.18 | Surface Area | 18.67 | Number of Squares |
| 116.48 | Total Hip Length | 4.18 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 18.67 SQ | 65.32 | 0.00 | 1,219.52 | (0.00) | 1,219.52 |
| 2. R&R Drip edge | 164.00 LF | 3.08 | 15.69 | 520.81 | (86.97) | 433.84 |
| 3. Asphalt starter - universal starter course | 164.00 LF | 1.89 | 7.58 | 317.54 | (68.88) | 248.66 |
| 4. Roofing felt - 15 lb. | 18.67 SQ | 32.32 | 12.51 | 615.92 | (113.70) | 502.22 |
| 5. Laminated - comp. shingle rfg. - w/out felt | 19.67 SQ | 254.31 | 225.68 | 5,227.96 | (1,458.94) | 3,769.02 |
| Auto Calculated Waste: 5.3%, 1.00SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8", Bundle Rounding: 0.1%, 0.01SQ - (included in waste calculation above) | | | | | | |
| 6. R&R Hip / Ridge cap - Standard profile - composition shingles | 120.66 LF | 8.38 | 29.56 | 1,040.69 | (191.13) | 849.56 |
| 7. R&R Flashing - pipe jack - lead | 1.00 EA | 88.60 | 4.10 | 92.70 | (22.73) | 69.97 |
| 8. Detach & Reset Roof mount power attic vent | 1.00 EA | 161.33 | 0.00 | 161.33 | (0.00) | 161.33 |
| 9. Remove Additional charge for high roof (2 stories or greater) | 18.67 SQ | 6.32 | 0.00 | 117.99 | (0.00) | 117.99 |
| 10. Additional charge for high roof (2 stories or greater) | 18.67 SQ | 18.82 | 0.00 | 351.37 | (0.00) | 351.37 |
| 11. Gutter / downspout - Detach & reset | 284.00 LF | 5.17 | 0.00 | 1,468.28 | (0.00) | 1,468.28 |
| **Totals: Dwelling Main Roof** | | | **295.12** | **11,134.11** | **1,942.35** | **9,191.76** |




### Master Bedroom Roof

| | | | |
|---|---|---|---|
| 811.62 | Surface Area | 8.12 | Number of Squares |
| 54.60 | Total Hip Length | 3.92 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 12. Remove Laminated - comp. shingle rfg (per SHINGLE) | 9.00 EA | 6.58 | 0.00 | 59.22 | (0.00) | 59.22 |
| 13. Laminated - comp. shingle rfg (per SHINGLE) | 9.00 EA | 16.14 | 2.26 | 147.52 | (3.66) | 143.86 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

### CONTINUED - Master Bedroom Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| The roof waste % is not available. The calculation contains values that may result in an inaccurate waste %. | | | | | | |
| 14. R&R Hip / Ridge cap - High profile - composition shingles | 5.00 LF | 9.80 | 1.81 | 50.81 | (2.93) | 47.88 |
| **Totals: Master Bedroom Roof** | | | **4.07** | **257.55** | **6.59** | **250.96** |

### Flat Roof




155.86 Surface Area

1.56 Number of Squares

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 15. R&R Modified bitumen roof | 1.56 SQ | 452.43 | 18.48 | 724.27 | (89.59) | 634.68 |
| 16. R&R Bitumen roof - Add. base sheet - self-adhering | 1.56 SQ | 134.08 | 9.87 | 219.03 | (31.91) | 187.12 |
| 17. R&R Drip edge/gutter apron | 40.00 LF | 3.19 | 4.19 | 131.79 | (11.61) | 120.18 |
| 18. Gutter / downspout - Detach & reset | 75.00 LF | 5.17 | 0.00 | 387.75 | (0.00) | 387.75 |
| **Totals: Flat Roof** | | | **32.54** | **1,462.84** | **133.11** | **1,329.73** |

## Exterior

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 19. R&R Siding - vinyl | 96.00 SF | 5.45 | 16.87 | 540.07 | (57.25) | 482.82 |
| 20. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 21. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Front Elevation** | | | **32.34** | **1,437.88** | **109.75** | **1,328.13** |

### Right Elevation

TWIA 003752

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 22. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 23. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Right Elevation** | | | **15.47** | **897.81** | **52.50** | **845.31** |

