# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Fencing - 257-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.




**Other Structures/Fencing - 258-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Fencing - 259-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.




**Other Structures/Fencing - 260-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Fencing - 261-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 262-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 263-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.




**Other Structures/Fencing - 264-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 265-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 266-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Fencing - 267-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 268-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

TWIA 003907

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 269-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 270-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



TWIA_STEWART_CLAIM FILE_000409

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 271-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 272-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 273-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Fencing - 274-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 275-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Fencing - 276-Fencing**

Date Taken:

Taken By: Lee Olivares

Gate opener broke damaged during storm.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 277-Fencing**

Date Taken:

Taken By: Lee Olivares

Gate opener broke damaged during storm.



**Other Structures/Fencing - 278-Fencing**

Date Taken:

Taken By: Lee Olivares

Gate opener broke damaged during storm.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**279-EastImage.JPG**

Date Taken:

Taken By: EagleView




**280-NorthImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**281-SouthImage.JPG**

Date Taken:

Taken By: EagleView




**282-TopImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**283-WestImage.JPG**

Date Taken:

Taken By: EagleView

**Texas Windstorm Insurance Association**

**ClaimsReady™ Report**
July 9, 2024

## 1820 MARKET STREET, Galveston, TX 77550



In this 3D model, facets appear as semi-transparent to reveal overhangs.

**Report Details**

Report: 60072834

**Claim Information**

ClaimNumber: 1196488
DateOfLoss: 2024-07-08

**Roof Details**

Total Roof Area = 3,520 sq ft
Total Roof Facets = 15
Predominant Pitch = 6/12
Number of Stories >1
Total Ridges/Hips = 180 ft
Total Valleys = 0 ft
Total Rakes = 31 ft
Total Eaves = 357 ft

**Report Contents**

Images ........................................................1
Length Diagram.............................................4
Pitch Diagram ...............................................5
Area Diagram ................................................6
Notes Diagram ..............................................7
Report Summary ...........................................8

Contact: Texas Windstorm Insurance Association
Company: Texas Windstorm Insurance Association
Address: PO Box 99090
Austin TX 78709
Phone: 555-555-5555

Measurements provided by www.eagleview.com

eagleview

Certified Accurate
www.eagleview.com/Guarantee.aspx

© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Images

The following aerial images show different angles of this structure for your reference.






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

North Side




South Side






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

East Side




West Side






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

TWIA 003919


## Length Diagram

Total Line Lengths:
**Ridges = 9 ft**
Hips = 171 ft
Valleys = 0 ft
Rakes = 31 ft
Eaves = 357 ft
Flashing = 98 ft
Step flashing = 25 ft
**Parapets = 0 ft**







©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram contains segment lengths (rounded to the nearest whole number) over 5 feet. In some cases, segment labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9).


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Pitch Diagram

Pitch values are shown in inches per foot, and arrows indicate slope direction. The predominant pitch on this roof is 6/12.




Note: This diagram contains labeled pitches for facet areas larger than 20 square feet. In some cases, pitch labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9). Blue shading indicates a pitch of 3/12 and greater. Gray shading indicates flat, 1/12 or 2/12 pitches. If present, a value of "F" indicates a flat facet (no pitch).


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Area Diagram

Total Area = 3,520 sq ft, with 15 facets.




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram shows the square feet of each roof facet (rounded to the nearest foot). The total area in square feet, at the top of this page, is based on the non-rounded values of each roof facet (rounded to the nearest square foot after being totaled).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Notes Diagram

Roof facets are labeled from smallest to largest (A to Z) for easy reference.




©2024 Eagle View Technologies, Inc., All Rights Reserved.



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Report Summary

Below is a measurement summary using the values presented in this report.

### All Structures

| Areas per Pitch | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Roof Pitches** | 0/12 | 1/12 | 2/12 | 3/12 | 6/12 | 8/12 | 12/12 |
| **Area (sq ft)** | 684.6 | 155.9 | 417.5 | 384.2 | 1867.2 | 5.6 | 4.3 |
| **% of Roof** | 19.4% | 4.4% | 11.9% | 10.9% | 53% | 0.2% | 0.1% |

The table above lists each pitch on this roof and the total area and percent (both rounded) of the roof with that pitch.

