# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 118-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Double layer siding.



**Risk/Dwelling/Exterior - 119-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Double layer siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 120-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.




**Risk/Dwelling/Exterior - 121-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 122-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 123-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 124-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Interior - 125-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 126-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 127-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Interior/Unit 1 - 128-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 129-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**





**Risk/Dwelling/Interior/Unit 1 - 130-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 131-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 132-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 133-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Interior/Unit 1 - 134-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.




**Risk/Dwelling/Interior/Unit 1 - 135-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 136-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 137-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 138-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 139-Bath 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 140-Bath 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 141-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 142-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 143-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 144-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 145-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 146-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 147-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 148-Hallway**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 149-Hallway**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 150-Hallway Closet**

Date Taken:

Taken By: Lee Olivares

No damage.




**Risk/Dwelling/Interior/Unit 2 - 151-Hallway Closet**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 152-Half Bath**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 153-Half Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 154-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 155-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 156-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 157-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 158-Master Closet**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 159-Master Closet**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 160-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 161-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 162-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 163-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 164-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 165-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 166-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.




**Risk/Dwelling/Interior/Unit 3 - 167-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 004026

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Interior/Unit 3 - 168-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 169-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.


TWIA_STEWART_CLAIM FILE_000528

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 170-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 171-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 172-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 173-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 174-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 175-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 176-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 177-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 3 - 178-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 179-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 180-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 181-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 182-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 183-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 184-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 185-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 186-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 187-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 188-Roof**

Date Taken:

Taken By: Lee Olivares

Single Layer-Drip edge/gutter apron

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Detach Garage/Detach Garage Roof - 189-Roof**

Date Taken:

Taken By: Lee Olivares

1/12 pitch

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 190-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 191-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 192-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 193-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Detach Garage/Detach Garage Roof - 194-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 195-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 196-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 197-Roof**

Date Taken:

Taken By: Lee Olivares

Impact damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 198-Roof**

Date Taken:

Taken By: Lee Olivares

Impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 199-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Other Structures/Detach Garage/Detach Garage Roof - 200-Roof**

Date Taken:

Taken By: Lee Olivares

Area where wind driven rain entered garage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 201-Roof**

Date Taken:

Taken By: Lee Olivares

Area where wind driven rain entered garage.



**Other Structures/Detach Garage/Detach Garage Roof - 202-Roof**

Date Taken:

Taken By: Lee Olivares

Area where wind driven rain entered garage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 203-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Other Structures/Detach Garage/Exterior - 204-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575




**Other Structures/Detach Garage/Exterior - 205-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Detach Garage/Exterior - 206-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 207-Exterior**

Date Taken:

Taken By: Lee Olivares




**Other Structures/Detach Garage/Exterior - 208-Exterior**

Date Taken:

Taken By: Lee Olivares

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 209-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 210-Exterior**

Date Taken:

Taken By: Lee Olivares

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 211-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 212-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 213-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 214-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Exterior - 215-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 216-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 217-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.




**Other Structures/Detach Garage/Exterior - 218-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 219-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 220-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 221-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Detach Garage/Exterior - 222-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Detach Garage/Exterior - 223-Exterior**

Date Taken:

Taken By: Lee Olivares

Damage is not consistent DOL.




**Other Structures/Detach Garage/Exterior - 224-Exterior**

Date Taken:

Taken By: Lee Olivares

Damage is not consistent DOL.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 225-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 226-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 227-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 228-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 229-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.




**Other Structures/Detach Garage/Exterior - 230-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

TWIA 004063

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 231-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.




**Other Structures/Detach Garage/Interior - 232-Interior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Detach Garage/Interior - 233-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.



**Other Structures/Detach Garage/Interior - 234-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Interior - 235-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.




**Other Structures/Detach Garage/Interior - 236-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Interior - 237-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.



**Other Structures/Detach Garage/Interior - 238-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Interior - 239-Interior**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Detach Garage/Interior - 240-Interior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Fencing - 241-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.




**Other Structures/Fencing - 242-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Fencing - 243-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.




**Other Structures/Fencing - 244-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Fencing - 245-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 246-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 247- Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.




**Other Structures/Fencing - 248- Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 249-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 250-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Fencing - 251-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Fencing - 252-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Fencing - 253-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.




**Other Structures/Fencing - 254-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Fencing - 255-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 256-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Fencing - 257-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.




**Other Structures/Fencing - 258-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Fencing - 259-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 260-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Fencing - 261-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 262-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 263-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.




**Other Structures/Fencing - 264-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Fencing - 265-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 266-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

TWIA 004081

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Fencing - 267-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 268-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.


TWIA_STEWART_CLAIM FILE_000583

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 269-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 270-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 271-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 272-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 273-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Fencing - 274-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 275-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Fencing - 276-Fencing**

Date Taken:

Taken By: Lee Olivares

Gate opener broke damaged during storm.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 277-Fencing**

Date Taken:

Taken By: Lee Olivares

Gate opener broke damaged during storm.



**Other Structures/Fencing - 278-Fencing**

Date Taken:

Taken By: Lee Olivares

Gate opener broke damaged during storm.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**279-EastImage.JPG**

Date Taken:

Taken By: EagleView




**280-NorthImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**281-SouthImage.JPG**

Date Taken:

Taken By: EagleView




**282-TopImage.JPG**

Date Taken:

Taken By: EagleView

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**283-WestImage.JPG**

Date Taken:

Taken By: EagleView

# Price List Variation Usage Report




## Texas Windstorm Insurance Association

**Received Date:**
7/8/2024

**Completed Date:**
8/10/2024

**Operator:**
DAVIDRJM David DeVilbiss

**Estimator:**
LEEO-LECS Lee Olivares

**Checkpoint price list:**
TXGA8X_JUL24 Galveston, TX

**Estimate price list:**
TXGA8X_AUG24 Galveston, TX
Restoration/Service/Remodel

**Claim Number:**
1196488

| | |
|---|---|
| **Price List Item Total** | **29,807.96** |
| **Estimate Line Item Total** | **29,845.33** |
| **Line Item Deviation Total** | **37.37** |

* Totals may be different due to rounding.

## Price List Variation Usage Report

## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **DMO** | **DTRUCK** | | | | | |
| - | | Single axle dump truck - per load - including dump fees | 1.00 | EA | 254.43 | 254.43 |
| | | Single axle dump truck - per load - including dump fees | 1.00 | EA | 254.71 | 254.71 |
| | | | | | | **0.28** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.28 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FEN** | **OPEN** | | | | | |
| + | | Electric gate opener | 1.00 | EA | 1,760.11 | 1,760.11 |
| | | Electric gate opener | 1.00 | EA | 1,761.04 | 1,761.04 |
| | | | | | | **0.93** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.93 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FEN** | **OPEN** | | | | | |
| - | | Electric gate opener | 1.00 | EA | 59.75 | 59.75 |
| | | Electric gate opener | 1.00 | EA | 59.90 | 59.90 |
| | | | | | | **0.15** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.15 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FEN** | **SLAT6T** | | | | | |
| + | | Wood fence slat 5' - 6' high - treated | 24.00 | EA | 5.45 | 130.80 |
| | | Wood fence slat 5' - 6' high - treated | 24.00 | EA | 5.46 | 131.04 |
| | | | | | | **0.24** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FEN** | **TRWDT** | | | | | |
| + | | Post - wood - 4" x 4" treated lumber | 14.00 | EA | 55.35 | 774.90 |
| | | Post - wood - 4" x 4" treated lumber | 14.00 | EA | 55.43 | 776.02 |
| | | | | | | **1.12** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.08 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FEN** | **TRWDT** | | | | | |
| - | | Post - wood - 4" x 4" treated lumber | 14.00 | EA | 17.92 | 250.88 |
| | | Post - wood - 4" x 4" treated lumber | 14.00 | EA | 17.96 | 251.44 |
| | | | | | | **0.56** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.04 Mkt. Cond. 0.00

## Price List Variation Usage Report



## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| FEN | VNLRS | | | | | |
| + | | Vinyl fence panel - Detach & reset - per panel / section | 12.00 | EA | 49.73 | 596.76 |
| | | Vinyl fence panel - Detach & reset - per panel / section | 12.00 | EA | 49.86 | 598.32 |
| | | | | | | **1.56** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.13 | | Mkt. Cond. 0.00 | |
| FRM | SHW1/2 | | | | | |
| + | | Sheathing - OSB - 1/2" | 120.00 | SF | 1.79 | 214.80 |
| | | Sheathing - OSB - 1/2" | 120.00 | SF | 1.79 | 214.80 |
| | | | | | | **0.00** |
| Unit Price Diff. | | Mat. 0.00 Suppl. -0.01 Equip. 0.00 | Retail Lab. 0.01 | | Mkt. Cond. 0.00 | |
| PNT | POST | | | | | |
| + | | Paint/finish - fence post - wood | 14.00 | EA | 24.76 | 346.64 |
| | | Paint/finish - fence post - wood | 14.00 | EA | 24.78 | 346.92 |
| | | | | | | **0.28** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.02 | | Mkt. Cond. 0.00 | |
| RFG | ARMV> | | | | | |
| - | | Tear off, haul and dispose of comp. shingles - Laminated | 18.67 | SQ | 65.18 | 1,216.91 |
| | | Tear off, haul and dispose of comp. shingles - Laminated | 18.67 | SQ | 65.32 | 1,219.52 |
| | | | | | | **2.61** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.14 | | Mkt. Cond. 0.00 | |
| RFG | BI | | | | | |
| + | | Modified bitumen roof | 1.56 | SQ | 389.15 | 607.07 |
| | | Modified bitumen roof | 1.56 | SQ | 392.60 | 612.46 |
| | | | | | | **5.39** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 2.80 Equip. 0.00 | Retail Lab. 0.65 | | Mkt. Cond. 0.00 | |
| RFG | BI | | | | | |
| - | | Modified bitumen roof | 1.56 | SQ | 59.68 | 93.10 |
| | | Modified bitumen roof | 1.56 | SQ | 59.83 | 93.33 |
| | | | | | | **0.23** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.15 | | Mkt. Cond. 0.00 | |

TWIA 004093



**Price List Variation Usage Report**



**Texas Windstorm Insurance Association**

**Basic Variations**

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **BIM** | | | | | |
| + | | Modified bitumen roof - hot mopped | 5.28 | SQ | 420.66 | 2,221.08 |
| | | Modified bitumen roof - hot mopped | 5.28 | SQ | 424.12 | 2,239.35 |
| | | | | | | **18.27** |
| Unit Price Diff. | Mat. 0.00 | Suppl. 2.80 | Equip. 0.00 | Retail Lab. 0.66 | Mkt. Cond. 0.00 | |
| **RFG** | **BIM** | | | | | |
| - | | Modified bitumen roof - hot mopped | 5.28 | SQ | 59.68 | 315.11 |
| | | Modified bitumen roof - hot mopped | 5.28 | SQ | 59.83 | 315.90 |
| | | | | | | **0.79** |
| Unit Price Diff. | Mat. 0.00 | Suppl. 0.00 | Equip. 0.00 | Retail Lab. 0.15 | Mkt. Cond. 0.00 | |
| **RFG** | **BISABS** | | | | | |
| + | | Bitumen roof - Add. base sheet - self-adhering | 1.56 | SQ | 125.37 | 195.58 |
| | | Bitumen roof - Add. base sheet - self-adhering | 1.56 | SQ | 125.50 | 195.78 |
| | | | | | | **0.20** |
| Unit Price Diff. | Mat. 0.00 | Suppl. 0.00 | Equip. 0.00 | Retail Lab. 0.13 | Mkt. Cond. 0.00 | |
| **RFG** | **BISABS** | | | | | |
| - | | Bitumen roof - Add. base sheet - self-adhering | 1.56 | SQ | 8.56 | 13.35 |
| | | Bitumen roof - Add. base sheet - self-adhering | 1.56 | SQ | 8.58 | 13.38 |
| | | | | | | **0.03** |
| Unit Price Diff. | Mat. 0.00 | Suppl. 0.00 | Equip. 0.00 | Retail Lab. 0.02 | Mkt. Cond. 0.00 | |
| **RFG** | **DRIP** | | | | | |
| - | | Drip edge | 164.00 | LF | 0.39 | 63.96 |
| | | Drip edge | 164.00 | LF | 0.40 | 65.60 |
| | | | | | | **1.64** |
| Unit Price Diff. | Mat. 0.00 | Suppl. 0.00 | Equip. 0.00 | Retail Lab. 0.01 | Mkt. Cond. 0.00 | |
| **RFG** | **DRIP>** | | | | | |
| - | | Drip edge/gutter apron | 132.00 | LF | 0.39 | 51.48 |
| | | Drip edge/gutter apron | 132.00 | LF | 0.40 | 52.80 |
| | | | | | | **1.32** |
| Unit Price Diff. | Mat. 0.00 | Suppl. 0.00 | Equip. 0.00 | Retail Lab. 0.01 | Mkt. Cond. 0.00 | |

# Price List Variation Usage Report

## Texas Windstorm Insurance Association



### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **FLPIPEL** | | | | | |
| - | | Flashing - pipe jack - lead | 1.00 | EA | 8.41 | 8.41 |
| | | Flashing - pipe jack - lead | 1.00 | EA | 8.43 | 8.43 |
| | | | | | | **0.02** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **HIGH** | | | | | |
| - | | Additional charge for high roof (2 stories or greater) | 18.67 | SQ | 6.31 | 117.81 |
| | | Additional charge for high roof (2 stories or greater) | 18.67 | SQ | 6.32 | 117.99 |
| | | | | | | **0.18** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **LAB** | | | | | |
| + | | Siding Installer - per hour | 12.00 | HR | 106.45 | 1,277.40 |
| | | Siding Installer - per hour | 12.00 | HR | 106.46 | 1,277.52 |
| | | | | | | **0.12** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

Additional labor allowance to complete replacement working with existing siding
Additional labor allowance to complete replacement working with existing siding
Additional labor allowance to complete replacement working with existing siding

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **WRAPC** | | | | | |
| + | | Custom bent aluminum (PER LF) | 44.00 | LF | 23.07 | 1,015.08 |
| | | Custom bent aluminum (PER LF) | 44.00 | LF | 23.08 | 1,015.52 |
| | | | | | | **0.44** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **WRAPC** | | | | | |
| - | | Custom bent aluminum (PER LF) | 44.00 | LF | 2.99 | 131.56 |
| | | Custom bent aluminum (PER LF) | 44.00 | LF | 3.00 | 132.00 |
| | | | | | | **0.44** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Labor Minimum Code | Description | Base Amount | Adjusted Amount |
|---|---|---|---|
| FRMMN-A | Framing labor minimum | 224.71 | 7.51 |

TWIA 004095



## Price List Variation Usage Report



## Texas Windstorm Insurance Association

| Labor Minimum Code | Description | Base Amount | Adjusted Amount |
|---|---|---|---|
| | Framing labor minimum | 225.28 | 8.08 |
| | | | **0.57** |

| | |
|---|---|
| **Line Item Deviation** | **37.37** |

ISO Claimsearch

# CLAIMDIRECTOR RESULT REPORT

A claim report identified by ClaimSearch identification number 8P006472944 was received by ISO ClaimSearch on 07/09/2024. Submission of this claim report initiated a search for similar claims. The claim(s) listed below appear(s) to be similar to the claim submitted and were used to develop the ClaimDirector score.

