# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 35-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Dwelling Main Roof - 36-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 37-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.



**Risk/Dwelling/Dwelling Main Roof - 38-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 1 wind damaged shingles.

TWIA 004203

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 39-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Dwelling Main Roof - 40-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.


TWIA_STEWART_LEADING EDGE_000090

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 41-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.



**Risk/Dwelling/Dwelling Main Roof - 42-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 43-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.



**Risk/Dwelling/Dwelling Main Roof - 44-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 45-Roof**

Date Taken:

Taken By: Lee Olivares

Accessories.



**Risk/Dwelling/Master Bedroom Roof - 46-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 47-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 48-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 49-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 50-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 51-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 52-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.

TWIA 004210

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575




**Risk/Dwelling/Master Bedroom Roof - 53-Roof**

Date Taken:

Taken By: Lee Olivares

Front Slope- no visible direct wind damages.



**Risk/Dwelling/Master Bedroom Roof - 54-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.


TWIA_STEWART_LEADING EDGE_000097

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Master Bedroom Roof - 55-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 1 wind damaged shingles.



**Risk/Dwelling/Master Bedroom Roof - 56-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575




**Risk/Dwelling/Master Bedroom Roof - 57-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.




**Risk/Dwelling/Master Bedroom Roof - 58-Roof**

Date Taken:

Taken By: Lee Olivares

Rear Slope- no visible direct wind damages.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Master Bedroom Roof - 59-Roof**

Date Taken:

Taken By: Lee Olivares

Rear Slope- no visible direct wind damages.



**Risk/Dwelling/Master Bedroom Roof - 60-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Master Bedroom Roof - 61-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 8 wind damaged shingles.



**Risk/Dwelling/Master Bedroom Roof - 62-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 63-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 64-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Master Bedroom Roof - 65-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 66-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 67-Roof**

Date Taken:

Taken By: Lee Olivares

Asbestos siding from neighbors house.



**Risk/Dwelling/Master Bedroom Roof - 68-Roof**

Date Taken:

Taken By: Lee Olivares

Asbestos siding from neighbors house.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Flat Roof - 69-Roof**

Date Taken:

Taken By: Lee Olivares

Flat roof inspection.




**Risk/Dwelling/Flat Roof - 70-Roof**

Date Taken:

Taken By: Lee Olivares

1/12 pitch

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Flat Roof - 71-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Flat Roof - 72-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Flat Roof - 73-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Flat Roof - 74-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Flat Roof - 75-Roof**

Date Taken:

Taken By: Lee Olivares

Impact damage.



**Risk/Dwelling/Flat Roof - 76-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Flat Roof - 77-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.




**Risk/Dwelling/Exterior - 78-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 79-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.




**Risk/Dwelling/Exterior - 80-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Exterior - 81- Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 82- Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.

TWIA 004225

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 83-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 84-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.


TWIA_STEWART_LEADING EDGE_000112

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 85-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 86-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 87- Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 88- Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 89-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 90-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 91-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 92-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 93-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 94-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.

TWIA 004231

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 95-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 96-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.


TWIA_STEWART_LEADING EDGE_000118

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 97-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 98-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

TWIA 004233

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 99-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 101-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- No visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 102-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- No visible damage.



**Risk/Dwelling/Exterior - 103-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview - Apparent installation issues, no storm damage found.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 104-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview - Apparent installation issues, no storm damage found.



**Risk/Dwelling/Exterior - 105-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview - Apparent installation issues, no storm damage found.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 106- Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview - Apparent installation issues, no storm damage found.



**Risk/Dwelling/Exterior - 107- Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview - Apparent installation issues, no storm damage found.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 108-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Air conditioning condensation lines.



**Risk/Dwelling/Exterior - 109-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Elevation overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 110-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Elevation overview.



**Risk/Dwelling/Exterior - 111-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 112-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.




**Risk/Dwelling/Exterior - 113-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Insured replaced air conditioning unit.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Exterior - 114- Right Elevation**

Date Taken:

Taken By: Alicia Stewart

Insured replaced AC due to damage.



**Risk/Dwelling/Exterior - 115- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 116-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 117-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Double layer siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 118-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Double layer siding.



**Risk/Dwelling/Exterior - 119-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Double layer siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 120-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 121-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 122-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 123-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 124-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Interior - 125-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 126-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 127-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Interior/Unit 1 - 128-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 129-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Interior/Unit 1 - 130-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 131-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 132-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 133-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 1 - 134-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 135-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 1 - 136-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 137-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 1 - 138-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 139-Bath 1**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 004253

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 140-Bath 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 141-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.


TWIA_STEWART_LEADING EDGE_000140

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 142-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.




**Risk/Dwelling/Interior/Unit 2 - 143-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 144-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 145-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 146-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 147-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 148-Hallway**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 149-Hallway**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 150-Hallway Closet**

Date Taken:

Taken By: Lee Olivares

No damage.




**Risk/Dwelling/Interior/Unit 2 - 151-Hallway Closet**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 152-Half Bath**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 153-Half Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 154-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 155-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 156-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 157-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 158-Master Closet**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 159-Master Closet**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 160-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 161-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 162-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 163-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 164-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 165-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 004266

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 166-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.




**Risk/Dwelling/Interior/Unit 3 - 167-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 168-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 169-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 170-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 171-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 004269

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 3 - 172-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 173-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.


TWIA_STEWART_LEADING EDGE_000156

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 3 - 174-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 175-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 3 - 176-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 177-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 178-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 179-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 180-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 181-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 182-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 183-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 184-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 185-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 186-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 187-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 188-Roof**

Date Taken:

Taken By: Lee Olivares

Single Layer-Drip edge/gutter apron

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575




**Other Structures/Detach Garage/Detach Garage Roof - 189-Roof**

Date Taken:

Taken By: Lee Olivares

1/12 pitch

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 190-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 191-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 192-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 193-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Detach Garage/Detach Garage Roof - 194-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

TWIA 004284

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 195-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.


TWIA_STEWART_LEADING EDGE_000171

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 196-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 197-Roof**

Date Taken:

Taken By: Lee Olivares

Impact damage.

TWIA 004287

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 198-Roof**

Date Taken:

Taken By: Lee Olivares

Impact damage.


TWIA_STEWART_LEADING EDGE_000174

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 199-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Other Structures/Detach Garage/Detach Garage Roof - 200-Roof**

Date Taken:

Taken By: Lee Olivares

Area where wind driven rain entered garage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 201-Roof**

Date Taken:

Taken By: Lee Olivares

Area where wind driven rain entered garage.



**Other Structures/Detach Garage/Detach Garage Roof - 202-Roof**

Date Taken:

Taken By: Lee Olivares

Area where wind driven rain entered garage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 203-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Other Structures/Detach Garage/Exterior - 204-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 205-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Detach Garage/Exterior - 206-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 207-Exterior**

Date Taken:

Taken By: Lee Olivares




**Other Structures/Detach Garage/Exterior - 208-Exterior**

Date Taken:

Taken By: Lee Olivares

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 209-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 210-Exterior**

Date Taken:

Taken By: Lee Olivares

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 211-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 212-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 213-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 214-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Exterior - 215-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 216-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 217-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.




**Other Structures/Detach Garage/Exterior - 218-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 219-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 220-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 221-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Detach Garage/Exterior - 222-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Detach Garage/Exterior - 223-Exterior**

Date Taken:

Taken By: Lee Olivares

Damage is not consistent DOL.




**Other Structures/Detach Garage/Exterior - 224-Exterior**

Date Taken:

Taken By: Lee Olivares

Damage is not consistent DOL.