TWIA 004401

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 47-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 48-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.



TWIA_STEWART_LEADING EDGE_000288

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 49-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.



**Risk/Dwelling/Dwelling Main Roof - 50-Roof**

Date Taken:

Taken By: Lee Olivares

Accessories.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 51-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 52-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 53-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 54-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 55-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 56-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 57-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 58-Roof**

Date Taken:

Taken By: Lee Olivares

Front Slope- no visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 59-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.




**Risk/Dwelling/Master Bedroom Roof - 60-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 1 wind damaged shingles.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 61-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 62-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.

TWIA 004409

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 63-Roof**

Date Taken:

Taken By: Lee Olivares

Rear Slope- no visible direct wind damages.



**Risk/Dwelling/Master Bedroom Roof - 64-Roof**

Date Taken:

Taken By: Lee Olivares

Rear Slope- no visible direct wind damages.


TWIA_STEWART_LEADING EDGE_000296

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 65-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.




**Risk/Dwelling/Master Bedroom Roof - 66-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 8 wind damaged shingles.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 67-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 68-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.

TWIA 004412

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 69-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 70-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.


TWIA_STEWART_LEADING EDGE_000299

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 71-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 72-Roof**

Date Taken:

Taken By: Lee Olivares

Asbestos siding from neighbors house.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Master Bedroom Roof - 73-Roof**

Date Taken:

Taken By: Lee Olivares

Asbestos siding from neighbors house.



**Risk/Dwelling/Flat Roof - 74-Roof**

Date Taken:

Taken By: Lee Olivares

Flat roof inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Flat Roof - 75-Roof**

Date Taken:

Taken By: Lee Olivares

1/12 pitch



**Risk/Dwelling/Flat Roof - 76-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Flat Roof - 77-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Flat Roof - 78-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Flat Roof - 79-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Flat Roof - 80-Roof**

Date Taken:

Taken By: Lee Olivares

Impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Flat Roof - 81-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Flat Roof - 82-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Exterior - 83-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 84-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Exterior - 85- Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.




**Risk/Dwelling/Exterior - 86- Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 87- Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 88- Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.

TWIA 004422

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 89-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 90-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.


TWIA_STEWART_LEADING EDGE_000309

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 91- Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 92- Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 93- Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 94- Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 95- Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 96- Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 97- Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 98- Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 99-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 100-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 101-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 102-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 103-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 104-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 105-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 106-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 107- Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.



**Risk/Dwelling/Exterior - 108- Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 109-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 110-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 111- Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 112- Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 113-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Air conditioning condensation lines.



**Risk/Dwelling/Exterior - 114-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Elevation overview.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 115-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Elevation overview.



**Risk/Dwelling/Exterior - 116-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 117- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.




**Risk/Dwelling/Exterior - 118- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Insured replaced air conditioning unit.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Exterior - 119-Right Elevation**

Date Taken:

Taken By: Alicia Stewart

Insured replaced AC due to damage.



**Risk/Dwelling/Exterior - 120-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 121-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 122-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Double layer siding.

TWIA 004439

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 123-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Double layer siding.



**Risk/Dwelling/Exterior - 124-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Double layer siding.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 125-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 126-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 127-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 128-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 129-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Interior - 130-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 131-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 132-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Interior/Unit 1 - 133-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 134-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Interior/Unit 1 - 135-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 136-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 137-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 138-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 1 - 139-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 140-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 141-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 142-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 143-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 144-Bath 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 145-Bath 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 146-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 1 - 147-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 148-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 149-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 150-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 151-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 152-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 153-Hallway**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 154-Hallway**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 155-Hallway Closet**

Date Taken:

Taken By: Lee Olivares

No damage.




**Risk/Dwelling/Interior/Unit 2 - 156-Hallway Closet**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 157-Half Bath**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 158-Half Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 159-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 160-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 161-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 162-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 163-Master Closet**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 164-Master Closet**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 165-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 166-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 167-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 168-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 169-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 170-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 171-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.




