

TWIA 004602




TWIA_STEWART_LEADING EDGE_000489


LV
F
W-O





TWIA 004606




TWIA_STEWART_LEADING EDGE_000493

TWIA 004607

TWIA_STEWART_LEADING EDGE_000494




LG



TWIA 004611



TWIA 004612




TWIA_STEWART_LEADING EDGE_000499










GHA
PARKING
ONLY
FOR SECURITY
PLEASE CALL
(409) 766-6400







TWIA 004621



TWIA_STEWART_LEADING EDGE_000508


LG Room Air Conditioner

TWIA 004623



TWIA_STEWART_LEADING EDGE_000510









TWIA_STEWART_LEADING EDGE_000514



TWIA 004629




TWIA_STEWART_LEADING EDGE_000516

TWIA 004630



TWIA_STEWART_LEADING EDGE_000517




PARKING

TWIA 004633



TWIA_STEWART_LEADING EDGE_000520




1820







TWIA 004639



TWIA_STEWART_LEADING EDGE_000526

TWIA 004640

TWIA_STEWART_LEADING EDGE_000527

TWIA 004641



TWIA_STEWART_LEADING EDGE_000528

TWIA 004642



TWIA_STEWART_LEADING EDGE_000529



TWIA 004644



TWIA_STEWART_LEADING EDGE_0005[illegible]

TWIA 004643



TWIA_STEWART_LEADING EDGE_000532






FOR SE
PLEASE
(409) 76


GHA
PARKING
ONLY
FOR SECURITY
PLEASE CALL
(409) 766-6400













TWIA 004656




TWIA_STEWART_LEADING EDGE_000543


2


F
W-3


PARKI
GHA
PARK

TWIA 004660



TWIA_STEWART_LEADING EDGE_000547

TWIA 004661



TWIA_STEWART_LEADING EDGE_000548

TWIA 004662




TWIA_STEWART_LEADING EDGE_000549



TWIA_STEWART_LEADING EDGE_000550

TWIA 004664



TWIA_STEWART_LEADING EDGE_000551




Colors
Whites
WASHER CYCLES
Start
Status
Temperature
Load Size
WASHER / DRYER
Cottons
Easy Care
Delicates
Timed Dry
DRYER CYCLES
Start








GHA
PARKING
ONLY
FOR SECURITY
PLEASE CALL
(409) 766-6400


1820
LESLIE'S





TWIA_STEWART_LEADING EDGE_000560



TWIA 004675



TWIA_STEWART_LEADING EDGE_000562

TWIA 004676



TWIA_STEWART_LEADING EDGE_000563







TWIA 004680



TWIA 004681



TWIA 004682



TWIA_STEWART_LEADING EDGE_000569


3
2










820
ESLIE'S
FURNITURE



GHA
PARKING
ONLY
1828

TWIA 004690



TWIA_STEWART_LEADING EDGE_000577





TWIA 004693



TWIA_STEWART_LEADING EDGE_000580



































TWIA 004711



TWIA_STEWART_LEADING EDGE_000598

TWIA 004712



TWIA_STEWART_LEADING EDGE_000599









TWIA_STEWART_LEADING EDGE_000603

TWIA 004717



TWIA_STEWART_LEADING EDGE_000604

TWIA 004718



TWIA_STEWART_LEADING EDGE_000605



TWIA_STEWART_LEADING EDGE_000606



TWIA_STEWART_LEADING EDGE_000607




1820



TWIA 004724



TWIA_STEWART_LEADING EDGE_000611




PITCH - INCH RISE PER 12" RUN
750
Pitch & Slope Locator
JOHNSON
MADE IN USA
DEGREES


CUTLERY



182
Security
Cameras In Use
ARKET



TWIA_STEWART_LEADING EDGE_000616

TWIA 004730


PITCH INCH RISE PER 12" RUN
750
Pitch & Slope Locator
JOHNSON
MADE IN USA
DEGREES

TWIA 004731



TWIA_STEWART_LEADING EDGE_000618


1828
1828



TWIA_STEWART_LEADING EDGE_000620

TWIA 004734



TWIA_STEWART_LEADING EDGE_000621

TWIA 004735



TWIA_STEWART_LEADING EDGE_000622


GHA
PARKING
ONLY
FOR SECURITY
PLEASE CALL
(409) 766-6400




GHA
PARKING
ONLY
FOR SECURITY
PLEASE CALL
(409) 766-6400





TWIA_STEWART_LEADING EDGE_000627





TWIA 004743



TWIA_STEWART_LEADING EDGE_000630







TWIA_STEWART_LEADING EDGE_000633

TWIA 004747



TWIA_STEWART_LEADING EDGE_000634






Petmate





TWIA_STEWART_LEADING EDGE_000639

TWIA 004753



TWIA_STEWART_LEADING EDGE_000640



TWIA 004755



TWIA_STEWART_LEADING EDGE_000642





TWIA 004758



TWIA_STEWART_LEADING EDGE_000645


PITCH - INCH RISE PER 12" RUN
750
Pitch & Slope Locator
JOHNSON
MADE IN USA









TWIA_STEWART_LEADING EDGE_000650



TWIA 004765



TWIA_STEWART_LEADING EDGE_000652





TWIA 004768



TWIA_STEWART_LEADING-EDGE_000655

TWIA 004769



TWIA_STEWART_LEADING EDGE_000656

TWIA 004770



TWIA_STEWART_LEADING EDGE_000657

TWIA 004771




TWIA_STEWART_LEADING EDGE_000658



TWIA 004773




TWIA_STEWART_LEADING EDGE_000660



TWIA_STEWART_LEADING EDGE_000661






LV
L
W=8

TWIA 004778



TWIA_STEWART_LEADING EDGE_000665




182
Security
Cameras In Use

TWIA 004781




TWIA_STEWART_LEADING EDGE_000668



TWIA 004783



TWIA_STEWART_LEADING EDGE_000670







TWIA_STEWART_LEADING EDGE_000673

TWIA 004787



TWIA_STEWART_LEADING EDGE_000674




















PARK

TWIA 004798



TWIA_STEWART_LEADING EDGE_000685

TWIA 004799



TWIA_STEWART_LEADING EDGE_000686


Security Cameras In Use