TWIA 005201

# Estimate Audit Trail

**Estimate: ALICIA_STEWART**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:14:31 | $1,550.46 | $10,208.11 | +558.4 | TWIA_LAM_ROOF_ 2024 (Personal) Macro used (13 items added) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:24:51 | $10,208.11 | $15,854.34 | +55.3 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:25:33 | $15,854.34 | $16,958.82 | +7.0 | 1 item(s) pasted from estimate SCOPE_ SHEET owned by |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:25:45 | $16,958.82 | $12,180.61 | -28.2 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:25:52 | $12,180.61 | $13,111.97 | +7.6 | 2 item(s) pasted from estimate ALICIA_ STEWART owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:34:40 | $13,111.97 | $13,880.80 | +5.9 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:43:56 | $13,880.80 | $22,024.00 | +58.7 | 15 item(s) pasted from estimate DAVID_ SIDING owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:56:15 | $22,024.00 | $27,255.72 | +23.8 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 00:56:40 | $27,255.72 | $40,559.81 | +48.8 | 14 item(s) pasted from estimate ALICIA_ STEWART owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:05:42 | $40,559.81 | $40,816.21 | +0.6 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:07:12 | $40,816.21 | $53,355.06 | +30.7 | 14 item(s) pasted from estimate ALICIA_ STEWART owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:15:04 | $53,355.06 | $51,988.96 | -2.6 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:15:47 | $51,988.96 | $56,109.37 | +7.9 | 3 item(s) pasted from estimate ALICIA_ STEWART owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:19:14 | $56,109.37 | $54,740.84 | -2.4 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:25:06 | $54,740.84 | $65,861.24 | +20.3 | 13 item(s) pasted from estimate ALICIA_ STEWART owned by ROOFBYPR |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:33:06 | $65,861.24 | $60,195.91 | -8.6 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:38:50 | $60,195.91 | $60,335.78 | +0.2 | 4 item(s) pasted from estimate SCOPE_ SHEET owned by |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:42:11 | $60,335.78 | $60,336.20 | 0.0 | 1 item(s) pasted from estimate SCOPE_ SHEET owned by |

TWIA 005202

# Estimate Audit Trail

## Estimate: ALICIA_STEWART

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:50:36 | $60,336.20 | $71,731.06 | +18.9 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 01:50:36 | $71,731.06 | $71,731.06 | 0.0 | Estimate re-priced (45 items changed) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:18:20 | $71,731.06 | $73,246.37 | +2.1 | Estimate total change(s) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:18:21 | $73,246.37 | $73,246.37 | 0.0 | Estimate re-priced (48 items changed) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:19:02 | $73,246.37 | $73,246.37 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:19:04 | $73,246.37 | $73,246.37 | 0.0 | Estimate set to not complete |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:19:04 | $73,246.37 | $73,246.37 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:19:27 | $73,246.37 | $73,246.37 | 0.0 | Estimate save (changes made) |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:21:22 | $73,246.37 | $70,345.28 | -4.0 | Estimate moves to XA |
| (ROOFBYPR) Lee Olivares | 8/10/2024 02:21:22 | $70,345.28 | $73,246.37 | +4.1 | Estimate set to complete |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:25:09 | $73,246.37 | $70,345.28 | -4.0 | Estimate moves to Desktop |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:28:00 | $70,345.28 | $73,246.37 | +4.1 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:28:00 | $73,246.37 | $73,246.37 | 0.0 | Estimate re-priced (48 items changed) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:28:10 | $73,246.37 | $73,246.37 | 0.0 | Overhead changed from 0 to 0 |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:28:11 | $73,246.37 | $73,246.37 | 0.0 | Profit changed from 0 to 0 |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:48:04 | $73,246.37 | $60,080.29 | -18.0 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:48:08 | $60,080.29 | $61,059.99 | +1.6 | 2 item(s) pasted from estimate ALICIA_ STEWART owned by |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:48:23 | $61,059.99 | $61,485.83 | +0.7 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:49:50 | $61,485.83 | $62,368.17 | +1.4 | 3 item(s) pasted from estimate ALICIA_ STEWART owned by DAVIDRJM |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:50:02 | $62,368.17 | $48,852.18 | -21.7 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:53:06 | $48,852.18 | $49,734.52 | +1.8 | 3 item(s) pasted from estimate ALICIA_ STEWART owned by DAVIDRJM |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 07:53:23 | $49,734.52 | $50,257.72 | +1.1 | 1 item(s) pasted from estimate ALICIA_ STEWART owned by |

# Estimate Audit Trail

**Estimate: ALICIA_STEWART**

| Estimator | Date/Time Update | Beginning Price | Ending Price | % Change | Notes |
|---|---|---|---|---|---|
| (DAVIDRJM) David DeVilbiss | 8/10/2024 08:12:09 | $50,257.72 | $29,845.33 | -40.6 | Estimate total change(s) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 08:14:22 | $29,845.33 | $29,845.33 | 0.0 | Estimate save (changes made) |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 08:14:29 | $29,845.33 | $10,357.69 | -65.3 | Estimate moves to XA |
| (DAVIDRJM) David DeVilbiss | 8/10/2024 08:14:29 | $10,357.69 | $29,845.33 | +188.1 | Estimate set to complete |

