# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling - 7-Risk**

Date Taken:

Taken By: Lee Olivares

Verification.



**Risk/Dwelling/Dwelling Main Roof - 8-Roof**

Date Taken:

Taken By: Lee Olivares

Single Layer-Drip edge/gutter apron

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 9-Roof**

Date Taken:

Taken By: Lee Olivares

Gutter over gutter.




**Risk/Dwelling/Dwelling Main Roof - 10-Roof**

Date Taken:

Taken By: Lee Olivares

6/12 pitch

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 11-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 12-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 13-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 14-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 15-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 16-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 17-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.



**Risk/Dwelling/Dwelling Main Roof - 18-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 19-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope inspection. 3 wind damaged shingles.



**Risk/Dwelling/Dwelling Main Roof - 20-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 21-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Dwelling Main Roof - 22-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope- 30-year laminate shingles- impact damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 23-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 24-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 25-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.




**Risk/Dwelling/Dwelling Main Roof - 26-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 5 wind damaged shingles.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 27-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.



**Risk/Dwelling/Dwelling Main Roof - 28-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 29-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.



**Risk/Dwelling/Dwelling Main Roof - 30-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- Impact damage.

TWIA 005413

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 31-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 32-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 33-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.



**Risk/Dwelling/Dwelling Main Roof - 34-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection. 10 wind damaged shingles.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 35-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- Impact damage.



**Risk/Dwelling/Dwelling Main Roof - 36-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- Impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 37-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- visible direct wind damages.



**Risk/Dwelling/Dwelling Main Roof - 38-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 39-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 40-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope- 30-year laminate shingles- visible direct wind damages.

TWIA 005418

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 41-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 42-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.

TWIA 005419

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Dwelling Main Roof - 43-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 1 wind damaged shingles.



**Risk/Dwelling/Dwelling Main Roof - 44-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- visible direct wind damages.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 45-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.



**Risk/Dwelling/Dwelling Main Roof - 46-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.

TWIA 005421

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Dwelling Main Roof - 47-Roof**

Date Taken:

Taken By: Lee Olivares

Showing condition of the roof.



**Risk/Dwelling/Dwelling Main Roof - 48-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Dwelling Main Roof - 49-Roof**

Date Taken:

Taken By: Lee Olivares

Visible damage to ridge cap.



**Risk/Dwelling/Dwelling Main Roof - 50-Roof**

Date Taken:

Taken By: Lee Olivares

Accessories.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Master Bedroom Roof - 51-Roof**

Date Taken:

Taken By: Lee Olivares

Front roof slope overview.




**Risk/Dwelling/Master Bedroom Roof - 52-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 53-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 54-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 55-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 56-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.

TWIA 005426

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 57-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope overview.



**Risk/Dwelling/Master Bedroom Roof - 58-Roof**

Date Taken:

Taken By: Lee Olivares

Front Slope- no visible direct wind damages.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Master Bedroom Roof - 59-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection.



**Risk/Dwelling/Master Bedroom Roof - 60-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope inspection. 1 wind damaged shingles.

TWIA 005428

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 61-Roof**

Date Taken:

Taken By: Lee Olivares

Right roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 62-Roof**

Date Taken:

Taken By: Lee Olivares

Rear roof slope inspection.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Master Bedroom Roof - 63-Roof**

Date Taken:

Taken By: Lee Olivares

Rear Slope- no visible direct wind damages.



**Risk/Dwelling/Master Bedroom Roof - 64-Roof**

Date Taken:

Taken By: Lee Olivares

Rear Slope- no visible direct wind damages.

TWIA 005430

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 65-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection.




**Risk/Dwelling/Master Bedroom Roof - 66-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope inspection. 8 wind damaged shingles.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Master Bedroom Roof - 67-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 68-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.

TWIA 005432

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Master Bedroom Roof - 69-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 70-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.

TWIA 005433

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Master Bedroom Roof - 71-Roof**

Date Taken:

Taken By: Lee Olivares

Left roof slope- 30-year laminate shingles- impact damage.



**Risk/Dwelling/Master Bedroom Roof - 72-Roof**

Date Taken:

Taken By: Lee Olivares

Asbestos siding from neighbors house.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Master Bedroom Roof - 73-Roof**

Date Taken:

Taken By: Lee Olivares

Asbestos siding from neighbors house.



