UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ERNESTINE BELL, ALICIA STEWART, AND DAVID MOHUN, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, *Plaintiffs,* | § | Civil Action No. 3:26-cv-00271 |
| v. | § | |
| TEXAS WINDSTORM INSURANCE ASSOCIATION; HANSEN SCOTT HOLDINGS, LLC, SUCCESSOR TO AND FORMERLY KNOWN AS LEADING EDGE CLAIMS SERVICE, LLC; RYZE CLAIMS SOLUTIONS, LLC; DAVID R. DEVILBISS; JAMES JARASCZESKI; AND DOES 1–20, *Defendants.* | § | |

**ORDER GRANTING HANSEN SCOTT HOLDINGS, LLC, LEADING EDGE CLAIMS SERVICE, LLC, AND DAVID R. DEVILBISS'S RULE 12(b)(6) MOTION TO DISMISS**

ON THIS DAY the Court heard Hansen Scott Holdings, LLC, Leading Edge Claims Service, LLC, and David R. DeVilbiss's Rule 12(b)(6) Motion to Dismiss. After considering the Motion, pleadings on file, and arguments of Counsel, the Court finds that Plaintiffs' Complaint fails to state a claim because Plaintiffs' RICO claims are preempted by the McCarron-Ferguson Act and because Plaintiffs' claims are not pleaded with the particularity required by Federal Rule of Civil Procedure 9(b). Accordingly, the Court finds the Motion to Dismiss should be **GRANTED**.

/ / / /

Accordingly, it is **HEREBY ORDERED** that the Motion to Dismiss is **GRANTED**. It is **FURTHER ORDERED** that Plaintiffs claims are dismissed.

SIGNED on this _________________ day of __________________, 2026.

______________________________
JEFFREY V. BROWN
UNITED STATE DISTRICT JUDGE