**Left Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 24. R&R Siding - vinyl | 120.00 SF | 5.45 | 21.09 | 675.09 | (71.57) | 603.52 |
| 25. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 26. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Left Elevation** | | | **36.56** | **1,572.90** | **124.07** | **1,448.83** |
| **Total: Exterior** | | | **84.37** | **3,908.59** | **286.32** | **3,622.27** |
| **Total: Dwelling** | | | **416.10** | **16,763.09** | **2,368.37** | **14,394.72** |
| **Total: Risk** | | | **416.10** | **16,763.09** | **2,368.37** | **14,394.72** |

**Other Structures**

**Detach Garage**




**Detach Garage Roof**

684.63 Surface Area    6.85 Number of Squares

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 27. R&R Modified bitumen roof - hot mopped | 5.28 SQ | 483.95 | 73.96 | 2,629.21 | (358.60) | 2,270.61 |
| 28. R&R Drip edge/gutter apron | 92.00 LF | 3.19 | 9.64 | 303.12 | (26.71) | 276.41 |
| **Totals: Detach Garage Roof** | | | **83.60** | **2,932.33** | **385.31** | **2,547.02** |

**Exterior**

TWIA 003753

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 29. R&R House wrap (air/moisture barrier) | 657.00 SF | 0.45 | 10.30 | 305.95 | (11.65) | 294.30 |
| 30. R&R Siding - vinyl | 657.00 SF | 5.45 | 115.45 | 3,696.10 | (391.83) | 3,304.27 |
| 31. R&R Custom bent aluminum (PER LF) | 44.00 LF | 26.08 | 13.50 | 1,161.02 | (45.83) | 1,115.19 |
| **Totals: Exterior** | | | **139.25** | **5,163.07** | **449.31** | **4,713.76** |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 32. R&R Sheathing - OSB - 1/2" | 120.00 SF | 2.46 | 6.44 | 301.64 | (5.20) | 296.44 |
| **Totals: Interior** | | | **6.44** | **301.64** | **5.20** | **296.44** |
| **Total: Detach Garage** | | | **229.29** | **8,397.04** | **839.82** | **7,557.22** |

### Fencing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 33. Seal & paint - wood fence/gate | 768.00 SF | 1.44 | 20.91 | 1,126.83 | <101.38> | 1,025.45 |
| 34. Paint/finish - fence post - wood | 14.00 EA | 24.78 | 1.54 | 348.46 | <7.45> | 341.01 |
| 35. R&R Post - wood - 4" x 4" treated lumber | 14.00 EA | 73.39 | 28.90 | 1,056.36 | <175.14> | 881.22 |
| 36. Vinyl fence panel - Detach & reset - per panel / section | 12.00 EA | 49.86 | 0.00 | 598.32 | <0.00> | 598.32 |
| 37. R&R Wood fence slat 5' - 6' high - treated | 24.00 EA | 7.01 | 6.18 | 174.42 | <37.44> | 136.98 |
| 38. R&R Electric gate opener | 1.00 EA | 1,820.94 | 115.17 | 1,936.11 | <837.64> | 1,098.47 |
| **Totals: Fencing** | | | **172.70** | **5,240.50** | **1,159.05** | **4,081.45** |

### Debris Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 39. Single axle dump truck - per load - including dump fees | 1.00 EA | 254.71 | 0.00 | 254.71 | (0.00) | 254.71 |
| **Totals: Debris Removal** | | | **0.00** | **254.71** | **0.00** | **254.71** |
| **Total: Other Structures** | | | **401.99** | **13,892.25** | **1,998.87** | **11,893.38** |