**Waste Calculation Table**

| **Waste %** | **0%** | **10%** | **12%** | **15%** | **17%** | **20%** | **22%** |
|---|---|---|---|---|---|---|---|
| **Area (sq ft)** | 3,520 | 3,872 | 3942.4 | 4,048 | 4118.4 | 4,224 | 4294.4 |
| **Squares** | 35.2 | 38.7 | 39.4 | 40.5 | 41.2 | 42.2 | 42.9 |

This table shows the total roof area and squares (rounded up to the nearest decimal) based upon different waste percentages. The waste factor is subject to the complexity of the roof, individual roofing techniques and your experience. Please consider this when calculating appropriate waste percentages. Note that only roof area is included in these waste calculations. Additional materials needed for ridge, hip, valley, and starter lengths are not included.

**All Structures Totals**




Total Roof Facets = 15

**Lengths, Areas and Pitches**
Ridges = 9 ft (2 Ridges)
Hips = 171 ft (10 Hips).
Valleys = 0 ft (0 Valleys)
Rakes † = 31 ft (3 Rakes)
Eaves/Starter ‡ = 357 ft (16 Eaves)
Drip Edge (Eaves + Rakes) = 388 ft (19 Lengths)
Parapet Walls = 0 (0 Lengths).
Flashing = 98 ft (6 Lengths)
Step flashing = 25 ft (3 Lengths)
Predominant Pitch = 6/12
**Total Area (All Pitches) = 3,520 sq ft**

**Property Location**
Longitude = -94.7888419
Latitude = 29.3069241

**Notes**
This was ordered as a residential property. There were no changes to the structure in the past four years.

**Measurements by Structure**

| Structure | Area (sq ft) | Ridges (ft) | Hips (ft) | Valleys (ft) | Rakes (ft) | Eaves (ft) | Flashing (ft) | Step Flashing (ft) | Parapets (ft) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2836 | 8 | 170 | 0 | 30 | 262 | 50 | 24 | 0 |
| 2 | 685 | 0 | 0 | 0 | 0 | 94 | 48 | 0 | 0 |

All values in this table are rounded up to the nearest foot for each separate structure. Measurement totals displayed elsewhere in this report are added together before rounding which may cause totals to differ.

† Rakes are defined as roof edges that are sloped (not level).
‡ Eaves are defined as roof edges that are not sloped and level.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

### Online Maps

Online map of property
http://maps.google.com/maps?f=g&source=s_q&hl=en&geocode=&q=1820+MARKET+STREET,Galveston,TX,77550
Directions from Texas Windstorm Insurance Association to this property
http://maps.google.com/maps?f=d&source=s_d&saddr=PO+Box+99090,Austin,TX,78709&daddr=1820+MARKET+STREET,Galveston,TX,77550

Enclosed is your ClaimsReady report. Please click the link to supplement your report with a walls report that includes areas of facets and cut-outs, line lengths, a notes diagram, and waste table calculations. Request a walls report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# Important Legal Notice and Disclaimer

### Notice and Disclaimer

No Warranty: The Copyrighted Materials are provided to you "as is," and you agree to use it at your own risk.

EagleView Technologies makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise, including but not limited to, content, quality, accuracy, completeness, effectiveness, reliability, fitness for a particular purpose, usefulness, use or results to be obtained from the Copyrighted Materials.

Contractors agree to always conduct a preliminary site survey to verify Roof Report ordered. In the event of an error in a Report, your sole remedy will be a refund of the fees paid by you to obtain this Report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Alicia Stewart | Cell: | [redacted] |
| Property: | 1820 MARKET STREET<br>Galveston, TX 77550 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 1820 Market St<br>Galveston, TX 77550-2518 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196488 **Policy Number:** TWRD0001094575 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 8:00 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 7/30/2024 4:00 PM | Date Entered: | 7/17/2024 6:58 PM |
| Date Est. Completed: | 8/10/2024 8:14 AM | | |