To simplify your evaluation of these matches, ClaimDirector scores all prior non-duplicate claims and provides a total summary score. The ClaimDirector match report below includes all scored claims up to a maximum of 25.

Reasonable procedures have been adopted to maximize the accuracy of this report. Independent investigations should be performed to evaluate the relevant data provided.

If you have any questions concerning your report, please contact Customer Support at (800) 888-4476.

## Claim Characteristics

| ID | Description |
|---|---|
| 650 | Including this occurrence, insured(s) reported 2 or more property loss(es) |

## Score Details

## Claim Rules: 300

### Rules

| ID | Description | Weight |
|---|---|---|
| 650 | Including this occurrence, the insured(s) reported 2 or more property loss(es) | **+300** |

## ALICIA STEWART : 78

Involved Party Rules : 0

- No involved party rules apply

Matching Claims Score: 78

- Elements Searched: 2 (NAME/ADDRESS,PHONE)

The number of contributing Matching Claims for this Involved Party: 2

| All-Claim ID | Date of Loss | Coverage Type | Loss Type | Reason for Match | Component Score |
|---|---|---|---|---|---|
| 4G005936157 | 08/20/2022 | | VEHICLES | Name, Phone, Location of Loss | 54 |
| 3K005469389 | 02/17/2021 | | FREEZING | Name, Phone, Location of Loss | 24 |

# ISO CLAIMSEARCH MATCH REPORT DETAILS

TWIA 004097

## Initiating Claim

**File Number:** 8P006472944

| | |
|---|---|
| **Company:** | T44500001 |
| **Claim Number:** | 1196488 |
| **Date/Time of Loss:** | 07/08/2024 12:01 |
| **Policy Number:** | TWRD0001094575 |
| **Policy Type:** | PERSONAL PROPERTY HOMEOWNERS |
| **Inception Date:** | 03/02/2024 **Expiration Date:** 03/02/2025 |
| **Company Received Date:** | 07/08/2024 |
| **ISO Received Date:** | 07/09/2024 |
| **Loss Description:** | SIDING AND SHINGLES |
| **Location of Loss:** | 1820 MARKET STREET<br>GALVESTON, TX 77550<br>US |

---

## Involved Party: BOTH CLAIMANT & INSURED

| | |
|---|---|
| **Name:** | ALICIA STEWART |
| **Address:** | 1820 MARKET ST<br>GALVESTON, TX 77550--251<br>US |
| **Home Phone:** | (409) 771-6303 |
| **Cellular Phone:** | (409) 771-6303 |

## Property Coverage Information:

| | |
|---|---|
| **Loss Type:** | OTHER PROPERTY |
| **Claim Status:** | OPEN |
| **Adjuster Company:** | TEXAS WINDSTORM INS ASSOC |
| **Adjuster:** | TEAM 1 , TWIA CATASTROPHE |
| **Adjuster Phone:** | (800) 788-8247 |

| | Building | Contents | Occupancy | Stock | Other |
|---|---|---|---|---|---|
| Policy | 386,000 | -- | -- | -- | -- |
| Estimated Loss | -- | -- | -- | -- | -- |
| Reserve | -- | -- | -- | -- | -- |
| Paid | -- | -- | -- | -- | -- |

---

back

---

back

## Matching Claim

**File Number:** 3K005469389

| | |
|---|---|
| **Reason(s) for match:** | **LOCATION OF LOSS**<br>**NAME**<br>**PHONE** |
| **Insuring Company:** | AMERICAN STRATEGIC INS CO |

**Claim Number:** 869748214402
**Date/Time of Loss:** 02/17/2021
**Policy Number:** TXL897936
**Policy Type:** PERSONAL PROPERTY HOMEOWNERS
**Inception Date:** 12/27/2020 **Expiration Date:** 12/27/2021
**Insuring Co. Address:** 1 ASI WAY
ST PETERSBURG, FL 33702
**Insuring Co. Phone:** (866) 274-5677
**Company Received Date:** 02/22/2021
**Loss Description:** FRZ - FREEZING
**Location of Loss:** 1820 MARKET ST
GALVESTON, TX
US

---

## Involved Party: INSURED

**Name:** ALICIA STUART
**Address:** 1820 MARKET ST
GALVESTON, TX
**DOB:** 1969
**Home Phone:** (409) 771-6303

## Property Coverage Information:

**Loss Type:** FREEZING
**Claim Status:** CLOSED
**Adjuster Company:** AMERICAN STRATEGIC INS CO
**Adjuster:** KETONA MIDDLETON

| | Building | Contents | Occupancy | Stock | Other/Scheduled |
|---|---|---|---|---|---|
| Policy | -- | -- | -- | -- | -- |
| Estimated Loss | -- | -- | -- | -- | -- |
| Reserve | -- | -- | -- | -- | -- |
| Paid | 1,452 | -- | -- | -- | -- |

---

back

## Matching Claim

**File Number:** 4G005936157

**Reason(s) for match:** **LOCATION OF LOSS**
**NAME**
**PHONE**
**Insuring Company:** AMERICAN STRATEGIC INS CO
**Claim Number:** 1088543224402
**Date/Time of Loss:** 08/20/2022
**Policy Number:** TXL1043990
**Policy Type:** PERSONAL PROPERTY HOMEOWNERS

| | | |
|---|---|---|
| **Inception Date:** | 01/27/2022 | **Expiration Date:** 01/27/2023 |
| **Insuring Co. Address:** | 1 ASI WAY<br>ST PETERSBURG, FL 33702 | |
| **Insuring Co. Phone:** | (866) 274-5677 | |
| **Company Received Date:** | 08/20/2022 | |
| **Loss Description:** | VEH - VEHICULAR | |
| **Location of Loss:** | 1820 MARKET ST<br>GALVESTON, TX<br>US | |

---

| **Involved Party:** | **INSURED** |
|---|---|
| **Name:** | ALICIA STEWART |
| **Address:** | 1820 MARKET ST<br>GALVESTON, TX |
| **DOB:** | 1969 |
| **Home Phone:** | (409) 771-6303 |
| **Loss Type:** | VEHICLES |
| **Adjuster Company:** | AMERICAN STRATEGIC INS CO |
| **Adjuster:** | MARQUITA BRISCO |

ISO Stylesheet Version: 5.7 Release Date: 01-31-2018

CONFIDENTIAL
This report is for use by authorized users of ClaimSearch for the purposes permitted under the ClaimSearch Product Supplement/s, ISO Master Agreement and the ClaimSearch Privacy and Security Policies as updated.

© 2017 Insurance Services Office, Inc.

ISO Claimsearch

# CLAIMDIRECTOR RESULT REPORT

A claim report identified by ClaimSearch identification number 8P006472944 was received by ISO ClaimSearch on 07/09/2024 as a Replacement of a previously submitted claim. Submission of this replacement claim initiated a search of the ClaimSearch database. The claim(s) listed below appear(s) to be similar to the claim submitted and were used to develop the ClaimDirector score.

To simplify your evaluation of these matches, ClaimDirector scores all prior non-duplicate claims and provides a total summary score. The ClaimDirector match report below includes all scored claims up to a maximum of 25.

Reasonable procedures have been adopted to maximize the accuracy of this report. Independent investigations should be performed to evaluate the relevant data provided.

If you have any questions concerning your report, please contact Customer Support at (800) 888-4476.

## Claim Characteristics

| ID | Description |
|---|---|
| 650 | Including this occurrence, insured(s) reported 2 or more property loss(es) |

## Score Details

## Claim Rules: 300

### Rules

| ID | Description | Weight |
|---|---|---|
| 650 | Including this occurrence, the insured(s) reported 2 or more property loss(es) | +300 |

## ALICIA STEWART : 78

Involved Party Rules : 0

- No involved party rules apply

Matching Claims Score: 78

- Elements Searched: 2 (NAME/ADDRESS,PHONE)

The number of contributing Matching Claims for this Involved Party: 2

| All-Claim ID | Date of Loss | Coverage Type | Loss Type | Reason for Match | Component Score |
|---|---|---|---|---|---|
| 4G005936157 | 08/20/2022 | | VEHICLES | Name, Phone, Location of Loss | 54 |
| 3K005469389 | 02/17/2021 | | FREEZING | Name, Phone, Location of Loss | 24 |

## ISO CLAIMSEARCH REPLACEMENT CLAIM DETAILS

## Initiating Claim

**File Number:** 8P006472944

**Company:** T44500001
**Claim Number:** 1196488
**Date/Time of Loss:** 07/08/2024 12:01
**Policy Number:** TWRD0001094575
**Policy Type:** PERSONAL PROPERTY HOMEOWNERS
**Inception Date:** 03/02/2024 **Expiration Date:** 03/02/2025
**Company Received Date:** 07/08/2024
**ISO Received Date:** 07/09/2024
**Loss Description:** SIDING AND SHINGLES
**Location of Loss:** 1820 MARKET STREET
GALVESTON, TX 77550
US

---

## Involved Party: BOTH CLAIMANT & INSURED

**Name:** ALICIA STEWART
**Address:** 1820 MARKET ST
GALVESTON, TX 77550--251
US
**Home Phone:** (409) 771-6303
**Cellular Phone:** (409) 771-6303

## Property Coverage Information:

**Loss Type:** OTHER PROPERTY
**Claim Status:** OPEN
**Adjuster Company:** TEXAS WINDSTORM INS ASSOC
**Adjuster:** BOYKIN , JACQUALYNN
**Adjuster Phone:** (737) 931-0484

| | Building | Contents | Occupancy | Stock | Other |
|---|---|---|---|---|---|
| Policy | 386,000 | -- | -- | -- | -- |
| Estimated Loss | -- | -- | -- | -- | -- |
| Reserve | -- | -- | -- | -- | -- |
| Paid | -- | -- | -- | -- | -- |

---

back

---

back

## Matching Claim

**File Number:** 3K005469389

**Reason(s) for match:** **LOCATION OF LOSS**
**NAME**
**PHONE**

**Insuring Company:** AMERICAN STRATEGIC INS CO
**Claim Number:** 869748214402
**Date/Time of Loss:** 02/17/2021
**Policy Number:** TXL897936
**Policy Type:** PERSONAL PROPERTY HOMEOWNERS
**Inception Date:** 12/27/2020 **Expiration Date:** 12/27/2021
**Insuring Co. Address:** 1 ASI WAY
ST PETERSBURG, FL 33702
**Insuring Co. Phone:** (866) 274-5677
**Company Received Date:** 02/22/2021
**Loss Description:** FRZ - FREEZING
**Location of Loss:** 1820 MARKET ST
GALVESTON, TX
US

---

## Involved Party: INSURED

**Name:** ALICIA STUART
**Address:** 1820 MARKET ST
GALVESTON, TX
**DOB:** 1969
**Home Phone:** (409) 771-6303

## Property Coverage Information:

**Loss Type:** FREEZING
**Claim Status:** CLOSED
**Adjuster Company:** AMERICAN STRATEGIC INS CO
**Adjuster:** KETONA MIDDLETON

| | Building | Contents | Occupancy | Stock | Other/Scheduled |
|---|---|---|---|---|---|
| Policy | -- | -- | -- | -- | -- |
| Estimated Loss | -- | -- | -- | -- | -- |
| Reserve | -- | -- | -- | -- | -- |
| Paid | 1,452 | -- | -- | -- | -- |

---

back

## Matching Claim

**File Number:** 4G005936157

**Reason(s) for match:** **LOCATION OF LOSS**
**NAME**
**PHONE**

**Insuring Company:** AMERICAN STRATEGIC INS CO
**Claim Number:** 1088543224402
**Date/Time of Loss:** 08/20/2022
**Policy Number:** TXL1043990

| | |
|---|---|
| **Policy Type:** | PERSONAL PROPERTY HOMEOWNERS |
| **Inception Date:** | 01/27/2022 **Expiration Date:** 01/27/2023 |
| **Insuring Co. Address:** | 1 ASI WAY<br>ST PETERSBURG, FL 33702 |
| **Insuring Co. Phone:** | (866) 274-5677 |
| **Company Received Date:** | 08/20/2022 |
| **Loss Description:** | VEH - VEHICULAR |
| **Location of Loss:** | 1820 MARKET ST<br>GALVESTON, TX<br>US |

---

## Involved Party: INSURED

| | |
|---|---|
| **Name:** | ALICIA STEWART |
| **Address:** | 1820 MARKET ST<br>GALVESTON, TX |
| **DOB:** | 1969 |
| **Home Phone:** | (409) 771-6303 |
| **Loss Type:** | VEHICLES |
| **Adjuster Company:** | AMERICAN STRATEGIC INS CO |
| **Adjuster:** | MARQUITA BRISCO |

ISO Stylesheet Version: 5.7 Release Date: 01-31-2018

CONFIDENTIAL
This report is for use by authorized users of ClaimSearch for the purposes permitted under the ClaimSearch Product Supplement/s, ISO Master Agreement and the ClaimSearch Privacy and Security Policies as updated.

© 2017 Insurance Services Office, Inc.

Alicia Stewart
1820 Market St
Galveston, Texas 77550-2518

# Receipt of Claim

Date: July 9, 2024
Insured: Alicia Stewart
Policy Number: TWRD0001094575
Claim Number: 1196488
Dear Alicia Stewart,

We received notice on July 8, 2024 that your property sustained windstorm or hail damages on July 8, 2024.

You should receive a call from a TWIA representative to confirm the details of your claim and review policy information with you. You may also be contacted to set up a time to inspect your damaged property. If we have already assigned representatives to assist you with your claim, they will be indicated in the Important Claim Contact Information on the following page.

The enclosed documents include a summary of your policy details, helpful information about what to expect during the claim process, and an explanation of the resources available to you.

If you have questions, please contact us at 800-788-8247 or visit the Claims Center at www.twia.org/claimscenter from your computer or mobile device to send us a message, view and upload documents and photos, and access the details of your claim.

Si desea una copia en español, por favor de contactarnos en el (800) 788-8247.

Sincerely,

Texas Windstorm Insurance Association

Your input will help us improve our services. Please take a few moments to scan the QR code below or visit https://www.research.net/s/TWIA to provide feedback about your claims experience.