**Risk/Dwelling/Interior/Unit 3 - 172-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 3 - 173-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 174-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 175-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 176-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 177-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 178-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 179-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 180-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 181-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 182-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 183-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 184-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 185-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 186-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 3 - 187-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 188-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 189-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 190-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 191-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 192-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 004474

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 193-Roof**

Date Taken:

Taken By: Lee Olivares

Single Layer-Drip edge/gutter apron


TWIA_STEWART_LEADING EDGE_000361

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Detach Garage/Detach Garage Roof - 194-Roof**

Date Taken:

Taken By: Lee Olivares

1/12 pitch

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 195-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

TWIA 004477

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 196-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 197-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 198-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 199-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 200-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 201-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 202-Roof**

Date Taken:

Taken By: Lee Olivares

Impact damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 203-Roof**

Date Taken:

Taken By: Lee Olivares

Impact damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 204-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Other Structures/Detach Garage/Detach Garage Roof - 205-Roof**

Date Taken:

Taken By: Lee Olivares

Area where wind driven rain entered garage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 206-Roof**

Date Taken:

Taken By: Lee Olivares

Area where wind driven rain entered garage.



**Other Structures/Detach Garage/Detach Garage Roof - 207-Roof**

Date Taken:

Taken By: Lee Olivares

Area where wind driven rain entered garage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 208-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Other Structures/Detach Garage/Exterior - 209-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Detach Garage/Exterior - 210-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Detach Garage/Exterior - 211-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 212-Exterior**

Date Taken:

Taken By: Lee Olivares




**Other Structures/Detach Garage/Exterior - 213-Exterior**

Date Taken:

Taken By: Lee Olivares

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 214-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 215-Exterior**

Date Taken:

Taken By: Lee Olivares

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Exterior - 216-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 217-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 218-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 219-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Exterior - 220-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 221-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 222-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.




**Other Structures/Detach Garage/Exterior - 223-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 224-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 225-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 226-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Detach Garage/Exterior - 227-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Detach Garage/Exterior - 228-Exterior**

Date Taken:

Taken By: Lee Olivares

Damage is not consistent DOL.




**Other Structures/Detach Garage/Exterior - 229-Exterior**

Date Taken:

Taken By: Lee Olivares

Damage is not consistent DOL.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 230-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 231-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 232-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 233-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 234-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.




**Other Structures/Detach Garage/Exterior - 235-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

TWIA 004501

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 236-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Detach Garage/Interior - 237-Interior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Detach Garage/Interior - 238-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.



**Other Structures/Detach Garage/Interior - 239-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Interior - 240-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.




**Other Structures/Detach Garage/Interior - 241-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Interior - 242-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.



**Other Structures/Detach Garage/Interior - 243-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Interior - 244-Interior**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Detach Garage/Interior - 245-Interior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Fencing - 246-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Fencing - 247-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 248-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.




**Other Structures/Fencing - 249-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Fencing - 250-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 251-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 252-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.




**Other Structures/Fencing - 253-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 254- Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 255- Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Fencing - 256-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Fencing - 257-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Fencing - 258-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.




**Other Structures/Fencing - 259-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Fencing - 260-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 261-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Fencing - 262-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.




**Other Structures/Fencing - 263-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Fencing - 264-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.




**Other Structures/Fencing - 265-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Fencing - 266-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 267-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Other Structures/Fencing - 268-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 269-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 270-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 271-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

TWIA 004519

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Fencing - 272-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 273-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.


TWIA_STEWART_LEADING EDGE_000406

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 274-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 275-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 276-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 277-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 278-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Fencing - 279-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Fencing - 280-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Fencing - 281-Fencing**

Date Taken:

Taken By: Lee Olivares

Gate opener broke damaged during storm.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 282-Fencing**

Date Taken:

Taken By: Lee Olivares

Gate opener broke damaged during storm.



**Other Structures/Fencing - 283-Fencing**

Date Taken:

Taken By: Lee Olivares

Gate opener broke damaged during storm.

**Price List Variation Usage Report**

 8/10/2024 2:22 AM

**Texas Windstorm Insurance Association**

**Received Date:**
7/8/2024

**Completed Date:**
8/10/2024

**Operator:**
ROOFBYPR Lee Olivares

**Estimator:**
LEEO-LECS Lee Olivares

**Checkpoint price list:**
TXGA8X_JUL24 Galveston, TX

**Estimate price list:**
TXGA8X_AUG24 Galveston, TX
Restoration/Service/Remodel

**Claim Number:**
1196488

| | |
|---|---|
| **Price List Item Total** | **73,199.86** |
| **Estimate Line Item Total** | **73,246.37** |
| **Line Item Deviation Total** | **46.51** |

* Totals may be different due to rounding.