TWIA 005204

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| Insured: | Alicia Stewart | Cell: | [redacted] |
| Property: | 1820 MARKET STREET<br>Galveston, TX 77550 | Home: | [redacted] |
| | | E-mail: | [redacted] |
| Home: | 1820 Market St<br>Galveston, TX 77550-2518 | | |
| Claim Rep.: | TWIA Claims Examiner | Business: | (800) 788-8247 |
| | | E-mail: | claims@twia.org |
| Estimator: | Lee Olivares | Business: | (817) 767-2108 |
| Business: | 4508 Colleyville Blvd, Suite C<br>Colleyville, TX 76034 | E-mail: | claims@leadingedgeclaims.<br>com |
| Reference: | | Business: | (817) 767-2108 |
| Company: | Leading Edge Claims Service | | |
| Business: | 360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | | |

**Claim Number:** 1196488 **Policy Number:** TWRD0001094575 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2024 8:00 PM | | |
| Date of Loss: | 7/8/2024 12:00 AM | Date Received: | 7/8/2024 1:00 AM |
| Date Inspected: | 7/30/2024 4:00 PM | Date Entered: | 7/17/2024 6:58 PM |
| Date Est. Completed: | 8/10/2024 8:14 AM | | |

| | |
|---|---|
| Price List: | TXGA8X_AUG24<br>Restoration/Service/Remodel |
| Estimate: | ALICIA_STEWART |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**Estimate to Repair or Replace Your Covered Damage**
The enclosed estimate is the result of TWIA's initial assessment of your claim. It represents the anticipated cost for repairing or replacing the damage covered by your TWIA policy.

As this is an estimate, you may need to update TWIA if additional damages are discovered or if there is a discrepancy in the price or scope of the repair work outlined in this document. If you disagree with the scope, method, or price of repairs in the estimate, please contact your claim examiner as soon as possible and *before* repairs are completed.

**Making Repairs/Mitigating Your Loss**: Now that TWIA has completed our initial evaluation, you should make repairs as soon as possible to prevent further damage to your property.

It is your responsibility to talk to qualified contractors who are willing to perform your repairs and ask them to provide you with a detailed estimate. You may provide your contractor with a copy of the enclosed estimate. Neither TWIA nor its representatives are responsible for your repairs or contractor selections.

**TWIA Eligibility:** If you are a TWIA policyholder, some repairs may require an inspection by a Texas Department of Insurance-appointed qualified inspector or an engineer as a condition of maintaining coverage. Any costs associated with the windstorm inspection process are not covered under the TWIA insurance policy. Visit www.tdi.texas.gov/wind for more information on obtaining the proper inspections.

**Code Upgrade Requirements:** Initial estimates typically do not include city or county code upgrade requirements. The cost associated with code upgrades may be covered depending on the terms of your policy. Please discuss any code upgrade issues with your claim examiner.

**Deductible**: The deductible is your financial share of the loss. TWIA will not issue a payment if the loss does not exceed your deductible.

It is your responsibility to document your payment of the deductible to service providers. TWIA may request proof of your deductible payment when reviewing your request for any replacement cost coverage, if this coverage is included in your policy.
*Important: It is illegal for contractors to offer to waive a deductible or promise a rebate for all or part of a deductible.*

**Learn More About the Claims Process:** Please visit www.twia.org/claimscenter if you have a TWIA policy.

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

**ALICIA_STEWART**

**Risk**

**Dwelling**




**Dwelling Main Roof**

| | | | |
|---|---|---|---|
| 1867.18 | Surface Area | 18.67 | Number of Squares |
| 116.48 | Total Hip Length | 4.18 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 18.67 SQ | 65.32 | 0.00 | 1,219.52 | (0.00) | 1,219.52 |
| 2. R&R Drip edge | 164.00 LF | 3.08 | 15.69 | 520.81 | (86.97) | 433.84 |
| 3. Asphalt starter - universal starter course | 164.00 LF | 1.89 | 7.58 | 317.54 | (68.88) | 248.66 |
| 4. Roofing felt - 15 lb. | 18.67 SQ | 32.32 | 12.51 | 615.92 | (113.70) | 502.22 |
| 5. Laminated - comp. shingle rfg. - w/out felt | 19.67 SQ | 254.31 | 225.68 | 5,227.96 | (1,458.94) | 3,769.02 |
| Auto Calculated Waste: 5.3%, 1.00SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: No, Include rake starter course: No, Exposure - Hip/Valley/Starter: 5 5/8", Bundle Rounding: 0.1%, 0.01SQ - (included in waste calculation above) | | | | | | |
| 6. R&R Hip / Ridge cap - Standard profile - composition shingles | 120.66 LF | 8.38 | 29.56 | 1,040.69 | (191.13) | 849.56 |
| 7. R&R Flashing - pipe jack - lead | 1.00 EA | 88.60 | 4.10 | 92.70 | (22.73) | 69.97 |
| 8. Detach & Reset Roof mount power attic vent | 1.00 EA | 161.33 | 0.00 | 161.33 | (0.00) | 161.33 |
| 9. Remove Additional charge for high roof (2 stories or greater) | 18.67 SQ | 6.32 | 0.00 | 117.99 | (0.00) | 117.99 |
| 10. Additional charge for high roof (2 stories or greater) | 18.67 SQ | 18.82 | 0.00 | 351.37 | (0.00) | 351.37 |
| 11. Gutter / downspout - Detach & reset | 284.00 LF | 5.17 | 0.00 | 1,468.28 | (0.00) | 1,468.28 |
| **Totals: Dwelling Main Roof** | | | **295.12** | **11,134.11** | **1,942.35** | **9,191.76** |