**Risk/Dwelling/Flat Roof - 74-Roof**

Date Taken:

Taken By: Lee Olivares

Flat roof inspection.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Flat Roof - 75-Roof**

Date Taken:

Taken By: Lee Olivares

1/12 pitch



**Risk/Dwelling/Flat Roof - 76-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Flat Roof - 77-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Flat Roof - 78-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Flat Roof - 79-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Flat Roof - 80-Roof**

Date Taken:

Taken By: Lee Olivares

Impact damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Flat Roof - 81-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Risk/Dwelling/Flat Roof - 82-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

TWIA 005439

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Exterior - 83-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 84-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Exterior - 85-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.




**Risk/Dwelling/Exterior - 86-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 87-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 88-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 89- Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 90- Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 91-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 92-Front Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 93-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 94-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 95-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 96-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

TWIA 005446

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 97-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 98-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

TWIA 005447

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 99-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.



**Risk/Dwelling/Exterior - 100-Right Elevation**

Date Taken:

Taken By: Lee Olivares

Siding- visible damages.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 101-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 102-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 103-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 104-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 105-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 106-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 107-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview- Visible damage.



**Risk/Dwelling/Exterior - 108-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 109-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 110-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

TWIA 005453

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 111- Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.



**Risk/Dwelling/Exterior - 112- Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Overview.

TWIA 005454

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 113-Rear Elevation**

Date Taken:

Taken By: Lee Olivares

Air conditioning condensation lines.



**Risk/Dwelling/Exterior - 114-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Elevation overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 115-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Elevation overview.



**Risk/Dwelling/Exterior - 116-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

TWIA 005456

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 117-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.




**Risk/Dwelling/Exterior - 118-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Insured replaced air conditioning unit.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Exterior - 119-Right Elevation**

Date Taken:

Taken By: Alicia Stewart

Insured replaced AC due to damage.



**Risk/Dwelling/Exterior - 120-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 121- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 122- Left Elevation**

Date Taken:

Taken By: Lee Olivares

Double layer siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 123-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Double layer siding.



**Risk/Dwelling/Exterior - 124-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Double layer siding.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Exterior - 125-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.




**Risk/Dwelling/Exterior - 126-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 127-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Exterior - 128-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Exterior - 129-Left Elevation**

Date Taken:

Taken By: Lee Olivares

Visible damage.



**Risk/Dwelling/Interior - 130-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 005463

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 131-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 132-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Risk/Dwelling/Interior/Unit 1 - 133-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 134-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Risk/Dwelling/Interior/Unit 1 - 135-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 136-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 137-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 138-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 139-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 140-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 1 - 141-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 142-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 005469

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 143-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 144-Bath 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 1 - 145-Bath 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 1 - 146-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 005471

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 1 - 147-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.




**Risk/Dwelling/Interior/Unit 2 - 148-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 149-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 150-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 005473

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 151-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 152-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 153-Hallway**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 154-Hallway**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 005475

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 155-Hallway Closet**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 156-Hallway Closet**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 157-Half Bath**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 158-Half Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 005477

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 159-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 160-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 161-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 162-Master Bedroom**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 163-Master Closet**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 164-Master Closet**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 005480

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 2 - 165-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 166-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 167-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 168-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 169-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 2 - 170-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 2 - 171-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.




**Risk/Dwelling/Interior/Unit 3 - 172-Entry/Foyer**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 005484

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 3 - 173-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 174-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 3 - 175-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 176-Stairs**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 177-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 178-Living Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 3 - 179-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 180-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 3 - 181-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 182-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 183-Kitchen**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 184-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 185-Bedroom 1**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 186-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 3 - 187-Laundry Room**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 188-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Risk/Dwelling/Interior/Unit 3 - 189-Bedroom 2**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 190-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

TWIA 005493

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Risk/Dwelling/Interior/Unit 3 - 191-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.