**Labor Minimums Applied**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 40. Framing labor minimum | 1.00 EA | 8.08 | 0.00 | 8.08 | (0.00) | 8.08 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **8.08** | **0.00** | **8.08** |
| **Line Item Totals: ALICIA_STEWART** | | | **818.09** | **30,663.42** | **4,367.24** | **26,296.18** |

| Additional Charges | Charge |
|---|---|
| Permit | 83.82 |
| Permit | 69.50 |
| **Additional Charges Total** | **$153.32** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 3,902.12 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 3,519.29 | Surface Area | 35.19 | Number of Squares | 0.00 | Total Perimeter Length |
| 8.10 | Total Ridge Length | 171.09 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| 1A: Structure | 16,763.09 | 54.67% | 14,478.54 | 54.74% |
| 1A: Other Structures | 13,900.33 | 45.33% | 11,970.96 | 45.26% |
| 1B: Personal Property | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 30,663.42 | 100.00% | 26,449.50 | 100.00% |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 16,346.99 |
| Permit | 83.82 |
| Material Sales Tax | 416.10 |
| **Replacement Cost Value** | **$16,846.91** |
| Less Depreciation | (2,368.37) |
| **Actual Cash Value** | **$14,478.54** |
| Less Deductible | (14,478.54) |
| **Net Claim** | **$0.00** |
| Total Recoverable Depreciation | 2,368.37 |
| **Net Claim if Depreciation is Recovered** | **$2,368.37** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Other Structures

| | | |
|---|---|---|
| Line Item Total | | 13,498.34 |
| Permit | | 69.50 |
| Material Sales Tax | | 401.99 |
| **Replacement Cost Value** | | **$13,969.83** |
| Less Depreciation | | (1,998.87) |
| **Actual Cash Value** | | **$11,970.96** |
| Less Deductible | | (4,821.46) |
| **Net Claim** | | **$7,149.50** |
| Total Depreciation | 1,998.87 | |
| Less Non-Recoverable Depreciation | <1,159.05> | |
| Total Recoverable Depreciation | | 839.82 |
| **Net Claim if Depreciation is Recovered** | | **$7,989.32** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes

| | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | 818.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **818.09** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: ALICIA_STEWART**

**Area: Risk**

**Area: Dwelling**

| | | | |
|---|---|---|---|
| **Dwelling Main Roof** | | **10,838.99** | **36.32%** |
| Coverage: 1A: Structure | 100.00% = | 10,838.99 | |
| **Master Bedroom Roof** | | **253.48** | **0.85%** |
| Coverage: 1A: Structure | 100.00% = | 253.48 | |
| **Flat Roof** | | **1,430.30** | **4.79%** |
| Coverage: 1A: Structure | 100.00% = | 1,430.30 | |

**Area: Exterior**

| | | | |
|---|---|---|---|
| **Front Elevation** | | **1,405.54** | **4.71%** |
| Coverage: 1A: Structure | 100.00% = | 1,405.54 | |
| **Right Elevation** | | **882.34** | **2.96%** |
| Coverage: 1A: Structure | 100.00% = | 882.34 | |
| **Left Elevation** | | **1,536.34** | **5.15%** |
| Coverage: 1A: Structure | 100.00% = | 1,536.34 | |
| **Area Subtotal: Exterior** | | **3,824.22** | **12.81%** |
| Coverage: 1A: Structure | 100.00% = | 3,824.22 | |
| **Area Subtotal: Dwelling** | | **16,346.99** | **54.77%** |
| Coverage: 1A: Structure | 100.00% = | 16,346.99 | |
| **Area Subtotal: Risk** | | **16,346.99** | **54.77%** |
| Coverage: 1A: Structure | 100.00% = | 16,346.99 | |