Price List: TXGA8X_AUG24
Restoration/Service/Remodel
Estimate: ALICIA_STEWART

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**ALICIA_STEWART**

**Risk**

**Dwelling**




### Dwelling Main Roof

| | | | |
|---|---|---|---|
| 1867.18 | Surface Area | 18.67 | Number of Squares |
| 116.48 | Total Hip Length | 4.18 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 18.67 SQ | 65.32 | 0.00 | 1,219.52 | (0.00) | 1,219.52 |
| 2. R&R Drip edge | 164.00 LF | 3.08 | 15.69 | 520.81 | (86.97) | 433.84 |
| 3. Asphalt starter - universal starter course | 164.00 LF | 1.89 | 7.58 | 317.54 | (68.88) | 248.66 |
| 4. Roofing felt - 15 lb. | 18.67 SQ | 32.32 | 12.51 | 615.92 | (113.70) | 502.22 |
| 5. Laminated - comp. shingle rfg. - w/out felt | 19.67 SQ | 254.31 | 225.68 | 5,227.96 | (1,458.94) | 3,769.02 |
| Auto Calculated Waste: 5.3%, 1.00SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8", Bundle Rounding: 0.1%, 0.01SQ - (included in waste calculation above) | | | | | | |
| 6. R&R Hip / Ridge cap - Standard profile - composition shingles | 120.66 LF | 8.38 | 29.56 | 1,040.69 | (191.13) | 849.56 |
| 7. R&R Flashing - pipe jack - lead | 1.00 EA | 88.60 | 4.10 | 92.70 | (22.73) | 69.97 |
| 8. Detach & Reset Roof mount power attic vent | 1.00 EA | 161.33 | 0.00 | 161.33 | (0.00) | 161.33 |
| 9. Remove Additional charge for high roof (2 stories or greater) | 18.67 SQ | 6.32 | 0.00 | 117.99 | (0.00) | 117.99 |
| 10. Additional charge for high roof (2 stories or greater) | 18.67 SQ | 18.82 | 0.00 | 351.37 | (0.00) | 351.37 |
| 11. Gutter / downspout - Detach & reset | 284.00 LF | 5.17 | 0.00 | 1,468.28 | (0.00) | 1,468.28 |
| **Totals: Dwelling Main Roof** | | | **295.12** | **11,134.11** | **1,942.35** | **9,191.76** |




### Master Bedroom Roof

| | | | |
|---|---|---|---|
| 811.62 | Surface Area | 8.12 | Number of Squares |
| 54.60 | Total Hip Length | 3.92 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 12. Remove Laminated - comp. shingle rfg (per SHINGLE) | 9.00 EA | 6.58 | 0.00 | 59.22 | (0.00) | 59.22 |
| 13. Laminated - comp. shingle rfg (per SHINGLE) | 9.00 EA | 16.14 | 2.26 | 147.52 | (3.66) | 143.86 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Master Bedroom Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| The roof waste % is not available. The calculation contains values that may result in an inaccurate waste %. | | | | | | |
| 14. R&R Hip / Ridge cap - High profile - composition shingles | 5.00 LF | 9.80 | 1.81 | 50.81 | (2.93) | 47.88 |
| **Totals: Master Bedroom Roof** | | | **4.07** | **257.55** | **6.59** | **250.96** |

**Flat Roof**




155.86 Surface Area

1.56 Number of Squares

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 15. R&R Modified bitumen roof | 1.56 SQ | 452.43 | 18.48 | 724.27 | (89.59) | 634.68 |
| 16. R&R Bitumen roof - Add. base sheet - self-adhering | 1.56 SQ | 134.08 | 9.87 | 219.03 | (31.91) | 187.12 |
| 17. R&R Drip edge/gutter apron | 40.00 LF | 3.19 | 4.19 | 131.79 | (11.61) | 120.18 |
| 18. Gutter / downspout - Detach & reset | 75.00 LF | 5.17 | 0.00 | 387.75 | (0.00) | 387.75 |
| **Totals: Flat Roof** | | | **32.54** | **1,462.84** | **133.11** | **1,329.73** |

**Exterior**

**Front Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 19. R&R Siding - vinyl | 96.00 SF | 5.45 | 16.87 | 540.07 | (57.25) | 482.82 |
| 20. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 21. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Front Elevation** | | | **32.34** | **1,437.88** | **109.75** | **1,328.13** |

**Right Elevation**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 22. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 23. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Right Elevation** | | | **15.47** | **897.81** | **52.50** | **845.31** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 24. R&R Siding - vinyl | 120.00 SF | 5.45 | 21.09 | 675.09 | (71.57) | 603.52 |
| 25. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 26. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Left Elevation** | | | **36.56** | **1,572.90** | **124.07** | **1,448.83** |
| **Total: Exterior** | | | **84.37** | **3,908.59** | **286.32** | **3,622.27** |
| **Total: Dwelling** | | | **416.10** | **16,763.09** | **2,368.37** | **14,394.72** |
| **Total: Risk** | | | **416.10** | **16,763.09** | **2,368.37** | **14,394.72** |