# Important Claim Contact Information

**TWIA Claims Department**
(800) 788-8247
www.twia.org/claimscenter

**TWIA Claims Examiner**
TWIA Catastrophe Team 1
800-788-8247

**Adjuster***
Leading Edge Claims Service
4508 Colleyville Blvd Ste C
Colleyville, TX 76034-3966
Phone: 817-767-2108
Fax: 800-752-3124

**Insured Information**
Alicia Stewart
1820 Market St
Galveston, TX 77550-2518
Home: [redacted]
Cell: [redacted]
Email: [redacted]

**Agency Information**
Texas Wasatch Insurance Services LP
1500 Solana Blvd Bldg 4 Ste 4500
Westlake, TX 76262
Phone: 6823349000
Email: service@goosehead.com

* If not shown, may be assigned at a later date

Visit the Claims Center at www.twia.org/claimscenter from your computer or mobile device to send us a message, view and upload documents and photos, and access the details of your claim.

## Summary of Policy Details

Verify the information below, including the mortgage company and mailing address listed to ensure they are correct. If there are any errors, please contact your agent.

| Item | Limit of Liability | Coins % | Deductible | Form Numbers | Insured Property and Form Description |
|---|---|---|---|---|---|
| 1A | $386,000.00 | 80% | $19,300.00 | 802<br>331<br>311<br>321 | Property Description: Primary Residence<br><br>1820 MARKET STREET, Galveston, TX 77550<br><br>Occupancy: |
| 1B | $50,000.00 | N/A | $2,500.00 | 365<br>331<br>311<br>321 | Property Description: Primary Residence<br><br>1820 MARKET STREET, Galveston, TX 77550<br><br>Occupancy: |

| Mortgagee(s) | Loan Number |
|---|---|
| Prosperity Bank | 202133760 |

# WHAT TO EXPECT DURING THE CLAIMS PROCESS

During the processing of your claim, we want you to know what to expect and have all the resources you need. You also need to know a few steps to take, such as documenting damages, documenting temporary repairs you make, and allowing for an inspection of your property, which may be conducted by a TWIA-assigned insurance adjuster.

**Request for Information.** Please assist TWIA in fully evaluating and determining coverage for your claimed damages by providing us with any documents you believe are related to your loss. Please forward to us as soon as possible any of the following documents:

- Invoices, bills, or receipts for any temporary repairs you make to protect your property from further loss
- Repair estimates for the insured structures that list labor and material costs separately for each damaged item
- Expert reports you may have relating to the damage including any structural engineer reports
- Photographs of damaged structures or property and any pre-loss photos of the same items
- List or inventory of damaged personal property (or business personal property if a commercial property)
- Property appraisals, pre-loss inspection reports, and real estate disclosure documents
- Any other information you believe will assist TWIA in resolving your claim

Please remember that, if assigned, an adjuster will come to the property to inspect and document your claim. Any information you want to provide to TWIA can be given to the adjuster. Please keep in mind that you must notify TWIA of any damage that you are claiming within one year from the date the damage occurred.

You may provide your information to TWIA:

- Online: Log in or register to use Claims Center at www.twia.org/claimscenter
- If you are unable to access Claims Center, please contact your Claims Examiner for alternative methods. Their name and contact information can be found in the Important Claim Contact Information section of this letter.

**Making Temporary Repairs.** If there is ongoing damage to your property, you may need to take steps to prevent additional loss. You must complete temporary repairs that are reasonable and necessary to protect the property from further damage. Please keep a record of these repair expenses, and provide it to TWIA.

**Conducting a Property Inspection.** For many claims, it is necessary to assign an adjuster to inspect the damaged property. If we assign someone to inspect your property, he or she will contact you to schedule an appointment. The adjuster will need to see the damaged property before it is permanently repaired or removed. If that is not possible, take pictures before tearing out, removing, or covering over any damaged property or debris. Keep any damaged property in your possession until the adjuster inspects it.

**Adjuster Findings & TWIA's Decision.** If assigned, the adjuster will report their findings to us, as well as any information you provided in support of your claim. We may need to obtain more information from you or, in some cases, assign experts such as engineers, in order to thoroughly evaluate your claim and provide you with a decision. Once our evaluation is complete, we will provide an explanation of our decision and any payment due.

# IF AND WHEN YOU MAKE PERMANENT REPAIRS

Whether or not you ultimately have a covered claim, you may need to make permanent structural repairs to your property. To be eligible for insurance through TWIA, many structural repairs must be certified by a Texas Department of Insurance (TDI) inspector or by a TDI-approved Texas licensed professional engineer through the TDI Windstorm Inspection Program. This program is administered by TDI, not TWIA. The certification verifies compliance with the building codes, and inspections are done before and during the repair process if completed by a TDI inspector. TDI will issue a Certificate of Compliance (WPI-8) for repairs that comply with the applicable windstorm building code for the area. Without a WPI-8, TWIA lacks evidence that the structure conforms to the applicable building code, and the structure may be considered ineligible for coverage with TWIA. For more information about eligibility requirements, visit www.twia.org. The TDI website provides a list of repairs that do not require inspection and certification.

For more information or to contact someone with the TDI Windstorm Inspection Program:

**1-800-248-6032**
P.O. Box 12030
Austin, TX 78711-2030
Fax: 512-490-1051
Web: http://www.tdi.texas.gov/wind/index.html
Email: windstorm@tdi.texas.gov

# OTHER RESOURCES

The Texas Department of Insurance has established the Coastal Outreach and Assistance Services Team (COAST) Program to assist consumers with understanding the TWIA claim process. To obtain assistance from the COAST Program, please refer to the COAST Program website at https://tdi.texas.gov/consumer/disasters.html; email ConsumerProtection@tdi.state.tx.us; call toll-free 1-855-352-6278; or write to COAST Program -- MC 111-1A, Texas Department of Insurance, P.O. Box 12030, Austin, TX 78711-2030.

El Departamento de Seguros de Texas ha establecido el Programa de Alcance Comunitario y Servicios de Asistencia para el Área Costera (Coastal Outreach and Assistance Services Team (COAST) Programa, por su nombre y siglas en inglés) para ayudar a los consumidores a entender el proceso de las reclamaciones de TWIA. Para obtener ayuda del Programa COAST, visite el sitio Web del Programa COAST en https://tdi.texas.gov/consumer/disasters.html; por medio de correo electrónico a ConsumerProtection@tdi.state.tx.us; o llame gratis el 1-855-352-6278; o escriba al Programa COAST -- MC 111-1A, Texas Department of Insurance, P.O. Box 12030 Austin, TX 78711-2030.

# Benchmark® Hail Date Of Loss Report

| | |
|---|---|
| **Date of Report:** | **July 9, 2024 12:05 CDT** |
| **Claim Details:** | |
| Property Address: | 1820 MARKET STREET, Galveston, TX |
| ZIP Code: | 77550 |
| Claim Number: | 1196488 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | HAIL |
| Assignment Date: | 7/8/24 |
| Report Period: | 7/7/24 - 7/9/24 |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.307004 |
| Longitude: | -94.788856 |

## Hail Date of Loss Analysis from the Benchmark® Database:

**Summary:** A significant hail event did not occur at the address on the date of loss, the day prior, or day after.

| | | At Property Address | | | Daily Maximum Value Within 1 Mile | | | Daily Maximum Value Within 5 Miles | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) |
| **Prior Day** | 7-Jul-24 | 0.00 | 0 | 40 | 0.00 | 0 | 45 | 0.00 | 0 | 50 |
| **Date of Loss** | 8-Jul-24 | 0.00 | 0 | 75 | 0.00 | 0 | 75 | 0.00 | 0 | 75 |
| **Day After** | 9-Jul-24 | 0.00 | 0 | < 35 | 0.00 | 0 | < 35 | 0.00 | 0 | < 35 |

*All values reflect the maximum value on the calendar day. Hail probability indicates likelihood that hail > 0.75" fell on that day. A significant hail event is defined by 0.75" diameter hail or greater.*

## Description of Hail Measurements

This report documents hailstorm activity over a 72-hour period within a 5-mile radius of the address.

**Description of Hail Measurements** **Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Probability of Hail > 0.75" | % | Indicates likelihood that hail > 0.75" fell on that day. 70% very certain hail occurred; 50% high probability hail occurred; 30% possibly hail occurred; 10% low probability hail occurred. | 70% | - | 10% |
| Estimated Size of Hail | Inches(Diameter) | 0.75" is lower boundary of hail size that causes property damage. Typically damaging hail ranges from 1-4" diameter. Approx. sizes: 3/4" dime; 1" quarter; 1.5" ping pong ball; 1.75" golf ball; 4" grapefruit; 4.5" softball. | 1-4" | < 1" | < 0.75" |
| Wind Speed | Miles per Hour(MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50mph | - | < 30mph |

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

TWIA 004111

# Benchmark® Hail Date Of Loss Report

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Hail History Report

| | |
|---|---|
| **Date of Report:** | **July 9, 2024 12:05 CDT** |
| **Claim Details:** | |
| Property Address: | 1820 MARKET STREET, Galveston, TX |
| ZIP Code: | 77550 |
| Claim Number: | 1196488 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | HAIL |
| Assignment Date: | 7/8/24 |
| Report Period: | 01 Jan 2009 - Present |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.307004 |
| Longitude: | -94.788856 |

**Summary:** Hail greater than 0.75" did not occur at the address on the date inquired. There was 1.00" diameter hail on May 22, 2016; i.e., 2969 days before the reported date of loss.

**Benchmark® Weather History near location since 1 January 2009**

| | Date | At Property Address | | | Daily Maximum Value Within 1 Mile | | | Daily Maximum Within 5 Miles | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) |
| **16th Prior Hail Event** | 14-May-10 | 0.00 | 0 | < 35 | < 0.75 | 10 | < 35 | < 0.75 | 25 | < 35 |
| **15th Prior Hail Event** | 5-Mar-11 | 0.75 | 80 | < 35 | 0.75 | 90 | < 35 | 1.00 | 100 | < 35 |
| **14th Prior Hail Event** | 25-Jan-12 | < 0.75 | 15 | 35 | < 0.75 | 15 | 35 | < 0.75 | 25 | 40 |
| **13th Prior Hail Event** | 4-Apr-12 | < 0.75 | 20 | < 35 | 0.75 | 50 | < 35 | 0.75 | 50 | 35 |
| **12th Prior Hail Event** | 2-Apr-13 | 0.00 | 0 | < 35 | 0.75 | 50 | < 35 | 1.25 | 55 | < 35 |
| **11th Prior Hail Event** | 8-Sep-13 | < 0.75 | 5 | < 35 | < 0.75 | 10 | < 35 | < 0.75 | 10 | < 35 |
| **10th Prior Hail Event** | 27-Oct-13 | 0.00 | 0 | < 35 | < 0.75 | 30 | < 35 | 1.25 | 50 | < 35 |
| **9th Prior Hail Event** | 17-Apr-15 | < 0.75 | 15 | < 35 | 0.75 | 50 | < 35 | 1.25 | 90 | < 35 |
| **8th Prior Hail Event** | 25-Apr-15 | 1.00 | 50 | < 35 | 1.00 | 50 | 35 | 1.00 | 50 | 35 |
| **7th Prior Hail Event** | 1-May-16 | < 0.75 | 30 | 40 | 0.75 | 50 | 40 | 1.25 | 55 | 40 |
| **6th Prior Hail Event** | 2-May-16 | 0.75 | 50 | 45 | 0.75 | 50 | 45 | 1.50 | 70 | 45 |
| **5th Prior Hail Event** | 22-May-16 | 1.00 | 50 | 40 | 1.00 | 50 | 40 | 1.00 | 50 | 40 |
| **4th Prior Hail Event** | 22-Apr-20 | < 0.75 | 35 | < 35 | 0.75 | 75 | < 35 | 0.75 | 75 | < 35 |
| **3rd Prior Hail Event** | 19-May-20 | < 0.75 | 40 | < 35 | 0.75 | 75 | < 35 | 0.75 | 90 | < 35 |
| **2nd Prior Hail Event** | 18-May-21 | 0.00 | 0 | 35 | 0.75 | 50 | 40 | 1.00 | 50 | 40 |
| **1st Prior Hail Event** | 4-May-24 | < 0.75 | 10 | 35 | 0.75 | 50 | 35 | 0.75 | 50 | 35 |
| **Date of Loss** | 8-Jul-24 | 0.00 | 0 | 75 | 0.00 | 0 | 75 | 0.00 | 0 | 75 |
| **Most Severe Hail (1/1/09 to today)** | 22-May-16 | 1.00 | 50 | 40 | 1.00 | 50 | 40 | 1.00 | 50 | 40 |

** Additional hail events occurred at the location prior to the earliest event shown.
** If additional history is needed, please contact support at 781-761-2305

*All values reflect the maximum value on the calendar day. Hail probability indicates likelihood that hail > 0.75" fell on that day. A significant hail event is defined by 0.75" diameter hail or greater. The most severe hail event date is determined by hail size at a one mile radius around the property location*

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Hail History Report

**Description of Hail Measurements** **Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Probability of Hail > 0.75" | % | Indicates likelihood that hail > 0.75" fell on that day. 70% very certain hail occurred; 50% high probability hail occurred; 30% possibly hail occurred; 10% low probability hail occurred. | 70% | - | 10% |
| Estimated Size of Hail | Inches(Diameter) | 0.75" is lower boundary of hail size that causes property damage. Typically damaging hail ranges from 1-4" diameter. Approx. sizes: 3/4" dime; 1" quarter; 1.5" ping pong ball; 1.75" golf ball; 4" grapefruit; 4.5" softball. | 1-4" | < 1" | < 0.75" |
| Wind Speed | Miles per Hour(MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50mph | - | < 30mph |

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

LE
LEADING EDGE

# Activity Log

**Claim No: 1196488**

**360 S. Nolen Dr. Suite 100**
**Southlake, TX 76092**

---

**February 4, 2026 4:40 PM** **Mercy Schwisow** **#14**

Uploaded email from TWIA's attorney's with a follow up request for the claim file to LEMA. Forwarded email to management for discovery.

**December 19, 2025 11:35 AM** **Mercy Schwisow** **#13**

Uploaded email from TWIA's attorney's requesting claim file to LEMA. Forwarded email to management for discovery.

**August 10, 2024 8:16 AM** **Dave DeVilbiss** **#12**

Collaborated: Removed uneccessary line items

Claim reviewed. IA Invoice prepared & uploaded to XactAnalysis. All documents QA-approved and ready for Carrier review.

**August 10, 2024 2:20 AM** **Lee Olivares** **#11**

File has been submitted and ready for review.

**July 30, 2024 11:14 PM** **Lee Olivares** **#10**

Inspected with Mrs. Stewart at 4:30 PM

**July 28, 2024 3:52 PM** **Troy Hansen** **#9**

OFR - Appt was rained out and the adjuster was to reschedule an appt. Lee, please update your notes and planned inspection date with the new appt. date and time or log the inspection if it has taken place.

Email sent to roofbypros@gmail.com

**July 23, 2024 10:30 AM** **Lee Olivares** **#8**

Contacted Mrs. Stewart and discussed claim. Mutually agreed upon an inspection date of 7/22.

LE
LEADING EDGE

# Activity Log

**Claim No: 1196488**

**360 S. Nolen Dr. Suite 100**
**Southlake, TX 76092**

---

**July 23, 2024 9:34 AM** **Lee Olivares** **#7**

Claim received by Lee Olivares.