TWIA 004526



# Price List Variation Usage Report

## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **EQC** | **SNDNRS** | | | | | |
| + | | Door numbers/letters - Detach & reset | 4.00 | EA | 13.41 | 53.64 |
| | | Door numbers/letters - Detach & reset | 4.00 | EA | 13.45 | 53.80 |
| | | | | | | **0.16** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.04 | | Mkt. Cond. 0.00 | |
| **FEN** | **OPEN** | | | | | |
| + | | Electric gate opener | 1.00 | EA | 1,760.11 | 1,760.11 |
| | | Electric gate opener | 1.00 | EA | 1,761.04 | 1,761.04 |
| | | | | | | **0.93** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.93 | | Mkt. Cond. 0.00 | |
| **FEN** | **OPEN** | | | | | |
| - | | Electric gate opener | 1.00 | EA | 59.75 | 59.75 |
| | | Electric gate opener | 1.00 | EA | 59.90 | 59.90 |
| | | | | | | **0.15** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.15 | | Mkt. Cond. 0.00 | |
| **FEN** | **TRWDT** | | | | | |
| + | | Post - wood - 4" x 4" treated lumber | 14.00 | EA | 55.35 | 774.90 |
| | | Post - wood - 4" x 4" treated lumber | 14.00 | EA | 55.43 | 776.02 |
| | | | | | | **1.12** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.08 | | Mkt. Cond. 0.00 | |
| **FEN** | **TRWDT** | | | | | |
| - | | Post - wood - 4" x 4" treated lumber | 14.00 | EA | 17.92 | 250.88 |
| | | Post - wood - 4" x 4" treated lumber | 14.00 | EA | 17.96 | 251.44 |
| | | | | | | **0.56** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.04 | | Mkt. Cond. 0.00 | |
| **FEN** | **VNL8** | | | | | |
| + | | Vinyl (PVC) fence, 7'- 8' high - w/lattice | 96.00 | LF | 66.41 | 6,375.36 |
| | | Vinyl (PVC) fence, 7'- 8' high - w/lattice | 96.00 | LF | 66.46 | 6,380.16 |
| | | | | | | **4.80** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.05 | | Mkt. Cond. 0.00 | |

## Price List Variation Usage Report

## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FEN** | **VNL8** | | | | | |
| - | | Vinyl (PVC) fence, 7'- 8' high - w/lattice | 96.00 | LF | 8.96 | 860.16 |
| | | Vinyl (PVC) fence, 7'- 8' high - w/lattice | 96.00 | LF | 8.98 | 862.08 |
| | | | | | | **1.92** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.02 | | Mkt. Cond. 0.00 | |
| **FRM** | **SHW1/2** | | | | | |
| + | | Sheathing - OSB - 1/2" | 120.00 | SF | 1.79 | 214.80 |
| | | Sheathing - OSB - 1/2" | 120.00 | SF | 1.79 | 214.80 |
| | | | | | | **0.00** |
| Unit Price Diff. | | Mat. 0.00 Suppl. -0.01 Equip. 0.00 | Retail Lab. 0.01 | | Mkt. Cond. 0.00 | |
| **HVC** | **ACTW>>** | | | | | |
| + | | AC unit w/sleeve - through-wall/window - 18,000 BTU | 1.00 | EA | 1,314.09 | 1,314.09 |
| | | AC unit w/sleeve - through-wall/window - 18,000 BTU | 1.00 | EA | 1,314.55 | 1,314.55 |
| | | | | | | **0.46** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.46 | | Mkt. Cond. 0.00 | |
| **HVC** | **ACTW>>** | | | | | |
| - | | AC unit w/sleeve - through-wall/window - 18,000 BTU | 1.00 | EA | 37.57 | 37.57 |
| | | AC unit w/sleeve - through-wall/window - 18,000 BTU | 1.00 | EA | 37.66 | 37.66 |
| | | | | | | **0.09** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.09 | | Mkt. Cond. 0.00 | |
| **PNT** | **POST** | | | | | |
| + | | Paint/finish - fence post - wood | 14.00 | EA | 24.76 | 346.64 |
| | | Paint/finish - fence post - wood | 14.00 | EA | 24.78 | 346.92 |
| | | | | | | **0.28** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.02 | | Mkt. Cond. 0.00 | |
| **PNT** | **TRIM** | | | | | |
| + | | Seal (1 coat) & paint (1 coat) trim | 166.00 | LF | 1.90 | 315.40 |
| | | Seal (1 coat) & paint (1 coat) trim | 166.00 | LF | 1.91 | 317.06 |
| | | | | | | **1.66** |
| Unit Price Diff. | | Mat. 0.00 Suppl. 0.00 Equip. 0.00 | Retail Lab. 0.01 | | Mkt. Cond. 0.00 | |