**Master Bedroom Roof**

| | | | |
|---|---|---|---|
| 811.62 | Surface Area | 8.12 | Number of Squares |
| 54.60 | Total Hip Length | 3.92 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 12. Remove Laminated - comp. shingle rfg (per SHINGLE) | 9.00 EA | 6.58 | 0.00 | 59.22 | (0.00) | 59.22 |
| 13. Laminated - comp. shingle rfg (per SHINGLE) | 9.00 EA | 16.14 | 2.26 | 147.52 | (3.66) | 143.86 |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

### CONTINUED - Master Bedroom Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| The roof waste % is not available. The calculation contains values that may result in an inaccurate waste %. | | | | | | |
| 14. R&R Hip / Ridge cap - High profile - composition shingles | 5.00 LF | 9.80 | 1.81 | 50.81 | (2.93) | 47.88 |
| **Totals: Master Bedroom Roof** | | | **4.07** | **257.55** | **6.59** | **250.96** |

### Flat Roof




155.86 Surface Area

1.56 Number of Squares

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 15. R&R Modified bitumen roof | 1.56 SQ | 452.43 | 18.48 | 724.27 | (89.59) | 634.68 |
| 16. R&R Bitumen roof - Add. base sheet - self-adhering | 1.56 SQ | 134.08 | 9.87 | 219.03 | (31.91) | 187.12 |
| 17. R&R Drip edge/gutter apron | 40.00 LF | 3.19 | 4.19 | 131.79 | (11.61) | 120.18 |
| 18. Gutter / downspout - Detach & reset | 75.00 LF | 5.17 | 0.00 | 387.75 | (0.00) | 387.75 |
| **Totals: Flat Roof** | | | **32.54** | **1,462.84** | **133.11** | **1,329.73** |

## Exterior

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 19. R&R Siding - vinyl | 96.00 SF | 5.45 | 16.87 | 540.07 | (57.25) | 482.82 |
| 20. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 21. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Front Elevation** | | | **32.34** | **1,437.88** | **109.75** | **1,328.13** |

### Right Elevation

TWIA 005208

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 22. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 23. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Right Elevation** | | | **15.47** | **897.81** | **52.50** | **845.31** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 24. R&R Siding - vinyl | 120.00 SF | 5.45 | 21.09 | 675.09 | (71.57) | 603.52 |
| 25. R&R Vinyl outside corner post | 50.00 LF | 9.13 | 15.47 | 471.97 | (52.50) | 419.47 |
| 26. Siding Installer - per hour | 4.00 HR | 106.46 | 0.00 | 425.84 | (0.00) | 425.84 |
| Additional labor allowance to complete replacement working with existing siding | | | | | | |
| **Totals: Left Elevation** | | | **36.56** | **1,572.90** | **124.07** | **1,448.83** |
| **Total: Exterior** | | | **84.37** | **3,908.59** | **286.32** | **3,622.27** |
| **Total: Dwelling** | | | **416.10** | **16,763.09** | **2,368.37** | **14,394.72** |
| **Total: Risk** | | | **416.10** | **16,763.09** | **2,368.37** | **14,394.72** |

## Other Structures

## Detach Garage




### Detach Garage Roof

684.63 Surface Area 6.85 Number of Squares

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 27. R&R Modified bitumen roof - hot mopped | 5.28 SQ | 483.95 | 73.96 | 2,629.21 | (358.60) | 2,270.61 |
| 28. R&R Drip edge/gutter apron | 92.00 LF | 3.19 | 9.64 | 303.12 | (26.71) | 276.41 |
| **Totals: Detach Garage Roof** | | | **83.60** | **2,932.33** | **385.31** | **2,547.02** |

### Exterior

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 29. R&R House wrap (air/moisture barrier) | 657.00 SF | 0.45 | 10.30 | 305.95 | (11.65) | 294.30 |
| 30. R&R Siding - vinyl | 657.00 SF | 5.45 | 115.45 | 3,696.10 | (391.83) | 3,304.27 |
| 31. R&R Custom bent aluminum (PER LF) | 44.00 LF | 26.08 | 13.50 | 1,161.02 | (45.83) | 1,115.19 |
| **Totals: Exterior** | | | **139.25** | **5,163.07** | **449.31** | **4,713.76** |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 32. R&R Sheathing - OSB - 1/2" | 120.00 SF | 2.46 | 6.44 | 301.64 | (5.20) | 296.44 |
| **Totals: Interior** | | | **6.44** | **301.64** | **5.20** | **296.44** |
| **Total: Detach Garage** | | | **229.29** | **8,397.04** | **839.82** | **7,557.22** |