**Risk/Dwelling/Interior/Unit 3 - 192-Master Bath**

Date Taken:

Taken By: Lee Olivares

No damage.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 193-Roof**

Date Taken:

Taken By: Lee Olivares

Single Layer-Drip edge/gutter apron

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Detach Garage/Detach Garage Roof - 194-Roof**

Date Taken:

Taken By: Lee Olivares

1/12 pitch

TWIA 005496

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 195-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 196-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

TWIA 005498

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 197-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 198-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 199-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

TWIA 005501

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 200-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

TWIA 005502

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 201-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 202-Roof**

Date Taken:

Taken By: Lee Olivares

Impact damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 203-Roof**

Date Taken:

Taken By: Lee Olivares

Impact damage.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Detach Garage Roof - 204-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Other Structures/Detach Garage/Detach Garage Roof - 205-Roof**

Date Taken:

Taken By: Lee Olivares

Area where wind driven rain entered garage.

TWIA 005506

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 206-Roof**

Date Taken:

Taken By: Lee Olivares

Area where wind driven rain entered garage.



**Other Structures/Detach Garage/Detach Garage Roof - 207-Roof**

Date Taken:

Taken By: Lee Olivares

Area where wind driven rain entered garage.

TWIA 005507

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Detach Garage Roof - 208-Roof**

Date Taken:

Taken By: Lee Olivares

Roof overview.



**Other Structures/Detach Garage/Exterior - 209-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Detach Garage/Exterior - 210-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Detach Garage/Exterior - 211-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Exterior - 212-Exterior**

Date Taken:

Taken By: Lee Olivares




**Other Structures/Detach Garage/Exterior - 213-Exterior**

Date Taken:

Taken By: Lee Olivares

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Exterior - 214-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 215-Exterior**

Date Taken:

Taken By: Lee Olivares

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 216-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 217-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Exterior - 218-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 219-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 220-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 221-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

TWIA 005514

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 222-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.




**Other Structures/Detach Garage/Exterior - 223-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 224-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 225-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 226-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Detach Garage/Exterior - 227-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Detach Garage/Exterior - 228-Exterior**

Date Taken:

Taken By: Lee Olivares

Damage is not consistent DOL.




**Other Structures/Detach Garage/Exterior - 229-Exterior**

Date Taken:

Taken By: Lee Olivares

Damage is not consistent DOL.

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Exterior - 230-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 231-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 232-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.



**Other Structures/Detach Garage/Exterior - 233-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.

TWIA 005520

# Photo Sheet

Texas Windstorm Insurance Association

P.O. Box 99090
Austin, TX 78709-9090

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Detach Garage/Exterior - 234-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.




**Other Structures/Detach Garage/Exterior - 235-Exterior**

Date Taken:

Taken By: Lee Olivares

Visible damage to siding.

TWIA 005521

# Photo Sheet

Insured: Alicia Stewart
Claim #: 1196488
Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Exterior - 236-Exterior**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Detach Garage/Interior - 237-Interior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Interior - 238-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.



**Other Structures/Detach Garage/Interior - 239-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Interior - 240-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.




**Other Structures/Detach Garage/Interior - 241-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Interior - 242-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.



**Other Structures/Detach Garage/Interior - 243-Interior**

Date Taken:

Taken By: Lee Olivares

Wind driven rain caused water staining OSB.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Detach Garage/Interior - 244-Interior**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Detach Garage/Interior - 245-Interior**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Fencing - 246-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Fencing - 247-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 248-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.




**Other Structures/Fencing - 249-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Fencing - 250-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 251-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

TWIA 005529

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Fencing - 252-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.




**Other Structures/Fencing - 253-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Fencing - 254-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 255-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Fencing - 256-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Fencing - 257-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.

TWIA 005532

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Fencing - 258-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.




**Other Structures/Fencing - 259-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Fencing - 260-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 261-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

TWIA 005534

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Fencing - 262-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.




**Other Structures/Fencing - 263-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 264-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 265-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**




**Other Structures/Fencing - 266-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 267-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 268-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 269-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

TWIA 005538

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 270-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 271-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575




**Other Structures/Fencing - 272-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 273-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Fencing - 274-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 275-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 276-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.



**Other Structures/Fencing - 277-Fencing**

Date Taken:

Taken By: Lee Olivares

8' fence panels/post/gate- visible leaning/damages caused by heavy winds.

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Fencing - 278-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Fencing - 279-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.

TWIA 005543

# Photo Sheet

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**



**Other Structures/Fencing - 280-Fencing**

Date Taken:

Taken By: Lee Olivares

Overview.