**Area: Other Structures**

**Area: Detach Garage**

| | | | |
|---|---|---|---|
| **Detach Garage Roof** | | **2,848.73** | **9.54%** |
| Coverage: 1A: Other Structures | 100.00% = | 2,848.73 | |
| **Exterior** | | **5,023.82** | **16.83%** |
| Coverage: 1A: Other Structures | 100.00% = | 5,023.82 | |
| **Interior** | | **295.20** | **0.99%** |
| Coverage: 1A: Other Structures | 100.00% = | 295.20 | |
| **Area Subtotal: Detach Garage** | | **8,167.75** | **27.37%** |
| Coverage: 1A: Other Structures | 100.00% = | 8,167.75 | |
| **Fencing** | | **5,067.80** | **16.98%** |
| Coverage: 1A: Other Structures | 100.00% = | 5,067.80 | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| **Debris Removal** | | **254.71** | **0.85%** |
| Coverage: 1A: Other Structures | 100.00% = | 254.71 | |
| **Area Subtotal: Other Structures** | | **13,490.26** | **45.20%** |
| Coverage: 1A: Other Structures | 100.00% = | 13,490.26 | |
| **Labor Minimums Applied** | | **8.08** | **0.03%** |
| Coverage: 1A: Other Structures | 100.00% = | 8.08 | |
| **Subtotal of Areas** | | **29,845.33** | **100.00%** |
| Coverage: 1A: Structure | 54.77% = | 16,346.99 | |
| Coverage: 1A: Other Structures | 45.23% = | 13,498.34 | |
| **Total** | | **29,845.33** | **100.00%** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **GENERAL DEMOLITION** | | | **254.71** | | **254.71** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 254.71 | | |
| **FENCING** | | | **3,614.96** | **1,050.22** | **2,564.74** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 3,614.96 | | |
| **FRAMING & ROUGH CARPENTRY** | | | **303.28** | **5.20** | **298.08** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 303.28 | | |
| **PAINTING** | | | **1,452.84** | **108.83** | **1,344.01** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 1,452.84 | | |
| **ROOFING** | | | **13,515.47** | **2,467.36** | **11,048.11** |
| Coverage: 1A: Structure | @ | 78.92% = | 10,666.74 | | |
| Coverage: 1A: Other Structures | @ | 21.08% = | 2,848.73 | | |
| **SIDING** | | | **8,848.04** | **735.63** | **8,112.41** |
| Coverage: 1A: Structure | @ | 43.22% = | 3,824.22 | | |
| Coverage: 1A: Other Structures | @ | 56.78% = | 5,023.82 | | |
| **SOFFIT, FASCIA, & GUTTER** | | | **1,856.03** | | **1,856.03** |
| Coverage: 1A: Structure | @ | 100.00% = | 1,856.03 | | |
| **Subtotal** | | | **29,845.33** | **4,367.24** | **25,478.09** |
| **Permits and Fees** | | | **153.32** | | **153.32** |
| Coverage: 1A: Structure | @ | 54.67% = | 83.82 | | |
| Coverage: 1A: Other Structures | @ | 45.33% = | 69.50 | | |
| **Material Sales Tax** | | | **818.09** | | **818.09** |
| Coverage: 1A: Structure | @ | 50.86% = | 416.10 | | |
| Coverage: 1A: Other Structures | @ | 49.14% = | 401.99 | | |
| **Total** | | | **30,816.74** | **4,367.24** | **26,449.50** |

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

# LOSS REPORT

**Final**

| | | | |
|---|---|---|---|
| Reference: | Leading Edge Claims Service<br>360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | Report #: | 1 |
| | | Catastrophe Number: | |
| | | Policy Number: | TWRD0001094575 |
| Attention: | Claim Examiner | Claim Number: | 1196488 |
| Insured: | Alicia Stewart<br>1820 MARKET STREET<br>Galveston, TX 77550 | Date of Loss: | 7/8/2024 |
| | | Type of Loss: | Wind Damage |
| | | File Number: | |

**ENCLOSURES:**

Estimate, Statement of Loss, Bill for Services, Photos (283), Diagrams

**COVERAGE:**

| | | | | |
|---|---|---|---|---|
| 1A: Structure | $386,000.00 | Eff. Dates: | From: 3/2/2024 | To: 3/2/2025 |
| 1A: Other Structures | $38,600.00 | Mortgagee: | | |
| | | Deductible: | $19,300.00 | |
| 1B: Personal Property | $50,000.00 | Co-Ins. Policy: | Yes ☐ | No ☑ |
| | | Forms: | | |

**GENERAL LOSS REPORT**

INITIAL CONTACT

Who called the insured? Lee Olivares

Method of contact? Phone

Person spoken with on initial contact Alicia Stewart

Inspection Details: Completed inspection at the scheduled time with Alicia Stewart

Mailing address: 1820 Market St, Galveston, TX 77550-2518

Damages Reported: Wind damage to roof. Wind damage to siding on the front elevation, right elevation, and left elevation. Wind damage to detach garage and fencing.

Insured has email? ahsinterests@gmail.com

Language Interpreter needed? No

INSPECTION

Discussed claim damages, reviewed items on FNOL: SIDING AND SHINGLES

Confirmed DOL with insured of: 7/8/2024

Reviewed prior claims: None provided in Xactanalysis
Reviewed Underwriting Report: None provided in Xactanalysis
Reviewed WPI-8: 2182197 / Certified March 5, 2020 partial reroof.