## Other Structures

## Detach Garage




### Detach Garage Roof

684.63 Surface Area

6.85 Number of Squares

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 27. R&R Modified bitumen roof - hot mopped | 5.28 SQ | 483.95 | 73.96 | 2,629.21 | (358.60) | 2,270.61 |
| 28. R&R Drip edge/gutter apron | 92.00 LF | 3.19 | 9.64 | 303.12 | (26.71) | 276.41 |
| **Totals: Detach Garage Roof** | | | **83.60** | **2,932.33** | **385.31** | **2,547.02** |

### Exterior

TWIA 003931

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 29. R&R House wrap (air/moisture barrier) | 657.00 SF | 0.45 | 10.30 | 305.95 | (11.65) | 294.30 |
| 30. R&R Siding - vinyl | 657.00 SF | 5.45 | 115.45 | 3,696.10 | (391.83) | 3,304.27 |
| 31. R&R Custom bent aluminum (PER LF) | 44.00 LF | 26.08 | 13.50 | 1,161.02 | (45.83) | 1,115.19 |
| **Totals: Exterior** | | | **139.25** | **5,163.07** | **449.31** | **4,713.76** |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 32. R&R Sheathing - OSB - 1/2" | 120.00 SF | 2.46 | 6.44 | 301.64 | (5.20) | 296.44 |
| **Totals: Interior** | | | **6.44** | **301.64** | **5.20** | **296.44** |
| **Total: Detach Garage** | | | **229.29** | **8,397.04** | **839.82** | **7,557.22** |

### Fencing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 33. Seal & paint - wood fence/gate | 768.00 SF | 1.44 | 20.91 | 1,126.83 | <101.38> | 1,025.45 |
| 34. Paint/finish - fence post - wood | 14.00 EA | 24.78 | 1.54 | 348.46 | <7.45> | 341.01 |
| 35. R&R Post - wood - 4" x 4" treated lumber | 14.00 EA | 73.39 | 28.90 | 1,056.36 | <175.14> | 881.22 |
| 36. Vinyl fence panel - Detach & reset - per panel / section | 12.00 EA | 49.86 | 0.00 | 598.32 | <0.00> | 598.32 |
| 37. R&R Wood fence slat 5' - 6' high - treated | 24.00 EA | 7.01 | 6.18 | 174.42 | <37.44> | 136.98 |
| 38. R&R Electric gate opener | 1.00 EA | 1,820.94 | 115.17 | 1,936.11 | <837.64> | 1,098.47 |
| **Totals: Fencing** | | | **172.70** | **5,240.50** | **1,159.05** | **4,081.45** |

### Debris Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 39. Single axle dump truck - per load - including dump fees | 1.00 EA | 254.71 | 0.00 | 254.71 | (0.00) | 254.71 |
| **Totals: Debris Removal** | | | **0.00** | **254.71** | **0.00** | **254.71** |
| **Total: Other Structures** | | | **401.99** | **13,892.25** | **1,998.87** | **11,893.38** |

**Labor Minimums Applied**



TWIA_STEWART_CLAIM FILE_000433

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 40. Framing labor minimum | 1.00 EA | 8.08 | 0.00 | 8.08 | (0.00) | 8.08 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **8.08** | **0.00** | **8.08** |
| **Line Item Totals: ALICIA_STEWART** | | | **818.09** | **30,663.42** | **4,367.24** | **26,296.18** |

| **Additional Charges** | **Charge** |
|---|---|
| Permit | 83.82 |
| Permit | 69.50 |
| **Additional Charges Total** | **$153.32** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 3,902.12 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 3,519.29 | Surface Area | 35.19 | Number of Squares | 0.00 | Total Perimeter Length |
| 8.10 | Total Ridge Length | 171.09 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| 1A: Structure | 16,763.09 | 54.67% | 14,478.54 | 54.74% |
| 1A: Other Structures | 13,900.33 | 45.33% | 11,970.96 | 45.26% |
| 1B: Personal Property | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 30,663.42 | 100.00% | 26,449.50 | 100.00% |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 16,346.99 |
| Permit | 83.82 |
| Material Sales Tax | 416.10 |
| **Replacement Cost Value** | **$16,846.91** |
| Less Depreciation | (2,368.37) |
| **Actual Cash Value** | **$14,478.54** |
| Less Deductible | (14,478.54) |
| **Net Claim** | **$0.00** |
| Total Recoverable Depreciation | 2,368.37 |
| **Net Claim if Depreciation is Recovered** | **$2,368.37** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Other Structures

| | | |
|---|---|---|
| Line Item Total | | 13,498.34 |
| Permit | | 69.50 |
| Material Sales Tax | | 401.99 |
| **Replacement Cost Value** | | **$13,969.83** |
| Less Depreciation | | (1,998.87) |
| **Actual Cash Value** | | **$11,970.96** |
| Less Deductible | | (4,821.46) |
| **Net Claim** | | **$7,149.50** |
| Total Depreciation | 1,998.87 | |
| Less Non-Recoverable Depreciation | <1,159.05> | |
| Total Recoverable Depreciation | | 839.82 |
| **Net Claim if Depreciation is Recovered** | | **$7,989.32** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes

| | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | 818.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **818.09** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: ALICIA_STEWART**