**July 17, 2024 6:50 PM** **David Christopher** **#6**

Claim has been reassigned to Lee Roland Olivares

**July 11, 2024 9:29 PM** **Kory Horstmeyer** **#5**

Contacted Mrs. Stewart and discussed claim. Mutually agreed upon an inspection date of 7/22. File pending inspection.

**July 10, 2024 9:40 PM** **Kory Horstmeyer** **#4**

Called 409-771-6303 and left a message requesting a returned call.

**July 10, 2024 10:36 AM** **Kory Horstmeyer** **#3**

Claim received by Kory Horstmeyer.

**July 9, 2024 3:51 PM** **David Christopher** **#2**

Claim has been assigned to Kory Horstmeyer

**July 9, 2024 3:51 PM** **David Christopher** **#1**

Claim Created

**Texas Windstorm Insurance Association**

**ClaimsReady™ Report**
July 9, 2024

## 1820 MARKET STREET, Galveston, TX 77550



In this 3D model, facets appear as semi-transparent to reveal overhangs.

**Report Details**

Report: 60072834

**Claim Information**

ClaimNumber: 1196488
DateOfLoss: 2024-07-08

**Roof Details**

Total Roof Area = 3,520 sq ft
Total Roof Facets = 15
Predominant Pitch = 6/12
Number of Stories >1
Total Ridges/Hips = 180 ft
Total Valleys = 0 ft
Total Rakes = 31 ft
Total Eaves = 357 ft

**Report Contents**

Images ........................................................1
Length Diagram.............................................4
Pitch Diagram ...............................................5
Area Diagram ................................................6
Notes Diagram ..............................................7
Report Summary ...........................................8

Contact: Texas Windstorm Insurance Association
Company: Texas Windstorm Insurance Association
Address: PO Box 99090
Austin TX 78709
Phone: 555-555-5555

Measurements provided by www.eagleview.com

Certified Accurate
www.eagleview.com/Guarantee.aspx

© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Images

The following aerial images show different angles of this structure for your reference.






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

North Side




South Side






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

East Side




West Side






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

TWIA 004120



# Length Diagram

Total Line Lengths:

**Ridges = 9 ft**
Hips = 171 ft
Valleys = 0 ft
Rakes = 31 ft
Eaves = 357 ft
Flashing = 98 ft
Step flashing = 25 ft
**Parapets = 0 ft**




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram contains segment lengths (rounded to the nearest whole number) over 5 feet. In some cases, segment labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.



TWIA_STEWART_LEADING EDGE_000007

## Pitch Diagram

Pitch values are shown in inches per foot, and arrows indicate slope direction. The predominant pitch on this roof is 6/12.




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram contains labeled pitches for facet areas larger than 20 square feet. In some cases, pitch labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9). Blue shading indicates a pitch of 3/12 and greater. Gray shading indicates flat, 1/12 or 2/12 pitches. If present, a value of "F" indicates a flat facet (no pitch).


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Area Diagram

Total Area = 3,520 sq ft, with 15 facets.




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram shows the square feet of each roof facet (rounded to the nearest foot). The total area in square feet, at the top of this page, is based on the non-rounded values of each roof facet (rounded to the nearest square foot after being totaled).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Notes Diagram

Roof facets are labeled from smallest to largest (A to Z) for easy reference.






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Report Summary

Below is a measurement summary using the values presented in this report.

### All Structures

| Areas per Pitch | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Roof Pitches** | 0/12 | 1/12 | 2/12 | 3/12 | 6/12 | 8/12 | 12/12 |
| **Area (sq ft)** | 684.6 | 155.9 | 417.5 | 384.2 | 1867.2 | 5.6 | 4.3 |
| **% of Roof** | 19.4% | 4.4% | 11.9% | 10.9% | 53% | 0.2% | 0.1% |

The table above lists each pitch on this roof and the total area and percent (both rounded) of the roof with that pitch.

**Waste Calculation Table**

| Waste % | 0% | 10% | 12% | 15% | 17% | 20% | 22% |
|---|---|---|---|---|---|---|---|
| **Area (sq ft)** | 3,520 | 3,872 | 3942.4 | 4,048 | 4118.4 | 4,224 | 4294.4 |
| **Squares** | 35.2 | 38.7 | 39.4 | 40.5 | 41.2 | 42.2 | 42.9 |

This table shows the total roof area and squares (rounded up to the nearest decimal) based upon different waste percentages. The waste factor is subject to the complexity of the roof, individual roofing techniques and your experience. Please consider this when calculating appropriate waste percentages. Note that only roof area is included in these waste calculations. Additional materials needed for ridge, hip, valley, and starter lengths are not included.

### All Structures Totals



Total Roof Facets = 15

**Lengths, Areas and Pitches**
Ridges = 9 ft (2 Ridges)
Hips = 171 ft (10 Hips).
Valleys = 0 ft (0 Valleys)
Rakes † = 31 ft (3 Rakes)
Eaves/Starter ‡ = 357 ft (16 Eaves)
Drip Edge (Eaves + Rakes) = 388 ft (19 Lengths)
Parapet Walls = 0 (0 Lengths).
Flashing = 98 ft (6 Lengths)
Step flashing = 25 ft (3 Lengths)
Predominant Pitch = 6/12
**Total Area (All Pitches) = 3,520 sq ft**

**Property Location**
Longitude = -94.7888419
Latitude = 29.3069241

**Notes**
This was ordered as a residential property. There were no changes to the structure in the past four years.

**Measurements by Structure**

| Structure | Area (sq ft) | Ridges (ft) | Hips (ft) | Valleys (ft) | Rakes (ft) | Eaves (ft) | Flashing (ft) | Step Flashing (ft) | Parapets (ft) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2836 | 8 | 170 | 0 | 30 | 262 | 50 | 24 | 0 |
| 2 | 685 | 0 | 0 | 0 | 0 | 94 | 48 | 0 | 0 |

All values in this table are rounded up to the nearest foot for each separate structure. Measurement totals displayed elsewhere in this report are added together before rounding which may cause totals to differ.

† Rakes are defined as roof edges that are sloped (not level).
‡ Eaves are defined as roof edges that are not sloped and level.



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Online Maps

Online map of property
http://maps.google.com/maps?f=g&source=s_q&hl=en&geocode=&q=1820+MARKET+STREET,Galveston,TX,77550
Directions from Texas Windstorm Insurance Association to this property
http://maps.google.com/maps?f=d&source=s_d&saddr=PO+Box+99090,Austin,TX,78709&daddr=1820+MARKET+STREET,Galveston,TX,77550

Enclosed is your ClaimsReady report. Please click the link to supplement your report with a walls report that includes areas of facets and cut-outs, line lengths, a notes diagram, and waste table calculations. Request a walls report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Important Legal Notice and Disclaimer

### Notice and Disclaimer

No Warranty: The Copyrighted Materials are provided to you "as is," and you agree to use it at your own risk.

EagleView Technologies makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise, including but not limited to, content, quality, accuracy, completeness, effectiveness, reliability, fitness for a particular purpose, usefulness, use or results to be obtained from the Copyrighted Materials.

Contractors agree to always conduct a preliminary site survey to verify Roof Report ordered. In the event of an error in a Report, your sole remedy will be a refund of the fees paid by you to obtain this Report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

**Texas Windstorm Insurance Association**

**ClaimsReady™ Report**
July 9, 2024

## 1820 MARKET STREET, Galveston, TX 77550



In this 3D model, facets appear as semi-transparent to reveal overhangs.

**Report Details**

Report: 60072834

**Claim Information**

ClaimNumber: 1196488
DateOfLoss: 2024-07-08

**Roof Details**

Total Roof Area = 3,520 sq ft
Total Roof Facets = 15
Predominant Pitch = 6/12
Number of Stories >1
Total Ridges/Hips = 180 ft
Total Valleys = 0 ft
Total Rakes = 31 ft
Total Eaves = 357 ft

**Report Contents**

Images ........................................................1
Length Diagram.............................................4
Pitch Diagram ...............................................5
Area Diagram ...............................................6
Notes Diagram .............................................7
Report Summary ..........................................8

Contact: Texas Windstorm Insurance Association
Company: Texas Windstorm Insurance Association
Address: PO Box 99090
Austin TX 78709
Phone: 555-555-5555

Measurements provided by www.eagleview.com

eagleview

Certified Accurate
www.eagleview.com/Guarantee.aspx

© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Images

The following aerial images show different angles of this structure for your reference.






© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

North Side




South Side





© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

East Side




West Side





© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Length Diagram

Total Line Lengths:
**Ridges = 9 ft**
Hips = 171 ft
Valleys = 0 ft
Rakes = 31 ft
Eaves = 357 ft
Flashing = 98 ft
Step flashing = 25 ft
**Parapets = 0 ft**




©2024 Eagle View Technologies, Inc., All Rights Reserved.




Note: This diagram contains segment lengths (rounded to the nearest whole number) over 5 feet. In some cases, segment labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9).

Report: 60072834
Claim: 1196488

© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Pitch Diagram

Pitch values are shown in inches per foot, and arrows indicate slope direction. The predominant pitch on this roof is 6/12.




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram contains labeled pitches for facet areas larger than 20 square feet. In some cases, pitch labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9). Blue shading indicates a pitch of 3/12 and greater. Gray shading indicates flat, 1/12 or 2/12 pitches. If present, a value of "F" indicates a flat facet (no pitch).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Area Diagram

Total Area = 3,520 sq ft, with 15 facets.




©2024 Eagle View Technologies, Inc., All Rights Reserved.

Note: This diagram shows the square feet of each roof facet (rounded to the nearest foot). The total area in square feet, at the top of this page, is based on the non-rounded values of each roof facet (rounded to the nearest square foot after being totaled).



© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Notes Diagram

Roof facets are labeled from smallest to largest (A to Z) for easy reference.









© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Report Summary

Below is a measurement summary using the values presented in this report.

### All Structures

| Areas per Pitch | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Roof Pitches** | 0/12 | 1/12 | 2/12 | 3/12 | 6/12 | 8/12 | 12/12 |
| **Area (sq ft)** | 684.6 | 155.9 | 417.5 | 384.2 | 1867.2 | 5.6 | 4.3 |
| **% of Roof** | 19.4% | 4.4% | 11.9% | 10.9% | 53% | 0.2% | 0.1% |

The table above lists each pitch on this roof and the total area and percent (both rounded) of the roof with that pitch.

**Waste Calculation Table**

| Waste % | 0% | 10% | 12% | 15% | 17% | 20% | 22% |
|---|---|---|---|---|---|---|---|
| **Area (sq ft)** | 3,520 | 3,872 | 3942.4 | 4,048 | 4118.4 | 4,224 | 4294.4 |
| **Squares** | 35.2 | 38.7 | 39.4 | 40.5 | 41.2 | 42.2 | 42.9 |

This table shows the total roof area and squares (rounded up to the nearest decimal) based upon different waste percentages. The waste factor is subject to the complexity of the roof, individual roofing techniques and your experience. Please consider this when calculating appropriate waste percentages. Note that only roof area is included in these waste calculations. Additional materials needed for ridge, hip, valley, and starter lengths are not included.

### All Structures Totals



Total Roof Facets = 15

**Lengths, Areas and Pitches**
Ridges = 9 ft (2 Ridges)
Hips = 171 ft (10 Hips).
Valleys = 0 ft (0 Valleys)
Rakes † = 31 ft (3 Rakes)
Eaves/Starter ‡ = 357 ft (16 Eaves)
Drip Edge (Eaves + Rakes) = 388 ft (19 Lengths)
Parapet Walls = 0 (0 Lengths).
Flashing = 98 ft (6 Lengths)
Step flashing = 25 ft (3 Lengths)
Predominant Pitch = 6/12
**Total Area (All Pitches) = 3,520 sq ft**

**Property Location**
Longitude = -94.7888419
Latitude = 29.3069241

**Notes**
This was ordered as a residential property. There were no changes to the structure in the past four years.

**Measurements by Structure**

| Structure | Area (sq ft) | Ridges (ft) | Hips (ft) | Valleys (ft) | Rakes (ft) | Eaves (ft) | Flashing (ft) | Step Flashing (ft) | Parapets (ft) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2836 | 8 | 170 | 0 | 30 | 262 | 50 | 24 | 0 |
| 2 | 685 | 0 | 0 | 0 | 0 | 94 | 48 | 0 | 0 |

All values in this table are rounded up to the nearest foot for each separate structure. Measurement totals displayed elsewhere in this report are added together before rounding which may cause totals to differ.

† Rakes are defined as roof edges that are sloped (not level).
‡ Eaves are defined as roof edges that are not sloped and level.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

## Online Maps

Online map of property
http://maps.google.com/maps?f=g&source=s_q&hl=en&geocode=&q=1820+MARKET+STREET,Galveston,TX,77550
Directions from Texas Windstorm Insurance Association to this property
http://maps.google.com/maps?f=d&source=s_d&saddr=PO+Box+99090,Austin,TX,78709&daddr=1820+MARKET+STREET,Galveston,TX,77550

Enclosed is your ClaimsReady report. Please click the link to supplement your report with a walls report that includes areas of facets and cut-outs, line lengths, a notes diagram, and waste table calculations. Request a walls report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# Important Legal Notice and Disclaimer

## Notice and Disclaimer

No Warranty: The Copyrighted Materials are provided to you "as is," and you agree to use it at your own risk.

EagleView Technologies makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise, including but not limited to, content, quality, accuracy, completeness, effectiveness, reliability, fitness for a particular purpose, usefulness, use or results to be obtained from the Copyrighted Materials.

Contractors agree to always conduct a preliminary site survey to verify Roof Report ordered. In the event of an error in a Report, your sole remedy will be a refund of the fees paid by you to obtain this Report.