## Price List Variation Usage Report



## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **ARMV>** | | | | | |
| - | | Tear off, haul and dispose of comp. shingles - Laminated | 18.67 | SQ | 65.18 | 1,216.91 |
| | | Tear off, haul and dispose of comp. shingles - Laminated | 18.67 | SQ | 65.32 | 1,219.52 |
| | | | | | | **2.61** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.14 Mkt. Cond. 0.00 | | | | |
| **RFG** | **BI** | | | | | |
| + | | Modified bitumen roof | 1.56 | SQ | 389.15 | 607.07 |
| | | Modified bitumen roof | 1.56 | SQ | 392.60 | 612.46 |
| | | | | | | **5.39** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 2.80 Equip. 0.00 Retail Lab. 0.65 Mkt. Cond. 0.00 | | | | |
| **RFG** | **BI** | | | | | |
| - | | Modified bitumen roof | 1.56 | SQ | 59.68 | 93.10 |
| | | Modified bitumen roof | 1.56 | SQ | 59.83 | 93.33 |
| | | | | | | **0.23** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.15 Mkt. Cond. 0.00 | | | | |
| **RFG** | **BIM** | | | | | |
| + | | Modified bitumen roof - hot mopped | 5.28 | SQ | 420.66 | 2,221.08 |
| | | Modified bitumen roof - hot mopped | 5.28 | SQ | 424.12 | 2,239.35 |
| | | | | | | **18.27** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 2.80 Equip. 0.00 Retail Lab. 0.66 Mkt. Cond. 0.00 | | | | |
| **RFG** | **BIM** | | | | | |
| - | | Modified bitumen roof - hot mopped | 5.28 | SQ | 59.68 | 315.11 |
| | | Modified bitumen roof - hot mopped | 5.28 | SQ | 59.83 | 315.90 |
| | | | | | | **0.79** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.15 Mkt. Cond. 0.00 | | | | |
| **RFG** | **BISABS** | | | | | |
| + | | Bitumen roof - Add. base sheet - self-adhering | 1.56 | SQ | 125.37 | 195.58 |
| | | Bitumen roof - Add. base sheet - self-adhering | 1.56 | SQ | 125.50 | 195.78 |
| | | | | | | **0.20** |
| | | Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.13 Mkt. Cond. 0.00 | | | | |

## Price List Variation Usage Report



## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **BISABS** | | | | | |
| - | | Bitumen roof - Add. base sheet - self-adhering | 1.56 | SQ | 8.56 | 13.35 |
| | | Bitumen roof - Add. base sheet - self-adhering | 1.56 | SQ | 8.58 | 13.38 |
| | | | | | | **0.03** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **DRIP** | | | | | |
| - | | Drip edge | 164.00 | LF | 0.39 | 63.96 |
| | | Drip edge | 164.00 | LF | 0.40 | 65.60 |
| | | | | | | **1.64** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **DRIP>** | | | | | |
| - | | Drip edge/gutter apron | 132.00 | LF | 0.39 | 51.48 |
| | | Drip edge/gutter apron | 132.00 | LF | 0.40 | 52.80 |
| | | | | | | **1.32** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **FLPIPEL** | | | | | |
| - | | Flashing - pipe jack - lead | 1.00 | EA | 8.41 | 8.41 |
| | | Flashing - pipe jack - lead | 1.00 | EA | 8.43 | 8.43 |
| | | | | | | **0.02** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **HIGH** | | | | | |
| - | | Additional charge for high roof (2 stories or greater) | 18.67 | SQ | 6.31 | 117.81 |
| | | Additional charge for high roof (2 stories or greater) | 18.67 | SQ | 6.32 | 117.99 |
| | | | | | | **0.18** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **PAV** | | | | | |
| - | | Roof mount power attic vent | 1.00 | EA | 29.87 | 29.87 |
| | | Roof mount power attic vent | 1.00 | EA | 29.95 | 29.95 |
| | | | | | | **0.08** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.08 Mkt. Cond. 0.00

**Price List Variation Usage Report**



**Texas Windstorm Insurance Association**

## Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **LAB** | | | | | |
| + | | Siding Installer - per hour | 20.00 | HR | 106.45 | 2,129.00 |
| | | Siding Installer - per hour | 20.00 | HR | 106.46 | 2,129.20 |
| | | | | | | **0.20** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

Allow labor hours for working reduced work space.