### Fencing

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 33. Seal & paint - wood fence/gate | 768.00 SF | 1.44 | 20.91 | 1,126.83 | <101.38> | 1,025.45 |
| 34. Paint/finish - fence post - wood | 14.00 EA | 24.78 | 1.54 | 348.46 | <7.45> | 341.01 |
| 35. R&R Post - wood - 4" x 4" treated lumber | 14.00 EA | 73.39 | 28.90 | 1,056.36 | <175.14> | 881.22 |
| 36. Vinyl fence panel - Detach & reset - per panel / section | 12.00 EA | 49.86 | 0.00 | 598.32 | <0.00> | 598.32 |
| 37. R&R Wood fence slat 5' - 6' high - treated | 24.00 EA | 7.01 | 6.18 | 174.42 | <37.44> | 136.98 |
| 38. R&R Electric gate opener | 1.00 EA | 1,820.94 | 115.17 | 1,936.11 | <837.64> | 1,098.47 |
| **Totals: Fencing** | | | **172.70** | **5,240.50** | **1,159.05** | **4,081.45** |

### Debris Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 39. Single axle dump truck - per load - including dump fees | 1.00 EA | 254.71 | 0.00 | 254.71 | (0.00) | 254.71 |
| **Totals: Debris Removal** | | | **0.00** | **254.71** | **0.00** | **254.71** |
| **Total: Other Structures** | | | **401.99** | **13,892.25** | **1,998.87** | **11,893.38** |

**Labor Minimums Applied**

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 40. Framing labor minimum | 1.00 EA | 8.08 | 0.00 | 8.08 | (0.00) | 8.08 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **8.08** | **0.00** | **8.08** |
| **Line Item Totals: ALICIA_STEWART** | | | **818.09** | **30,663.42** | **4,367.24** | **26,296.18** |

| Additional Charges | Charge |
|---|---|
| Permit | 83.82 |
| Permit | 69.50 |
| **Additional Charges Total** | **$153.32** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 3,902.12 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 3,519.29 | Surface Area | 35.19 | Number of Squares | 0.00 | Total Perimeter Length |
| 8.10 | Total Ridge Length | 171.09 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| 1A: Structure | 16,763.09 | 54.67% | 14,478.54 | 54.74% |
| 1A: Other Structures | 13,900.33 | 45.33% | 11,970.96 | 45.26% |
| 1B: Personal Property | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 30,663.42 | 100.00% | 26,449.50 | 100.00% |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Structure

| | |
|---|---|
| Line Item Total | 16,346.99 |
| Permit | 83.82 |
| Material Sales Tax | 416.10 |
| **Replacement Cost Value** | **$16,846.91** |
| Less Depreciation | (2,368.37) |
| **Actual Cash Value** | **$14,478.54** |
| Less Deductible | (14,478.54) |
| **Net Claim** | **$0.00** |
| Total Recoverable Depreciation | 2,368.37 |
| **Net Claim if Depreciation is Recovered** | **$2,368.37** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Summary for 1A: Other Structures

| | | |
|---|---|---|
| Line Item Total | | 13,498.34 |
| Permit | | 69.50 |
| Material Sales Tax | | 401.99 |
| **Replacement Cost Value** | | **$13,969.83** |
| Less Depreciation | | (1,998.87) |
| **Actual Cash Value** | | **$11,970.96** |
| Less Deductible | | (4,821.46) |
| **Net Claim** | | **$7,149.50** |
| Total Depreciation | 1,998.87 | |
| Less Non-Recoverable Depreciation | <1,159.05> | |
| Total Recoverable Depreciation | | 839.82 |
| **Net Claim if Depreciation is Recovered** | | **$7,989.32** |

Lee Olivares

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap of Taxes

| | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | 818.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **818.09** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

TWIA 005214

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

## Recap by Room

**Estimate: ALICIA_STEWART**

**Area: Risk**

**Area: Dwelling**

| | | | |
|---|---|---|---|
| **Dwelling Main Roof** | | **10,838.99** | **36.32%** |
| Coverage: 1A: Structure | 100.00% = | 10,838.99 | |
| **Master Bedroom Roof** | | **253.48** | **0.85%** |
| Coverage: 1A: Structure | 100.00% = | 253.48 | |
| **Flat Roof** | | **1,430.30** | **4.79%** |
| Coverage: 1A: Structure | 100.00% = | 1,430.30 | |

**Area: Exterior**

| | | | |
|---|---|---|---|
| **Front Elevation** | | **1,405.54** | **4.71%** |
| Coverage: 1A: Structure | 100.00% = | 1,405.54 | |
| **Right Elevation** | | **882.34** | **2.96%** |
| Coverage: 1A: Structure | 100.00% = | 882.34 | |
| **Left Elevation** | | **1,536.34** | **5.15%** |
| Coverage: 1A: Structure | 100.00% = | 1,536.34 | |
| **Area Subtotal: Exterior** | | **3,824.22** | **12.81%** |
| Coverage: 1A: Structure | 100.00% = | 3,824.22 | |
| **Area Subtotal: Dwelling** | | **16,346.99** | **54.77%** |
| Coverage: 1A: Structure | 100.00% = | 16,346.99 | |
| **Area Subtotal: Risk** | | **16,346.99** | **54.77%** |
| Coverage: 1A: Structure | 100.00% = | 16,346.99 | |