**Other Structures/Fencing - 281-Fencing**

Date Taken:

Taken By: Lee Olivares

Gate opener broke damaged during storm.

# Photo Sheet

**Texas Windstorm Insurance Association**

**P.O. Box 99090**
**Austin, TX 78709-9090**

Insured: Alicia Stewart

Claim #: 1196488

Policy #: TWRD0001094575



**Other Structures/Fencing - 282-Fencing**

Date Taken:

Taken By: Lee Olivares

Gate opener broke damaged during storm.



**Other Structures/Fencing - 283-Fencing**

Date Taken:

Taken By: Lee Olivares

Gate opener broke damaged during storm.

**Price List Variation Usage Report**

 8/10/2024 2:22 AM

**Texas Windstorm Insurance Association**

**Received Date:**
7/8/2024

**Completed Date:**
8/10/2024

**Operator:**
ROOFBYPR Lee Olivares

**Estimator:**
LEEO-LECS Lee Olivares

**Checkpoint price list:**
TXGA8X_JUL24 Galveston, TX

**Estimate price list:**
TXGA8X_AUG24 Galveston, TX
Restoration/Service/Remodel

**Claim Number:**
1196488

| | |
|---|---|
| **Price List Item Total** | **73,199.86** |
| **Estimate Line Item Total** | **73,246.37** |
| **Line Item Deviation Total** | **46.51** |

* Totals may be different due to rounding.

## Price List Variation Usage Report

## Texas Windstorm Insurance Association



### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **EQC** | **SNDNRS** | | | | | |
| + | | Door numbers/letters - Detach & reset | 4.00 | EA | 13.41 | 53.64 |
| | | Door numbers/letters - Detach & reset | 4.00 | EA | 13.45 | 53.80 |
| | | | | | | **0.16** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.04 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FEN** | **OPEN** | | | | | |
| + | | Electric gate opener | 1.00 | EA | 1,760.11 | 1,760.11 |
| | | Electric gate opener | 1.00 | EA | 1,761.04 | 1,761.04 |
| | | | | | | **0.93** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.93 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FEN** | **OPEN** | | | | | |
| - | | Electric gate opener | 1.00 | EA | 59.75 | 59.75 |
| | | Electric gate opener | 1.00 | EA | 59.90 | 59.90 |
| | | | | | | **0.15** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.15 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FEN** | **TRWDT** | | | | | |
| + | | Post - wood - 4" x 4" treated lumber | 14.00 | EA | 55.35 | 774.90 |
| | | Post - wood - 4" x 4" treated lumber | 14.00 | EA | 55.43 | 776.02 |
| | | | | | | **1.12** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.08 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FEN** | **TRWDT** | | | | | |
| - | | Post - wood - 4" x 4" treated lumber | 14.00 | EA | 17.92 | 250.88 |
| | | Post - wood - 4" x 4" treated lumber | 14.00 | EA | 17.96 | 251.44 |
| | | | | | | **0.56** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.04 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FEN** | **VNL8** | | | | | |
| + | | Vinyl (PVC) fence, 7'- 8' high - w/lattice | 96.00 | LF | 66.41 | 6,375.36 |
| | | Vinyl (PVC) fence, 7'- 8' high - w/lattice | 96.00 | LF | 66.46 | 6,380.16 |
| | | | | | | **4.80** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.05 Mkt. Cond. 0.00

TWIA 005547



## Price List Variation Usage Report



## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FEN** | **VNL8** | | | | | |
| - | | Vinyl (PVC) fence, 7'- 8' high - w/lattice | 96.00 | LF | 8.96 | 860.16 |
| | | Vinyl (PVC) fence, 7'- 8' high - w/lattice | 96.00 | LF | 8.98 | 862.08 |
| | | | | | | **1.92** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **FRM** | **SHW1/2** | | | | | |
| + | | Sheathing - OSB - 1/2" | 120.00 | SF | 1.79 | 214.80 |
| | | Sheathing - OSB - 1/2" | 120.00 | SF | 1.79 | 214.80 |
| | | | | | | **0.00** |