COVERAGE A (DWELLING AND OTHER STRUCTURES)

Roof
Age / Material / Layers / Reparability / Decking: 16 years / 30 year architectural /1 / No / 1/2 CDX

TWIA 003762
Front slope: Roof inspection 3 wind damaged shingles due to high winds and flying debris.
Right slope: Roof inspection 5 wind damaged shingles due to high winds and flying debris.
Rear slope: Roof inspection. 10 wind damaged shingles due to high winds and flying debris.
Left slope: Roof inspection 1 wind damaged shingles due to high winds and flying debris.

Inspection revealed scattered damage consistent with wind to all directional slopes of the shingled roof surface. Due to the age and condition of the roof, it is not repairable. For these reasons, spot repairs are not likely to be successful and replacement of the shingled roof is recommended.

Separate roof on the rear of the dwelling can be repaired.
Flat roof showing damage from wind-blown debris to be replaced.

Soft metals and other roof elements: No visible damage consistent with wind.

Exterior
Siding / Age / Material: Vinyl siding with metal siding and fanfold underneath it / 20 yrs

The vinyl siding appears to be wavey in many areas. These inconsistencies are most likely due to the vinyl being installed over aluminum installed over wood, and not damaged due to wind or hail.

There are several areas of the siding that are loose, and some areas show damage from what could be wind-blown debris. An allowance for repair has been included in the attached IA estimate for these areas.

Several pieces of outside corner are loose that could be from high wind. An allowance for repair has been included in the attached IA estimate for these outside corner trims.

Front elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris.

Right elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris.

Rear elevation: No visible damage consistent with wind.

Left elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris.
Interior
Interior inspection: Yes

Does the property appear vacant? No

Attic inspected: No access

List damages by room: No damage consistent with storm.

Other Structures:
Detached garage:
High winds caused impact damage to modified bitumen.

High winds caused exterior damage to the siding. Many pieces of siding are damaged from flying debris, other pieces have blown loose and are missing. Wind damage found to overhead door opening wraps.

Fence: Left run sustained wind damage to fencing and gate opener. Most of the fence can be detached and reset with damaged slats replaced, then refinish entire fence. Fence is solely owned by the insured.

COVERAGE B (PERSONAL PROPERTY): None claimed or observed at the time of inspection.

Estimate Summary

Depreciation (and basis for that depreciation): Depreciation on this claim is set based on age and condition using Xactimate's depreciation tool. Dwelling roof at 16 years per discussion with Insured and visible condition at the time of inspection.

Overhead and profit were not added. Not warranted for limited scope of work.

Salvage? No salvage opportunities were observed as the damaged items hold no value.
Subrogation? No Subrogation opportunity was observed as the damages are weather related.

Coverage Summary
Reported date of Loss: 7/8/2024

DOL consistent with weather data? – Yes, the Benchmark report does show wind gusts with 80+ wind gusts at location on the reported DOL.

Cause of Loss: Wind

Policy in Force? Yes, 3/2/2024 - 3/2/2025

Damages Accepted:
Wind damage to the Dwelling roof.
Wind damaged siding on the front, right, and left elevations. To be repaired. Wind damage to roof, exterior siding, and interior water staining of detached garage.

Damages NOT Accepted:
None

Damages observed, but NOT claimed:
None

Attorney/Public Adjuster involvement? None at the time of this report.

Contractor involvement? None at the time of this report.

Closing conversation with the insured: After my inspection, I spoke to the Insured, explained the scope of damages observed, and advised that TWIA retains all authority on the claim and would contact them soon.

Closing Notes
Underwriting Risk Referral attached? None
Pending or unresolved exposures: None

**STATEMENT OF LOSS:**

| Item | RCV | Dep | ACV | Limit |
|---|---|---|---|---|
| 1A: Structure | $16,846.91 | $2,368.37 | $14,478.54 | $2,368.37 |
| 1A: Other Structures | $13,969.83 | $1,998.87 | $11,970.96 | $7,989.32 |
| 1B: Personal Property | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $30,816.74 | $4,367.24 | $26,449.50 | |

| | |
|---|---|
| Deductible | 19,300.00 |
| Less Prior Payments | $0.00 |
| Claim Payable | $10,357.69 |
| Due Insured | **$10,357.69** |
| Recoverable Depreciation Totals: | $3,208.19 |
| Non-Recoverable Depreciation Totals: | $1,159.05 |
| Net Claim Without Rec. Depreciation: | $7,149.50 |

**RECOMMENDATIONS:**

I recommend payment to Insured in the ACV amount of $7,149.50.