**Area: Risk**

| | | | |
|---|---|---|---|
| **Area: Dwelling** | | | |
| **Dwelling Main Roof** | | **10,838.99** | **36.32%** |
| Coverage: 1A: Structure | 100.00% = | 10,838.99 | |
| **Master Bedroom Roof** | | **253.48** | **0.85%** |
| Coverage: 1A: Structure | 100.00% = | 253.48 | |
| **Flat Roof** | | **1,430.30** | **4.79%** |
| Coverage: 1A: Structure | 100.00% = | 1,430.30 | |
| **Area: Exterior** | | | |
| **Front Elevation** | | **1,405.54** | **4.71%** |
| Coverage: 1A: Structure | 100.00% = | 1,405.54 | |
| **Right Elevation** | | **882.34** | **2.96%** |
| Coverage: 1A: Structure | 100.00% = | 882.34 | |
| **Left Elevation** | | **1,536.34** | **5.15%** |
| Coverage: 1A: Structure | 100.00% = | 1,536.34 | |
| **Area Subtotal: Exterior** | | **3,824.22** | **12.81%** |
| Coverage: 1A: Structure | 100.00% = | 3,824.22 | |
| **Area Subtotal: Dwelling** | | **16,346.99** | **54.77%** |
| Coverage: 1A: Structure | 100.00% = | 16,346.99 | |
| **Area Subtotal: Risk** | | **16,346.99** | **54.77%** |
| Coverage: 1A: Structure | 100.00% = | 16,346.99 | |

**Area: Other Structures**

| | | | |
|---|---|---|---|
| **Area: Detach Garage** | | | |
| **Detach Garage Roof** | | **2,848.73** | **9.54%** |
| Coverage: 1A: Other Structures | 100.00% = | 2,848.73 | |
| **Exterior** | | **5,023.82** | **16.83%** |
| Coverage: 1A: Other Structures | 100.00% = | 5,023.82 | |
| **Interior** | | **295.20** | **0.99%** |
| Coverage: 1A: Other Structures | 100.00% = | 295.20 | |
| **Area Subtotal: Detach Garage** | | **8,167.75** | **27.37%** |
| Coverage: 1A: Other Structures | 100.00% = | 8,167.75 | |
| **Fencing** | | **5,067.80** | **16.98%** |
| Coverage: 1A: Other Structures | 100.00% = | 5,067.80 | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| **Debris Removal** | | **254.71** | **0.85%** |
| Coverage: 1A: Other Structures | 100.00% = | 254.71 | |
| **Area Subtotal: Other Structures** | | **13,490.26** | **45.20%** |
| Coverage: 1A: Other Structures | 100.00% = | 13,490.26 | |
| **Labor Minimums Applied** | | **8.08** | **0.03%** |
| Coverage: 1A: Other Structures | 100.00% = | 8.08 | |
| **Subtotal of Areas** | | **29,845.33** | **100.00%** |
| Coverage: 1A: Structure | 54.77% = | 16,346.99 | |
| Coverage: 1A: Other Structures | 45.23% = | 13,498.34 | |
| **Total** | | **29,845.33** | **100.00%** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **GENERAL DEMOLITION** | | | **254.71** | | **254.71** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 254.71 | | |
| **FENCING** | | | **3,614.96** | **1,050.22** | **2,564.74** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 3,614.96 | | |
| **FRAMING & ROUGH CARPENTRY** | | | **303.28** | **5.20** | **298.08** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 303.28 | | |
| **PAINTING** | | | **1,452.84** | **108.83** | **1,344.01** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 1,452.84 | | |
| **ROOFING** | | | **13,515.47** | **2,467.36** | **11,048.11** |
| Coverage: 1A: Structure | @ | 78.92% = | 10,666.74 | | |
| Coverage: 1A: Other Structures | @ | 21.08% = | 2,848.73 | | |
| **SIDING** | | | **8,848.04** | **735.63** | **8,112.41** |
| Coverage: 1A: Structure | @ | 43.22% = | 3,824.22 | | |
| Coverage: 1A: Other Structures | @ | 56.78% = | 5,023.82 | | |
| **SOFFIT, FASCIA, & GUTTER** | | | **1,856.03** | | **1,856.03** |
| Coverage: 1A: Structure | @ | 100.00% = | 1,856.03 | | |
| **Subtotal** | | | **29,845.33** | **4,367.24** | **25,478.09** |
| **Permits and Fees** | | | **153.32** | | **153.32** |
| Coverage: 1A: Structure | @ | 54.67% = | 83.82 | | |
| Coverage: 1A: Other Structures | @ | 45.33% = | 69.50 | | |
| **Material Sales Tax** | | | **818.09** | | **818.09** |
| Coverage: 1A: Structure | @ | 50.86% = | 416.10 | | |
| Coverage: 1A: Other Structures | @ | 49.14% = | 401.99 | | |
| **Total** | | | **30,816.74** | **4,367.24** | **26,449.50** |