© 2008-2024 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

| | | | |
|---|---|---|---|
| Insured : | Alicia Stewart | Policy No. : | TWRD0001094575 |
| Property Address : | 1820 MARKET STREET, Galveston, TX 77550 | Date of Loss : | 7/8/2024 |
| | | Catastrophe No. : | |
| Mailing Address : | 1820 Market St, Galveston, TX 77550-2518 | Adj. File No. : | |
| Insured Tel. No. : | [redacted] | Loss Amount: | $30,816.74 |

Referral Date | Date Insured Contacted: 7/10/2024 | Date Loss Inspected: 7/30/2024

## Activity Report

**Totals for completed activities**

**Total Hours: 0.00** **Total Expenses: 0.00** **Total Travel: 0.00**

## Assignee Information

#### Assignee

Roof Pro Services - Lee Olivares

Address: 501 W Owassa Rd Unit A, Edinburg, TX 78539

#### Contact Methods

Email: roofbypros@gmail.com

- Office: (956) 578-3719
- SMS: (956) 578-3719

### Adjuster Address

ROOFBYPR@ROOFBYPR
OS

### Project Manager

unassigned

### Xactimate® Profile

TWIA

### Office Levels

State: Texas

Program Loc.: Galveston

### Organization Levels

none found

### Desk Adjuster

TexasWindstorm - Gilbert Garcia

ggarcia@twia.org

### Estimate Reviewer

- Dave DeVilbiss

ddevilbiss@leadingedgeclaims.com

### Estimate Reviewer

- Tarandus Jones

t.jones@twia.org

**Collaborator Information**

David DeVilbiss

Address: 21 S Plum St
Germantown, OH 45327

**Collaborator Address**

DAVIDRJM@ DAVID.GERMANTOWN.OH

# XactAnalysis Status

| | | Date Updated |
|---|---|---|
| Assignment Received | | Jul 17, 2024 6:58:29 PM |
| Adjuster Notified | | |
| Assignment Delivered | | Jul 17, 2024 6:58:33 PM |
| Estimate Returned to XactAnalysis | **$90,948.48** | Aug 10, 2024 2:23:11 AM |
| Correction Returned to XactAnalysis | **Collaboration: $30,816.74** | Aug 10, 2024 8:15:47 AM |
| Cancellation Received | | |
| Adjuster Notified of Cancellation | | |
| Assignment Rejected | | |

**Workflow Status**

| | | Date Updated |
|---|---|---|
| Customer Contacted | | Jul 10, 2024 8:00:21 PM |
| Site Inspected | | Jul 30, 2024 4:00:40 PM |
| Planned Inspection Date | | |
| Leading Edge Reviewer | **Dave DeVilbiss** | |
| Leading Edge Review Completed | | Not in Review Queue |
| TWIA - Leading Edge Review Completed | **Reviewer Assigned** | Jul 17, 2024 6:58:39 PM |
| Job Sold | | |
| Job Started | | |
| Job Completed | | |
| Job Not Sold | | |
| File Status | **Open** | |
| Collaboration Status | **Completed** | Aug 10, 2024 8:15:47 AM |
| | **In Progress** | Aug 10, 2024 7:25:00 AM |
| Attention Status | **Attention not needed** | |

**Approval Status**

| | | Date Updated |
|---|---|---|
| Change QA Status | **QA Approved** | Aug 15, 2024 11:55:31 AM |
| Change Client Status | **Not Yet Appr.** | |

All dates and times are in Central Daylight Savings Time

| | Source | Note | Date |
|---|---|---|---|
| 30 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Gilbert Garcia 800-788-8247 ggarcia@twia.org | Dec 1, 2025 3:34:02 PM |
| 29 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Tiffany Teal 737-931-1707 t.teal@twia.org | Nov 11, 2025 3:48:18 PM |
| 28 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Gilbert Garcia 800-788-8247 ggarcia@twia.org | Aug 29, 2025 10:06:52 AM |
| 27 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Quannerick Swim 737-931-1757 q.swim@twia.org | Jul 8, 2025 4:53:33 PM |
| 26 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Deja Arnett 737-931-1751 d.arnett@twia.org | Dec 18, 2024 2:10:41 PM |
| 25 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Gilbert Garcia 800-788-8247 ggarcia@twia.org | Dec 11, 2024 5:09:44 PM |
| 24 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Viviana Elvira 737-931-1768 v.elvira@twia.org | Nov 15, 2024 8:30:30 AM |
| 23 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Shari Love 512-505-2293 s.love@twia.org | Oct 17, 2024 3:35:02 PM |
| 22 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Larry Sanders 512-686-0882 l.sanders@twia.org | Oct 3, 2024 4:41:14 PM |
| 21 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Nina LaFond 737-931-0482 n.lafond@twia.org | Sep 14, 2024 9:41:33 AM |
| 20 | David Christopher LeadingEdge | Status Update: "QA Approved" | Aug 15, 2024 11:55:31 AM |
| 19 | Dave DeVilbiss LeadingEdge | Admin Revision<br><br>Do you agree to collaborate with the estimate originator on any changes? By clicking accept, you certify that you will work with the estimate originator to arrive at an agreement regarding all changes before you email, print, or share the estimate with the carrier, insured, or any other interested parties.<br>The collaboration agreement was accepted.<br>Collaboration assigned to: DAVIDRJM@DAVID.GERMANTOWN.OH | Aug 10, 2024 7:25:00 AM |
| 18 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Jacqualynn Boykin 737-931-0484 j.boykin@twia.org | Aug 2, 2024 10:31:19 AM |
| 17 | XactNet System | Status Update: "Site Inspected"<br>This status was updated by information received from Xactimate. | Aug 1, 2024 11:14:05 PM |
| 16 | XactNet System | Status Update: "Customer Contacted"<br>This status was updated by information received from Xactimate. | Aug 1, 2024 11:14:05 PM |
| 15 | Troy Hansen LeadingEdge | OFR - Appt was rained out and the adjuster was to reschedule an appt. Lee, please update your notes and planned inspection date with the new appt. date and time or log the inspection if it has taken place.<br><br>Email sent to roofbypros@gmail.com | Jul 28, 2024 3:52:22 PM |
| 14 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Tarandus Jones 737-931-0481 t.jones@twia.org | Jul 17, 2024 6:58:30 PM |

| | | | |
|---|---|---|---|
| 13 | XactNet System | Status Update: "Hail Report Completed" | Jul 17, 2024 6:58:30 PM |
| 12 | Korylee Horstmeyer Adjuster | Status Update: "Appointment Scheduled"<br>Status Date: Jul 22, 2024 9:28:00 PM<br>Contacted Mrs. Stewart and discussed claim. Mutually agreed upon an inspection date of 7/22. File pending inspection. | Jul 11, 2024 9:28:41 PM |

## Previous Assignment to Korylee Horstmeyer (Korylee Horstmeyer) on Jul 9, 2024

| | Source | Note | Date |
|---|---|---|---|
| 11 | David Christopher LeadingEdge | **Status Update: "Reassigned" to Roof Pro Services** | **Jul 17, 2024 6:58:30 PM** |
| 10 | Korylee Horstmeyer Adjuster | Status Update: "Appointment Scheduled"<br>Status Date: Jul 22, 2024 9:28:00 PM<br>Contacted Mrs. Stewart and discussed claim. Mutually agreed upon an inspection date of 7/22. File pending inspection. | Jul 11, 2024 9:28:41 PM |
| 9 | Korylee Horstmeyer Adjuster | Called 409-771-6303 and left a message requesting a returned call. | Jul 10, 2024 9:40:30 PM |
| 8 | XactNet System | Status Update: "Customer Contacted"<br>This status was updated by information received from Xactimate. | Jul 10, 2024 8:00:33 PM |
| 7 | XactNet System | Status Update: "Desk Adjuster Assigned"<br>Claim Rep Changed to: Tarandus Jones 737-931-0481 t.jones@twia.org | Jul 10, 2024 8:12:50 AM |
| 6 | David Christopher LeadingEdge | Status Update: "Notification Pending" | Jul 9, 2024 2:56:37 PM |
| 5 | David Christopher LeadingEdge | Status Update: "Assigned From Queue" | Jul 9, 2024 2:56:37 PM |
| 4 | XactNet System | Status Update: "Hail Report Completed" | Jul 9, 2024 12:05:15 PM |
| 3 | TWIA Claims TexasWindstorm | Risk#; Limit of Liability; Coinsurance %; Deductible; Form Numbers; Insured Property and Form Description<br><br>1A; $386,000.00; 80%; $19,300.00; ; Primary Residence; 1820 MARKET STREET, Galveston, TX 77550; null;<br><br>1B; $50,000.00; null%; $2,500.00; ; Primary Residence; 1820 MARKET STREET, Galveston, TX 77550; null; | Jul 9, 2024 12:21:28 AM |
| 2 | XactAnalysis System | Status Update: "Roofing Analysis Exported"<br>File Received by EagleView Roof | Jul 8, 2024 11:21:37 PM |
| 1 | XactNet System | Status Update: "Hail Report Requested" | Jul 8, 2024 11:21:34 PM |

All dates and times are in Central Daylight Savings Time

TWIA 004144

**Audit Summary Report**

10-Aug-2024 07:15:47 AM

| | | | |
|---|---|---|---|
| Insured: | Alicia Stewart | Home: | [redacted] |
| Property: | 1820 MARKET STREET<br>Galveston, TX 77550 | Business: | |
| Home: | 1820 Market St<br>Galveston, TX 77550-2518 | | |
| Estimator: | DAVIDRJM | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 1196488 | TWRD0001094575 | WIND | 0 |

Date of Loss: 07-Jul-2024 Date Received: 08-Jul-2024
Date Inspected: 30-Jul-2024 Date Entered: 17-Jul-2024

Price List: TXGA8X_JUL24
Estimate: ALICIA_STEWART

# Current Audit Report - 10-Aug-2024 07:15:47 AM

**Inspection Audit Findings**
No results found.

| **Inspection Audit Adjustments** | | | Original | Adjusted | Original | Adjusted | |
|---|---|---|---|---|---|---|---|
| Room/Area | Audit Rule(s) | Items in Question | Act/Qty | Act/Qty | Total | Total | Results |
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

# Previous Audit Report - 10-Aug-2024 01:23:11 AM

**Inspection Audit Findings**
No results found.

| **Inspection Audit Adjustments** | | | Original | Adjusted | Original | Adjusted | |
|---|---|---|---|---|---|---|---|
| Room/Area | Audit Rule(s) | Items in Question | Act/Qty | Act/Qty | Total | Total | Results |
| | | | | | | **Total:** | $0.00 |

**Inspection Audit Notes**

# Audit Report Summary - 10-Aug-2024 07:15:47 AM

**Inspection Audit Findings**
No results found.

**Inspection Audit Adjustments** Original Adjusted Original Adjusted

| Room/Area | Audit Rule(s) | Items in Question | Act/Qty | Act/Qty | Total | Total | Results |
|---|---|---|---|---|---|---|---|

**Total:** $0.00

**Inspection Audit Notes**

# Benchmark® Hail Date Of Loss Report

| | |
|---|---|
| **Date of Report:** | **July 9, 2024 12:05 CDT** |
| **Claim Details:** | |
| Property Address: | 1820 MARKET STREET, Galveston, TX |
| ZIP Code: | 77550 |
| Claim Number: | 1196488 |
| Date of Loss: | 7/8/24 |
| Cause of Loss: | HAIL |
| Assignment Date: | 7/8/24 |
| Report Period: | 7/7/24 - 7/9/24 |

| | |
|---|---|
| Agent/Adjuster Name: | XactNet System |
| Company Name: | TWIA_Leading_Edge |
| Address: | , |
| Phone: | None |
| Email: | None |
| Latitude: | 29.307004 |
| Longitude: | -94.788856 |

## Hail Date of Loss Analysis from the Benchmark® Database:

**Summary:** A significant hail event did not occur at the address on the date of loss, the day prior, or day after.

| | | At Property Address | | | Daily Maximum Value Within 1 Mile | | | Daily Maximum Value Within 5 Miles | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) |
| **Prior Day** | 7-Jul-24 | 0.00 | 0 | 40 | 0.00 | 0 | 45 | 0.00 | 0 | 50 |
| **Date of Loss** | 8-Jul-24 | 0.00 | 0 | 75 | 0.00 | 0 | 75 | 0.00 | 0 | 75 |
| **Day After** | 9-Jul-24 | 0.00 | 0 | < 35 | 0.00 | 0 | < 35 | 0.00 | 0 | < 35 |

*All values reflect the maximum value on the calendar day. Hail probability indicates likelihood that hail > 0.75" fell on that day. A significant hail event is defined by 0.75" diameter hail or greater.*

## Description of Hail Measurements

This report documents hailstorm activity over a 72-hour period within a 5-mile radius of the address.

**Description of Hail Measurements** **Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Probability of Hail > 0.75" | % | Indicates likelihood that hail > 0.75" fell on that day. 70% very certain hail occurred; 50% high probability hail occurred; 30% possibly hail occurred; 10% low probability hail occurred. | 70% | - | 10% |
| Estimated Size of Hail | Inches(Diameter) | 0.75" is lower boundary of hail size that causes property damage. Typically damaging hail ranges from 1-4" diameter. Approx. sizes: 3/4" dime; 1" quarter; 1.5" ping pong ball; 1.75" golf ball; 4" grapefruit; 4.5" softball. | 1-4" | < 1" | < 0.75" |
| Wind Speed | Miles per Hour(MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50mph | - | < 30mph |

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Hail Date Of Loss Report

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Hail History Report

| | | | | |
|---|---|---|---|---|
| **Date of Report:** | **July 9, 2024 12:05 CDT** | | | |
| **Claim Details:** | | | Agent/Adjuster Name: | XactNet System |
| Property Address: | 1820 MARKET STREET, Galveston, TX | | Company Name: | TWIA_Leading_Edge |
| ZIP Code: | 77550 | | Address: | , |
| Claim Number: | 1196488 | | Phone: | None |
| Date of Loss: | 7/8/24 | | Email: | None |
| Cause of Loss: | HAIL | | Latitude: | 29.307004 |
| Assignment Date: | 7/8/24 | | Longitude: | -94.788856 |
| Report Period: | 01 Jan 2009 - Present | | | |

**Summary:** Hail greater than 0.75" did not occur at the address on the date inquired. There was 1.00" diameter hail on May 22, 2016; i.e., 2969 days before the reported date of loss.