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **WDWRAP** | | | | | |
| + | | Wrap wood window frame & trim with aluminum sheet | 17.00 | EA | 242.77 | 4,127.09 |
| | | Wrap wood window frame & trim with aluminum sheet | 17.00 | EA | 242.78 | 4,127.26 |
| | | | | | | **0.17** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **WDWRAP** | | | | | |
| - | | Wrap wood window frame & trim with aluminum sheet | 17.00 | EA | 39.49 | 671.33 |
| | | Wrap wood window frame & trim with aluminum sheet | 17.00 | EA | 39.59 | 673.03 |
| | | | | | | **1.70** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.10 Mkt. Cond. 0.00

| Labor Minimum Code | Description | Base Amount | Adjusted Amount |
|---|---|---|---|
| FNHMN-A | Finish hardware labor minimum | 156.66 | 102.86 |
| | Finish hardware labor minimum | 157.06 | 103.26 |
| | | | **0.40** |
| FRMMN-A | Framing labor minimum | 224.71 | 7.51 |
| | Framing labor minimum | 225.28 | 8.08 |
| | | | **0.57** |
| HVCMN-A | Heat, vent, & air cond. labor minimum | 250.31 | 9.36 |
| | Heat, vent, & air cond. labor minimum | 250.89 | 9.94 |
| | | | **0.58** |

**Line Item Deviation** **46.51**


eagleview © 2021
01/26/2021

TWIA 004532




TWIA_STEWART_LEADING EDGE_000419


eagleview © 2020
02/25/2020

TWIA 004534




TWIA_STEWART_LEADING EDGE_000421


eagleview © 2021
01/26/2021


Texas Windstorm Insurance Association / Texas Fair Plan Association
Adjusting Resource
Effective Thru
JUL 2025
TWIA / TFPA
Affiliation
Approved Vendor
Company
Leading Edge Claims Svc.
Issued
7/16/2024
Expires
7/16/2025
OLIVARES,
LEE ROLAND
Texas Department of Insurance License
2247002
Claims Adjusting Team
1820




GHA
PARKING



TWIA 004540



TWIA_STEWART_LEADING EDGE_000427


GHA
PARKING
ONLY
FOR SECURITY
PLEASE CALL
(409) 766-6400
GHA
PARKING
ONLY
FOR SECURITY
PLEASE CALL
(409) 766-6400



TWIA 004543




TWIA_STEWART_LEADING EDGE_000430




1820
LESLIE'S













TWIA 004552



TWIA_STEWART_LEADING EDGE_000439

TWIA 004553



TWIA_STEWART_LEADING EDGE_000440





TWIA 004556



TWIA_STEWART_LEADING EDGE_000443


LV
B
W/O








Folgers
Classic Roast
Ziploc
POPCORN






GHA
PARKING
ONLY
FOR SECURITY
PLEASE CALL
(409) 766-6400



TWIA_STEWART_LEADING EDGE_000452







TWIA 004569



TWIA_STEWART_LEADING EDGE_000456



TWIA 004571



TWIA_STEWART_LEADING EDGE_000458






TWIA_STEWART_LEADING EDGE_000461

TWIA 004573



TWIA_STEWART_LEADING EDGE_000462


Security
Cameras In Use

TWIA 004577



TWIA_STEWART_LEADING EDGE_000464

TWIA 004578




TWIA_STEWART_LEADING EDGE_000465



TWIA_STEWART_LEADING EDGE_000466







TWIA_STEWART_LEADING EDGE_000469










GALVESTON
TEXAS
N 29° 18'
94° 47' W





TWIA 004590



TWIA_STEWART_LEADING EDGE_000477

TWIA 004591



TWIA_STEWART_LEADING EDGE_000478



TWIA_STEWART_LEADING EDGE_000479


BLACK+DECKER

TWIA 004594



TWIA_STEWART_LEADING EDGE_000481



TWIA 004596




TWIA_STEWART_LEADING EDGE_000483



TWIA 004598



TWIA_STEWART_LEADING EDGE_000485




LV
R.
W=1