**Area: Other Structures**

**Area: Detach Garage**

| | | | |
|---|---|---|---|
| **Detach Garage Roof** | | **2,848.73** | **9.54%** |
| Coverage: 1A: Other Structures | 100.00% = | 2,848.73 | |
| **Exterior** | | **5,023.82** | **16.83%** |
| Coverage: 1A: Other Structures | 100.00% = | 5,023.82 | |
| **Interior** | | **295.20** | **0.99%** |
| Coverage: 1A: Other Structures | 100.00% = | 295.20 | |
| **Area Subtotal: Detach Garage** | | **8,167.75** | **27.37%** |
| Coverage: 1A: Other Structures | 100.00% = | 8,167.75 | |
| **Fencing** | | **5,067.80** | **16.98%** |
| Coverage: 1A: Other Structures | 100.00% = | 5,067.80 | |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

| | | | |
|---|---|---|---|
| **Debris Removal** | | **254.71** | **0.85%** |
| Coverage: 1A: Other Structures | 100.00% = | 254.71 | |
| **Area Subtotal: Other Structures** | | **13,490.26** | **45.20%** |
| Coverage: 1A: Other Structures | 100.00% = | 13,490.26 | |
| **Labor Minimums Applied** | | **8.08** | **0.03%** |
| Coverage: 1A: Other Structures | 100.00% = | 8.08 | |
| **Subtotal of Areas** | | **29,845.33** | **100.00%** |
| Coverage: 1A: Structure | 54.77% = | 16,346.99 | |
| Coverage: 1A: Other Structures | 45.23% = | 13,498.34 | |
| **Total** | | **29,845.33** | **100.00%** |

**Texas Windstorm Insurance Association**

P.O. Box 99090
Austin, TX 78709-9090

## Recap by Category with Depreciation

| Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **GENERAL DEMOLITION** | | | **254.71** | | **254.71** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 254.71 | | |
| **FENCING** | | | **3,614.96** | **1,050.22** | **2,564.74** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 3,614.96 | | |
| **FRAMING & ROUGH CARPENTRY** | | | **303.28** | **5.20** | **298.08** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 303.28 | | |
| **PAINTING** | | | **1,452.84** | **108.83** | **1,344.01** |
| Coverage: 1A: Other Structures | @ | 100.00% = | 1,452.84 | | |
| **ROOFING** | | | **13,515.47** | **2,467.36** | **11,048.11** |
| Coverage: 1A: Structure | @ | 78.92% = | 10,666.74 | | |
| Coverage: 1A: Other Structures | @ | 21.08% = | 2,848.73 | | |
| **SIDING** | | | **8,848.04** | **735.63** | **8,112.41** |
| Coverage: 1A: Structure | @ | 43.22% = | 3,824.22 | | |
| Coverage: 1A: Other Structures | @ | 56.78% = | 5,023.82 | | |
| **SOFFIT, FASCIA, & GUTTER** | | | **1,856.03** | | **1,856.03** |
| Coverage: 1A: Structure | @ | 100.00% = | 1,856.03 | | |
| **Subtotal** | | | **29,845.33** | **4,367.24** | **25,478.09** |
| **Permits and Fees** | | | **153.32** | | **153.32** |
| Coverage: 1A: Structure | @ | 54.67% = | 83.82 | | |
| Coverage: 1A: Other Structures | @ | 45.33% = | 69.50 | | |
| **Material Sales Tax** | | | **818.09** | | **818.09** |
| Coverage: 1A: Structure | @ | 50.86% = | 416.10 | | |
| Coverage: 1A: Other Structures | @ | 49.14% = | 401.99 | | |
| **Total** | | | **30,816.74** | **4,367.24** | **26,449.50** |

**Texas Windstorm Insurance Association**
P.O. Box 99090
Austin, TX 78709-9090

# LOSS REPORT

**Final**

| | | | |
|---|---|---|---|
| Reference: | Leading Edge Claims Service<br>360 S. Nolen Dr., Ste. 100<br>Southlake, TX 76092 | Report #: | 1 |
| | | Catastrophe Number: | |
| | | Policy Number: | TWRD0001094575 |
| Attention: | Claim Examiner | Claim Number: | 1196488 |
| Insured: | Alicia Stewart<br>1820 MARKET STREET<br>Galveston, TX 77550 | Date of Loss: | 7/8/2024 |
| | | Type of Loss: | Wind Damage |
| | | File Number: | |

**ENCLOSURES:**

Estimate, Statement of Loss, Bill for Services, Photos (283), Diagrams

**COVERAGE:**

| | | | |
|---|---|---|---|
| 1A: Structure | $386,000.00 | Eff. Dates: | From: 3/2/2024 To: 3/2/2025 |
| 1A: Other Structures | $38,600.00 | Mortgagee: | |
| 1B: Personal Property | $50,000.00 | Deductible: | $19,300.00 |
| | | Co-Ins. Policy: | Yes ☐ No ☑ |
| | | Forms: | |

**GENERAL LOSS REPORT**

INITIAL CONTACT

Who called the insured? Lee Olivares

Method of contact? Phone

Person spoken with on initial contact Alicia Stewart

Inspection Details: Completed inspection at the scheduled time with Alicia Stewart

Mailing address: 1820 Market St, Galveston, TX 77550-2518

Damages Reported: Wind damage to roof. Wind damage to siding on the front elevation, right elevation, and left elevation. Wind damage to detach garage and fencing.