Unit Price Diff. Mat. 0.00 Suppl. -0.01 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **HVC** | **ACTW>>** | | | | | |
| + | | AC unit w/sleeve - through-wall/window - 18,000 BTU | 1.00 | EA | 1,314.09 | 1,314.09 |
| | | AC unit w/sleeve - through-wall/window - 18,000 BTU | 1.00 | EA | 1,314.55 | 1,314.55 |
| | | | | | | **0.46** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.46 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **HVC** | **ACTW>>** | | | | | |
| - | | AC unit w/sleeve - through-wall/window - 18,000 BTU | 1.00 | EA | 37.57 | 37.57 |
| | | AC unit w/sleeve - through-wall/window - 18,000 BTU | 1.00 | EA | 37.66 | 37.66 |
| | | | | | | **0.09** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.09 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **PNT** | **POST** | | | | | |
| + | | Paint/finish - fence post - wood | 14.00 | EA | 24.76 | 346.64 |
| | | Paint/finish - fence post - wood | 14.00 | EA | 24.78 | 346.92 |
| | | | | | | **0.28** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **PNT** | **TRIM** | | | | | |
| + | | Seal (1 coat) & paint (1 coat) trim | 166.00 | LF | 1.90 | 315.40 |
| | | Seal (1 coat) & paint (1 coat) trim | 166.00 | LF | 1.91 | 317.06 |
| | | | | | | **1.66** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

TWIA 005548



## Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| RFG | ARMV> | | | | | |
| - | | Tear off, haul and dispose of comp. shingles - Laminated | 18.67 | SQ | 65.18 | 1,216.91 |
| | | Tear off, haul and dispose of comp. shingles - Laminated | 18.67 | SQ | 65.32 | 1,219.52 |
| | | | | | | **2.61** |
| Unit Price Diff. | | Mat. 0.00 · Suppl. 0.00 · Equip. 0.00 | Retail Lab. 0.14 | | Mkt. Cond. 0.00 | |
| RFG | BI | | | | | |
| + | | Modified bitumen roof | 1.56 | SQ | 389.15 | 607.07 |
| | | Modified bitumen roof | 1.56 | SQ | 392.60 | 612.46 |
| | | | | | | **5.39** |
| Unit Price Diff. | | Mat. 0.00 · Suppl. 2.80 · Equip. 0.00 | Retail Lab. 0.65 | | Mkt. Cond. 0.00 | |
| RFG | BI | | | | | |
| - | | Modified bitumen roof | 1.56 | SQ | 59.68 | 93.10 |
| | | Modified bitumen roof | 1.56 | SQ | 59.83 | 93.33 |
| | | | | | | **0.23** |
| Unit Price Diff. | | Mat. 0.00 · Suppl. 0.00 · Equip. 0.00 | Retail Lab. 0.15 | | Mkt. Cond. 0.00 | |
| RFG | BIM | | | | | |
| + | | Modified bitumen roof - hot mopped | 5.28 | SQ | 420.66 | 2,221.08 |
| | | Modified bitumen roof - hot mopped | 5.28 | SQ | 424.12 | 2,239.35 |
| | | | | | | **18.27** |
| Unit Price Diff. | | Mat. 0.00 · Suppl. 2.80 · Equip. 0.00 | Retail Lab. 0.66 | | Mkt. Cond. 0.00 | |
| RFG | BIM | | | | | |
| - | | Modified bitumen roof - hot mopped | 5.28 | SQ | 59.68 | 315.11 |
| | | Modified bitumen roof - hot mopped | 5.28 | SQ | 59.83 | 315.90 |
| | | | | | | **0.79** |
| Unit Price Diff. | | Mat. 0.00 · Suppl. 0.00 · Equip. 0.00 | Retail Lab. 0.15 | | Mkt. Cond. 0.00 | |
| RFG | BISABS | | | | | |
| + | | Bitumen roof - Add. base sheet - self-adhering | 1.56 | SQ | 125.37 | 195.58 |
| | | Bitumen roof - Add. base sheet - self-adhering | 1.56 | SQ | 125.50 | 195.78 |
| | | | | | | **0.20** |
| Unit Price Diff. | | Mat. 0.00 · Suppl. 0.00 · Equip. 0.00 | Retail Lab. 0.13 | | Mkt. Cond. 0.00 | |