8/10/2024

TWIA Claims Examiner Date

LE
LEADING EDGE
LEADING THE WAY IN TIMES OF CRISIS!

360 S. Nolen Dr. Suite 100
Southlake, TX 76092

Tax ID: 26-0317491

**Claim Number: 1196488**
Policy Number: TWRD0001094575
Date of Loss: July 8, 2024

Invoice Number: 158047
Adjuster: Lee Roland Olivares
Invoice Date: August 10, 2024

Invoice To: Texas Windstorm Insurance Assoc.
4801 Southwest Parkway
Austin, TX 78735
Attention:

Insured: Alicia Stewart
1820 Market St
Galveston, TX 77550

Office: TWIA - HURRICANE

Location: 1820 Market Street
Galveston, TX 77550
Gross Loss: $30,816.74

| | | |
|---|---|---|
| Adjuster Fees | | |
| Tier Billing | $25,000.01 - $50,000.00 | $1,500.00 |
| Adjuster Expenses | | |
| Adjuster Fuel Fee | 1.00 each @ $25.00 | $25.00 |
| Adjuster Equipment Fee | 1.00 each @ $25.00 | $25.00 |

| | | |
|---|---|---|
| Sub Total | | $1,550.00 |
| Tax | | $0.00 |
| **Grand Total** | **Invoice Number: 158047** | **$1,550.00** |

We appreciate your business and thank you for your Partnership!

LE

LEADING EDGE

*LEADING THE WAY IN TIMES OF CRISIS!*

360 S. Nolen Dr. Suite 100
Southlake, TX 76092

Tax ID: 26-0317491

**Claim Number: 1196488**
Policy Number: TWRD0001094575
Date of Loss: July 8, 2024

Invoice Number: 158047
Adjuster: Lee Roland Olivares
Invoice Date: August 10, 2024

| | |
|---|---|
| Invoice To: | Texas Windstorm Insurance Assoc.<br>4801 Southwest Parkway<br>Austin, TX 78735<br>Attention: |
| Office: | TWIA - HURRICANE |

| | |
|---|---|
| Insured: | Alicia Stewart<br>1820 Market St<br>Galveston, TX 77550 |
| Location: | 1820 Market Street<br>Galveston, TX 77550<br>Gross Loss: $30,816.74 |

| | | |
|---|---|---|
| Adjuster Fees | | |
| Tier Billing | $25,000.01 - $50,000.00 | $1,500.00 |
| Adjuster Expenses | | |
| Adjuster Fuel Fee | 1.00 each @ $25.00 | $25.00 |
| Adjuster Equipment Fee | 1.00 each @ $25.00 | $25.00 |

| | | |
|---|---|---|
| Sub Total | | $1,550.00 |
| Tax | | $0.00 |
| **Grand Total** | **Invoice Number: 158047** | **$1,550.00** |

We appreciate your business and thank you for your Partnership!

# LOSS RECAP

| | | | |
|---|---|---|---|
| Insured: | Alicia Stewart | Policy No. : | TWRD0001094575 |
| Property Address : | 1820 MARKET STREET, Galveston, TX 77550 | Date of Loss : | 7/8/2024 |
| Mailing Address : | 1820 Market St, Galveston, TX 77550-2518 | Catastrophe No. : | |
| Insured Tel. No. : | [redacted] | Adj. File No. : | |
| Adjusting Company : | | Adj. No. : | |
| Adj. Address : | | Adj. Phone No. : | (800) 788-8247 |