TWIA 003939

Texas Windstorm Insurance Association
P.O. Box 99090
Austin, TX 78709-9090

# LOSS REPORT

**Final**

Reference: Leading Edge Claims Service
360 S. Nolen Dr., Ste. 100
Southlake, TX 76092

Attention: Claim Examiner

Insured: Alicia Stewart
1820 MARKET STREET
Galveston, TX 77550

Report #: 1
Catastrophe Number:
Policy Number: TWRD0001094575
Claim Number: 1196488
Date of Loss: 7/8/2024
Type of Loss: Wind Damage
File Number:

**ENCLOSURES:**

Estimate, Statement of Loss, Bill for Services, Photos (283), Diagrams

**COVERAGE:**

| | |
|---|---|
| 1A: Structure | $386,000.00 |
| 1A: Other Structures | $38,600.00 |
| 1B: Personal Property | $50,000.00 |

Eff. Dates: From: 3/2/2024 To: 3/2/2025
Mortgagee:
Deductible: $19,300.00
Co-Ins. Policy: Yes ☐ No ☑
Forms:

**GENERAL LOSS REPORT**

INITIAL CONTACT

Who called the insured? Lee Olivares

Method of contact? Phone

Person spoken with on initial contact Alicia Stewart

Inspection Details: Completed inspection at the scheduled time with Alicia Stewart

Mailing address: 1820 Market St, Galveston, TX 77550-2518

Damages Reported: Wind damage to roof. Wind damage to siding on the front elevation, right elevation, and left elevation. Wind damage to detach garage and fencing.

Insured has email? ahsinterests@gmail.com

Language Interpreter needed? No

INSPECTION

Discussed claim damages, reviewed items on FNOL: SIDING AND SHINGLES

Confirmed DOL with insured of: 7/8/2024

Reviewed prior claims: None provided in Xactanalysis
Reviewed Underwriting Report: None provided in Xactanalysis
Reviewed WPI-8: 2182197 / Certified March 5, 2020 partial reroof.

COVERAGE A (DWELLING AND OTHER STRUCTURES)

Roof
Age / Material / Layers / Reparability / Decking: 16 years / 30 year architectural /1 / No / 1/2 CDX

Front slope: Roof inspection 3 wind damaged shingles due to high winds and flying debris.
Right slope: Roof inspection 5 wind damaged shingles due to high winds and flying debris.
Rear slope: Roof inspection. 10 wind damaged shingles due to high winds and flying debris.
Left slope: Roof inspection 1 wind damaged shingles due to high winds and flying debris.

Inspection revealed scattered damage consistent with wind to all directional slopes of the shingled roof surface. Due to the age and condition of the roof, it is not repairable. For these reasons, spot repairs are not likely to be successful and replacement of the shingled roof is recommended.

Separate roof on the rear of the dwelling can be repaired.
Flat roof showing damage from wind-blown debris to be replaced.

Soft metals and other roof elements: No visible damage consistent with wind.

Exterior
Siding / Age / Material: Vinyl siding with metal siding and fanfold underneath it / 20 yrs

The vinyl siding appears to be wavey in many areas. These inconsistencies are most likely due to the vinyl being installed over aluminum installed over wood, and not damaged due to wind or hail.

There are several areas of the siding that are loose, and some areas show damage from what could be wind-blown debris. An allowance for repair has been included in the attached IA estimate for these areas.