**Benchmark® Weather History near location since 1 January 2009**

| | | At Property Address | | | Daily Maximum Value Within 1 Mile | | | Daily Maximum Within 5 Miles | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) | Est. Hail Size (") | Est. Hail Prob (%) | Est. Wind Speed (mph) |
| **16th Prior Hail Event** | 14-May-10 | 0.00 | 0 | < 35 | < 0.75 | 10 | < 35 | < 0.75 | 25 | < 35 |
| **15th Prior Hail Event** | 5-Mar-11 | 0.75 | 80 | < 35 | 0.75 | 90 | < 35 | 1.00 | 100 | < 35 |
| **14th Prior Hail Event** | 25-Jan-12 | < 0.75 | 15 | 35 | < 0.75 | 15 | 35 | < 0.75 | 25 | 40 |
| **13th Prior Hail Event** | 4-Apr-12 | < 0.75 | 20 | < 35 | 0.75 | 50 | < 35 | 0.75 | 50 | 35 |
| **12th Prior Hail Event** | 2-Apr-13 | 0.00 | 0 | < 35 | 0.75 | 50 | < 35 | 1.25 | 55 | < 35 |
| **11th Prior Hail Event** | 8-Sep-13 | < 0.75 | 5 | < 35 | < 0.75 | 10 | < 35 | < 0.75 | 10 | < 35 |
| **10th Prior Hail Event** | 27-Oct-13 | 0.00 | 0 | < 35 | < 0.75 | 30 | < 35 | 1.25 | 50 | < 35 |
| **9th Prior Hail Event** | 17-Apr-15 | < 0.75 | 15 | < 35 | 0.75 | 50 | < 35 | 1.25 | 90 | < 35 |
| **8th Prior Hail Event** | 25-Apr-15 | 1.00 | 50 | < 35 | 1.00 | 50 | 35 | 1.00 | 50 | 35 |
| **7th Prior Hail Event** | 1-May-16 | < 0.75 | 30 | 40 | 0.75 | 50 | 40 | 1.25 | 55 | 40 |
| **6th Prior Hail Event** | 2-May-16 | 0.75 | 50 | 45 | 0.75 | 50 | 45 | 1.50 | 70 | 45 |
| **5th Prior Hail Event** | 22-May-16 | 1.00 | 50 | 40 | 1.00 | 50 | 40 | 1.00 | 50 | 40 |
| **4th Prior Hail Event** | 22-Apr-20 | < 0.75 | 35 | < 35 | 0.75 | 75 | < 35 | 0.75 | 75 | < 35 |
| **3rd Prior Hail Event** | 19-May-20 | < 0.75 | 40 | < 35 | 0.75 | 75 | < 35 | 0.75 | 90 | < 35 |
| **2nd Prior Hail Event** | 18-May-21 | 0.00 | 0 | 35 | 0.75 | 50 | 40 | 1.00 | 50 | 40 |
| **1st Prior Hail Event** | 4-May-24 | < 0.75 | 10 | 35 | 0.75 | 50 | 35 | 0.75 | 50 | 35 |
| **Date of Loss** | 8-Jul-24 | 0.00 | 0 | 75 | 0.00 | 0 | 75 | 0.00 | 0 | 75 |
| **Most Severe Hail (1/1/09 to today)** | 22-May-16 | 1.00 | 50 | 40 | 1.00 | 50 | 40 | 1.00 | 50 | 40 |

** Additional hail events occurred at the location prior to the earliest event shown.
** If additional history is needed, please contact support at 781-761-2305

*All values reflect the maximum value on the calendar day. Hail probability indicates likelihood that hail > 0.75" fell on that day. A significant hail event is defined by 0.75" diameter hail or greater. The most severe hail event date is determined by hail size at a one mile radius around the property location*

This report is powered by the Benchmark® natural hazard history database. To learn more about the information in this report, please visit https://www.verisk.com/Benchmark

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

# Benchmark® Hail History Report

**Description of Hail Measurements** **Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Probability of Hail > 0.75" | % | Indicates likelihood that hail > 0.75" fell on that day. 70% very certain hail occurred; 50% high probability hail occurred; 30% possibly hail occurred; 10% low probability hail occurred. | 70% | - | 10% |
| Estimated Size of Hail | Inches(Diameter) | 0.75" is lower boundary of hail size that causes property damage. Typically damaging hail ranges from 1-4" diameter. Approx. sizes: 3/4" dime; 1" quarter; 1.5" ping pong ball; 1.75" golf ball; 4" grapefruit; 4.5" softball. | 1-4" | < 1" | < 0.75" |
| Wind Speed | Miles per Hour(MPH) | Estimated maximum (3-second) peak gust wind speed at 10 meters above ground level from straight-line (i.e., non-tornadic) winds, such as thunderstorms, frontal passages and winter storms (excludes tropical cyclones). | > 50mph | - | < 30mph |

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data and other sources of ground-truth to maximize performance. Benchmark® processes high resolution datasets from sources such as radar, numerical weather models, and lightning networks using models and proprietary algorithms developed by our advanced-degreed meteorologists and scientists. We ingest data from the WSR-88D radar network incorporating polarimetric variables to derive the most accurate representation of the weather. At Verisk, we create hazard indices that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise weather risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk.

## Product Notice

This report may be used for the specific address of interest and may not be used for any other address or location. This report is intended for the sole use of the customer(s) named herein. Each customer agrees not to copy, distribute, disseminate, transfer, assign, license, or in any way or form make this report and/or the data available to any third party for any use whatsoever, without the expressed written consent of Insurance Services Office, Inc. (ISO™). Use of this report and the information contained therein is subject to and deemed to be assent to the ISO Terms of Use available at http://www.xactware.com/eula

Trademarks - Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc.

Verisk

Disclaimer - This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgements and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2024. All rights reserved.

## Property Owner / Risk Information

**Policyholder Name**

Alicia Stewart

**Address**

1820 Market St, Galveston, TX 77550-2518 US

**Home Phone**

[redacted]

**Business Phone**

**Mobile Phone**

[redacted]

**Pager**

**Email Address**

[redacted]

**3rd Party Claimant**

**Address**

**Phone**

**Risk Location**

1820 MARKET STREET, Galveston, TX 77550 US

**Property Access Contact**

Alicia Stewart

**Phone**

[redacted]

## Claim Information

**Type of Loss**

Wind (WIND)

**Claim #**

1196488

**CAT Code**

**Business Unit**

**Date of Loss**

Jul 8, 2024 12:00:00 AM

**Date Received**

Jul 8, 2024 1:00:00 AM

**Appointment Date**

Jul 22, 2024 9:28:00 PM

**Program Location**

Galveston

**Adjuster**

Roof Pro Services - Lee Olivares

**Price List Area**

TXGA8X_JUL24

**Description of Loss and/or Instructions**

From: TWIA - Leading Edge

ASSIGNMENT PROFILE:
Type: Normal
Claim Rep:
Date of Loss: 07/07/2024
Claim Number: 1196488
Insured Name: Alicia Stewart
Day Phone:
Evening Phone: (409) 771-6303

Type of Loss: Hail
Job Type:
Location of Property: 1820 MARKET STREET
Galveston, TX 77550

USA

Instructions:
Service #:10240256; Damage Description:SIDING AND SHINGLES; Additional Instructions:None; Forms:

Assignment Received by XactAnalysis: 07/17/2024 05:58PM MT
(XactAnalysis ID: 060RF9H)

## Writing Company

**Company**

Leading Edge Claims Service

**Address**

360 S. Nolen Dr., Ste. 100, Southlake, TX 76092 US

## Policy Information

**Policy Type**

Homeowner

**Policy Number**

TWRD0001094575

**Inception Date**

**Effective Date**

Mar 2, 2024

**Expiration Date**

Mar 2, 2025

**Apply Deductible**

Coverage Specific

**Apply Limits**

Yes

| Coverage | Type | Policy Limit | Deductible | Apply To | ITV | Reserve |
|---|---|---|---|---|---|---|
| 1A: Structure | Structural | $386,000.00 | $19,300.00 | R/C | 80.00% | $0.00 |
| 1A: Other Structures | Structural | $38,600.00 | $0.00 | R/C | 0.00% | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1B: Personal Property Contents | $50,000.00 | $2,500.00 | R/C | 0.00% | $0.00 |

**Is Attention Needed**

No

All dates and times are in Central Daylight Savings Time

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Alicia Stewart | Cell: | [redacted] |
| Property: | 1820 MARKET STREET<br>Galveston, TX 77550 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 1820 Market St<br>Galveston, TX 77550-2518 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196488 **Policy Number:** TWRD0001094575 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 8:00 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 7/30/2024 4:00 PM | Date Entered: | 7/17/2024 6:58 PM |
| Date Est. Completed: | 8/10/2024 8:14 AM | | |

Price List: TXGA8X_AUG24
Restoration/Service/Remodel
Estimate: ALICIA_STEWART

## Depreciation Summary

| Category | RCV | Deprec. | Non-Recoverable Deprec. |
|---|---|---|---|
| **GENERAL DEMOLITION** | **254.71** | | |
| **FENCING** | **3,614.96** | **1,050.22** | **1,050.22** |
| **FRAMING & ROUGH CARPENTRY** | **303.28** | **5.20** | |
| **PAINTING** | **1,452.84** | **108.83** | **108.83** |
| **ROOFING** | **13,515.47** | **2,467.36** | |
| **SIDING** | **8,848.04** | **735.63** | |
| **SOFFIT, FASCIA, & GUTTER** | **1,856.03** | | |
| **Total** | **29,845.33** | **4,367.24** | **1,159.05** |
| **Recoverable Depreciation** | | | **3,208.19** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Alicia Stewart | Cell: | [redacted] |
| Property: | 1820 MARKET STREET<br>Galveston, TX 77550 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 1820 Market St<br>Galveston, TX 77550-2518 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196488 **Policy Number:** TWRD0001094575 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 8:00 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 7/30/2024 4:00 PM | Date Entered: | 7/17/2024 6:58 PM |
| Date Est. Completed: | 8/10/2024 8:14 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ALICIA_STEWART |

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

# Ownership Audit

## Estimate: ALICIA_STEWART

| User | Ownership Period | Total Items | Estimate Total |
|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 to 8/10/2024 | 81 | $73,246.37 |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 to 8/10/2024 | 46 | $29,845.33 |

## Session Statistics

| User | Date | Time | Total Items | Estimate Total |
|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/1/2024 | 23:08:58 to 23:14:00 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/5/2024 | 12:39:31 to 12:46:00 | 0 | $0.00 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 | 22:42:27 to 02:21:22 | 81 | $73,246.37 |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 | 07:25:20 to 08:14:29 | 46 | $29,845.33 |

# Estimate Audit Trail

**Estimate: ALICIA_STEWART**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| () | 7/17/2024 18:59:31 | $0.00 | $0.00 | N/A | Measurement data received from provider EAGLEVIEW.ROOF. PROVIDER |
| (ROOFBYPR) Lee Olivares | 7/17/2024 21:56:35 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 7/30/2024 00:31:38 | $0.00 | $0.00 | N/A | Estimate checked back in |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:06:15 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/1/2024 23:14:00 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/5/2024 12:46:00 | $0.00 | $0.00 | N/A | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 13:32:05 | $0.00 | $0.00 | N/A | Estimate checked back in |
| (ROOFBYPR) Lee Olivares | 8/9/2024 22:42:17 | $0.00 | $0.00 | N/A | Estimate moves to Desktop |
| (ROOFBYPR) Lee Olivares | 8/9/2024 22:44:34 | $0.00 | $0.00 | N/A | Sketch Third Party Roof Usage |
| (ROOFBYPR) Lee Olivares | 8/9/2024 22:58:56 | $0.00 | $775.23 | N/A | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:02:57 | $775.23 | $775.23 | 0.0 | Other Structures Deductible changed from 0 to 2500 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:12 | $775.23 | $775.23 | 0.0 | 1A: Other Structures Deductible changed from 2500 to 2500 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:36 | $775.23 | $775.23 | 0.0 | Tax jurisdiction set to 8. 25% |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:36 | $775.23 | $775.23 | 0.0 | Price list changed from TXGA8X_JUL24 to TXGA8X_AUG24 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:39 | $775.23 | $775.23 | 0.0 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:39 | $775.23 | $775.23 | 0.0 | Estimate re-priced (1 items changed) |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:53 | $775.23 | $775.23 | 0.0 | Overhead changed from 1 to 1 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:53 | $775.23 | $775.23 | 0.0 | Overhead changed from 10 to 10 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:55 | $775.23 | $775.23 | 0.0 | Profit changed from 1 to 1 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:03:55 | $775.23 | $775.23 | 0.0 | Profit changed from 10 to 10 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:04:04 | $775.23 | $775.23 | 0.0 | Maximum depreciation changed from 100 to 75 |
| (ROOFBYPR) Lee Olivares | 8/9/2024 23:12:35 | $775.23 | $1,550.46 | +100.0 | Estimate total change(s) |

# Estimate Audit Trail

**Estimate: ALICIA_STEWART**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:14:31 | $1,550.46 | $10,208.11 | +558.4 | TWIA_LAM_ROOF_ 2024 (Personal) Macro used (13 items added) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:24:51 | $10,208.11 | $15,854.34 | +55.3 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:25:33 | $15,854.34 | $16,958.82 | +7.0 | 1 item(s) pasted from estimate SCOPE_ SHEET owned by |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:25:45 | $16,958.82 | $12,180.61 | -28.2 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:25:52 | $12,180.61 | $13,111.97 | +7.6 | 2 item(s) pasted from estimate ALICIA_ STEWART owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:34:40 | $13,111.97 | $13,880.80 | +5.9 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:43:56 | $13,880.80 | $22,024.00 | +58.7 | 15 item(s) pasted from estimate DAVID_ SIDING owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:56:15 | $22,024.00 | $27,255.72 | +23.8 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:56:40 | $27,255.72 | $40,559.81 | +48.8 | 14 item(s) pasted from estimate ALICIA_ STEWART owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:05:42 | $40,559.81 | $40,816.21 | +0.6 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:07:12 | $40,816.21 | $53,355.06 | +30.7 | 14 item(s) pasted from estimate ALICIA_ STEWART owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:15:04 | $53,355.06 | $51,988.96 | -2.6 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:15:47 | $51,988.96 | $56,109.37 | +7.9 | 3 item(s) pasted from estimate ALICIA_ STEWART owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:19:14 | $56,109.37 | $54,740.84 | -2.4 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:25:06 | $54,740.84 | $65,861.24 | +20.3 | 13 item(s) pasted from estimate ALICIA_ STEWART owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:33:06 | $65,861.24 | $60,195.91 | -8.6 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:38:50 | $60,195.91 | $60,335.78 | +0.2 | 4 item(s) pasted from estimate SCOPE_ SHEET owned by |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:42:11 | $60,335.78 | $60,336.20 | 0.0 | 1 item(s) pasted from estimate SCOPE_ SHEET owned by |

# Estimate Audit Trail

**Estimate: ALICIA_STEWART**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:50:36 | $60,336.20 | $71,731.06 | +18.9 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:50:36 | $71,731.06 | $71,731.06 | 0.0 | Estimate re-priced (45 items changed) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:18:20 | $71,731.06 | $73,246.37 | +2.1 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:18:21 | $73,246.37 | $73,246.37 | 0.0 | Estimate re-priced (48 items changed) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:19:02 | $73,246.37 | $73,246.37 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:19:04 | $73,246.37 | $73,246.37 | 0.0 | Estimate set to not complete |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:19:04 | $73,246.37 | $73,246.37 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:19:27 | $73,246.37 | $73,246.37 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:21:22 | $73,246.37 | $70,345.28 | -4.0 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:21:22 | $70,345.28 | $73,246.37 | +4.1 | Estimate set to complete |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:25:09 | $73,246.37 | $70,345.28 | -4.0 | Estimate moves to Desktop |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:28:00 | $70,345.28 | $73,246.37 | +4.1 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:28:00 | $73,246.37 | $73,246.37 | 0.0 | Estimate re-priced (48 items changed) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:28:10 | $73,246.37 | $73,246.37 | 0.0 | Overhead changed from 0 to 0 |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:28:11 | $73,246.37 | $73,246.37 | 0.0 | Profit changed from 0 to 0 |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:48:04 | $73,246.37 | $60,080.29 | -18.0 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:48:08 | $60,080.29 | $61,059.99 | +1.6 | 2 item(s) pasted from estimate ALICIA_ STEWART owned by |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:48:23 | $61,059.99 | $61,485.83 | +0.7 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:49:50 | $61,485.83 | $62,368.17 | +1.4 | 3 item(s) pasted from estimate ALICIA_ STEWART owned by DAVIDRJM |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:50:02 | $62,368.17 | $48,852.18 | -21.7 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:53:06 | $48,852.18 | $49,734.52 | +1.8 | 3 item(s) pasted from estimate ALICIA_ STEWART owned by DAVIDRJM |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:53:23 | $49,734.52 | $50,257.72 | +1.1 | 1 item(s) pasted from estimate ALICIA_ STEWART owned by |