Insured has email? ahsinterests@gmail.com

Language Interpreter needed? No

INSPECTION

Discussed claim damages, reviewed items on FNOL: SIDING AND SHINGLES

Confirmed DOL with insured of: 7/8/2024

Reviewed prior claims: None provided in Xactanalysis
Reviewed Underwriting Report: None provided in Xactanalysis
Reviewed WPI-8: 2182197 / Certified March 5, 2020 partial reroof.

COVERAGE A (DWELLING AND OTHER STRUCTURES)

Roof
Age / Material / Layers / Reparability / Decking: 16 years / 30 year architectural /1 / No / 1/2 CDX

Front slope: Roof inspection 3 wind damaged shingles due to high winds and flying debris.
Right slope: Roof inspection 5 wind damaged shingles due to high winds and flying debris.
Rear slope: Roof inspection. 10 wind damaged shingles due to high winds and flying debris.
Left slope: Roof inspection 1 wind damaged shingles due to high winds and flying debris.

Inspection revealed scattered damage consistent with wind to all directional slopes of the shingled roof surface. Due to the age and condition of the roof, it is not repairable. For these reasons, spot repairs are not likely to be successful and replacement of the shingled roof is recommended.

Separate roof on the rear of the dwelling can be repaired.
Flat roof showing damage from wind-blown debris to be replaced.

Soft metals and other roof elements: No visible damage consistent with wind.

Exterior
Siding / Age / Material: Vinyl siding with metal siding and fanfold underneath it / 20 yrs

The vinyl siding appears to be wavey in many areas. These inconsistencies are most likely due to the vinyl being installed over aluminum installed over wood, and not damaged due to wind or hail.

There are several areas of the siding that are loose, and some areas show damage from what could be wind-blown debris. An allowance for repair has been included in the attached IA estimate for these areas.

Several pieces of outside corner are loose that could be from high wind. An allowance for repair has been included in the attached IA estimate for these outside corner trims.

Front elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris.

Right elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris.

Rear elevation: No visible damage consistent with wind.

Left elevation: Wind damage to siding caused by strong wind gust and from impact damage caused by flying debris.
Interior
Interior inspection: Yes

Does the property appear vacant? No

Attic inspected: No access

List damages by room: No damage consistent with storm.

Other Structures:
Detached garage:
High winds caused impact damage to modified bitumen.

High winds caused exterior damage to the siding. Many pieces of siding are damaged from flying debris, other pieces have blown loose and are missing. Wind damage found to overhead door opening wraps.

Fence: Left run sustained wind damage to fencing and gate opener. Most of the fence can be detached and reset with damaged slats replaced, then refinish entire fence. Fence is solely owned by the insured.

COVERAGE B (PERSONAL PROPERTY): None claimed or observed at the time of inspection.

Estimate Summary

Depreciation (and basis for that depreciation): Depreciation on this claim is set based on age and condition using Xactimate's depreciation tool. Dwelling roof at 16 years per discussion with Insured and visible condition at the time of inspection.

Overhead and profit were not added. Not warranted for limited scope of work.

Salvage? No salvage opportunities were observed as the damaged items hold no value.
Subrogation? No Subrogation opportunity was observed as the damages are weather related.

Coverage Summary
Reported date of Loss: 7/8/2024

DOL consistent with weather data? – Yes, the Benchmark report does show wind gusts with 80+ wind gusts at location on the reported DOL.

Cause of Loss: Wind

Policy in Force? Yes, 3/2/2024 - 3/2/2025

Damages Accepted:
Wind damage to the Dwelling roof.
Wind damaged siding on the front, right, and left elevations. To be repaired. Wind damage to roof, exterior siding, and interior water staining of detached garage.

Damages NOT Accepted:
None

Damages observed, but NOT claimed:
None

Attorney/Public Adjuster involvement? None at the time of this report.

Contractor involvement? None at the time of this report.

Closing conversation with the insured: After my inspection, I spoke to the Insured, explained the scope of damages observed, and advised that TWIA retains all authority on the claim and would contact them soon.