TWIA 005549



## Price List Variation Usage Report

## Texas Windstorm Insurance Association



### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **BISABS** | | | | | |
| - | | Bitumen roof - Add. base sheet - self-adhering | 1.56 | SQ | 8.56 | 13.35 |
| | | Bitumen roof - Add. base sheet - self-adhering | 1.56 | SQ | 8.58 | 13.38 |
| | | | | | | **0.03** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **DRIP** | | | | | |
| - | | Drip edge | 164.00 | LF | 0.39 | 63.96 |
| | | Drip edge | 164.00 | LF | 0.40 | 65.60 |
| | | | | | | **1.64** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **DRIP>** | | | | | |
| - | | Drip edge/gutter apron | 132.00 | LF | 0.39 | 51.48 |
| | | Drip edge/gutter apron | 132.00 | LF | 0.40 | 52.80 |
| | | | | | | **1.32** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **FLPIPEL** | | | | | |
| - | | Flashing - pipe jack - lead | 1.00 | EA | 8.41 | 8.41 |
| | | Flashing - pipe jack - lead | 1.00 | EA | 8.43 | 8.43 |
| | | | | | | **0.02** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.02 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **HIGH** | | | | | |
| - | | Additional charge for high roof (2 stories or greater) | 18.67 | SQ | 6.31 | 117.81 |
| | | Additional charge for high roof (2 stories or greater) | 18.67 | SQ | 6.32 | 117.99 |
| | | | | | | **0.18** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **RFG** | **PAV** | | | | | |
| - | | Roof mount power attic vent | 1.00 | EA | 29.87 | 29.87 |
| | | Roof mount power attic vent | 1.00 | EA | 29.95 | 29.95 |
| | | | | | | **0.08** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.08 Mkt. Cond. 0.00

TWIA 005550



## Price List Variation Usage Report



## Texas Windstorm Insurance Association

### Basic Variations

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **LAB** | | | | | |
| + | | Siding Installer - per hour | 20.00 | HR | 106.45 | 2,129.00 |
| | | Siding Installer - per hour | 20.00 | HR | 106.46 | 2,129.20 |
| | | | | | | **0.20** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

Allow labor hours for working reduced work space.

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **WDWRAP** | | | | | |
| + | | Wrap wood window frame & trim with aluminum sheet | 17.00 | EA | 242.77 | 4,127.09 |
| | | Wrap wood window frame & trim with aluminum sheet | 17.00 | EA | 242.78 | 4,127.26 |
| | | | | | | **0.17** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.01 Mkt. Cond. 0.00

| Cat | Sel | Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| **SDG** | **WDWRAP** | | | | | |
| - | | Wrap wood window frame & trim with aluminum sheet | 17.00 | EA | 39.49 | 671.33 |
| | | Wrap wood window frame & trim with aluminum sheet | 17.00 | EA | 39.59 | 673.03 |
| | | | | | | **1.70** |

Unit Price Diff. Mat. 0.00 Suppl. 0.00 Equip. 0.00 Retail Lab. 0.10 Mkt. Cond. 0.00

| Labor Minimum Code | Description | Base Amount | Adjusted Amount |
|---|---|---|---|
| FNHMN-A | Finish hardware labor minimum | 156.66 | 102.86 |
| | Finish hardware labor minimum | 157.06 | 103.26 |
| | | | **0.40** |
| FRMMN-A | Framing labor minimum | 224.71 | 7.51 |
| | Framing labor minimum | 225.28 | 8.08 |
| | | | **0.57** |
| HVCMN-A | Heat, vent, & air cond. labor minimum | 250.31 | 9.36 |
| | Heat, vent, & air cond. labor minimum | 250.89 | 9.94 |
| | | | **0.58** |

**Line Item Deviation** **46.51**

TEXAS WINDSTORM INSURANCE ASSOCIATION

Stewart, Alicia
c/o Shaun w. Hodge
1301 Market Street
Galveston, TX. 77550

# Appraisal Acknowledgment

Date: 10/05/2024
Insured: Stewart, Alicia
Policy Number: TWRD0001094575
Claim Number: 1196488
Loss Location(s): 1820 Market St. Galveston, TX 77550

Dear Alicia Stewart,

This will acknowledge receipt of communication from you stating you dispute the amount of loss Texas Windstorm insurance Association (TWIA) will pay on the above-referenced claim.