Date Loss Assigned: 7/8/2024 01:00 Date Insured Contacted: 7/10/2024 20:00 Date Loss Inspected: 7/30/2024 16:00

| | Replacement Cost Loss | Recov. Depr. | Non-recov. Deprec. | ACV Loss | Deductible Applied | Insur. Carried Req. % | ACV Claim | Potential Suppl. Claim | RC Claim | Valuation RCV | Valuation ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A: Structure | 16,846.91 | 2,368.37 | 0.00 | 14,478.54 | 14,478.54 | 100 \| 100 | 0.00 | 2,368.37 | 2,368.37 | 0.00 | 0.00 |
| 1A: Other Structures | 13,969.83 | 839.82 | 1,159.05 | 11,970.96 | 4,821.46 | 100 \| 100 | 7,149.50 | 839.82 | 7,989.32 | 0.00 | 0.00 |
| 1B: Personal Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTALS** | **$30,816.74** | **$3,208.19** | **$1,159.05** | **$26,449.50** | **$19,300.00** | | **$7,149.50** | **$3,208.19** | **$10,357.69** | | |

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling - 1-Risk**

Date Taken:

Taken By: Lee Olivares

1820 MARKET STREET




**Risk/Dwelling - 2-Risk**

Date Taken:

Taken By: Lee Olivares

Verification.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 3-Roof**

Date Taken:

Taken By: Lee Olivares

Single Layer-Drip edge/gutter apron



**Risk/Dwelling/Dwelling Main Roof - 4-Roof**

Date Taken:

Taken By: Lee Olivares

Gutter over installed over drip edge

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Dwelling Main Roof - 5-Roof**

Date Taken:

Taken By: Lee Olivares

6/12 pitch



**Risk/Dwelling/Dwelling Main Roof - 6-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 7-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 8-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 9-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 10-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 11-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 12-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 13-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection.




**Risk/Dwelling/Dwelling Main Roof - 14-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection. 3 wind damaged shingles.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 15-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Dwelling Main Roof - 16-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope- 30-year laminate shingles- visible direct wind damages.

TWIA 003776

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 17-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Dwelling Main Roof - 18-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.


TWIA_STEWART_CLAIM FILE_000278

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 19-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 20-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575




**Risk/Dwelling/Dwelling Main Roof - 21-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 5 wind damaged shingles.



**Risk/Dwelling/Dwelling Main Roof - 22-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 23-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.



**Risk/Dwelling/Dwelling Main Roof - 24-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 25-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.



**Risk/Dwelling/Dwelling Main Roof - 26-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 27-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 28-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575




**Risk/Dwelling/Dwelling Main Roof - 29-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection. 10 wind damaged shingles.



**Risk/Dwelling/Dwelling Main Roof - 30-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- Impact damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 31-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- Impact damage.



**Risk/Dwelling/Dwelling Main Roof - 32-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 33-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 34-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 35-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Dwelling Main Roof - 36-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 37-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.



**Risk/Dwelling/Dwelling Main Roof - 38-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 1 wind damaged shingles.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 39-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Dwelling Main Roof - 40-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 41-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.



**Risk/Dwelling/Dwelling Main Roof - 42-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 43-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.



**Risk/Dwelling/Dwelling Main Roof - 44-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Dwelling Main Roof - 45-Roof**

Date Taken:

Taken By: Lee Olivares

Accessories.




**Risk/Dwelling/Master Bedroom Roof - 46-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 47-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 48-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 49-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 50-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.

TWIA 003793

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 51-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 52-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.


TWIA_STEWART_CLAIM FILE_000295

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 53-Roof**

Date Taken:

Taken By: Lee Olivares

Front Slope- no visible direct wind damages.



**Risk/Dwelling/Master Bedroom Roof - 54-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Master Bedroom Roof - 55-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 1 wind damaged shingles.



**Risk/Dwelling/Master Bedroom Roof - 56-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- impact damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Master Bedroom Roof - 57-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.




**Risk/Dwelling/Master Bedroom Roof - 58-Roof**

Date Taken:

Taken By: Lee Olivares

Rear Slope- no visible direct wind damages.

TWIA 003797

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 59-Roof**

Date Taken:

Taken By: Lee Olivares

Rear Slope- no visible direct wind damages.



**Risk/Dwelling/Master Bedroom Roof - 60-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.


TWIA_STEWART_CLAIM FILE_000299

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Master Bedroom Roof - 61-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 8 wind damaged shingles.



**Risk/Dwelling/Master Bedroom Roof - 62-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 63-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 64-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Master Bedroom Roof - 65-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 66-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.