Several pieces of outside corner are loose that could be from high wind. An allowance for repair has been included in the attached IA estimate for these outside corner trims.

Front elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris.

Right elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris.

Rear elevation: No visible damage consistent with wind.

Left elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris.
Interior
Interior inspection: Yes

Does the property appear vacant? No

Attic inspected: No access

List damages by room: No damage consistent with storm.

Other Structures:
Detached garage:
High winds caused impact damage to modified bitumen.

High winds caused exterior damage to the siding. Many pieces of siding are damaged from flying debris, other pieces have blown loose and are missing. Wind damage found to overhead door opening wraps.

Fence: Left run sustained wind damage to fencing and gate opener. Most of the fence can be detached and reset with damaged slats replaced, then refinish entire fence. Fence is solely owned by the insured.

COVERAGE B (PERSONAL PROPERTY): None claimed or observed at the time of inspection.

Estimate Summary

Depreciation (and basis for that depreciation): Depreciation on this claim is set based on age and condition using Xactimate's depreciation tool. Dwelling roof at 16 years per discussion with Insured and visible condition at the time of inspection.

Overhead and profit were not added. Not warranted for limited scope of work.

Salvage? No salvage opportunities were observed as the damaged items hold no value.
Subrogation? No Subrogation opportunity was observed as the damages are weather related.

Coverage Summary
Reported date of Loss: 7/8/2024

DOL consistent with weather data? – Yes, the Benchmark report does show wind gusts with 80+ wind gusts at location on the reported DOL.

Cause of Loss: Wind

Policy in Force? Yes, 3/2/2024 - 3/2/2025

Damages Accepted:
Wind damage to the Dwelling roof.
Wind damaged siding on the front, right, and left elevations. To be repaired. Wind damage to roof, exterior siding, and interior water staining of detached garage.

Damages NOT Accepted:
None

Damages observed, but NOT claimed:
None

Attorney/Public Adjuster involvement? None at the time of this report.

Contractor involvement? None at the time of this report.

Closing conversation with the insured: After my inspection, I spoke to the Insured, explained the scope of damages observed, and advised that TWIA retains all authority on the claim and would contact them soon.

Closing Notes
Underwriting Risk Referral attached? None
Pending or unresolved exposures: None

**STATEMENT OF LOSS:**

| Item | RCV | Dep | ACV | Limit |
|---|---|---|---|---|
| 1A: Structure | $16,846.91 | $2,368.37 | $14,478.54 | $2,368.37 |
| 1A: Other Structures | $13,969.83 | $1,998.87 | $11,970.96 | $7,989.32 |
| 1B: Personal Property | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $30,816.74 | $4,367.24 | $26,449.50 | |

| | |
|---|---|
| Deductible | 19,300.00 |
| Less Prior Payments | $0.00 |
| Claim Payable | $10,357.69 |
| Due Insured | **$10,357.69** |
| Recoverable Depreciation Totals: | $3,208.19 |
| Non-Recoverable Depreciation Totals: | $1,159.05 |
| Net Claim Without Rec. Depreciation: | $7,149.50 |

**RECOMMENDATIONS:**

I recommend payment to Insured in the ACV amount of $7,149.50.

8/10/2024

TWIA Claims Examiner | Date

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling - 1-Risk**

Date Taken:

Taken By: Lee Olivares

1820 MARKET STREET




**Risk/Dwelling - 2-Risk**

Date Taken:

Taken By: Lee Olivares

Verification.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 3-Roof**

Date Taken:

Taken By: Lee Olivares

Single Layer-Drip edge/gutter apron



**Risk/Dwelling/Dwelling Main Roof - 4-Roof**

Date Taken:

Taken By: Lee Olivares

Gutter over installed over drip edge

TWIA 003945

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Dwelling Main Roof - 5-Roof**

Date Taken:

Taken By: Lee Olivares

6/12 pitch



**Risk/Dwelling/Dwelling Main Roof - 6-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.


TWIA_STEWART_CLAIM FILE_000447

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 7-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 8-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 9-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 10-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.

TWIA 003948

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 11-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 12-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.


TWIA_STEWART_CLAIM FILE_000450

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 13-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection.




**Risk/Dwelling/Dwelling Main Roof - 14-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection. 3 wind damaged shingles.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 15-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Dwelling Main Roof - 16-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 17-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Dwelling Main Roof - 18-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 19-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 20-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Dwelling Main Roof - 21-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 5 wind damaged shingles.



**Risk/Dwelling/Dwelling Main Roof - 22-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 23-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.