# Estimate Audit Trail

**Estimate: ALICIA_STEWART**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (DAVIDRJM) David DeVilbiss | 8/10/2024 08:12:09 | $50,257.72 | $29,845.33 | -40.6 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 08:14:22 | $29,845.33 | $29,845.33 | 0.0 | Estimate save (changes made) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 08:14:29 | $29,845.33 | $10,357.69 | -65.3 | Estimate moves to XA |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 08:14:29 | $10,357.69 | $29,845.33 | +188.1 | Estimate set to complete |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Alicia Stewart | Cell: | [redacted] |
| Property: | 1820 MARKET STREET<br>Galveston, TX 77550 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 1820 Market St<br>Galveston, TX 77550-2518 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196488 **Policy Number:** TWRD0001094575 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 8:00 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 7/30/2024 4:00 PM | Date Entered: | 7/17/2024 6:58 PM |
| Date Est. Completed: | 8/10/2024 8:14 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ALICIA_STEWART |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy. *Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**ALICIA_STEWART**

**Risk**

**Dwelling**




## Dwelling Main Roof

| | | | |
|---|---|---|---|
| 1867.18 | Surface Area | 18.67 | Number of Squares |
| 116.48 | Total Hip Length | 4.18 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 18.67 SQ | 65.32 | 0.00 | 1,219.52 | (0.00) | 1,219.52 |
| 2. R&R Drip edge | 164.00 LF | 3.08 | 15.69 | 520.81 | (86.97) | 433.84 |
| 3. Asphalt starter - universal starter course | 164.00 LF | 1.89 | 7.58 | 317.54 | (68.88) | 248.66 |
| 4. Roofing felt - 15 lb. | 18.67 SQ | 32.32 | 12.51 | 615.92 | (113.70) | 502.22 |
| 5. Laminated - comp. shingle rfg. - w/out felt | 19.67 SQ | 254.31 | 225.68 | 5,227.96 | (1,458.94) | 3,769.02 |
| Auto Calculated Waste: 5.3%, 1.00SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8", Bundle Rounding: 0.1%, 0.01SQ - (included in waste calculation above) | | | | | | |
| 6. R&R Hip / Ridge cap - Standard profile - composition shingles | 120.66 LF | 8.38 | 29.56 | 1,040.69 | (191.13) | 849.56 |
| 7. R&R Flashing - pipe jack - lead | 1.00 EA | 88.60 | 4.10 | 92.70 | (22.73) | 69.97 |
| 8. Detach & Reset Roof mount power attic vent | 1.00 EA | 161.33 | 0.00 | 161.33 | (0.00) | 161.33 |
| 9. Remove Additional charge for high roof (2 stories or greater) | 18.67 SQ | 6.32 | 0.00 | 117.99 | (0.00) | 117.99 |
| 10. Additional charge for high roof (2 stories or greater) | 18.67 SQ | 18.82 | 0.00 | 351.37 | (0.00) | 351.37 |
| 11. Gutter / downspout - Detach & reset | 284.00 LF | 5.17 | 0.00 | 1,468.28 | (0.00) | 1,468.28 |
| **Totals: Dwelling Main Roof** | | | **295.12** | **11,134.11** | **1,942.35** | **9,191.76** |




## Master Bedroom Roof

| | | | |
|---|---|---|---|
| 811.62 | Surface Area | 8.12 | Number of Squares |
| 54.60 | Total Hip Length | 3.92 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 12. Remove Laminated - comp. shingle rfg (per SHINGLE) | 9.00 EA | 6.58 | 0.00 | 59.22 | (0.00) | 59.22 |
| 13. Laminated - comp. shingle rfg (per SHINGLE) | 9.00 EA | 16.14 | 2.26 | 147.52 | (3.66) | 143.86 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**CONTINUED - Master Bedroom Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| The roof waste % is not available. The calculation contains values that may result in an inaccurate waste %. | | | | | | |
| 14. R&R Hip / Ridge cap - High profile - composition shingles | 5.00 LF | 9.80 | 1.81 | 50.81 | (2.93) | 47.88 |
| **Totals: Master Bedroom Roof** | | | **4.07** | **257.55** | **6.59** | **250.96** |

**Flat Roof**




155.86 Surface Area
1.56 Number of Squares

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 15. R&R Modified bitumen roof | 1.56 SQ | 452.43 | 18.48 | 724.27 | (89.59) | 634.68 |
| 16. R&R Bitumen roof - Add. base sheet - self-adhering | 1.56 SQ | 134.08 | 9.87 | 219.03 | (31.91) | 187.12 |
| 17. R&R Drip edge/gutter apron | 40.00 LF | 3.19 | 4.19 | 131.79 | (11.61) | 120.18 |
| 18. Gutter / downspout - Detach & reset | 75.00 LF | 5.17 | 0.00 | 387.75 | (0.00) | 387.75 |
| **Totals: Flat Roof** | | | **32.54** | **1,462.84** | **133.11** | **1,329.73** |

**Exterior**

**Front Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 19. R&R Siding - vinyl | 96.00 SF | 5.45 | 16.87 | 540.07 | (57.25) | 482.82 |
| 20. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 21. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Front Elevation** | | | **32.34** | **1,437.88** | **109.75** | **1,328.13** |

**Right Elevation**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 22. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 23. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Right Elevation** | | | **15.47** | **897.81** | **52.50** | **845.31** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 24. R&R Siding - vinyl | 120.00 SF | 5.45 | 21.09 | 675.09 | (71.57) | 603.52 |
| 25. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 26. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Left Elevation** | | | **36.56** | **1,572.90** | **124.07** | **1,448.83** |
| **Total: Exterior** | | | **84.37** | **3,908.59** | **286.32** | **3,622.27** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total: Dwelling** | | | **416.10** | **16,763.09** | **2,368.37** | **14,394.72** |
| **Total: Risk** | | | **416.10** | **16,763.09** | **2,368.37** | **14,394.72** |

## Other Structures

## Detach Garage




### Detach Garage Roof

684.63 Surface Area

6.85 Number of Squares

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 27. R&R Modified bitumen roof - hot mopped | 5.28 SQ | 483.95 | 73.96 | 2,629.21 | (358.60) | 2,270.61 |
| 28. R&R Drip edge/gutter apron | 92.00 LF | 3.19 | 9.64 | 303.12 | (26.71) | 276.41 |
| **Totals: Detach Garage Roof** | | | **83.60** | **2,932.33** | **385.31** | **2,547.02** |

### Exterior

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 29. R&R House wrap (air/moisture barrier) | 657.00 SF | 0.45 | 10.30 | 305.95 | (11.65) | 294.30 |
| 30. R&R Siding - vinyl | 657.00 SF | 5.45 | 115.45 | 3,696.10 | (391.83) | 3,304.27 |
| 31. R&R Custom bent aluminum (PER LF) | 44.00 LF | 26.08 | 13.50 | 1,161.02 | (45.83) | 1,115.19 |
| **Totals: Exterior** | | | **139.25** | **5,163.07** | **449.31** | **4,713.76** |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 32. R&R Sheathing - OSB - 1/2" | 120.00 SF | 2.46 | 6.44 | 301.64 | (5.20) | 296.44 |
| **Totals: Interior** | | | **6.44** | **301.64** | **5.20** | **296.44** |
| **Total: Detach Garage** | | | **229.29** | **8,397.04** | **839.82** | **7,557.22** |

### Fencing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 33. Seal & paint - wood fence/gate | 768.00 SF | 1.44 | 20.91 | 1,126.83 | <101.38> | 1,025.45 |
| 34. Paint/finish - fence post - wood | 14.00 EA | 24.78 | 1.54 | 348.46 | <7.45> | 341.01 |
| 35. R&R Post - wood - 4" x 4" treated lumber | 14.00 EA | 73.39 | 28.90 | 1,056.36 | <175.14> | 881.22 |
| 36. Vinyl fence panel - Detach & reset - per panel / section | 12.00 EA | 49.86 | 0.00 | 598.32 | <0.00> | 598.32 |
| 37. R&R Wood fence slat 5' - 6' high - treated | 24.00 EA | 7.01 | 6.18 | 174.42 | <37.44> | 136.98 |
| 38. R&R Electric gate opener | 1.00 EA | 1,820.94 | 115.17 | 1,936.11 | <837.64> | 1,098.47 |
| **Totals: Fencing** | | | **172.70** | **5,240.50** | **1,159.05** | **4,081.45** |

### Debris Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 39. Single axle dump truck - per load - including dump fees | 1.00 EA | 254.71 | 0.00 | 254.71 | (0.00) | 254.71 |
| **Totals: Debris Removal** | | | **0.00** | **254.71** | **0.00** | **254.71** |
| **Total: Other Structures** | | | **401.99** | **13,892.25** | **1,998.87** | **11,893.38** |

**Labor Minimums Applied**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 40. Framing labor minimum | 1.00 EA | 8.08 | 0.00 | 8.08 | (0.00) | 8.08 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **8.08** | **0.00** | **8.08** |
| **Line Item Totals: ALICIA_STEWART** | | | **818.09** | **30,663.42** | **4,367.24** | **26,296.18** |

| Additional Charges | Charge |
|---|---|
| Permit | 83.82 |
| Permit | 69.50 |
| **Additional Charges Total** | **$153.32** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 3,902.12 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 3,519.29 | Surface Area | 35.19 | Number of Squares | 0.00 | Total Perimeter Length |
| 8.10 | Total Ridge Length | 171.09 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| 1A: Structure | 16,763.09 | 54.67% | 14,478.54 | 54.74% |
| 1A: Other Structures | 13,900.33 | 45.33% | 11,970.96 | 45.26% |
| 1B: Personal Property | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 30,663.42 | 100.00% | 26,449.50 | 100.00% |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 16,346.99 |
| Permit | 83.82 |
| Material Sales Tax | 416.10 |
| **Replacement Cost Value** | **$16,846.91** |
| Less Depreciation | (2,368.37) |
| **Actual Cash Value** | **$14,478.54** |
| Less Deductible | (14,478.54) |
| **Net Claim** | **$0.00** |
| Total Recoverable Depreciation | 2,368.37 |
| **Net Claim if Depreciation is Recovered** | **$2,368.37** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Other Structures

| | | |
|---|---|---|
| Line Item Total | | 13,498.34 |
| Permit | | 69.50 |
| Material Sales Tax | | 401.99 |
| **Replacement Cost Value** | | **$13,969.83** |
| Less Depreciation | | (1,998.87) |
| **Actual Cash Value** | | **$11,970.96** |
| Less Deductible | | (4,821.46) |
| **Net Claim** | | **$7,149.50** |
| Total Depreciation | 1,998.87 | |
| Less Non-Recoverable Depreciation | <1,159.05> | |
| Total Recoverable Depreciation | | 839.82 |
| **Net Claim if Depreciation is Recovered** | | **$7,989.32** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes

| | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | 818.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **818.09** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: ALICIA_STEWART**

**Area: Risk**

**Area: Dwelling**

| | | | |
|---|---|---|---|
| **Dwelling Main Roof** | | **10,838.99** | **36.32%** |
| Coverage: 1A: Structure | 100.00% = | 10,838.99 | |
| **Master Bedroom Roof** | | **253.48** | **0.85%** |
| Coverage: 1A: Structure | 100.00% = | 253.48 | |
| **Flat Roof** | | **1,430.30** | **4.79%** |
| Coverage: 1A: Structure | 100.00% = | 1,430.30 | |

**Area: Exterior**

| | | | |
|---|---|---|---|
| **Front Elevation** | | **1,405.54** | **4.71%** |
| Coverage: 1A: Structure | 100.00% = | 1,405.54 | |
| **Right Elevation** | | **882.34** | **2.96%** |
| Coverage: 1A: Structure | 100.00% = | 882.34 | |
| **Left Elevation** | | **1,536.34** | **5.15%** |
| Coverage: 1A: Structure | 100.00% = | 1,536.34 | |
| **Area Subtotal: Exterior** | | **3,824.22** | **12.81%** |
| Coverage: 1A: Structure | 100.00% = | 3,824.22 | |
| **Area Subtotal: Dwelling** | | **16,346.99** | **54.77%** |
| Coverage: 1A: Structure | 100.00% = | 16,346.99 | |
| **Area Subtotal: Risk** | | **16,346.99** | **54.77%** |
| Coverage: 1A: Structure | 100.00% = | 16,346.99 | |

**Area: Other Structures**

**Area: Detach Garage**

| | | | |
|---|---|---|---|
| **Detach Garage Roof** | | **2,848.73** | **9.54%** |
| Coverage: 1A: Other Structures | 100.00% = | 2,848.73 | |
| **Exterior** | | **5,023.82** | **16.83%** |
| Coverage: 1A: Other Structures | 100.00% = | 5,023.82 | |
| **Interior** | | **295.20** | **0.99%** |
| Coverage: 1A: Other Structures | 100.00% = | 295.20 | |
| **Area Subtotal: Detach Garage** | | **8,167.75** | **27.37%** |
| Coverage: 1A: Other Structures | 100.00% = | 8,167.75 | |
| **Fencing** | | **5,067.80** | **16.98%** |
| Coverage: 1A: Other Structures | 100.00% = | 5,067.80 | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| **Debris Removal** | | **254.71** | **0.85%** |
| Coverage: 1A: Other Structures | 100.00% = | 254.71 | |
| **Area Subtotal: Other Structures** | | **13,490.26** | **45.20%** |
| Coverage: 1A: Other Structures | 100.00% = | 13,490.26 | |
| **Labor Minimums Applied** | | **8.08** | **0.03%** |
| Coverage: 1A: Other Structures | 100.00% = | 8.08 | |
| **Subtotal of Areas** | | **29,845.33** | **100.00%** |
| Coverage: 1A: Structure | 54.77% = | 16,346.99 | |
| Coverage: 1A: Other Structures | 45.23% = | 13,498.34 | |
| **Total** | | **29,845.33** | **100.00%** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **GENERAL DEMOLITION** | | | **254.71** | | **254.71** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 254.71 | | |
| **FENCING** | | | **3,614.96** | **1,050.22** | **2,564.74** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 3,614.96 | | |
| **FRAMING & ROUGH CARPENTRY** | | | **303.28** | **5.20** | **298.08** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 303.28 | | |
| **PAINTING** | | | **1,452.84** | **108.83** | **1,344.01** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 1,452.84 | | |
| **ROOFING** | | | **13,515.47** | **2,467.36** | **11,048.11** |
| Coverage: 1A: Structure | @ | 78.92% = | 10,666.74 | | |
| Coverage: 1A: Other Structures | @ | 21.08% = | 2,848.73 | | |
| **SIDING** | | | **8,848.04** | **735.63** | **8,112.41** |
| Coverage: 1A: Structure | @ | 43.22% = | 3,824.22 | | |
| Coverage: 1A: Other Structures | @ | 56.78% = | 5,023.82 | | |
| **SOFFIT, FASCIA, & GUTTER** | | | **1,856.03** | | **1,856.03** |
| Coverage: 1A: Structure | @ | 100.00% = | 1,856.03 | | |
| **Subtotal** | | | **29,845.33** | **4,367.24** | **25,478.09** |
| **Permits and Fees** | | | **153.32** | | **153.32** |
| Coverage: 1A: Structure | @ | 54.67% = | 83.82 | | |
| Coverage: 1A: Other Structures | @ | 45.33% = | 69.50 | | |
| **Material Sales Tax** | | | **818.09** | | **818.09** |
| Coverage: 1A: Structure | @ | 50.86% = | 416.10 | | |
| Coverage: 1A: Other Structures | @ | 49.14% = | 401.99 | | |
| **Total** | | | **30,816.74** | **4,367.24** | **26,449.50** |