Closing Notes
Underwriting Risk Referral attached? None
Pending or unresolved exposures: None

**STATEMENT OF LOSS:**

| **Item** | **RCV** | **Dep** | **ACV** | **Limit** |
|---|---|---|---|---|
| 1A: Structure | $16,846.91 | $2,368.37 | $14,478.54 | $2,368.37 |
| 1A: Other Structures | $13,969.83 | $1,998.87 | $11,970.96 | $7,989.32 |
| 1B: Personal Property | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $30,816.74 | $4,367.24 | $26,449.50 | |

| | |
|---|---|
| Deductible | 19,300.00 |
| Less Prior Payments | $0.00 |
| Claim Payable | $10,357.69 |
| Due Insured | **$10,357.69** |
| Recoverable Depreciation Totals: | $3,208.19 |
| Non-Recoverable Depreciation Totals: | $1,159.05 |
| Net Claim Without Rec. Depreciation: | $7,149.50 |

**RECOMMENDATIONS:**

I recommend payment to Insured in the ACV amount of $7,149.50.

8/10/2024

TWIA Claims Examiner | Date

TWIA 005221

LE

LEADING EDGE

*LEADING THE WAY IN TIMES OF CRISIS!*

360 S. Nolen Dr. Suite 100
Southlake, TX 76092

Tax ID: 26-0317491

**Claim Number: 1196488**
Policy Number: TWRD0001094575
Date of Loss: July 8, 2024

Invoice Number: 158047
Adjuster: Lee Roland Olivares
Invoice Date: August 10, 2024

Invoice To: Texas Windstorm Insurance Assoc.
4801 Southwest Parkway
Austin, TX 78735
Attention:

Insured: Alicia Stewart
1820 Market St
Galveston, TX 77550

Office: TWIA - HURRICANE

Location: 1820 Market Street
Galveston, TX 77550
Gross Loss: $30,816.74

| | | |
|---|---|---|
| Adjuster Fees | | |
| Tier Billing | $25,000.01 - $50,000.00 | $1,500.00 |
| Adjuster Expenses | | |
| Adjuster Fuel Fee | 1.00 each @ $25.00 | $25.00 |
| Adjuster Equipment Fee | 1.00 each @ $25.00 | $25.00 |

| | | |
|---|---|---|
| Sub Total | | $1,550.00 |
| Tax | | $0.00 |
| **Grand Total** | **Invoice Number: 158047** | **$1,550.00** |

We appreciate your business and thank you for your Partnership!

# LOSS RECAP

| | | | |
|---|---|---|---|
| Insured: | Alicia Stewart | Policy No. : | TWRD0001094575 |
| Property Address : | 1820 MARKET STREET, Galveston, TX 77550 | Date of Loss : | 7/8/2024 |
| Mailing Address : | 1820 Market St, Galveston, TX 77550-2518 | Catastrophe No. : | |
| Insured Tel. No. : | [redacted] | Adj. File No. : | |
| Adjusting Company : | | Adj. No. : | |
| Adj. Address : | | Adj. Phone No. : | (800) 788-8247 |

Date Loss Assigned: 7/8/2024 01:00    Date Insured Contacted: 7/10/2024 20:00    Date Loss Inspected: 7/30/2024 16:00

| | Replacement Cost Loss | Recov. Depr. | Non-recov. Deprec. | ACV Loss | Deductible Applied | Insur. Carried Req. % | ACV Claim | Potential Suppl. Claim | RC Claim | Valuation RCV | Valuation ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A: Structure | 16,846.91 | 2,368.37 | 0.00 | 14,478.54 | 14,478.54 | 100 \| 100 | 0.00 | 2,368.37 | 2,368.37 | 0.00 | 0.00 |
| 1A: Other Structures | 13,969.83 | 839.82 | 1,159.05 | 11,970.96 | 4,821.46 | 100 \| 100 | 7,149.50 | 839.82 | 7,989.32 | 0.00 | 0.00 |
| 1B: Personal Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTALS** | **$30,816.74** | **$3,208.19** | **$1,159.05** | **$26,449.50** | **$19,300.00** | | **$7,149.50** | **$3,208.19** | **$10,357.69** | | |

TWIA 005223

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling - 1-Risk**

Date Taken:

Taken By: Lee Olivares

1820 MARKET STREET




**Risk/Dwelling - 2-Risk**

Date Taken:

Taken By: Lee Olivares

Verification.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 3-Roof**

Date Taken:

Taken By: Lee Olivares

Single Layer-Drip edge/gutter apron



**Risk/Dwelling/Dwelling Main Roof - 4-Roof**

Date Taken:

Taken By: Lee Olivares

Gutter over installed over drip edge

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Dwelling Main Roof - 5-Roof**

Date Taken:

Taken By: Lee Olivares

6/12 pitch



**Risk/Dwelling/Dwelling Main Roof - 6-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 7-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 8-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 9-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 10-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 11-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 12-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 13-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection.




**Risk/Dwelling/Dwelling Main Roof - 14-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection. 3 wind damaged shingles.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 15-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Dwelling Main Roof - 16-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope- 30-year laminate shingles- visible direct wind damages.

TWIA 005231

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 17-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Dwelling Main Roof - 18-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 19-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 20-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Dwelling Main Roof - 21-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 5 wind damaged shingles.



**Risk/Dwelling/Dwelling Main Roof - 22-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.

TWIA 005234

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 23-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.



**Risk/Dwelling/Dwelling Main Roof - 24-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 25-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.



**Risk/Dwelling/Dwelling Main Roof - 26-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 27-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 28-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.