As we understand the matter, you dispute the costs for the following items: Dwelling roof, Dwelling flat roof, vinyl siding. Other Structures Garage flat roof, vinyl siding and fencing.

With this letter we acknowledge you have triggered your right to appraisal. Appraisal is your exclusive remedy to dispute the amount of loss we will pay for covered damages. We agree to appraise only those items covered under the policy which were identified on the Notice of Claim Acceptance.
If you are disputing items other than those identified in our estimate, please provide a detailed estimate or receipts for repairs/replacement of those items so that we can make a determination of coverage or whether the additional items can be included in the appraisal.

Additionally, although we have received your demand for appraisal, no information has been provided to know what you are disputing.

Please provide overview photos and close-ups of the disputed damage. Please label the photos stating what damage exists. Please provide a detailed estimate along with a statement of damages to coincide with the photos. Forward us any other evidence you have of your loss including estimates, reports, receipts, invoices, photographs, and a description of all loss and damage that you claim.

Your next step is to submit additional information in support of your costs if you have not done so already. If there is nothing further to present, you would need to select an appraiser and submit their information

to TWIA. You can always discuss the matter further with your claim examiner if you do not wish to proceed with appraisal.

Texas Windstorm Insurance Association agrees to Appraisal for the amount of loss we will pay for items that we **accepted** as covered under your TWIA policy. Please refer to your policy for additional information. The policy and the rules and regulations under Title 28 outline responsibilities for the **costs** of the appraisal as outlined below:

Under the heading "CONDITIONS", your TWIA Residential Policy – Windstorm and Hail states in part:

*11. Disputes Concerning the Amount of Loss - Exclusive Remedy.*

…

*f. Appraisal Process.*

*(5) You and we are responsible in equal shares for paying the costs incurred or charged in connection with the appraisal, including expenses of the appraisers and umpire. If we pay more than our share of the costs of appraisal, our liability and payment for covered losses shall be reduced by the amount we pay in excess of our share.*

Title 28 of the Texas Administrative Code states in part:

***§5.4211. Appraisal Process.***

…

*(e) Appraiser fee information. No later than five days after hiring an appraiser, each party must tell the other party the fees to be charged by the appraiser.*

***§5.4221. Appraisal Process – Costs.***

*(a) One-half per party. Each party must pay one-half of all reasonable and necessary costs incurred or charged in connection with the appraisal, including:*

*(1) appraisers' fees;*

*(2) umpire's fee; and*

(3) umpire's travel costs.

(b) No umpire fee before work begins. If the parties settle before the umpire begins work, the umpire may not charge a fee.

(c) Department not responsible. The department is not responsible for any appraisal costs.

Appraisals must be conducted as provided by your policy, as described in Condition 11(f) and follow the Rules set forth under Title 28 of the Texas Administrative Code, Sections §5.4200, §5.4212 through §5.4222, and §5.4252.

§5.4211 of Texas Administrative Code Chapter 28 places certain time limits on the appraisers and umpire. Within 15 days of both appraisers being named, they must disclose their projected fees and agree on an umpire. Within 90 days of both appraisers being named, they must reach a signed agreement between them stating the amount of loss, as described in the policy.

If the two appraisers are unable to reach an agreement within the 90-day limit, the umpire must become involved. Once the umpire is involved, the appraisers and umpire have 60 days to reach a signed agreement between any two of the three stating the amount of the loss, as described in the policy. If the umpire is unable to reach an agreement with either appraiser within 60 days, a new umpire will be named and given 60 days to reach an agreement.

For Commercial policies, the 90-day limit for the appraisers will be extended to 120 days and the 60-day limit for the umpire(s) will be extended to 90 days. However, any further extensions of the time limits shown above can only be granted by written agreement between the insured and TWIA.

Lastly, if you are disputing items that have been denied, your remedy for those portions of your claim is Lawsuit. Please refer to your policy for additional information. Should you have questions regarding your claim or the appraisal process, please contact us at (800) 788-8247 or claims@twia.org.

**Si desea una copia en español por favor de contactarnos en el (800) 788-8247.**

Sincerely,

Larry Sanders
Claims Examiner
claims@twia.org

CC: Agent, Texas Wasatch Insurance (via Agent Portal)