**Risk/Dwelling/Dwelling Main Roof - 24-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 25-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.



**Risk/Dwelling/Dwelling Main Roof - 26-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 27-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 28-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575




**Risk/Dwelling/Dwelling Main Roof - 29-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection. 10 wind damaged shingles.



**Risk/Dwelling/Dwelling Main Roof - 30-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- Impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 31-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- Impact damage.



**Risk/Dwelling/Dwelling Main Roof - 32-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 33-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 34-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 35-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Dwelling Main Roof - 36-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 37-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.



**Risk/Dwelling/Dwelling Main Roof - 38-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 1 wind damaged shingles.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 39-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Dwelling Main Roof - 40-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 41-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.



**Risk/Dwelling/Dwelling Main Roof - 42-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 43-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.



**Risk/Dwelling/Dwelling Main Roof - 44-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 45-Roof**

Date Taken:

Taken By: Lee Olivares

Accessories.



**Risk/Dwelling/Master Bedroom Roof - 46-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Master Bedroom Roof - 47-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.




**Risk/Dwelling/Master Bedroom Roof - 48-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 49-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 50-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 51-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 52-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575




**Risk/Dwelling/Master Bedroom Roof - 53-Roof**

Date Taken:

Taken By: Lee Olivares

Front Slope- no visible direct wind damages.



**Risk/Dwelling/Master Bedroom Roof - 54-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575




**Risk/Dwelling/Master Bedroom Roof - 55-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 1 wind damaged shingles.



**Risk/Dwelling/Master Bedroom Roof - 56-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- impact damage.

TWIA 003971

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Master Bedroom Roof - 57-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.




**Risk/Dwelling/Master Bedroom Roof - 58-Roof**

Date Taken:

Taken By: Lee Olivares

Rear Slope- no visible direct wind damages.


TWIA_STEWART_CLAIM FILE_000473

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 59-Roof**

Date Taken:

Taken By: Lee Olivares

Rear Slope- no visible direct wind damages.



**Risk/Dwelling/Master Bedroom Roof - 60-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Master Bedroom Roof - 61-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 8 wind damaged shingles.



**Risk/Dwelling/Master Bedroom Roof - 62-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 63-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 64-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 65-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 66-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 67-Roof**

Date Taken:

Taken By: Lee Olivares

Asbestos siding from neighbors house.



**Risk/Dwelling/Master Bedroom Roof - 68-Roof**

Date Taken:

Taken By: Lee Olivares

Asbestos siding from neighbors house.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Flat Roof - 69-Roof**

Date Taken:

Taken By: Lee Olivares

Flat roof inspection.




**Risk/Dwelling/Flat Roof - 70-Roof**

Date Taken:

Taken By: Lee Olivares

1/12 pitch

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Flat Roof - 71-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Flat Roof - 72-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Flat Roof - 73-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Flat Roof - 74-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Flat Roof - 75-Roof**

Date Taken:

Taken By: Lee Olivares

Impact damage.



**Risk/Dwelling/Flat Roof - 76-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Flat Roof - 77-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.




**Risk/Dwelling/Exterior - 78-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 79-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.




**Risk/Dwelling/Exterior - 80-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Exterior - 81- Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 82- Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 83-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 84-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 85-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 86-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 87-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 88-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 89- Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 90- Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 91-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 92-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 93-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 94-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 95-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 96-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 97-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 98-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 99-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 101-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- No visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 102- Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- No visible damage.



**Risk/Dwelling/Exterior - 103- Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview - Apparent installation issues, no storm damage found.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 104-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview - Apparent installation issues, no storm damage found.



**Risk/Dwelling/Exterior - 105-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview - Apparent installation issues, no storm damage found.

TWIA 003995

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 106-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview - Apparent installation issues, no storm damage found.



**Risk/Dwelling/Exterior - 107-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview - Apparent installation issues, no storm damage found.


TWIA_STEWART_CLAIM FILE_000497

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 108- Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Air conditioning condensation lines.



**Risk/Dwelling/Exterior - 109- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Elevation overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 110-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Elevation overview.



**Risk/Dwelling/Exterior - 111-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 112-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.




**Risk/Dwelling/Exterior - 113-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Insured replaced air conditioning unit.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575




**Risk/Dwelling/Exterior - 114-Right Elevation**

Date Taken:

Taken By: Alicia Stewart

Insured replaced AC due to damage.



**Risk/Dwelling/Exterior - 115-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 116-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 117-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Double layer siding.