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

# LOSS REPORT

**Final**

| | | | |
|---|---|---|---|
| Reference: | Leading Edge Claims Service<br>360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | Report #: | 1 |
| | | Catastrophe Number: | |
| | | Policy Number: | TWRD0001094575 |
| Attention: | Claim Examiner | Claim Number: | 1196488 |
| Insured: | Alicia Stewart<br>1820 MARKET STREET<br>Galveston, TX 77550 | Date of Loss: | 7/8/2024 |
| | | Type of Loss: | Wind Damage |
| | | File Number: | |

**ENCLOSURES:**
Estimate, Statement of Loss, Bill for Services, Photos (283), Diagrams

**COVERAGE:**

| | | | |
|---|---|---|---|
| 1A: Structure | $386,000.00 | Eff. Dates: | From: 3/2/2024 To: 3/2/2025 |
| 1A: Other Structures | $38,600.00 | Mortgagee: | |
| | | Deductible: | $19,300.00 |
| 1B: Personal Property | $50,000.00 | Co-Ins. Policy: | Yes ☐ No ☑ |
| | | Forms: | |

**GENERAL LOSS REPORT**

INITIAL CONTACT

Who called the insured? Lee Olivares

Method of contact? Phone

Person spoken with on initial contact Alicia Stewart

Inspection Details: Completed inspection at the scheduled time with Alicia Stewart

Mailing address: 1820 Market St, Galveston, TX 77550-2518

Damages Reported: Wind damage to roof. Wind damage to siding on the front elevation, right elevation, and left elevation. Wind damage to detach garage and fencing.

Insured has email? ahsinterests@gmail.com

Language Interpreter needed? No

INSPECTION

Discussed claim damages, reviewed items on FNOL: SIDING AND SHINGLES

Confirmed DOL with insured of: 7/8/2024

Reviewed prior claims: None provided in Xactanalysis
Reviewed Underwriting Report: None provided in Xactanalysis
Reviewed WPI-8: 2182197 / Certified March 5, 2020 partial reroof.

COVERAGE A (DWELLING AND OTHER STRUCTURES)

Roof
Age / Material / Layers / Reparability / Decking: 16 years / 30 year architectural /1 / No / 1/2 CDX

Front slope: Roof inspection 3 wind damaged shingles due to high winds and flying debris.
Right slope: Roof inspection 5 wind damaged shingles due to high winds and flying debris.
Rear slope: Roof inspection. 10 wind damaged shingles due to high winds and flying debris.
Left slope: Roof inspection 1 wind damaged shingles due to high winds and flying debris.

Inspection revealed scattered damage consistent with wind to all directional slopes of the shingled roof surface. Due to the age and condition of the roof, it is not repairable. For these reasons, spot repairs are not likely to be successful and replacement of the shingled roof is recommended.

Separate roof on the rear of the dwelling can be repaired.
Flat roof showing damage from wind-blown debris to be replaced.

Soft metals and other roof elements: No visible damage consistent with wind.

Exterior
Siding / Age / Material: Vinyl siding with metal siding and fanfold underneath it / 20 yrs

The vinyl siding appears to be wavey in many areas. These inconsistencies are most likely due to the vinyl being installed over aluminum installed over wood, and not damaged due to wind or hail.

There are several areas of the siding that are loose, and some areas show damage from what could be wind-blown debris. An allowance for repair has been included in the attached IA estimate for these areas.

Several pieces of outside corner are loose that could be from high wind. An allowance for repair has been included in the attached IA estimate for these outside corner trims.

Front elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris.

Right elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris.

Rear elevation: No visible damage consistent with wind.

Left elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris.
Interior
Interior inspection: Yes

Does the property appear vacant? No

Attic inspected: No access

List damages by room: No damage consistent with storm.

Other Structures:
Detached garage:
High winds caused impact damage to modified bitumen.

High winds caused exterior damage to the siding. Many pieces of siding are damaged from flying debris, other pieces have blown loose and are missing. Wind damage found to overhead door opening wraps.

Fence: Left run sustained wind damage to fencing and gate opener. Most of the fence can be detached and reset with damaged slats replaced, then refinish entire fence. Fence is solely owned by the insured.

COVERAGE B (PERSONAL PROPERTY): None claimed or observed at the time of inspection.

Estimate Summary

Depreciation (and basis for that depreciation): Depreciation on this claim is set based on age and condition using Xactimate's depreciation tool. Dwelling roof at 16 years per discussion with Insured and visible condition at the time of inspection.

Overhead and profit were not added. Not warranted for limited scope of work.

Salvage? No salvage opportunities were observed as the damaged items hold no value.
Subrogation? No Subrogation opportunity was observed as the damages are weather related.

Coverage Summary
Reported date of Loss: 7/8/2024

DOL consistent with weather data? – Yes, the Benchmark report does show wind gusts with 80+ wind gusts at location on the reported DOL.

Cause of Loss: Wind

Policy in Force? Yes, 3/2/2024 - 3/2/2025

Damages Accepted:
Wind damage to the Dwelling roof.
Wind damaged siding on the front, right, and left elevations. To be repaired. Wind damage to roof, exterior siding, and interior water staining of detached garage.

Damages NOT Accepted:
None

Damages observed, but NOT claimed:
None

Attorney/Public Adjuster involvement? None at the time of this report.

Contractor involvement? None at the time of this report.

Closing conversation with the insured: After my inspection, I spoke to the Insured, explained the scope of damages observed, and advised that TWIA retains all authority on the claim and would contact them soon.

Closing Notes
Underwriting Risk Referral attached? None
Pending or unresolved exposures: None

---

**STATEMENT OF LOSS:**

| Item | RCV | Dep | ACV | Limit |
|---|---|---|---|---|
| 1A: Structure | $16,846.91 | $2,368.37 | $14,478.54 | $2,368.37 |
| 1A: Other Structures | $13,969.83 | $1,998.87 | $11,970.96 | $7,989.32 |
| 1B: Personal Property | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $30,816.74 | $4,367.24 | $26,449.50 | |

| | |
|---|---|
| Deductible | 19,300.00 |
| Less Prior Payments | $0.00 |
| Claim Payable | $10,357.69 |
| Due Insured | **$10,357.69** |
| Recoverable Depreciation Totals: | $3,208.19 |
| Non-Recoverable Depreciation Totals: | $1,159.05 |
| Net Claim Without Rec. Depreciation: | $7,149.50 |

---

**RECOMMENDATIONS:**

I recommend payment to Insured in the ACV amount of $7,149.50.

---

8/10/2024

TWIA Claims Examiner Date

Open All Close All

Korylee Horstmeyer, Korylee Horstmeyer Jul 9, 2024

## Assignee Information

**Assignee**

Korylee Horstmeyer - Korylee Horstmeyer

Address: 4299 CR 242, Palmyra, MO 63461

**Contact Methods**

Email: khorstmeyer@leadingedgeclaims.com

- Email: koryhorstmeyer@aol.com
- Email: korylee.horstmeyer@ptsemail.com
- Office: (573) 673-7647

### Adjuster Address

KORYHORS@CPKQ3.KO
RYLEE.HORSTMEYER

### Project Manager

unassigned

### Xactimate® Profile

TWIA

### Office Levels

State: Texas

Program Loc.: Galveston

### Organization Levels

none found

### Desk Adjuster

TexasWindstorm - Tarandus Jones

t.jones@twia.org

**Estimate Reviewer**

- Tom Spillman

Office: (817) 767-2108 Ext:8238

tspillman@leadingedgeclaims.com

**Estimate Reviewer**

- TWIA Claims

claims@twia.org

# XactAnalysis Status

| | **Date Updated** |
|---|---|
| Assignment Entered Queue | Jul 8, 2024 11:21:31 PM |
| Assignment Received | Jul 9, 2024 2:56:37 PM |
| Adjuster Notified | *email*<br>Sent Email to khorstmeyer@leadingedgeclaims.com<br>Jul 9, 2024 2:56:38 PM<br>*email*<br>Sent Email to koryhorstmeyer@aol.com<br>Jul 9, 2024 2:56:38 PM |
| Assignment Delivered | Jul 9, 2024 2:56:43 PM |
| Estimate Returned to XactAnalysis | |
| Correction Returned to XactAnalysis | |
| Cancellation Received | |
| Adjuster Notified of Cancellation | |
| Assignment Rejected | |
| Assignment Reassigned | Jul 17, 2024 6:58:30 PM |

**Workflow Status**

| | | **Date Updated** |
|---|---|---|
| Customer Contacted | | Jul 10, 2024 8:00:25 PM |
| Site Inspected | | |
| Planned Inspection Date | | |
| Leading Edge Reviewer | **Tom Spillman** | |
| Leading Edge Review Completed | **Reviewer Assigned** | Jul 8, 2024 11:22:36 PM |
| TWIA - Leading Edge Review Completed | **Reviewer Assigned** | Jul 8, 2024 11:22:36 PM |
| Job Sold | | |
| Job Started | | |
| Job Completed | | |
| Job Not Sold | | |
| File Status | **Open** | |
| Collaboration Status | | |
| Attention Status | **Attention not needed** | |

**Approval Status**

**Date Updated**

Change QA Status
Change Client Status
All dates and times are in Central Daylight Savings Time

LE

LEADING EDGE

*LEADING THE WAY IN TIMES OF CRISIS!*

360 S. Nolen Dr. Suite 100
Southlake, TX 76092

Tax ID: 26-0317491

**Claim Number: 1196488**
Policy Number: TWRD0001094575
Date of Loss: July 8, 2024

Invoice Number: 158047
Adjuster: Lee Roland Olivares
Invoice Date: August 10, 2024

| | | | |
|---|---|---|---|
| Invoice To: | Texas Windstorm Insurance Assoc.<br>4801 Southwest Parkway<br>Austin, TX 78735<br>Attention: | Insured: | Alicia Stewart<br>1820 Market St<br>Galveston, TX 77550 |
| Office: | TWIA - HURRICANE | Location: | 1820 Market Street<br>Galveston, TX 77550<br>Gross Loss: $30,816.74 |

| | | |
|---|---|---|
| Adjuster Fees | | |
| Tier Billing | $25,000.01 - $50,000.00 | $1,500.00 |
| Adjuster Expenses | | |
| Adjuster Fuel Fee | 1.00 each @ $25.00 | $25.00 |
| Adjuster Equipment Fee | 1.00 each @ $25.00 | $25.00 |

| | | |
|---|---|---|
| Sub Total | | $1,550.00 |
| Tax | | $0.00 |
| **Grand Total** | **Invoice Number: 158047** | **$1,550.00** |

We appreciate your business and thank you for your Partnership!

# LOSS RECAP

| | | | |
|---|---|---|---|
| Insured: | Alicia Stewart | Policy No. : | TWRD0001094575 |
| Property Address : | 1820 MARKET STREET, Galveston, TX 77550 | Date of Loss : | 7/8/2024 |
| Mailing Address : | 1820 Market St, Galveston, TX 77550-2518 | Catastrophe No. : | |
| Insured Tel. No. : | [redacted] | Adj. File No. : | |
| Adjusting Company : | | Adj. No. : | |
| Adj. Address : | | Adj. Phone No. : | (800) 788-8247 |

Date Loss Assigned: 7/8/2024 01:00 Date Insured Contacted: 7/10/2024 20:00 Date Loss Inspected: 7/30/2024 16:00

| | Replacement Cost Loss | Recov. Depr. | Non-recov. Deprec. | ACV Loss | Deductible Applied | Insur. Carried Req. % | ACV Claim | Potential Suppl. Claim | RC Claim | Valuation RCV | Valuation ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A: Structure | 16,846.91 | 2,368.37 | 0.00 | 14,478.54 | 14,478.54 | 100 \| 100 | 0.00 | 2,368.37 | 2,368.37 | 0.00 | 0.00 |
| 1A: Other Structures | 13,969.83 | 839.82 | 1,159.05 | 11,970.96 | 4,821.46 | 100 \| 100 | 7,149.50 | 839.82 | 7,989.32 | 0.00 | 0.00 |
| 1B: Personal Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTALS** | **$30,816.74** | **$3,208.19** | **$1,159.05** | **$26,449.50** | **$19,300.00** | | **$7,149.50** | **$3,208.19** | **$10,357.69** | | |

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575




**Risk/Dwelling - 1-Risk**

Date Taken:

Taken By: Lee Olivares

1820 MARKET STREET




**Risk/Dwelling - 2-Risk**

Date Taken:

Taken By: Lee Olivares

Verification.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 3-Roof**

Date Taken:

Taken By: Lee Olivares

Single Layer-Drip edge/gutter apron



**Risk/Dwelling/Dwelling Main Roof - 4-Roof**

Date Taken:

Taken By: Lee Olivares

Gutter over installed over drip edge

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575




**Risk/Dwelling/Dwelling Main Roof - 5-Roof**

Date Taken:

Taken By: Lee Olivares

6/12 pitch



**Risk/Dwelling/Dwelling Main Roof - 6-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 7-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 8-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 9-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 10-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 11-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 12-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 13-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection.




**Risk/Dwelling/Dwelling Main Roof - 14-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection. 3 wind damaged shingles.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 15-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Dwelling Main Roof - 16-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 17-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Dwelling Main Roof - 18-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 19-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 20-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Dwelling Main Roof - 21-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 5 wind damaged shingles.



**Risk/Dwelling/Dwelling Main Roof - 22-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 23-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.



**Risk/Dwelling/Dwelling Main Roof - 24-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 25-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.



**Risk/Dwelling/Dwelling Main Roof - 26-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 27-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 28-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Dwelling Main Roof - 29-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection. 10 wind damaged shingles.



**Risk/Dwelling/Dwelling Main Roof - 30-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- Impact damage.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 31-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- Impact damage.



**Risk/Dwelling/Dwelling Main Roof - 32-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 33-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 34-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.