TWIA 005237

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Dwelling Main Roof - 29-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection. 10 wind damaged shingles.



**Risk/Dwelling/Dwelling Main Roof - 30-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- Impact damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 31-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- Impact damage.



**Risk/Dwelling/Dwelling Main Roof - 32-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 33-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 34-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 35-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Dwelling Main Roof - 36-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

TWIA 005241

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 37-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.



**Risk/Dwelling/Dwelling Main Roof - 38-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 1 wind damaged shingles.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 39-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Dwelling Main Roof - 40-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.

TWIA 005243

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 41-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.



**Risk/Dwelling/Dwelling Main Roof - 42-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

TWIA 005244

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 43-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.



**Risk/Dwelling/Dwelling Main Roof - 44-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Dwelling Main Roof - 45-Roof**

Date Taken:

Taken By: Lee Olivares

Accessories.




**Risk/Dwelling/Master Bedroom Roof - 46-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 47-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 48-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 49-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 50-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.

TWIA 005248

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 51-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 52-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 53-Roof**

Date Taken:

Taken By: Lee Olivares

Front Slope- no visible direct wind damages.



**Risk/Dwelling/Master Bedroom Roof - 54-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Master Bedroom Roof - 55-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 1 wind damaged shingles.



**Risk/Dwelling/Master Bedroom Roof - 56-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- impact damage.

TWIA 005251

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 57-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.




**Risk/Dwelling/Master Bedroom Roof - 58-Roof**

Date Taken:

Taken By: Lee Olivares

Rear Slope- no visible direct wind damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 59-Roof**

Date Taken:

Taken By: Lee Olivares

Rear Slope- no visible direct wind damages.



**Risk/Dwelling/Master Bedroom Roof - 60-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Master Bedroom Roof - 61-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 8 wind damaged shingles.



**Risk/Dwelling/Master Bedroom Roof - 62-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Master Bedroom Roof - 63-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 64-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.

TWIA 005255

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 65-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 66-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 67-Roof**

Date Taken:

Taken By: Lee Olivares

Asbestos siding from neighbors house.



**Risk/Dwelling/Master Bedroom Roof - 68-Roof**

Date Taken:

Taken By: Lee Olivares

Asbestos siding from neighbors house.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Flat Roof - 69-Roof**

Date Taken:

Taken By: Lee Olivares

Flat roof inspection.




**Risk/Dwelling/Flat Roof - 70-Roof**

Date Taken:

Taken By: Lee Olivares

1/12 pitch

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Flat Roof - 71-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Flat Roof - 72-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

TWIA 005259

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Flat Roof - 73-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Flat Roof - 74-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Flat Roof - 75-Roof**

Date Taken:

Taken By: Lee Olivares

Impact damage.



**Risk/Dwelling/Flat Roof - 76-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Flat Roof - 77-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.




**Risk/Dwelling/Exterior - 78-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 79-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.




**Risk/Dwelling/Exterior - 80-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Exterior - 81-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 82-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 83-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 84-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 85-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 86-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 87-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 88-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 89-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 90-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

TWIA 005268

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 91-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 92-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 93- Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 94- Right Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 95-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 96-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 97-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 98-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 99-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 101-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- No visible damage.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 102- Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- No visible damage.



**Risk/Dwelling/Exterior - 103- Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview - Apparent installation issues, no storm damage found.

TWIA 005274

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 104-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview - Apparent installation issues, no storm damage found.



**Risk/Dwelling/Exterior - 105-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview - Apparent installation issues, no storm damage found.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 106-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview - Apparent installation issues, no storm damage found.



**Risk/Dwelling/Exterior - 107-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview - Apparent installation issues, no storm damage found.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 108-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Air conditioning condensation lines.



**Risk/Dwelling/Exterior - 109-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Elevation overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 110- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Elevation overview.



**Risk/Dwelling/Exterior - 111- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 112- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.




**Risk/Dwelling/Exterior - 113- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Insured replaced air conditioning unit.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Exterior - 114-Right Elevation**

Date Taken:

Taken By: Alicia Stewart

Insured replaced AC due to damage.



**Risk/Dwelling/Exterior - 115-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 116-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 117-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Double layer siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 118-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Double layer siding.



**Risk/Dwelling/Exterior - 119-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Double layer siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 120- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 121- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 122-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 123-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 124-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Interior - 125-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Interior/Unit 1 - 126-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 127-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Interior/Unit 1 - 128-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 129-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Interior/Unit 1 - 130-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 131-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 1 - 132-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 133-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 1 - 134-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.




**Risk/Dwelling/Interior/Unit 1 - 135-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 136-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 137-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 005291

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 138-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 139-Bath 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 140-Bath 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 141-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 005293

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 142-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.




**Risk/Dwelling/Interior/Unit 2 - 143-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 144-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 145-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 146-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 147-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 148-Hallway**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 149-Hallway**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 150-Hallway Closet**

Date Taken:

Taken By: Lee Olivares

No damage.




**Risk/Dwelling/Interior/Unit 2 - 151-Hallway Closet**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 152-Half Bath**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 153-Half Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 154-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 155-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 156-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 157-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

No damage.